**EXHIBIT I**

# Superior Court of California, County of San Francisco
Case Number: CGC-06-452655
Title: ANN OTSUKA et al VS. POLO RALPH LAUREN CORPORATION A DELAWARE et al
Cause of Action: OTHER NON EXEMPT COMPLAINTS
Generated: May-25-2007 10:30 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

## Register of Actions

Date Range: First Date May-30-2006    Last Date May-25-2007    (Dates must be entered as MMM-DD-YYYY)

Ascending Date Sequence    Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| MAY-30-2006 | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL AS TO DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION DOES 1-500 INCLUSIVE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCT-27-2006 PROOF OF SERVICE DUE ON JUL-31-2006 CASE MANAGEMENT STATEMENT DUE ON OCT-12-2006 | View | 335.00 |
| MAY-30-2006 | NOTICE TO PLAINTIFF | View | |
| | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL SERVED JUN-08-2006, PERSONAL SERVICE ON DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION | | |
| JUN-12-2006 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL SERVED JUN-08-2006, PERSONAL SERVICE ON DEFENDANT FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION | | |
| JUN-12-2006 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL SERVED JUN-08-2006, PERSONAL SERVICE ON DEFENDANT POLO RETAIL LLC A DELAWARE CORPORATION | | |
| JUL-20-2006 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS | View | |

| | | | |
|---|---|---|---|
| | AN INDIVIDUAL PHIPPS, CORINNE AS TO DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION DOES 1-500 INCLUSIVE | | |
| AUG-03-2006 | POS OF FIRST AMENDED CLASS ACTION COMPLAINT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | | |
| AUG-03-2006 | POS OF SERVICE FIRST AMENDED CLASS ACTION COMPLAINT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | | |
| AUG-03-2006 | POS OF FIRST AMENDED COMPLT FILED BY PLTF | | |
| AUG-03-2006 | POS OF AMENDED CLASS ACTION COMPLT FILED BY PLTF | | |
| SEP-08-2006 | EX PARTE APPLICATION FOR ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT, DECLARATION FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | 1380.00 |
| SEP-08-2006 | COMPLEX LITIGATION DESIGNATION FEE PAID BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | 2200.00 |
| SEP-08-2006 | DECLARATION OF PATRICK R. KITCHIN IN OPPOSITION TO DEFTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE RESPONSIVE PLEADING FILED BY PLAINTIFF KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL | | |
| SEP-12-2006 | ORDER GRANTING DEFENDANTS' POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC; POLO RETAIL CORP.; AND FASHIONS OUTLET OF AMERICA, INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT. | View | |
| SEP-15-2006 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTING DEFTS' EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | |
| SEP-18-2006 | APPLICATION FOR APPROVAL OF COMPLEX LITIGATION DESIGNATION DECLARATION FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | 40.00 |
| OCT-12-2006 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 6.0 WEEKS | | |

| | | | |
|---|---|---|---|
| OCT-12-2006 | DEMURRER TO 1ST AMENDED COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP HEARING SET FOR NOV-15-2006 AT 09:30 AM IN DEPT 301 | | 40.00 |
| OCT-13-2006 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL JURY DEMANDED | | |
| OCT-18-2006 | CASE MANAGEMENT CONFERENCE OF OCT-27-2006 CONTINUED TO DEC-08-2006 AT 9:00 AM IN DEPT. 212. NOTICE SENT BY COURT. | View | |
| NOV-02-2006 | OPPOSITION TO DEFTS' DEMURRER TO FIRST AMENDED COMPLAINT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL PHIPPS, CORINNE | | |
| NOV-07-2006 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY DEFENDANT POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | |
| NOV-08-2006 | MOTION TO ADMIT COUNSEL PRO HAC VICE, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION OF BRIAN S. COUSIN AND NEIL A. CAPOBIANCO FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP HEARING SET FOR DEC-07-2006 AT 09:30 AM IN DEPT 301 | | 40.00 |
| NOV-15-2006 | LAW AND MOTION 301, DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHIONS OUTLET OF AMERICA INC. AND POLO RETAIL CORP.'S DEMURRER TO 1ST AMENDED COMPLAINT IS CONTINUED FROM NOV-15-2006 TO LAW AND MOTION AT DEC-05-2006, 9:30 AM IN DEPT. 301, ON THE COURT'S OWN MOTION. JUDGE: PETER J. BUSCH, REPORTER: CAROL KAREN, CSR 8189 | | |
| NOV-15-2006 | MINI-MINUTES FOR NOV-15-2006 9:30 AM | | |
| NOV-27-2006 | COMPLEX DESIGNATION APPROVED. SINGLE ASSIGNMENT TO COMPLEX LITIGATION DEPT., JUDGE RICHARD A. KRAMER, FOR ALL PURPOSES. CASE MANAGEMENT CONFERENCE SET FOR JAN-22-2007 AT 9:30 AM IN DEPT. 304. JAN-19-2007 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| NOV-28-2006 | CASE MANAGEMENT CONFERENCE OF DEC-08-2006 CONTINUED TO JAN-19-2007 AT 9:00 AM IN DEPT. 212. NOTICE SENT BY COURT. | View | |
| DEC-05-2006 | LAW AND MOTION 301, DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHION OUTLET OF AMERICA INC, AND POLO RETAIL CORP'S DEMURRER TO FIRST AMENDED COMPLAINT IS OFF CALENDAR AS CASE WAS DESIGNATED COMPLEX. JUDGE: RONALD E. QUIDACHAY, | | |

| | | | |
|---|---|---|---|
| | REPORTER: BELDON YEE, CSR# 2647 | | |
| DEC-05-2006 | MINI-MINUTES FOR DEC-05-2006 9:30 AM | | |
| DEC-07-2006 | MINI-MINUTES FOR DEC-07-2006 9:30 AM | | |
| DEC-07-2006 | LAW AND MOTION 301, DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHIONS OUTLET OF AMERICA, INC AND POLO RETAIL CORP'S MOTION TO ADMIT COUNSEL PRO HAC VICE IS OFF CALENDAR IN DEPARTMENT 301. CASE CONTINUED TO DEPARTMENT 304 AT 9:30 AM ON JANUARY 22, 2007. CASE IS ASSIGNED TO THE COMPLEX LITIGATION DEPARTMENT. JUDGE: PAUL H. ALVARADO, REPORTER: BELDON YEE, CSR# 2647 | | |
| DEC-11-2006 | ORDER GRANTING APPLICATION TO ALLOW APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE | View | |
| DEC-11-2006 | ORDER GRANTING APPLICATION FOR APPEARANCE OF NEIL A. CAPOBIANCO PRO HAC VICE | View | |
| DEC-13-2006 | RE-NOTICE OF HEARING OF DEFTS' DEMURRER TO 1ST AMENDED COMPLAINT, PROOF OF SERVICE FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP HEARING SET FOR JAN-22-2007 AT 09:30 AM IN DEPT 304 | | NO FEE |
| JAN-17-2007 | JOINT CASE MANAGEMENT CONFERENCE STATEMENT FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | |
| JAN-22-2007 | MINUTES FOR JAN-22-2007 9:30 AM | View | |
| JAN-22-2007 | COMPLEX LITIGATION CASE MANAGEMENT CONFERENCE HELD ON JAN-22-2007. COURT AND COUNSEL DISCUSS THE CASE STATUS AND FUTURE PROCEEDINGS. THE MATTER IS CONTINUED TO APR-05-2007 AT 1:30 PM IN 304 FOR FURTHER CASE MANAGEMENT CONFERENCE. JUDGE RICHARD A. KRAMER, CLERK FELICIA GREEN, COURT REPORTER CANDACE YOUNT, DEPT. 304. | | |
| JAN-22-2007 | HEARING OF DEFTS' DEMURRER TO 1ST AMENDED COMPLAINT HELD ON JAN-22-2007 IN DEPT. 304. THE COURT OVERRULES THE FIRST AND SEVENTH CAUSES OF ACTION, AND SUSTAINS WITHOUT LEAVE TO AMEND THE SECOND, EIGHTH, ELEVENTH AND THIRTEENTH CAUSES OF ACTION. JUDGE RICHARD A. KRAMER, CLERK FELICIA GREEN, COURT REPORTER CANDACE YOUNT, DEPT. 304. | | |
| JAN-29-2007 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | |
| JAN-29-2007 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTING APPLICATION FOR APPEARANCE OF NEIL A. | | |

| | | | |
|---|---|---|---|
| | CAPOBIANCO PRO HAC VICE FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION POLO RETAIL CORP | | |
| FEB-07-2007 | ORDER OVERRULING IN PART AND SUSTAINING IN PART DEFENDANTS' DEMURRER TO PLAINTIFFS' FIRST AMENDED COMPLAINT | View | |
| FEB-13-2007 | NOTICE OF ENTRY OF OF ORDER OVERRULING IN PART AND SUSTAINING IN PART DEFTS' DEMURRER TO PLTF'S FIRST AMENDED COMPLAINT FILED BY PLTFS | | |
| FEB-28-2007 | ANSWER TO 1ST AMENDED COMPLAINT FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION | View | |
| FEB-28-2007 | CROSS COMPLAINT FILED BY CROSS COMPLAINANT FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION AS TO CROSS DEFENDANT KISER, JUSTIN , AN INDIVIDUAL ROES 1-50, INCLUSIVE | View | |
| MAR-28-2007 | FEE PAID FOR STIPULATED PROTECTIVE ORDER FILED BY DEFENDANT POLO RALPH LAUREN CORPORATION A DELAWARE CORPORATION POLO RETAIL LLC A DELAWARE CORPORATION FASHIONS OUTLET OF AMERICA INC A DELAWARE CORPORATION | | 20.00 |
| APR-03-2007 | JOINT CASE MANAGEMENT CONFERENCE STATEMENT FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL PHIPPS, CORINNE | | |
| APR-05-2007 | MINUTES FOR APR-05-2007 1:30 PM | View | |
| APR-05-2007 | DEPT. 304: COMPLEX LITIGATION CASE MANAGEMENT CONFERENCE IS HELD AND CONTINUED TO JUN-19-2007 AT 2:30 PM IN 304 (SEE MINUTES) JUDGE RICHARD A. KRAMER, CLERK JOSE RIOS-MERIDA, REPORTER IRENE BURNS, D-304. | | |
| APR-16-2007 | ORDER - STIPULATED PROTECTIVE ORDER | View | |
| APR-23-2007 | MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY PLAINTIFF OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL PHIPPS, CORINNE HEARING SET FOR JUN-12-2007 AT 01:30 PM IN DEPT 304 | | 40.00 |
| APR-24-2007 | DEMURRER TO CROSS COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY CROSS DEFENDANT OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL HEARING SET FOR MAY-29-2007 AT 09:30 AM IN | | 40.00 |

|  | DEPT 301 |  |  |
|---|---|---|---|
| APR-26-2007 | LAW AND MOTION 304, MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD CONTINUED FROM JUN-12-2007 TO LAW AND MOTION AT JUN-19-2007, 1:30 PM IN DEPT. 304, PER REQUEST OF COUNSEL DUE TO ERROR WITH THE DATE ON THE FILING PAPERS |  |  |
| MAY-14-2007 | DEMURRER TO CROSS COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES (AMENDED) NOTICE OF DEMURRER AND DEMURRER TO FASHIONS OUTLET OF AMERICA'S XCOMP FILED BY CROSS DEFENDANT OTSUKA, ANN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED PHIPPS, CORRINE AN INDIVIDUAL KISER, JUSTIN AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED KEEFE, JANIS AN INDIVIDUAL HEARING SET FOR JUN-19-2007 AT 09:30 AM IN DEPT 301 |  | NO FEE |