# EXHIBIT 12

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Stat number, and address):<br>WILLIAM J. GOINES (SBN 61290)<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94304<br>TELEPHONE NO.: 650-328-8500    FAX NO.: 650-328-8508<br>ATTORNEY FOR (Name): DEFENDANTS POLO RALPH LAUREN CORP., ET AL. | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: OTSUKA v. POLO

| CIVIL CASE COVER SHEET<br>☒ Unlimited  ☐ Limited<br>Amount  (Amount)<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>☒ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | CASE NUMBER:<br>CGC-06-452655 |
|---|---|---|
| | | JUDGE: |
| | | DEPT: |

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☒ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigatio (Cal. Rules of Court, rules 1800-1812)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☒ is ☐ is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☒ Large number of witnesses
   b. ☒ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve    in other counties, states, or countries, or in a federal court
   c. ☒ Substantial amount of documentary evidence    f ☒ Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply):
   a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☒ punitive
4. Number of causes of action (specify):
5. This case ☒ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: September 7, 2006

William J. Goines
_____        ► _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]    CIVIL CASE COVER SHEET    American Legal Net, Inc.
www.USCourtForms.com    Cal. Rules of Court, rules 201.8, 1800-1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

Otsuka, et al. v. Polo Ralph Lauren, et al.                                    Case No. CGC-06-452655

## PROOF OF SERVICE

I, Andrea Beggs, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On the date written below, I served the following document(s):

## CIVIL CASE COVER SHEET - COMPLEX CASE COUNTER-DESIGNATION

by placing said document(s) listed above in a sealed envelope and served as detailed below:

Patrick R. Kitchin, Esq.                          Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin       Law Offices of Daniel L. Feder
565 Commercial St,, 4th Fl.                  807 Montgomery Street
San Francisco, CA  94111                    San Francisco, CA  94133
Tel: (415) 677-9058                             Tel:  (415) 391-9476
Fax: (415) 627-9076                            Fax:  (415) 391-9432
(Plaintiff's Co-Counsel)                       (Plaintiff's C0-Counsel)

☐   by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately 3:00 pm, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 7, 2006 at East Palo Alto, California.

_____
Andrea Beggs

SV 346079217v1

# EXHIBIT 13

1  Patrick R. Kitchin, Esq. (SBN 162965)
   **THE LAW OFFICE OF PATRICK R. KITCHIN**
2  565 Commercial Street, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 677-9058
   Facsimile: (415) 627-9076
4  Attorneys for Plaintiffs

5  Daniel Feder (State Bar No. 130867)
   **THE LAW OFFICES OF DANIEL FEDER**
6  807 Montgomery Street
   San Francisco, CA 94133
7  (415) 391-9476

8  Counsel to Ann Otsuka, Janis Keefe, Corinne Phipps,
   and Justin Kiser

9                  SUPERIOR COURT OF CALIFORNIA

10          FOR THE CITY AND COUNTY OF SAN FRANCISCO

11 ANN OTSUKA, an individual; JANIS          ) Case No.: CGC-06-452655
   KEEFE, an individual; CORINNE PHIPPS, an )
12 individual; and JUSTIN KISER, an individual; ) **DECLARATION OF PATRICK R. KITCHIN**
   and on behalf of all others similarly situated, ) **IN OPPOSITION TO DEFENDANTS' EX**
13                                             ) **PARTE APPLICATION FOR EXTENSION**
                                              ) **OF TIME TO SERVE RESPONSIVE**
14              Plaintiffs,                    ) **PLEADING**
                                              )
15          vs.                               )
                                              )
16 POLO RALPH LAUREN CORPORATION; a )
   Delaware Corporation; POLO RETAIL, LLC., )
17 a Delaware Corporation; POLO RALPH        )
   LAUREN CORPORATION, a Delaware            )
18 Corporation, doing business in California as )
   POLO RETAIL CORP; FASHIONS OUTLET )
19 OF AMERICA, INC., a Delaware Corporation )
   and DOES 1-500, inclusive                  )
20                                            )
                                              ) **Complaint Filed: May 30, 2006**
21              Defendants.                    )
                                              )
22 _____)

23 I, Patrick R. Kitchin, declare:

24    1.    I am an attorney at law licensed to practice before the Courts of the State of

25          California, and make this declaration based on personal knowledge.

26    2.    I serve as co-counsel to plaintiffs in this putative class action case.

27

ENDORSED
FILED
San Francisco County Superior Court

SEP 0 8 2006

GORDON PARK-LI, Clerk
BY: _____ MARIA SANCHEZ
                        Deputy Clerk

1

3.    On May 30, 2001, my office filed the unverified Complaint in this Court. On May 31, 2006, I contacted attorney Mary Guilfoyle, who represents the defendants in an unrelated employment class action pending in the United States District Court for the Northern District of California, by email to inquire whether she was authorized to accept service of the Complaint on behalf of the defendants. **I attached a conformed copy of the Complaint to this May 31, 2006, email to Ms. Guilfoyle.** Several days later she informed me that she was not so authorized.

4.    On June 8, 2006, my office served plaintiffs' unverified Complaint on all defendants named in this action through their respective California Agents for Service of Process.

5.    Defendants' answers to that Complaint were due on or about July 8, 2006. When no answer or other responsive pleading was filed, I again contacted Mary Guilfoyle office, by telephone, asking to speak with her about Polo's failure to answer the complaint. Her assistant told me that Ms. Guilfoyle was not in but that she would pass on the message that I was concerned about Polo's failure to respond. I never heard back from Ms. Guilfoyle in response to my query.

6.    On July 20, 2006, my office filed the First Amended Complaint in this action to add claims under the California Private Attorneys General Act, based on the same set of facts alleged in their original complaint.

7.    On July 28, 2006, my office served plaintiffs' unverified First Amended Complaint on all defendants named in this action through their respective California Agents for Service of Process. Defendants' responses to the First Amended Complaint were due on or before August 28, 2006.

8.    On August 24, 2006, I had a telephone conference with Jeremy Meier, one of the defendants' counsels, in which he asked if I would stipulate to a thirty-day extension. Mr. Meier told me that Polo had not yet retained his firm.

2

9.     I explained to Mr. Meier that Polo had been on notice of this case since early June, but that I was willing to provide up to 15 days extra time for his clients to respond, contingent upon him calling me on or before September 6, 2006, to keep me apprised of the status of his firm's retention on the case.

10.    On August 24, 2006, I had a telephone conference with Mr. Meier and William Goines regarding the defendants' responsive pleading. During that conversation, I told counsel that I would provide defendants the full 15-day extension permitted under California Rule of Court 201.7.

11.    Defendants and their counsel contend that they need additional time to meet with their client to engage in a "preliminary investigation of the underlying facts and legal issues…" (See, Goines Declaration, ¶ 6.) They contend they will need to fly to New York to meet with their clients before they will be in a position to file any kind of responsive pleading.

12.    I believe such a delay is unnecessary. First, defendants have been in possession of plaintiffs' unverified Complaint since June 8, 2006, a total of exactly three months. Defendants have been in possession of plaintiff's unverified First Amended Complaint for 42 days, a complaint that is based on the nearly identical facts alleged in the original Complaint. Second, plaintiffs' First Amended Complaint is unverified. No amount of "factual investigation" or legal research will put defendants in a better position than they are in today to file a responsive pleading. Third, any delay in the bringing this action to issue will result in prejudice to plaintiffs and to the putative class. A 30-day delay is unreasonable and unnecessary.

///

///

///

///

3

1  13.  Consequently, on behalf of plaintiffs and the putative class, I object to any further

2     delay and specifically to defendants' request for an additional 30-day continuance

3     of the date by which they must respond to plaintiff's unverified First Amended

4     Complaint.  Plaintiffs request that defendants be ordered to file responsive

5     pleadings no later than September 12, 2006.

6

7    I declare under penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct and that this declaration was made on September 8, 2006, in San

9  Francisco, California.

10

11

12           Patrick R. Kitchin

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

4

# EXHIBIT 14

COPY

1  WILLIAM J. GOINES (SBN 061290)
   JEREMY A. MEIER (SBN 139849)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5         meierj@gtlaw.com

6  Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Fashions Outlet
7  of America, Inc.; and Polo Retail Corporation

8

9               SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                 FOR THE COUNTY OF SAN FRANCISCO

11

12

13  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
14  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other similarly  [~~PROPOSED~~] ORDER GRANTING
15  situated,                                  DEFENDANTS' POLO RALPH LAUREN
                    Plaintiff(s),              CORPORATION; POLO RETAIL, LLC;
16                                             POLO RETAIL CORP.; AND FASHIONS
    v.                                         OUTLET OF AMERICA, INC.'S EX PARTE
17                                             APPLICATION FOR ORDER EXTENDING
    POLO RALPH LAUREN CORPORATION,             TIME TO RESPOND TO FIRST AMENDED
18  a Delaware Corporation; POLO RETAIL,       COMPLAINT
    LLC, a Delaware Corporation; POLO
19  RALPH LAUREN CORPORATION, a                DATE:      September 8, 2006
    Delaware Corporation, doing business in    TIME:      11:00 A.M
20  California as POLO RETAIL CORP;            DEPT:      ~~301~~ 212
    FASHIONS OUTLET OF AMERICA, INC.,          JUDGE:     Hon. Peter Busch
21  a Delaware Corporation and DOES 1-500,
    inclusive,
22                                             Date Action Filed:  May 30, 2006
                    Defendant(s).
23

24

25        The Ex Parte Application by Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC;

26  Fashions Outlet of America, Inc.; and Polo Retail Corporation for an Order extending their time to

27  respond to the First Amended Complaint of Plaintiffs, individually and on behalf of others, Anne

28

                                          1

ENDORSED
F I L E D
San Francisco County Superior Court

SEP 1 2 2006

GORDON PARK-LI, Clerk
By: _____ TRAN KHUU _____
                    Deputy Clerk

1  Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser ("Plaintiffs"), having come before this Court,

2  and good cause appearing therefore,

3          IT IS HEREBY ORDERED that Defendants Polo Ralph Lauren Corporation; Polo Retail,

4  LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation shall have a thirty (30) day

5  extension of time from September 12, 2006 to and including October 12, 2006, within which to file

6  their response to Plaintiffs' First Amended Complaint.

7                                          ARLENE T. BORICK
                                           Judge Pro Tempore

8          Dated:  9 - 9 12 , 2006.     _____

9                                          Judge of the Superior Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT 15

† 09/15/06

1   WILLIAM J. GOINES (SBN 061290)
    JEREMY A. MEIER (SBN 139849)
2   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
3   East Palo Alto, California 94303
    Telephone: (650) 328-8500
4   Facsimile: (650) 328-8508
    Email: goinesw@gtlaw.com
5          meierj@gtlaw.com

6   Attorneys for Defendants Polo Ralph Lauren
    Corporation; Polo Retail, LLC; Fashions Outlet
7   of America, Inc.; and Polo Retail Corporation

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

SEP 1 5 2006

**GORDON PARK-LI, Clerk**
BY_____WESLEY RAMIREZ_____
                    Deputy Clerk

8

9                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        FOR THE COUNTY OF SAN FRANCISCO

11

12

13  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
14  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other similarly   **NOTICE OF ENTRY OF ORDER GRANTING**
15  situated,                                  **DEFENDANTS' POLO RALPH LAUREN**
                     Plaintiff(s),             **CORPORATION; POLO RETAIL, LLC;**
16                                             **POLO RETAIL CORP.; AND FASHIONS**
        v.                                     **OUTLET OF AMERICA, INC.'S EX PARTE**
17                                             **APPLICATION FOR ORDER EXTENDING**
    POLO RALPH LAUREN CORPORATION,             **TIME TO RESPOND TO FIRST AMENDED**
18  a Delaware Corporation; POLO RETAIL,       **COMPLAINT**
    LLC, a Delaware Corporation; POLO
19  RALPH LAUREN CORPORATION, a
    Delaware Corporation, doing business in
20  California as POLO RETAIL CORP;
    FASHIONS OUTLET OF AMERICA, INC.,          Date Action Filed: May 30, 2006
21  a Delaware Corporation and DOES 1-500,
    inclusive,
22                                                          BY FAX
                     Defendant(s).
23

24

25      TO PLAINTIFFS AND TO THEIR ATTORNEY OF RECORD:

26          NOTICE IS HEREBY GIVEN THAT ON September 12, 2006, this Court entered its Order

27  Granting the Ex Parte Application by Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC;

28  Fashions Outlet of America, Inc.; and Polo Retail Corporation for an Order extending their time to

                                        1

1   respond to the First Amended Complaint of Plaintiffs for thirty days, to and including October 12,

2   2006.  A copy of said Order is attached hereto and incorporated by reference as though fully set forth.

3

4           Dated: September 15, 2006.                    GREENBERG TRAURIG, LLP

5

6                                                         _____

7                                                         William J. Goines
                                                          Jeremy A. Meier
8                                                         Attorney for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER GRANTING EX PARTE APPLICATION FOR ORDER EXTENDING TIME

A

COPY

1  | WILLIAM J. GOINES (SBN 061290)
2  | JEREMY A. MEIER (SBN 139849)
   | GREENBERG TRAURIG, LLP
   | 1900 University Avenue, Fifth Floor
3  | East Palo Alto, California  94303
   | Telephone: (650) 328-8500
4  | Facsimile: (650) 328-8508
   | Email:  goinesw@gtlaw.com
5  |          meierj@gtlaw.com

6  | Attorneys for Defendants Polo Ralph Lauren
   | Corporation; Polo Retail, LLC; Fashions Outlet
7  | of America, Inc.; and Polo Retail Corporation

ENDORSED
F I L E D
San Francisco County Superior Court

SEP 1 2 2006

GORDON PARK-LI, Clerk

By: _____ TRAN KHUU
                    Deputy Clerk

8

9  | SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 | FOR THE COUNTY OF SAN FRANCISCO

11

12

13 | ANN OTSUKA, an individual; JANIS
   | KEEFE, an individual; CORINNE PHIPPS,
14 | an individual; and JUSTIN KISER, an
   | individual; and on behalf of all other similarly
15 | situated,
   |                 Plaintiff(s),
16
   | v.
17
   | POLO RALPH LAUREN CORPORATION,
18 | a Delaware Corporation; POLO RETAIL,
   | LLC, a Delaware Corporation; POLO
19 | RALPH LAUREN CORPORATION, a
   | Delaware Corporation, doing business in
20 | California as POLO RETAIL CORP;
   | FASHIONS OUTLET OF AMERICA, INC.,
21 | a Delaware Corporation and DOES 1-500,
   | inclusive,
22
   |                 Defendant(s).
23

Case No. CGC-06-452655

[PROPOSED] ORDER GRANTING
DEFENDANTS' POLO RALPH LAUREN
CORPORATION; POLO RETAIL, LLC;
POLO RETAIL CORP.; AND FASHIONS
OUTLET OF AMERICA, INC.'S EX PARTE
APPLICATION FOR ORDER EXTENDING
TIME TO RESPOND TO FIRST AMENDED
COMPLAINT

DATE:        September 8, 2006
TIME:        11:00 A.M
DEPT:        ~~301~~ 212
JUDGE:      Hon. Peter Busch

Date Action Filed: May 30, 2006

24

25 |      The Ex Parte Application by Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC;

26 | Fashions Outlet of America, Inc.; and Polo Retail Corporation for an Order extending their time to

27 | respond to the First Amended Complaint of Plaintiffs, individually and on behalf of others, Anne

28

1

1  Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser ("Plaintiffs"), having come before this Court,

2  and good cause appearing therefore,

3        IT IS HEREBY ORDERED that Defendants Polo Ralph Lauren Corporation; Polo Retail,

4  LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation shall have a thirty (30) day

5  extension of time from September 12, 2006 to and including October 12, 2006, within which to file

6  their response to Plaintiffs' First Amended Complaint.

7                                         ARLENE T. BORICK
                                          Judge Pro Tempore

8  Dated: __9 - 12__ , 2006.          _____

9                                     Judge of the Superior Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.                  Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action.  I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303.  On September 15, 2006, I served the following documents:

NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS' POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC; POLO RETAIL CORP.; AND FASHIONS OUTLET OF AMERICA, INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

☒  by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893.  The transmission was reported as complete and without error by the machine.  Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.  The transmission report was properly issued by the transmitting facsimile machine.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐  by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.  I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐  **(BY MESSENGER PERSONAL SERVICE).**  I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.                          Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin        Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.                  807 Montgomery St.
San Francisco, CA 94111                     San Francisco, CA 94133
(Fax: 415-627-9076)                            (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

//

//

1

2   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3   Executed on September 15, 2006, at East Palo Alto, California.

4   *Cathy Sandifer*
    Cathy Sandifer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MESSAGE CONFIRMATION

09/15/2006  14:27
ID=GREENBERG TRAURG LLP

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|------|----------|--------------------|----|-------|--------|------|
| 09/15 | 01'22" | 415 627 9076 | TX | 008 | OK | 0000 |

09/15/2006    14:25    GREENBERG TRAURG LLP → 321#093800#914156279076#    NO.233    P001

# Greenberg Traurig

### Transmittal Cover Sheet

**From:** William J. Goines

**Tel:** 650.289.7860

**E-Mail:** goinesw@gtlaw.com

| To: | Fax No: | Company: | Phone No.: |
|-----|---------|----------|------------|
| Patrick R. Kitchin, Esq | (415) 627-9076 | Law Offices of Patrick R. Kitchin | (415) 677-9058 |
| Daniel Feder, Esq. | (415) 391-9432 | Law Offices of Daniel L. Feder | (415) 391-9476 |

**File No.:**     62321-093800

**Re:**     Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.

**Date:**     September 15, 2006

**No. Pages:**     Including Cover Sheet  **8**

_If you do not receive all pages properly, please call  the sender._

**Notes:**     Please see the attached Notice of Entry of Order re extension of time to file to respond to the First Amended Complaint.  Thank you.

**Also sent via:**     ☐ US Mail     ☐ Overnight     ☐ Messenger     ☐ Email     ☒ No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

1900 University Avenue, 5th Floor, East Palo Alto, California 94303   Phone: 650.328.8500  Fax: 650.328.8508

SV 346081283v1

# MESSAGE CONFIRMATION

09/15/2006   14:30
ID=GREENBERG TRAURG LLP

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|------|----------|--------------------|------|-------|--------|------|
| 09/15 | 01'29" | 4153919432 | TX | 008 | OK | 0000 |

09/15/2006    14:26    GREENBERG TRAURG LLP → 321#093800#914153919432#    NO.234    P001

# Greenberg Traurig

**Transmittal Cover Sheet**

**From:**
William J. Goines

**Tel:**
650.289.7860

**E-Mail:**
goinesw@gtlaw.com

| To: | Fax No: | Company: | Phone No.: |
|-----|---------|----------|------------|
| Patrick R. Kitchin, Esq | (415) 627-9076 | Law Offices of Patrick R. Kitchin | (415) 677-9058 |
| Daniel Feder, Esq. | (415) 391-9432 | Law Offices of Daniel L. Feder | (415) 391-9476 |

**File No.:**       62321-093800

**Re:**       Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.

**Date:**       September 15, 2006

**No. Pages:**       Including Cover Sheet   8

*If you do not receive all pages properly, please call the sender.*

**Notes:**       Please see the attached Notice of Entry of Order re extension of time to file to respond to the First Amended Complaint. Thank you.

**Also sent via:**    [ ] US Mail    [ ] Overnight    [ ] Messenger    [ ] Email    [X] No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

1900 University Avenue, 5th Floor, East Palo Alto, California 94303   Phone: 650.328.8500  Fax: 650.328.8508
SV 346081283v1