# EXHIBIT 24

Case 3:07-cv-02780-SI    Document 1-12    Filed 05/29/2007    Page 2 of 22
CGC-06-452655
ANN OTSUKA et al VS. POLO RALPH LAUREN CORPORATION, A DELAWARE et al

## Mini-Minutes - Nov-15-2006  4:29 pm

No appearances on this matter. The Court adopted its tentative ruling as follows: DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHIONS OUTLET OF AMERICA INC. and POLO RETAIL CORP.'S DEMURRER TO 1ST AMENDED COMPLAINT is continued on the Court's own motion to December 5, 2006. (301/PJB/PM) Judge: Peter J. Busch. Reporter: Carol Karen, CSR 8189

# EXHIBIT 25

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| ANN OTSUKA et al | **Pretrial Department 212**<br>**Case Management Order** |
| PLAINTIFF (S) | |
| VS. | **NO. CGC-06-452655** |
| POLO RALPH LAUREN CORPORATION A DELAWARE et al | **Order Continuing Case**<br>**Management Conference** |
| DEFENDANT (S) | |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The DEC-08-2006 CASE MANAGEMENT CONFERENCE is canceled, and it is hereby ordered:

This case is set for a case management conference on JAN-19-2007 in Department 212 at 9:00 AM.

CRC 212 (g)(1) requires the filing and service of a case management statement form CM-110 no later than fifteen (15) days before the case management conference. However, it would facilitate the issuance of a case management order without an appearance at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management conference.

PLAINTIFF'S COUNSEL OR PLAINTIFF(S) IN PROPRIA PERSONA must send a copy of this notice to all parties not listed on the attached proof of service within five (5) days of the date of this order. (CRC 212 (b)(2))

DATED: NOV-28-2006

ARLENE T. BORICK
_____

JUDGE/COMMISSIONER

Order Continuing Case Management Conference
Form 000001

SUPERIOR COURT OF CALI. .RNIA

**COUNTY OF SAN FRANCISCO**

400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| ANN OTSUKA et al | **Pretrial Department 212** |
| | **Case Management Order** |
| PLAINTIFF (S) | |
| | **NO. CGC-06-452655** |
| VS. | |
| POLO RALPH LAUREN CORPORATION A | **Order Continuing Case** |
| DELAWARE et al | **Management Conference** |
| DEFENDANT (S) | |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The DEC-08-2006 CASE MANAGEMENT CONFERENCE is canceled, and it is hereby ordered:

This case is set for a case management conference on JAN-19-2007 in Department 212 at 9:00 AM.

CRC 212 (g)(1) requires the filing and service of a case management statement form CM-110 no later than fifteen (15) days before the case management conference. However, it would facilitate the issuance of a case management order without an appearance at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management conference.

PLAINTIFF'S COUNSEL OR PLAINTIFF(S) IN PROPRIA PERSONA must send a copy of this notice to all parties not listed on the attached proof of service within five (5) days of the date of this order. (CRC 212 (b)(2))

DATED: NOV-28-2006        ARLENE T. BORICK

JUDGE/COMMISSIONER

# EXHIBIT 26

PS 11/30/06

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| ANN OTSUKA et al | **Department 304** |
| PLAINTIFF (S) | |
| VS. | **NO. CGC-06-452655** |
| POLO RALPH LAUREN CORPORATION A DELAWARE et al | **ORDER GRANTING APPLICATION FOR APPROVAL OF COMPLEX DESIGNATION AND FOR SINGLE ASSIGNMENT** |
| DEFENDANT (S) | |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The Application for Approval of Complex Designation, filed on September 18, 2006, in the above-entitled action, is hereby GRANTED.

The JAN-19-2007 Case Management Conference in Department 212 is canceled.

It is hereby ordered that this case is assigned to the Complex Litigation Department, Judge RICHARD A. KRAMER, Department 304, for all purposes.

A case management conference is set for JAN-22-2007 at 9:30 AM in Department 304. A JOINT case management statement must be filed and a copy delivered to Department 304 at least three (3) court days before the case management conference.

Counsel for the plaintiff(s) shall provide a copy of this order and notice to all counsel of record and/or parties In Propria Persona that are not listed in the attached service list/certificate of mailing.

DATED: NOV-30-2006

Richard A. Kramer
_____
JUDGE



ORDER GRANTING APPLICATION FOR APPROVAL OF COMPLEX DESIGNATION AND FOR SINGLE ASSIGNMENT
Form 000015

CERTIFICATE OF SERV.  BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on NOV-30-2006 I served the foregoing ORDER GRANTING APPLICATION FOR APPROVAL OF COMPLEX DESIGNATION AND FOR SINGLE ASSIGNMENT on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA  94102-4514 pursuant to standard court practice.

Dated :  NOV-30-2006                    By: JOSE RIOS-MERIDA


WILLIAM J. GOINES  (061290)
GREENBERG TRAURIG, LLP
1900 UNIVERSITY AVENUE, 5TH FL
EAST PALO ALTO, CA  94303
USA


WILLIAM J. GOINES  (061290)
GREENBERG TRAURIG, LLP
1900 UNIVERSITY AVENUE, 5TH FL
EAST PALO ALTO, CA  94303
USA

CERTIFICATE OF SERVICE BY MAIL
Form 000015

# EXHIBIT 27

Case 3:07-cv-02780-SI    Document 1-12    Filed 05/29/2007    Page 10 of 22
CGC-06-452655
ANN OTSUKA et al vs. POLO RALPH LAUREN CORPORATION DELAWARE et al

### Mini-Minutes - Dec-05-2006   4:40 pm

No appearances on this matter. DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHION OUTLET OF AMERICA INC, AND POLO RETAIL CORP'S DEMURRER TO FIRST AMENDED COMPLAINT IS OFF CALENDAR AS CASE WAS DESIGNATED COMPLEX.  (301/REQ) Judge: Ronald E. Quidachay, Reporter: Beldon Yee, CSR# 2647

.

# EXHIBIT 28

## Mini-Minutes - Dec-07-2006  12:09 pm

No appearances on this matter. DEFENDANTS POLO RALPH LAUREN CORPORATION, POLO RETAIL LLC, FASHIONS OUTLET OF AMERICA, INC and POLO RETAIL CORP'S MOTION TO ADMIT COUNSEL PRO HAC VICE is off calendar in Department 301. Case continued to Department 304 at 9:30 AM on January 22, 2007. Case is assigned to the Complex Litigation Department. (301/PHA) Judge: Paul H. Alvarado, Reporter: Beldon Yee, CSR# 2647

# EXHIBIT 29



COPY

RECD NOV 18 2006

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 1 1 2006

GORDON PARK-LI, Clerk
BY: FELICIA M. GREEN
Deputy Clerk

BY FAX

1  WILLIAM J. GOINES (SBN 061290)
   JEREMY A. MEIER (SBN 139849)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5         meierj@gtlaw.com

6  Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Fashions Outlet
7  of America, Inc.; and Polo Retail Corporation

8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10               FOR THE COUNTY OF SAN FRANCISCO

11

12 ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
   KEEFE, an individual; CORINNE PHIPPS,
13 an individual; and JUSTIN KISER, an
   individual; and on behalf of all other similarly  [PROPOSED] ORDER GRANTING
14 situated,                                  APPLICATION TO ALLOW APPEARANCE
                Plaintiff(s),                 OF BRIAN S. COUSIN PRO HAC VICE
15
   v.
16
   POLO RALPH LAUREN CORPORATION,
17 a Delaware Corporation; POLO RETAIL,       Date:    December 7, 2006
   LLC, a Delaware Corporation; POLO         Time:    9:30 a.m.
18 RALPH LAUREN CORPORATION, a               Dept:    301
   Delaware Corporation, doing business in
19 California as POLO RETAIL CORP;
   FASHIONS OUTLET OF AMERICA, INC.,          Date Action Filed: May 30, 2006
20 a Delaware Corporation and DOES 1-500,
   inclusive,
21
                Defendant(s).
22

23

24     On December 7, 2006 at 9:30 a.m. in Department 301 of the above-captioned Court, located

25 at 400 McAllister Street, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo

26 Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation. (hereafter "Defendants")

27 applied (the "Application") pursuant to Rule 983 of the California Rules of Court for an Order

28

                                    1
   [PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE

1  permitting Brian S. Cousin, Esq. of Greenberg Traurig, LLP to appear *pro hac vice* in this matter as

2  an attorney of record for Defendants.

3       Having considered all papers filed in support of the Application, the Court finds that good

4  cause exists for granting the Application.

5       IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Brian S.

6  Cousin, Esq. is hereby admitted *pro hac vice* to act as counsel of record in this action on behalf of

7  Defendants.

8

9  Dated: __12-6__ , 2006          **RICHARD A. KRAMER**

10                   JUDGE OF THE SUPERIOR COURT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.              Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On November 8, 2006, I served the following documents:

**[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN *PRO HAC VICE***

☒ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.                         Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin                Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.                       807 Montgomery St.
San Francisco, CA 94111                          San Francisco, CA 94133
(Fax: 415-627-9076)                              (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

//

//

//

1        I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct.

3        Executed on November 8, 2006, at East Palo Alto, California.

4                                          Cathy Sandifer

# EXHIBIT 30

COPY

RECD NOV 0 8 2006

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 1 1 2006

GORDON PARK-LI, Clerk
BY:    FELICIA M. GREEN
              Deputy Clerk

1  WILLIAM J. GOINES (SBN 061290)
   JEREMY A. MEIER (SBN 139849)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5          meierj@gtlaw.com

6  Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Fashions Outlet
7  of America, Inc.; and Polo Retail Corporation

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                  FOR THE COUNTY OF SAN FRANCISCO

11

12  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
13  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other similarly   [PROPOSED] ORDER GRANTING
14  situated,                                 APPLICATION FOR APPEARANCE OF
                    Plaintiff(s),              NEIL A. CAPOBIANCO *PRO HAC VICE*
15

16  v.

17  POLO RALPH LAUREN CORPORATION,
    a Delaware Corporation; POLO RETAIL,     Date:      December 7, 2006
18  LLC, a Delaware Corporation; POLO         Time:      9:30 a.m.
    RALPH LAUREN CORPORATION, a             Dept:      301
19  Delaware Corporation, doing business in
    California as POLO RETAIL CORP;
20  FASHIONS OUTLET OF AMERICA, INC.,        Date Action Filed: May 30, 2006
    a Delaware Corporation and DOES 1-500,
21  inclusive,

22                   Defendant(s).

23

24        On December 7, 2006 at 9:30 a.m. in Department 301 of the above-captioned Court, located

25  at 400 McAllister Street, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo

26  Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation ("Defendants") applied

27  (the "Application") pursuant to Rule 983 of the California Rules of Court for an Order permitting

28

                                    1
[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE

BY FAX

1  Neil A. Capobianco, Esq. of Greenberg Traurig, LLP to appear *pro hac vice* in this matter as an

2  attorney of record for Defendants.

3      Having considered all papers filed in support of the Application, the Court finds that good

4  cause exists for granting the Application.

5      IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Neil A.

6  Capobianco, Esq. is hereby admitted *pro hac vice* to act as counsel of record in this action on behalf

7  of Defendants.

8

9  Dated:  12-6       , 2006                **RICHARD A. KRAMER**

10                                   JUDGE OF THE SUPERIOR COURT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.          Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On November 8, 2006, I served the following documents:

**[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF
NEIL A. CAPOBIANCO *PRO HAC VICE***

☒ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.              Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin      Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.           807 Montgomery St.
San Francisco, CA 94111              San Francisco, CA 94133
(Fax: 415-627-9076)                 (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

//
//
//

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct.

3    Executed on November 8, 2006, at East Palo Alto, California.

4                                          Cathy Sandifer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28