**EXHIBIT 31**

F 12/13/06

1   WILLIAM J. GOINES (SBN 061290)
    JEREMY A. MEIER (SBN 139849)
2   ALISHA M. LOUIE (SBN 240863)
    GREENBERG TRAURIG, LLP
3   1900 University Avenue, Fifth Floor
    East Palo Alto, California  94303
4   Telephone: (650) 328-8500
    Facsimile: (650) 328-8508
5   Email:  goinesw@gtlaw.com
            meierj@gtlaw.com
6           rosenthalk@gtlaw.com
            louiea@gtlaw.com
7
    Attorneys for Defendants Polo Ralph Lauren
8   Corporation; Polo Retail, LLC; Fashions Outlet
    of America, Inc.; and Polo Retail Corporation
9

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 1 3 2006

GORDON PARK-LI, Clerk
BY: _____ELIAS BUTT_____
                        Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    FOR THE COUNTY OF SAN FRANCISCO

12

13

14  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
15  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other
16  similarly situated,
                                              RE-NOTICE OF HEARING OF
17             Plaintiff(s),                  DEFENDANTS' DEMURRER TO FIRST
                                              AMENDED COMPLAINT
18       v.
                                              Date:      January 22, 2007
19  POLO RALPH LAUREN CORPORATION,            Time:      9:30 a.m.
    a Delaware Corporation; POLO RETAIL,      Dept.:     304
20  LLC, a Delaware Corporation; POLO         Judge:     Hon. Richard A. Kramer
    RALPH LAUREN CORPORATION, a
21  Delaware Corporation, doing business in
    California as POLO RETAIL CORP;
22  FASHIONS OUTLET OF AMERICA, INC.,         Date Action Filed:    May 30, 2006
    a Delaware Corporation and DOES 1-500,
23  inclusive,

24             Defendant(s)..

25

26
         TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:
27

28
                                    – 1 –

    RE-NOTICE OF HEARING ON DEMURRER TO FIRST AMENDED COMPLAINT

BY FAX

1    NOTICE IS HEREBY GIVEN that on January 22, 2007 at the hour of 9:30 a.m., or as soon

2 | thereafter as this matter may be held in Department 304 of the above-entitled Court located at 400

3 | McAllister Street, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo

4 | Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation (collectively referred to

5 | herein as "Defendants" or "Polo") will demur to the First Amended Complaint ("Complaint") of

6 | Plaintiffs Ann Otsuka, an individual; Janis Keefe, an individual; Corinne Phipps, an individual; and

7 | Justin Kiser, an individual; and on behalf of all other similarly situated (collectively referred to

8 | herein as "Plaintiffs").

9    Said demurrer will be based on the previously filed and served Demurrer to First Amended

10 Complaint, Memorandum of Points and Authorities, the Complaint, all other pleadings and files in

11 this matter, and such other and further argument which may be presented at the hearing on this

12 matter.

13 Dated: December 13, 2006.

GREENBERG TRAURIG

15    By _____

16        William J. Gomes
        Jeremy A. Meier
17        Alisha M. Louie
        Attorneys for Defendants Polo Ralph
18        Lauren Corporation; Polo Retail, LLC;
        Fashions Outlet of America, Inc.; and Polo
19        Retail Corporation

-2-

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.          Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On December 13, 2006, I served the following documents:

**RE-NOTICE OF HEARING ON DEFENDANTS' DEMURRER TO FIRST AMENDED COMPLAINT**

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.                        Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin           Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.                   807 Montgomery St.
San Francisco, CA 94111                      San Francisco, CA 94133
(Fax: 415-627-9076)                            (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2006, at East Palo Alto, California.

Cathy Sandifer

1
Proof of Service

# EXHIBIT 32

1   Patrick R. Kitchin, Esq. (SBN. 162965)
2   **THE LAW OFFICE OF PATRICK R. KITCHIN**
    565 Commercial Street, 4th Floor
3   San Francisco, CA 94111
    415-677-9058
4   415-627-9076 (fax)

5   Attorneys for Ann Otsuka, Janis Keefe,
    Corinne Phipps and Justin Kiser
6

7   WILLIAM J. GOINES (SBN 061290)
    JEREMY A. MEIER (SBN 139849)
8   ALISHA M. LOUIE (SBN 240863)
    GREENBERG TRAURIG, LLP
9   1900 University Avenue, Fifth Floor
    East Palo Alto, California 94303
10   Telephone: (650) 328-8500
    Facsimile: (650) 328-8508

11

12   Attorneys for Defendants Polo Ralph Lauren
    Corporation; Polo Retail, LLC; Polo Ralph Lauren
    Corporation, doing business in California as Polo
13   Retail Corporation; and Fashions Outlet of America, Inc.

14   (See Last Page for Additional Names of Counsel for the Parties)

15

16   **SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

17   ANN OTSUKA, an individual; JANIS KEEFE, )  Case No.: CGC-06-452655
    an individual; CORINNE PHIPPS, an )
18   individual; and JUSTIN KISER, an individual; )  **JOINT CASE MANAGEMENT**
19   individually and on behalf of all others similarly )  **CONFERENCE STATEMENT**
    situated, )
20              Plaintiffs, )
21           vs. )
22   POLO RALPH LAUREN CORPORATION; a )
    Delaware Corporation; POLO RETAIL, LLC., a )
23   Delaware Corporation; POLO RALPH )  **Date: January 22, 2007**
24   LAUREN CORPORATION, a Delaware )  **Time: 9:30 a.m.**
    Corporation, doing business in California as )  **Department: 304**
25   POLO RETAIL CORP; FASHIONS OUTLET )  Hon Richard Kramer
    OF AMERICA, INC., a Delaware Corporation )
26   and DOES 1-500, inclusive, )
27              )
              Defendants. )  **Complaint Filed: May 30, 2007**
28              )  **Trial Date: None Set**

ENDORSED
F I L E D
San Francisco County Superior Court

JAN 1 7 2007

GORDON PARK-LI, Clerk
BY_ELIZABETH ZALDIVAR
Deputy Clerk

*Otsuka, et al. v. Polo, et al.*
Joint Case Management Conference Statement
SV 346118781v1                            1                 Case No. CGC-06-452655

1    Plaintiffs Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser ("Plaintiffs"), and

2   Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation,

3   doing business as Polo Retail Corporation, and Fashions Outlet of America, Inc. ("Defendants"),

4   hereby submit this Joint Case Management Conference Statement in advance of the January 22,

5   2007, Case Management Conference.

6        A.    Nature of Case

7        Plaintiffs filed this class action lawsuit on May 30, 2007.  On July 20, 2006, Plaintiffs filed

8   their First Amended Complaint to add claims under the California Private Attorneys General

9   Action, Labor Code §§ 2699, et seq., seeking recovery on civil penalties on behalf of themselves,

10   the putative class and the State of California.

11       Plaintiffs' First Amended Complaint alleges various labor law violations, including fraud,

12   false imprisonment, failure to pay wages earned, failure to pay wages timely, failing to pay

13   premium overtime, breach of contract, failure to provide workers with rest breaks, unjust

14   enrichment, violations of Business and Professions Code §§ 17200, et seq., and violations of the

15   Private Attorneys General Act.

16       On October 12, 2006, Defendants demurred to Plaintiffs' First Amended Complaint as to

17   Plaintiffs' First Cause of Action for Fraud, Second Cause of Action for False Imprisonment,

18   Seventh Cause of Action for Willful Failure to Provide Rest Periods (as to claims by Plaintiffs

19   Otsuka, Phipps and Keefe), Eighth Cause of Action of Willful Violations of Labor Code §§ 226

20   (as to claims of Plaintiffs Otsuka, Phipps and Keefe), Eleventh Cause of Action for Unjust

21   Enrichment, and the Thirteenth Cause of Action for Recovery Under the Private Attorneys General

22   Act 226 (as to claims of Plaintiffs Otsuka, Phipps and Keefe). The hearing on that motion was

23   continued by the Court from November 15, 2006, to January 22, 2007.  The motion is fully briefed

24   and is scheduled to be heard on the date of this Case Management Conference.

25   //

26   //

27   //

28

B.    Status Of Discovery

1.    Plaintiffs

Plaintiffs have served extensive written discovery on all Defendants, focused on issues relevant to class certification. Plaintiffs have provided an extension of time through February 8, 2007, for all Defendants to provide written responses and the production of responsive documents.

Plaintiffs intend to serve approximately 10 notices of depositions of Defendants' managers and persons most knowledgeable within the next two weeks. Plaintiffs will coordinate with Defendants in the selection of dates, times and locations. With Defendants' cooperation, these initial depositions will take place during February and March 2007.

All Plaintiffs have responded to Defendants' first set of requests for production. Plaintiffs Corinne Phipps and Just Kiser have responded to Defendants' first set of special interrogatories and Plaintiffs Ann Otsuka and Janis Keefe intend to respond to these interrogatories on January 22, 2007. Defendants have served notices of deposition of all Plaintiffs, but have not scheduled dates, times and places yet.

Plaintiffs intend to commence discovery relating to their California Private Attorneys General Act ("PAGA") claims following the Court's rulings on Defendants' demurrer. Plaintiffs are entitled to broad discovery on these claims and are not required to obtain class certification prior to conducting that discovery.

2.    Defendants

Defendants served extensive Requests for Production of Documents On October 27, 2006 and Special Interrogatories on November 20, 2006 on all named Plaintiffs. Plaintiffs requested and Defendants granted extensions of time in which to provide their responses and production of documents through and until November 30, 2006 and then to December 15, 2006. Plaintiffs served responses to Defendants' Request for Production of Documents on December 12, 2006 and produced certain electronic documents on January 11, 2006. Plaintiffs served responses to Defendants' Request for Special Interrogatories as to Plaintiffs Kiser and Otsuka on January 16, 2006. Defendants granted a further extension on January 15, 2007 for Plaintiffs to respond to

1  Defendants' Special Interrogatories as to Plaintiffs Phipps and Keefe through and until January 22,

2  2007.

3     On October 27, 2006, Defendants noticed each of the named Plaintiffs depositions in

4  expectation of Plaintiffs' original return date for written discovery responses. Plaintiff Otsuka's

5  deposition was noticed for December 13, 2006, Plaintiff Kiser's for December 14, 2006, Plaintiff

6  Keefe's for December 19, 2006, and Plaintiff Phipps for December 20, 2006. In light of the

7  extensions of time granted to Plaintiffs to provide written discovery responses and to produce

8  documents, these depositions have been continued to February and/or March 2007. Defendants

9  intend on completing these noticed depositions prior to any subsequently noticed depositions

10  taking place.

11     The parties have met and conferred and exchanged drafts of a proposed protective order

12  which, once executed, will be promptly presented to the Court for its approval.

13     Extensive further written, documentary and oral discovery is anticipated over the coming

14  months. Given the complexity and volume of anticipated discovery, Defendants anticipate that

15  discovery will be completed in December 2007.

16  C.     Anticipated Motions

17      1.     Plaintiffs

18  **Discovery Motions:** Plaintiffs anticipate the need for the Court's involvement in issues

19  relating to the class-wide discovery rights of the parties. While Plaintiffs have limited their first

20  set of discovery requests to matters relating to "numerosity, typicality and commonality," Plaintiffs

21  understand Defendants may have a different perspective on the appropriateness of some of their

22  discovery. In addition, Plaintiffs believe they are entitled to merits discovery at this time on their

23  Private Attorneys General Act claims. If Defendants have a different perspective, the Court's

24  assistance may be required.

25  **Motion for Class Certification:** Plaintiffs intend to seek class certification as quickly as

26  possible following the completion of the discovery discussed above. With the cooperation of

27  Defendants on scheduling issues, and minimum discovery disputes, Plaintiffs believe their motion

28  for class certification can be filed no later than June 2007.

1    **Motion for Summary Adjudication:**  As discovery proceeds Plaintiffs will evaluate the

2    appropriateness of resolving limited legal issues through summary adjudication.

3             2.    Defendants

4    **Demurrer:** On August 24, 2006, the parties stipulated to a 15-day extension of time for

5    Defendants to respond to Plaintiffs' First Amended Complaint. On September 12, 2006, the

6    Honorable Arlene T. Borick granted Defendant's *Ex Parte* Application for an additional 30-days

7    time to respond through and until October 12, 2006. On October 12, 2006, Defendants filed a

8    Demur before the Honorable Peter Busch to Plaintiffs' First Cause of Action for Fraud, Second

9    Cause of Action for False Imprisonment, Seventh Cause of Action for Willful Failure to Provide

10    Rest Periods (as to claims by Plaintiffs Otsuka, Phipps and Keefe), Eighth Cause of Action of

11    Willful Violations of Labor Code §§ 226 (as to claims of Plaintiffs Otsuka, Phipps and Keefe),

12    Eleventh Cause of Action for Unjust Enrichment, and the Thirteenth Cause of Action for Recovery

13    Under the Private Attorneys General Act 226 (as to claims of Plaintiffs Otsuka, Phipps and Keefe).

14    Defendants' Demurrer as to these causes of actions is presently scheduled to be heard before this

15    Court on January 22, 2007 pursuant to this Court's Order granting Defendants' Application for

16    Complex Litigation Designation.

17        **Discovery Motions:** Defendants intend to meet and confer with Plaintiffs to resolve

18    discovery issues without the intervention of the Court but given the complexity of the issues

19    involved in this litigation, Defendants anticipate the need for active Court supervision and

20    potential intervention.

21        **Motion for Summary Judgment/Adjudication:** After significant discovery has been

22    concluded, Defendants may file a Motion for Summary Judgment as to all of Plaintiffs' claims, or,

23    in the alternative, a Motion for Summary Adjudication as to some of Plaintiffs' claims.

24        D.    Alternative Dispute Resolution

25             1.    Plaintiffs

26        Plaintiffs are amenable to private mediation following the completion of sufficient

27    discovery to evaluate liability and damages.

28    //

2.    Defendants

Defendants are amenable to private mediation or other appropriate non binding neutral evaluation following the completion of sufficient discovery to evaluate Plaintiffs' claims.

E.    Trial

1.    Plaintiffs

While Plaintiffs are not yet in a position to accurately estimate when this matter will be ready for trial, they intend to move this matter forward as expeditiously as possible. Plaintiffs request that the Court set a trial date at a subsequent Case Management Conference following the completion of the discovery described above.

2.    Defendants

Defendants intend on moving this action forward and request the Court hold a trial setting conference to determine an appropriate trial date once discovery timelines and closure dates have been established.

DATED: January 17, 2007          THE LAW OFFICE OF PATRICK R. KITCHIN

By: _____
Patrick R. Kitchin, Esq.
Attorneys for Plaintiffs

DATED: January 17, 2007          GREENBERG TRAURIG

By _____
William J. Goines
Jeremy A. Meier
Alisha M. Louie

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation

*Otsuka, et al. v. Polo, et al.*
Joint Case Management Conference Statement
SV 346118781v1                                             6                    Case No. CGC-06-452655

1  <u>Additional Counsel for Parties</u>

2

   Daniel Feder, Esq. (SBN. 130867)
3  THE LAW OFFICES OF DANIEL FEDER
    807 Montgomery Street
4  San Francisco, CA 94133
   (415) 391-9476
5

6  Attorneys for Ann Otsuka, Janis Keefe,
   Corinne Phipps and Justin Kiser
7

8  BRIAN S. COUSIN (*PRO HAC VICE*)
   NEIL A. CAPOBIANCO (*PRO HAC VICE*)
9  GREENBERG TRAURIG, LLP
   MetLife Building
10 200 Park Avenue
   New York, NY 10166
11 Telephone:  (212) 801-9200
   Facsimile:  (212) 801-6400
12

13 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
14 Corporation, doing business in California as Polo
   Retail Corporation; and Fashions Outlet of America, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

1.  I, Karla Donis, the below signed declare, I am employed, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

2.  I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3.  On January 18, 2007, I served the following documents on the parties identified as follows:

    **William J. Goines, Esq.**
    **Greenberg Traurig, LLP**
    **1900 University Ave., 5th Floor**
    **East Palo Alto, CA 94303**



*   **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

4.  The manner of service is indicated below. Please check one.



|  |  |
|---|---|
| ☐ PERSONAL SERVICE | I caused each such document, in an envelope, to be served by hand on the person listed above. |
| ☒ US MAIL | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California. |
| ☐ FACSIMILE | I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number Of each of the parties listed on the attached service list. |
| ☐ FEDERAL EXPRESS | I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Karla Donis

_____
1/18/07
Date

# EXHIBIT 33

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

### MINUTES

| | |
|---|---|
| January 22, 2007 | Department:   **304** |
| ANN OTSUKA, et al. | Case Number:  **CGC-06-452655** |
| PLAINTIFF | Nature of Cause: |
| VS. | **DEMURRER TO FIRST AMENDED COMPLAINT** |
| POLO RALPH LAUREN CORPORATION, et al. | **CASE MANAGEMENT CONFERENCE** |

Present:

Judge:  RICHARD A. KRAMER                    Clerk:   FELICIA GREEN
Reporter: CANDACE YOUNT                      Bailiff:  NOT PRESENT

Appearances:

| | |
|---|---|
| Daniel Feder<br>LAW OFFICES OF DANIEL FEDER<br>807 Montgomery Street<br>San Francisco, CA  94133<br>(415) 391-9476<br>Attorney for Plaintiffs | William J. Goines<br>Jeremy Meier<br>GREENBERG TRAURIG<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>(650) 328-8500<br>Attorneys for Defendants |
| Patrick R. Kitchin<br>LAW OFFICES OF PATRICK R. KITCHIN<br>565 Commercial Street. 4th Floor<br>San Francisco, CA  94111<br>(415) 677-9058<br>Attorney for Plaintiffs | |

The above-entitled matter comes on calendar regularly for hearing of the demurrer to the first amended complaint and case management conference.  Court, personnel and counsel are present as listed above.  The Court issues the tentative ruling for the demurrer to the first amended complaint.  Counsel presents oral arguments and submits the matter to the Court.  The Court

rules on the demurrer to the first amend complaint as follows: The first cause of action for fraud is OVERRULED; the second cause of action for false imprisonment is SUSTAINED without leave to amend; the seventh cause of action for failure to provide rest breaks is OVERRULED; the eighth cause of action for failure to provide wage statements is SUSTAINED without leave to amend; the eleventh cause of action for unjust enrichment is SUSTAINED without leave to amend; and the thirteenth cause of action under Labor Code 2699 is SUSTAINED without leave to amend. The seventh, eighth, and thirteenth causes of action apply only to plaintiff, Kiser. The Court states the basis for the rulings as reflected in the official court reporter's transcript. Plaintiff's counsel shall prepare the written order.

The case management conference commences. OFF THE RECORD: The Court gives non-case specific information re the Complex Litigation Department's procedures. ON THE RECORD: The Court discusses discovery, protective orders, utilizing a discovery referee and developing an analytical structure to move the case along. The Court informs counsel they may serve discovery at anytime, however, responses will not be due until it is ordered from the Court. The Court instructs counsel to meet and confer re what threshold of discovery is appropriate to exchange, and other class issues. The Court continues the matter to April 5, 2007, at 1:30 p.m., for a further case management conference. Counsel informs the Court the matter may go to Federal Court. The Court instructs counsel to send notice if the case is removed. Counsel may contact the clerk in the Complex Litigation Department to continue the matter for thirty, (30) days.

# EXHIBIT 34

1   WILLIAM J. GOINES (SBN 061290)
    JEREMY A. MEIER (SBN 139849)
2   KAREN ROSENTHAL (SBN 209419)
    ALISHA M. LOUIE (SBN 240863)
3   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
4   East Palo Alto, California 94303
    Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508

6   BRIAN S. COUSIN (*PRO HAC VICE*)
    NEIL A. CAPOBIANCO (*PRO HAC VICE*)
7   GREENBERG TRAURIG, LLP
    MetLife Building
8   200 Park Avenue
    New York, NY 10166
9   Telephone: (212) 801-9200
    Facsimile: (212) 801-6400

10
    Attorneys for Defendants Polo Ralph Lauren
11  Corporation; Polo Retail, LLC; Polo Ralph Lauren
    Corporation, doing business in California as Polo
12  Retail Corporation; and Fashions Outlet of
    America, Inc.
13

ENDORSED
F I L E D
*San Francisco County Superior Court*

JAN 2 9 2007

GORDON PARK-Li, Clerk
BY: _____E.J. LACSON_____
                              Deputy Clerk

14              SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                   FOR THE COUNTY OF SAN FRANCISCO

16

17  ANN OTSUKA, an individual; JANIS        | Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,   |
18  an individual; and JUSTIN KISER, an     |
    individual; and on behalf of all other similarly | **NOTICE OF ENTRY OF ORDER GRANTING**
19  situated,                               | **APPLICATION FOR APPEARANCE OF**
                    Plaintiff(s),            | **BRIAN S. COUSIN** *PRO HAC VICE*
20
    v.
21
    POLO RALPH LAUREN CORPORATION,
22  a Delaware Corporation; POLO RETAIL,    | Date Action Filed:  May 30, 2006
    LLC, a Delaware Corporation; POLO
23  RALPH LAUREN CORPORATION, a
    Delaware Corporation, doing business in
24  California as POLO RETAIL CORP;
    FASHIONS OUTLET OF AMERICA, INC.,
25  a Delaware Corporation and DOES 1-500,
    inclusive,
26
                    Defendant(s).
27

28

                                        1

1    TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that on December 11, 2006, this Court entered its Order

3 Granting Application to Allow appearance of Brian S. Cousin *Pro Hac Vice*. A copy of said Order is

4 attached as Exhibit A and incorporated by reference as though fully set forth.

5    Dated: January 25, 2006.                GREENBERG TRAURIG, LLP

6

7                                              By:

8                                              William J. Goines
                                               Brian S. Cousin
9                                              Neil A. Capobianco
                                               Jeremy A. Meier
10                                             Alisha Louie

11                                             Attorney for Defendants Polo Ralph Lauren
                                               Corporation; Polo Retail, LLC; Polo Ralph
12                                             Lauren Corporation, doing business in California
                                               as Polo Retail Corporation; and Fashions Outlet
13                                             of America, Inc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A

COPY

RECD NOV

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 1 1 2006

GORDON PARK-LI, Clerk
BY:     FELICIA M. GREEN
                    Deputy Clerk

1  WILLIAM J. GOINES (SBN 061290)
   JEREMY A. MEIER (SBN 139849)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5          meierj@gtlaw.com

6  Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Fashions Outlet
7  of America, Inc.; and Polo Retail Corporation

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                 FOR THE COUNTY OF SAN FRANCISCO

11

12  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
13  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other similarly   [PROPOSED] ORDER GRANTING
14  situated,                                 APPLICATION TO ALLOW APPEARANCE
                        Plaintiff(s),         OF BRIAN S. COUSIN *PRO HAC VICE*
15
    v.
16
    POLO RALPH LAUREN CORPORATION,
17  a Delaware Corporation; POLO RETAIL,
    LLC, a Delaware Corporation; POLO        Date:    December 7, 2006
18  RALPH LAUREN CORPORATION, a              Time:    9:30 a.m.
    Delaware Corporation, doing business in   Dept:    301
19  California as POLO RETAIL CORP;
    FASHIONS OUTLET OF AMERICA, INC.,        Date Action Filed:  May 30, 2006
20  a Delaware Corporation and DOES 1-500,
    inclusive,
21
                        Defendant(s).
22

23

24      On December 7, 2006 at 9:30 a.m. in Department 301 of the above-captioned Court, located

25  at 400 McAllister Street, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo

26  Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation (hereafter "Defendants")

27  applied (the "Application") pursuant to Rule 983 of the California Rules of Court for an Order

28

                                    1

BY FAX

1  permitting Brian S. Cousin, Esq. of Greenberg Traurig, LLP to appear *pro hac vice* in this matter as

2  an attorney of record for Defendants.

3      Having considered all papers filed in support of the Application, the Court finds that good

4  cause exists for granting the Application.

5      IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Brian S.

6  Cousin, Esq. is hereby admitted *pro hac vice* to act as counsel of record in this action on behalf of

7  Defendants.

8

9  Dated: __12-6__, 2006          RICHARD A. KRAMER

10                                 _____

                                    JUDGE OF THE SUPERIOR COURT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.                 Case No. CGC-06-452655

2                              PROOF OF SERVICE

3       I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a
   party to the within action.  I am an employee of GREENBERG TRAURIG, LLP, and my business
4  address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303.  On November 8, 2006, I
   served the following documents:
5

6       [PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF
        BRIAN S. COUSIN *PRO HAC VICE*
7

8  ☒   by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth
       below, or as stated on the attached service list, on this date at approximately _____, from the
9      sending facsimile machine telephone number of 650-289-7893.  The transmission was reported as
       complete and without error by the machine.  Pursuant to California Rules of Court, Rule
10     2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of
       which is attached to the original of this declaration.  The transmission report was properly issued
11     by the transmitting facsimile machine.

12 ☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid,
       in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.
13

14 ☐   by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail
       envelope with postage thereon fully prepaid, addressed as set forth below.  I am aware that on
15     motion of the party served, service is presumed invalid if delivery by Federal Express is more
       than one day after date of deposit with Federal Express.
16

17 ☐   (BY MESSENGER PERSONAL SERVICE).  I caused delivery of such envelope by hand to
       the offices of the addressee.
18

19     Patrick R. Kitchin, Esq.                    Daniel Feder, Esq.
       Law Offices of Patrick R. Kitchin          Law Offices of Daniel L. Feder
20     565 Commercial St., 4th Fl.                 807 Montgomery St.
       San Francisco, CA 94111                     San Francisco, CA 94133
21     (Fax: 415-627-9076)                         (Fax: 415-391-9432)

22      I am readily familiar with the business practice of my place of employment in respect to the
   collection and processing of correspondence, pleadings and notices for mailing with United States
23 Postal Service/Express Mail, Federal Express and other overnight mail services.  The foregoing sealed
   envelope was placed for collection and mailing this date consistent with the ordinary business practice
24 of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at
   East Palo Alto, California, in the ordinary course of such business.
25

26 //

27 //

28 //

                                         1
                                  Proof of Service

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2    true and correct.

3    Executed on November 8, 2006, at East Palo Alto, California.

4    Cathy Sandifer

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.                    Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On January 25, 2007, I served the following documents:

**NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN *PRO HAC VICE***

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.                          Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin                 Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.                        807 Montgomery St.
San Francisco, CA 94111                           San Francisco, CA 94133
(Fax: 415-627-9076)                               (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2007, at East Palo Alto, California.

Cathy Sandifer

# EXHIBIT 35

1   WILLIAM J. GOINES (SBN 061290)
    JEREMY A. MEIER (SBN 139849)
2   KAREN ROSENTHAL (SBN 209419)
    ALISHA M. LOUIE (SBN 240863)
3   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
4   East Palo Alto, California 94303
    Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508

6   BRIAN S. COUSIN (*PRO HAC VICE*)
    NEIL A. CAPOBIANCO (*PRO HAC VICE*)
7   GREENBERG TRAURIG, LLP
    MetLife Building
8   200 Park Avenue
    New York, NY 10166
9   Telephone: (212) 801-9200
    Facsimile: (212) 801-6400

10
    Attorneys for Defendants Polo Ralph Lauren
11  Corporation; Polo Retail, LLC; Polo Ralph Lauren
    Corporation, doing business in California as Polo
12  Retail Corporation; and Fashions Outlet of
    America, Inc.

13

14              SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                  FOR THE COUNTY OF SAN FRANCISCO

16

17  ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
    KEEFE, an individual; CORINNE PHIPPS,
18  an individual; and JUSTIN KISER, an
    individual; and on behalf of all other similarly   **NOTICE OF ENTRY OF ORDER GRANTING**
19  situated,                                  **APPLICATION FOR APPEARANCE OF**
                    Plaintiff(s),              **NEIL A. CAPOBIANCO *PRO HAC VICE***
20
21  v.

22  POLO RALPH LAUREN CORPORATION,             Date Action Filed:  May 30, 2006
    a Delaware Corporation; POLO RETAIL,
23  LLC, a Delaware Corporation; POLO
    RALPH LAUREN CORPORATION, a
24  Delaware Corporation, doing business in
    California as POLO RETAIL CORP;
25  FASHIONS OUTLET OF AMERICA, INC.,
    a Delaware Corporation and DOES 1-500,
26  inclusive,

27                  Defendant(s).

28

                                    1

---

ENDORSED
FILED
San Francisco County Superior Court

JAN 2 9 2007

GORDON PARK-Li, Clerk
BY: _____
    E.J. LACSON
              Deputy Clerk

1    TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that on December 11, 2006, this Court entered its Order

3    Granting Application to Allow appearance of Neil A. Capobianco *Pro Hac Vice*. A copy of said

4    Order is attached as Exhibit A and incorporated by reference as though fully set forth.

5         Dated: January 25, 2007.            GREENBERG TRAURIG, LLP

6

7                                         By:_____

8                                            William J. Gomes
                                            Brian S. Cousin
9                                            Neil A. Capobianco
                                            Jeremy A. Meier
                                            Alisha Louie
10

11                                          Attorneys for Defendants Polo Ralph Lauren
                                            Corporation; Polo Retail, LLC; Polo Ralph
12                                          Lauren Corporation, doing business in California
                                            as Polo Retail Corporation; and Fashions Outlet
13                                          of America, Inc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A



ENDORSED
F I L E D
*San Francisco County Superior Court*

DEC 1 1 2006

GORDON PARK-LI, Clerk
BY: ___FELICIA M. GREEN___
Deputy Clerk

BY FAX

1 WILLIAM J. GOINES (SBN 061290)
JEREMY A. MEIER (SBN 139849)
2 GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
3 East Palo Alto, California 94303
Telephone: (650) 328-8500
4 Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
5 meierj@gtlaw.com

6 Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Fashions Outlet
7 of America, Inc.; and Polo Retail Corporation

8

9 SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 FOR THE COUNTY OF SAN FRANCISCO

11

12 ANN OTSUKA, an individual; JANIS | Case No. CGC-06-452655
KEEFE, an individual; CORINNE PHIPPS,
13 an individual; and JUSTIN KISER, an
individual; and on behalf of all other similarly | [PROPOSED] ORDER GRANTING
14 situated, | APPLICATION FOR APPEARANCE OF
Plaintiff(s), | NEIL A. CAPOBIANCO *PRO HAC VICE*
15
v.
16
POLO RALPH LAUREN CORPORATION,
17 a Delaware Corporation; POLO RETAIL, | Date: December 7, 2006
LLC, a Delaware Corporation; POLO | Time: 9:30 a.m.
18 RALPH LAUREN CORPORATION, a | Dept: 301
Delaware Corporation, doing business in
19 California as POLO RETAIL CORP;
FASHIONS OUTLET OF AMERICA, INC., | Date Action Filed: May 30, 2006
20 a Delaware Corporation and DOES 1-500,
inclusive,
21
Defendant(s).
22

23

24    On December 7, 2006 at 9:30 a.m. in Department 301 of the above-captioned Court, located

25 at 400 McAllister Street, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo

26 Retail, LLC; Fashions Outlet of America, Inc.; and Polo Retail Corporation ("Defendants") applied

27 (the "Application") pursuant to Rule 983 of the California Rules of Court for an Order permitting

28

1

1   Neil A. Capobianco, Esq. of Greenberg Traurig, LLP to appear *pro hac vice* in this matter as an

2   attorney of record for Defendants.

3        Having considered all papers filed in support of the Application, the Court finds that good

4   cause exists for granting the Application.

5        IT IS HEREBY ORDERED THAT the Application is granted in its entirety and Neil A.

6   Capobianco, Esq. is hereby admitted *pro hac vice* to act as counsel of record in this action on behalf

7   of Defendants.

8

9   Dated: __12-6_____, 2006            **RICHARD A. KRAMER**

10                               JUDGE OF THE SUPERIOR COURT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN PRO HAC VICE

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.    Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On November 8, 2006, I served the following documents:

**[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF NEIL A. CAPOBIANCO *PRO HAC VICE***

☒ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.                    Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin           Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.                 807 Montgomery St.
San Francisco, CA  94111                    San Francisco, CA  94133
(Fax: 415-627-9076)                         (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

//

//

//

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 true and correct.

3   Executed on November 8, 2006, at East Palo Alto, California.

4                                           _Cathy Sandifer_
                                            Cathy Sandifer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Otsuka, et al. v. Polo Ralph Lauren Corporation, et al.                    Case No. CGC-06-452655

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On January 25, 2007, I served the following documents:

**NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR APPEARANCE OF BRIAN S. COUSIN** *PRO HAC VICE*

☐    by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐    by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐    (**BY MESSENGER PERSONAL SERVICE**). I caused delivery of such envelope by hand to the offices of the addressee.

| | |
|---|---|
| Patrick R. Kitchin, Esq. | Daniel Feder, Esq. |
| Law Offices of Patrick R. Kitchin | Law Offices of Daniel L. Feder |
| 565 Commercial St., 4th Fl. | 807 Montgomery St. |
| San Francisco, CA 94111 | San Francisco, CA 94133 |
| (Fax: 415-627-9076) | (Fax: 415-391-9432) |

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2007, at East Palo Alto, California.

Cathy Sandifer