1   WILLIAM J. GOINES (SBN 061290)
    ALISHA M. LOUIE (SBN 240863)
2   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
3   East Palo Alto, CA 94303
    Telephone: (650) 328-8500
4   Facsimile: (650) 328-8508
    Email: goinesw@gtlaw.com
5          louisa@gtlaw.com

6   JEREMY A. MEIER (SBN 139849)
    GREENBERG TRAURIG, LLP
7   1201 K Street, Suite 1100
    Sacramento, CA 95814
8   Telephone: (916) 442-1111
    Facsimile: (916) 448-1709
9   Email: meierj@gtlaw.com

10  BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED)
    NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED)
11  GREENBERG TRAURIG, LLP
    MetLife Building, 200 Park Avenue
12  New York, NY 10166
    Telephone: (212) 801-9200
13  Facsimile: (212) 801-6400
    Email: cousinb@gtlaw.com
14         capobiancon@gtlaw.com

15  Attorneys for Defendants Polo Ralph Lauren
    Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
16  doing business in California as Polo Retail Corporation; and
    Fashions Outlet of America, Inc.
17

18              **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20              **SAN FRANCISCO DIVISION**

21

22  ANN OTSUKA, an individual; JANIS KEEFE,    State Court Case No.: CGC-06-452655
    an individual; CORINNE PHIPPS, an
23  individual; and JUSTIN KISER, an individual;    **FRCP 7.1 DISCLOSURE STATEMENT**
    and on behalf of all other similarly situated,
24

25          Plaintiff(s),

26  v.

27  POLO RALPH LAUREN CORPORATION, a
    Delaware Corporation; POLO RETAIL, LLC, a
28  Delaware Corporation; POLO RALPH

FRCP 7.1 DISCLOSURE STATEMENT

1  LAUREN CORPORATION, a Delaware
   Corporation, doing business in California as
2  POLO RETAIL CORP; FASHIONS OUTLET
   OF AMERICA, INC., a Delaware Corporation
3  and DOES 1-500, inclusive,

4         Defendant(s)

5
   AND RELATED CROSS-ACTION.
6

7         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that

8  Polo Ralph Lauren Corporation, a Delaware Corporation, is a publicly held corporation that owns

9  100% of Fashions Outlet of America, Inc., a Delaware Corporation, Polo Retail, LLC, a Delaware

10 Corporation.

11
   Dated: May 29, 2007                    GREENBERG TRAURIG, LLP
12

13

14                                 By: _____
                                       WILLIAM J. GOINES
15                                     ALISHA M. LOUIE
                                       GREENBERG TRAURIG, LLP
16                                     1900 University Avenue, 5th Floor
                                       East Palo Alto, CA 94304
17
                                       JEREMY A. MEIER
18                                     GREENBERG TRAURIG, LLP
                                       1201 K Street, Suite 1100
19                                     Sacramento, CA 95814

20                                     BRIAN S. COUSIN (PRO HAC VICE)
                                       NEIL A. CAPOBIANCO (PRO HAC VICE)
21                                     GREENBERG TRAURIG, LLP
                                       MetLife Building, 200 Park Avenue
22                                     New York, NY 10166

23                                     Attorneys for Defendants Polo Ralph Lauren
                                       Corporation; Polo Retail, LLC; Polo Ralph
24                                     Lauren Corporation, doing business in
                                       California as Polo Retail Corporation; and
25                                     Fashions Outlet of America, Inc.

26

27

28

                        FRCP 7.1 DISCLOSURE STATEMENT
   SV 346163391v1 5/25/2007