| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN 061290) |
|   | ALISHA M. LOUIE (SBN 240863) |
| 2 | GREENBERG TAURIG, LLP |
|   | 1900 University Avenue, Fifth Floor |
| 3 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 328-8500 |
| 4 | Facsimile: (650) 328-8508 |
|   | Email: goinesw@gtlaw.com |
| 5 |        louisa@gtlaw.com |

6  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  Email: meierj@gtlaw.com

10 BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED)
   NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED)
11 GREENBERG TRAURIG, LLP
   MetLife Building, 200 Park Avenue
12 New York, NY 10166
   Telephone: (212) 801-9200
13 Facsimile: (212) 801-6400
   Email: cousinb@gtlaw.com
14        capobiancon@gtlaw.com

15 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
16 doing business in California as Polo Retail Corporation; and
   Fashions Outlet of America, Inc.

**FILED**
07 MAY 29 AM 11:46

LC 07 2780 BZ

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all other similarly situated, | State Court Case No.: CGC-06-452655 |
| | **CIVIL LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| Plaintiff(s), | |
| v. | |
| POLO RALPH LAUREN CORPORATION, a Delaware Corporation; POLO RETAIL, LLC, a Delaware Corporation; POLO RALPH | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>        Defendant(s) |
| 5<br>6 | AND RELATED CROSS-ACTION. |

7      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

8  named parties, there is no such interest to report.

9

10  Dated: May 29, 2007                    GREENBERG TRAURIG, LLP

11

12

13                                            By: _____
14                                                WILLIAM J. GOINES
                                                ALISHA M. LOUIE
                                                GREENBERG TRAURIG, LLP
15                                                1900 University Avenue, 5th Floor
                                                East Palo Alto, CA 94304
16
                                                JEREMY A. MEIER
17                                                GREENBERG TRAURIG, LLP
                                                1201 K Street, Suite 1100
18                                                Sacramento, CA 95814

19                                                BRIAN S. COUSIN (*PRO HAC VICE*)
                                                NEIL A. CAPOBIANCO (*PRO HAC VICE*)
20                                                GREENBERG TRAURIG, LLP
                                                MetLife Building, 200 Park Avenue
21                                                New York, NY 10166

22                                                Attorneys for Defendants Polo Ralph Lauren
                                                Corporation; Polo Retail, LLC; Polo Ralph
23                                                Lauren Corporation, doing business in
                                                California as Polo Retail Corporation; and
24                                                Fashions Outlet of America, Inc.

25

26

27

28

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
SV 346163304v1 5/25/2007