FILED

07 MAY 29 AM 11: 47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN 061290) |
|   | ALISHA M. LOUIE (SBN 240863) |
| 2 | GREENBERG TRAURIG, LLP |
|   | 1900 University Avenue, Fifth Floor |
| 3 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 328-8500 |
| 4 | Facsimile: (650) 328-8508 |
|   | Email: goinesw@gtlaw.com |
| 5 | louiea@gtlaw.com |
| 6 | JEREMY A. MEIER (SBN 139849) |
|   | GREENBERG TRAURIG, LLP |
| 7 | 1201 K Street, Suite 1100 |
|   | Sacramento, CA 95814 |
| 8 | Telephone: (916) 442-1111 |
|   | Facsimile: (916) 448-1709 |
| 9 | Email: meierj@gtlaw.com |
| 10 | BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED) |
|   | NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED) |
| 11 | GREENBERG TRAURIG, LLP |
|   | MetLife Building, 200 Park Avenue |
| 12 | New York, NY 10166 |
|   | Telephone: (212) 801-9200 |
| 13 | Facsimile: (212) 801-6400 |
|   | Email: cousinb@gtlaw.com |
| 14 | capobiancon@gtlaw.com |
| 15 | Attorneys for Defendants Polo Ralph Lauren |
|   | Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, |
| 16 | doing business in California as Polo Retail Corporation; and |
|   | Fashions Outlet of America, Inc. |
| 17 | |

C 07 2780 BZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all other similarly situated, | State Court Case No.: CGC-06-452655 |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| POLO RALPH LAUREN CORPORATION, a Delaware Corporation; POLO RETAIL, LLC, a | |

CERTIFICATE OF SERVICE

SV 346161617v4

## PROOF OF SERVICE

I, Cathy Sandifer, am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On May 29, 2007, I served the following documents:

1. **CIVIL COVER SHEET**

2. **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) and 28 U.S.C. § 1453(b) UNDER GENERAL DIVERSITY JURISDICTION (28 U.S.C. § 1332(a)) AND CLASS ACTION FAIRNESS ACT (28 U.S.C. § 1332(d))**

3. **CIVIL LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

4. **FRCP 7.1 DISCLOSURE STATEMENT**

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☒ **(BY MESSENGER PERSONAL SERVICE).** I caused Western Messenger Service to deliver of such documents by hand to the offices of the addressee.

Patrick R. Kitchin, Esq.            Daniel Feder, Esq.
Law Offices of Patrick R. Kitchin   Law Offices of Daniel L. Feder
565 Commercial St., 4th Fl.         807 Montgomery St.
San Francisco, CA 94111             San Francisco, CA 94133
(Fax: 415-627-9076)                 (Fax: 415-391-9432)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

---
1
Proof of Service

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2007, at East Palo Alto, California.

_Cathy Sandifer_
Cathy Sandifer