Patrick R. Kitchin (SBN 162965)
The Law Office of Patrick R. Kitchin
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Phone: (415) 677-9058
Fax:   (415) 627-9076
Counsel to Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA, et al.

        Plaintiff(s),

    v.

POLO RALPH LAUREN CORPORATION, et al.

        Defendant(s).

No. C 07-02780BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 15, 2007

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")