1   Patrick R. Kitchin, Esq. (SBN. 162965)
    **THE LAW OFFICE OF PATRICK R. KITCHIN**
2   565 Commercial Street, 4th Floor
3   San Francisco, CA 94111
    415-677-9058
4   415-627-9076 (fax)

5   Daniel Feder (SBN. 130867)
6   **THE LAW OFFICES OF DANIEL FEDER**
    807 Montgomery Street
7   San Francisco, CA 94133
8   (415) 391-9476

9   Attorneys for Plaintiffs
    Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser
10

11                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

14  ANN OTSUKA, an individual; JANIS KEEFE, ) Case No.: C-07-02780BZ
    an individual; CORINNE PHIPPS, an        )
15  individual; and JUSTIN KISER, an individual; ) **CIVIL LOCAL RULE 3-16 DISCLOSURE**
    individually and on behalf of all others similarly ) **OF NON-PARTY INTERESTED**
16  situated,                                 ) **ENTITIES OR PARTIES**
17                                            )
                  Plaintiffs,                 )
18        vs.                                 )
                                              )
19  POLO RALPH LAUREN CORPORATION; a )
20  Delaware Corporation; POLO RETAIL, LLC., a)
    Delaware Corporation; POLO RALPH         )
21  LAUREN CORPORATION, a Delaware           )
    Corporation, doing business in California as )
22  POLO RETAIL CORP; FASHIONS OUTLET )
23  OF AMERICA, INC., a Delaware Corporation )
    and DOES 1-500, inclusive                 )
24                                            )
                  Defendants.                 )
25                                            )
26  _____)
27
28

*Otsuka, et al. v. Polo, et al.*                          Case No. C-07-02780-BZ
CIVIL LOCAL RULE 3-16 DISCLOSURE                                    1

1    In accordance with Civil Local Rule 3-16, the undersigned certifies that as of this

2    date, other than the named parties, there is no interest to report.

3    Dated: June 15, 2007            THE LAW OFFICE OF PATRICK R. KITCHIN

4

5

6                                    By:  Patrick R. Kitchin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28