UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ann Otsuka, et al.,

      Plaintiff(s).                    No. C07-2780 BZ

  v.                                NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Polo Ralph Lauren Corporation, et al.,

      Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set on **September 17, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: June 18, 2007

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            *Lashanda Scott*
                                            _____
                                            By: Lashanda Scott - Deputy Clerk to
                                            Magistrate Judge Bernard Zimmerman

reassign.DCT