1 | Patrick R. Kitchin, Esq. (SBN 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
2 | 565 Commercial Street, 4th Floor
San Francisco, CA 94111
3 | Telephone: (415) 677-9058
Facsimile: (415) 627-9076
4 | Attorneys for Plaintiffs

5 | Daniel Feder (State Bar No. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
6 | 807 Montgomery Street
San Francisco, CA 94133
7 | (415) 391-9476

8 | Counsel to Ann Otsuka, Janis Keefe, Corinne Phipps, and Justin Kiser

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>Defendants. | Case No.: C 07-02780 SI<br><br>**COVER SHEET FOR PROOF OF SERVICE OF CIVIL LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PARTIES**<br><br><br><br><br><br><br><br><br><br>**Complaint Filed: May 30, 2006** |

1

Otsuka, et al. v. Polo, et al. Case No.: C 07-02780 SI
**COVER SHEET FOR PROOF OF SERVICE**

| CASE SHORT NAME: | CASE: |
|---|---|
| OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | C-07-02780 SI |

## PROOF OF SERVICE

1. I, Karla Donis, the below signed declare, I am employed, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

2. I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3. On June 18, 2007, I served the following documents on the parties identified as follows:

| William J. Goines, Esq.<br>Greenberg Traurig, LLP<br>1900 University Ave., 5th Floor<br>East Palo Alto, CA 94303 | Jeremy Meier, Esq.<br>Greenberg Traurig, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814 |
|---|---|

**DOCUMENTS SERVED:**
- Declination to Proceed Before A Magistrate Judge and Request for Reassignment
- Civil Local Rule 3-16 Disclosure

4. The manner of service is indicated below. Please check one.

| ☐ | **PERSONAL SERVICE** | I caused each such document, in an envelope, to be served by hand on the person listed above. |
|---|---|---|
| ☒ | **U.S. MAIL** | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California. |
| ☐ | **FACSIMILE** | I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number Of each of the parties listed on the attached service list. |

| CASE SHORT NAME: | CASE: |
|---|---|
| OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | C-07-02780 SI |

☐ **FEDERAL EXPRESS**   I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Karla Donis

6/18/07
Date

2