

| | |
|---|---|
| 1  WILLIAM J. GOINES (SBN 061290)<br>    ALISHA M. LOUIE (SBN 240863)<br>2  GREENBERG TRAURIG, LLP<br>    1900 University Avenue, Fifth Floor<br>3  East Palo Alto, CA 94303<br>    Telephone: (650) 328-8500<br>4  Facsimile:  (650) 328-8508<br>    Email:  goinesw@gtlaw.com<br>5          louisa@gtlaw.com | FILED<br>07 JUN 21 PM 1:42<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

6   JEREMY A. MEIER (SBN 139849)
    GREENBERG TRAURIG, LLP
7   1201 K Street, Suite 1100
    Sacramento, CA 95814
8   Telephone: (916) 442-1111
    Facsimile:  (916) 448-1709
9   Email: meierj@gtlaw.com

10  BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED)
    NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED)
11  GREENBERG TRAURIG, LLP
    MetLife Building, 200 Park Avenue
12  New York, NY 10166
    Telephone: (212) 801-9200
13  Facsimile:  (212) 801-6400
    Email:  cousinb@gtlaw.com
14          capobiancon@gtlaw.com

15  Attorneys for Defendants Polo Ralph Lauren
    Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
16  doing business in California as Polo Retail Corporation; and
    Fashions Outlet of America, Inc.

17

18                          **UNITED STATES DISTRICT COURT**

19                         **NORTHERN DISTRICT OF CALIFORNIA**

20                               **SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| 22  ANN OTSUKA, et al, | Case No.: C07-02780 BZ |
| 23          Plaintiff(s), | **APPLICATION FOR ADMISSION OF** |
| 24  v. | **BRIAN S. COUSIN AS ATTORNEY** *PRO HAC VICE* |
| 25  POLO RALPH LAUREN CORPORATION, a<br>    Delaware Corporation; et al., | |
| 26 | |
| 27          Defendant(s) | |
| 28 | |

APPLICATION FOR ADMISSION OF BRIAN S. COUSIN AS ATTORNEY *PRO HAC VICE*
Case No. C07-02780 BZ

AND RELATED CROSS-ACTION.

Pursuant to Civil L.R. 11-3, Brian S. Cousin, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William J. Goines, Esq.
Greenberg Traurig, LLP,
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303; (650) 328-8500
Telephone: (650) 328-8500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2007, at New York, New York.

_____
Brian S. Cousin