1 | WILLIAM J. GOINES (SBN 061290)
    ALISHA M. LOUIE (SBN 240863)
2 | GREENBERG TAURIG, LLP
    1900 University Avenue, Fifth Floor
3 | East Palo Alto, CA 94303
    Telephone: (650) 328-8500
4 | Facsimile: (650) 328-8508
    Email: goinesw@gtlaw.com
5 |        louisa@gtlaw.com

6 | JEREMY A. MEIER (SBN 139849)
    GREENBERG TRAURIG, LLP
7 | 1201 K Street, Suite 1100
    Sacramento, CA 95814
8 | Telephone: (916) 442-1111
    Facsimile: (916) 448-1709
9 | Email: meierj@gtlaw.com

10 | BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED)
     NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED)
11 | GREENBERG TRAURIG, LLP
     MetLife Building, 200 Park Avenue
12 | New York, NY 10166
     Telephone: (212) 801-9200
13 | Facsimile: (212) 801-6400
     Email: cousinb@gtlaw.com
14 |        capobiancon@gtlaw.com

15 | Attorneys for Defendants Polo Ralph Lauren
     Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
16 | doing business in California as Polo Retail Corporation; and
     Fashions Outlet of America, Inc.

17 |

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

20 | **SAN FRANCISCO DIVISION**

21 |

22 | ANN OTSUKA, et al,                    | Case No.: C07-02780 BZ

23 |         Plaintiff(s),

24 | v.                                    | **APPLICATION FOR ADMISSION OF NEIL A. CAPOBIANCO AS ATTORNEY *PRO HAC VICE***

25 | POLO RALPH LAUREN CORPORATION, a
     Delaware Corporation; et al.,
26 |
         Defendant(s)
27 |

28 |

APPLICATION FOR ADMISSION OF NEIL A. CAPOBIANCO AS ATTORNEY *PRO HAC VICE*
Case No. C07-02780 BZ

| | |
|---|---|
| 1 | |
| 2 | AND RELATED CROSS-ACTION. |

3    Pursuant to Civil L.R. 11-3, Neil A. Capobianco, an active member in good standing of
4 the bar of New York, hereby applies for admission to practice in the Northern District of
5 California on a *pro hac vice* basis representing Defendants Polo Ralph Lauren Corporation; Polo
6 Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail
7 Corporation; and Fashions Outlet of America, Inc. in the above-entitled action.

8    In support of this application, I certify on oath that:

9    1.   I am an active member in good standing of a United States Court or of the highest
10        court of another State or the District of Columbia, as indicated above;

11   2.   I agree to abide by the Standards of Professional Conduct as set forth in Civil Local
12        Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
13        become familiar with the Local Rules and the Alternative Dispute Resolution
14        programs of this court; and

15   3.   An attorney who is a member of the bar of this Court in good standing and who
16        maintains an office within the State of California has been designated as co-counsel
17        in the above-entitled action. The name, address and telephone number of that
18        attorney is:

19   William J. Goines, Esq.
     Greenberg Traurig, LLP,
20   1900 University Avenue, Fifth Floor
     East Palo Alto, California 94303; (650) 328-8500
21   Telephone: (650) 328-8500

22

23   I declare under penalty of perjury that the foregoing is true and correct.

24   Dated: *June 18*_____, 2007, at New York, New York.

25

26                                                                     _____
                                                                       Neil a. Capobianco
27

28

APPLICATION FOR ADMISSION OF NEIL A. CAPOBIANCO AS ATTORNEY *PRO HAC VICE*
Case No. C07-02780 BZ