IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA,                                                            No. C 07-02780SI

        Plaintiff,                                      **NOTICE**

  v.

POLO RALPH LAUREN CORPORATION,

        Defendant.

                                                         /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 21, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: July 12, 2007                                            RICHARD W. WIEKING, Clerk



                                                                Tracy Sutton
                                                                 Deputy Clerk