1  Patrick R. Kitchin, Esq. (SBN 162965)
   **THE LAW OFFICE OF PATRICK R. KITCHIN**
2  565 Commercial Street, 4th Floor
   San Francisco, CA 94111
3  Telephone:  (415) 677-9058
   Facsimile:  (415) 627-9076
4  Attorneys for Plaintiffs

5  Daniel Feder (State Bar No. 130867)
   **THE LAW OFFICES OF DANIEL FEDER**
6  807 Montgomery Street
   San Francisco, CA 94133
7  (415) 391-9476

8  Counsel to Ann Otsuka, Janis Keefe, Corinne Phipps,
   and Justin Kiser

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 ANN OTSUKA, an individual; JANIS           ) Case No.: C 07-02780 SI
   KEEFE, an individual; CORINNE PHIPPS, an   )
12 individual; and JUSTIN KISER, an individual;) **COVER SHEET FOR CERTIFICATE OF**
                                              ) **SERVICE OF NOTICE OF CASE**
13 and on behalf of all others similarly situated,) **MANAGEMENT CONFERENCE ORDER**
                                              )
14           Plaintiffs,                      )
                                              )
15     vs.                                    )
                                              )
16 POLO RALPH LAUREN CORPORATION; a)
   Delaware Corporation; POLO RETAIL, LLC.,   )
17 a Delaware Corporation; POLO RALPH         )
   LAUREN CORPORATION, a Delaware             )
18 Corporation, doing business in California as)
   POLO RETAIL CORP; FASHIONS OUTLET)
19 OF AMERICA, INC., a Delaware Corporation   )
   and DOES 1-500, inclusive                  )
20                                            )
                                              )
21           Defendants.                      )
                                              )
22                                              **Complaint Filed:  May 30, 2006**

23
24
25
26
27

PROOF OF SERVICE

<u>Otsuka v. Polo Ralph Lauren Corp., et al.</u>
United States District Court
Northern District of California
Case No. C 07-02780SI

I am employed in the State of California, am over the age of eighteen years and not a party to the within entitled action. My business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

On July 13, 2007, I caused the following document(s) to be served:

- **NOTICE OF CASE MANAGEMENT CONFERENCE ORDER**

the manner of service indicated below:

|  | | |
|---|---|---|
|  | PERSONAL SERVICE | I caused each such document, in an envelope, to be served by hand on the office(s) listed below. |
| XX | U.S. MAIL | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California, addressed as set forth below. |
|  | FACSIMILE | I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number of each of the parties listed below before 5:00PM on the date indicated below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |

1. on the party or parties indicated below:

| | |
|---|---|
| **William J. Goines, Esq.**<br>**Greenberg Traurig, LLP**<br>**1900 University Ave., 5th Floor**<br>**East Palo Alto, CA 94303** | **Jeremy Meier**<br>**Greenberg Traurig, LLP**<br>**1201 K Street, Suite 1100**<br>**Sacramento, CA 95814** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 13, 2007, at San Francisco, California.

_____
Karla Donis