1  Patrick R. Kitchin, Esq. (SBN. 162965)
2  **THE LAW OFFICE OF PATRICK R. KITCHIN**
   565 Commercial Street, 4th Floor
3  San Francisco, CA 94111
   415-677-9058
4  415-627-9076

5
   Daniel L. Feder, Esq. (SBN. 130867)
6  **THE LAW OFFICES OF DANIEL FEDER**
   807 Montgomery Street
7  San Francisco, CA 94133

8  Attorneys for Plaintiffs
   Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser
9

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
12

13 | ANN OTSUKA, an individual; JANIS KEEFE, ) Case No.: C-07-02780 SI
   | an individual; CORINNE PHIPPS, an        )
14 | individual; and JUSTIN KISER, an individual; ) **NOTICE OF REQUEST TO BE**
   | individually and on behalf of all others similarly ) **RELIEVED AS COUNSEL TO**
15 | situated,                                 ) **PLAINTIFFS JANIS KEEFE, CORINNE**
   |                                           ) **PHIPPS AND JUSTIN KISER**
16 |              Plaintiffs,                  )
17 |     vs.                                   )
   |                                           ) **LOCATION: Courtroom 10, 19th Floor**
18 | POLO RALPH LAUREN CORPORATION; a ) **450 Golden Gate Avenue**
19 | Delaware Corporation; POLO RETAIL, LLC., a) **San Francisco, California 94102**
   | Delaware Corporation; POLO RALPH          )
20 | LAUREN CORPORATION, a Delaware            )
   | Corporation, doing business in California as )
21 | POLO RETAIL CORP; FASHIONS OUTLET )
22 | OF AMERICA, INC., a Delaware Corporation )
   | and DOES 1-500, inclusive                 )
23 |                                           )
24 |              Defendants.                  )
   |                                           )
25 |_____)

26
27
28

*Otsuka, et al. v. Polo, et al.*                              Case No. C-07-02780-SI
REQUEST TO BE RELIEVED AS COUNSEL
                                    1

## REQUEST FOR RELIEF

Daniel L. Feder, Esq., co-counsel to plaintiffs in this case, seeks to withdraw as counsel to plaintiffs Janis Keefe, Corinne Phipps and Justin Kiser only.

Ms. Keefe, Ms. Phipps and Mr. Kiser have each requested that co-counsel Patrick R. Kitchin represent them in this action and he has agreed to do so.

Pursuant to Local Rule 11-5(a), Daniel L. Feder seeks to withdraw as counsel to Janis Keefe, Corinne Phipps and Justin Kiser only.

Written notice has been given "reasonably in advance to the client and to all other parties who have appeared in the case," as required. Local Rule 11-5(b). (See, Proof of Services submitted herewith.)

DATED: July 20, 2007                THE LAW OFFICE OF PATRICK R. KITCHIN

By: _____
Patrick R. Kitchin, Esq.
Attorneys for Plaintiffs

DATED: July 17, 2007                THE LAW OFFICES OF DANIEL FEDER

By: _____
Daniel L. Feder, Esq.
Attorneys for Plaintiffs