Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>            Defendants. | Case No.: C-07-02780 SI<br><br>**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL; POINTS AND AUTHORITIES IN SUPPORT**<br><br>**DATE: September 21, 2007**<br>**TIME:  9:00 a.m.**<br>**JUDGE:  Hon. Susan Illston**<br>**LOCATION: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

NOTICE IS HEREBY GIVEN that on September 21, 2007, at 9:00 a.m., or as soon thereafter as this matter may be heard by the above-referenced Court, plaintiffs Janis Keefe,

Corinne Phipps and Justin Kiser, individually and on behalf of all others similarly situated, will seek an order from the Court granting their motion to have their counsels Patrick R. Kitchin and Daniel L. Feder relieved as counsel to co-plaintiff Ann Otsuka. This motion is based under Local Rule 11-5 of the United States District Court for the Northern District of California and is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Patrick R. Kitchin, the complete file of pleadings in this matter, and on such other evidence and argument that may be presented at the hearing of this motion.

## REQUEST FOR RELIEF

Plaintiffs seek an order from the Court relieving plaintiffs' counsels from all duties as counsel to co-plaintiff Ann Otsuka on the ground Ann Otsuka has failed to communicate with counsel for over seven months despite counsel's multiple efforts to contact her and gain her participation in the prosecution of this case.  Ann Otsuka's failure to communicate is having and will continue to have a detrimental impact on the prosecution of the claims of the three other plaintiffs, and the class they seek to represent.

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL TO ANN OTSUKA

### I.   INTRODUCTION

Plaintiffs Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser filed this class action on May 30, 2006, in the San Francisco County Superior Court, seeking various relief for alleged violations of California labor laws by Polo Ralph Lauren Corporation and its related companies. All four plaintiffs are former employees of the defendants.

Until approximately November 2006, plaintiff Ann Otsuka cooperated with her counsel and was in communication with them on a regular basis.  In about December 2006, Ms. Otsuka stopped returning calls from counsels and would not respond to letters or emails from counsels. (See Declaration of Patrick R. Kitchin, submitted herewith, ¶ 3.)

In April 2007 plaintiffs' counsels filed a motion to be relieved as counsel in the San Francisco County Superior Court.  That hearing was scheduled for June 19, 2007.  On May 29, 2007, however, defendants filed a notice of removal of the case to this Court, at which time the

motion to be relieved as counsel was taken off calendar by the Superior Court.  Since that time, Ann Otsuka has not been in contact with plaintiffs' counsel.

## II. GOOD CAUSE EXISTS FOR RELIEVING PLAINTIFFS' COUNSEL AS COUNSEL TO PLAINTIFF ANN OTSUKA

Plaintiff Ann Otsuka has not communicated with plaintiffs' counsel for more than seven months, despite plaintiffs' counsel's numerous efforts to communicate with her.  She has not responded to counsel's request that she sign a California Judicial Council Substitution of Counsel form either. (See Kitchin Declaration, ¶¶ 3 and 5.)

To properly serve any client in any civil matter, an attorney must be able to communicate with that client.  When the client decides to stop communicating with counsel, counsel can no longer serve that client's interests and needs.  Such is the case here.  While plaintiff's counsels do not know why Ms. Otsuka has stopped communicating with them, counsel can no longer serve her interests in this case.

Counsel has not received any instructions from Ann Otsuka as to her intentions in this case and does not have the authority to dismiss Ann Otsuka's claims.  Counsel requests only that the Court grant their request to be relieved as counsel to Ann Otsuka.  She will remain an unrepresentative plaintiff in the case.   She has been advised by counsel that she may retain new counsel, serve as her own counsel or dismiss her claims.  She has been advised that if she chooses to represent herself in the case, she will have duties and will be responsible for protecting her own rights.

## III. PLAINTIFF ANN OTSUKA HAS BEEN GIVEN REASONABLE NOTICE OF THIS HEARING.

Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California provides in relevant part:

> **(a) Order Permitting Withdrawal.** Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.

*Otsuka, et al. v. Polo, et al.*                                                                                          Case No. C-07-02780-SI
NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL
3

1  Ann Otsuka has had notice of counsel's efforts to be relieved as counsel since April 2007, when a motion to be relived as counsel was filed in the San Francisco County Superior Court. Then, on July 20 2007, plaintiff's counsel served copies of this motion on Ann Otsuka by Federal Express to her last known address, as well as on defendants' counsels.  (See, Proof of Service of Motion, submitted herewith.)

IV.  CONCLUSION

Based on the foregoing, including the declaration of Patrick R. Kitchin and the proof of service filed herewith, plaintiffs' counsels respectfully request the court enter an order relieving them as counsel to plaintiff Ann Otsuka.

Dated: July 20, 2007                THE LAW OFFICE OF PATRICK R. KITCHIN


                                    _____/S/_____
                                    By:  Patrick R. Kitchin