Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive <br><br> Defendants. | Case No.: C-07-02780BZ <br><br> **DECLARATION OF PATRICK R. KITCHIN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL** <br><br><br><br><br> **DATE: September 21, 2007** <br> **TIME: 9:00 a.m.** <br> **JUDGE: Hon. Susan Illston** <br> **LOCATION: Courtroom 10, 19th Floor** <br> **450 Golden Gate Avenue** <br> **San Francisco, California 94102** |

*Otsuka, et al. v. Polo, et al.*                                                                                               Case No. C-07-02780-SI
MOTION TO BE RELIEVED AS COUNSEL
DECLARATION OF PATRICK R. KITCHIN        1

I, Patrick R. Kitchin, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California, and am admitted to this Federal District Court, and serve as counsel to the plaintiffs in this case, and make this declaration based on personal knowledge.

2. Over the past seven months, I have attempted on numerous occasions to reach Ann Otsuka to discuss the status of this case.

3. Between approximately December 10, 2006, and April 21, 2007, I left around 6-10 telephone messages on Ms. Otsuka's home telephone answering machine ((650) 940-1780) asking her to contact me. The answering machine identifies Ms. Otsuka and I recognize her voice. I have not received any response from Ms. Otsuka to my numerous voicemail messages. I specifically made these additional attempts to contact Ms. Otsuka.

    a. On December 1, 2006, I sent a letter to Ms. Otsuka by Federal Express to her home, 230 Bush Street, Mountain View, CA 94041, asking her to contact my office as soon as possible. I did not receive any response to my letter to Ms. Otsuka.

    b. On December 6, 2006, I sent a letter to Ms. Otsuka by U.S. mail (home address) asking for her assistance with discovery aimed to her. She did not respond.

    c. On January 10, 2007, I sent an email to Ms. Otsuka's email account asking her to contact me immediately. She did not respond to this email.

    d. On January 15, 2007, I sent another email to Ms. Otsuka's email account asking her to contact me immediately. She did not respond to this email.

    e. On January 11, 2007, I sent a letter to Ms. Otsuka by Federal Express to her home, asking her to contact my office as soon as possible. I did not receive any response to my letter to Ms. Otsuka.

    f. On April 13, 2007, I left another telephone message for Ms. Otsuka, informing her that I would seek to withdraw from representing Ms. Otsuka

      unless she contacted Daniel Feder or me immediately. On that same date, I sent a letter by Federal Express to Ms. Otsuka describing the consequences of the withdrawal of her legal counsel in this case. I informed her we would seek withdrawal as her counsel, but that we would not seek to dismiss her claims unless specifically directed by her to do so.

4. The telephone number I have for Ms. Otsuka is current and working. The voice mail message identifies "Ann" and I recognize her voice.

5. On April 23, 2007, I sent Ms. Otsuka a completed Substitution of Attorney-Civil form (MC-050) asking her to sign the form and return it to my office. I have not received any response to this request.

6. On April 24, 2007, prior to the date defendant removed this action to the Federal District Court, my office served a motion to be relieved as counsel on Ann Otsuka by Federal Express  That motion hearing was vacated upon the removal of this case to the Northern District of California.

7. On July 12, 2007, I re-ran credit and banking headers on Ms, Otsuka on Merlin Information Services, a subscription database service utilized by office to conduct skip trace searches. I was unable to identify and verify a more recent address or telephone number for Ms. Otsuka than the one she provided to me.

8. The home address of Ms. Otsuka appears current as of July 12, 2007. On that date, I personally ran credit and banking headers on Ms, Otsuka on Merlin Information Services, a subscription database service utilized by office to conduct skip trace searches. I was unable to identify and verify a more recent address or telephone number for Ms. Otsuka.

///
///
///
///
///

*Otsuka, et al. v. Polo, et al.*                                                          Case No. C-07-02780-SI
MOTION TO BE RELIEVED AS COUNSEL
DECLARATION OF PATRICK R. KITCHIN    3

9. On July 20, 2007, my office served copies of all documents and pleadings in support of this motion on Ann Otsuka by Federal Express at 230 Bush Street, Mountain View, CA.

I declare or affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was made on July 20, 2007, in San Francisco, California.

_____/s/_____

Patrick R. Kitchin