Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive <br><br> Defendants. | Case No.: C-07-02780 SI <br><br> **[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL** <br><br> **DATE: September 21, 2007** <br> **TIME: 9:00 a.m.** <br> **JUDGE: Hon. Susan Illston** <br> **LOCATION: Courtroom 10, 19th Floor** <br> **450 Golden Gate Avenue** <br> **San Francisco, California 94102** |

     This motion came on regularly for hearing on September 21, 2007, in Courtroom 10 of the United States District Court for the Northern District of California, the Honorable Judge Susan

*Otsuka, et al. v. Polo, et al.*                                                                 Case No. C-07-02780-SI
ORDER RE MOTION TO BE RELIEVED AS COUNSEL

1

Illston presiding, Patrick R. Kitchin appearing on behalf of Plaintiffs, and _____, appearing on behalf of Defendants.

    Based on the pleadings in support of the motion to be relieved as counsel to plaintiff Ann Otsuka, and on oral argument presented at the hearing of this motion, and good cause appearing therefore, pursuant to Local Court Rule 11-5(a), Patrick R. Kitchin, Esq., and Daniel L. Feder, Esq., are relieved as counsels to Ann Otsuka in this action.

Dated: _____        _____
                                                  Judge Of The United States District Court