Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive <br><br> Defendants. | ) Case No.: C-07-02780-SI <br> ) <br> ) <br> ) **DECLARATION OF PATRICK R.** <br> ) **KITCHIN IN SUPPORT OF REQUEST** <br> ) **TO RELIEVE PLAINTIFFS' COUNSEL** <br> ) **DANIEL FEDER AS COUNSEL TO** <br> ) **JANIS KEEFE, CORINNE PHIPPS AND** <br> ) **JUSTIN KISER** <br> ) <br> ) <br> ) <br> ) <br> ) **JUDGE:  Hon. Susan Illston** <br> ) **LOCATION:  Courtroom 10, 19th Floor** <br> ) **450 Golden Gate Avenue** <br> ) **San Francisco, California 94102** <br> ) <br> ) <br> ) <br> ) |

I, Patrick R. Kitchin, declare:

1.    I am an attorney at law licensed to practice before the Courts of the State of California, and am admitted to this Federal District Court. I serve as counsel to all plaintiffs in this case, and make this declaration based on personal knowledge.

2.    As requested by the Court on July 25, 2007, I submit this declaration to briefly detail why Daniel L. Feder is seeking to be relieved of all duties to Janis Keefe, Corinne Phipps and Justin Kiser in this case.

3.    In July 2007, Janis Keefe, Corinne Phipps and Justin Kiser expressly terminated Daniel Feder as their legal counsel in this case. The reasons these plaintiffs terminated Mr. Feder as their counsel are subject to the attorney-client privilege and/or the attorney work product doctrine.

I declare or affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was made on July 25, 2007, in San Francisco, California.

_____/S/_____

Patrick R. Kitchin