| CASE SHORT NAME: OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | CASE: Case No. C 07-02780SI |
|---|---|

# PROOF OF SERVICE

### Otsuka v. Polo Ralph Lauren Corp., et al.
United States District Court
Northern District of California
Case No. C 07-02780SI

1. I, Karla Donis, the below signed declare, I am employed, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

2. I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3. On July 25, 2007, I served the following documents on the parties identified as follows:

| William J. Goines, Esq.<br>Greenberg Traurig, LLP<br>1900 University Ave., 5th Floor<br>East Palo Alto, CA 94303<br>**Counsel to Defendants** | Jeremy Meier<br>Greenberg Traurig, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814<br>**Counsel to Defendants** |
|---|---|

**DOCUMENTS SERVED:**

- DECLARATION OF PATRICK R. KITCHIN IN SUPPORT OF REQUEST TO RELIEVE PLAINTIFFS' COUNSEL DANIEL FEDER AS COUNSEL TO JANIS KEEFE, CORINNE PHIPPS AND JUSTIN KISER

4. The manner of service is indicated below. Please check one.

| ☐ | **PERSONAL SERVICE** | I caused each such document, in an envelope, to be served by hand on the person listed above. |
|---|---|---|
| ☒ | **U.S. MAIL** | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. |

1

| CASE SHORT NAME: OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | CASE: Case No. C 07-02780SI |
|---|---|

☐             Mail in San Francisco, California.

☐   **FACSIMILE**    I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number Of each of the parties listed on the attached service list.

☐   **FEDERAL EXPRESS**    I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Karla Donis

July 25, 2007
Date

2