Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>Defendants. | Case No.: C-07-02780-SI<br><br>**NOTICE OF UNAVAILABILITY OF PATRICK R. KITCHIN, COUNSEL TO PLAINTIFFS**<br><br>Dates of Unavailability: August 24, 2007-September 6, 2007 |

---

*Otsuka, et al. v. Polo, et al.*                                                                                           Case No. C-07-02780-SI
PLAINTIFFS' COUNSEL'S NOTICE OF UNAVAILABILITY
1

PLEASE TAKE NOTICE that Patrick R. Kitchin, counsel to Plaintiffs, will be unavailable to attend Court appearances between August 24, 2007, and September 6, 2007, during which time he will be out of the State of California.

Dated: August 6, 2007

THE LAW OFFICE OF PATRICK R. KITCHIN

_____/S/_____
By: Patrick R. Kitchin
Counsel to Plaintiffs

| CASE SHORT NAME: OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | CASE: C-07-02780-SI |
|---|---|

## PROOF OF SERVICE

1. I, Karla Donis, the below signed declare, I am employed, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

2. I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both Federal, State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3. On **August 6, 2007**, I served the following documents on the parties identified as follows:

| William J. Goines, Esq.<br>Greenberg Traurig, LLP<br>1900 University Ave., 5th Floor<br>East Palo Alto, CA 94303 | Jeremy Meier<br>Greenberg Traurig, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814 |
|---|---|
| **COURTESY COPY TO:**<br>Daniel L. Feder<br>The Law Office of Daniel Feder<br>807 Montgomery Street<br>San Francisco, CA 94133 | |

**DOCUMENTS SERVED:**

- NOTICE OF UNAVAILABILITY OF PATRICK R. KITCHIN, COUNSEL TO PLAINTIFFS

4. The manner of service is indicated below. Please check one.

[ ] **PERSONAL SERVICE** — I caused each such document, in an envelope, to be served by hand on the person listed above.

[X] **U.S. MAIL** — I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California.

[ ] **FACSIMILE** — I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number Of each of the parties listed on the attached service list.

1

| CASE SHORT NAME: | CASE: |
|---|---|
| OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | C-07-02780-SI |

☐ **FEDERAL EXPRESS** I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Karla Donis

August 6, 2007
Date