Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>　　　　　　Defendants. | Case No.: C-07-02780-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION PERMITTING THE FILING OF DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW REGARDING PLAINTIFF ANN OTSUKA**<br><br>**JUDGE: Hon. Susan Illston**<br>**LOCATION: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

Based on the ex parte application for an order permitting plaintiffs to file documents under seal for in camera review by the Court, and good cause appearing therefore,

IT IS ORDERED, that:

1. The Declaration of Patrick R. Kitchin and the exhibits attached thereto shall remain under seal for the Court's in camera review, shall not be disclosed to counsel for defendants and shall not be made part of the public record in this case.

2. Daniel L. Feder, Patrick R. Kitchin and Ann Otsuka shall appear on _____, 2007, at _____ m., in Courtroom 10 of the above-referenced Court for an in camera hearing regarding the matters at issue in plaintiffs' application.

Dated: _____         _____
                                    Judge Susan Illston
                                    United States District Court Judge