| CASE SHORT NAME:                                            | CASE:         |
| OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL.    | C-07-02780-SI |

## PROOF OF SERVICE

1.   I, Karla Donis, the below signed declare, I am employed, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 565 Commercial Street, 4th Floor, San Francisco, California 94111.

2.   I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both Federal, State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3.   On **August 21, 2007**, I served the following documents on the parties identified as follows:

| **William J. Goines, Esq.** <br> **Greenberg Traurig, LLP** <br> **1900 University Ave., 5th Floor** <br> **East Palo Alto, CA 94303** | **Jeremy Meier** <br> **Greenberg Traurig, LLP** <br> **1201 K Street, Suite 1100** <br> **Sacramento, CA  95814** |

**DOCUMENTS SERVED:**

- **PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW REGARDING PLAINTIFF ANN OTSUKA**
- **PROPOSED ORDER GRANTING EX PARTE APPLICATION PERMITTING THE FILING OF DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW REGARDING PLAINTIFF ANN OTSUKA**

4.   The manner of service is indicated below. Please check one.

| | | |
|---|---|---|
| ☐ | **PERSONAL SERVICE** | I caused each such document, in an envelope, to be served by hand on the person listed above. |
| ☒ | **U.S. MAIL** | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California. |
| ☐ | **FACSIMILE** | I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number |

| CASE SHORT NAME: | CASE: |
|---|---|
| OTSUKA, ET AL. V. POLO RALPH LAUREN CORPORATION, ET AL. | C-07-02780-SI |

Of each of the parties listed on the attached service list.

☐    **FEDERAL EXPRESS**   I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Karla Donis

August 21, 2007
Date