Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive <br><br> Defendants. | Case No.: C-07-02780-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION PERMITTING THE FILING OF DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW REGARDING PLAINTIFF ANN OTSUKA** <br><br> **JUDGE: Hon. Susan Illston** <br> **LOCATION: Courtroom 10, 19th Floor** <br> **450 Golden Gate Avenue** <br> **San Francisco, California 94102** |

**DENIED**
*Susan Illston*
Judge Susan Illston

Based on the ex parte application for an order permitting plaintiffs to file documents under seal for in camera review by the Court, and good cause appearing therefore,

---

*Otsuka, et al. v. Polo, et al.*                                         Case No. C-07-02780-SI

ORDER GRANTING EX PARTE APPLICATION TO SEAL DOCUMENTS FOR IN CAMERA REVIEW

1

1   IT IS ORDERED, that:

2   1.  The Declaration of Patrick R. Kitchin and the exhibits attached thereto shall remain under seal for the Court's in camera review, shall not be disclosed to counsel for defendants and shall not be made part of the public record in this case.

2.  Daniel L. Feder, Patrick R. Kitchin and Ann Otsuka shall appear on _____, 2007, at _____ m., in Courtroom 10 of the above-referenced Court for an in camera hearing regarding the matters at issue in plaintiffs' application.

Dated: _____        _____
                                      Judge Susan Illston
                                      United States District Court Judge

---

*Otsuka, et al. v. Polo, et al.*                                  Case No. C-07-02780-SI

ORDER GRANTING EX PARTE APPLICATION TO SEAL DOCUMENTS FOR IN CAMERA REVIEW

2