WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA  94303
Telephone: (650) 328-8500
Facsimile:  (650) 328-8508
Email:   goinesw@gtlaw.com
louisa@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone: (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

BRIAN S. COUSIN (*PRO HAC VICE* APPLICATION SUBMITTED)
NEIL A. CAPOBIANCO (*PRO HAC VICE* APPLICATION SUBMITTED)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400
Email:   cousinb@gtlaw.com
capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
doing business in California as Polo Retail Corporation; and
Fashions Outlet of America, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; et al, | Case No. C07-02780 SI |
| Plaintiff(s), | |
| v. | NOTICE OF QUALIFIED NON-OPPOSITION TO PLAINTIFFS JANICE KEEFE, CORRINE PHIPPS AND JUSTIN KISER'S MOTION TO HAVE PATRICK R. KITCHIN AND DANIEL L. FEDER RELIEVED AS COUNSEL FOR PLAINTIFF ANN OTSUKA |
| POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al., | |
| Defendant(s). | |
| | Date: 09/21/2007<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston |

1
NOTICE OF NON OPPOSITION TO PLAINTIFF'S MOTION TO BE RELIEVED AS COUNSEL

.

Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation, and Fashions Outlet of America, Inc. (collectively hereafter "Polo") submit their qualified non-opposition to Plaintiffs Janice Keefe ("Keefe"), Corrine Phipps ("Phipps") and Justin Kiser's ("Kiser") Motion to have Counsel Patrick R. Kitchin ("Kitchin") and Daniel L. Feder ("Feder") Relieved as Counsel ("Motion") for co-plaintiff Ann Otsuka ("Otsuka").  Polo does not object to the substantive relief requested in Plaintiffs' Motion as filed.

Plaintiffs' Motion, as filed and served July 20, 2007, seeks to have both Kitchin and Feder relieved as counsel for Otsuka.  Kitchin and Feder also filed on July 20, 2007 a Request To Be Relieved as Counsel for Keefe, Phipps and Kiser with respect to Feder only -- to which Polo similarly has no objection.

Polo does request that in the event Plaintiffs' Motion and counsel's Request is granted, and Otsuka is neither represented by new counsel nor appearing *pro se*, that the Court make such withdrawal "subject to the condition that papers may continue to be served on counsel for forwarding purposes." U.S. Dist. Ct., Local Civ. Rules, Northern Dist. Cal., rule 11-5(b).  Polo's non-opposition to Plaintiffs' Motion and counsel's Request is further made without prejudice to nor waiver of any right to present argument related to any consideration of appointment of class counsel. Fed. Rules Civ. Proc., rule 23(g), 28 U.S.C.

Dated: August 31, 2007    .    GREENBERG TRAURIG, LLP


By: /s/ William J. Goines
    William J. Goines
    Jeremy A. Meier
    Alisha M. Louie
    Attorney for Defendants Polo Ralph Lauren
    Corporation; Polo Retail, LLC; Fashions Outlet
    of America, Inc.; and Polo Retail Corporation