Daniel Feder (State Bar No. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorney for Plaintiff Ann Otsuka

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**PLAINTIFF ANN OTSUKA'S CONDITIONAL NONOPPOSITION TO PLAINTIFFS JANIS KEEFE, CORINNE PHIPPS, AND JUSTIN KISER'S MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date: September 21, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Location: Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

Plaintiff ANN OTSUKA requests that the Court grant Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER's motion to have Mr. Kitchin relieved as her counsel. But Plaintiff ANN OTSUKA requests that the Court deny Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER's motion to have Mr. Feder relieved as her counsel.

///

///

I.   STATEMENT OF FACTS

Plaintiffs ANN OTSUKA, JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER ("Plaintiffs") filed this putative class action against Defendants POLO RALPH LAUREN CORPORATION, POLO RETAIL, LLC., and FASHIONS OUTLET OF AMERICA, INC. ("Defendants") in San Francisco Superior Court in May 2006. Plaintiffs were represented by Daniel L. Feder and Patrick R. Kitchin. *See* Declaration of Daniel L. Feder in Conditional Nonopposition to Plaintiffs Janis Keefe, Corinne Phipps, and Justin Kiser's Motion to be Relieved as Counsel ("Feder Decl.") ¶ 2.

At the commencement of this action, Mr. Kitchin and Mr. Feder agreed that, in order to avoid confusion, Mr. Kitchin would take the lead in communicating with Plaintiffs. *See* Feder Decl. ¶3. In or around April 2007, Mr. Kitchin represented to Mr. Feder that Mr. Kitchin could no longer contact Plaintiff ANN OTSUKA despite his best efforts. *See* Feder Decl. ¶4. Mr. Kitchin recommended to Mr. Feder that they file a motion to have themselves relieved as counsel to Plaintiff ANN OTSUKA. Based on the representations made to him by Mr. Kitchin, Mr. Feder consented. *Id.*

On April 23, 2007, Mr. Kitchin filed a motion, in San Francisco Superior Court, to have himself and Mr. Feder relieved as counsel to Ms. OTSUKA. *See* NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL-CIVIL (Exhibit A, Feder Decl.). Mr. Kitchin submitted a declaration in support of the motion. *See* Declaration of Patrick R. Kitchin In Support of Motion To Be Relieved As Counsel (Ex. B, Feder Decl.).

In or around May, 2007, this action was removed to this Court.

On or around July 3, 2007, Mr. Kitchin informed Mr. Feder that Plaintiff JUSTIN KISER had terminated Mr. Feder as his legal representative. On or around July 6, 2007, Mr.

- 2 -
Otsuka, et al. v. Polo, et al.
Case No.: C-07-02780-SI
**CONDITIONAL NONOPPOSITION TO MOTION TO BE RELIEVED AS COUNSEL**

Kitchin informed Mr. Feder that Plaintiffs JANIS KEEFE and CORINNE PHIPPS had terminated Mr. Feder as their legal representative. *See* Feder Decl. ¶¶6-7.

On July 20, 2007, Mr. Kitchin filed the present motion, on behalf of Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER, to have their counsel, Mr. Kitchin, and their just terminated counsel, Mr. Feder, relieved as counsel to Plaintiff ANN OTSUKA. Mr. Feder did not consent to the filing of this motion. *See* Feder Decl. ¶8.

In July 2007, Mr. Feder attempted to contact Plaintiff ANN OTSUKA and reached Ms. OTSUKA without any difficulty. *See* Feder Decl. ¶9. On July 24, 2007, Plaintiff ANN OTSUKA terminated Mr. Kitchin as her legal representative. *See* Declaration of Ann Otsuka in Conditional Nonopposition to Plaintiffs Janis Keefe, Corinne Phipps, and Justin Kiser's Motion to be Relieved as Counsel ("Otsuka Decl.") ¶14.

## II. GOOD CAUSE DOES NOT EXIST FOR RELIEVING DANIEL FEDER AS COUNSEL TO PLAINTIFF ANN OTSUKA

### A. <u>Mr. Feder did not consent to the filing of this motion</u>

The present motion purports to be brought by <u>Daniel Feder and Patrick Kitchin</u> on behalf of Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER. (The moving papers bear the name and address of Mr. Feder's office). But Mr. Feder did not consent to the filing of this motion. *See* Feder Decl. ¶8. In fact, the motion was filed on July 20, 2007, well after Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER had terminated Mr. Feder as their legal representative. *See* discussion *supra* at I.

///

///

///

## B. Plaintiff Ann Otsuka remains committed to this case

Plaintiff ANN OTSUKA remains committed to this case and to her original motive, which was to seek justice for herself and similarly situated employees. *See* Otsuka Decl. ¶13. Contrary to Mr. Kitchin's representation that "Ann Otsuka has failed to communicate with counsel for over seven months," *see* Notice of Motion and Motion to be Relieved as Counsel at 2, Ms. OTSUKA attempted to contact Mr. Kitchin numerous times, but without any response:

- Ms. OTSUKA called Mr. Kitchin the day before Ms. OTSUKA's deposition, which was scheduled for December 2006 or January 2007, but was told by Mr. Kitchin that the deposition had been cancelled and would be rescheduled. Mr. Kitchin promised to contact Ms. OTUSKA as soon as he learned the new date. Ms. OTSUKA never heard back from Mr. Kitchin. *See* Otsuka Decl. ¶4.

- In December 2006, Ms. OTSUKA forwarded to Mr. Kitchin draft answers to interrogatories propounded by Defendants. *See* Otsuka Decl. ¶6. But no answers by Plaintiff ANN OTSUKA to Defendants' interrogatories have been served on Defendants. By contrast, Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER's answers to Defendants' interrogatories were served on Defendants in or around January 2007 and May 2007. *See* Feder Decl. ¶10.

- During the time period complained of (December 2006-July 2007), Ms. OTSUKA attempted to reach Mr. Kitchin by phone two or more times. *See* Otsuka Decl. ¶7.

- 4 -
Otsuka, et al. v. Polo, et al.
Case No.: C-07-02780-SI
**CONDITIONAL NONOPPOSITION TO MOTION TO BE RELIEVED AS COUNSEL**

- During the time period complained of (December 2006-July 2007), Ms. OTSUKA sent more than one email to Mr. Kitchin requesting information about her case, but did not receive any response. *See* Otsuka Decl. ¶8.
- During the time period complained of (December 2006-July 2007), Ms. OTSUKA did not receive letters by federal express from Mr. Kitchin, did not receive voicemails from Mr. Kitchin, did not receive the Substitution of Attorney-Civil form from Mr. Kitchin, and did not receive the motion to be relieved as counsel from Mr. Kitchin. *See* Otsuka Decl. ¶¶ 10, 12.

C. **Plaintiff Ann Otsuka remains committed to Mr. Feder**

In July 2007, Mr. Feder attempted to contact Plaintiff ANN OTSUKA and reached her without any difficulty. *See* Feder Decl. ¶9. Ms. OTSUKA remains committed to Mr. Feder as her legal representative. *See* Otsuka Decl. ¶ 13.

III. **GOOD CAUSE EXISTS FOR RELIEVING PATRICK KITCHIN AS COUNSEL TO PLAINTIFF ANN OTSUKA**

Plaintiff Ann Otsuka terminated Mr. Kitchin as her legal representative on July 24, 2007. *See* Otsuka Decl. ¶ 14.

///
///
///
///
///
///
///

## IV. CONCLUSION

For the foregoing reasons, Plaintiff ANN OTSUKA requests that the Court grant Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER's motion in part and deny their motion in part.

Dated:   August 31, 2007                    THE LAW OFFICES OF DANIEL L. FEDER


By: _____
          Daniel L. Feder
     Attorney for Plaintiff ANN OTSUKA