Daniel Feder (State Bar No. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiff Ann Otsuka

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**DECLARATION OF DANIEL L. FEDER IN CONDITIONAL NONOPPOSITION TO PLAINTIFFS JANIS KEEFE, CORINNE PHIPPS, AND JUSTIN KISER'S MOTION TO BE RELIEVED AS COUNSEL**<br><br>**Date: September 21, 2007**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Susan Illston**<br>**Location: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

I, DANIEL L. FEDER, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California, am admitted to practice before the United States District Court for the Northern District of California, and serve as counsel for Plaintiff ANN OTSUKA ("Plaintiff") in the above-referenced matter. I have personal knowledge of the following facts and would testify truthfully to these matters if called as a witness:

2.    Plaintiffs ANN OTSUKA, JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER ("Plaintiffs") filed the present action against Defendants POLO RALPH LAUREN CORPORATION, POLO RETAIL, LLC., and FASHIONS OUTLET OF AMERICA, INC. ("Defendants") in San Francisco Superior Court in May 2006.  Plaintiffs were represented by Patrick Kitchin and myself.

3.    At the commencement of this action, Mr. Kitchin and I agreed that, in order to avoid confusion, Mr. Kitchin would take the lead in communicating with the Plaintiffs.

4.    In or around April 2007, Mr. Kitchin represented to me that he could no longer contact Plaintiff ANN OTSUKA despite his best efforts.  Mr. Kitchin recommended that we file a motion to have ourselves relieved as counsel to Ms. OTSUKA.  Based on the representations made to me by Mr. Kitchin, I agreed.

5.    On April 23, 2007, Mr. Kitchin filed a motion to have ourselves relieved as counsel to Plaintiff ANN OTSUKA in San Francisco Superior Court.  Attached hereto as Exhibit A is a true and correct copy of the motion.  Mr. Kitchin filed a declaration in support of the motion.  Attached hereto as Exhibit B is a true and correct copy of the declaration.

6.    On or around July 3, 2007, Mr. Kitchin informed me that Plaintiff JUSTIN KISER had terminated me as his legal representative.

7.    On or around July 6, 2007, Mr. Kitchin informed me that Plaintiffs JANIS KEEFE and CORINNE PHIPPS had terminated me as their legal representative.

8.    On July 20, 2007, Mr. Kitchin filed the present motion, "Motion To Be Relieved As Counsel," on behalf of Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN KISER, in this Court.  The motion requests that Mr. Kitchin and I be relieved as counsel to Plaintiff ANN OTSUKA.  I did not consent to the filing of this motion.

1         9.    In July 2007, I attempted to contact Plaintiff ANN OTSUKA and reached Ms.

2    OTSUKA without any difficulty.

3         10.    Answers by Plaintiffs JANIS KEEFE, CORINNE PHIPPS, and JUSTIN

4    KISER to interrogatories propounded by Defendants were served on Defendants in or around

5    January 2007 and May 2007.  I am not aware that any answers by Plaintiff ANN OTSUKA to

6    interrogatories propounded by Defendants, were served on Defendants.

7         I declare under penalty of perjury under the laws of the State of California that the

8    foregoing is true and correct.  Executed on August _3/3/_ , 2007 at San Francisco, California.

9

10

11                             _____

                                 Daniel L. Feder

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Otsuka, et al. v. Polo, et al.**
Case No.: C-07-02780-SI
**DECLARATION OF DANIEL L. FEDER**