**MC-05**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Patrick R. Kitchin                162965<br>The Law Office of Patrick R. Kitchin<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415 677-9058   FAX NO.: (415) 627-9076<br>ATTORNEY FOR *(Name)*: Plaintiffs | FILED<br>San Francisco County Superior Court<br>*-- -- 2007*<br>GORDON PARK-LI, Clerk<br>BY: _WESLEY RAMIREZ_<br>Deputy Clerk |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 McALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO   CA 94102
BRANCH NAME: SAN FRANCISCO

| CASE NAME:<br>OTSUKA, et al. v. POLO, et al. | |
|---|---|
| **NOTICE OF MOTION AND MOTION**<br>**TO BE RELIEVED AS COUNSEL-CIVIL** | CASE NUMBER:<br>CGC-06-452655<br>HEARING DATE: June 19, 2007<br>DEPT.: 304   TIME: 2:30 p.m.<br>BEFORE HON.: Richard Kramer<br>DATE ACTION FILED: May 30, 2006<br>TRIAL DATE: Not Set |

TO *(name and address of client)*: Ann Otsuka
        230 Bush Street
        Mountain View, CA 94041

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney)*: Patrick R. Kitchin and Daniel L. Feder moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

   a. Date: June 12, 2007   Time: 1:30 p.m.   Dept.: 304   Room:
   b. The address of the court:   [X] same as noted above   [ ] other *(specify)*:

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify)*:
   See Declaration of Patrick R. Kitchin, submitted herewith.

(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)

4. The client presently represented by the attorney is
   a. [X] an individual.
   b. [ ] a corporation.
   c. [ ] a partnership.
   d. [ ] an unincorporated association.
   e. [ ] a guardian.
   f. [ ] a conservator.
   g. [ ] a trustee.
   h. [ ] a personal representative.
   i. [ ] a probate fiduciary.
   j. [ ] a guardian ad litem.
   k. [ ] other *(specify)*:

*(Continued on reverse)*

Page 1 o

Form Adopted for Mandatory Use
Judicial Council of California
MC-051 [Rev. January 1, 2000]

*Martin Dean's*
ESSENTIAL FORMS™

**NOTICE OF MOTION AND MOTION**
**TO BE RELIEVED AS COUNSEL-CIVIL**

KITCHIN

Code of Civil Procedure, §
Cal. Rules of Court, rule 3.13
www.courtinfo.ca

MC-0

| CASE NAME: OTSUKA v. POLO | CASE NUMBER: CGC-06-452655 |

### NOTICE TO CLIENT

If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

Date: April 23, 2007

Patrick R. Kitchin
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY)

Attorney for (name): Plaintiff Ann Otsuka

MC-051 [Rev. January 1, 2007]
Martin Dean's ESSENTIAL FORMS™

NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL-CIVIL

Page 2

KITCHIN