1  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com
5         louisa@gtlaw.com

6  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  Email: meierj@gtlaw.com

10 BRIAN S. COUSIN (*PRO HAC VICE* TO BE SUBMITTED)
   NEIL A. CAPOBIANCO (*PRO HAC VICE* TO BE SUBMITTED)
11 GREENBERG TRAURIG, LLP
   MetLife Building, 200 Park Avenue
12 New York, NY 10166
   Telephone: (212) 801-9200
13 Facsimile: (212) 801-6400
   Email: cousinb@gtlaw.com
14        capobiancon@gtlaw.com

15 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
16 doing business in California as Polo Retail Corporation; and
   Fashions Outlet of America, Inc.

17

                    FILED

                 07 JUN 21 PM 1:42

                 RICHARD W. WIEKING
                 CLERK, U.S. DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

21

22 ANN OTSUKA, et al,                    Case No.: C07-02780 BZ

23         Plaintiff(s),

24 v.                                    **APPLICATION FOR ADMISSION OF**
                                         **NEIL A. CAPOBIANCO AS ATTORNEY**
25                                       ***PRO HAC VICE***
   POLO RALPH LAUREN CORPORATION, a
26 Delaware Corporation; et al.,

27         Defendant(s)

28

AND RELATED CROSS-ACTION.

Pursuant to Civil L.R. 11-3, Neil A. Capobianco, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William J. Goines, Esq.
Greenberg Traurig, LLP,
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303; (650)
Telephone: (650) 328-8500

IT IS SO ORDERED
Judge Susan Illston

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2007, at New York, New York.

Neil a. Capobianco

APPLICATION FOR ADMISSION OF NEIL A. CAPOBIANCO AS ATTORNEY *PRO HAC VICE*
Case No. C07-02780 BZ