**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Otsuka,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Polo Ralph Lauren Corporation,<br><br>　　　　　　Defendant(s). | 07-02780 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 | to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 6, 2007

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

*Timothy Smagacz* (signature)

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02780 SI           -2-

PROOF OF SERVICE

Case Name:      Otsuka v. Polo Ralph Lauren Corporation

Case Number:    07-02780 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Patrick Ray Kitchin
>   Law Office of Patrick R. Kitchin
>   565 Commercial Street, 4th Floor
>   San Francisco, CA 94111
>   prk@investigationlogic.com
>
>   Daniel L. Feder
>   Law Offices of Daniel Feder
>   807 Montgomery Street
>   San Francisco, CA 94133
>   danfeder@pacbell.net
>
>   Neil A. Capobianco
>   Greenberg Traurig, LLP
>   MetLife Building
>   200 Park Avenue
>   New York, NY 10166
>
>   Jeremy Adam Meier
>   Greenberg Traurig
>   1201 K Street

Suite 1100  
Sacramento, CA 95814  
meierj@gtlaw.com  

Brian S. Cousin  
Greenberg Traurig, LLP  
MetLife Building  
200 Park Avenue  
New York, NY 10166  

William J. Goines  
Greenberg Traurig, LLP  
1900 University Avenue, 5th Floor  
East Palo Alto, CA 94303  
goinesw@gtlaw.com  

Alisha Mei Yuk Louie  
Greenberg Traurig LLP  
1900 University Avenue, 5th Floor  
East Palo Alto, CA 94303  


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:  
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:  


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.  

RICHARD W. WIEKING  
Clerk  
by:     Timothy J. Smagacz  

*Timothy Smagacz*  
_____  
ADR Administrative Assistant  
415-522-4205  
Tim_Smagacz@cand.uscourts.gov