Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>　　　　Defendants. | Case No.: C-07-02780-SI<br><br>**DECLARATION OF CORINNE PHIPPS IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>DATE: September 21, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Susan Illston<br>LOCATION: Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

I, Corinne Phipps, declare:

1. I am a plaintiff in this case and make this declaration based on personal knowledge.

2. On January 2, 2007, I had a discussion with my attorney Patrick Kitchin regarding Ann Otsuka. He told me he had been trying to contact her, but had not heard from her for some time. On January 2, 2007, I sent Ann Otsuka an email asking her to provide Mr. Kitchin with her answers to defendants'

*Otsuka, et al. v. Polo, et al.*
MOTION TO BE RELIEVED AS COUNSEL
DECLARATION OF CORINNE PHIPPS    1

Case No. C-07-02780-SI

interrogatories. A true and correct copy of my January 2, 2007, email to Ms. Otsuka is attached as Exhibit 1. Ms. Otsuka never responded to this email.

3. On several occasions in January 2007, Mr. Kitchin called me to ask whether I had heard from Ms. Otsuka. He and I discussed how we were both getting worried about Ms. Otsuka.

4. Sometime in early February 2007, Mr. Kitchin asked me if I would call Ms. Otsuka to see what was going on with her. I searched to see if I had Ms. Otsuka's cell phone number. I did not have it and Mr. Kitchin told me he did not have it either. So, in early February 2007, I called Ms. Otsuka's home number and left a message for her asking her to call Mr. Kitchin, Mr. Feder or me. I recognized Ms. Otsuka's voice on her voicemail. Ms. Otsuka never returned my call.

5. Over the course of the next week or two, I spoke with Mr. Kitchin a couple of times about Ms. Otsuka. We again discussed how concerned we both were about her. I was concerned that Ms. Otsuka was sick or had died.

6. I told Mr. Kitchin that I would visit Ms. Otsuka's house. He instructed me to do so. In about mid-February 2007, I drove to Ms. Otsuka's house and knocked on her door. No one answered. I wrote a card to her, asking her to call Mr. Feder, Mr. Kitchin, or me. In the card, I think wrote down all three telephone numbers. I placed the note in an envelope and put in into her mailbox. The mailbox was an open box and already contained mail, I peeked in and I saw a utility bill with Ms. Otsuka's name on it. It confirmed I was at Ms. Otsuka's home.

7. I never heard back from Ms. Otsuka.

I declare or affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was made on September 6, 2007, in San Francisco, California.

_____
Corinne Phipps

*Otsuka, et al. v. Polo, et al.*
MOTION TO BE RELIEVED AS COUNSEL
DECLARATION OF CORINNE PHIPPS   2

Case No. C-07-02780-SI

**EXHIBIT 1**

**Patrick R. Kitchin**

| | |
|---|---|
| **From:** | Corinne Phipps [ckphipps@gmail.com] |
| **Sent:** | Tuesday, January 02, 2007 3:00 PM |
| **To:** | ann.otsuka@gmail.com; Patrick R. Kitchin |
| **Subject:** | Those Special Interrogatories |

Hey Annie!
Happy New Year!! I spoke to Patrick today and it seems like I was the only one to send in answers to those questions.
Turn yours in girl! Let's get this show pony on the road.
Where did you spend NYE? Chris and I were in Lake Tahoe, very quietly bringing in 07.
Talk soon,
Corinne

--
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
People with courage and character always seem sinister to the rest.
   - Hermann Hesse

1