UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA, et al.,
        Plaintiffs,
    v.
Polo Ralph Lauren
Corporation, et al,
        Defendant(s).
_____/

Case No. C07-02780 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/10/07

Dated: 9/14/07

[Party] Ravi Motwani
VP- Labor Counsel

[Counsel]

On Behalf of All Defendant:
Polo Ralph Lauren Corporation, Polo Ralph Lauren Corporation dba Polo-Retail, Corp., Polo-Retail, LLC, and Fashions Outlet of America, Inc.