# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA, et al.,

    Plaintiff(s),

v.

POLO RALPH LAUREN CORPORATION, et al.,

    Defendant(s).

CASE NO. C07-02780 SI

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* <u>Mediation before JAMS, ADR Services, or comparable service.</u>

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline <u>Within 60 days of the Court's determination of Plaintiffs' motion for class certification</u>

Dated: 9/13/07

                                             [signature]
                                             Attorney for Plaintiff

Dated: 9/14/07

                                             [signature]
                                             Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ← Private ADR    JAMS

Deadline for ADR session
- 90 days from the date of this order.
- → other    w/in 60 days of class cert. determination

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE