United States District Court
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ANN OTSUKA, an individual; JANIS KEEFE,          Case No. C 07-02780-SI
    an individual; CORINNE PHIPPS, an individual;
9   and JUSIN KISER, an individual; and on behalf    **ORDER GRANTING IN PART AND**
    of all others similarly situated,                **DENYING IN PART PLAINTIFFS'**
10                                                    **MOTIONS TO RELIEVE COUNSEL**
                    Plaintiffs,
11
              v.
12
    POLO RALPH LAUREN CORPORATION, a
13  Delaware Corporation; et al.,

14                  Defendants.
                                              /
15

16

17         On September 21, 2007 the Court heard argument on plaintiffs' motions to relieve counsel.

18  Having considered the arguments of counsel and the papers submitted, the Court GRANTS the motions

    in part and DENIES the motions in part.
19

20

21                              **DISCUSSION**

22         Plaintiffs have submitted to the court two motions to relieve counsel.  The first, filed on July 20,

23  2007, sought to relieve attorneys Patrick Kitchen and Daniel Feder as counsel to plaintiff Ann Otsuka.

    The second, filed the same day, sought to relieve Feder as counsel to plaintiffs Janis Keefe, Corinne
24
    Phipps, and Justin Kiser.  Defendant does not oppose the motions.  However, Otsuka, represented by
25
    Feder, filed a notice of conditional non-opposition, requesting that the Court deny the first motion with
26
    respect to Feder.
27

28

1    The Court is thus presented with a situation where the four named plaintiffs were represented

2    by two attorneys when they filed their complaint, but where three of those plaintiffs (Keefe, Phipps, and

3    Kiser) now seek to be represented only by one of those attorneys (Kitchin) and the fourth plaintiff

4    (Otsuka) seeks to be represented only by the other (Feder).  All parties who have appeared in this case,

5    and both relevant attorneys, consent to the new proposed arrangement.

6

7                                        **CONCLUSION**

8          For the foregoing reasons, and for cause shown, the motion to relieve Daniel Feder as counsel

9    to Janis Keefe, Corinne Phipps, and Justin Kiser should be GRANTED (Docket No. 17), and the motion

10   to relieve Daniel Feder and Patrick Kitchin as counsel to Ann Otsuka should be GRANTED with respect

11   to Patrick Kitchin and DENIED with respect to Daniel Feder (Docket No. 18).  The Court will consider

12   issues related to class certification, the adequacy of class representation, and the adequacy of class

13   counsel at an appropriate time in the future.

14

15        **IT IS SO ORDERED.**

16

17   Dated: September 21, 2007                              _____

18                                                          SUSAN ILLSTON
                                                            United States District Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California