UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/21/07

Case No.   C-07-2780SI   Judge:   SUSAN ILLSTON

Title: Ann Otsuka -v- Polo Ralph Lauren

Attorneys: Kitchin, Feder          Goines

Deputy Clerk: Tracy Sutton   Court Reporter: J. Columbini

**PROCEEDINGS**

1)   Motion to be Relieved as Counsel - HELD

2)   Initial Case Management Conference - HELD

3)

Order to be prepared by:  ( )Pltf   ( )Deft   (X )Court

Disposition :  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                       PART

Case continued to   **12/7/07 @ 2:30 p.m.** for Further Case Management Conference

Case continued to  **11/9/07  @ 9:00 a.m.**   for Motion to dismiss or to amend
(Motion due 10/5/07 , Opposition 10/19/07  Reply 10/26/07)

Case continued to **5/9/08 @ 9:00 a.m.** for Motion to Certify the Class
(file 4/4/08, opposition 4/18/08, reply 4/25/08

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: