UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OTSUKA, ET AL.

          Plaintiff(s),

v.

POLO RALPH LAUREN
CORPORATION, ET AL.
          Defendant(s).

Case No. C-07-02780-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/20/07

Dated: 9/13/07

_____
[Party]

_____
[Counsel]