Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

**UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>            Defendants. | Case No.: C-07-02780-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT**<br><br>**JUDGE: Hon. Susan Illston**<br>**LOCATION: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102**<br><br>**Date: November 9, 2007**<br>**Time: 9:00 a.m.** |

    This matter came on regularly for hearing on November 9, 2007, at 9:00 a.m., in Courtroom 10 of the above-entitled Court, Patrick R. Kitchin, Esq., appearing on behalf of the moving parties, _____ appearing on behalf of Defendants, and _____ appearing on behalf of plaintiff Ann Otsuka.

After evaluating all pleadings in support of and in opposition to Plaintiffs' motion to amend, and considering oral argument by counsels to the parties, the Court finds good cause exists for permitting Plaintiffs to file their Second Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a), 20 and 21 .

IT IS SO ORDERED, that:

1. Plaintiffs shall file and serve their Second Amended Complaint no later than November 13, 2007;

2. Defendants shall file and serve their response to Plaintiffs' Second Amended Complaint within ___ days after service of Plaintiffs' Second Amended Complaint.

Dated: _____          _____
                                   Judge Susan Illston
                                   United States District Court Judge