# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

OTSUKA, ET AL.

                    Plaintiff(s),

Case No.  C-07-02780-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

         v.

POLO RALPH LAUREN
CORPORATION, ET AL.
              Defendant(s).
_____/

     Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Sept 23, 2007

[Party]

Dated: 9/13/07

[Counsel]