Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs Janis Keefe, Corinne Phipps,
Justin Kiser and Proposed Plaintiff Renee Davis

**UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation,<br><br>            Defendants. | Case No.: C-07-02780-SI<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND BASED ON JOINT STIPULATION AND PROPOSED ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Susan Illston<br>Place:  Courtroom 10, 19th Floor<br>Date:   November 9, 2007<br>Time:   9:00 a.m. |

**NOTICE OF WITHDRAWAL OF MOTION TO AMEND**

Defendants and Plaintiffs have entered into a joint stipulation, pursuant to which Plaintiffs seek the Court's permission to file their proposed Second Amended Complaint. That stipulation and proposed order is submitted herewith.

---

*Otsuka, et al. v. Polo, et al.*                                                                                     Case No. C-07-02780-SI

WITHDRAWAL OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
1

Based on this stipulation, Plaintiffs hereby withdraw their motion for leave to amend their Second Amended Complaint.

DATED:  October 19, 2007        THE LAW OFFICE OF PATRICK R. KITCHIN


By:_____/S/_____
Patrick R. Kitchin, Esq.
Attorneys for Plaintiffs Janis Keefe, Corinne Phipps and
Justin Kiser and Proposed Plaintiff Renee Davis