1  William J. Goines (SBN 061290)
   Alisha M. Louie (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
5           louiea@gtlaw.com

6  Jeremy A. Meier (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  Email:   meierj@gtlaw.com

10 Brian S. Cousin (Pro Hac Vice)
   Neil A. Capobianco (Pro Hac Vice)
11 GREENBERG TRAURIG, LLP
   MetLife Building, 200 Park Avenue
12 New York, NY 10166
   Telephone: (212) 801-9200
13 Facsimile: (212) 801-6400
   Email:   cousinb@gtlaw.com
14          capobiancon@gtlaw.com

15 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
16 Corporation, doing business in California as Polo Retail
   Corporation; and Fashions Outlet of America, Inc.

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

| 20 | ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated, | Case No. C07-02780 SI |
|---|---|---|
| 21 | | STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT |
| 22 | | |
| 23 | Plaintiff, v. | Dept: Courtroom 10, 19th Fl. Judge: Hon. Susan Illston |
| 24 | POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al., | |
| 25 | | |
| 26 | Defendants. | |
| | AND RELATED CROSS-ACTIONS. | |

27

28

1  Based on the stipulation of counsel and good cause appearing therefore, IT IS HEREBY
2  ORDERED, Plaintiffs are hereby granted leave of Court to file their Second Amended
3  Complaint, attached hereto as **Exhibit A**.

Dated: _____, 2007.

_____
HON. SUSAN ILLSTON

1   IT IS HEREBY STIPULATED by and between the parties hereto through their
2 respective attorneys of record, and with the Court's permission, that Plaintiffs may file a
3 Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**.
4   By this Stipulation, Defendants are reserving their rights to assert any and all defenses
5 to the Second Amended Complaint, including those provided for under the Federal Rules of
6 Civil Procedure.

8   Dated: 10-18, 2007.          GREENBERG TRAURIG, LLP

10                                By: _____
11                                    William J. Goines
                                       Jeremy A. Meier
                                       Alisha Louie

13                                    Attorney for Defendants Polo Ralph Lauren
                                       Corporation; Polo Retail, LLC; Polo Ralph
14                                     Lauren Corporation, doing business in
                                       California as Polo Retail Corporation; and
15                                     Fashions Outlet of America, Inc

16  Dated: 10-18, 2007.          The Law Office of Patrick R. Kitchin

18                                By: _____
19                                    Patrick R. Kitchin, Esq.
                                       Attorney for Plaintiffs Corinne Phipps, Janis
                                       Keefe, Justin Kiser and Renee Davis
20                                     (proposed Plaintiff)

22  Dated: _____, 2007.     The Law Offices of Daniel Feder

24                                By: _____
                                       Daniel Feder, Esq.
25                                     Attorney for Attorney for Plaintiff Ann Otsuka