William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  goinesw@gtlaw.com
        louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:   cousinb@gtlaw.com
         capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C07-02780 SI<br><br>**FASHIONS OUTLET OF AMERICA, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF AND CROSS-DEFENDANT JUSTIN KISER'S MOTION TO DISMISS THE COUNTERCLAIMS OF FASHIONS OUTLET OF AMERICA, INC.**<br><br>Date:  November 9, 2007<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10, 19th Fl.<br>Judge: Hon. Susan Illston |