

# CALIFORNIA
# Labor & Workforce Development Agency

**Governor**
Arnold Schwarzenegger

**Secretary**
Victoria L. Bradshaw

Agricultural Labor Relations Board

California Unemployment Insurance Appeals Board

California Workforce Investment Board

Department of Industrial Relations

Economic Strategy Panel

Employment Development Department

Employment Training Panel

June 23, 2006

Patrick R. Kitchin
Law Offices of Patrick R. Kitchin
565 Commercial St., 4th Floor
San Francisco, CA 94111

CSC- Lawyers Incorporating Service
Agent for Service of Process for
Polo Ralph Lauren Corp. doing business in California as
Delaware Polo Ralph Lauren Corporation
P.O. Box 526036
Sacramento, CA 95852-6036

Re:   LWDA No: 1410
      Employer: Polo Ralph Lauren Corp., et al.
      Employee: Ann Otsuka, et al.

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked June 02, 2006 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "…civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Richard L Rice*

Richard L. Rice
Undersecretary

07-17-06 P02:14   RCVD

801 K Street, Suite 2101 • Sacramento, California 95814 • www.labor.ca.gov
(916) 327-9064 • Fax (916) 327-9158