William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  goinesw@gtlaw.com
        louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:  meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:  cousinb@gtlaw.com
        capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C07-02780 SI<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Dept:  Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties hereto through their | |
| 2 | respective attorneys of record, and with the Court's permission, that Plaintiffs may file a | |
| 3 | Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**. | |

By this Stipulation, Defendants are reserving their rights to assert any and all defenses to the Second Amended Complaint, including those provided for under the Federal Rules of Civil Procedure.

Dated: _____, 2007.        GREENBERG TAURIG, LLP

By: _____
William J. Goines
Jeremy A. Meier
Alisha Louie

Attorney for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc

Dated: _____, 2007.        The Law Office of Patrick R. Kitchin

By: _____
Patrick R. Kitchin, Esq.
Attorney for Plaintiffs Corinne Phipps, Janis Keefe, Justin Kiser and Renee Davis (proposed Plaintiff)

Dated: 10/23, 2007.        The Law Offices of Daniel Feder

By: *[signature]*
Daniel Feder, Esq.
Attorney for Attorney for Plaintiff Ann Otsuka

Based on the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED, Plaintiffs are hereby granted leave of Court to file their Second Amended Complaint, attached hereto as **Exhibit A**.

Dated: _____, 2007.

_____

HON. SUSAN ILLSTON