William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:   cousinb@gtlaw.com
         capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants.<br>AND RELATED CROSS-ACTIONS. | Case No.  C07-02780 SI<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Dept:  Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys of record, and with the Court's permission, that Plaintiffs may file a
3  Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**.
4  By this Stipulation, Defendants are reserving their rights to assert any and all defenses
5  to the Second Amended Complaint, including those provided for under the Federal Rules of
6  Civil Procedure.

Dated: _____, 2007.    GREENBERG TRAURIG, LLP

By:_____
William J. Goines
Jeremy A. Meier
Alisha Louie

Attorney for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc

Dated: _____, 2007.    The Law Office of Patrick R. Kitchin

By:_____
Patrick R. Kitchin, Esq.
Attorney for Plaintiffs Corinne Phipps, Janis Keefe, Justin Kiser and Renee Davis (proposed Plaintiff)

Dated: 10/23, 2007.    The Law Offices of Daniel Feder

By: /s/ Daniel J. Feder
Daniel Feder, Esq.
Attorney for Attorney for Plaintiff Ann Otsuka

1  Based on the stipulation of counsel and good cause appearing therefore, IT IS HEREBY
2  ORDERED, Plaintiffs are hereby granted leave of Court to file their Second Amended
3  Complaint, attached hereto as **Exhibit A**.

5  Dated: _____, 2007.

_____
HON. SUSAN ILLSTON