William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile: (916) 448-1709
Email:   meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:    cousinb@gtlaw.com
          capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C07-02780 SI<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:  January 18, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 18, 2008, at the hour of 9:00 a.m., or as soon thereafter as this matter may be heard in Department 10, 19th Floor of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc., will move this court for an Order Dismissing Plaintiffs' Second Amended Complaint as to the claims asserted by Plaintiff Renee Davis ("Davis") in Plaintiffs' Second Amended Complaint for fraud, violation of the California Labor Code and California Private Attorneys Act must be dismissed because they fail to state a claim upon which relief can be granted.

This motion is made on the grounds that Davis' claims for fraud, violation of the California Labor Code and California Private Attorneys Act must be dismissed because they are barred by applicable statute of limitations and do not relate back to the Original Complaint under Rule 15(c) of the Federal Rules of Civil Procedure. A copy of the Original Complaint is attached hereto as Exhibit A and incorporated as though fully set forth.

This motion will be based on this motion, the accompanying Memorandum of Points and Authorities, and on such other and further argument and evidence which may be presented at the hearing on this motion.

Dated: November 13, 2007.          GREENBERG TAURIG, LLP


By: /s/ William J. Goines
    William J. Goines
    Jeremy A. Meier
    Alisha M. Louie

    Attorney for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc