William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:   cousinb@gtlaw.com
         capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated, | Case No.  C07-02780 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | Date:   January 18, 2008<br>Time:  9:00 a.m.<br>Dept:   Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |
| POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

1       The Motion of Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo

2  Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and

3  Fashions Outlet of America, Inc., for an Order Dismissing Plaintiffs' Second Amended

4  Complaint as to the claims asserted by Plaintiff Renee Davis ("Davis") in Plaintiffs' Second

5  Amended Complaint for fraud, violation of the California Labor Code and California Private

6  Attorneys Act came on regularly before the Court on January 18, 2008.  After consideration of

7  the pleadings on file and the argument of counsel, and good cause appearing therefor,

8       IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Second Amended

9  Complaint is GRANTED.

10

11       Dated: _____, 2007.      _____

                                       Honorable Susan Illston

12                                   Judge of the United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT