**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/9/07

Case No.   C-07-2780SI          Judge:   SUSAN ILLSTON

Title: Ann Otsuka -v- Polo Ralph Lauren

Attorneys: Kitchin,           Goines

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Plaintiff's Motion to Dismiss Counterclaim - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   (X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( x ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to  **1/18/08 @ 2 p.m.**   for Further Case Management Conference

Case continued to

Case continued to

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: