Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Daniel Feder (SBN. 130867)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiffs
Ann Otsuka, Janis Keefe, Corinne Phipps and Justin Kiser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive<br><br>　　　　Defendants. | Case No.: C-07-02780-SI<br><br>**NOTICE OF UNAVAILABILITY OF PATRICK R. KITCHIN, COUNSEL TO PLAINTIFFS**<br><br>**Dates of Unavailability: December 17, 2007, through January 7, 2008** |

---

*Otsuka, et al. v. Polo, et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-07-02780-SI

PLAINTIFFS' COUNSEL'S NOTICE OF UNAVAILABILITY

1

1    PLEASE TAKE NOTICE that Patrick R. Kitchin, counsel to Plaintiffs, will be unavailable to make Court appearances between December 17, 2007, and January 7, 2008, during which time he will be out of the State of California.

Dated:  November 29, 2007                THE LAW OFFICE OF PATRICK R. KITCHIN


                                        _____/S/_____
                                        By:  Patrick R. Kitchin
                                        Counsel to Plaintiffs