William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Brian S. Cousin (Pro Hac Vice)
Neil A. Capobianco (Pro Hac Vice)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:   cousinb@gtlaw.com
         capobiancon@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; JUSTIN KISER, an individual; and RENEE DAVIS, an individual on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>         Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C07-02780 SI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES FOR THE MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RE CASE MANAGEMENT CONFERENCE<br><br>Current Date:   January 18, 2008<br>Proposed Date: January 25, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 10, 19th Fl.<br>Judge: Hon. Susan Illston |

1  Plaintiffs Ann Otsuka Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis
2  (collectively "Plaintiffs") and Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC,
3  Polo Ralph Lauren Corporation, Polo Retail Corporation, and Fashions Outlet of America, Inc.
4  (collectively "Defendants"), by and through their respective counsel, hereby agree as follows:
5  The parties request that the hearing regarding Defendants' Motion to Dismiss Second
6  Amended Complaint, presently scheduled for January 18, 2008 at 9:00 a.m. and the Case
7  Management Conference, presently scheduled for January 18, 2008 at 2:00 p.m. be continued
8  to January 25, 2008 at 9:00 a.m. and 2:00 p.m., respectively.
9  In an effort to move this litigation forward, the parties are engaged in the exchange of
10 discovery including the conducting of depositions. By mutual agreement, the parties presently
11 have scheduled depositions of witnesses in the State of New York for January 16 -18, 2008.
12 Due to the scheduling of these depositions, the parties are unable to attend the hearing
13 regarding Defendants' Motion to Dismiss Second Amended Complaint and Case Management
14 Conference as presently scheduled.
15 Furthermore, the scheduling demands of defense counsel preclude hearing dates
16 scheduled for the month of February. William J. Goines, lead defense counsel for Defendants,
17 will be out of the country February 12 - 28, 2008.
18 The determination of Defendants' Motion, which seeks to dismiss the majority of the
19 claims brought forth by new Plaintiff, Renee Davis, also necessitates a hearing date in January.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  For the foregoing reasons, the parties stipulate and agree to a continuance to January 25, 2008 at 9:00 a.m. for a hearing on Defendants' Motion to Dismiss and at 2:00 p.m. for a Case Management Hearing.

.

IT IS SO STIPULATED.

Dated:  January 9, 2008                           GREENBERG TRAURIG, LLP


                                                  By:  /s/  William J. Goines
                                                       William J. Goines
                                                       Jeremy A. Meier
                                                       Alisha M. Louie

                                                  Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc


Dated:  January 9, 2008                           THE LAW OFFICE OF PATRICK R. KITCHIN


                                                  By:  /s/ Patrick R. Kitchin
                                                       Patrick R. Kitchin


                                                  Attorney for Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis


Dated:  January 9, 2008                           THE LAW OFFICES OF DANIEL FEDER


                                                  By:  /s/ Daniel Feder
                                                       Daniel Feder

                                                  Attorney for Ann Otsuka

[PROPOSED] ORDER

IT IS HEREBY ORDERED:

1. The hearing on Plaintiffs' Motion to Dismiss Second Amended Complaint is continued until January 25, 2008 at 9:00 a.m.

2. The Case Management Conference hearing is continued until January 25, 2008 at 2:00 p.m. The parties shall file a Joint Case Management Statement on January 21, 2008.

_____
U.S. District Court Judge
Honorable Susan Illston

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Dates for the Motion to Dismiss Second Amended Complaint and Re Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Patrick R. Kitchin and Daniel Feder have concurred in this filing.

Date: January 9, 2008                          GREENBERG TRAURIG LLP


                                               By: /s/ Willaim J. Goines
                                                   Willaim J. Goines