1  William J. Goines (SBN 061290)
   Alisha M. Louie (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
5            louiea@gtlaw.com

6  **Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren**
7  **Corporation, doing business in California as Polo
   Retail Corporation; and Fashions Outlet of America,**
8  **Inc.**

9  Patrick R. Kitchin (SBN 162965)
   THE LAW OFFICE OF PATRICK R. KITCHIN
10 565 Commercial Street, 4th Floor
   San Francisco, CA 94111
11 Telephone:  (415) 677-9058
   Facsimile:  (415) 627-9076
12
   **Attorneys for Plaintiffs**
13 **Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis**

14 **[SEE SIGNATURE PAGE FOR
   ADDITIONAL COUNSEL FOR PARTIES]**
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 ANN OTSUKA, an individual; JANIS KEEFE,        Case No.   C07-02780 SI
   an individual; CORINNE PHIPPS, and
20 individual; and JUSTIN KISER, an individual;   **JOINT CASE MANAGEMENT**
   and on behalf of all others similarly situated, **CONFERENCE STATEMENT AND**
21                                                 **FED. R. CIV. P. 26(F) REPORT**

22        Plaintiff;
   v.
23                                                Date:   January 25, 2008
   POLO RALPH LAUREN CORPORATION, a              Time:   2:00 p.m.
24 Delaware Corporation; et al.,                  Dept.:  Courtroom 10, 19th Floor
                                                  Judge:  Hon. Susan Illston
        Defendants.
25

26

27

28

                                          - 1 -                    Case No. C07-02780 SI
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND FED. R. CIV. P. 26(F) REPORT
   346027139v3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rules 16-8 and 16-9, Plaintiffs Ann Otsuka, Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis (collectively "Plaintiffs"), and Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation, and Fashions Outlet of America, Inc. (collectively "Defendants"), respectfully submit their Joint Case Management Conference Statement and Rule 26(f) Report.

In this Joint Statement, the parties report progress or changes since the last statement was filed and submit proposals for the remainder of the case development process. (See, Local Rule 16-10(d).)

## I. PROCEDURAL UPDATE

On September 26, 2007, Justin Kiser filed a Motion to Dismiss the Counterclaim of his former employer, Fashions Outlet of America, Inc. On November 9, 2007, the Court granted in part and denied in part Mr. Kiser's Motion to Dismiss, upholding Defendants' counterclaim for breach of fiduciary duty and granting with leave to amend Defendants' counterclaim for conspiracy to commit fraud. Defendants subsequently filed an Amended Counterclaim alleging a claim for conspiracy to commit conversion (rather than conspiracy to commit fraud). Defendants have also agreed to Plaintiff Kiser's request for additional time to file a responsive pleading to the Amended Counterclaim.

On October 3, 2007, Plaintiffs filed a motion seeking permission from the Court to amend the Complaint to add Renee Davis as a named putative class representative. Before the hearing on the motion to amend was held, Defendants entered into a stipulation with Plaintiffs, withdrawing their opposition to the filing of a Second Amended Complaint. Plaintiffs filed the Second Amended Complaint on October 24, 2007.

Defendants subsequently filed a motion to dismiss the Second Amended Complaint based on statute of limitations grounds. On January 9, 2008, the Court denied Defendants' motion to dismiss, without hearing. Defendants' Answer is due on January 28, 2008.

At the last Case Management Conference on September 21, 2007, the Court granted Plaintiffs Janis Keefe, Corinne Phipps and Justin Kiser's motion to relieve Daniel Feder as counsel and granted

the motion to relieve Patrick Kitchin as counsel to Plaintiff Ann Otsuka and denied same with respect to Mr. Feder.

## II. DISCOVERY UPDATE

Since the last Case Management Conference, Plaintiffs have taken the depositions of six persons designated by Polo as qualified under Rule 30(b)(6). These depositions were taken at Polo's counsels' offices in New York City during the weeks of December 3, 2007, and January 14, 2008. Defendants took the deposition of Plaintiff Justin Kiser on December 4, 2007, also in New York City.

### A. PLAINTIFFS' ADDITIONAL DISCOVERY PROPOSALS

Defendants' Rule 30(b)(6) designees identified several other individuals who appear principally qualified to address Polo's operations in California. These 30(b)(6) witnesses identified or produced exemplars of documents that memorialize wage and hour processes and procedures relating to matters at issue in this case. Within the next two weeks, Plaintiffs will ask Defendants to provide them with a proposed schedule for taking several additional depositions of specified Polo employees. Plaintiffs also intend to notice depositions of percipient witnesses, including at least one witness who resides out-of-state. Plaintiffs will also serve additional interrogatories, requests for production and requests for admissions designed to gather additional information relevant to class certification issues.

Plaintiffs are currently waiting for a proposed schedule from Defendants for taking depositions of Polo's regional manager and the former general manager of its San Francisco store where three of the named plaintiffs worked. Plaintiffs have indicated they will produce Plaintiffs Janis Keefe, Renee Davis and Ann Otsuka for deposition at a mutually convenient time and place, and have asked Defendants to provide them with a proposed schedule.

### B. DEFENDANTS' ADDITIONAL DISCOVERY PROPOSALS

Since the last Case Management Conference, Defendants deposed Plaintiff Justin Kiser and twice had scheduled the deposition of Janis Keefe who rescheduled both times due to her pregnancy and the birth of her child in November 2007. Defendants are presently in the process of re-scheduling the Janis Keefe deposition as well as setting a date for the deposition of newly added

Plaintiff Renee Davis and Plaintiff Ann Otsuka. Defendants anticipate potentially noticing depositions of other percipient witnesses, as warranted by unfolding discovery.

Both Defendants and Plaintiffs anticipate that all percipient witness depositions will conclude by April 2008. Defendants also intend on propounding further written discovery, including Requests for Production of Documents, Interrogatories and Requests for Admissions over the next ninety days.

Given the complexity of the litigation and anticipated discovery, Defendants continue to expect that discovery will be completed in or about July 2008. Defendants continue to anticipate an exchange of expert disclosures and reports by August 2008, with rebuttal and the completion of expert discovery (including depositions) to occur in our about October 2008.

### III.  AMENDMENT OF THE PLEADINGS

Plaintiffs anticipate they will seek a stipulation for the filing of a Third Amended Complaint within the next 60 days that will withdraw and/or modify portions of their claims to conform the pleading to evidence collected through formal discovery and privileged investigation. (For example, unless Plaintiffs obtain contrary evidence through the testimony of additional Polo witnesses, Plaintiffs will withdraw their claim under the Private Attorneys General Act that Polo systematically failed to provide health care insurance payments as promised.)

### IV.  CLASS CERTIFICATION

The Court set a hearing on class certification for May 9, 2008, requiring Plaintiffs to file their opening briefs no later than April 4, 2008. Plaintiffs are making substantial progress toward the collection of sufficient evidence to support class certification and do not now anticipate a need to extend these dates. Plaintiffs request, however, that the Court set a Case Management Conference for late March 2008 so the parties can report process and readiness for class certification. Defendants have no objection to the Court's original schedule for hearing the class certification motion.

### V.  NARROWING OF ISSUES

#### A.  Plaintiffs' Position

Plaintiffs anticipate they will be in a good position to narrow some issues within the next 60 days by modifying and/or withdrawing some class-wide claims based on the results of discovery and investigations they have performed to date and which they will perform over the next two months.

Plaintiffs will make decisions regarding the narrowing of issues after they complete the necessary additional discovery currently proposed.

### B. Defendants' Position

Defendants continue to anticipate bringing a Motion for Summary Judgment, or, in the alternative, Motion for Summary Adjudication as to some or all of Plaintiffs' claims, to be filed on or about the same time as the motion for class certification.

## VI. ALTERNATIVE DISPUTE RESOLUTION

The parties will pursue mediation before JAMS or a comparable service, pursuant to the September 18, 2007 Stipulation and Order Selecting ADR Process to occur within sixty days following the Court's ruling on Plaintiffs' Motion for Class Certification. Defendants seek to maintain the parties' original stipulation and the Court's order setting mediation for sixty days after class certification ruling, while Plaintiffs now seek a shorter thirty-day window for mediation in an effort to avoid expenses between class certification and mediation.

## VII. PROPOSED PRETRIAL SCHEDULE

### A. Plaintiffs' Proposed Schedule[1]

| | |
|---|---|
| Exchange expert disclosures/reports | October 2008 |
| Completion of all fact discovery and last day to file any fact discovery motions | October 2008 |
| Deadline for completion of ADR process | Thirty days after class certification motion ruling. |
| Filing of Plaintiffs' motion for class certification | April 2008 |
| Exchange rebuttal expert disclosures/reports | November 2008 |
| Completion of all expert discovery and last day to file any expert discovery motions | November 2008 |
| Deadline for filing summary judgment motions | September 31, 2008 |

---

[1] Plaintiffs have modified these dates, generally by one month, to conserve resources between class certification and mediation. This proposed schedule keeps the proposed trial date in November 2008.

| Final Pretrial Conference | October 2008 |
|---|---|
| Trial | November 2008 |

## B. DEFENDANTS' PROPOSED SCHEDULE

Defendants maintain their pretrial schedule as originally proposed.

| Deadline to file motion to add parties or amend pleadings | October 31, 2007 |
|---|---|
| Completion of all fact discovery | July 31, 2008 |
| Deadline to file any fact discovery motions | July 31, 2008 |
| Exchange expert disclosures/reports | August 31, 2008 |
| Exchange rebuttal expert disclosures/reports | September 31, 2008 |
| Completion of all expert discovery | October 31, 2008 |
| Deadline to file any expert discovery motions | October 31, 2008 |
| Deadline for completion of ADR process | Sixty days after class certification motion ruling |
| Deadline for filing summary judgment motions | August 31, 2008 |
| Final Pretrial Conference | September 2008 |
| Trial | November 2008 |

| | |
|---|---|
| Dated:  January 23, 2008 | GREENBERG TRAURIG, LLP |
| | By: _____/S/_____ |
| | WILLIAM J. GOINES |
| | JEREMY A. MEIER |
| | ALISHA M. LOUIE |
| | BRIAN S. COUSIN |
| | NEIL A. CAPOBIANCO |
| | **Attorneys for Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.** |
| Dated:  January 23, 2008 | THE LAW OFFICE OF PATRICK R. KITCHIN |
| | By: _____/S/_____ |
| | PATRICK R. KITCHIN |
| | **Attorneys of Janis Keefe, Justin Kiser, Corinne Phipps and Renee Davis** |
| Dated:  January 23, 2008 | THE LAW OFFICES OF DANIEL FEDER |
| | By: _____/S/_____ |
| | DANIEL FEDER |
| | **Attorneys for Plaintiff Ann Otsuka** |

**ADDITIONAL COUNSEL:**

**Attorneys for Plaintiff
Ann Otsuka**

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:       meierj@gtlaw.com

1 | Brian S. Cousin (Pro Hac Vice)
2 | Neil A. Capobianco (Pro Hac Vice)
  | GREENBERG TRAURIG, LLP
3 | MetLife Building, 200 Park Avenue
  | New York, NY 10166
4 | Telephone: (212) 801-9200
  | Facsimile: (212) 801-6400
5 | Email:     cousin@gtlaw.com
  |           capobiancon@gtlaw.com

6 | **Attorneys for Attorneys for Defendants**
  | **Polo Ralph Lauren Corporation; Polo Retail, LLC;**
7 | **Polo Ralph Lauren Corporation, doing business in**
  | **California as Polo Retail Corporation; and**
8 | **Fashions Outlet of America, Inc.**