UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/25/08

Case No.   C-07-2780SI            Judge:   SUSAN ILLSTON

Title: Ann Otsuka -v- Polo Ralph Lauren

Attorneys: Kitchin, Kim, Hudgins            Goines

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

## PROCEEDINGS

1) Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  **3/21/08 @ 2:30 P.M.**  for Further Case Management Conference

Case continued to **5/9/08 @ 9:00 A.M.**  For motion to certify class
(file 4/4/08, oppo 4/18/08, reply 4/25/08)

Case continued to

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall complete mediation within 45 days after the motion to certify.