Patrick R. Kitchin (SBN 162965)
THE LAW OFFICE OF PATRICK R. KITCHIN
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone:    (415) 677-9058
Facsimile:    (415) 627-9076

**Attorneys for Plaintiffs**
**Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis**

William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          louiea@gtlaw.com

**Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.**

**[SEE SIGNATURE PAGE FOR**
 **ADDITIONAL COUNSEL FOR PARTIES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual and on behalf of all others similarly situated; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; JUSTIN KISER, an individual; and RENEE DAVIS,<br><br>    Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>    Defendants. | Case No.  C07-02780 SI<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   March 21, 2008<br>Time:   2:30 p.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rules 16-8 and 16-9, Plaintiffs Ann Otsuka, Janis Keefe, Corinne Phipps, Justin Kiser and Renee Davis and Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation, and Fashions Outlet of America, Inc., respectfully submit their Supplemental Joint Case Management Conference Statement. The parties refer to the Court to their September 19, 2007 and January 25, 2008 Joint Case Management Conference Statements.

In this Joint Statement, the parties report progress or changes since the last statement was filed and submit proposals for the remainder of the case development process. (See, Local Rule 16-10(d).)

## I.   PROCEDURAL UPDATE

On March 18, 2008, the parties filed a joint stipulation and proposed order seeking the Court's permission to file Plaintiffs' Third Amended Complaint. The proposed Third Amended Complaint dismisses Plaintiff Justin Kiser as a named class representative, revises the scope of the class, and narrows the scope of matters at issue in the case. These amendments were made without consideration, and are designed to conform the pleadings to proof gathered through investigation and discovery.

In light of the dismissal of Justin Kiser as a class representative, Plaintiffs requested that Defendants voluntarily dismiss their unrelated counter-claim against Mr. Kiser, without prejudice. Defendants declined to do so. In response, Plaintiffs requested that Defendants stipulate to the remand of the counter-claim to San Francisco Superior Court. Polo will not stipulate to this request, as its counter-claim remains within the supplemental jurisdiction of this Court and arises out of transactions or occurrences that are the subject matter of Plaintiffs' claims. Fed Rule Civ Pro. 13(a).

Plaintiffs request that the Court exercise its authority under Federal Rule of Civil Procedure 1441(a), sua sponte, to remand Defendants' cross-claims to the California Superior Court. Polo objects and requests that any such formal request for remand be made in the form of a noticed written motion, with an opportunity for Polo to fully respond in writing.

If the Court deems a noticed motion is appropriate, Plaintiffs request a hearing be set at the Court's earliest availability.

## II.   DISCOVERY UPDATE

Since the last Case Management Conference, Plaintiffs have taken the depositions of two of Defendants' regional managers. Plaintiffs are scheduled to take the deposition of the former general manager of the San Francisco Polo store on March 21, 2008 in Los Angeles.

Defendants took the deposition of Plaintiff Janis Keefe on March 17, 2008, and are scheduled to take the deposition of Plaintiff Renee Davis on March 19, 2008. Polo has repeatedly requested available deposition dates from counsel for Otsuka without adequate response, and is therefore presently noticing Otsuka's deposition for a date in early to mid April 2008.

These depositions, several of which have been under discussion for several months, were delayed due to scheduling difficulties.

### A.   **Plaintiffs' Additional Discovery Proposals.**

Plaintiffs intend to take the deposition of a former manager of the San Francisco Polo store in Chicago during April, and will coordinate dates for that deposition with Defendants' counsel. Plaintiffs will serve one additional set of written discovery, including interrogatories, requests for production, and requests for admissions within the next two weeks.

### B.   **Defendants' Additional Discovery Proposals.**

Polo intends on serving further written discovery regarding the additionally named plaintiff, Renee Davis, in the next three weeks. Polo never received responses to its state court interrogatories served on Otsuka (served prior to removal), and will serve additional interrogatories on Otsuka and the other named plaintiffs in the next three weeks. Polo may also notice the deposition of one or two other witnesses, depending upon the outcome of further oral and written discovery.

## III.   CLASS CERTIFICATION

The Court previously set a hearing on class certification for May 9, 2008, requiring Plaintiffs to file their opening briefs no later than April 4, 2008, with opposition due April 18,

2008 and reply April 25, 2008. Because of discovery scheduling delays, the parties request the class certification hearing date be continued for approximately sixty (60) days, to early July 2008 (with corresponding briefing dates to be continued within the same time frames as presently set).

Mediation shall remain scheduled to occur within forty five days of the Court's ruling on the motion to certify.

## IV. PROPOSED PRETRIAL SCHEDULE

### A. Plaintiffs' Proposed Schedule.

| | |
|---|---|
| Exchange expert disclosures/reports | October 2008 |
| Completion of all fact discovery and last day to file any fact discovery motions | October 2008 |
| Deadline for completion of ADR process | Forty-five days after class certification motion ruling. |
| Filing of Plaintiffs' motion for class certification | June __, 2008 |
| Exchange rebuttal expert disclosures/reports | November 2008 |
| Completion of all expert discovery and last day to file any expert discovery motions | November 2008 |
| Deadline for filing summary judgment motions | September 31, 2008 |
| Final Pretrial Conference | October 2008 |
| Trial | November 2008 |

### B. Defendants' Proposed Schedule.

| | |
|---|---|
| Completion of all fact discovery | July 31, 2008 |
| Deadline to file any fact discovery motions | July 31, 2008 |
| Exchange expert disclosures/reports | August 31, 2008 |
| Exchange rebuttal expert disclosures/reports | September 31, 2008 |
| Completion of expert discovery | October 31, 2008 |

| | |
|---|---|
| Deadline to file any expert discovery motions | October 31, 2008 |
| Deadline for completion of ADR process | Forty five days after class certification ruling |
| Hearing on Plaintiffs' motion for class certification | July 11, 2008 |
| Deadline for filing summary judgment motions | August 31, 2008 |
| Final Pretrial Conference | September 2008 |
| Trial | November 2008 |

DATED: March 19, 2008          THE LAW OFFICE OF PATRICK R. KITCHIN


By: /s/ *Patrick R. Kitchin*
     PATRICK R. KITCHIN

**Attorneys of Janis Keefe, Justin Kiser, Corinne Phipps and Renee Davis**


DATED: March 19, 2008          GREENBERG TRAURIG, LLP


By: /s/ *William J. Goines*
     WILLIAM J. GOINES
     JEREMY A. MEIER
     ALISHA M. LOUIE

**Attorneys for Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.**


DATED: March 19, 2008          THE LAW OFFICES OF DANIEL FEDER


By: /s/ *Daniel Feder*
     DANIEL FEDER

**Attorneys for Plaintiff**

*SV 346,272,309v1 3/19/2008*

1 **Ann Otsuka**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADDITIONAL COUNSEL**:

Daniel Feder (SBN 130867)
THE LAW OFFICES OF DANIEL FEDER
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476

**Attorneys for Plaintiff**
**Ann Otsuka**


Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email:   meierj@gtlaw.com

**Attorneys for Defendants**
**Polo Ralph Lauren Corporation; Polo Retail, LLC;**
**Polo Ralph Lauren Corporation, doing business in**
**California as Polo Retail Corporation; and**
**Fashions Outlet of America, Inc.**

SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT

SV 346,272,309v1 3/19/2008

<u>ATTESTATION CLAUSE</u>

I, William J. Goines, am the ECF User whose ID and password are being used to file this Supplemental Joint Case Management Conference Statement and Fed.R.Civ.P.26(f) Report. In compliance with General Order 45, X.B., I hereby attest that Patrick R. Kitchin and Daniel Feder have concurred in this filing.

Date: March 19, 2008              GREENBERG TRAURIG LLP


                                  By: <u>/s/ William J. Goines</u>
                                      William J. Goines