Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)
Attorneys for Plaintiffs Janis Keefe, Corinne Phipps,
Justin Kiser and Renee Davis

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, RENEE DAVIS, an individual; individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br><br><br><br>**JUDGE: Hon. Susan Illston**<br>**LOCATION: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

Based on the stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED, that Plaintiffs are granted leave of Court to file their Third Amended Complaint, attached hereto as Exhibit A. Plaintiff Justin Kiser is hereby relieved of his duties as a proposed representative plaintiff and dismissed from this action as a named plaintiff. Justin Kiser's individual claims

asserted in this action are preserved, and he is deemed to be an unnamed member of the putative class.

Dated: _____

_____
HON. SUSAN ILLSTON

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, and with the Court's permission, that Plaintiffs may file a Third Amended Complaint, a copy of which is attached hereto as Exhibit A.

Dated: March ___, 2008         The Law Office of Patrick R. Kitchin

By:_____
    Patrick R. Kitchin, Esq.

    Attorney for Plaintiffs Corinne Phipps, Janis Keefe, Justin Kiser and Renee Davis

Dated: March ___, 2008         The Law Offices of Daniel Feder

By:_____
    Daniel Feder, Esq.

    Attorney for Plaintiff Ann Otsuka

Dated: March __, 2008          Greenberg Traurig, LLP

By:_____
    William J. Goines, Esq.

    Attorney for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, and with the Court's permission, that Plaintiffs may file a Third Amended Complaint, a copy of which is attached hereto as Exhibit A.

Dated: March 17, 2008                The Law Office of Patrick R. Kitchin

By: [signature]

Patrick R. Kitchin, Esq.

Attorney for Plaintiffs Corinne Phipps, Janis Keefe, Justin Kiser and Renee Davis

Dated: March 17, 2008                The Law Offices of Daniel Feder

By: /S/

Daniel Feder, Esq.

Attorney for Plaintiff Ann Otsuka

Dated: March ___, 2008               Greenberg Traurig, LLP

By: _____

William J. Goines, Esq.

Attorney for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc