UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/21/08

Case No.   C-07-2780SI            Judge:   SUSAN ILLSTON

Title: Ann Otsuka -v- Polo Ralph Lauren

Attorneys: Kitchin,         Meier

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1) Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to _ for Further Case Management Conference

Case continued to **7/11/08 @ 9:00 A.M.** For motion to certify class
(file 6/6/08, oppo 6/20/08, reply 6/27/08)

Case continued to **5/2/08 @ 9:00 a.m.** For Defendant's Motion to Dismiss/Remand
(file 3/28/08, opposition 4/11/08, reply 4/18/08)

Case continued to __ for Pretrial Conference

Case continued to _ for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall conduct discovery prior to the motion to certify the class.