**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 13, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-02780 SI    ANN OTSUKA-v-POLO RALPH LAUREN CORPORATION
     Your Case Number: (CGC-06-452655)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (X)    Certified copies of docket entries

      (X)    Certified copies of Remand Order

      ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      /s/

      by:  Yumiko Saito
      Case Systems Administrator

Enclosures
Copies to counsel of record