ENDORSED
F I L E D
San Francisco County Superior Court

MAY 1 6 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

F I L E D

MAY 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 13, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: <u>CV 07-02780 SI   ANN OTSUKA-v-POLO RALPH LAUREN CORPORATION</u>
     Your Case Number: <u>(CGC-06-452655)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg