# EXHIBIT B

## Louie, Alisha M. (Assoc-SV-LT)

| | |
|---|---|
| **From:** | arthur kim [akimhaiti@gmail.com] |
| **Sent:** | Wednesday, May 14, 2008 1:32 PM |
| **To:** | Louie, Alisha M. (Assoc-SV-LT) |
| **Cc:** | danfeder@pacbell.net; Goines, William (Shld-SV-LT); Meier, Jeremy (Assoc-Sac-LT); prk@investigationlogic.com; mmg@hudginslaw.com |

**Subject:** Re: FW: Otsuka v. Polo - deposition scheduling

Alisha:

We will not be appearing at Ann Otsuka's deposition tomorrow.  We have not been able to reach Ms. Otsuka yet, although we are still trying.

Best regards,

Arthur Kim
Law Offices of Daniel Feder

On Wed, Apr 30, 2008 at 11:39 AM, <LouieA@gtlaw.com> wrote:

Arthur and Dan:

This is a friendly reminder of our request for proposed dates for Ms. Otuska's deposition. As we informed you yesterday, we require dates of availability by the close of business today. Otherwise, we will notice Ms. Otuska's deposition without your input as to date.

Alisha

---

**From:** Louie, Alisha M. (Assoc-SV-LT)
**Sent:** Tuesday, April 29, 2008 3:00 PM
**To:** arthur kim; 'danfeder@pacbell.net'
**Cc:** Goines, William (Shld-SV-LT); Patrick R. Kitchin; Meier, Jeremy (Assoc-Sac-LT)
**Subject:** RE: Otsuka v. Polo - deposition scheduling

Arthur:

We have been patiently awaiting a new date for Ms. Otsuka's deposition in light of our agreement to continue her deposition. We require a proposed date for Ms. Otsuka's deposition by the close of business tomorrow, April 30, 2008. Should you fail to provide us with a date, we will notice Ms. Otsuka's deposition for a convenient date that complies with the procedural requirements of the Federal Rules.

We hope you will cooperate with this request and we look forward to your response.

Alisha

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Monday, April 28, 2008 6:52 PM
**To:** Louie, Alisha M. (Assoc-SV-LT)
**Cc:** danfeder@pacbell.net; Goines, William (Shld-SV-LT); prk@investigationlogic.com
**Subject:** Re: Otsuka v. Polo - deposition scheduling

Alisha:

I can't give you any dates right now because I am still waiting to hear back from our client.

Arthur

On Mon, Apr 28, 2008 at 5:46 PM, <LouieA@gtlaw.com> wrote:
Arthur and Dan:

We request your response to this e-mail so that we may coordinate the re-scheduling of Ann Otsuka's deposition. Please contact me with proposed dates for Ms. Otsuka's deposition.

Thank you.

**Alisha M. Louie**
Greenberg Traurig, LLP | Silicon Valley Office
1900 University Avenue, 5th Floor | East Palo Alto, CA 94303
tel 650.289.7876 | fax 650.462.7876 | louiea@gtlaw.com

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

## Louie, Alisha M. (Assoc-SV-LT)

| | |
|---|---|
| **From:** | Louie, Alisha M. (Assoc-SV-LT) |
| **Sent:** | Wednesday, April 30, 2008 11:40 AM |
| **To:** | arthur kim; 'danfeder@pacbell.net' |
| **Cc:** | Goines, William (Shld-SV-LT); Meier, Jeremy (Assoc-Sac-LT); Patrick R. Kitchin |
| **Subject:** | FW: Otsuka v. Polo - deposition scheduling |

Arthur and Dan:

This is a friendly reminder of our request for proposed dates for Ms. Otuska's deposition. As we informed you yesterday, we require dates of availability by the close of business today. Otherwise, we will notice Ms. Otsuka's deposition without your input as to date.

Alisha

---

**From:** Louie, Alisha M. (Assoc-SV-LT)
**Sent:** Tuesday, April 29, 2008 3:00 PM
**To:** arthur kim; 'danfeder@pacbell.net'
**Cc:** Goines, William (Shld-SV-LT); Patrick R. Kitchin; Meier, Jeremy (Assoc-Sac-LT)
**Subject:** RE: Otsuka v. Polo - deposition scheduling

Arthur:

We have been patiently awaiting a new date for Ms. Otsuka's deposition in light of our agreement to continue her deposition. We require a proposed date for Ms. Otsuka's deposition by the close of business tomorrow, April 30, 2008. Should you fail to provide us with a date, we will notice Ms. Otsuka's deposition for a convenient date that complies with the procedural requirements of the Federal Rules.

We hope you will cooperate with this request and we look forward to your response.

Alisha

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Monday, April 28, 2008 6:52 PM
**To:** Louie, Alisha M. (Assoc-SV-LT)
**Cc:** danfeder@pacbell.net; Goines, William (Shld-SV-LT); prk@investigationlogic.com
**Subject:** Re: Otsuka v. Polo - deposition scheduling

Alisha:

I can't give you any dates right now because I am still waiting to hear back from our client.

Arthur

On Mon, Apr 28, 2008 at 5:46 PM, <LouieA@gtlaw.com> wrote:
> Arthur and Dan:
>
> We request your response to this e-mail so that we may coordinate the re-scheduling of Ann Otsuka's
> deposition. Please contact me with proposed dates for Ms. Otsuka's deposition.
>

Thank you.

**Alisha M. Louie**
Greenberg Traurig, LLP | Silicon Valley Office
1900 University Avenue, 5th Floor | East Palo Alto, CA 94303
tel 650.289.7876 | fax 650.462.7876 | louiea@gtlaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

## Louie, Alisha M. (Assoc-SV-LT)

| | |
|---|---|
| **From:** | Louie, Alisha M. (Assoc-SV-LT) |
| **Sent:** | Tuesday, April 29, 2008 3:00 PM |
| **To:** | arthur kim; 'danfeder@pacbell.net' |
| **Cc:** | Goines, William (Shld-SV-LT); Patrick R. Kitchin; Meier, Jeremy (Assoc-Sac-LT) |
| **Subject:** | RE: Otsuka v. Polo - deposition scheduling |

Arthur:

We have been patiently awaiting a new date for Ms. Otsuka's deposition in light of our agreement to continue her deposition. We require a proposed date for Ms. Otsuka's deposition by the close of business tomorrow, April 30, 2008. Should you fail to provide us with a date, we will notice Ms. Otsuka's deposition for a convenient date that complies with the procedural requirements of the Federal Rules.

We hope you will cooperate with this request and we look forward to your response.

Alisha

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Monday, April 28, 2008 6:52 PM
**To:** Louie, Alisha M. (Assoc-SV-LT)
**Cc:** danfeder@pacbell.net; Goines, William (Shld-SV-LT); prk@investigationlogic.com
**Subject:** Re: Otsuka v. Polo - deposition scheduling

Alisha:

I can't give you any dates right now because I am still waiting to hear back from our client.

Arthur

On Mon, Apr 28, 2008 at 5:46 PM, <LouieA@gtlaw.com> wrote:
> Arthur and Dan:
>
> We request your response to this e-mail so that we may coordinate the re-scheduling of Ann Otsuka's
> deposition. Please contact me with proposed dates for Ms. Otsuka's deposition.
>
> Thank you.
>
> **Alisha M. Louie**
> Greenberg Traurig, LLP | Silicon Valley Office
> 1900 University Avenue, 5th Floor | East Palo Alto, CA 94303
> tel 650.289.7876 | fax 650.462.7876 | louiea@gtlaw.com
>
> ---
>
> Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform
> you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise
> specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties
> under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed
> herein.
>
> The information contained in this transmission may contain privileged and confidential information. It is intended only

for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

## Louie, Alisha M. (Assoc-SV-LT)

| | |
|---|---|
| **From:** | arthur kim [akimhaiti@gmail.com] |
| **Sent:** | Monday, April 28, 2008 6:52 PM |
| **To:** | Louie, Alisha M. (Assoc-SV-LT) |
| **Cc:** | danfeder@pacbell.net; Goines, William (Shld-SV-LT); prk@investigationlogic.com |
| **Subject:** | Re: Otsuka v. Polo - deposition scheduling |

Alisha:

I can't give you any dates right now because I am still waiting to hear back from our client.

Arthur

On Mon, Apr 28, 2008 at 5:46 PM, <LouieA@gtlaw.com> wrote:
Arthur and Dan:

We request your response to this e-mail so that we may coordinate the re-scheduling of Ann Otsuka's deposition. Please contact me with proposed dates for Ms. Otsuka's deposition.

Thank you.

**Alisha M. Louie**
Greenberg Traurig, LLP | Silicon Valley Office
1900 University Avenue, 5th Floor | East Palo Alto, CA 94303
tel 650.289.7876 | fax 650.462.7876 | louiea@gtlaw.com

    Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

    The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

## Louie, Alisha M. (Assoc-SV-LT)

---

**From:**   Louie, Alisha M. (Assoc-SV-LT)
**Sent:**   Monday, April 28, 2008 5:47 PM
**To:**   akimhaiti@gmail.com; 'danfeder@pacbell.net'
**Cc:**   Goines, William (Shld-SV-LT); 'Patrick R. Kitchin'
**Subject:** Otsuka v. Polo – deposition scheduling

Arthur and Dan:

We request your response to this e-mail so that we may coordinate the re-scheduling of Ann Otsuka's deposition.
Please contact me with proposed dates for Ms. Otsuka's deposition.

Thank you.

**Alisha M. Louie**
Greenberg Traurig, LLP | Silicon Valley Office
1900 University Avenue, 5th Floor | East Palo Alto, CA 94303
tel 650.289.7876 | fax 650.462.7876 | louiea@gtlaw.com

## Goines, William (Shld-SV-LT)

**From:**   Goines, William (Shld-SV-LT)
**Sent:**    Sunday, April 27, 2008 9:44 AM
**To:**      'arthur kim',
**Subject:** RE: Ann Otsuka's Deposition

Arthur let's talk on Monday as I need to get a date. Thanks.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Thursday, April 24, 2008 11:43 AM
**To:** Goines, William (Shld-SV-LT)
**Cc:** Dan Feder
**Subject:** Re: Ann Otsuka's Deposition

Yes. It will depend on her schedule, but I will be defending her deposition and my schedule is free.

Arthur

On Thu, Apr 24, 2008 at 11:16 AM, <goinesw@gtlaw.com> wrote:
Thanks Arthur. Are we at least planning on doing her depo the following week?

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Thursday, April 24, 2008 11:10 AM

**To:** Goines, William (Shld-SV-LT)

5/14/2008

**Cc:** Dan Feder

**Subject:** Re: Ann Otsuka's Deposition

Mr. Goines:

I'm sorry, but I haven't heard back from our client yet.  I will get back to you as soon as we do.

Arthur

On Thu, Apr 24, 2008 at 9:29 AM, <goinesw@gtlaw.com> wrote:
Arthur any update? I would like to get a new date pinned down given our upcoming briefing schedule.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Tuesday, April 22, 2008 10:42 AM

**To:** Goines, William (Shld-SV-LT)
**Subject:** Re: Ann Otsuka's Deposition

I will get back to you as soon as I hear back from our client.

On Tue, Apr 22, 2008 at 8:12 AM, <goinesw@gtlaw.com> wrote:
Arthur thanks. That would be great as I can take care of something I need to do on the 30th. I am available any day the following week except Monday. Please confirm what day works for you and Ms. Otsuka. I will be with Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and would like to firm up a date then. Thanks again.

William J.Goines
Sent from my wireless handheld.

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential

information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

-----------------------------------------------------------------------------

From:  arthur kim [mailto:akimhaiti@gmail.com]
Sent:  Monday, April 21, 2008 05:38 PM Pacific Standard Time
To:    Goines, William (Shld-SV-LT)
Cc:    prk@investigationlogic.com; Dan Feder
Subject:    Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week after.  We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

-----Original Message-----

## Goines, William (Shld-SV-LT)

**From:**    Goines, William (Shld-SV-LT)
**Sent:**    Thursday, April 24, 2008 11:45 AM
**To:**      'arthur kim'
**Subject:** RE: Ann Otsuka's Deposition

Thanks Arthur. Please let me know what date works.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com


**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Thursday, April 24, 2008 11:43 AM
**To:** Goines, William (Shld-SV-LT)
**Cc:** Dan Feder
**Subject:** Re: Ann Otsuka's Deposition

Yes. It will depend on her schedule, but I will be defending her deposition and my schedule is free.

Arthur

On Thu, Apr 24, 2008 at 11:16 AM, <goinesw@gtlaw.com> wrote:
> Thanks Arthur. Are we at least planning on doing her depo the following week?
>
> **William J. Goines**
> Greenberg Traurig, LLP
> Silicon Valley Office
> 1900 University Avenue, 5th Floor
> East Palo Alto, CA 94303
> Direct: 650-289-7860
> Phone: 650-328-8500 x:7860
> Direct Fax: 650-462-7860
> goinesw@gtlaw.com
> www.gtlaw.com
>
>
> **From:** arthur kim [mailto:akimhaiti@gmail.com]
> **Sent:** Thursday, April 24, 2008 11:10 AM
>
> **To:** Goines, William (Shld-SV-LT)

5/14/2008

**Cc:** Dan Feder

**Subject:** Re: Ann Otsuka's Deposition

Mr. Goines:

I'm sorry, but I haven't heard back from our client yet.  I will get back to you as soon as we do.

Arthur

On Thu, Apr 24, 2008 at 9:29 AM, <goinesw@gtlaw.com> wrote:
Arthur any update? I would like to get a new date pinned down given our upcoming briefing schedule.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Tuesday, April 22, 2008 10:42 AM

**To:** Goines, William (Shld-SV-LT)
**Subject:** Re: Ann Otsuka's Deposition

I will get back to you as soon as I hear back from our client.

On Tue, Apr 22, 2008 at 8:12 AM, <goinesw@gtlaw.com> wrote:
Arthur thanks. That would be great as I can take care of something I need to do on the 30th. I am available any day the following week except Monday. Please confirm what day works for you and Ms. Otsuka. I will be with Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and would like to firm up a date then. Thanks again.

WilliamJ.Goines
Sent from my wireless handheld.

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential

5/14/2008

information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

-------------------------------------------------------------------------

From:  arthur kim [mailto:akimhaiti@gmail.com]
Sent:  Monday, April 21, 2008 05:38 PM Pacific Standard Time
To:    Goines, William (Shld-SV-LT)
Cc:    prk@investigationlogic.com; Dan Feder
Subject:    Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week after. We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

-----Original Message-----

## Louie, Alisha M. (Assoc-SV-LT)

**From:** Goines, William (Shld-SV-LT)
**Sent:** Monday, April 28, 2008 5:22 PM
**To:** Louie, Alisha M. (Assoc-SV-LT)
**Subject:** FW: Ann Otsuka's Deposition

Here is Arthur's email. Please make sure Patrick knows we are rescheduling it for next week.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Thursday, April 24, 2008 11:43 AM
**To:** Goines, William (Shld-SV-LT)
**Cc:** Dan Feder
**Subject:** Re: Ann Otsuka's Deposition

Yes. It will depend on her schedule, but I will be defending her deposition and my schedule is free.

Arthur

On Thu, Apr 24, 2008 at 11:16 AM, <goinesw@gtlaw.com> wrote:

Thanks Arthur. Are we at least planning on doing her depo the following week?

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Thursday, April 24, 2008 11:10 AM

**To:** Goines, William (Shld-SV-LT)

5/14/2008

**Cc:** Dan Feder

**Subject:** Re: Ann Otsuka's Deposition

Mr. Goines;

I'm sorry, but I haven't heard back from our client yet. I will get back to you as soon as we do.

Arthur

On Thu, Apr 24, 2008 at 9:29 AM, <goinesw@gtlaw.com> wrote:

Arthur any update? I would like to get a new date pinned down given our upcoming briefing schedule.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Tuesday, April 22, 2008 10:42 AM

**To:** Goines, William (Shld-SV-LT)
**Subject:** Re: Ann Otsuka's Deposition

I will get back to you as soon as I hear back from our client.

On Tue, Apr 22, 2008 at 8:12 AM, <goinesw@gtlaw.com> wrote:
Arthur thanks. That would be great as I can take care of something I need to do on the 30th. I am available any day the following week except Monday. Please confirm what day works for you and Ms. Otsuka. I will be with Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and would like to firm up a date then. Thanks again.

WilliamJ.Goines
Sent from my wireless handheld.

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential

information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

-----------------------------------------------------------------------

From:   arthur kim [mailto:akimhaiti@gmail.com]
Sent:   Monday, April 21, 2008 05:38 PM Pacific Standard Time
To:     Goines, William (Shld-SV-LT)
Cc:     prk@investigationlogic.com; Dan Feder
Subject:     Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week after.  We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

-----Original Message-----

## Goines, William (Shld-SV-LT)

| | |
|---|---|
| **From:** | Goines, William (Shld-SV-LT) |
| **Sent:** | Thursday, April 24, 2008 9:29 AM |
| **To:** | 'arthur kim' |
| **Subject:** | RE: Ann Otsuka's Deposition |

Arthur any update? I would like to get a new date pinned down given our upcoming briefing schedule.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Tuesday, April 22, 2008 10:42 AM
**To:** Goines, William (Shld-SV-LT)
**Subject:** Re: Ann Otsuka's Deposition

I will get back to you as soon as I hear back from our client.

On Tue, Apr 22, 2008 at 8:12 AM, <goinesw@gtlaw.com> wrote:
> Arthur thanks. That would be great as I can take care of something I need to do on the 30th. I am
> available any day the following week except Monday. Please confirm what day works for you and
> Ms. Otsuka. I will be with Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and
> would like to firm up a date then. Thanks again.
>
> WilliamJ.Goines
> Sent from my wireless handheld.
>
>
> --------------------------------------------------------------------------
> Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular
> 230, we inform you that any U.S. federal tax advice contained in this communication (including any
> attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot
> be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
> marketing or recommending to another party any matters addressed herein.
>
> The information contained in this transmission may contain privileged and confidential information.
> It is intended only for the use of the person(s) named above. If you are not the intended recipient, you
> are hereby notified that any review, dissemination, distribution or duplication of this communication
> is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email
> and destroy all copies of the original message. To reply to our email administrator directly, please

send an email to mailto:postmaster@gtlaw.com.

------------------------------------------------------------------------------

From:   arthur kim [mailto:akimhaiti@gmail.com]
Sent:   Monday, April 21, 2008 05:38 PM Pacific Standard Time
To:     Goines, William (Shld-SV-LT)
Cc:     prk@investigationlogic.com; Dan Feder
Subject:      Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week
after.  We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

-----Original Message-----

**Goines, William (Shld-SV-LT)**

| | |
|---|---|
| From: | Goines, William (Shld-SV-LT) |
| Sent: | Tuesday, April 22, 2008 1:16 PM |
| To: | 'arthur kim' |
| Subject: | RE: Re: Ann Otsuka's Deposition |

Thanks Arthur. I appreciate it. Can you try to let me know today?

WilliamJ.Goines
Sent from my wireless handheld.

-----Original Message-----
From:         arthur kim [mailto:akimhaiti@gmail.com]
Sent: Tuesday, April 22, 2008 10:42 AM Pacific Standard Time
To:   Goines, William (Shld-SV-LT)
Subject:     Re: Ann Otsuka's Deposition

I will get back to you as soon as I hear back from our client.

On Tue, Apr 22, 2008 at 8:12 AM, <goinesw@gtlaw.com> wrote:

> Arthur thanks. That would be great as I can take care of something I
> need to do on the 30th. I am available any day the following week except Monday.
> Please confirm what day works for you and Ms. Otsuka. I will be with
> Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and
> would like to firm up a date then. Thanks again.
>
> WilliamJ.Goines
> Sent from my wireless handheld.
>
>
> -----------------------------------------------------------------------
>     Tax Advice Disclosure: To ensure compliance with requirements
> imposed by the IRS under Circular 230, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments), unless otherwise specifically stated, was not intended
> or written to be used, and cannot be used, for the purpose of (1)
> avoiding penalties under the Internal Revenue Code or (2) promoting,
> marketing or recommending to another party any matters addressed herein.
>
>     The information contained in this transmission may contain
> privileged and confidential information. It is intended only for the
> use of the
> person(s) named above. If you are not the intended recipient, you are
> hereby notified that any review, dissemination, distribution or
> duplication of this communication is strictly prohibited. If you are
> not the intended recipient, please contact the sender by reply email
> and destroy all copies of the original message. To reply to our email
> administrator directly, please send an email to mailto:postmaster@gtlaw.com.
>
> -----------------------------------------------------------------------
> ----
>
>
> From:   arthur kim [mailto:akimhaiti@gmail.com]
> Sent:   Monday, April 21, 2008 05:38 PM Pacific Standard Time
> To:     Goines, William (Shld-SV-LT)
> Cc:     prk@investigationlogic.com; Dan Feder
> Subject:        Ann Otsuka's Deposition
>
> Mr. Goines:
>
> We are agreeable to rescheduling the deposition of Ms. Otsuka for the

1

```
> week after.  We will get back to you with dates.
>
> Arthur Kim
> Law Offices of Daniel Feder
>
> -----Original Message-----
>
```

## Goines, William (Shld-SV-LT)

| | |
|---|---|
| From: | Goines, William (Shld-SV-LT) |
| Sent: | Tuesday, April 22, 2008 8:12 AM |
| To: | 'arthur kim' |
| Subject: | RE: Ann Otsuka's Deposition |

Arthur thanks. That would be great as I can take care of something I need to do on the 30th. I am available any day the following week except Monday. Please confirm what day works for you and Ms. Otsuka. I will be with Patrick Kitchen tomorrow in Chicago for the Harvey Resnick depo and would like to firm up a date then. Thanks again.

WilliamJ.Goines
Sent from my wireless handheld.

  -----Original Message-----
From:        arthur kim [mailto:akimhaiti@gmail.com]
Sent: Monday, April 21, 2008 05:38 PM Pacific Standard Time
To:   Goines, William (Shld-SV-LT)
Cc:   prk@investigationlogic.com; Dan Feder
Subject:    Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week after.  We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

1

## Goines, William (Shld-SV-LT)

**From:**    Goines, William (Shld-SV-LT)
**Sent:**    Monday, April 21, 2008 5:41 PM
**To:**      'arthur kim'
**Subject:** RE: Ann Otsuka's Deposition

Arthur it may not be necessary. I will confirm tomorrow.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

**From:** arthur kim [mailto:akimhaiti@gmail.com]
**Sent:** Monday, April 21, 2008 5:39 PM
**To:** Goines, William (Shld-SV-LT)
**Cc:** prk@investigationlogic.com; Dan Feder
**Subject:** Ann Otsuka's Deposition

Mr. Goines:

We are agreeable to rescheduling the deposition of Ms. Otsuka for the week after.  We will get back to you with dates.

Arthur Kim
Law Offices of Daniel Feder

## Goines, William (Shld-SV-LT)

**From:**    Goines, William (Shld-SV-LT)
**Sent:**    Monday, April 21, 2008 4:44 PM
**To:**      'Patrick R. Kitchin'
**Subject:** RE: Polo

I will see you in Chicago. I will track down the Notice for Ann, but I think it is set for 9:30.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

---

**From:** Patrick R. Kitchin [mailto:prk@investigationlogic.com]
**Sent:** Monday, April 21, 2008 4:42 PM
**To:** Goines, William (Shld-SV-LT)
**Cc:** mmg@hudginslaw.com
**Subject:** RE: Polo

Bill,

The 30th is fine with me.  What time are you going to begin?

Are you going to attend the Resnick depo at your Chicago office?

Patrick

The Law Office of Patrick R. Kitchin
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Phone:  (415) 677-9058
Fax:     (415) 627-9076
www.kitchinlegal.com

The information in this e-mail and any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege or may otherwise be protected. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not, disclose, copy, distribute or retain this message or any part of it.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** goinesw@gtlaw.com [mailto:goinesw@gtlaw.com]
**Sent:** Monday, April 21, 2008 4:30 PM
**To:** goinesw@gtlaw.com; Patrick R. Kitchin; danfeder@pacbell.net
**Cc:** LouieA@gtlaw.com
**Subject:** RE: Polo

Not having heard from you on the below message we are planning on going forward with Ms. Otsuka's deposition on April 30 in our office.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

**From:** Goines, William (Shld-SV-LT)
**Sent:** Thursday, April 17, 2008 12:20 PM
**To:** 'Patrick R. Kitchin'; danfeder@pacbell.net
**Cc:** Louie, Alisha M. (Assoc-SV-LT)
**Subject:** Polo

Patrick and Dan we have the deposition of Ann Otsuka set for April 30. Is there any way we can do it during the following week. I have just had a matter arise that will require attendance on April 30. Kindly let me know. Thanks for your consideration.

**William J. Goines**
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Direct: 650-289-7860
Phone: 650-328-8500 x:7860
Direct Fax: 650-462-7860
goinesw@gtlaw.com
www.gtlaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If

you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.