Daniel Feder (State Bar No. 130867)
Arthur Kim (State Bar No. 212700)
**THE LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
(415) 391-9476

Attorneys for Plaintiff Ann Otsuka

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**DECLARATION OF COLLEANA DORSAGNO IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF ANN OTSUKA BASED ON FAILURE TO APPEAR FOR DEPOSITION** |

I, Colleana Dorsagno, declare as follows:

1. I am an Administrative Assistant with The Law Offices of Daniel L. Feder. I have personal knowledge of the matters alleged herein, and could and would competently testify to these matters if requested to do so at trial.

2. In or around April 2008, I received correspondence that my office had mailed to Plaintiff ANN OTSUKA ("OTSUKA") at the following address: 230 Bust Street, Mountain View, California 94041. The correspondence was unopened and returned to us. The envelope had a stamp, which indicated a problem with the address.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California this  5   day of June, 2008.

Colleana Dorsagno

-2-
**Otsuka, et al. v. Polo, et al.**
Case No.: C-07-02780-SI
**DECLARATION OF COLLEANA DORSAGNO**