| | |
|---|---|
| 1 | Daniel Feder (State Bar No. 130867)<br>Arthur Kim (State Bar No. 212700) |
| 2 | **THE LAW OFFICES OF DANIEL FEDER**<br>807 Montgomery Street |
| 3 | San Francisco, CA 94133<br>(415) 391-9476 |
| 4 | |
| 5 | Attorneys for Plaintiff Ann Otsuka |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**DECLARATION OF ARTHUR KIM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF ANN OTSUKA BASED ON FAILURE TO APPEAR FOR DEPOSITION** |

I, Arthur Kim, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court, an attorney at the Law Offices of Daniel L. Feder, and counsel for Plaintiff ANN OTSUKA ("Plaintiff") in the above-referenced matter.

2.  I have personal knowledge of the matters alleged herein, and could and would competently testify to these matters if requested to do so at trial.

3.  I have previously been in touch with Plaintiff regarding her case. I spoke with Plaintiff one or more times in or around August 2007 by phone (I possess her last known home phone number, but not her cellular phone number). I also met with Plaintiff at our offices on or about August 30, 2007. At this time, she submitted a declaration to the Court reiterating her desire to pursue the action.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California this 5 day of June, 2008.

_____
Arthur Kim