EXHIBIT 95.

Golden Gate Reporting

```
1              IN THE UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
5    ANN OTSUKA, an individual;      )
     JANIS KEEFE, an individual,     )
6    CORINNE PHIPPS, an              )
     individual; and RENEE DAVIS,    )
7    an individual; individually     )
     and on behalf of all others     )
8    similarly situated,             )
              Plaintiffs,            )
9                                    )
10      -vs-                         )  No. C-07-02780-SI
11                                   )
12   POLO RALPH LAUREN CORPORATION; )
     a Delaware Corporation; POLO    )
13   RETAIL, LLC., a Delaware        )
     Corporation, POLO RALPH LAUREN )
14   CORPORATION, a Delaware         )
     Corporation, doing business in )
15   California as POLO RETAIL       )
     CORP; FASHIONS OUTLET OF        )
16   AMERICA, INC., a Delaware       )
     Corporation,                    )
17            Defendants.            )
18   _____)
19
20            The deposition of HARVEY RESNICK, called
     by the Plaintiffs for examination, pursuant to
21   subpoena and pursuant to the Federal Rules of
     Civil Procedure for the United States District
22   Courts pertaining to the taking of depositions,
     taken before Cynthia J. Conforti, Certified
23   Shorthand Reporter, at Suite 2500, 77 West Wacker
     Drive, Chicago, Illinois, commencing at the hour
24   of 10:09 a.m. on the 23rd day of April, A.D.,
25   2008.
```

Page 1

## Golden Gate Reporting

| | |
|---|---|
| 1 anything they sold beyond that would equate to<br>2 additional income rather than it being required to<br>3 cover your sales first, and if you had a shortfall<br>4 then that was now being charged against you for<br>5 the next pay period, so I don't think they really<br>6 understood that.<br>7    Q.  Were there on occasion meetings for all<br>8 sales associates?<br>9    A.  Sure.  There were daily meetings before<br>10 the store opened that included sales associates,<br>11 whoever it was present at the morning.  There was<br>12 a morning meeting almost every day before the<br>13 store opened.<br>14    Q.  And were there also store meetings with<br>15 sales associates scheduled on some Saturdays?<br>16    A.  Yes.<br>17    Q.  And were those meetings mandatory for<br>18 sales associates to attend?<br>19    A.  Sometimes they were.  There were meetings<br>20 of that type for product knowledge purposes or<br>21 something of that nature, something that it was<br>22 necessary to ask everybody to be present at one<br>23 meeting because it couldn't be repeated, and that<br>24 would happen sometimes on a Saturday.<br>25    Q.  In any of the meetings that you attended<br><br>Page 66 | 1    If you take your time and go through this,<br>2 my first question is going to be whether you<br>3 recall seeing this handbook before today.<br>4    A.  I remember seeing this.  Want me to go<br>5 through everything?<br>6    Q.  No, no.  I'm going to ask you some<br>7 specific questions about some of the materials in<br>8 this handbook.<br>9    Would you take a look at page four.  It's<br>10 Polo Bates 732.  Performance Improvement Coaching<br>11 is the title.  I think it's the next page.<br>12    A.  Okay.<br>13    Q.  Do you recall the concept of performance<br>14 improvement coaching?<br>15    A.  Yes.<br>16    Q.  And one of the things that it talks about<br>17 in this section is providing guidance to sales<br>18 associates.<br>19    A.  Through the one-on-one program?<br>20    Q.  The one-on-one program where you met with<br>21 a sales associate, was that part of the<br>22 performance improvement coaching process?<br>23    A.  Yes, I believe that's correct.  I recall<br>24 that.<br>25    Q.  And do you know whether this manual was<br><br>Page 68 |
| 1 with either the morning meetings or a Saturday<br>2 meeting, did the issue of arrears ever come up?<br>3    A.  I don't remember.<br>4    Q.  During any of those meetings that you<br>5 attended did the issue of loss prevention<br>6 inspection wait times ever come up?<br>7    A.  It's entirely possible, but, again, I<br>8 don't have a specific recollection of the<br>9 conversations.<br>10    Q.  Any of those meetings that you attended do<br>11 you recall any discussion relating to premium<br>12 overtime compensation?<br>13    A.  In one of those meetings?<br>14    Q.  Yes.<br>15    A.  No, I don't.<br>16    Q.  In any of the meetings that you attended<br>17 with sales associates, the morning meetings or the<br>18 Saturday meeting, did anyone ever raise an issue<br>19 relating to taking or not taking rest breaks?<br>20    A.  I don't have a recollection of that.<br>21    Q.  I'm going to show you a document that we<br>22 previously marked as Exhibit 8.  It's entitled<br>23 Polo Ralph Lauren Polo Retail Corporation Sales<br>24 Associate Compensation and is dated April 2004,<br>25 and it begins Polo Bates number 728.<br><br>Page 67 | 1 provided to all sales associates?<br>2    A.  I believe it was.<br>3    Q.  Would you take a look at page six.  The<br>4 title is Plan Administration.  There's a section<br>5 entitled Overtime.  The second paragraph reads<br>6 quote:<br>7    Sales associates and senior sales<br>8 associates are not eligible to receive a premium<br>9 overtime compensation rate.<br>10    However, a sales commission reconciliation<br>11 will be performed at the close of each fiscal year<br>12 to ensure that each associate is compliant with<br>13 federal labor guidelines stipulating that the<br>14 majority of their pay must be in the form of<br>15 commission.<br>16    If an associate is found to be overtime<br>17 eligible at that time, then the appropriate amount<br>18 of overtime compensation would be paid to that<br>19 associate, closed quote.<br>20    Do you recall ever having a discussion<br>21 with anyone about what Polo refers to as a sales<br>22 commission reconciliation?<br>23    A.  No, I don't.<br>24    Q.  To your knowledge were sales associates<br>25 ever paid a premium overtime rate on a once-a-year<br><br>Page 69 |

18 (Pages 66 to 69)

certcert

1    I further certify that the signature to the

2    foregoing deposition was not waived by counsel for

3    the respective parties.

4    I further certify that the taking of this

5    deposition was pursuant to subpoena, and that

6    there were present at the deposition the attorneys

7    hereinbefore mentioned.

8    I further certify that I am not counsel for

9    nor in any way related to the parties to this

10   suit, nor am I in any way interested in the

11   outcome thereof.

12   IN TESTIMONY WHEREOF:   I have hereunto set my

13   hand and affixed my notarial seal this 7th day of

14   May, 2008.

15

16

17

18

19   Cynthia J. Conforti, CSR, CRR

20   Notary Public, Cook County, Illinois

21

22   CSR License No. 084-003064

23

24

25

EXHIBIT 96.

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5   ANN OTSUKA, an individual; JANIS        No. C-07-02780-SI
    KEEFE, an individual; CORINNE
6   PHIPPS, an individual; and
    JUSTIN KISER, an individual;
7   individually and on behalf of
    all others similarly situated,

8
                    Plaintiffs,
9       vs.

10  POLO RALPH LAUREN CORPORATION;
    a Delaware Corporation; POLO
11  RETAIL, LLC, a Delaware Corporation;
    POLO RALPH LAUREN CORPORATION, a
12  Delaware Corporation, doing business
    in California as POLO RETAIL CORP;
13  FASHIONS OUTLET OF AMERICA, INC., a
    Delaware Corporation and DOES 1-500,
14  inclusive,

15                  Defendants.
                                        /
16

17
               DEPOSITION OF KIM LEE BABKA
18

19
        DATE:           March 7, 2008
20
        TIME:           10:03 a.m.
21
        LOCATION:       Greenberg Traurig
22                      1900 University Avenue
                        Fifth Floor
23                      East Palo Alto, California

24      REPORTED BY:    Mary E. Garland
                        Certified Shorthand Reporter
25                      License Number 4721

                                            Page 1

1 the managers.
2    Q. Do the loss prevention personnel at the Beverly
3 Hills store have a specific office they work out of?
4    A. There is a small office, yes.
5    Q. Have any of the other stores in California, the
6 full-price retail stores, ever had in-store loss
7 prevention personal assigned to them?
8    A. Yes.
9    Q. And which stores were those?
10    A. San Francisco and -- Palo Alto and San
11 Francisco had a shared person.
12    Q. Any other stores with loss prevention personnel
13 assigned to the store?
14    A. No.
15    Q. You indicated earlier, I believe, that only on
16 rare occasion have you actually interviewed sales
17 associates for positions in the stores in California; is
18 that correct?
19    A. Correct.
20    Q. Your involvement in the hiring process, is that
21 more focused on management-level personnel?
22    A. Yes.
23    Q. And do you, either alone or in conjunction with
24 others, make hiring decisions as to general managers for
25 the full-price retail stores in California?

Page 46

1    A. It would be a very rough estimate. Twelve,
2 very rough estimate. Again, I'd have to see a roster,
3 and establish dates and timelines.
4    Q. When a new manager is hired, whether from the
5 ranks of sales associates or from outside of the
6 company, are you involved in training those managers as
7 to Polo's policies and procedures?
8    A. Less directly involved with department
9 managers, and directly involved with general managers,
10 but certainly involvement.
11    Q. Do you have any materials that help guide you
12 through the training process for either department
13 managers or general managers?
14    A. There is an assimilation guide, and certainly
15 various materials on the retail web; but I'm not sure if
16 you're asking for a manual again or not.
17    Q. Well, we'll look at some of the --
18    A. Okay.
19    Q. We have a couple of the assimilation manuals.
20 And I'm wondering if there's anything other than the
21 assimilation manual that is kind of a guidebook for
22 training managers for Polo responsibilities?
23    A. Again, there are assimilation guides and
24 schedules, but an actual manual doesn't exist.
25    Q. During the process of training newly-hired

Page 48

1    A. Yes.
2    Q. And do you, either alone or in conjunction
3 with others, make the hiring decision with respect to
4 department or assistant managers?
5    A. Yes.
6    Q. Are you engaged in the process of interviewing
7 those potential managers?
8    A. In most cases, yes.
9    Q. This may be -- well, let me just ask the
10 question: Can you give me a percentage or number
11 estimate as to how many managers, say, within the last
12 year, were hired from within the company -- sales
13 associates being promoted, for example, to management
14 position -- versus bringing in managers who weren't
15 currently employed by Polo when they were hired as a
16 manager?
17    A. In the last year?
18    Q. Yes.
19    A. And just a manager, not the keyholder; correct?
20    Q. Correct.
21    A. Two to manager level, that I can recall.
22    Q. From sales associates?
23    A. Sales associate.
24    Q. And how many managers were hired, in the last
25 year, that came from without the company?

Page 47

1 general managers, do you review with them the Polo
2 employee handbook?
3    A. That is typically done by human resources.
4    Q. Have you had an opportunity to sit down with
5 the general manager and go through the employee handbook
6 with them to point out important policies?
7    A. In most cases, yes.
8    Q. Have you ever been engaged in an interview
9 process with a sales associates during which wages, and
10 commissions, and benefits were discussed with the
11 applicant?
12    A. Have I ever been?
13    Q. Yes.
14    A. Yes.
15    Q. Were you ever involved in the interview process
16 of a sales associate where the Arrears program was
17 discussed with the sales associate?
18    A. Not that I recall.
19       (Brief recess taken.)
20    Q. BY MR. KITCHIN: I want to talk about
21 compensation systems for sales associates.
22       First, I want to talk about the Burlingame
23 store. How are sales associates today compensated in
24 the Burlingame store?
25    A. They are on an hourly plus commission.

Page 49

13 (Pages 46 to 49)

1    Q. If a sales associate in the Burlingame store
2  works more than eight hours in a day, are they paid
3  premium overtime for that time in excess of eight hours
4  in a day?
5    A. Yes.
6    Q. And if a sales associate in the Burlingame
7  store works a combination of hours that adds up to more
8  than 40 in one week, are they paid premium overtime
9  compensation for the time over 40 hours?
10    A. Well, it should be based on per day. I'm not
11  sure -- maybe I'm not understanding your question.
12    Q. Has the compensation system in Burlingame been
13  hourly plus commission since 2002?
14    A. I don't recall if that was the date. I'd have
15  to look at the grid.
16    Q. Do you have an estimate as to when Burlingame
17  sales associates first started to be compensated on an
18  hourly plus commission basis?
19    A. Again, I'd have to look at the grid.
20    Q. Is it a recent change, to the best of your
21  memory, or do you think it's --
22    A. Not too recent.
23    Q. Has it been around for more than two years, as
24  hourly plus commission?
25    A. I believe so.

Page 50

1  stores in California, excluding those stores that opened
2  more recently, since at least 2002?
3    A. Again, I'd have to look at the time, the exact,
4  you know, month and year; but for some time, yes.
5    Q. Were any of the other stores, other than the
6  Burlingame store, in California ever on an hourly plus
7  commission basis, to your knowledge?
8    A. Again, I'd have to go back and look at what --
9  1999, 2000, I'd have to look at what that was at the
10  time.
11    Q. At least since 2002, have sales associates in
12  the full-price retail stores, other than the Burlingame
13  store, been paid on a draw versus commission basis?
14    A. To my knowledge, yes.
15    Q. How does the hourly plus commission system work
16  at the Burlingame store?
17    A. I'm not sure what you mean by "work."
18    Q. How does it operate? How are sales associates
19  paid under that system?
20    A. It's an hourly plus a commission. So it could
21  be, you know, the 10.15 plus three percent, plus four
22  percent, plus five percent, depending on the tier of
23  sales that they fall into. But, again, I would have to
24  look at the grid just to refer to the exact.
25    Q. Does the hourly rate paid to sales associates

Page 52

1    Q. We'll look at some documents that may help to
2  refresh your recollection.
3       If sales associates in the Burlingame store
4  work more than eight hours in a specific day, you
5  indicated that they're paid premium overtime
6  compensation. Is that premium overtime compensation at
7  1.5 times their hourly rate?
8    A. It should be.
9    Q. And if a sales associate in the Burlingame
10  store works more than eight hours, during a specific pay
11  period, in one day, is that sales associate paid premium
12  overtime compensation in the paycheck for that two-week
13  period that just passed?
14    A. Yes.
15    Q. So sales associates in the Burlingame store
16  aren't paid at the end of the year or the end of the
17  fiscal year any overtime compensation that they have
18  earned; is that correct?
19    A. Not to my knowledge.
20    Q. Are all of the other stores, full-price retail
21  stores in California currently on what Polo calls a draw
22  versus commission system?
23    A. Yes. A base against commission.
24    Q. Base against commission?
25       And has that system been in place in all of the

Page 51

1  in the Burlingame store vary among sales associates at
2  this time?
3    A. I'd have to look to see if there's variation.
4    Q. You know that the commission percentage varies
5  among sales associates based on their performance, and
6  longevity, and so forth; correct?
7    A. Performance, yes.
8    Q. Performance. So you don't have to be there
9  longer than someone else to earn a higher commission,
10  you have to sell more to earn that higher commission; is
11  that correct?
12    A. That's how it's laid out now, yes.
13    Q. How does the system that you identified as draw
14  versus commission currently work in the other full-price
15  retail stores, other than the Burlingame store?
16    A. You mean how is the pay or -- I'm not sure what
17  you're --
18    Q. Let me ask it this way: Could you describe
19  what Polo means by a "draw versus commission system"?
20    A. Right. It's an hourly against commissions
21  earned. So the hourly is paid, no matter what, for the
22  hours that are worked; and then, again, any amount that
23  goes over covering that draw in commission is paid to
24  them, as well.
25    Q. The hourly rate paid to sales associates in the

Page 53

14 (Pages 50 to 53)

1              CERTIFICATION OF DEPOSITION OFFICER

2

3        I, MARY E. GARLAND, duly authorized to administer

4   oaths pursuant to Section 2093(b) of the California Code

5   of Civil Procedure, do hereby certify that the witness

6   in the foregoing deposition was duly sworn by me to

7   testify to the truth, the whole truth and nothing but

8   the truth in the within-entitled cause; that said

9   deposition was taken at the time and place therein

10  stated; that the testimony of said witness was

11  thereafter transcribed by means of computer-aided

12  transcription under my direction; that the foregoing is

13  a full, complete and true record of said testimony; and

14  that the witness was given an opportunity to read and

15  correct said deposition and to subscribe to the same.

16       I further certify that I am not of counsel or

17  attorney for either or any of the parties in the

18  foregoing deposition and caption named, nor in any way

19  interested in the outcome of the cause named in said

20  caption.

21       Executed March 19, 2008, at San Francisco,

22  California.

23       _____

24            MARY E. GARLAND, CSR 4721

25

EXHIBIT 97.

## PRC Sales Associate Compensation Re-Structure
### April 2002

### Background Information

PRC implemented a base (hourly or salary) plus commission tiered compensation plan in October of 1999. The plan was designed to establish career paths for Sales Associates, be competitive, recognize individual achievements, and reward productivity. Many aspects of the plan were successful. It created the position of a Senior Seller, increased the number of $1 Million sellers from 6 associates to 24 associates, and the average sales per associate increased from $290,000 to $500,000.

In response to the challenging retail environment and expense reduction initiatives last year, approximately 100 out of 550 sales associates positions were eliminated during staff reductions and all hourly sales associates were limited to a 37-hour workweek. Although these efforts were successful in providing actual dollar savings, the overall sales associate selling cost as a percentage to sales for '02 was 10.5%, significantly higher than the planned cost of the program.

### Analysis

The weighting between the base and commission components of total earnings played a crucial role in driving total selling cost. As overall sales increased, the incremental selling cost decreased since base earnings were relatively constant and the commission percentage was low. However, as overall sales declined, as they did in '02, the fixed cost of base earnings caused the selling cost to increase.

Also, Senior Sales Associates who earned approximately 70% commission pay were more productive in this program than Sales Associates who earned approximately 60-70% base pay. Although the average sales per associate increased from $290,000 to $500,000, if Senior Sales Associates are excluded the average only went from $290,000 to $335,000. Thus, the higher the commission pay, the greater the motivation and productivity.

In order to meet our financial objectives, we were faced with the challenge of revising the plan while also maintaining the successful components, remaining competitive in the luxury retail market, and impacting all associates fairly.

### Base Against Commission Structure

Ultimately we developed a new base against commission compensation structure. In this structure, the associate receives the higher of either their base pay or their commission pay, and there is no payback. Commissions are now paid every two weeks, one week in arrears, opposed to one commission check per month paid one month in arrears. Additionally, the plan's design exempts PRC from premium overtime pay requirements and 40-hour workweeks can be resumed.

Many aspects of the plan remained unchanged. Stores remain in groups based upon volume and seasonality, associates continue to be rewarded by productivity through the tiered sales structure, Senior Sales Associates are recognized in all groups and associates who reach the next compensation tier mid-year may receive an pay rate increase in the next commission period.

**CONFIDENTIAL**

The selling cost is projected to be reduced to 9.6% which will remain steady given an overall sales increase or decrease. The average associate needs to increase their own sales 10% above last year to maintain their '02 earnings. This is a reasonable goal given that there is more business available for associates because of the staff reductions, and the 37-hour workweek restriction will be lifted.

## *Implementation*

This plan was introduced to the sales associates on April 8th and became effective April 14th. Although we faced some emotional responses from a few sales associates, we have also received positive feedback from managers. Sales associates do not have such a large base to rely upon, are more focused on selling, being proactive and in providing exceptional customer service in order to develop their client base. Additionally, Sales Associates who increase their sales have a more immediate reward since the commission rates are higher than in the previous plan and they receive their commission payments much quicker.

**CONFIDENTIAL**

POLO 00449

EXHIBIT 98.

**Golden Gate Reporting**

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   ANN OTSUKA, an individual; JANIS          No. C-07-02780-SI
    KEEFE, an individual; CORINNE
6   PHIPPS, an individual; and
    JUSTIN KISER, an individual;
7   individually and on behalf of
    all others similarly situated,

8                Plaintiffs,

9       vs.

10  POLO RALPH LAUREN CORPORATION;
    a Delaware Corporation; POLO
11  RETAIL, LLC, a Delaware Corporation;
    POLO RALPH LAUREN CORPORATION, a
12  Delaware Corporation, doing business
    in California as POLO RETAIL CORP;
13  FASHIONS OUTLET OF AMERICA, INC., a
    Delaware Corporation and DOES 1-500,
14  inclusive,

15                Defendants.
                                    /
16

17

            DEPOSITION OF KIM LEE BABKA
18

19

        DATE:          March 7, 2008
20
        TIME:          10:03 a.m.
21
        LOCATION:      Greenberg Traurig
22                     1900 University Avenue
                       Fifth Floor
23                     East Palo Alto, California

24      REPORTED BY:   Mary E. Garland
                       Certified Shorthand Reporter
25                     License Number 4721

                                            Page 1

Golden Gate Reporting

1 California stores, excluding Burlingame, does that
2 hourly rate vary among the stores?
3     A. Yes. Certainly, higher in San Francisco, based
4 on, you know, some recent changes or changes throughout.
5 If it's -- I actually recall it's always been higher in
6 San Francisco, or for some time.
7     Q. Other than the minimum wage requirement for San
8 Francisco County, do all of the other stores in
9 California have the same base hourly rate for sales
10 associates?
11     A. Base hourly -- for the hourly, yes.
12     Q. What is the hourly rate currently paid to San
13 Francisco sales associates?
14     A. I'm going to say 13.75.
15     Q. And do you know how that number was arrived at
16 by Polo?
17     A. Well, compensation arrived at it; so I don't
18 know all the specifics.
19     Q. Is the hourly rate in San Francisco based on
20 multiplying the minimum wage requirements for San
21 Francisco County times 1.5?
22     A. I recall that was the formula that was used
23 initially.
24     Q. And was that formula used in the other stores
25 in California, excluding Burlingame?

Page 54

1     A. As I understood, yes.
2     Q. So excluding Burlingame, the hourly rate paid
3 on the draw versus commission system was based on a
4 calculation of minimum wage times 1.5; is that correct?
5     MR. GOINES: Objection. Asked and answered.
6 Lack of foundation.
7     Q. BY MR. KITCHIN: Is that your understanding of
8 it?
9     A. That's what I recall, yes.
10     Q. Are sales associates in any of the full-price
11 retail stores in California, except Burlingame, paid
12 premium overtime compensation under any circumstance?
13     A. Can you ask the question again, please?
14     Q. Sure. You indicated that you thought the
15 hourly base for San Francisco was -- did you say 13.75?
16     A. As I recall, yes.
17     Q. If sales associates currently working in the
18 San Francisco store work more than eight hours a day on
19 any given day, to your knowledge, are they ever paid
20 13.75 times 1.5 per hour as a premium wage?
21     A. Well, no. They're commissioned associates. So
22 not to my knowledge.
23     Q. To your knowledge, have sales associates in any
24 stores, except for the Burlingame store, ever received
25 premium overtime compensation for working more than

Page 55

1 eight hours in a day or 40 hours in a week?
2     A. I can't answer the question "ever." You know,
3 I don't know if they've ever been paid.
4     Q. Typically, is it your understanding that sales
5 associates have typically not been paid 1.5 times their
6 base hourly rate for working more than eight hours in a
7 specific day?
8     A. That's my understanding, unless -- unless they
9 don't meet the 50-percent requirement of their
10 commissions earned.
11     Q. You just referred to the 50-percent
12 requirement. What do you mean by that?
13     A. Well, the understanding was that there would be
14 a look back if 50 percent of their earnings did not come
15 from their commission, for an annual look back.
16     Q. And when did you first learn that there would
17 be what's referred to as a look back?
18     A. I don't recall the exact year of the rollout of
19 the plan. I'd have to see the plan in front of me.
20     Q. And what was your understanding, when you first
21 learned about the 50-percent test as applied to the Polo
22 stores, as to when that look back would take place?
23     A. I just recall that there would be an annual
24 look back, is how it was referred to.
25     Q. Was the term "reconciliation" used in

Page 56

1 describing that look back?
2     A. Perhaps. I don't -- again, I'd have to see the
3 document or -- so I'd know.
4     Q. To your knowledge, has Polo ever performed that
5 look back to determine whether sales associates had met
6 what you referred to as the 50-percent test?
7     A. You know, I don't have any of that
8 documentation. That would be compensation.
9     Q. In your position as either district manager for
10 California and Hawaii or regional manager, did you, or
11 do you, review any data relating to compensation paid to
12 sales associates here in California?
13     A. There is a performance management report that
14 comes out from time to time, reviewing what they were
15 paid for versus what they've sold.
16     Q. And approximately how long has a performance
17 management report been utilized by Polo?
18     A. Again, I would have to guess if it's two years.
19 I -- it would be a guess.
20     Q. So it's not something that's happened in the
21 last year?
22     A. I recall seeing it for some time, but I can't
23 tell you exactly when it came out.
24     Q. And is there a specific document that is
25 referred to or titled "Performance Management Report"?

Page 57

15 (Pages 54 to 57)

1                    CERTIFICATION OF DEPOSITION OFFICER

2

3          I, MARY E. GARLAND, duly authorized to administer

4    oaths pursuant to Section 2093(b) of the California Code

5    of Civil Procedure, do hereby certify that the witness

6    in the foregoing deposition was duly sworn by me to

7    testify to the truth, the whole truth and nothing but

8    the truth in the within-entitled cause; that said

9    deposition was taken at the time and place therein

10   stated; that the testimony of said witness was

11   thereafter transcribed by means of computer-aided

12   transcription under my direction; that the foregoing is

13   a full, complete and true record of said testimony; and

14   that the witness was given an opportunity to read and

15   correct said deposition and to subscribe to the same.

16         I further certify that I am not of counsel or

17   attorney for either or any of the parties in the

18   foregoing deposition and caption named, nor in any way

19   interested in the outcome of the cause named in said

20   caption.

21         Executed March 19, 2008, at San Francisco,

22   California.

23         _____

24                    MARY E. GARLAND, CSR 4721

25

EXHIBIT 99.

1  WILLIAM J. GOINES (SBN 061290)
   JEREMY A. MEIER (SBN 139849)
2  ALISHA M. LOUIE (SBN 240863)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5
   BRIAN S. COUSIN (*PRO HAC VICE*)
6  NEIL A. CAPOBIANCO (*PRO HAC VICE*)
   GREENBERG TRAURIG, LLP
7  MetLife Building
   200 Park Avenue
8  New York, NY 10166
   Telephone: (212) 801-9200
9  Facsimile: (212) 801-6400

10 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
11 Corporation, doing business in California as Polo
   Retail Corporation; and Fashions Outlet of
12 America, Inc.

13

14              SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                   FOR THE COUNTY OF SAN FRANCISCO

16

17 ANN OTSUKA, an individual; JANIS          Case No. CGC-06-452655
   KEEFE, an individual; CORINNE PHIPPS,
18 an individual; and JUSTIN KISER, an
   individual; and on behalf of all other similarly    **DEFENDANTS POLO RALPH LAUREN
19 situated,                                        CORPORATION DOING BUSINESS AS
                        Plaintiff(s),             POLO RETAIL CORP.; POLO RETAIL,
20                                                LLC; FASHIONS OUTLET OF AMERICA,
   v.                                             INC.; AND POLO RETAIL
21                                                CORPORATION'S RESPONSE TO
   POLO RALPH LAUREN CORPORATION,                PLAINTIFFS' FORM INTERROGATORIES -
22 a Delaware Corporation; POLO RETAIL,          SET ONE**
   LLC, a Delaware Corporation; POLO
23 RALPH LAUREN CORPORATION, a
   Delaware Corporation, doing business in
24 California as POLO RETAIL CORP;               Date Action Filed: May 30, 2006
   FASHIONS OUTLET OF AMERICA, INC.,
25 a Delaware Corporation and DOES 1-500,
   inclusive,
26
                        Defendants(s).
27

28

                                   1
SV 346153845v1 5/10/2007

1  both Plaintiffs stated intention to file a Second Amended Complaint and the existing stipulation

2  between the parties to allow that filing.

3       Notwithstanding the foregoing objections, Defendants respond as follows: Plaintiffs were

4  exempt commission employees, not entitled to overtime pursuant to California Industrial Welfare

5  Commission ("IWC") Wage Orders Nos. Four (4) and Seven (7). Plaintiff Kiser comes to this action

6  with "unclean hands" in that he conspired to perpetrate fraudulent customer credit return transactions

7  as an employee of Defendants. Plaintiffs waived and/or ratified Defendants' alleged actions,

8  including but not limited to wage, meal and rest breaks, and inspection procedures and processes.

9       Defendants did not cause harm to Plaintiffs. No actions taken by Defendants were done with

10  oppression, fraud or malice so as to constitute facts sufficient for punitive damages. Defendants'

11  actions were undertaken for fair and honest reasons, and were a just and proper exercise of

12  management discretion. Defendants acted in good faith and were justified in taking actions by

13  business necessities.

14       Plaintiffs were given the opportunity to have rest and/or meal breaks, as allowed by law. Any

15  alleged violations of meal and rest break, if they did occur, were in fact so limited in time and scope

16  as to not cause harm and are, as such, *de minimus* violations. Plaintiffs received all benefits to which

17  they were entitled by virtue of their particular status and hours worked.

18       The issues about which Plaintiffs complain are individualized and insufficient to constitute a

19  basis or bases to support a class of purported aggrieved persons. The persons with knowledge of

20  these facts have been identified in detail in response to Plaintiffs' Special Interrogatories, Set No.

21  One. The documents supporting denial or defenses have been produced to Plaintiffs in this litigation

22  pursuant to Plaintiffs' Document Request and pursuant to meet and confer agreements and, therefore,

23  the propounding parties are in possession of such documents.

24  **INTERROGATORY NO. 50.1:**

25       For each agreement alleged in the pleadings:

26       (a)    identify all **DOCUMENTS** that are part of the agreement and for each state the name,

27  **ADDRESS**, and telephone number of each **PERSON** who have the **DOCUMENT**;

28

Otsuka, et al. v. Polo Ralph Lauren, et al.                                  Case No. CGC-06-452655

## PROOF OF SERVICE

I, Andrea Beggs, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On the date written below, I served the following document(s):

**DEFENDANTS POLO RALPH LAUREN CORPORATION DOING BUSINESS AS POLO RETAIL CORP.; POLO RETAIL, LLC; FASHIONS OUTLET OF AMERICA, INC.; AND POLO RETAIL CORPORATION'S RESPONSE TO PLAINTIFFS' FORM INTERROGATORIES -SET ONE**

by placing said document(s) listed above in a sealed envelope and served as detailed below:

| | |
|---|---|
| Patrick R. Kitchin, Esq. | Daniel Feder, Esq. |
| Law Offices of Patrick R. Kitchin | Law Offices of Daniel L. Feder |
| 565 Commercial St,, 4th Fl. | 807 Montgomery Street |
| San Francisco, CA 94111 | San Francisco, CA 94133 |
| Tel: (415) 677-9058 | Tel: (415) 391-9476 |
| Fax: (415) 627-9076 | Fax: (415) 391-9432 |
| (Plaintiff's Co-Counsel) | (Plaintiff's C0-Counsel) |

with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 11, 2007 at East Palo Alto, California.

Andrea Beggs

Proof of Service

346079217v1

EXHIBIT 100.

# Missed Draw Target Every Pay Period

## FY2005 — Plaintiff Corinne Mullen (Phipps)

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 190777 | 48748 | 7042004 | 7172004 | 39 | 2,658.14 | 8 | 212.65 | 81.73 | 12.75 | 1042.0575 | 0.00 | 956.89 | 0.00 | 956.89 |
| 802 | 190777 | 48748 | 7182004 | 7312004 | 89 | 12,321.87 | 8 | 985.75 | 81.67 | 12.75 | 1041.2925 | 0.00 | 1,041.29 | 0.00 | 1,041.29 |
| 802 | 190777 | 48748 | 8012004 | 8142004 | 81 | 7,004.63 | 8 | 560.37 | 79.74 | 12.75 | 1016.685 | 0.00 | 1,016.69 | 0.00 | 1,016.69 |
| 802 | 190777 | 48748 | 8152004 | 8282004 | 39 | 9,872.33 | 8 | 789.79 | 78.88 | 12.75 | 1005.72 | 0.00 | 1,005.72 | 0.00 | 1,005.72 |
| 802 | 190777 | 48748 | 8292004 | 9112004 | 26 | 3,344.45 | 8 | 267.56 | 70.21 | 12.75 | 895.1775 | 0.00 | 895.18 | 0.00 | 895.18 |
| 802 | 190777 | 48748 | 9122004 | 9252004 | 45 | 4,203.97 | 8 | 336.32 | 76.02 | 12.75 | 969.255 | 0.00 | 969.26 | 0.00 | 969.26 |
| 802 | 190777 | 48748 | 9262004 | 10092004 | 59 | 5,549.80 | 8 | 443.98 | 70.86 | 12.75 | 903.465 | 0.00 | 903.47 | 0.00 | 903.47 |
| 802 | 190777 | 48748 | 10102004 | 10232004 | 38 | 6,775.95 | 8 | 542.08 | 54.52 | 12.75 | 695.13 | 0.00 | 695.13 | 0.00 | 695.13 |

## FY2005 — Plaintiff Janis Howay (Keefe) FY2005

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 55009 | 47229 | 5192004 | 5222004 | 58 | 3,229.99 | 8 | 258.40 | 79.02 | 12.75 | 1007.505 | 0.00 | 1,007.51 | 0.00 | 1,007.51 |
| 802 | 55009 | 47229 | 5232004 | 6052004 | 161 | 10,442.88 | 8 | 835.43 | 79.76 | 12.75 | 1016.94 | 0.00 | 1,016.94 | 0.00 | 1,016.94 |
| 802 | 55009 | 47229 | 6062004 | 6192004 | 190 | 12,856.03 | 8 | 1,028.48 | 79.68 | 12.75 | 1015.92 | 0.00 | 1,015.92 | 12.72 | 1,028.64 |
| 802 | 55009 | 47229 | 6202004 | 7032004 | 201 | 12,103.07 | 8 | 968.73 | 80.92 | 12.75 | 1031.73 | 0.00 | 1,031.73 | 0.00 | 1,031.73 |
| 802 | 55009 | 47229 | 7042004 | 7172004 | 173 | 9,572.13 | 8 | 765.77 | 78.79 | 12.75 | 1004.445 | 0.00 | 1,004.45 | 0.00 | 1,004.45 |
| 802 | 55009 | 47229 | 7182004 | 7312004 | 129 | 8,254.26 | 8 | 660.34 | 79.59 | 12.75 | 1014.7725 | 0.00 | 1,014.77 | 0.00 | 1,014.77 |
| 802 | 55009 | 47229 | 8012004 | 8142004 | 147 | 9,044.26 | 8 | 723.54 | 84.33 | 12.75 | 1075.2075 | 0.00 | 1,075.21 | 0.00 | 1,075.21 |
| 802 | 55009 | 47229 | 8152004 | 8282004 | 156 | 9,936.59 | 8 | 794.93 | 70.0 | 12.75 | 892.46 | 0.00 | 992.46 | 0.00 | 992.46 |
| 802 | 55009 | 47229 | 8292004 | 9112004 | 121 | 16,503.75 | 8 | 1,320.30 | 79.84 | 12.75 | 1017.96 | 0.00 | 1,017.96 | 0.00 | 1,017.96 |
| 802 | 55009 | 47229 | 9122004 | 9252004 | 139 | 12,657.85 | 8 | 1,012.63 | 81.99 | 12.75 | 1045.3725 | 0.00 | 1,045.37 | 0.00 | 1,045.37 |
| 802 | 55009 | 47229 | 9262004 | 10092004 | 62 | 9,565.75 | 8 | 765.26 | 66.62 | 12.75 | 849.405 | 0.00 | 849.41 | 0.00 | 849.41 |
| 802 | 55009 | 47229 | 10102004 | 10232004 | 66 | 12,212.63 | 8 | 977.01 | 77.74 | 12.75 | 991.185 | 0.00 | 991.19 | 0.00 | 991.19 |
| 802 | 55009 | 47229 | 10242004 | 11062004 | 15 | 4,331.48 | 8 | 346.52 | 35.53 | 12.75 | 453.0075 | 0.00 | 453.01 | 0.00 | 453.01 |
| 802 | 55009 | 47229 | 11072004 | 11202004 | 113 | 12,818.52 | 8 | 1,025.48 | 82.77 | 12.75 | 1055.3175 | 0.00 | 1,055.32 | 0.00 | 1,055.32 |
| 802 | 55009 | 47229 | 11212004 | 12042004 | 43 | 1,677.27 | 8 | 134.18 | 73.4 | 12.75 | 935.85 | 0.00 | 935.85 | 0.00 | 935.85 |
| 802 | 55009 | 47229 | 12052004 | 12182004 | 166 | 15,164.53 | 8 | 1,213.16 | 96.11 | 12.75 | 1,225.4025 | 0.00 | 1,225.40 | 0.00 | 1,225.40 |
| 802 | 55009 | 47229 | 12192004 | 10012005 | 60 | 7,639.39 | 8 | 611.15 | 39.5 | 12.75 | 503.625 | 0.00 | 503.63 | 0.00 | 503.63 |

# Missed Draw Target 13 out of 18 Pay Periods

| str | slsperson ID | slsperson file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Total Salary | Base Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 198313 | 30024 | 1012006 | 1142006 | -9 | -1306 | 7 | -91.42 | 6.83 | 12.75 | 87.0825 | 87.0825 | 0.00 | 87.0825 |
| 802 | 198313 | 30024 | 1022005 | 1152005 | 3 | 527.10 | 7 | 36.90 | 19.2 | 12.75 | 244.8 | 124.57 | 0.00 | 124.57 |
| 802 | 198313 | 30024 | 1162005 | 1292005 | 8 | 927.68 | 7 | 64.94 | 13.92 | 12.75 | 177.48 | 177.48 | 0.00 | 177.48 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 198313 | 30024 | 1302005 | 2112005 | 6 | 1,367.96 | 7 | 95.76 | 9.94 | 12.75 | 126.735 | 0 | 126.74 |
| 802 | 198313 | 30024 | 2112007 | 2242007 | 4 | 2472 | 7 | 173.04 | 8.07 | 13.75 | 110.9625 | 62.08 | 173.04 |
| 802 | 198313 | 30024 | 2122006 | 2122006 | 4 | 1135.62 | 7 | 79.7734 | 7.85 | 13.75 | 100.0875 | 0 | 100.0875 |
| 802 | 198313 | 30024 | 2132005 | 2282005 | 15 | 1,438.49 | 7 | 100.55 | 15.83 | 12.75 | 201.8325 | 0 | 201.63 |
| 802 | 198313 | 30024 | 3102007 | 3122006 | | 2806 | 7 | 196.42 | 3.75 | 13.75 | 105.1875 | 91.23 | $196.42 |
| 802 | 198313 | 30024 | 3112006 | 3122006 | 1 | 85 | 7 | 5.95 | 7.83 | 12.75 | 99.8325 | 0 | 99.8325 |
| 802 | 198313 | 30024 | 3122007 | 3122007 | 17 | 2,270.00 | 7 | 158.90 | 13.81 | 13.75 | 178.0775 | 0 | 178.08 |
| 802 | 198313 | 30024 | 3242007 | 3252007 | 7 | 4721 | 7 | 330.47 | 8.5 | 13.75 | 116.875 | 0 | $330.47 |
| 802 | 198313 | 30024 | 3122005 | 3122005 | 7 | 685 | 7 | 47.95 | 7.98 | 12.75 | 100.47 | 213.60 | 100.47 |
| 802 | 198313 | 30024 | 3252006 | 3260006 | 5 | (186.00) | 7 | (13.02) | 8.18 | 12.75 | 104.295 | 0 | 104.30 |
| 802 | 198313 | 30024 | 3260006 | 4092005 | 5 | 925 | 7 | 64.75 | 8.67 | 12.75 | 110.5425 | 0 | 110.5425 |
| 802 | 198313 | 30024 | 3270005 | 4092005 | 4 | 366 | 7 | 25.62 | 10.27 | 12.75 | 130.9425 | 0 | 130.9425 |
| 802 | 198313 | 30024 | 4092005 | 4092005 | 22 | $1,861.00 | 7 | $130.27 | 7.83 | 12.75 | $99.83 | $0.00 | $99.83 |
| 802 | 198313 | 30024 | 4102005 | 4230005 | 17 | 1476.5 | 7 | 103.355 | 17.91 | 12.75 | 228.3525 | 0 | 228.3525 |
| 802 | 198313 | 30024 | 4220006 | 4230006 | 5 | $1,825.00 | 7 | 232.155 | 17.17 | 12.75 | $89.89 | $37.86 | $89.89 |
| 802 | 198313 | 30024 | 5062005 | 5072005 | 10 | 331.5 | 7 | $89.80 | 7.05 | 12.75 | $127.75 | 0 | $127.75 |
| 802 | 198313 | 30024 | 5072006 | 5072005 | 9 | $1,561.38 | 7 | $374.92 | 15.82 | 12.75 | 201.705 | $0.00 | 201.705 |
| 802 | 198313 | 30024 | 5202005 | 5202005 | 9 | 1,561.38 | 7 | $109.28 | 10.96 | 12.75 | $139.74 | 0 | $139.74 |
| 802 | 198313 | 30024 | 5212005 | 5212005 | 6 | 2231.45 | 7 | 159.7015 | 7.98 | 12.75 | 101.745 | $0.00 | 101.745 |
| 802 | 198313 | 30024 | 5212006 | 6032006 | 8 | $335.00 | 7 | $23.45 | 7.49 | 12.75 | 101.745 | $0.00 | 101.745 |
| 802 | 198313 | 30024 | 6032006 | 6032005 | 5 | $0.00 | 7 | 345.051 | 14.45 | 12.75 | $184.24 | $0.00 | $184.24 |
| 802 | 198313 | 30024 | 5220005 | 6032005 | 33 | $535.00 | 7 | $37.45 | 18.87 | 12.75 | 240.5925 | $0.00 | 240.5925 |
| 802 | 198313 | 30024 | 6040005 | 6042005 | 6 | 4929.3 | 7 | $40.00 | 17.16 | 12.75 | $0.00 | $0.00 | $0.00 |
| 802 | 198313 | 30024 | 6050005 | 6722005 | 57 | 8553.49 | 7 | 458.7441 | 16.7 | 12.75 | 409.9125 | $0.00 | 409.9125 |
| 802 | 198313 | 30024 | 6182006 | 6182005 | 17 | 6550.5 | 7 | $246.81 | 5.72 | 12.75 | $72.93 | $33.68 | $246.81 |
| 802 | 198313 | 30024 | 7010006 | 7022005 | 29 | 3800 | 7 | 265.755 | 13.97 | 12.75 | 219.045 | 0 | 219.045 |
| 802 | 198313 | 30024 | 7022005 | 7162005 | 25 | 4535 | 7 | 317.45 | 19.77 | 12.75 | 252.0675 | 0 | 194.8075 |
| 802 | 198313 | 30024 | 7162006 | 7292005 | 7 | $478.97 | 7 | $33.53 | 5.72 | 12.75 | $72.93 | 0 | $72.93 |
| 802 | 198313 | 30024 | 7172005 | 7302005 | 21 | 3052.8 | 7 | 213.696 | 13.97 | 12.75 | 178.175 | 0 | 178.175 |
| 802 | 198313 | 30024 | 7302006 | 8132006 | 59 | $5,356.00 | 7 | $374.92 | 14.85 | 12.75 | $189.34 | $185.58 | $189.34 |
| 802 | 198313 | 30024 | 7312005 | 8132005 | 31 | 3589.48 | 7 | 251.2636 | 21.61 | 12.75 | 275.5275 | 0 | 275.5275 |
| 802 | 198313 | 30024 | 8132006 | 8270006 | 5 | $351.40 | 7 | $24.60 | 5.63 | 12.75 | $71.78 | $0.00 | $71.78 |
| 802 | 198313 | 30024 | 8270006 | 8270005 | 1 | 3390 | 7 | 237.3 | 10.43 | 12.75 | 132.9825 | 0 | 132.9825 |
| 802 | 198313 | 30024 | 8142005 | 8142005 | 17 | $1,625.00 | 7 | $113.75 | 8.52 | 12.75 | 108.63 | $5.12 | $13.75 |
| 802 | 198313 | 30024 | 8272006 | 9092006 | 19 | 3796.5 | 7 | 265.755 | 12.41 | 12.75 | 158.2275 | 0 | 158.2275 |
| 802 | 198313 | 30024 | 9092006 | 9100005 | 19 | $1,604.00 | 7 | $112.28 | 5.73 | 12.75 | $73.06 | $73.06 | $73.06 |
| 802 | 198313 | 30024 | 8262005 | 9240005 | 1 | 78 | 7 | 5.46 | 5.72 | 12.75 | $112.28 | $39.22 | $112.28 |
| 802 | 198313 | 30024 | 9112005 | 9242005 | -1 | | 7 | 266 | 1.67 | 12.75 | 21.2925 | 0 | 21.2925 |
| 802 | 198313 | 30024 | 9242005 | 10082005 | 14 | 4124 | 7 | 288.68 | 9.77 | 12.75 | 124.5675 | 0 | 124.5675 |
| 802 | 198313 | 30024 | 9250005 | 10212006 | 24 | $9,528.50 | 7 | 674.00 | 22.73 | 12.75 | 289.8075 | 0 | $674.00 |
| 802 | 198313 | 30024 | 10082006 | 10212005 | 5 | 1001 | 7 | 70.07 | 19.4 | 12.75 | 247.35 | $0.00 | 247.35 |
| 802 | 198313 | 30024 | 10092005 | 10242006 | 10 | $1,691.00 | 7 | 118.37 | 17.35 | 12.75 | 221.2125 | $0.00 | $221.21 |
| 802 | 198313 | 30024 | 10222006 | 11042006 | 13 | 837 | 7 | 58.59 | 15.99 | 12.75 | 203.8725 | $0.00 | 203.8725 |
| 802 | 198313 | 30024 | 11042005 | 11052005 | 35 | $8,433.58 | 7 | 590.35 | 13.92 | 12.75 | $177.48 | $177.48 | $590.35 |
| 802 | 198313 | 30024 | 11052006 | 11182006 | 33 | 13112.83 | 7 | 1057.8981 | 19.55 | 12.75 | 249.645 | 472.1173 | 721.8181 |
| 802 | 198313 | 30024 | 11062005 | 11182005 | 34 | 4,415.80 | 7 | 309.11 | 41.89 | 12.75 | 534.10 | 412.87 | 534.10 |
| 802 | 198313 | 30024 | 11072004 | 11220004 | -3 | -$2,716.80 | 7 | -190.178 | 0.00 | 12.75 | $0.00 | 0.00 | $0.00 |
| 802 | 198313 | 30024 | 11192006 | 12022006 | 25 | $6,488.10 | 7 | 454.17 | 21.65 | 12.75 | 276.04 | 276.04 | 454.17 |
| 802 | 198313 | 30024 | 11212004 | 12042004 | 1 | $95.00 | 7 | 6.65 | 13.8 | 12.75 | 175.95 | $175.95 | $175.95 |
| 802 | 198313 | 30024 | 12032006 | 12162006 | 7 | 4814.97 | 7 | 336.048 | 19.12 | 12.75 | 243.78 | 243.787 | 243.78 |
| 802 | 198313 | 30024 | 12042005 | 12172005 | 27 | $95.00 | 7 | 590.59 | 33.02 | 12.75 | 421.005 | 733.2679 | 323.0479 |
| 802 | 198313 | 30024 | 12052004 | 12162004 | 34 | 5,911.64 | 7 | 413.81 | 0.00 | 12.75 | 421.005 | 0.00 | 421.01 |
| 802 | 198313 | 30024 | 12172006 | 12182004 | | $0.00 | 7 | 0.00 | 0.00 | 12.75 | 80.58 | 80.58 | $80.58 |
| 802 | 198313 | 30024 | 12052006 | 12032006 | 34 | $0.00 | 7 | 0.00 | 6.32 | 12.75 | 80.58 | $80.58 | $80.58 |
| 802 | 198313 | 30024 | 12192004 | 1012004 | -5 | (502.74) | 7 | (35.10) | 5.01 | 12.75 | 63.8775 | 0.00 | 63.88 |

# Missed Draw Target 40 out of 54 Pay Periods

## FY2005

| str | slsperson | ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 345554 | 49547 | 1022005 | 1152005 | 109 | 10,004.59 | 8 | 805.17 | 71.82 | 12.76 | 916.705 | 801.21 | 3.96 | 805.17 |
| 802 | 345554 | 49547 | 1162005 | 1292005 | 53 | 7,561.27 | 8 | 604.90 | 27.44 | 12.75 | 349.86 | 349.86 | 255.04 | 604.90 |
| 802 | 345554 | 49547 | 1302005 | 2122005 | 67 | 6,776.69 | 8 | 542.14 | 28.55 | 12.75 | 364.0125 | 364.01 | 178.12 | 542.14 |
| 802 | 345554 | 49547 | 2132005 | 2262005 | 42 | 3,755.43 | 8 | 300.43 | 27.6 | 12.75 | 351.9 | 351.90 | 0.00 | 351.90 |
| 802 | 345554 | 49547 | 2272005 | 3122005 | 34 | 3,291.27 | 8 | 263.30 | 27.14 | 12.75 | 346.035 | 346.04 | 0.00 | 346.04 |
| 802 | 345554 | 49547 | 3132005 | 3262005 | 30 | 2,116.66 | 8 | 169.33 | 27.5 | 12.75 | 350.625 | 350.63 | 0.00 | 350.63 |
| 802 | 345554 | 49547 | 8012004 | 8142004 | 103 | 6,496.57 | 8 | 519.73 | 82.36 | 12.75 | 1050.09 | 1,050.09 | 0.00 | 1,050.09 |
| 802 | 345554 | 49547 | 815004 | 828004 | 119 | 9,715.57 | 8 | 777.25 | 68.98 | 12.75 | 879.495 | 879.50 | 0.00 | 879.50 |
| 802 | 345554 | 49547 | 8292004 | 911004 | 129 | 8,564.13 | 8 | 685.13 | 87.87 | 12.75 | 885.3425 | 885.34 | 0.00 | 885.34 |
| 802 | 345554 | 49547 | 91204 | 925004 | 109 | 8,977.55 | 8 | 718.20 | 70.73 | 12.75 | 901.8075 | 901.81 | 0.00 | 901.81 |
| 802 | 345554 | 49547 | 9262004 | 1009004 | 58 | 4,510.50 | 8 | 360.84 | 66.12 | 12.75 | 843.03 | 843.03 | 0.00 | 843.03 |
| 802 | 345554 | 49547 | 1010004 | 1023004 | 64 | 9,059.41 | 8 | 724.75 | 46.52 | 12.75 | 593.13 | 593.13 | 0.00 | 593.13 |
| 802 | 345554 | 49547 | 1024204 | 11062004 | 86 | 11,377.47 | 8 | 910.20 | 65.71 | 12.75 | 837.8025 | 837.80 | 0.00 | 837.80 |
| 802 | 345554 | 49547 | 11072004 | 11202004 | 90 | 10,419.41 | 8 | 833.55 | 58.03 | 12.75 | 739.8825 | 739.88 | 0.00 | 739.88 |
| 802 | 345554 | 49547 | 11212004 | 1204204 | 97 | 11,390.02 | 8 | 911.20 | 69.45 | 12.75 | 885.4875 | 885.49 | 0.00 | 885.49 |
| 802 | 345554 | 49547 | 12052004 | 1218004 | 127 | 15,302.22 | 8 | 1,224.18 | 65.48 | 12.75 | 834.87 | 834.87 | 0.00 | 834.87 |
| 802 | 345554 | 49547 | 12192004 | 1012005 | 153 | 17,362.95 | 8 | 1,389.04 | 78.78 | 12.75 | 1004.445 | 1,004.45 | 251.29 | 1,255.74 |

## FY2006 (Calendar April 05-March 06)

| str | slsperson | ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 345554 | 49547 | 4102005 | 4232005 | 41 | 3357.92 | 8 | 268.6336 | 34.52 | 12.75 | 440.13 | 440.13 | 0 | 440.13 |
| 802 | 345554 | 49547 | 4242005 | 5072005 | 65 | 5182.5 | 8 | 414.6 | 12.62 | 12.75 | 160.905 | 160.905 | 253.695 | 253.695 |

| str | slsperson | ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 198313 | 30024 | 12312006 | 1132007 | 2 | 734 | 7 | 51.38 | 15.55 | 12.75 | 198.39 | 0 | 66.68 | $66.68 |

# Missed Draw Target 14 out of 19 Pay Periods

## FY2005

| str | slsperson | ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 444699 | 50598 | 1022005 | 1152005 | 148 | 8,031.63 | 7 | 562.21 | 54.24 | 12.75 | 691.56 | 691.56 | 0.00 | 691.56 |
| 802 | 444699 | 50598 | 1162005 | 1292005 | 120 | 8,941.83 | 7 | 625.93 | 65.25 | 12.75 | 831.9375 | 831.94 | 0.00 | 831.94 |
| 802 | 444699 | 50598 | 1302005 | 2122005 | 23 | 3,685.69 | 7 | 258.70 | 30.34 | 12.75 | 386.835 | 386.84 | 0.00 | 386.84 |
| 802 | 444699 | 50598 | 2132005 | 2262005 | 119 | 6,747.49 | 7 | 472.32 | 54.29 | 12.75 | 692.1975 | 692.20 | 0.00 | 692.20 |
| 802 | 444699 | 50598 | 2272005 | 3122005 | 47 | 4,673.49 | 7 | 327.14 | 39.26 | 12.75 | 500.565 | 500.57 | 0.00 | 500.57 |
| 802 | 444699 | 50598 | 3132005 | 3262005 | 17 | 139.94 | 7 | 139.94 | 39.28 | 12.75 | 357 | 357.00 | 0.00 | 357.00 |
| 802 | 0 | 50598 | 9122004 | 9252004 | 95 | 1,993.49 | 7 | 508.34 | 34.14 | 12.75 | 435.285 | 435.29 | 73.05 | 508.34 |
| 802 | 0 | 50598 | 8292004 | 8252004 | 62 | 7,262.00 | 7 | 469.74 | 67.49 | 12.75 | 860.4975 | 860.50 | 0.00 | 860.50 |
| 802 | 0 | 50598 | 9262004 | 10062004 | | 6,710.50 | 7 | | | | | | | |

Page 4

# Missed Draw Target 12 Out of 15 Pay Periods

## FY2005

| str | salesperson ID | salesperson flg | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd TOTAL PAY | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 444699 | 0 | 10102004 | 10232004 | 74 | 8,368.44 | 7 | 655.79 | 46.51 | 12.75 | 593.0025 | 0.00 | 593.00 | 62.79 | 655.79 |
| 802 | 444699 | | 10242004 | 11062004 | 113 | 9,632.50 | 7 | 674.28 | 65.67 | 12.75 | 837.2925 | 0.00 | 837.29 | 0.00 | 837.29 |
| 802 | 444699 | | 11072004 | 11202004 | 86 | 8,608.34 | 7 | 602.58 | 62.79 | 12.75 | 800.5725 | 0.00 | 800.57 | 0.00 | 800.57 |
| 802 | 444699 | | 11212004 | 12042004 | 95 | 10,953.55 | 7 | 766.75 | 71.9 | 12.75 | 916.725 | 0.00 | 916.73 | 0.00 | 916.73 |
| 802 | 444699 | | 12052004 | 12182004 | 114 | 13,482.63 | 7 | 943.78 | 57.31 | 12.75 | 730.7025 | 0.00 | 730.70 | 213.08 | 943.78 |
| 802 | 444699 | | 12192004 | 10102004 | 122 | 11,786.04 | 8 | 825.16 | 56.73 | 12.75 | 723.3075 | 0.00 | 723.31 | 101.85 | 825.16 |
| 802 | 50598 | 0 | 10102004 | 10232004 | 33 | 2,270.92 | 8 | 181.67 | 28.05 | 12.75 | 357.6375 | 0.00 | 357.64 | 0.00 | 357.64 |
| 802 | 50598 | | 10242004 | 11062004 | 33 | 5,623.00 | 8 | 449.84 | 70.36 | 12.75 | 897.09 | 0.00 | 897.09 | 0.00 | 897.09 |
| 802 | 50598 | | 11072004 | 11202004 | 89 | 8,738.53 | 8 | 699.08 | 75.74 | 12.75 | 965.685 | 0.00 | 965.69 | 0.00 | 965.69 |
| 802 | 50598 | | 11212004 | 12042004 | 33 | 2,494.79 | 8 | 199.58 | 76.64 | 12.75 | 977.16 | 0.00 | 977.16 | 0.00 | 977.16 |

## FY2006

| str | salesperson ID | salesperson flg | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd TOTAL PAY | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 52089 | 0 | 1022005 | 1152005 | 18 | 2,080.00 | 7 | 145.60 | 24.76 | 12.75 | 315.69 | 0.00 | 315.69 | 0.00 | 200.56 |
| 802 | 52089 | | 1162005 | 1292005 | 20 | 5,988.08 | 7 | 419.03 | 12.52 | 12.75 | 159.63 | 0.00 | 159.63 | 259.40 | 419.03 |
| 802 | 52089 | | 1302005 | 2122005 | 29 | 5,830.80 | 7 | 408.16 | 12.08 | 12.75 | 154.02 | 0.00 | 154.02 | 199.18 | 353.20 |
| 802 | 52089 | | 2132005 | 2262005 | 9 | 539.45 | 7 | 37.76 | 22.94 | 12.75 | 292.485 | 0.00 | 292.49 | 0.00 | 292.49 |
| 802 | 54288 | 0 | 2272005 | 3122005 | 13 | 666.50 | 7 | 46.66 | 12.07 | 12.75 | 153.89 | 0.00 | 153.89 | 0.00 | 153.89 |
| 802 | 54288 | | 3132005 | 3262005 | 12 | 2,279.00 | 7 | 159.53 | 19.48 | 12.75 | 248.37 | 0.00 | 248.37 | 0.00 | 248.37 |
| 802 | 54288 | | 3272005 | 4092005 | 14 | 1,517.83 | 7 | 106.25 | 23.25 | 12.75 | 296.4375 | 0.00 | 296.44 | 0.00 | 296.44 |
| 802 | 54288 | | 1212005 | 1218004 | 21 | 3,047.89 | 7 | 213.35 | 28.62 | 12.75 | 364.905 | 0.00 | 364.91 | 0.00 | 364.91 |
| 802 | 54288 | | 1219004 | 1012005 | 57 | 3,190.87 | 7 | 223.36 | 21.25 | 12.75 | 270.9375 | 0.00 | 270.94 | 0.00 | 270.94 |

# Missed Draw Target Every Pay Period

## FY2005

| str | salesperson ID | salesperson flg | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd TOTAL PAY | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 54288 | 0 | 4102005 | 4232005 | 10 | 1,861.6 | 7 | 130.312 | 14.95 | 12.75 | 190.6125 | 0.00 | 190.6125 | 0 | 190.6125 |
| 802 | 54288 | | 4242005 | 5072005 | 8 | 1,088.75 | 7 | 76.2125 | 11.35 | 12.75 | 144.7125 | 0.00 | 144.7125 | 0 | 144.7125 |
| 802 | 54288 | | 5082005 | 5212005 | 30 | 2,294.95 | 7 | 160.5465 | 17.72 | 12.75 | 225.93 | 0.00 | 225.93 | 0 | 225.93 |
| 802 | 54288 | | 5222005 | 6042005 | 1 | 487.99 | 7 | 34.1593 | 11.89 | 12.75 | 151.5975 | 0.00 | 151.5975 | 0 | 151.5975 |
| 802 | 54288 | | 6052005 | 6182005 | 7 | 126.68 | 7 | 8.8676 | 5.73 | 12.75 | 73.0575 | 0.00 | 73.0575 | 0 | 73.0575 |
| 802 | 54288 | | 6192005 | 7022005 | 25 | 486.81 | 7 | 34.0767 | 11.86 | 12.75 | 151.215 | 0.00 | 151.215 | 0 | 151.215 |
| 802 | 54288 | | 7032005 | 7162005 | 71 | 2,959.18 | 7 | 207.1426 | 24.3 | 12.75 | 309.825 | 0.00 | 309.825 | 0 | 309.825 |
| 802 | 54288 | | 7172005 | 7302005 | 14 | 1,495.75 | 7 | 104.7025 | 12.37 | 12.75 | 157.7175 | 0.00 | 157.7175 | 0 | 157.7175 |
| 802 | 54288 | | 7312005 | 8132005 | 5 | 147.79 | 7 | 10.3453 | 13.08 | 12.75 | 166.77 | 0.00 | 166.77 | 0 | 166.77 |
| 802 | 54288 | | 8142005 | 8272005 | 72 | 6,607.13 | 7 | 462.4891 | 5.92 | 12.75 | 75.48 | 0.00 | 75.48 | 208.2491 | 283.7291 |

## Missed Draw Target 25 out of 33 Pay Periods

**FY2005**

Page 5

**FY2007 (Calendar April 06-March 07)**

| str | slsperson file | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 54288 | 8282005 | 9102005 | 13 | 5038.8 | 7 | 352.716 | 11.51 | 12.75 | 146.7525 | 146.7525 | 205.9635 | 352.716 |
| 802 | 0 | 54288 | 9252005 | 9242005 | 5 | 986.25 | 7 | 69.0375 | 10.65 | 12.75 | 135.7875 | 135.7875 |  | 135.7875 |
| 802 | 0 | 54288 | 9252005 | 10082005 | 16 | 14328.8 | 7 | 1003.016 | 11.35 | 12.75 | 144.7125 | 144.7125 | 791.5535 | 936.286 |
| 810 | 0 | 54288 | 1282007 | 2102007 | 36 | 5500.95 | 7 | 385.07 | 21.16 | 10.15 | 214.774 | 214.77 | 170.29 | 385.07 |
| 810 | 0 | 54288 | 2112007 | 2242007 | 12 | 4497.8 | 7 | 314.85 | 12.53 | 11.25 | 140.9625 | 140.96 | 173.88 | 314.85 |
| 810 | 0 | 54288 | 2252007 | 3112007 | 18 | 3043.25 | 7 | 213.03 | 19.62 | 11.25 | 220.725 | 220.73 | 0.00 | 220.73 |
| 810 | 0 | 54288 | 3112007 | 3242007 | 16 | 1351.85 | 7 | 94.63 | 23.62 | 11.25 | 265.725 | 265.73 | 0.00 | 265.73 |
| 810 | 0 | 54288 | 10082006 | 10212006 | 28 | $1,138.00 | 7 | 79.66 | 21.24 | 10.15 | 215.586 | 215.59 | 0.00 | 215.59 |
| 810 | 0 | 54288 | 10222006 | 11042006 | 2 | 175.00 | 7 | 12.25 | 13.43 | 10.15 | 136.3945 | 136.31 | 0.00 | 136.31 |
| 810 | 0 | 54288 | 10222006 | 11042006 | 59 | $9,973.25 | 7 | 698.13 | 29.31 | 10.15 | 297.4945 | 297.50 | 400.63 | 698.13 |
| 810 | 0 | 54288 | 11192006 | 12022006 | 17 | $923.98 | 7 | 64.6786 | 18.49 | 10.15 | 187.6735 | 187.67 | 0.00 | 187.67 |
| 810 | 0 | 54288 | 12032006 | 12162006 | 22 | $366.75 | 7 | 25.67 | 23.58 | 10.15 | 239.34 | 239.34 | 0.00 | 239.34 |
| 810 | 0 | 54288 | 12172006 | 12302006 | 21 | $1,369.00 | 7 | 95.83 | 15.83 | 10.15 | 160.6745 | 160.67 | 0.00 | 160.67 |
| 810 | 0 | 54288 | 12312006 | 1132007 | 11 | 401.24 | 7 | 28.09 | 13.54 | 10.15 | 137.431 | 97.34 | 0.00 | 97.34 |
| 810 | 355860 | 34713 | 1022005 | 1152005 | 37 | 4,410.08 | 8.5 | 374.86 | 40.82 | 10.15 | 414.323 | 373.72 | 1.13 | 374.86 |
| 810 | 355860 | 34713 | 1162005 | 1292005 | 26 | 3,272.21 | 8.5 | 278.14 | 43.34 | 10.15 | 439.901 | 439.90 | 0.00 | 439.90 |
| 810 | 355860 | 34713 | 1302005 | 2122005 | 12 | 1,811.05 | 8.5 | 153.94 | 31.66 | 10.15 | 321.349 | 321.35 | 0.00 | 321.35 |
| 810 | 355860 | 34713 | 2132005 | 2262005 | 21 | 2,030.19 | 8.5 | 172.57 | 35.55 | 10.15 | 360.8325 | 360.83 | 0.00 | 360.83 |
| 810 | 355860 | 34713 | 2272005 | 3122005 | 28 | 3,775.26 | 8.5 | 320.90 | 37.14 | 10.15 | 376.971 | 376.97 | 0.00 | 376.97 |
| 810 | 355860 | 34713 | 3132005 | 3262005 | 18 | 2,062.00 | 8.5 | 175.27 | 31.95 | 10.15 | 324.2925 | 324.29 | 0.00 | 324.29 |
| 810 | 355860 | 34713 | 4112004 | 4242004 | 22 | 2,002.89 | 8.5 | 170.25 | 38.07 | 10.15 | 386.4105 | 386.41 | 0.00 | 386.41 |
| 810 | 355860 | 34713 | 4252004 | 5082004 | 59 | 9,134.00 | 8.5 | 776.39 | 19.77 | 10.15 | 200.67 | 200.67 | 575.72 | 776.39 |
| 810 | 355860 | 34713 | 5092004 | 5222004 | -2 | (340.00) | 8.5 | (11.90) | 0 | 10.15 | 0 | 0.00 | 0.00 | 0.00 |
| 810 | 355860 | 34713 | 5232004 | 6052004 | 10 | 1,647.00 | 8.5 | 140.00 | 24.51 | 10.15 | 248.7785 | 248.78 | 0.00 | 248.78 |
| 810 | 355860 | 34713 | 6062004 | 6192004 | 27 | 11,515.46 | 8.5 | 978.81 | 45.27 | 10.15 | 459.4905 | 459.49 | 519.32 | 978.81 |
| 810 | 355860 | 34713 | 6202004 | 7032004 | 39 | 2,604.39 | 8.5 | 221.37 | 28.31 | 10.15 | 287.3465 | 287.35 | 0.00 | 287.35 |
| 810 | 355860 | 34713 | 7042004 | 7172004 | -3 | 4,218.23 | 8.5 | 358.55 | 46.78 | 10.15 | 474.817 | 474.82 | 0.00 | 474.82 |
| 810 | 355860 | 34713 | 7182004 | 7312004 | 20 | (339.20) | 8.5 | (28.83) | 12 | 10.15 | 121.8 | 121.80 | 0.00 | 121.80 |
| 810 | 355860 | 34713 | 8012004 | 8142004 | 24 | 4,361.89 | 8.5 | 370.76 | 32.36 | 10.15 | 328.454 | 328.45 | 42.31 | 370.76 |
| 810 | 355860 | 34713 | 8152004 | 8282004 | 17 | 6,906.10 | 8.5 | 587.02 | 48.38 | 10.15 | 491.057 | 491.06 | 95.96 | 587.02 |
| 810 | 355860 | 34713 | 8292004 | 9112004 | 23 | 5,800.99 | 8.5 | 493.08 | 44.04 | 10.15 | 447.006 | 447.00 | 46.08 | 493.08 |
| 810 | 355860 | 34713 | 9122004 | 9252004 | 8 | 3,563.50 | 8.5 | 302.90 | 44.95 | 10.15 | 456.2425 | 456.24 | 0.00 | 456.24 |
| 810 | 355860 | 34713 | 9262004 | 10092004 | 17 | 2,480.00 | 8.5 | 210.80 | 49.42 | 10.15 | 501.613 | 501.61 | 0.00 | 501.61 |
| 810 | 355860 | 34713 | 10102004 | 10232004 | 10 | 952.00 | 8.5 | 80.92 | 45.76 | 10.15 | 464.464 | 464.46 | 0.00 | 464.46 |
| 810 | 355860 | 34713 | 10242004 | 11062004 | 54 | 3,289.00 | 8.5 | 279.57 | 36.93 | 10.15 | 374.8395 | 374.84 | 0.00 | 374.84 |
| 810 | 355860 | 34713 | 11072004 | 11202004 | 54 | 12,083.26 | 8.5 | 1,027.08 | 46.96 | 10.15 | 476.847 | 476.85 | 550.23 | 1,027.08 |
| 810 | 355860 | 34713 | 11212004 | 12042004 | 54 | 10,938.82 | 8.5 | 929.80 | 55.79 | 10.15 | 566.2685 | 566.27 | 363.53 | 929.80 |

## Missed Draw Target 20 out of 33 Pay Periods

### FY2006 (Calendar April 05-March 06)

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 355860 | 34713 | 12052004 | 12182004 | 92 | 13,152.37 | 8.5 | 1,117.95 | 64.06 | 10.15 | 650.412 | 0.00 | 650.41 | 487.54 | 1,117.95 |
| 810 | 355880 | 34713 | 12192004 | 1012005 | 106 | 19,750.53 | 8.5 | 1,678.80 | 74.95 | 10.15 | 760.7425 | 0.00 | 760.74 | 918.05 | 1,678.80 |

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 355960 | 34713 | 4242005 | 5072005 | 15 | $3,265.20 | 8.5 | $277.54 | 35.71 | 10.15 | $362.46 | $0.00 | $362.46 | $0.00 | $0.00 |
| 810 | 355960 | 34713 | 5082005 | 5212005 | 84 | $14,804.15 | 8.5 | $1,258.35 | 42.58 | 10.15 | $432.19 | $0.00 | $432.19 | $826.17 | $826.17 |
| 810 | 355960 | 34713 | 5222005 | 6042005 | 32 | $10,002.90 | 8.5 | $850.25 | 49.04 | 10.15 | $497.76 | $0.00 | $497.76 | $352.49 | $352.49 |
| 810 | 355960 | 34713 | 6052005 | 6182005 | 22 | 3963.14 | 8.5 | 336.8669 | 33.35 | 10.15 | 338.5025 | 0 | 338.50 | 0.00 | 0.00 |
| 810 | 355960 | 34713 | 6192005 | 7022005 | 47 | $7,533.20 | 8.5 | $648.82 | 17.48 | 10.15 | $177.42 | $0.00 | $177.42 | $471.40 | $471.40 |
| 810 | 355960 | 34713 | 7032005 | 7162005 | 21 | $1,116.16 | 8.5 | $94.87 | 19.15 | 10.15 | $194.37 | $0.00 | $194.37 | $0.00 | $0.00 |
| 810 | 355960 | 34713 | 7172005 | 7302005 | 1 | -$23.00 | 8.5 | -$1.96 | 7.75 | 10.15 | $78.66 | $0.00 | $78.66 | $0.00 | $0.00 |
| 810 | 355960 | 34713 | 7312005 | 8132005 | -2 | -$104.25 | 8.5 | -$8.86 | 7.75 | 10.15 | $78.66 | $0.00 | $78.66 | $0.00 | $0.00 |

## Missed Draw Target 20 out of 33 Pay Periods

### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd | Total BASE Pay | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 715775 | 45379 | 4112004 | 4242004 | 105 | 8,042.50 | 8.5 | 683.61 | 62.32 | 12 | 747.84 | 0.00 | 747.84 | 0.00 | 747.84 |
| 810 | 715775 | 45379 | 4252004 | 5082004 | 121 | 7,170.98 | 8.5 | 609.53 | 53.16 | 12 | 637.92 | 0.00 | 637.92 | 0.00 | 637.92 |
| 810 | 715775 | 45379 | 5092004 | 5222004 | 29 | 1,720.50 | 8.5 | 146.24 | 31.71 | 12 | 380.52 | 0.00 | 380.52 | 0.00 | 380.52 |
| 810 | 715775 | 45379 | 5232004 | 6052004 | 79 | 4,462.69 | 8.5 | 379.33 | 93.33 | 12 | 1119.96 | 0.00 | 1119.96 | 1,119.96 | 1,119.96 |
| 810 | 715775 | 45379 | 6062004 | 6192004 | 131 | 7,539.21 | 8.5 | 640.83 | 63.77 | 12 | 765.24 | 0.00 | 765.24 | 765.24 | 765.24 |
| 810 | 715775 | 45379 | 6202004 | 7032004 | 103 | 10,029.71 | 8.5 | 852.53 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |

## Missed Draw Target Every Pay Period

### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd | Total BASE Pay | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 369906 | 46959 | 5092004 | 5222004 | 82 | 4,760.50 | 8 | 380.84 | 65.62 | 12 | 787.44 | 0.00 | 787.44 | 0.00 | 787.44 |
| 810 | 369906 | 46959 | 5232004 | 6052004 | 157 | 7,963.91 | 8 | 637.11 | 85.76 | 12 | 1029.12 | 0.00 | 1029.12 | 0.00 | 1,029.12 |
| 810 | 369906 | 46959 | 6062004 | 6192004 | 37 | 2,080.57 | 8 | 166.45 | 39.13 | 12 | 469.56 | 0.00 | 469.56 | 0.00 | 469.56 |
| 810 | 369906 | 46959 | 6202004 | 7032004 | 33 | 1,644.88 | 8 | 131.59 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |

## Missed Draw Target Every Pay Period

### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd | Total BASE Pay | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 713268 | 49592 | 8012004 | 8142004 | 153 | 9,339.69 | 8 | 747.18 | 80.31 | 12 | 963.72 | 0.00 | 963.72 | 963.72 | 963.72 |

Page 7

## Missed Draw Target Every Pay Period
### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 93289 | 8012004 | 8142004 | 166 | 13,314.33 | 7 | 932.00 | 172.94 | 12 | 2075.28 | 2,075.28 | 0.00 | 2,075.28 |
| 810 | 93289 | 8152004 | 8282004 | 194 | 12,074.97 | 7 | 845.25 | 82.53 | 12 | 990.36 | 990.36 | 0.00 | 990.36 |
| 810 | 93289 | 8292004 | 9112004 | 153 | 9,918.28 | 7 | 694.28 | 62.48 | 12 | 749.76 | 749.76 | 0.00 | 749.76 |

## Missed Draw Target Every Pay Period
### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 49592 | 8152004 | 8282004 | 66 | 4,740.14 | 8 | 379.21 | 87.54 | 12 | 1050.48 | 1,050.48 | 0.00 | 1,050.48 |
| 810 | 49592 | 8292004 | 9112004 | 105 | 6,414.85 | 8 | 513.17 | 89.43 | 12 | 1073.16 | 1,073.16 | 0.00 | 1,073.16 |
| 810 | 49592 | 9122004 | 9252004 | 73 | 4,888.41 | 8 | 391.07 | 78.87 | 10.15 | 800.5305 | 800.53 | 0.00 | 800.53 |
| 810 | 49592 | 9262004 | 10092004 | 79 | 6,909.00 | 8 | 552.72 | 80.77 | 10.15 | 819.8155 | 819.82 | 0.00 | 819.82 |
| 810 | 49592 | 10102004 | 10232004 | 75 | 8,166.00 | 8 | 653.28 | 73.07 | 10.15 | 741.6605 | 741.66 | 0.00 | 741.66 |
| 810 | 49592 | 10242004 | 11062004 | 79 | 7,045.01 | 8 | 563.60 | 71.02 | 10.15 | 720.853 | 720.85 | 0.00 | 720.85 |
| 810 | 49592 | 11072004 | 11202004 | 89 | 7,530.40 | 8 | 602.43 | 77.71 | 10.15 | 788.7565 | 788.76 | 0.00 | 788.76 |
| 810 | 49592 | 11212004 | 12042004 | 68 | 6,192.15 | 8 | 495.45 | 73.99 | 10.15 | 750.9985 | 751.00 | 0.00 | 751.00 |
| 810 | 49592 | 12052004 | 12182004 | 154 | 12,229.87 | 8 | 978.39 | 69.5 | 10.15 | 705.425 | 705.43 | 0.00 | 705.43 |

## Missed Draw Target Every Pay Period
### FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 816356 | 1022005 | 1152005 | 76 | 6,148.27 | 7 | 430.38 | 58.73 | 10.15 | 596.1095 | 596.11 | 0.00 | 596.11 |
| 810 | 816356 | 1162005 | 1292005 | 4 | (2,024.01) | 7 | (141.68) | 48.58 | 10.15 | 493.087 | 493.09 | 0.00 | 493.09 |
| 810 | 816356 | 1302005 | 2122005 | 5 | 277.47 | 7 | 19.42 | 24.42 | 10.15 | 247.863 | 247.86 | 0.00 | 247.86 |
| 810 | 816356 | 2132005 | 2262005 | 53 | 4,805.46 | 7 | 336.38 | 42.71 | 10.15 | 433.5065 | 433.51 | 0.00 | 433.51 |
| 810 | 816356 | 2272005 | 3122005 | 6 | 322.50 | 7 | 22.58 | 37.35 | 10.15 | 379.1025 | 379.10 | 0.00 | 379.10 |
| 810 | 816356 | 3132005 | 3262005 | 60 | 4,678.50 | 7 | 327.50 | 61.88 | 10.15 | 628.082 | 628.08 | 0.00 | 628.08 |
| 810 | 816356 | | | 9 | 785.50 | 7 | 54.99 | 8.1 | 10.15 | 82.215 | 82.22 | 0.00 | 82.22 |
| 810 | 0 | 10102004 | 10232004 | 60 | 4,697.50 | 7 | 328.83 | 45.01 | 10.15 | 456.8515 | 456.85 | 0.00 | 456.85 |
| 810 | 0 | 10242004 | 11062004 | 49 | 3,838.76 | 7 | 268.77 | 50.14 | 10.15 | 508.921 | 508.92 | 0.00 | 508.92 |
| 810 | 52209 | 11072004 | 11202004 | 48 | 5,540.00 | 7 | 387.80 | 39.5 | 10.15 | 400.925 | 400.93 | 0.00 | 400.93 |
| 810 | 52209 | 12052004 | 12182004 | 28 | 2,424.30 | 7 | 169.70 | 27.52 | 10.15 | 279.328 | 279.33 | 0.00 | 279.33 |
| 810 | 52209 | 12192004 | 1012005 | 66 | 7,448.90 | 7 | 521.42 | 42.31 | 10.15 | 429.4465 | 429.45 | 0.00 | 429.45 |

# Missed Draw Target 7 out of 8 Pay Periods

## FY2005

### slsperson 54487 (FY2005)

| str | slsperson ID | slsperson file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 54487 | 1022005 | 1152005 | 57 | 4,316.80 | 7 | 302.18 | 54.12 | 10.15 | 549.318 | 498.57 | 0.00 | 498.57 |
| 810 | 0 | 54487 | 1162005 | 1292005 | 29 | 1,838.90 | 7 | 128.72 | 45.78 | 10.15 | 464.667 | 464.67 | 0.00 | 464.67 |
| 810 | 0 | 54487 | 1302005 | 2122005 | 48 | 3,567.38 | 7 | 51.42 | 51.42 | 10.15 | 521.913 | 521.91 | 0.00 | 521.91 |
| 810 | 0 | 54487 | 2132005 | 2262005 | 61 | 5,816.70 | 7 | 407.17 | 39.02 | 10.15 | 396.05 | 396.05 | 0.00 | 396.05 |
| 810 | 0 | 54487 | 2272005 | 3122005 | 57 | 3,679.71 | 7 | 257.58 | 62.09 | 10.15 | 630.2135 | 630.21 | 0.00 | 630.21 |
| 810 | 0 | 54487 | 3132006 | 3262006 | 44 | 3,193.00 | 7 | 223.51 | 40.94 | 10.15 | 415.541 | 415.54 | 0.00 | 415.54 |
| 810 | 0 | 54487 | 12052004 | 12182004 | 179 | 14,412.93 | 7 | 1,008.91 | 105.61 | 10.15 | 1,071.9415 | 1,071.94 | 0.00 | 1,071.94 |
| 810 | 0 | 54487 | 12192004 | 1012005 | 96 | 7,256.77 | 7 | 507.97 | 33.08 | 10.15 | 335.762 | 335.76 | 172.21 | 507.97 |

### slsperson 54730 — FY2005

| str | slsperson ID | slsperson file | net sales | Com % | Com $ | Base Hrs | HR Rate | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 54730 | 3,542.00 | 7 | 247.94 | 55.05 | 10.15 | 558.76 | 0.00 | 558.76 |
| 810 | 0 | 54730 | 2,703.05 | 7 | 189.21 | 37.21 | 10.15 | 377.68 | 0.00 | 377.68 |
| 810 | 0 | 54730 | 2,627.42 | 7 | 183.92 | 36.29 | 10.15 | 368.3435 | 0.00 | 368.34 |
| 810 | 0 | 54730 | 2,588.45 | 7 | 181.19 | 29.14 | 10.15 | 295.771 | 0.00 | 295.77 |
| 810 | 0 | 54730 | 2,139.27 | 7 | 149.75 | 59.27 | 10.15 | 601.5905 | 0.00 | 601.59 |
| 810 | 0 | 54730 | 907.50 | 7 | 63.53 | 32.57 | 10.15 | 330.5855 | 0.00 | 330.59 |
| 810 | 0 | 54730 | 3,048.32 | 7 | 213.38 | 0 | 10.15 | 0 | 0.00 | 0.00 |
| 810 | 0 | 54730 | 10,403.72 | 7 | 728.61 | 134.13 | 10.15 | 1,361.4195 | 0.00 | 1,361.42 |
| | | Total | | | | | | | | 1,361.42 |

### FY2006 (Calendar April 05–March 06) — slsperson 54730

| str | slsperson ID | slsperson file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 54730 | 3272005 | 4092005 | 43 | 6,257.23 | 7 | 438.01 | 52.76 | 10.15 | 535.51 | $0.00 | $0.00 | 535.51 |
| 810 | 0 | 54730 | 4102005 | 4232005 | 99 | 3,526.76 | 7 | 246.67 | 42.59 | 10.15 | 432.29 | $0.00 | $0.00 | 432.29 |
| 810 | 0 | 54730 | 4242005 | 5072005 | 46 | 4,819.08 | 7 | 337.34 | 44.98 | 10.15 | 456.55 | $0.00 | $0.00 | 456.55 |
| 810 | 0 | 54730 | 5082005 | 5212005 | 73 | 4,863.01 | 7 | 340.41 | 33.44 | 10.15 | 339.42 | $0.00 | $0.00 | 339.42 |
| 810 | 0 | 54730 | 5222005 | 6042005 | 80 | 5,128.67 | 7 | 359.00 | 35.09 | 10.15 | 356.1635 | 356.16 | $0.00 | 356.16 |
| 810 | 0 | 54730 | 6052005 | 6182005 | 90 | 7,490.06 | 7 | 524.30 | 50.96 | 10.15 | 517.24 | $0.00 | $0.00 | 517.24 |
| 810 | 0 | 54730 | 6192005 | 7022005 | 120 | 4,498.71 | 7 | 314.91 | 56.74 | 10.15 | 575.91 | $0.00 | $0.00 | 524.14 |
| 810 | 0 | 54730 | 7032005 | 7162005 | 88 | 4,925.52 | 7 | 344.86 | 36.52 | 10.15 | 370.68 | $0.00 | $0.00 | 370.68 |
| 810 | 0 | 54730 | 7172005 | 7302005 | 88 | 5,449.86 | 7 | 381.49 | 47.63 | 10.15 | 483.44 | $0.00 | $0.00 | 483.44 |
| 810 | 0 | 54730 | 7312005 | 8132005 | 93 | 6,683.25 | 7 | 467.83 | 40.09 | 10.15 | 406.9135 | $0.00 | $0.00 | 406.91 |
| 810 | 0 | 54730 | 8142005 | 8272005 | 76 | 8,631.98 | 7 | 604.24 | 60.85 | 10.15 | 617.6275 | $0.00 | $0.00 | 617.63 |
| 810 | 0 | 54730 | 8282005 | 9102005 | 100 | 8,455.10 | 7 | 591.86 | 67.66 | 10.15 | 686.749 | $0.00 | $0.00 | 686.75 |
| 810 | 0 | 54730 | 9112005 | 9242005 | 106 | 7,150.50 | 7 | 500.54 | 59.56 | 10.15 | 604.534 | $0.00 | $0.00 | 604.53 |
| 810 | 0 | 54730 | 9252005 | 10082005 | 66 | 8,511.70 | 7 | 595.81 | 58.7 | 10.15 | 595.805 | $0.00 | $0.00 | 595.81 |
| 810 | 0 | 54730 | 10092005 | 10222005 | 49 | 4,598.98 | 7 | 321.93 | 52.41 | 10.15 | 531.9615 | $0.00 | $0.00 | 531.96 |
| 810 | 0 | 54730 | 10232005 | 11052005 | 32 | 3,351.00 | 7 | 234.57 | 56.89 | 10.15 | 577.4335 | $0.00 | $0.00 | 362.25 |
| 810 | 0 | 54730 | 11062005 | 11192005 | 53 | | 7 | | 64.09 | 10.15 | 650.5135 | | | 531.96 |
| 810 | 0 | 54730 | 12042005 | 12172005 | 17 | 1,796.48 | 7 | 125.75 | 64.09 | 10.15 | 650.5135 | 650.51 | 0.00 | 650.51 |
| | | Total | | | | | | | | | | 0.00 | 0.00 | 0.00 |

## Missed Draw Target Every Pay Period
### FY2005

| str | | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 817 | 0 | 50569 | 1022005 | 1152005 | 90 | 6,472.63 | 8 | 517.81 | 74.59 | 10.15 | 757.0885 | 0.00 | 713.04 | 0.00 | 713.04 |
| 817 | 0 | 50569 | 1162005 | 1292005 | 73 | 8,364.30 | 8 | 669.14 | 71.05 | 10.15 | 721.1575 | 0.00 | 721.16 | 0.00 | 721.16 |
| 817 | 0 | 50569 | 1302005 | 2122005 | 64 | 3,812.83 | 8 | 305.03 | 63.77 | 10.15 | 647.2655 | 0.00 | 647.27 | 0.00 | 647.27 |
| 817 | 0 | 50569 | 2132005 | 2262005 | 31 | 2,431.32 | 8 | 194.51 | 59.94 | 10.15 | 608.391 | 0.00 | 608.39 | 0.00 | 608.39 |
| 817 | 0 | 50569 | 8292004 | 9112004 | 56 | 5,150.45 | 8 | 412.04 | 68.3 | 12 | 819.6 | 0.00 | 819.60 | (407.56) | 412.04 |
| 817 | 0 | 50569 | 9262004 | 10092004 | 101 | 9,545.49 | 8 | 763.64 | 36 | 12 | 432 | 0.00 | 432.00 | 331.64 | 763.64 |
| 817 | 0 | 50569 | 10102004 | 10232004 | 110 | 12,397.46 | 8 | 991.80 | 79.4 | 10.15 | 805.91 | 0.00 | 805.91 | 185.89 | 991.80 |
| 817 | 0 | 50569 | 10242004 | 11062004 | 56 | 5,152.50 | 8 | 412.20 | 61.99 | 10.15 | 629.1985 | 0.00 | 629.20 | 0.00 | 629.20 |
| 817 | 0 | 50569 | 11072004 | 11202004 | 46 | 6,399.00 | 8 | 511.92 | 76.94 | 10.15 | 780.941 | 0.00 | 780.94 | 0.00 | 780.94 |
| 817 | 0 | 50569 | 11212004 | 12042004 | 102 | 14,253.33 | 8 | 1,140.27 | 80.21 | 10.15 | 814.1315 | 0.00 | 814.13 | 0.00 | 814.13 |
| 817 | 0 | 50569 | 12052004 | 12182004 | 51 | 17,895.47 | 8 | 1,431.64 | 70.61 | 10.15 | 716.6915 | 0.00 | 716.69 | 419.26 | 1,135.95 |
| 817 | 0 | 50569 | 12192004 | 1012005 | 105 | 7,927.91 | 8 | 634.23 | 76.34 | 10.15 | 774.851 | 0.00 | 774.85 | 0.00 | 774.85 |
| 817 | 0 | 50569 | 12192004 | 1012005 | 180 | 15,124.16 | 8 | 1,209.93 | 79.86 | 10.15 | 810.579 | 0.00 | 810.58 | 258.73 | 1,069.31 |
| | | | | | 180 | 15,124.16 | 8 | 1,209.93 | 79.86 | | 810.579 | 0.00 | 810.58 | 258.73 | 1,069.31 |

## Missed Draw Target 11 out of 14 Pay Periods
### FY2005

| str | | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 817 | 0 | 51468 | 1022005 | 1152005 | 25 | 864.33 | 8 | 69.15 | 21.34 | 10.15 | 216.601 | 0.00 | 181.58 | 0.00 | 181.58 |
| 817 | 0 | 51468 | 1162005 | 1292005 | 38 | 2,096.25 | 8 | 167.22 | 25.96 | 10.15 | 263.494 | 0.00 | 263.49 | 0.00 | 263.49 |
| 817 | 0 | 51468 | 1302005 | 2122005 | 26 | 2,029.98 | 8 | 162.40 | 17.88 | 10.15 | 181.482 | 0.00 | 181.48 | 0.00 | 181.48 |
| 817 | 0 | 51468 | 2132005 | 2262005 | 14 | 591.69 | 8 | 47.34 | 33.2 | 10.15 | 336.98 | 0.00 | 336.98 | 0.00 | 336.98 |
| 817 | 0 | 51468 | 2272005 | 312005 | -1 | (27.30) | 8 | (2.18) | 22.74 | 12 | 272.88 | 0.00 | 272.88 | 0.00 | 272.88 |
| 817 | 0 | 51468 | 9262004 | 10092004 | 3 | 206.00 | 8 | 16.48 | 18.00 | 12 | 183.512 | 0.00 | 183.51 | 0.00 | 183.51 |
| 817 | 0 | 51468 | 10102004 | 11062004 | 36 | 1,733.45 | 8 | 138.68 | 22.99 | 10.15 | 233.3485 | 0.00 | 233.35 | 0.00 | 233.35 |
| 817 | 0 | 51468 | 11072004 | 10232004 | 8 | 138.68 | 8 | | | | | | | | |
| 817 | 0 | 51468 | 10242004 | 12042004 | 29 | (513.00) | 8 | (41.04) | 28.52 | 10.15 | 289.478 | 0.00 | 289.48 | 0.00 | 289.48 |
| 817 | 0 | 51468 | 11212004 | 11202004 | 25 | 3,093.22 | 8 | 247.46 | 26.88 | 10.15 | 272.832 | 0.00 | 272.83 | 0.00 | 272.83 |
| 817 | 0 | 51468 | 12052004 | 12182004 | 44 | 2,407.75 | 8 | 192.62 | 36.69 | 10.15 | 372.4035 | 0.00 | 372.40 | 0.00 | 372.40 |
| 817 | 0 | 51468 | 12192004 | 1012005 | 97 | 2,191.80 | 8 | 175.34 | 37.87 | 10.15 | 384.3805 | 0.00 | 384.38 | 0.00 | 384.38 |
| 817 | 0 | 51468 | 12192004 | 1012005 | 97 | 7,799.16 | 8 | 623.93 | 37.87 | 10.15 | 384.3805 | 0.00 | 384.38 | 0.00 | 384.38 |
| | | | | | | 7,799.16 | 8 | 623.93 | | | | | 384.38 | | 384.38 |

## Missed Draw Target Every Pay Period

## FY2005
## Missed Draw Target 9 out of 10 Pay Periods

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 30076 | 4/11/2004 | 4/24/2004 | 115 | 9,228.99 | 8.5 | 784.46 | 88.67 | 10.15 | 900.0005 | 0.00 | 900.00 | 0.00 | 900.00 |
| 831 | 30076 | 5/09/2004 | 5/22/2004 | 125 | 10,058.40 | 8.5 | 854.96 | 91.92 | 10.15 | 932.988 | 0.00 | 932.99 | 0.00 | 932.99 |
| 831 | 30076 | 5/23/2004 | 6/05/2004 | 113 | 8,906.00 | 8.5 | 757.01 | 87.8 | 10.15 | 891.17 | 0.00 | 891.17 | 0.00 | 891.17 |
| 831 | 30076 | 6/06/2004 | 6/19/2004 | 134 | 9,104.75 | 8.5 | 773.90 | 91.14 | 10.15 | 925.071 | 0.00 | 925.07 | 0.00 | 925.07 |
| 831 | 30076 | 6/20/2004 | 7/03/2004 | 102 | 11,032.86 | 8.5 | 937.79 | 93.33 | 10.15 | 947.2995 | 0.00 | 947.30 | 0.00 | 947.30 |
| 831 | 30076 | 7/04/2004 | 7/17/2004 | 102 | 6,362.86 | 8.5 | 540.80 | 82.84 | 10.15 | 840.826 | 0.00 | 840.82 | 0.00 | 840.82 |
| 831 | 30076 | 7/18/2004 | 7/31/2004 | 92 | 6,687.17 | 8.5 | 568.41 | 79.66 | 10.15 | 808.549 | 0.00 | 808.55 | 0.00 | 808.55 |
| 831 | 30076 | 8/01/2004 | 8/14/2004 | 140 | 11,132.24 | 8.5 | 946.24 | 81.8 | 10.15 | 830.27 | 0.00 | 830.27 | 115.97 | 946.24 |
| 831 | 30076 | 8/15/2004 | 8/28/2004 | 41 | 2,046.91 | 8.5 | 173.99 | 43.85 | 10.15 | 445.0775 | 0.00 | 445.08 | 0.00 | 445.08 |
| 831 | 30076 | 8/29/2004 | 9/11/2004 | 54 | 4,212.45 | 8.5 | 358.06 | 44.34 | 10.15 | 450.051 | 0.00 | 450.05 | 0.00 | 450.05 |

## FY2005
## Missed Draw Target 13 out of 19 Pay Periods

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 769647 | 1/02/2005 | 1/15/2005 | 62 | 6,515.49 | 7 | 456.08 | 44.4 | 12 | 532.8 | 0.00 | 532.80 | 0.00 | 532.80 |
| 831 | 769647 | 1/16/2005 | 1/29/2005 | 40 | 3,229.74 | 7 | 226.08 | 35.69 | 10.15 | 362.2535 | 0.00 | 362.25 | 0.00 | 362.25 |
| 831 | 769647 | 1/30/2005 | 2/12/2005 | 71 | 4,894.39 | 7 | 342.61 | 43.68 | 10.15 | 443.352 | 0.00 | 443.35 | 0.00 | 443.35 |
| 831 | 769647 | 2/13/2005 | 2/26/2005 | 73 | 6,906.14 | 7 | 483.43 | 37.99 | 10.15 | 385.5985 | 0.00 | 385.60 | 97.83 | 483.43 |
| 831 | 769647 | 2/27/2005 | 3/12/2005 | 35 | 4,350.43 | 7 | 304.53 | 27.84 | 10.15 | 282.576 | 0.00 | 282.58 | 21.95 | 304.53 |
| 831 | 769647 | 3/13/2005 | 3/26/2005 | 35 | 2,858.00 | 7 | 200.06 | 29.45 | 10.15 | 298.9175 | 0.00 | 298.92 | 0.00 | 298.92 |
| 831 | 769647 | 9/12/2004 | 9/25/2004 | 54 | 5,524.25 | 7 | 386.70 | 50.61 | 12 | 607.32 | 0.00 | 607.32 | 0.00 | 607.32 |
| 831 | 769647 | 9/26/2004 | 10/09/2004 | 85 | 9,409.00 | 7 | 658.63 | 46.32 | 12 | 555.84 | 0.00 | 555.84 | 102.79 | 658.63 |
| 831 | 769647 | 10/10/2004 | 10/23/2004 | 41 | 7,533.00 | 7 | 527.31 | 35.82 | 12 | 429.84 | 0.00 | 429.84 | 97.47 | 527.31 |
| 831 | 769647 | 10/24/2004 | 11/06/2004 | 44 | 2,496.99 | 7 | 174.79 | 26.91 | 12 | 322.92 | 0.00 | 322.92 | 0.00 | 322.92 |
| 831 | 769647 | 11/07/2004 | 11/20/2004 | 58 | 5,899.15 | 7 | 412.94 | 29.77 | 12 | 357.24 | 0.00 | 357.24 | 55.70 | 412.94 |
| 831 | 769647 | 11/21/2004 | 12/04/2004 | 71 | 10,033.28 | 7 | 702.33 | 46.65 | 12 | 559.8 | 0.00 | 559.80 | 142.53 | 702.33 |
| 831 | 769647 | 12/05/2004 | 12/18/2004 | 52 | 6,166.49 | 7 | 431.65 | 19.6 | 12 | 235.2 | 0.00 | 235.20 | 196.45 | 431.65 |
| 831 | 769647 | 12/19/2004 | 1/01/2005 | 168 | 20,548.36 | 7 | 1,438.39 | 75.88 | 12 | 910.56 | 0.00 | 910.56 | 527.83 | 1,438.39 |

## FY2006 (Calendar April 05-March 06)

| str | slsperson | fle | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 0 | 50964 | 3/27/2005 | 4/09/2005 | 4 | $553.50 | 7 | $38.75 | 16.42 | 10.15 | $166.66 | $0.00 | $166.66 | $0.00 | 166.66 |
| 831 | 0 | 50964 | 4/10/2005 | 4/23/2005 | 53 | $5,060.39 | 7 | $354.23 | 28.26 | 10.15 | $286.84 | $0.00 | $286.84 | $0.00 | 286.84 |
| 831 | 0 | 50964 | 4/24/2005 | 5/07/2005 | 68 | $5,120.90 | 7 | $358.46 | 29.92 | 10.15 | $303.69 | $0.00 | $303.69 | $0.00 | 303.69 |
| 831 | 0 | 50964 | 5/08/2005 | 5/21/2005 | 95 | $12,115.30 | 7 | $848.07 | 28.2 | 10.15 | $286.23 | $0.00 | $286.23 | $368.33 | 654.56 |
| 831 | 0 | 50964 | 5/22/2005 | 6/04/2005 | 47 | $4,012.90 | 7 | $280.90 | 36.8 | 10.15 | $373.52 | $0.00 | $373.52 | $0.00 | 373.52 |

# FY2006

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Base Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 588681 | 48200 | 10/1/2006 | 11/4/2006 | 103 | 16150.18 | 8 | 1292.0144 | 61.64 | 12.75 | 698.57 | 925.78 | 593.444 | $925.78 |
| 802 | 588681 | 48200 | 11/5/2006 | 12/2/2006 | 86 | 787.63 | 8 | 63.0104 | 81.37 | 12.75 | 1037.4675 | 1037.4675 | 0 | $1,037.47 |
| 802 | 588681 | 48200 | 12/3/2006 | 12/30/2006 | 94 | 10065.78 | 8 | 805.2624 | 71.23 | 12.75 | 908.1825 | 908.1825 | 0 | $908.18 |
| 802 | 588681 | 48200 | 1/2/2006 | 2/10/2006 | 139 | 14297.3 | 8 | 1143.784 | 74.6 | 12.75 | 951.15 | 951.15 | 0 | $951.15 |
| 802 | 588681 | 48200 | 2/12/2006 | 2/24/2006 | 85 | 9785.93 | 8 | 782.8744 | 74.52 | 12.75 | 950.13 | 950.13 | 0 | $950.13 |
| 802 | 588681 | 48200 | 2/6/2006 | 3/10/2006 | 72 | 8371.51 | 8 | 669.7208 | 73.68 | 12.75 | 939.42 | 939.42 | 0 | $939.42 |
| 802 | 588681 | 48200 | 3/12/2006 | 4/8/2006 | 56 | 10144 | 8 | 811.52 | 71.66 | 12.75 | 913.665 | 913.665 | 0 | $913.67 |
| 802 | 588681 | 48200 | 3/26/2006 | 4/22/2006 | 83 | 6651 | 8 | 532.08 | 76.12 | 12.75 | 970.53 | 970.53 | 0 | $970.53 |
| 802 | 588681 | 48200 | 4/10/2005 | 4/23/2005 | 147 | 10693.23 | 8 | 855.4584 | 73.35 | 12.75 | 935.2125 | 935.2125 | 0 | $935.21 |
| 802 | 588681 | 48200 | 4/24/2005 | 5/7/2005 | 158 | 10615.99 | 8 | 849.2792 | 78.89 | 12.75 | 1005.8475 | 1005.8475 | 0 | $1,005.85 |
| 802 | 588681 | 48200 | 5/8/2005 | 5/21/2005 | 301 | 23817.16 | 8 | 1905.3728 | 80.18 | 12.75 | 1022.295 | 1022.295 | 0 | $1,022.30 |
| 802 | 588681 | 48200 | 5/22/2005 | 6/4/2005 | 252 | 20838.89 | 8 | 1550.9512 | 83.07 | 12.75 | 1059.1425 | 1059.1425 | 250.7787 | $1,059.14 |
| 802 | 588681 | 48200 | 6/5/2005 | 6/18/2005 | 258 | 21574.16 | 8 | 1725.9328 | 76.64 | 12.75 | 977.16 | 977.16 | 748.7728 | $977.16 |
| 802 | 588681 | 48200 | 6/19/2005 | 7/2/2005 | 124 | 9470.51 | 8 | 757.6408 | 69.81 | 12.75 | 890.0775 | 890.0775 | 0 | $890.08 |
| 802 | 588681 | 48200 | 7/3/2005 | 7/16/2005 | 63 | 9470.51 | 8 | 757.6408 | 72.15 | 12.75 | 919.9125 | 919.9125 | 0 | $919.91 |
| 802 | 588681 | 48200 | 7/17/2005 | 7/30/2005 | 116 | 15420.76 | 8 | 1233.6608 | 80.21 | 12.75 | 1022.6775 | 1022.6775 | 227.3933 | $1,022.68 |
| 802 | 588681 | 48200 | 7/31/2005 | 8/13/2005 | 55 | 17465.98 | 8 | 1397.2784 | 80.94 | 12.75 | 1031.985 | 1031.985 | 374.6009 | $1,031.99 |
| 802 | 588681 | 48200 | 8/14/2005 | 8/27/2005 | 169 | 29784.73 | 8 | 2382.7784 | 74.94 | 12.75 | 955.485 | 955.485 | 1350.7934 | $955.49 |
| 802 | 588681 | 48200 | 8/28/2005 | 9/10/2005 | 226 | -1634.39 | 8 | -130.7512 | 80.47 | 12.75 | 1085.4075 | 1085.4075 | 0 | $1,085.41 |
| 802 | 588681 | 48200 | 9/11/2005 | 9/24/2005 | 136 | 21902.61 | 8 | 1752.2088 | 85.13 | 12.75 | 1085.4075 | 1085.4075 | 273.6222 | $1,085.41 |
| 802 | 588681 | 48200 | 9/25/2005 | 10/8/2005 | 133 | 14499 | 8 | 1159.92 | 80.54 | 12.75 | 1028.885 | 1028.885 | 266.4 | $1,028.89 |
| 802 | 588681 | 48200 | 10/9/2005 | 10/22/2005 | 193 | 11459.69 | 8 | 916.7752 | 70.08 | 12.75 | 893.52 | 893.52 | 0 | $893.52 |
| 802 | 588681 | 48200 | 10/23/2005 | 11/5/2005 | 145 | 19649.71 | 8 | 1571.9766 | 74.1 | 12.75 | 944.775 | 944.775 | 627.2018 | $944.78 |
| 802 | 588681 | 48200 | 11/6/2005 | 11/19/2005 | 154 | 16112.11 | 8 | 1288.9688 | 77.38 | 12.75 | 986.595 | 986.595 | 302.3738 | $986.60 |

## FY2007 (Calendar April 06-March 07)

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Base Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 588681 | 48200 | 1/14/2007 | 1/27/2007 | 79 | 5784.78 | 8 | 462.78 | 72.61 | 12.75 | 925.7775 | 925.78 | 0.00 | $925.78 |
| 802 | 588681 | 48200 | 1/28/2007 | 2/10/2007 | 67 | 12717.76 | 8 | 1017.42 | 67.31 | 12.75 | 858.2025 | 858.20 | 159.22 | $1,017.42 |
| 802 | 588681 | 48200 | 2/11/2007 | 2/24/2007 | 18 | 2791.49 | 8 | 223.32 | 74.44 | 12.75 | 1023.55 | 1,023.55 | 0.00 | $1,023.55 |
| 802 | 588681 | 48200 | 2/25/2007 | 3/10/2007 | 59 | 5355.47 | 8 | 428.44 | 69.24 | 12.75 | 952.05 | 952.05 | 0.00 | $952.05 |
| 802 | 588681 | 48200 | 2/25/2007 | 3/24/2007 | 31 | 2462.5 | 8 | 197.00 | 13.75 | 12.75 | 952.05 | 1,064.66 | 0.00 | $1,064.66 |
| 802 | 588681 | 48200 | 3/25/2006 | 4/8/2006 | 56 | 10144.00 | 8 | 811.52 | 13.75 | 12.75 | 1064.66 | 913.67 | 0.00 | $913.67 |
| 802 | 588681 | 48200 | 4/9/2006 | 4/22/2006 | 115 | 5970.15 | 8 | 477.61 | 71.66 | 12.75 | 913.67 | 0.00 | 0.00 | $0.00 |
| 802 | 588681 | 48200 | 4/23/2006 | 5/6/2006 | 137 | 12842.20 | 8 | 1027.38 | 73.79 | 12.75 | 940.82 | 940.82 | 0.00 | $940.82 |
| 802 | 588681 | 48200 | 5/7/2006 | 5/20/2006 | 293 | 24225.20 | 8 | 1937.64 | 77.95 | 12.75 | 993.86 | 993.88 | 33.51 | $993.88 |
| 802 | 588681 | 48200 | 5/21/2006 | 6/3/2006 | 151 | 11792.07 | 8 | 943.37 | 76.63 | 12.75 | 977.03 | 977.03 | 975.61 | $977.03 |
| 802 | 588681 | 48200 | 6/4/2006 | 6/17/2006 | 228 | 16356.25 | 8 | 1308.50 | 74.51 | 12.75 | 950.00 | 950.00 | 0.00 | $950.00 |
| 802 | 588681 | 48200 | 6/18/2006 | 7/1/2006 | 148 | 17249.90 | 8 | 1379.99 | 74.54 | 12.75 | 989.27 | 989.27 | 319.23 | $989.27 |
| 802 | 588681 | 48200 | 7/2/2006 | 7/15/2006 | 172 | 14114.24 | 8 | 1123.14 | 77.43 | 12.75 | 986.85 | 1,043.72 | 336.28 | $1,043.72 |
| 802 | 588681 | 48200 | 7/16/2006 | 7/29/2006 | 205 | 14.99 | 8 | 959.08 | 81.86 | 12.75 | 1043.72 | 899.51 | 59.57 | $899.51 |
| 802 | 588681 | 48200 | 7/30/2006 | 8/12/2006 | 171 | 13386.57 | 8 | 1348.36 | 78.94 | 12.75 | 980.99 | 980.99 | 148.15 | $980.99 |
| 802 | 588681 | 48200 | 8/13/2006 | 8/26/2006 | 127 | 27082.02 | 8 | 1070.93 | 77.4 | 12.75 | 981.11 | 981.11 | 1,129.14 | $981.11 |
| 802 | 588681 | 48200 | 8/27/2006 | 9/9/2006 | | | 8 | 2166.56 | 76.95 | 12.75 | 908.44 | 908.44 | 387.25 | $908.44 |
| 802 | 588681 | 48200 | | | | | 8 | | 71.25 | 12.75 | 958.42 | 958.42 | 162.49 | $958.42 |
| 802 | 588681 | 48200 | | | | | | | 75.17 | 12.75 | | | 1,208.14 | $1,208.14 |
| 802 | 588681 | 48200 | | | | | | | 77.38 | 12.75 | | | 2,166.56 | $2,166.56 |

## Missed Draw Target 26 out of 52 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 588681 | 48200 | 9102006 | 9232006 | 85 | 22,044.84 | 8 | $1,763.59 | 66 | 12.75 | 841.50 | $0.00 | $841.50 | $922.09 |
| 802 | 588681 | 48200 | 9242006 | 10072006 | 65 | 12,207.75 | 8 | 976.62 | 83.1 | 12.75 | 1059.525 | 0 | 1,059.53 | $1,059.53 |
| 802 | 588681 | 48200 | 10082006 | 10212006 | 80 | 613.88 | 8 | 49.11 | 74.94 | 12.75 | 955.485 | $0.00 | $955.49 | $955.49 |
| 802 | 588681 | 48200 | 10222006 | 11042006 | 119 | 27,436.82 | 8 | 2194.95 | 72.96 | 12.75 | 930.24 | $0.00 | $930.24 | $2,194.95 |
| 802 | 588681 | 48200 | 11052006 | 11182006 | 132 | 18,693.48 | 8 | 1495.48 | 80.41 | 12.75 | 1025.2275 | $1,025.23 | | $1,495.48 |
| 802 | 588681 | 48200 | 11192006 | 12022006 | 57 | -52,459.39 | 8 | -190.7512 | 75.31 | 12.75 | 960.2025 | $0.00 | $960.20 | $560.20 |
| 802 | 588681 | 48200 | 12032006 | 12162006 | 113 | 12,593.45 | 8 | 1031.476 | 74.28 | 12.75 | 947.07 | $0.00 | $947.07 | $0.00 |
| 802 | 588681 | 48200 | 12172006 | 12302006 | 142 | 15,928.66 | 8 | 1274.31 | 74.22 | 12.75 | 946.305 | $0.00 | $946.31 | $1,031.48 |
| 802 | 588681 | 48200 | 12312006 | 1132007 | 125 | 12,690.38 | 8 | 1015.23 | 76.74 | 12.75 | 978.435 | 0 | 845.84 | $1,274.31 |

## Missed Draw Target 4 out of 7 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 62027 | 11062006 | 11192006 | 124 | 9967.94 | 7 | 697.7558 | 42.05 | 12.75 | 536.1375 | 0 | 536.1375 | 161.6183 |
| 802 | 0 | 62027 | 12042006 | 12172005 | 94 | 12895.38 | 7 | 888.6766 | 44.82 | 12.75 | 571.455 | 0 | 571.455 | 317.2216 |
| 802 | 0 | 62027 | 12182006 | 12312005 | 125 | 17622.96 | 7 | 1233.6072 | 30.11 | 12.75 | 383.9025 | 0 | 383.9025 | 849.7047 |
| 802 | 0 | 62027 | 9122005 | 9242005 | 6 | 324.5 | 7 | 22.715 | 28.4 | 12.75 | 374.85 | 0 | 374.85 | 0 |
| 802 | 0 | 62027 | 9252005 | 10082005 | 68 | 10842.49 | 7 | 758.9743 | 67.28 | 12.75 | 857.82 | 0 | 857.82 | 0 |
| 802 | 0 | 62027 | 10092005 | 10222005 | 60 | 8599.97 | 7 | 601.9979 | 63.69 | 12.75 | 812.0475 | 0 | 812.0475 | 0 |
| 802 | 0 | 62027 | 10232005 | 11052005 | 74 | 7029.42 | 7 | 492.0594 | 50.6 | 12.75 | 645.15 | 0 | 645.15 | 0 |

## Missed Draw Target Every Pay Period

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 62750 | 1012006 | 1142005 | 55 | 3773.52 | 8 | 301.8816 | 76.86 | 12.75 | 979.965 | 0 | 859.475 | 0 |
| 802 | 0 | 62750 | 10092005 | 10222005 | 12 | 1021.95 | 8 | 81.756 | 78.26 | 12.75 | 997.815 | 0 | 997.815 | 0 |
| 802 | 0 | 62750 | 10232005 | 11052005 | 24 | 2156 | 8 | 172.64 | 76.85 | 12.75 | 979.8375 | 0 | 979.8375 | 0 |
| 802 | 0 | 62750 | 11062005 | 11192005 | 78 | 6306.08 | 8 | 504.4864 | 80.43 | 12.75 | 1025.4825 | 0 | 1025.4825 | 0 |
| 802 | 0 | 62750 | 12042005 | 12172005 | 30 | 3268.64 | 8 | 261.4912 | 74.45 | 12.75 | 949.2375 | 0 | 949.2375 | 0 |
| 802 | 0 | 62750 | 12182005 | 12312005 | 59 | 5968.18 | 8 | 479.8544 | 77.17 | 12.75 | 983.9175 | 0 | 983.9175 | 0 |

## Missed Draw Target 6 out of 7 Pay Periods

| str | slsperson | fle | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 63212 | 1012006 | 1142006 | 65 | 6170.77 | 8 | 493.6616 | 75.21 | 12.75 | 958.9275 | 880.6375 | 0 |
| 802 | 0 | 63212 | 1152006 | 1282006 | 83 | 6277.3 | 8 | 502.184 | 76.9 | 12.75 | 980.475 | 980.475 | 0 |
| 802 | 0 | 63212 | 1292006 | 2112006 | 22 | 1360.91 | 8 | 108.8728 | 52.36 | 12.75 | 667.59 | 667.59 | 0 |
| 802 | 0 | 63212 | 10232005 | 11052005 | 21 | 1446.98 | 8 | 115.7584 | 77.55 | 12.75 | 988.7625 | 988.7625 | 0 |
| 802 | 0 | 63212 | 11052005 | 11192005 | 119 | 11572.26 | 8 | 925.7808 | 73.36 | 12.75 | 935.34 | 935.34 | 0 |
| 802 | 0 | 63212 | 12042005 | 12172005 | 130 | 13723.4 | 8 | 1097.872 | 67.88 | 12.75 | 865.47 | 865.47 | 0 |
| 802 | 0 | 63212 | 12182005 | 12312005 | 114 | 8474.55 | 8 | 677.9648 | 77.6 | 12.75 | 989.4 | 989.4 | 232.402 |
| 802 | 0 | 64775 | 1292006 | 2112006 | 62 | 16529.11 | 7.5 | 1239.6833 | 66.66 | 12.75 | 849.915 | 729.425 | 0 |
| 802 | 0 | 64775 | 1152006 | 1282006 | 24 | 1103.51 | 7.5 | 82.76325 | 48.81 | 12.75 | 622.3275 | 622.3275 | 617.35575 |
| 802 | 0 | 64775 | 2122006 | 3122006 | 20 | 3358.95 | 7.5 | 251.92125 | 53.68 | 12.75 | 684.42 | 684.42 | 0 |
| 802 | 0 | 64775 | 2262006 | 3122006 | 4 | 1593.5 | 7.5 | 127.48 | 34.18 | 12.75 | 435.795 | 435.795 | 0 |
| 802 | 0 | 64775 | 3122006 | 3262006 | 25 | 1878.29 | 7.5 | 150.2632 | 45.5 | 12.75 | 580.125 | 580.125 | 0 |
| 802 | 0 | 64775 | 3262006 | 4082006 | 24 | 1600.66 | 7.5 | 128.0528 | 57.99 | 12.75 | 739.3725 | 739.3725 | 0 |
| 802 | 0 | 64775 | 12042005 | 12172005 | 21 | 2164.5 | 7.5 | 162.3375 | 58.89 | 12.75 | 750.8475 | 750.8475 | 0 |
| 802 | 0 | 64775 | 12172005 | 12312005 | 46 | 3497.43 | 7.5 | 262.30725 | 54.59 | 12.75 | 696.0225 | 696.0225 | 0 |

## Missed Draw Target 8 out of 9 Pay Periods

FY2007 (Calendar April 06-March 07)

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Base Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 66857 | 1142007 | 1272007 | -1 | -19 | 7 | -1.33 | 8.88 | 12.75 | 113.22 | 113.22 | 0 | $113.22 |
| 802 | 0 | 66857 | 1282007 | 2102007 | 4 | 264.5 | 7 | 18.52 | 8.25 | 12.75 | 105.1875 | 105.19 | 0 | $105.19 |
| 802 | 0 | 66857 | 2112007 | 2242007 | 11 | 997.49 | 7 | 69.82 | 8.25 | 13.75 | 113.4375 | 113.44 | 0 | $113.44 |
| 802 | 0 | 66857 | 2252007 | 3102007 | 4 | 364.5 | 7 | 25.52 | 7.55 | 13.75 | 103.8125 | 103.81 | 0 | $103.81 |
| 802 | 0 | 66857 | 3112007 | 3242007 | 6 | 765.99 | 7 | 53.62 | 7.87 | 13.75 | 108.2125 | 108.21 | 0.00 | $108.21 |
| 802 | 0 | 66857 | 3262007 | 4082007 | 114 | 12457.93 | 8 | 996.63 | 78.93 | 12.75 | 1006.36 | $0.00 | $1,006.36 | $1,006.36 |
| 802 | 0 | 66857 | 4092006 | 4222006 | 178 | 20546.30 | 8 | 1643.70 | 80.9 | 12.75 | 1031.48 | $0.00 | $612.23 | $1,643.70 |
| 802 | 0 | 66857 | 4232006 | 5062006 | 178 | 22368.00 | 8 | 1789.44 | 80.41 | 12.75 | 1025.23 | $0.00 | $784.21 | $1,789.44 |
| 802 | 0 | 66857 | 5072006 | 5202006 | 289 | 24298.41 | 8 | 1943.62 | 83.46 | 12.75 | 1064.12 | $0.00 | $909.51 | $1,973.62 |
| 802 | 0 | 66857 | 5212006 | 6032006 | 137 | 8846.64 | 8 | 707.73 | 72.83 | 12.75 | 928.58 | $0.00 | $928.58 | $928.58 |
| 802 | 0 | 66857 | 6042006 | 6172006 | 156 | 12330.97 | 8 | 986.48 | 77.69 | 12.75 | 990.55 | $0.00 | $990.55 | $990.55 |
| 802 | 0 | 61820 | 6182006 | 7012006 | 239 | 21640.96 | 8 | 1731.26 | 83.67 | 12.75 | 1066.79 | $0.00 | $664.48 | $1,731.26 |
| 802 | 0 | 70220 | 7022006 | 7152006 | 180 | 14203.10 | 8 | 1136.25 | 81.37 | 12.75 | 1037.47 | $0.00 | $598.78 | $1,136.25 |

# Missed Draw Target 16 out of 26 Pay Periods

**FY2005**

Page 14

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | 0 | 66857 | 7162006 | 7292006 | 206 | $12,796.80 | 8 | $1,022.94 | 78.79 | 12.75 | $1,004.57 | $0.00 | $1,004.57 | $18.37 | $1,022.94 |
| 802 | 0 | 66857 | 7302006 | 8122006 | 137 | $8,457.09 | 8 | $592.00 | 50.71 | 12.75 | $646.55 | $0.00 | $646.55 | $0.00 | $646.55 |
| 802 | 0 | 66857 | 8132006 | 8262006 | 46 | $4,371.66 | 8 | $306.02 | 25.42 | 12.75 | $324.11 | $0.00 | $324.11 | $0.00 | $324.11 |
| 802 | 0 | 66857 | 8272006 | 9092006 | 23 | $2,878.50 | 8 | $201.50 | 16.17 | 12.75 | $206.17 | $0.00 | $206.17 | $0.00 | $206.17 |
| 802 | 0 | 66857 | 9102006 | 9232006 | 5 | $175.01 | 8 | $12.25 | 5.8 | 12.75 | $73.95 | $0.00 | $73.95 | $0.00 | $73.95 |
| 802 | 0 | 66857 | 9242006 | 10072006 | 17 | 658.5 | 8 | 46.10 | 7.92 | 12.75 | 100.98 | 0 | 100.98 | 0.00 | $100.98 |
| 802 | 0 | 66857 | 10082006 | 10212006 | 23 | $3,524.12 | 7 | 246.69 | 17.47 | 12.75 | 222.7425 | $0.00 | $222.74 | 23.95 | $246.69 |
| 802 | 0 | 66857 | 10222006 | 11042006 | 41 | $4,666.47 | 7 | 326.65 | 18.34 | 12.75 | 233.835 | $0.00 | $233.84 | 82.82 | $326.65 |
| 802 | 0 | 66857 | 11052006 | 11182006 | 36 | $3,369.73 | 7 | 235.88 | 16 | 12.75 | 204 | $0.00 | $204.00 | 31.88 | $235.88 |
| 802 | 0 | 66857 | 11192006 | 12022006 | -1 | -$590.00 | 7 | -6.3 | 16.34 | 12.75 | 208.335 | $0.00 | $208.34 | 0.00 | $208.34 |
| 802 | 0 | 66857 | 12032006 | 12162006 | 48 | $4,335.20 | 7 | 304.864 | 16.34 | 12.75 | 208.335 | $0.00 | $208.34 | 96.53 | $304.86 |
| 802 | 0 | 66857 | 12172006 | 12302006 | 15 | $831.43 | 7 | 58.20 | 8.55 | 12.75 | 109.0125 | $0.00 | $102.00 | 0.00 | $102.00 |
| 802 | 0 | 66857 | 12312006 | 1132007 | 6 | 331.51 | 7 | 23.21 | 14.45 | 12.75 | 184.2375 | $0.00 | $184.11 | 0.00 | $114.11 |
| 810 | 823342 | 20933 | 6062004 | 6192004 | 202 | 13,454.93 | 8 | 1,076.39 | 84.38 | 10.15 | 856.457 | 0.00 | 856.46 | 219.94 | 1,076.39 |
| 810 | 823342 | 20933 | 6202004 | 7032004 | 219 | 13,639.71 | 8 | 1,091.18 | 79.8 | 10.15 | 809.97 | 0.00 | 809.97 | 281.21 | 1,091.18 |
| 810 | 823342 | 20933 | 7042004 | 7172004 | 213 | 11,504.34 | 8 | 920.35 | 88.15 | 10.15 | 894.7225 | 0.00 | 843.98 | 76.37 | 920.35 |
| 810 | 823342 | 20933 | 7182004 | 7312004 | 129 | 7,759.49 | 8 | 620.76 | 85.65 | 10.15 | 869.3475 | 0.00 | 869.35 | 0.00 | 869.35 |
| 810 | 823342 | 20933 | 8012004 | 8142004 | 110 | 7,228.93 | 8 | 578.31 | 77.12 | 10.15 | 782.768 | 0.00 | 782.77 | 0.00 | 782.77 |
| 810 | 823342 | 20933 | 8152004 | 8282004 | 125 | 7,656.85 | 8 | 628.55 | 79.99 | 10.15 | 811.8985 | 0.00 | 811.90 | 0.00 | 811.90 |
| 810 | 823342 | 20933 | 8292004 | 9252004 | 169 | 10,305.92 | 8 | 824.47 | 78.07 | 10.15 | 792.4105 | 0.00 | 792.41 | 0.00 | 792.41 |
| 810 | 823342 | 20933 | 9122004 | 9252004 | 185 | 14,157.93 | 8 | 1,132.63 | 78.88 | 10.15 | 800.632 | 0.00 | 800.63 | 332.00 | 800.63 |
| 810 | 823342 | 20933 | 9262004 | 10092004 | 89 | 8,694.53 | 8 | 695.56 | 75.49 | 10.15 | 766.2235 | 0.00 | 766.22 | 0.00 | 766.22 |
| 810 | 823342 | 20933 | 10102004 | 10232004 | 121 | 10,786.00 | 8 | 862.88 | 78.42 | 10.15 | 795.963 | 0.00 | 795.96 | 0.00 | 795.96 |
| 810 | 823342 | 20933 | 10242004 | 11062004 | 138 | 5,633.50 | 8 | 450.68 | 78.89 | 10.15 | 800.7335 | 0.00 | 800.73 | 0.00 | 800.73 |
| 810 | 823342 | 20933 | 11072004 | 11202004 | 99 | 16,582.95 | 8 | 1,326.64 | 87.4 | 10.15 | 887.11 | 0.00 | 887.11 | 0.00 | 887.11 |
| 810 | 823342 | 20933 | 11212004 | 12042004 | 141 | 16,142.03 | 8 | 1,291.36 | 79.64 | 10.15 | 808.346 | 0.00 | 808.35 | 483.02 | 1,291.36 |
| 810 | 823342 | 20933 | 12052004 | 12182004 | 124 | 15,217.67 | 8 | 1,217.41 | 80.64 | 10.15 | 818.496 | 0.00 | 818.50 | 398.92 | 1,217.41 |
| 810 | 823342 | 20933 | 12192004 | 1012004 | 124 | 13,515.09 | 8 | 1,081.21 | 71.93 | 10.15 | 730.0895 | 0.00 | 730.09 | 351.12 | 1,081.21 |

**FY2006 (Calendar April 05-March 06)**

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 823342 | 20933 | 3272005 | 4092005 | 29 | $3,781.00 | 8 | $302.48 | 76.11 | 10.15 | $772.52 | $0.00 | $772.52 | $0.00 | 772.52 |
| 810 | 823342 | 20933 | 4102005 | 4232005 | 59 | $4,386.95 | 8 | $350.96 | 84.17 | 10.15 | $854.33 | $0.00 | $854.33 | $0.00 | 854.33 |
| 810 | 823342 | 20933 | 4242005 | 5072005 | 64 | $7,452.63 | 8 | $596.21 | 93.05 | 10.15 | $944.46 | $0.00 | $944.46 | $0.00 | 944.46 |
| 810 | 823342 | 20933 | 5082005 | 5212005 | 155 | $21,506.19 | 8 | $1,720.50 | 95.11 | 10.15 | $965.37 | $0.00 | $965.37 | $0.00 | 965.37 |
| 810 | 823342 | 20933 | 5222005 | 6042005 | 126 | $8,635.66 | 8 | $690.85 | 76.38 | 10.15 | $775.26 | $0.00 | $775.26 | $0.00 | 775.26 |
| 810 | 823342 | 20933 | 6052005 | 6182005 | 133 | 16294.75 | 8 | 1,303.58 | 83.19 | 10.15 | 844.3785 | 0 | 844.38 | 0.00 | 844.38 |
| 810 | 823342 | 20933 | 6192005 | 7022005 | 128 | $16,231.77 | 8 | $1,298.54 | 75.23 | 10.15 | $763.58 | $0.00 | $763.58 | $0.00 | 763.58 |
| 810 | 823342 | 20933 | 7032005 | 7162005 | 77 | $9,096.00 | 8 | $727.68 | 80.81 | 10.15 | $820.22 | $0.00 | $767.44 | $0.00 | 767.44 |
| 810 | 823342 | 20933 | 7172005 | 7302005 | 77 | $9,283.66 | 8 | $742.69 | 78.05 | 10.15 | $792.21 | $0.00 | $792.21 | $0.00 | 792.21 |

# Missed Draw Target 20 out of 26 Pay Periods

| str | slsperson file | | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 823342 | 20933 | 7312005 | 8132005 | 69 | $6,794.01 | 8 | $543.52 | 70.33 | 10.15 | $713.85 | $0.00 | $713.85 | $0.00 | 713.85 |
| 810 | 823342 | 20933 | 8142005 | 8272005 | 24 | $1,937.90 | 8 | $155.03 | 41.04 | 10.15 | 416.556 | 0 | 416.56 | 0.00 | 416.56 |

## FY2005

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 54730 | 7032005 | 7162005 | 88 | $4,498.71 | 7 | $314.91 | 56.74 | 10.15 | $575.91 | $0.00 | $524.14 | $0.00 353.42 |
| 810 | 0 | 54730 | 11062005 | 11192005 | 53 | $6,424.49 | 7 | $449.71 | 56.89 | 10.15 | 577.4335 | $0.00 | 362.25 | 0.00 377.68 |
| 810 | 0 | 54730 | 3272005 | 4092005 | 43 | $3,542.00 | 7 | $247.94 | 55.05 | 10.15 | $558.76 | $0.00 | $558.76 | $0.00 368.34 |
| 810 | 0 | 54730 | 4102005 | 4232005 | 99 | $5,257.23 | 7 | $438.01 | 52.76 | 10.15 | $535.51 | $0.00 | $535.51 | $0.00 295.77 |
| 810 | 0 | 54730 | 4242005 | 5072005 | 46 | $3,526.76 | 7 | $246.87 | 42.59 | 10.15 | $432.29 | $0.00 | $432.29 | $0.00 601.59 |
| 810 | 0 | 54730 | 5082005 | 5212005 | 73 | $4,819.08 | 7 | $337.34 | 44.98 | 10.15 | $456.55 | $0.00 | $456.55 | $0.00 330.59 |
| 810 | 0 | 54730 | 5222005 | 6042005 | 80 | $4,863.01 | 7 | $340.41 | 33.44 | 10.15 | $339.42 | $0.00 | $339.42 | $0.00 1,361.42 |
| 810 | 0 | 54730 | 6052005 | 6182005 | 90 | 5128.67 | 7 | 359.0069 | 35.06 | 10.15 | 356.1635 | $0.00 | 356.16 | $0.00 |
| 810 | 0 | 54730 | 6192005 | 7022005 | 120 | $7,490.06 | 7 | $524.30 | 50.96 | 10.15 | $517.24 | $0.00 | $517.24 | $0.00 |
| 810 | 0 | 54730 | 7172005 | 7302005 | 72 | $4,926.52 | 7 | $344.86 | 36.52 | 10.15 | $370.68 | $0.00 | $370.68 | $0.00 |
| 810 | 0 | 54730 | 7312005 | 8132005 | 93 | $5,449.86 | 7 | $381.49 | 47.63 | 10.15 | $483.44 | $0.00 | $483.44 | $0.00 |
| 810 | 0 | 54730 | 8142005 | 8272005 | 76 | $6,683.25 | 7 | $467.83 | 40.09 | 10.15 | 406.9135 | $0.00 | 406.91 | $0.00 |
| 810 | 0 | 54730 | 8282005 | 9102005 | 100 | $8,631.98 | 7 | $604.24 | 60.85 | 10.15 | 617.6275 | $0.00 | 617.63 | $0.00 |
| 810 | 0 | 54730 | 9112005 | 9242005 | 108 | $8,455.10 | 7 | $591.86 | 67.66 | 10.15 | 686.749 | $0.00 | 686.75 | $0.00 |
| 810 | 0 | 54730 | 9252005 | 10082005 | 66 | $7,150.50 | 7 | $500.54 | 59.56 | 10.15 | 604.534 | $0.00 | 604.53 | $0.00 |
| 810 | 0 | 54730 | 10092005 | 10222005 | 49 | $4,598.98 | 7 | $321.93 | 58.7 | 10.15 | 595.805 | $0.00 | 595.81 | $0.00 |
| 810 | 0 | 54730 | 10232005 | 11052005 | 32 | $3,351.00 | 7 | $234.57 | 52.41 | 10.15 | 531.9615 | 0 | 531.96 | 0.00 |
| 810 | 0 | 54730 | 12042005 | 12172005 | 17 | $1,796.48 | 7 | 125.75 | 64.09 | 10.15 | 650.5135 | 0 | 650.51 | 0.00 |

## FY2005 (Calendar April 04-March 05)

## Missed Draw Target Every Pay Period

| str | slsperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 55052 | 3272005 | 4092005 | 44 | $3,032.51 | 7 | $242.60 | 37.64 | 10.15 | $382.05 | $0.00 | $382.05 | $0.00 |
| 810 | 0 | 55052 | 4102005 | 4232005 | 19 | $1,115.99 | 7 | $89.28 | 37.9 | 10.15 | $384.69 | $0.00 | $384.69 | $0.00 |
| 810 | 0 | 55052 | 4242005 | 5072005 | 26 | $1,662.50 | 7 | $133.00 | 21.03 | 10.15 | $213.45 | 0.00 | $213.45 | $0.00 |
| 810 | 0 | 55052 | 5082005 | 5212005 | 30 | $1,538.35 | 7 | $123.07 | 21.46 | 10.15 | $218.02 | 0.00 | $218.02 | $0.00 |
| 810 | 0 | 55052 | 5222005 | 6042005 | 17 | $793.45 | 7 | $63.48 | 14.66 | 10.15 | $148.80 | 0.00 | $148.80 | $0.00 |

## FY2005

| str | s/sperson ID | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 55791 | 2272005 | 3122005 | 79 | $5,478.56 | 8 | $438.28 | 33.06 | 10.15 | 335.559 | 0.00 | 335.56 | 132.13 | 901.92 |
| 810 | 0 | 55791 | 12182005 | 12312005 | 9 | $595.43 | 8 | 47.63 | 36.57 | 10.15 | 371.19 | 0.00 | 371.19 | 0.00 | 639.84 |

## Missed Draw Target 17 out of 19 Pay Periods

| str | s/sperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 57865 | 6052005 | 6182005 | 205 | 13463.61 | 8 | 1078.5888 | 78.88 | 12 | 946.56 | 0 | 946.56 | |
| 810 | 0 | 57865 | 5222005 | 6042005 | 193 | $10,973.17 | 8 | $877.85 | 80.13 | 12 | $961.56 | $0.00 | $961.56 | |
| 810 | 0 | 57865 | 6192005 | 7022005 | 192 | $9,927.34 | 8 | $794.19 | 78.88 | 12 | $800.63 | $0.00 | $800.63 | |
| 810 | 0 | 57865 | 7032005 | 7162005 | 98 | $8,452.33 | 8 | $676.19 | 80.36 | 10.15 | $800.63 | $0.00 | $815.65 | |
| 810 | 0 | 57865 | 7172005 | 7302005 | 102 | $10,971.54 | 8 | $877.72 | 74.01 | 10.15 | $751.20 | $0.00 | $751.20 | |
| 810 | 0 | 57865 | 7312005 | 8132005 | 91 | $7,945.23 | 8 | $635.62 | 75.68 | 10.15 | $768.15 | $0.00 | $768.15 | |
| 810 | 0 | 57865 | 8142005 | 8272005 | 90 | $6,329.38 | 8 | $506.35 | 45.56 | 10.15 | 462.434 | $0.00 | 462.43 | |
| 810 | 0 | 57865 | 8282005 | 9102005 | 7 | $1,280.00 | 8 | $102.40 | 13.42 | 10.15 | 136.213 | 0 | 136.21 | |

## Missed Draw Target 7 out of 8 Pay Periods

| str | s/sperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 58388 | 7032005 | 7162005 | 55 | $2,404.22 | 8 | $192.34 | 49.4 | 10.15 | $501.41 | $0.00 | $449.14 | $0.00 |
| 810 | 0 | 58388 | 11062005 | 11192005 | -1 | -$39.99 | 8 | $3.20 | | 12 | $103.20 | | 0.00 | $0.00 |
| 810 | 0 | 58388 | 5222005 | 6042005 | 2 | $38.00 | 8 | $3.04 | 8.6 | 12 | $103.20 | $0.00 | $103.20 | $0.00 |
| 810 | 0 | 58388 | 6052005 | 6182005 | 77 | 5846.34 | 8 | 467.7072 | 63.38 | 12 | 760.56 | | 760.56 | $0.00 |
| 810 | 0 | 58388 | 6192005 | 7022005 | 112 | $5,074.07 | 8 | $405.93 | 65.71 | 12 | $788.52 | $0.00 | $788.52 | $0.00 |
| 810 | 0 | 58388 | 7172005 | 7302005 | 114 | $5,444.72 | 8 | $435.58 | 58.79 | 10.15 | $596.72 | $0.00 | $596.72 | $0.00 |
| 810 | 0 | 58388 | 7312005 | 8132005 | 116 | $7,206.58 | 8 | $576.53 | 66.88 | 10.15 | $678.83 | $0.00 | $678.83 | $0.00 |
| 810 | 0 | 58388 | 8142005 | 8272005 | 149 | $9,797.02 | 8 | $783.76 | 76.63 | 10.15 | 777.7945 | | 777.79 | $0.00 |
| 810 | 0 | 58388 | 8282005 | 9102005 | 114 | $10,303.36 | 8 | $824.27 | 76.42 | 10.15 | 775.663 | 0 | 775.66 | $0.00 |
| 810 | 0 | 58388 | 9112005 | 9242005 | -5 | -$274.46 | 8 | -$21.96 | 0 | 0 | 0 | 0 | 0.00 | $0.00 |

## Missed Draw Target Every Pay Period

| str | s/sperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 58980 | 6192005 | 7022005 | 12 | $589.48 | 8 | $47.16 | 31.5 | 12 | $378.00 | $0.00 | $378.00 | $0.00 |
| 810 | 0 | 58980 | 7032005 | 7162005 | 38 | $3,083.44 | 8 | $246.68 | 27.73 | 12 | $332.76 | $0.00 | $332.76 | $0.00 |
| 810 | 0 | 58980 | 7172005 | 7302005 | 31 | $3,154.99 | 8 | $252.40 | 31.33 | 12 | $375.96 | $0.00 | $375.96 | $0.00 |

Missed Draw Target Every Pay Period

# Missed Draw Target 10 out of 11 Pay Periods

## FY2005

| str | | salesperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 55052 | 1022006 | 1152005 | 10 | 1,117.98 | 8 | 89.44 | 13.42 | 10.15 | 136.213 | 0.00 | 136.21 | 0.00 | 136.21 |
| 810 | 0 | 55052 | 1162005 | 1292005 | 82 | 6,303.90 | 8 | 504.31 | 58.15 | 10.15 | 590.2225 | 0.00 | 590.22 | 0.00 | 590.22 |
| 810 | 0 | 55052 | 2122006 | 2122006 | 57 | 5,335.67 | 8 | 426.85 | 30.17 | 10.15 | 306.2265 | 0.00 | 306.23 | 120.63 | 426.85 |
| 810 | 0 | 55052 | 2132006 | 2262005 | 45 | 3,034.03 | 8 | 242.72 | 26.75 | 10.15 | 271.5125 | 0.00 | 271.51 | 0.00 | 271.51 |
| 810 | 0 | 55052 | 2272005 | 3122005 | 36 | 2,133.52 | 8 | 170.68 | 31.77 | 10.15 | 322.4655 | 0.00 | 322.47 | 322.47 | 322.47 |
| 810 | 0 | 55052 | 3132005 | 3262005 | 21 | 1,170.01 | 8 | 93.60 | 20 | 10.15 | 203 | 0.00 | 203.00 | 203.00 | 203.00 |

## FY2005

| str | | salesperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 55671 | 3272005 | 4092005 | 59 | $3,985.00 | 8 | $318.80 | 65.27 | 10.15 | $662.49 | $0.00 | $662.49 | $0.00 | $0.00 |
| 810 | 0 | 55671 | 4102005 | 4232005 | 94 | $7,455.43 | 8 | $596.43 | 74.6 | 10.15 | $757.19 | $0.00 | $757.19 | $0.00 | $0.00 |
| 810 | 0 | 55671 | 4242005 | 5072005 | 85 | $6,448.83 | 8 | $515.91 | 65.7 | 10.15 | $666.86 | $0.00 | $666.86 | $0.00 | $0.00 |
| 810 | 0 | 55671 | 5082005 | 5212005 | 180 | $9,835.63 | 8 | $786.87 | 59.8 | 10.15 | $606.97 | $0.00 | $606.97 | $0.00 | $0.00 |
| 810 | 0 | 55671 | 5222005 | 6042005 | 83 | $4,400.78 | 8 | $352.06 | 56.35 | 10.15 | $571.95 | $0.00 | $571.95 | $0.00 | $0.00 |
| | | | | | 11 | 1,046.99 | 8 | 83.76 | 24.47 | 12 | 293.64 | 0.00 | 293.64 | 0.00 | 293.64 |
| | | | | | 108 | 7,890.35 | 8 | 631.23 | 76.01 | 12 | 912.12 | 0.00 | 912.12 | 0.00 | 912.12 |
| | | | | | 83 | 5,888.97 | 8 | 471.12 | 99.83 | 12 | 1197.96 | 0.00 | 1,197.96 | 0.00 | 1,197.96 |

# Missed Draw Target Every Pay Period

## FY2005

| str | | salesperson file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total BASE Pay | Com $ Pd TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 55791 | 1012006 | 1142006 | 114 | $9,993.53 | 8 | 799.48 | 76.34 | 10.15 | 774.851 | 734.25 | 65.23 |
| 810 | 0 | 55791 | 2122006 | 2252006 | 14 | $1,058.99 | 8 | 84.72 | 8.15 | 10.15 | 82.7225 | 82.72 | 2.00 |
| 810 | 0 | 55791 | 5082006 | 5212005 | 203 | $12,184.28 | 8 | 974.74 | 74.34 | 10.15 | 754.55 | $754.55 | $220.19 |
| 810 | 0 | 55791 | 7032005 | 7162005 | 175 | $8,753.64 | 8 | 700.28 | 70.14 | 10.15 | 711.92 | $659.65 | $0.00 |
| 810 | 0 | 55791 | 1152006 | 1282006 | 32 | $1,483.32 | 8 | 118.67 | 30.01 | 10.15 | 304.6015 | 304.60 | $0.00 |
| 810 | 0 | 55791 | 1292006 | 2112006 | 2 | $152.97 | 8 | 12.24 | 5.35 | 10.15 | 54.3025 | 54.30 | 0 |
| 810 | 0 | 55791 | 3272005 | 4092005 | 67 | $5,200.97 | 8 | 416.08 | 71.76 | 10.15 | $728.36 | $728.36 | $0.00 |
| 810 | 0 | 55791 | 4102005 | 4232005 | 81 | $3,726.47 | 8 | 298.12 | 75.21 | 10.15 | $763.38 | $763.38 | $0.00 |
| 810 | 0 | 55791 | 4242005 | 5072005 | 167 | $12,413.09 | 8 | 993.05 | 82.99 | 10.15 | $842.35 | $842.35 | $0.00 |
| 810 | 0 | 55791 | 5222005 | 6042005 | 137 | $8,641.76 | 8 | 691.34 | 81.35 | 10.15 | $825.70 | $825.70 | $0.00 |
| 810 | 0 | 55791 | 6052006 | 6182005 | 165 | 9,641.04 | 8 | 771.2832 | 70.79 | 10.15 | 718.5185 | 718.52 | $0.00 |
| 810 | 0 | 55791 | 6192006 | 7022006 | 104 | $4,556.29 | 8 | 362.10 | 65.73 | 10.15 | $667.16 | $667.16 | $0.00 |
| 810 | 0 | 55791 | 7172005 | 7302005 | 132 | $7,106.66 | 8 | 568.53 | 85.81 | 10.15 | $870.97 | $870.97 | $0.00 |
| 810 | 0 | 55791 | 7312005 | 8132005 | 215 | $12,746.49 | 8 | $1,019.72 | 80.4 | 10.15 | $816.06 | $816.06 | $0.00 |
| 810 | 0 | 55791 | 8142005 | 8272005 | 76 | $5,181.79 | 8 | $414.54 | 42.08 | 10.15 | 427.112 | 427.11 | $0.00 |

Page 16

## Missed Draw Target 7 out of 10 Pay Periods

| str | sisperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 59038 | 7032005 | 7162005 | 98 | $5,172.60 | 8 | $413.81 | 68.03 | 12 | $816.36 | $0.00 | $756.36 | $0.00 |
| 810 | 0 | 59038 | 7172005 | 7302005 | 81 | $16,856.80 | 8 | $1,348.54 | 48.7 | 8 | $389.60 | $0.00 | $958.94 | $0.00 |
| 810 | 0 | 59038 | 8282005 | 9102005 | 50 | $8,485.49 | 8 | $678.84 | 29 | 12 | 348 | | 348.00 | 330.84 |
| 810 | 0 | 59038 | 11062005 | 11192005 | 42 | $8,745.26 | 8 | $699.62 | 34.62 | 12 | 415.44 | | 415.44 | 284.18 |
| 810 | 0 | 59038 | 6192005 | 7022005 | 22 | $1,330.93 | 8 | $106.47 | 38.47 | 12 | $461.64 | $0.00 | $461.64 | $0.00 |
| 810 | 0 | 59038 | 9112005 | 9242005 | 20 | $2,274.45 | 8 | $181.96 | 29.08 | 12 | 348.96 | | 348.96 | 0.00 |
| 810 | 0 | 59038 | 9252005 | 10082005 | 3 | $279.00 | 8 | $22.32 | 35.93 | 12 | 431.16 | | 431.16 | 0.00 |
| 810 | 0 | 59038 | 10092005 | 10222005 | 25 | $1,269.05 | 8 | $101.52 | 44.1 | 12 | 529.2 | | 529.20 | 0.00 |
| 810 | 0 | 59038 | 10232005 | 11052005 | 29 | $2,213.99 | 8 | $177.12 | 30.39 | 12 | 364.68 | | 364.68 | 0.00 |
| 810 | 0 | 59038 | 12042005 | 12172005 | 18 | $811.25 | 8 | 64.90 | 20.97 | 12 | 251.64 | | 251.64 | 0.00 |

## Missed Draw Target Every Pay Period

| str | sisperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 59211 | 7032005 | 7162005 | 112 | $4,975.18 | 8 | $398.01 | 78.4 | 12 | $940.80 | $0.00 | $880.80 | $0.00 |
| 810 | 0 | 59211 | 6192005 | 7022005 | 10 | $377.94 | 8 | $30.24 | 32.6 | 12 | $391.20 | $0.00 | $391.20 | $0.00 |
| 810 | 0 | 59211 | 7172005 | 7302005 | 125 | $7,445.94 | 8 | $595.68 | 80.98 | 12 | $971.76 | $0.00 | $971.76 | $0.00 |
| 810 | 0 | 59211 | 7312005 | 8132005 | 32 | $1,835.82 | 8 | $146.87 | 12.62 | 12 | $151.44 | $0.00 | $151.44 | $0.00 |
| 810 | 0 | 59211 | 8282005 | 9102005 | -2 | -$44.49 | 0 | -$3.56 | 0 | 12 | 0 | 0 | 0.00 | $0.00 |

## Missed Draw Target 9 out of 10 Times

| str | sisperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 60203 | 7172005 | 7302005 | 177 | $23,520.20 | 8 | 1,881.62 | 98.74 | 10.15 | 1,184.88 | 0.00 | 1,184.88 | 140.88 |
| 810 | 0 | 60203 | 7312005 | 8132005 | 35 | $1,773.35 | 8 | $141.87 | 40.71 | 12 | $488.52 | $0.00 | $488.52 | $0.00 |
| 810 | 0 | 60203 | 8142005 | 8272005 | 44 | $3,771.14 | 8 | $301.69 | 79.59 | 12 | 955.08 | | 955.08 | $0.00 |
| 810 | 0 | 60203 | 8282005 | 9102005 | 27 | $3,264.75 | 8 | $261.18 | 73.71 | 12 | 884.52 | | 884.52 | 0.00 |
| 810 | 0 | 60203 | 9112005 | 9242005 | 28 | $6,002.25 | 8 | $480.18 | 68.63 | 12 | 823.56 | | 823.56 | 0.00 |
| 810 | 0 | 60203 | 9252005 | 10082005 | 60 | $9,287.15 | 8 | $742.97 | 76.77 | 10.5 | 806.085 | | 806.09 | 0.00 |
| 810 | 0 | 60203 | 10092005 | 10222005 | 57 | $7,083.95 | 8 | $566.72 | 86.18 | 10.5 | 904.89 | | 904.89 | 0.00 |
| 810 | 0 | 60203 | 10232005 | 11052005 | 39 | $6,533.85 | 8 | $522.71 | 69.65 | 12 | 835.8 | | 835.80 | 0.00 |
| 810 | 0 | 60203 | 11062005 | 11192005 | 45 | $4,263.77 | 8 | $341.10 | 29.79 | 12 | 357.48 | | 357.48 | 0.00 |
| 810 | 0 | 60203 | 12042005 | 12172005 | 130 | $11,650.28 | 8 | 932.02 | 83.47 | 12 | 1001.64 | | 1,001.64 | 0.00 |

## Missed Draw Target 9 out of 10 Times

| str | sisperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 61622 | 2122006 | 2252006 | 50 | $6,433.43 | 8 | 514.67 | 48.34 | 10.15 | 490.651 | 0 | 490.65 | 24.02 |
| 810 | 0 | 61622 | 9112005 | 9242005 | 154 | $13,681.28 | 8 | $1,094.50 | 74.07 | 12 | 888.84 | | 888.84 | 205.66 |
| 810 | 0 | 61622 | 10232005 | 11052005 | 55 | $8,415.94 | 8 | $673.28 | 47.27 | 12 | 567.24 | | 567.24 | 108.04 |
| 810 | 0 | 61622 | 11062005 | 11192005 | 121 | $10,842.23 | 8 | $867.38 | 55.53 | 12 | 666.38 | | 666.38 | 201.02 |
| 810 | 0 | 61622 | 12042005 | 12172005 | 114 | $13,090.48 | 8 | $1,047.24 | 54.19 | 12 | 650.28 | | 650.28 | 396.96 |
| 810 | 0 | 61622 | 10122006 | 11142006 | 11 | -$1,169.19 | 8 | -93.54 | 16.37 | 10.15 | 166.16 | | 166.16 | 0.00 |
| 810 | 0 | 61622 | 11152006 | 1282006 | 36 | $2,389.03 | 8 | 191.12 | 55.45 | 10.15 | 562.8175 | | 562.82 | 0.00 |
| 810 | 0 | 61622 | 1282006 | 2112006 | 39 | $4,797.12 | 8 | 383.77 | 40.96 | 10.15 | 415.744 | 0 | 415.74 | 0.00 |

**FY2007 (Calendar April 06-March 07)**

## Missed Draw Target 8 out of 13 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 61622 | 2262006 | 3112006 | 46 | $4,299.48 | 8 | 343.96 | 53.21 | 10.15 | 540.0815 | 0 | 540.08 | 0.00 |
| 810 | 0 | 61622 | 8282005 | 9102005 | 17 | $1,611.35 | 8 | 128.91 | 38.7 | 12 | 464.4 | 0 | 464.40 | 0.00 |
| 810 | 0 | 61622 | 9252005 | 10082005 | 71 | $6,177.50 | 8 | 494.20 | 75.83 | 10.15 | 769.6745 | 0 | 769.67 | 0.00 |
| 810 | 0 | 61622 | 10092005 | 10222005 | 75 | $7,268.48 | 8 | 581.48 | 61.92 | 10.15 | 628.488 | 0 | 628.49 | 0.00 |
| 810 | 0 | 61622 | 12182005 | 12312005 | 52 | $6,818.89 | 8 | 545.51 | 51.27 | 12 | 615.24 | 0.00 | 615.24 | 0.00 |
| 810 | 0 | 61837 | 1012006 | 1142006 | -2 | -$153.75 | 8 | -12.30 |  |  |  | 0 | 0.00 | 0.00 |
| 810 | 0 | 61837 | 9112005 | 9242005 | 76 | $6,246.47 | 8 | 499.72 | 75.7 | 12 | 909.24 | 0 | 909.24 | 0.00 |
| 810 | 0 | 61837 | 9252005 | 10082005 | 62 | $4,889.94 | 8 | 391.20 | 80.28 | 12 | 963.36 | 0 | 963.36 | 0.00 |
| 810 | 0 | 61837 | 10092005 | 10222005 | 78 | $7,428.47 | 8 | 594.28 | 78.19 | 10.15 | 793.6285 | 0 | 793.63 | 0.00 |
| 810 | 0 | 61837 | 10232005 | 11052005 | 64 | $5,289.98 | 8 | 423.20 | 70.67 | 12 | 848.04 | 0 | 848.04 | 0.00 |
| 810 | 0 | 61843 | 11062005 | 11192005 | 105 | $8,782.21 | 8 | 702.58 | 64.89 | 12 | 778.68 | 0 | 778.68 | 0.00 |

## Missed Draw Target 5 out of 6 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 61843 | 12042005 | 12172005 | 43 | $4,735.52 | 8 | 378.92 | 26.83 | 10.15 | 267.2495 | 0 | 267.25 | 111.67 |
| 810 | 0 | 61843 | 9112005 | 9242005 | 31 | $2,900.98 | 8 | 232.08 | 39.19 | 12 | 470.28 | 0 | 470.28 | 0.00 |
| 810 | 0 | 61843 | 9252005 | 10082005 | 29 | $2,633.50 | 8 | 210.68 | 28.79 | 12 | 345.36 | 0 | 345.36 | 0.00 |
| 810 | 0 | 61843 | 10092005 | 10222005 | 23 | $2,181.99 | 8 | 174.56 | 28.6 | 10.15 | 272.02 | 0 | 272.02 | 0.00 |
| 810 | 0 | 61843 | 10232005 | 11052005 | 16 | $1,039.49 | 8 | 83.16 | 25.75 | 10.15 | 261.3625 | 0 | 261.36 | 0.00 |
| 810 | 0 | 61843 | 11062005 | 11192005 | 1 | -$54.06 | 8 | -84.32 | 8.63 | 10.15 | 87.5945 | 0 | 87.59 | 0.00 |
| 810 | 0 | 66464 | 1012006 | 1142006 | 54 | $4,065.38 | 8 | 325.23 | 73.22 | 12 | 878.64 | 0 | 806.64 | 0.00 |
| 810 | 0 | 66464 | 1152006 | 1282006 | 71 | $5,787.65 | 8 | 463.01 | 81.62 | 12 | 979.44 | 0 | 979.44 | 0.00 |
| 810 | 0 | 66464 | 1292006 | 2112006 | 83 | $8,416.67 | 8 | 673.33 | 80.36 | 12 | 964.32 | 0 | 964.32 | 0.00 |
| 810 | 0 | 66464 | 2122006 | 2252006 | 75 | $5,998.31 | 8 | 479.86 | 71.5 | 12 | 858 | 0 | 858.00 | 0.00 |
| 810 | 0 | 66464 | 2262006 | 3112006 | 49 | $6,019.46 | 8 | 481.56 | 41.3 | 12 | 495.6 | 0 | 495.60 | 0.00 |

## Missed Draw Target Every Pay Period

| str | slsperson | file | start | end | units | net sales | Com% | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 66587 | 1152006 | 1282006 | 98 | $16,702.20 | 8 | 1336.18 | 92.28 | 12 | 1107.48 | 0 | 1,107.48 | 228.70 |
| 810 | 0 | 66587 | 1292006 | 2112006 | 51 | $3,146.80 | 8 | 251.74 | 74.19 | 12 | 890.28 | 0 | 890.28 | 0.00 |
| 810 | 0 | 66587 | 2122006 | 2252006 | 28 | $2,418.42 | 8 | 193.47 | 71.91 | 12 | 862.92 | 0 | 882.92 | 0.00 |
| 810 | 0 | 66587 | 2262006 | 3112006 | 47 | $5,542.73 | 8 | 443.42 | 77.6 | 12 | 931.2 | 0 | 931.20 | 0.00 |
| 810 | 0 | 66464 | 2122006 | 2252006 | 68 | $9,018.00 | 8 | 721.44 | 87.05 | 12 | 804.6 | 0 | 804.60 | 0.00 |
| 810 | 0 | 66464 | 2262006 | 3112006 | 41 | $5,639.50 | 8 | 451.16 | 79.43 | 12 | 953.16 | 0 | 953.16 | 0.00 |

# Missed Draw Target 9 out of 11 Pay Periods

| str | slsperson ID | slsperson file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Base Pay | Com $ Pd | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 0 | 66587 | 3262006 | 4092006 | 41 | $5,639.50 | 8 | $451.16 | 79.43 | 12 | $953.16 | $0.00 | $953.16 | $0.00 | $0.00 | |
| 810 | 0 | 66587 | 4092006 | 4222006 | 65 | $9,726.15 | 8 | $778.09 | 82.42 | 10.15 | $835.55 | $0.00 | $835.55 | $0.00 | $0.00 | |
| 810 | 0 | 66587 | 4232006 | 5062006 | 81 | $9,876.50 | 8 | $790.12 | 79.3 | 12 | $804.90 | $0.00 | $804.90 | $0.00 | $0.00 | |
| 810 | 0 | 66587 | 5072006 | 5202006 | 134 | $18,899.23 | 8 | $1,511.73 | 84.63 | 10.15 | $858.99 | $0.00 | $858.99 | $667.74 | $1,526.73 | |
| 810 | 0 | 66587 | 5212006 | 6032006 | 81 | $9,971.35 | 8 | $797.71 | 88.09 | 10.15 | $894.11 | $0.00 | $894.11 | $894.11 | $894.11 | |
| 817 | 0 | 60706 | 8142005 | 8272005 | 61 | $3,967.70 | 8 | $316.62 | 77.05 | 12 | $924.72 | $0.00 | | | | |
| 817 | 0 | 60706 | 8282005 | 9102005 | 59 | $7,835.42 | 8 | $626.83 | 59 | 0 | $708 | $0.00 | | | | |
| 817 | 0 | 60706 | 9112005 | 9242005 | 35 | $3,240.99 | 8 | $259.28 | 70.08 | 12 | $840.96 | $0.00 | | | | |
| 817 | 0 | 60706 | 9252005 | 10082005 | 20 | $4,192.01 | 8 | $335.35 | 75.91 | 12 | $910.92 | $0.00 | | | | |
| 817 | 0 | 60706 | 10092005 | 10222005 | 32 | $5,014.99 | 8 | $401.20 | 65.76 | 12 | $789.12 | $0.00 | | | | |
| 817 | 0 | 60706 | 10232005 | 11052005 | 12 | $1,417.99 | 8 | $113.44 | 68.73 | 12 | $824.76 | $0.00 | | | | |
| 817 | 0 | 60706 | 11062005 | 11192005 | 52 | $4,847.47 | 8 | $387.80 | 47.03 | 10.15 | $477.3545 | $0.00 | | | | |

| str | slsperson | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 0 | 5062005 | 5212005 | 95 | $12,115.30 | 7 | $848.07 | 28.2 | 10.15 | $286.23 | $0.00 | $286.23 | $368.33 |
| 831 | 0 | 7032005 | 7162005 | -2 | -$97.49 | 7 | -$6.82 | 0 | 0 | $0.00 | $0.00 | $0.00 | (608.10) |
| 831 | 0 | 3272005 | 4092005 | 4 | $553.50 | 7 | $38.75 | 16.42 | 10.15 | $166.66 | $0.00 | $166.66 | (81.17) |
| 831 | 0 | 4102005 | 4232005 | 53 | $5,060.39 | 7 | $354.23 | 28.26 | 10.15 | $286.84 | $0.00 | $286.84 | (581.68) |
| 831 | 0 | 4242005 | 5072005 | 42 | $5,120.90 | 7 | $358.46 | 29.92 | 10.15 | $303.69 | $0.00 | $303.69 | (575.56) |
| 831 | 0 | 5222005 | 6042005 | 47 | $4,012.90 | 7 | $280.90 | 36.8 | 10.15 | $373.52 | $0.00 | $373.52 | $0.00 |

## FY2005

| str | slsperson ID | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 0 | 1022005 | 1152005 | 62 | 6,515.40 | 7 | 456.08 | 44.4 | 12 | 532.8 | 0.00 | $512.50 | 0.00 | $512.50 |
| 831 | 0 | 1162005 | 1292005 | 40 | 3,229.74 | 7 | 226.08 | 35.69 | 10.15 | 362.2535 | 0.00 | 362.25 | 0.00 | 362.25 |
| 831 | 0 | 1302005 | 2122005 | 71 | 4,894.39 | 7 | 342.61 | 43.68 | 10.15 | 443.352 | 0.00 | 443.35 | 0.00 | 443.35 |
| 831 | 0 | 2132005 | 2262005 | 73 | 6,906.14 | 7 | 483.43 | 37.99 | 10.15 | 385.5985 | 0.00 | 385.60 | 0.00 | 385.60 |
| 831 | 0 | 2272005 | 3122005 | 35 | 4,350.43 | 7 | 304.53 | 27.84 | 10.15 | 282.576 | 0.00 | 282.58 | 0.00 | 282.58 |
| 831 | 0 | 3132005 | 3262005 | 35 | 2,858.00 | 7 | 200.06 | 29.45 | 10.15 | 298.9175 | 0.00 | 298.92 | 0.00 | 298.92 |
| 831 | 0 | 9122004 | 9262004 | 54 | 5,524.25 | 7 | 386.70 | 50.61 | 12 | 607.32 | 0.00 | 607.32 | 0.00 | 607.32 |
| 831 | 0 | 9262004 | 10092004 | 85 | 9,409.00 | 7 | 658.63 | 46.32 | 12 | 555.84 | 0.00 | 555.84 | 0.00 | 658.63 |
| 831 | 0 | 10102004 | 10232004 | 41 | 7,533.00 | 7 | 527.31 | 35.82 | 12 | 429.84 | 0.00 | 429.84 | 97.47 | 527.31 |
| 831 | 0 | 10242004 | 11062004 | 44 | 2,496.99 | 7 | 174.79 | 26.91 | 12 | 322.92 | 0.00 | 322.92 | 102.79 | 322.92 |
| 831 | 0 | 11072004 | 11202004 | 58 | 5,889.15 | 7 | 412.94 | 29.77 | 12 | 357.24 | 0.00 | 357.24 | 0.00 | 357.24 |

Page 21

## FY2006 (Calendar April 05-March 06)

### Missed Draw Target 13 out of 19 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 836 | 0 | 53604 | 7032005 | 7162005 | 156 | $7,843.73 | 8 | $627.50 | 77.45 | 10.15 | $786.12 | $0.00 | $751.10 | $0.00 |
| 836 | 0 | 53604 | 8282005 | 9102005 | 212 | $12,733.84 | 8 | $1,018.71 | 75.7 | 10.15 | $768.355 | 0 | 768.36 | 148.00 |
| 836 | 0 | 53604 | 10232005 | 11052005 | 92 | $5,331.35 | 8 | $426.51 | 70.93 | 10.15 | 719.9395 | 0 | 7.99 | 268.19 |
| 836 | 0 | 53604 | 11062005 | 11192005 | 205 | $12,573.65 | 8 | $1,005.89 | 72.68 | 10.15 | 737.702 | 0 | 737.70 | 268.13 |
| 836 | 0 | 53604 | 12042005 | 12172005 | 120 | $10,432.99 | 8 | 834.64 | 54.04 | 10.15 | 548.506 | 0 | 548.51 | 286.13 |
| 836 | 0 | 53604 | 3272005 | 4092005 | 85 | $5,895.48 | 8 | $470.92 | 77.79 | 10.15 | 789.57 | 0 | $789.57 | $0.00 |
| 836 | 0 | 53604 | 4102005 | 4232005 | 89 | $6,013.16 | 8 | $481.05 | 78.66 | 10.15 | $798.40 | $0.00 | $798.40 | $0.00 |
| 836 | 0 | 53604 | 4242005 | 5072005 | 110 | $6,701.88 | 8 | $536.15 | 80.07 | 10.15 | $812.71 | $0.00 | $812.71 | $0.00 |
| 836 | 0 | 53604 | 5082005 | 5212005 | 243 | $10,659.70 | 8 | $852.78 | 78.3 | 10.15 | $794.75 | $0.00 | $794.75 | $0.00 |
| **836** | **0** | **53604** | **5222005** | **6042005** | **206** | **$9,148.16** | **8** | **$731.85** | **78.23** | **10.15** | **$794.03** | **$0.00** | **$794.03** | **$0.00** |
| 836 | 0 | 53604 | 6052005 | 6182005 | 310 | 18487.47 | 8 | 1478.9976 | 78.84 | 10.15 | 800.226 | 0 | 800.23 | 0.00 |
| 836 | 0 | 53604 | 6192005 | 7022005 | 256 | $14,262.72 | 8 | $1,141.02 | 81.5 | 10.15 | $827.23 | $0.00 | $827.23 | $0.00 |
| 836 | 0 | 53604 | 7172005 | 7302005 | 173 | $7,306.35 | 8 | $584.51 | 77.19 | 10.15 | $783.48 | $0.00 | $783.48 | $0.00 |
| 836 | 0 | 53604 | 7312005 | 8132005 | 272 | $15,698.25 | 8 | $1,255.86 | 84.81 | 10.15 | $861.63 | $0.00 | $861.63 | $0.00 |
| 836 | 0 | 53604 | 8142005 | 8272005 | 202 | $11,884.74 | 8 | $950.78 | 75 | 10.15 | 761.25 | 0 | 761.25 | 0.00 |
| 836 | 0 | 53604 | 9112005 | 9242005 | 71 | $6,481.92 | 8 | $518.55 | 73.94 | 10.15 | 750.491 | 0 | 750.49 | 0.00 |
| 836 | 0 | 53604 | 9252005 | 10082005 | 71 | $6,619.32 | 8 | $529.55 | 77.72 | 10.15 | 788.858 | 0 | 788.88 | 0.00 |
| 836 | 0 | 53604 | 10092005 | 10222005 | 89 | $6,595.57 | 8 | $627.65 | 79.97 | 10.15 | 811.6955 | 0 | 811.70 | 0.00 |

### Missed Draw Target 15 out of 18 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831 | 0 | 50964 | 3272005 | 4092005 | 4 | $553.50 | 7 | $38.75 | 16.42 | 10.15 | $166.66 | $0.00 | $166.66 | $0.00 |
| 831 | 0 | 50964 | 4102005 | 4232005 | 53 | $5,060.39 | 7 | $354.23 | 28.26 | 10.15 | $286.84 | $0.00 | $286.84 | $0.00 |
| 831 | 0 | 50964 | 4242005 | 5072005 | 42 | $5,120.90 | 7 | $358.46 | 29.92 | 10.15 | $303.69 | $0.00 | $303.69 | $0.00 |
| 831 | 0 | 50964 | 5082005 | 5212005 | 95 | $12,115.30 | 7 | $848.07 | 28.2 | 10.15 | $286.23 | $0.00 | $286.23 | $368.33 |
| 831 | 0 | 50964 | 5222005 | 6042005 | 47 | $4,012.90 | 7 | $280.90 | 36.8 | 10.15 | $373.52 | $0.00 | $373.52 | $0.00 |
| 831 | 0 | 50964 | 11212004 | 12042004 | 71 | 10,033.28 | 7 | 702.33 | 46.65 | 12 | 559.8 | 0.00 | 559.80 | 50.10 |
| 831 | 0 | 50964 | 12052004 | 12182004 | 52 | 8,166.49 | 7 | 431.65 | 19.6 | 12 | 235.2 | 0.00 | 235.20 | 196.45 |
| **831** | **0** | **50964** | **12192004** | **1012005** | **188** | **20,648.36** | **7** | **1,438.39** | **75.88** | **12** | **910.56** | **0.00** | **910.56** | **527.83** |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 609.90 | 1,438.39 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 431.65 | 431.65 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 1,438.39 |  |

### Missed Draw Target 3 out of 4 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 873 | 899749 | 13779 | 4102005 | 4232005 | 3 | $285.00 | 7.5 | $21.38 | 14.52 | 10.15 | $147.38 | $0.00 | $147.38 | $0.00 |
| 873 | 899749 | 13779 | 10092005 | 10222005 | 6 | $379.99 | 7.5 | $28.50 | 7.1 | 10.15 | 72.065 | 0 | 72.07 | 0.00 |
| 873 | 899749 | 13779 | 10232005 | 11052005 | 2 | $450.00 | 7.5 | $33.75 | 6.45 | 10.15 | 65.4675 | 0 | 65.47 | 0.00 |

## Missed Draw Target 7 out of 11 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 873 | 0 | 59208 | 7032005 | 7162005 | 151 | $10,073.08 | 8 | $805.85 | 78.55 | 12 | $942.60 | $0.00 | $900.93 | $0.00 |
| 873 | 0 | 59208 | 7312005 | 8132005 | 173 | $16,132.05 | 8 | $1,290.56 | 70.39 | 12 | $844.68 | $0.00 | $844.68 | $445.88 |
| 873 | 0 | 59208 | 8142005 | 8272005 | 175 | $14,761.55 | 8 | $1,180.92 | 67.28 | 12 | 807.36 | | 807.36 | 373.56 |
| 873 | 0 | 59208 | 9252005 | 10082005 | 81 | $10,811.45 | 8 | $864.92 | 60.16 | 10.15 | 610.624 | | 610.62 | 238.57 |
| 873 | 0 | 59208 | 11062005 | 11192005 | 91 | $11,271.31 | 8 | $901.70 | 56.39 | 10.15 | 572.3585 | | 572.36 | 235.80 |
| 873 | 0 | 59208 | 6192005 | 7022005 | 33 | $1,911.07 | 8 | $152.89 | 37.3 | 12 | $447.60 | $0.00 | $447.60 | $0.00 |
| 873 | 0 | 59208 | 7172005 | 7302005 | 195 | $11,318.82 | 8 | $905.51 | 78.01 | 12 | $936.12 | $0.00 | $936.12 | $0.00 |
| 873 | 0 | 59208 | 8282005 | 9102005 | 86 | $8,709.80 | 8 | $696.78 | 68.68 | 10.15 | 697.102 | | 697.10 | 0.00 |
| 873 | 0 | 59208 | 9112005 | 9242005 | 77 | $7,619.51 | 8 | $609.56 | 61.77 | 10.15 | 626.9655 | | 626.97 | 0.00 |
| 873 | 0 | 59208 | 10092005 | 10222005 | 60 | $5,721.99 | 8 | $457.76 | 52.2 | 10.15 | 529.83 | | 529.83 | 0.00 |
| 873 | 0 | 59208 | 10232005 | 11052005 | 45 | $5,343.19 | 8 | $427.46 | 44.23 | 10.15 | 448.9345 | | 448.93 | 0.00 |

## Missed Draw Target 3 out of 5 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 873 | 0 | 63298 | 12042005 | 12172005 | 127 | $15,088.58 | 8 | 1207.09 | 71.05 | 12 | 852.6 | | 852.60 | 354.49 |
| 873 | 0 | 63298 | 12182005 | 12312005 | 165 | $16,468.71 | 8 | 1,317.50 | 84.01 | 12 | 1,008.12 | | 1,008.12 | 309.38 |
| 873 | 0 | 63298 | 10012006 | 1142006 | 0 | -$283.02 | 8 | -22.64 | 7.05 | 12 | 84.6 | | 84.60 | 0.00 |
| 873 | 0 | 63298 | 10102005 | 11052005 | 16 | $1,579.47 | 8 | $126.36 | 61.91 | 12 | 742.92 | | 742.92 | 0.00 |
| 873 | 0 | 63298 | 11062005 | 11192005 | 44 | $6,798.34 | 8 | $543.87 | 45.63 | 12 | 547.56 | | 547.56 | 0.00 |

## Missed Draw Target 5 out of 9 Pay Periods

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Total Pay | Com $ Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 873 | 0 | 66374 | 3262006 | 4082006 | 50 | $8,325.50 | 7 | 582.79 | 31.51 | 10.15 | 319.8265 | 0 | 319.83 | 282.96 |
| 873 | 0 | 66374 | 12182005 | 12312005 | 104 | $13,203.76 | 7 | 924.26 | 49.63 | 12 | 595.56 | 0.00 | 595.56 | 328.70 |
| 873 | 0 | 66374 | 10012006 | 1142006 | 40 | $2,764.88 | 7 | 193.54 | 27.61 | 12 | 331.32 | | 331.32 | 0.00 |
| 873 | 0 | 66374 | 1292006 | 2112006 | 57 | $6,071.96 | 7 | 425.04 | 39.9 | 12 | 478.8 | | 478.80 | 0.00 |
| 873 | 0 | 66374 | 2122006 | 2252006 | 44 | $3,992.41 | 7 | 279.47 | 45.15 | 12 | 541.8 | | 541.80 | 0.00 |
| 873 | 0 | 66374 | 2262006 | 3112006 | 31 | $6,713.54 | 7 | 469.95 | 44.07 | 12 | 528.84 | | 528.84 | 0.00 |
| 873 | 0 | 66374 | 3122006 | 3252006 | 26 | $3,538.01 | 7 | 247.5607 | 40.46 | 10.15 | 410.669 | | 410.67 | 0.00 |

## FY2007 (Calendar April 06-March 07)

| str | slsperson | file | start | end | units | net sales | Com % | Com $ | Base Hrs | HR Rate | Hrly Total Salary | Total Pay | Com $ Pd Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 873 | 0 | 66374 | 3262006 | 4082006 | 50 | $8,325.50 | 7 | $582.79 | 31.51 | 10.15 | $319.83 $0.00 | $319.83 | $262.96 $582.79 |
| 873 | 0 | 66374 | 4092006 | 4222006 | 39 | $4,228.46 | 7 | $295.99 | 21.6 | 10.15 | $219.24 $0.00 | $219.24 | $76.75 $295.99 |

EXHIBIT 101.

STATE OF CALIFORNIA                                                                    PETE WILSON, Governor

DEPARTMENT OF INDUSTRIAL RELATIONS
**DIVISION OF LABOR STANDARDS ENFORCEMENT**
*LEGAL SECTION*
455 Golden Gate Avenue, Room 3166
San Francisco, CA  94102
(415) 703-4180

H. THOMAS CADELL, JR., *Chief Counsel*



February 7, 1994


Ned A. Fine, Esq.
Fisher & Phillips
Three Lagoon Drive, Suite 345
Redwood City, CA  94065-1567


    Re:  **Overtime Exemption For Service Advisors**


Dear Mr. Fine:

    Thank you for your letter of January 17, 1994, seeking an opinion regarding the appropriateness of utilizing the overtime exemption for commissioned salespeople available in IWC Orders 4 and 9.

    As we discussed many times in the past, it is not possible for this office to grant a blanket exemption based upon the "facts" set out in a letter.   However, I can tell you that it has been my experience that, by and large, individuals who are employed as service advisors and devote most of their time to that occupation, may be considered for the exemption for commissioned employees if all of the other criteria are met.

    In your letter you also request guidance in regard to "sample commission pay plans" which you attached. The sample programs are:

    1.   $2,500.00 monthly draw (against commissions - payable half on 15th and half at end of month), with commission based on 4% of labor and parts gross profit on orders taken by service advisor. You explain that this program provides commissions on labor gross profit (which equals labor charge to customer less sum paid to mechanic[1]) and parts gross profit (which equals the dollar price of the parts sold by the service advisor less the dealer cost of

---

[1]This is not exactly the way you describe the program but this is what I think you mean. If I have misunderstood the program, please get in touch with me.

Ned A. Fine, Esq.
February 7, 1994
Page 2

parts[2]).

Based upon the above, you present the following scenario:

Service Advisor writes up repair orders which reflect 2,000 hours of labor charges @ $65.00 per hour or $130,000 in the month. The same 2,000 hours cost 2,000 times $22.50 (the average[3] hourly pay rate of the mechanics) or $45,000. This leaves gross labor profit of $130,000 minus $45,000 equals $85,000. $85,000 times 4% equals $3,400. Parts sales prices [attributable to the service advisor[4]] total $75,000 in the month, less cost of parts ($40,000) equals $35,000. 4% times $35,000 equals $1,400. Total commission therefore equals $3,400 (on labor) plus $1,400 (on parts) or $4,800. Service advisor is paid $4,800 less $2,500 draw against commissions, or additional commission check of $2,300.

You add that we are to assume that the service advisor worked 10 hours of overtime each week for a total of hours worked in the month of 210 hours.

2.      Same draw as above, except service advisors are paid a percentage of the gross cost of all labor sales (and sometimes including parts sales), as opposed to gross profit.

3.      Service advisor is paid a salary plus commission. The commission plan could be either of the above approaches, perhaps with smaller percentages. A typical salary under your scenario might be $1,200.00 per month.

4.      Service advisor is paid a "guarantee" (say $2,500.00) of a certain level of commissions. If the commission calculation does not meet or exceed the guarantee, the service advisor receives the guarantee. In your scenario, if actual commissions equal $2,100.00 in a particular month and employee

---

[2]You don't explain how your program calculates the "dealer cost" but assuming that this figure is properly computed (see, for instance, *Quillian v. Lion Oil* (1979) 96 Cal.App.3d 156; 157 Cal.Rptr. 740), this method of calculation is acceptable.

[3]We don't understand this statement. Do the figures represent the actual cost to the employer of the wages of the mechanics, or is this an "average" cost?

[4]Bracketed material has been added. If this is incorrect, please contact me.

1994.02.07

Ned A. Fine, Esq.
February 7, 1994
Page 3

therefore receives the $2,500.00 guarantee, the employee would be exempt from the overtime requirements provided the $2,500.00 would represent at least $6.375 for each hour the employee worked.

Employment arrangements which provide for a commission on goods or services to be paid to an employee may also provide for the payment to the employee at a regular pay period (not less than twice a month under California law) of a fixed sum of money, which may bear a more or less fixed relationship to the commission earnings which could be expected, on the basis of experience, for an average period of the same length (not to exceed one month under the provisions of Labor Code §204.1). Such periodic payments, which are variously described as "advances," "draws," or "guarantees," are keyed to a time base and are usually paid at weekly or other fixed intervals which may in some instances be different from and more frequent than, the intervals for payment of any earnings computed exclusively on a commission basis. They are normally ~~smaller in amount than the commission earnings expected for such a~~ period and if they prove to be greater, a deduction of the excess amount from commission earnings for a subsequent period, (not more than one month in the case of commissioned employees of an automobile dealership) is customary under the employment arrangement.

A determination of whether or to what extent such periodic payments can be considered to represent commissions may be required in those situations where the employment arrangement is that the employee will be paid the stipulated sum, or the commission earnings allocable to the same period, whichever is the greater amount. The stipulated sum can never represent commissions, of course, if it is actually paid as a salary. If, however, it appears from all the facts and circumstances of the employment that the stipulated sum is not so paid and that it actually functions as an integral part of a true commission basis of payment, then such compensation may qualify as compensation which represents commissions.

In determining the proportion of compensation representing commissions, all earnings resulting from the application of a bona fide commission rate are deemed commissions without regard to whether the computed commissions exceed the draw or guarantee which may be paid to the employee. Thus an employee who is paid a guarantee or draw against commissions computed in accordance with a bona fide commission payment plan or formula under which the computed commissions vary in accordance with the employee's sales will qualify for exemption provided the employee's regular rate of pay for such workweek is more than one and one-half times the applicable minimum wage. Under a bona fide commission plan all of the

1994.02.07

Ned A. Fine, Esq.
February 7, 1994
Page 4

computed commissions will be counted as compensation representing commissions even though the amount of commissions may not equal or exceed the guarantee or draw in some workweeks.

The exemption will also apply in the case of an employee who is paid a fixed salary plus an additional amount of earned commissions if the amount of commission payments exceeds the total amount of salary payments for the representative period.

A commission rate is not bona fide if the formula for computing the commissions is such that the employee, in fact, always or almost always earns the same fixed amount of compensation for each workweek (as would be the case where the computed commissions seldom or never equal or exceed the amount of the draw or guarantee). Another example of a commission plan which would not be considered as bona fide is one in which the employee receives a regular payment constituting nearly his entire earnings which is expressed in terms of a percentage of the sales which the establishment or department can always be expected to make with only a slight addition to his wages based upon a greatly reduced percentage applied to the sales above the expected quota.

I hope this adequately addresses the issues you raised in your letter of January 17, 1994. I should advise you that the ordinary turn around time for responding to letters of inquiry such as yours is less than thirty days. The normal turn around time is currently in excess of forty days. Repeated phone calls to this office regarding the status of the inquiry generally results in more delays because of the additional time necessary to respond to the phone inquiries. Please consider this axiom when seeking opinions in the future.

Yours truly,


H. THOMAS CADELL, JR.
Chief Counsel


c.c. Victoria Bradshaw


1994.02.07

# DIVISION OF LABOR STANDARDS ENFORCEMENT
# ENFORCEMENT POLICIES AND INTERPRETATIONS MANUAL

50.6    **Commissioned Salespeople**. Certain commissioned salespersons covered either by Order 4-2001 or 7-2001 are exempted from overtime requirements by Subsection 3(D) of those Orders (O.L. 1994.02.07):

> The provisions of subsections (A), (B) and (C) above shall not apply to any employee whose earnings exceed one and one-half (1½) times the minimum wage, if more than half (½) of that employee's compensation represents commissions.

50.6.1    It is important to note that certain requirements must be met in order to comply with California law and meet the exemption criteria:

1.    In order to comply with the requirements of the exemption and of L.C. § 204, for each workweek in the pay period the earnings of the employee, whether actual commissions or a guaranteed draw for the workweek against commissions to be earned within such workweek, must exceed 1.5 times the minimum wage for each hour worked during the pay period.

2.    As stated above, the payment of the earnings of more than 1.5 times the minimum wage for each hour worked must be made in each pay period. Therefore, it is not permissible to defer any part of the wages due for one period until payment of the wages due for a later period.

3.    Compliance with the requirements of the exemption is determined on a workweek basis. The minimum compensation component of the exemption must be satisfied in each workweek and paid in each pay period.

4.    The second component of the exemption, namely at least 50% of earnings from commissions, must also be satisfied in each workweek. However, the actual determination of compliance can be deferred until the reconciliation date following the end of the second pay period. Overtime will be due for any week in which the second component is not met. To test for whether the compensation arrangement is a bona fide commission plan, California law also uses a period of at least one month. Consistent commission earnings below, at, or near the draw are indicative of a commission plan that is not bona fide. If the commission plan is found to be invalid, overtime will be due for all weeks in which the exemption was claimed.

50.6.2    **Use Of Federal Definitions**. To the extent not inconsistent with California's overtime laws and policies, California in applying the provisions of Subsection 3(D) of Order 4-2001 and 7-2001, has adhered to the federal government's interpretation of the provisions of 29 U.S.C. § 207(i) (See also, *Hermann v. Suwanee Swifty Stores, Inc.* 19 F.Supp.2d 1365 (N.D. Ga.1998) However, the definition of commissions adopted by the U.S. Department of Labor and the definition of that term in California law differ. (See *Keyes Motors v. DLSE* (1987) 197 Cal.App.3d 557; 242 Cal.Rptr. 873) Thus, the provisions of 29 CFR § 779.413, *et seq.* to the extent that they discuss the definition of commissions and what constitutes commissions are not instructive for purposes of explaining DLSE enforcement policy in this area.

EXHIBIT 102.

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION
      ------------------------------X
 3   ANN OTSUKA, an Individual; JANIS
     KEEFE, an individual, CORINNE PHIPPS,
 4   an individual, and JUSTIN KISER,
     an individual, individually and
 5   on behalf of all others similarly
     situated,
 6
                    Plaintiffs.
 7
     v.                                   No. C-07-02780-SI
 8
     POLO RALPH LAUREN CORPORATION,
 9   a Delaware Corporation, POLO
     RETAIL, LLC, a Delaware Corporation,
10   POLO RALPH LAUREN CORPORATION, a
     Delaware Corporation doing business
11   in California as POLO RETAIL CORP.,
     FASHIONS OUTLET OF AMERICA, INC., a
12   Delaware Corporation, and DOES -500,
     inclusive,
13
                    Defendants.
14   ------------------------------X

15

                    January 16, 2008
16                  New York, New York
                    Time:  10:17 a.m.
17                  Volume 1, Pages 157

18

19         Deposition of EVAN COHEN, taken on behalf

20   of the Plaintiffs, at Greenberg Traurig, Met Life

21   Building, 200 Park Avenue, New York, New York, commencing

22   at 10:17 a.m., January 16, 2008, before Anthony

23   Armstrong, a Notary Public and Certified Shorthand

24   Reporter of the State of New York.

25

                                                    Page 1
```

**Golden Gate Reporting**

1    A.    Yes, we did compile data.
2    Q.    Today, a document has been produced
3 for your deposition. Are these the data that you
4 are referring to?
5    A.    Yes.
6    Q.    And this packet that is Bates stamped
7 Polo 02058 through 02122, did you have any
8 involvement in the preparation of this entire
9 packet of documents?
10    A.    I had involvement, yes.
11    Q.    And was -- were these various pages
12 prepared at about the same time?
13    A.    Yes. Roughly the same time period
14 when we were looking at this, I should say.
15    Q.    And approximately when was that time
16 when you were preparing these documents?
17    A.    It was in the summer.
18    Q.    Summer of 2007?
19    A.    Yes.
20    Q.    I'll have some specific questions
21 about this as we move forward.
22          What is your understanding of the
23 nature of the claims made in this class action
24 case filed in California?
25    A.    My understanding is that there are

1    Q.    Other than the claims that were made
2 in the case relating to the overtime issue, do
3 you have any other understanding of other claims
4 made in the case?
5    A.    Something about breaks, break time.
6 Everything I learned was really through
7 privileged conversation. I mean, I didn't get it
8 expressly from that website.
9    Q.    You understand that there is a claim
10 for failure to provide rest breaks under
11 California law?
12    A.    Through privileged conversation.
13    Q.    Okay. Could you briefly thumbnail
14 your educational background after high school?
15    A.    I have a bachelors, a business
16 degree, four year college.
17    Q.    Where at?
18    A.    University of SUNY Buffalo.
19    Q.    Any subsequent formal education?
20    A.    No, not formal.
21    Q.    What is your current position at
22 Polo?
23    A.    I am manager of retail store
24 operations.
25    Q.    And how long have you been manager of

1 associates claiming that overtime was not paid to
2 them.
3    Q.    Do you have any understanding of any
4 of the other claims made in the case?
5    A.    Through privileged conversations, I
6 do.
7    Q.    You had indicated earlier that you
8 didn't review the complaint in the case in
9 preparation for your deposition. Have you ever
10 seen the complaint in this case?
11    A.    Not entirely.
12    Q.    You have seen portions of it that
13 were shown to you by counsel?
14    A.    Yes.
15    Q.    Have you ever reviewed the
16 informational website that we established for the
17 case, Poloclassaction.com?
18    A.    Not thoroughly. I knew that there
19 was a website.
20    Q.    Have you gone to that website?
21    A.    Yes.
22    Q.    And have you clicked on the link to
23 take you to the complaint that was filed in the
24 case?
25    A.    I believe I did.

1 retail store operations?
2    A.    I have been in the role since July,
3 2005.
4    Q.    Throughout that time, your formal
5 position was manager of retail store operations;
6 yes?
7    A.    Yes.
8    Q.    Prior to July, 2005, were you
9 employed by Polo Ralph Lauren?
10    A.    I was.
11    Q.    What was your position before then?
12    A.    I was sort of a retail store
13 operations analyst.
14    Q.    And how long did you hold a position
15 where you were retail store operations analyst?
16    A.    For about two years.
17    Q.    So -- so, from the time,
18 approximately, in 2003 to 2005?
19    A.    Yes. I joined Polo -- I think it was
20 October, '03.
21    Q.    Was your first position as retail
22 store operations analyst?
23    A.    Yes, okay.
24    Q.    Did you hold a position with Polo
25 before then?

# Golden Gate Reporting

1 of this document in a sufficient quantity to
2 provide all sales associates, who might be
3 subject to arrears, copies?
4     A.    No, there was not a specific printing
5 of this, because this is only affected new hires.
6 You would only need to print this out as you
7 hired somebody.
8     Q.    Let me show you what we previously
9 marked as Exhibit 7.
10         (Whereupon, Exhibit 7 was
11     previously marked for identification.)
12     *************
13 BY MR. KITCHIN:
14     Q.    That's an e-mail dated May 13, 2004,
15 from Lara Moldawsky to a number of recipients.
16         First question is whether, prior to
17 today, you have seen this e-mail?
18     A.    I have seen this e-mail.
19     Q.    Was this e-mail sent to those
20 individuals who had attended the conference or
21 meeting regarding the rollout of the arrears
22 program?
23     A.    It was.  It was sent after that
24 meeting.
25     Q.    So, the reference under the text

Page 66

1     A.    I think this was, initially, we might
2 have included the information about arrears in
3 the handbook and then decided that it would be
4 better to keep it as an addendum, as it did not
5 address all sales associates, only those hired
6 after a certain date.
7     Q.    Is Lara Moldawsky still employed by
8 Polo?
9     A.    She is not.
10     Q.    Do you know where she is working now?
11     A.    I do not.
12     Q.    Do you know where she is living?
13     A.    No.
14     Q.    I'm going to show you what was
15 previously marked as Exhibit 23.
16         (Whereupon, Exhibit 23 was
17     previously marked for identification.)
18     *************
19 BY MR. KITCHIN:
20     Q.    This was a document provided during
21 the course of this litigation, Polo 303.
22         Have you seen this specific form prior
23 to just now?
24     A.    I have.
25     Q.    And is this a form that is used or

Page 68

1 where it says, "Hi, many thanks to all of you for
2 your participation the past few days," does that
3 refer to the meeting in New York?
4     A.    It does.
5     Q.    So, that meeting took place in
6 approximately May of 2004?
7     A.    It looks like April of 2004.
8     Q.    Toward the middle of the page, it
9 says, attached is.  And then there is some bullet
10 points.  The second bullet point, Special FY05
11 addendum, does that refer to the exhibit we just
12 looked at, which was on the arrears program,
13 Exhibit 10?
14     A.    It is that document, yes.
15     Q.    At some point, was one of the
16 handbooks that Polo uses for its employees -- did
17 one of the handbooks that Polo uses for its
18 employees contain information about the arrears
19 program?
20     A.    It did not.
21     Q.    Do you know what this sentence refers
22 to in the second bullet point, quote, "This
23 contains the detail and arrears which we pulled
24 out of the handbook and is now a separate
25 attachment," closed quote?

Page 67

1 was used to document those individuals who had
2 fallen into arrears under the arrears program?
3     A.    This is not the document that shows
4 that.
5     Q.    What -- if you know, what was the
6 purpose of this document?
7     A.    The purpose of this document is that
8 every time, each pay period, two week pay period,
9 we have a commission file.  This is a collection
10 of all of the commission files over the course of
11 the specific year.  In this case, it looks like
12 fiscal '05.
13     Q.    Was there a specific database or form
14 that was prepared on some periodic basis during
15 the arrears program that detailed individuals who
16 were deemed by the company to be in arrears?
17     A.    There was.
18     Q.    And was that a single document that
19 contained all the names of individuals?
20     A.    It did.
21     Q.    Was that a nationwide --
22     A.    Nationwide e-mail.
23     Q.    Was there a specific arrears table or
24 document prepared for California stores?
25     A.    Not specific for California stores,

Page 69

18 (Pages 66 to 69)

## Golden Gate Reporting

1   no.
2      Q.    Was -- how often was that document
3   prepared?
4      A.    Biweekly.
5      Q.    And was that document then forwarded
6   to managers in California?
7      A.    It was forwarded to every manager in
8   the company, general manager level.
9      Q.    And was it segregated or divided by
10  store number?
11     A.    Yes.
12     Q.    So, every general manager in the
13  country would receive numerous or number of pages
14  showing people in arrears throughout the country?
15     A.    It was on one page, generally. It
16  was a longer spreadsheet. It included the people
17  in the company that had fallen into arrears as a
18  result of the current pay period that that
19  document was attributing to.
20     Q.    And how is that transmitted to the
21  general managers?
22     A.    E-mail.
23     Q.    And did you prepare that document?
24     A.    I did.
25     Q.    And was that sent as an attachment?

Page 70

1      A.    Yes.
2      Q.    What program was the attachment in?
3      A.    Excel.
4      Q.    And did the attachment include a
5   cover letter e-mail from you when you --
6      A.    It did.
7      Q.    And what information did you
8   generally provide in that cover letter?
9      A.    I generally provided macro level
10  information on the number of people that had
11  fallen into arrears and the total amount of money
12  that was owed to the company, as well as a number
13  of people that fell into performance management,
14  plus they were hired prior to 2004, and the
15  selling costs associated with each group, and
16  then links to certain HR policies and procedure
17  documents, just in case anyone had forgotten, and
18  tips to help avoid your associates from falling
19  into arrears or performance management.
20     Q.    Were there any e-mails or documents
21  that you're aware of, whether you prepared or
22  just saw, that specifically instructed general
23  managers to approach and inform those sales
24  associates who were in arrears that they were,
25  indeed, deemed to be in arrears by the company?

Page 71

1      A.    In that cover letter -- I can't
2   recall what it exactly said in the cover letter,
3   go to each associate and tell them. It might
4   have been assumed in my contents, but I don't
5   remember. I can't recall exactly if, in the
6   note, it said, make sure you walk up to each
7   associate and tell them.
8      Q.    One of the ways that that individual,
9   during the pendency of the arrears program, could
10  be in arrears is by failing to sell a sufficient
11  quantity of merchandise to cover their base
12  salary, correct?
13     A.    Correct.
14     Q.    Is another way that a person could
15  fall into arrears, based on product returns that
16  were debited against their sales?
17     A.    Sure.
18     Q.    Are there any other ways that a
19  person could fall into arrears during the course
20  of this program?
21     A.    Arrears is calculated based on the --
22  no. That is not -- it's based on net sales. So,
23  you can't fall into arrears for anything else
24  other than sales performance.
25     Q.    There is, in the right hand --

Page 72

1   right-hand side, No. 23, a couple of references.
2   1, RL Media, ADJ. That's the bottom of the
3   right-hand column.
4      A.    I see it.
5      Q.    What does that refer to?
6      A.    At this time, in fiscal 2005, our
7   Polo.com, our internet retailer for Ralph Lauren,
8   their sales came in on a different file. We were
9   then merged on to this file. So, our retail
10  business systems department would take a file
11  from Polo.com on the number of sales generated in
12  the stores because our store employees are able
13  to -- not purchase. They were able to instruct,
14  to sell things out of the Polo.com inventory to
15  their customers.
16         So, they -- so, that would be
17  generated on a biweekly basis, given to retail
18  business systems for that specific pay period and
19  they would merge those sales into the sales for a
20  given pay period for each given associate who
21  might have sold something via Polo.com. So, where
22  you see RL media adjustment, that just means that
23  their sales were adjusted to reflect the Polo.com
24  sale.
25     Q.    So that -- make that shorter. If

Page 73

19 (Pages 70 to 73)

Golden Gate Reporting

1  they sold something through the website to a
2  customer, then --
3       A.    They received credit for it.
4       Q.    Okay.  Up at the top of the column is
5  INV hours, ADJ.  What does that refer to?
6       A.    As stated earlier, twice a year, we
7  take inventory in July and January.  During that
8  particular time of the year, where we calculate
9  commission, the inventory hours are treated as
10  benefits, so they are treated as a non-selling
11  hour.  So, the associate gets credit for those
12  hours.  It does not -- those sales are not held
13  against commission.
14       Q.    Then about the middle of the column,
15  there is one that says, hour rate per payroll.
16  What does that refer to?
17       A.    In the case where our retail business
18  systems team did not get enough information,
19  basically, the payroll team feeds information to
20  the retail business systems team, and,
21  occasionally, that data might have holes.  So,
22  then retail business contacts payroll to verify a
23  rate for a specific person.  Our retail business
24  systems partners are very good at keeping notes
25  on any time something maybe wasn't received the

Page 74

1  first time, but was received at a second pass.
2       Q.    In the right-hand column, there are
3  references to deducted amounts, and then there
4  are references that just say, arrears.
5            For those rows that just refer to
6  arrears, does that mean that the person is in
7  arrears but has not earned commission from which
8  arrears had been taken as of the day of the
9  report?
10       A.    I can't recall exactly why that word
11  just appears there, but it's -- it seems that
12  it's whenever someone failed to cover their base
13  salary, they are just noted.
14       Q.    I'm going to show you what we
15  previously marked as Exhibit 2.
16            (Whereupon, Exhibit 2 was
17            previously marked for identification.)
18            *************
19  BY MR. KITCHIN:
20       Q.    This is the Polo Ralph Lauren Polo
21  Retail Corporation Sales Associate Compensation,
22  Sales Associate Handbook, April 2002.
23            Are you familiar with this specific
24  version of the sales associate handbook?
25       A.    I am familiar, yes.

Page 75

1  Q.    This sales associate handbook was in
2  effect until the April of 2004 compensation
3  handbook that was rolled out; is that correct?
4       A.    Correct.
5       Q.    I will have you turn to Page 4 of the
6  document.  It's Polo 721.  There is a reference
7  to overtime about halfway down the page.
8       A.    Uh-huh.
9       Q.    It indicates, the second paragraph,
10  sales associates, senior sales associate and
11  executive sales associates are not eligible to
12  receive a premium overtime compensation rate.
13  However, a sales commission reconciliation will
14  be performed at the close of each fiscal year to
15  ensure that each associate is compliant with
16  federal labor guidelines stipulating that the
17  majority of their pay must be in the form of
18  commission.  If a sales associate is found to be
19  overtime eligible at that time, then the
20  appropriate amount of overtime compensation will
21  be paid to that associate.
22            Do you know who drafted this
23  paragraph?
24       A.    No.
25       Q.    Do you know whether Polo Ralph Lauren

Page 76

1  ever performed a sales commission reconciliation
2  analysis prior to 2005?
3       A.    I do not know.
4       Q.    Do you know if -- you don't know
5  whether one was ever performed prior to 2005?
6       A.    No, I do not know.
7       Q.    Do you know if a sales commission
8  reconciliation has ever been performed at Polo
9  Ralph Lauren?
10       A.    I do know they were performed.
11       Q.    When?
12       A.    It was performed this year.
13       Q.    Was that the first time that that
14  analysis had ever been performed to your
15  knowledge?
16       A.    To my knowledge, yes.
17       Q.    You prepared that reconciliation?
18       A.    I did.
19       Q.    And that's included in the stack of
20  documents that were produced today?
21       A.    Yes, uh-huh.
22       Q.    We will talk more about this document
23  in a little while, but when you were preparing
24  this reconciliation, did you come to learn that
25  this is the first time that this reconciliation

Page 77

20 (Pages 74 to 77)

## Golden Gate Reporting

1  number of times they met the exemption.
2      Q.    As opposed to the actual --
3      A.    As opposed to total.
4      Q.    Why did you do that?
5      A.    I had worked with our corporate
6  compensation team, and I had done my methodology.
7  As you would see, they had done theirs. They
8  looked like their format a little better and the
9  numbers tied out. They did this format. I think
10 that's the one we were showing you here.
11     Q.    The next set of pages, what are
12 these?
13     A.    Payroll hours report again. You can
14 see that the way they designate time is now a
15 decimal place in it. It is not broken out day by
16 day. It's total regular hours worked on,
17 overtime. There are other types of pay across
18 the top.
19     Q.    On Page 2072, we have Corinne Mullen,
20 and total hours worked, and a bunch of other data
21 on her.
22          Based on this document that you have
23 in front of you, do you know whether Polo had
24 determined that Corinne Mullen was eligible to
25 receive premium overtime compensation for overtime

Page 146

1  hours that she worked during her employment?
2      A.    If she -- we have her hours because
3  she had failed the 50 percent test. And if she
4  was eligible for overtime based on our
5  methodology, then she was paid for that overtime.
6      Q.    And do you know whether she was
7  deemed to be eligible for premium overtime?
8      A.    I can't recall it exactly. I don't
9  have her names on these documents except for the
10 hours page.
11     Q.    This next set of documents, looks
12 like it runs from Page 2072 all the way to 2112.
13          Is that a data printout?
14     A.    Yes. That's the raw data on every
15 paper sales for Stores 802 through 811, 802, 803,
16 810, 811.
17     Q.    This doesn't include all the stores
18 in California, does it?
19     A.    It does not, no.
20     Q.    But, you analyzed all the stores in
21 California when you prepared this?
22     A.    I did.
23     Q.    On Page 2113, we had the 50 percent
24 test for 2006?
25     A.    Uh-huh.

Page 147

1      Q.    Did you perform the -- which type of
2  analysis did you perform?
3      A.    The same one we did for '03, '04.
4      Q.    You are looking at the actual
5  commission dollars for the years versus the total
6  paid for the year?
7      A.    Exactly.
8      Q.    And if that ratio is less than
9  50 percent, then you looked at specific pay
10 periods in which they failed to sell 50 percent
11 and/or premium overtime to come up with the
12 number?
13     A.    Right.
14     Q.    On Page 2115, you determined, based
15 on your methodology, that for all of California
16 premium overtime compensation was due in the
17 total amount of $537.63; correct?
18     A.    Yes.
19     Q.    And that money was sent out to the
20 employees that your analysis determined were due
21 overtime compensation?
22     A.    That is correct.
23     Q.    The next period 2116 -- Page Number
24 2116, OT owed California, 2007.
25          Did you perform this analysis as you

Page 148

1  had done with the 2003, 2004 data?
2      A.    Correct.
3      Q.    So, it was based on year-long
4  commission dollars ratio to total paid?
5      A.    That is correct.
6      Q.    And based on that analysis, you
7  determined that $231.56 was owed to California
8  employees?
9      A.    That is correct.
10     Q.    The next document is 2118. Looks
11 like it runs through the end of the packet, 2122.
12     A.    Yes. This the payroll hours report.
13 You see they made another improvement where they
14 really specify the type of hours.
15     Q.    Who do the employees who are
16 included --
17     A.    Those are the employees that failed
18 to meet the 50 percent test, I believe.
19     Q.    From 3/26/06 to 3/31/07?
20     A.    Yes. I don't know if every page in
21 here is included, but we only requested hours for
22 those employees that had failed to meet the
23 50 percent test.
24     Q.    Do you know whether, in paying the
25 amounts designated under each 50 percent test for

Page 149

38 (Pages 146 to 149)

**Golden Gate Reporting**

| | |
|---|---|
| 1 these years, also included what are called | 1 made in this lawsuit? |
| 2 waiting time penalties, under California law? | 2    A.    No. I just was responsible for the |
| 3    A.    They did. | 3 overtime component. |
| 4    Q.    And how were the waiting time | 4    Q.    Are you aware of any of your |
| 5 penalties calculated? | 5 colleagues from Polo who are performing or have |
| 6    A.    10 percent of each year, it was late. | 6 performed an analysis of waiting time relating to |
| 7    Q.    So, 10 percent interest on each year? | 7 loss prevention inspections? |
| 8    A.    Uh-huh. | 8    A.    No. |
| 9    Q.    Did it include, under California law, | 9    Q.    Was the arrears program implemented |
| 10 waiting time penalties that are equal to, at | 10 in all full price retail stores in California? |
| 11 most, 30 days of salary of the individual? | 11    A.    It was implemented in all full price |
| 12    A.    No, not that I'm aware of. | 12 retail stores in California that were on draw |
| 13    Q.    One of the claims made in this case | 13 versus commission. |
| 14 is that Polo Ralph Lauren failed to pay sales | 14    Q.    Was a program implemented in |
| 15 associates for waiting time as they were waiting | 15 Burlingame? |
| 16 to leave the store at the end of their shifts to | 16    A.    Burlingame has had -- has, I think, |
| 17 have a bag check or loss prevention inspection | 17 at the time, was on draw versus commission, but |
| 18 performed. | 18 they switched to and fro a couple of times based |
| 19         Did your analysis of overtime | 19 on business strategy and business requirements. |
| 20 eligibility include any amount of time that was | 20 Whenever you are on that program, you are held to |
| 21 designated as waiting time for loss prevention | 21 those rules. |
| 22 inspection searches? | 22    Q.    Which stores were excluded from the |
| 23    A.    If the sales associates were clocked | 23 arrears program in California? |
| 24 in at the time of their bag inspection searches, | 24    A.    I can't recall if Burlingame was base |
| 25 then they were paid for those hours worked. | 25 plus at the time. If they were, then they would |
| Page 150 | Page 152 |

| | |
|---|---|
| 1    Q.    If the sales associate had clocked | 1 be excluded. If they were not, then they were |
| 2 out and then had to wait 15 minutes, for example, | 2 included. |
| 3 for a bag check, your analysis didn't add any | 3    Q.    Are there any other stores that you |
| 4 estimated number for any kind of wait time? | 4 can think of that might have been excluded? |
| 5    A.    No. | 5    A.    Not at full price. |
| 6      MR. KITCHIN:  Let's mark this whole | 6    Q.    Was the arrears program, to your |
| 7 packet as Exhibit 53. | 7 knowledge, implemented in a consistent way across |
| 8      (Whereupon, Exhibit 53 was marked | 8 those stores in California that were subject to |
| 9 for identification.) | 9 the arrears policy? |
| 10        ************* | 10    A.    To my knowledge, yes. |
| 11      MR. KITCHIN:  Neil, do you have an | 11    Q.    It was the intention of Polo Ralph |
| 12 extra copy of this? I would like to take | 12 Lauren to institute that system consistently |
| 13 one with me. | 13 across those stores where it applied in |
| 14      MR. CAPOBIANCO:  You can have that | 14 California? |
| 15 one. | 15    A.    Correct. |
| 16 BY MR. KITCHIN: | 16      MR. KITCHIN:  That's all the |
| 17    Q.    Why did Polo decide to do an overtime | 17 questions I have. Thanks. |
| 18 wage reconciliation last year? | 18      THE WITNESS:  Great. Thanks. |
| 19    A.    It was brought to my attention | 19      MR. CAPOBIANCO:  No questions for me. |
| 20 through counsel that this was something that was | 20 |
| 21 going to be done. | 21      (Whereupon, the deposition |
| 22    Q.    Other than the analyses that we have | 22 concluded at 3:17 p.m.) |
| 23 talked about for the reconciliation, have you | 23        ************* |
| 24 performed any other types of analysis with | 24 |
| 25 respect to the compensation claims that have been | 25 |
| Page 151 | Page 153 |

39 (Pages 150 to 153)

```
 1              C E R T I F I C A T E

 2              I, Anthony Armstrong, a Certified

 3       Shorthand Reporter and Notary Public within

 4       and for the State of New York, do hereby

 5       certify:

 6              That EVAN COHEN, the witness whose

 7       testimony is hereinbefore set forth, was

 8       duly sworn by me and that such testimony is

 9       a true record of the testimony given by such

10       witness.

11              I further certify that I am not

12       related to any of the parties by blood or

13       marriage, and that I am in no way interested

14       in the outcome of this matter.

15

16

17                          Anthony Armstrong

18

19

20

21

22

23

24

25

                                          Page 154
```

EXHIBIT 103.

# SPECIAL FY05 ADDENDUM

## ARREARS

All sales associates hired after 4/18/04 will be subject to arrears beginning in the second quarter of FY05. During pay periods in which your earned commissions fail to cover your base salary, you will be subject to arrears.*

If you are in arrears you will be subject to pay back the amount that you owe. The amount you owe will be deducted via any earned commissions in subsequent pay periods, until the arrears amount is fully repaid. In the case of time off, you will not be subject to arrears unless a return is taken during this period. The commission you had originally earned on the sale will now be taken in arrears, and you will be required to pay it back in subsequent pay periods.

Retail Store Finance will be tracking and applying any arrears owed and will be making the proper deductions. Store Operations will provide reports to the stores of any arrears owed on a bi-weekly basis. Arrears will never be taken from an associate's base salary.

*Calculation of Arrears:

Net Sales * Commission Rate – Base Salary = Commission Earned

If **Commission Earned** is less than **Base Salary**, the difference between these amounts is what you owe in **arrears**

## VACATION, SICK/PERSONAL, AND HOLIDAY PAY

All sales associates will receive vacation, sick/personal and holiday pay based upon their base pay rate. This pay will be included in their total base pay calculation, which is held against commission. Inventory, personal/sick and vacation time, will not be counted in the arrears calculation. Additionally, if you are on any approved leave of absence (medical, FMLA, military or other), you will not be evaluated for performance management and your time off will not be held in arrears. However, sales support activities will be included in the calculation of your arrears. *Managers are responsible for coding the appropriate time off code into the POS system to ensure accuracy of selling hours vs. non-selling hours.*

CONFIDENTIAL

POLO 00430

## STORE GROUP RECLASSIFICATIONS:

Beginning in FY05, the Newbury and Phoenix stores will be moved from Group 1 to Group 2. Current Sales Associates in these respective stores will remain in Comp Plan A and will maintain their current commission percentages throughout FY05. However, as a result of their group change, they will be required to meet the new sales volume hurdles of the new group. Additionally, at the end of FY05, if they fail to meet these volume requirements they will fall into the tier reflective of their sales volume.

## HOME COLLECTION:

All New Hires in our Home Collection Departments, will be given *four pay periods*, in which they will not be subject to the rules of performance management, and will not be subject to arrears. During this period of training, they will be paid at the $12 per hour training rate.

**CONFIDENTIAL**

EXHIBIT 104.

# FISCAL 2007 COMPENSATION UPDATE

## STORE GROUPS

Coinciding with the start of Fiscal 2007, stores have been put into groups, based on volume expectations, trend, productivity and store type. These store groups, of which there are 5, will now define where your store is slotted in both the Comp Plan A and Comp Plan B structure. Additionally, these store groups will help us better assess and compare similar stores, in a variety of ways.

Due to this change several stores have changed there location on the comp structure, and as a result sales associates in those stores will have new goals in Fiscal 2007. Therefore, associates may keep their current compensation for one more year, and will be evaluated based on their new goals going into Fiscal 2008. Please refer to your stores specific compensation plan grid for more details.

## ARREARS

Beginning, Sunday March 25th, our arrears program will be terminated. Any remaining arrears balance owed will be captured on the March 31st paycheck. Should an associate still have a balance following that paycheck, those amounts **will not** be taken from future paychecks. We will however continue with our Performance Management Program. To re-iterate that program (direct from the handbook):

Sales associates are expected to sell enough to cover their base salary on a consistent basis each pay period. Sales Associates will be evaluated at the end of each quarter. Quarterly reviews will be based on the start and end dates of each quarter and the payroll periods that coincide with the quarterly end dates. *Please note, for the purposes of evaluation, if a pay period is spilt between two quarters, that pay period will count towards the prior quarter.* In each quarter you can miss no more then two-pay periods prior to receiving a warning *(Missing a pay period means that your sales volume does not cover your base salary).* If in the following quarter you again miss more than 2 pay periods you will drop a tier or face termination *(termination occurs if you are at the entry level commission rate).* To be subject to disciplinary action, sales associates must under perform for two successive quarters. This applies in perpetuity, thus should you receive a warning in the fourth quarter, you will enter the first quarter of the new fiscal year on warning, and be subject to the rules of the plan.

Sales Associates on a legitimate approved leave will be excluded from the performance management evaluation during their weeks out. Sales Associates who take vacation, sick/personal, or holiday time are expected to meet the requirements of the program. We allow for sales associates to miss two pay periods (or 4 weeks) each quarter to accommodate such situations as, time off.

**CONFIDENTIAL**

EXHIBIT 105.

**Golden Gate Reporting**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5   ANN OTSUKA, an individual;    )
     JANIS KEEFE, an individual,   )
 6   CORINNE PHIPPS, an            )
     individual; and RENEE DAVIS,  )
 7   an individual; individually   )
     and on behalf of all others   )
 8   similarly situated,           )
               Plaintiffs,         )
 9                                 )
10      -vs-                       )   No. C-07-02780-SI
11                                 )
12   POLO RALPH LAUREN CORPORATION;)
     a Delaware Corporation; POLO  )
13   RETAIL, LLC., a Delaware      )
     Corporation, POLO RALPH LAUREN)
14   CORPORATION, a Delaware       )
     Corporation, doing business in)
15   California as POLO RETAIL     )
     CORP; FASHIONS OUTLET OF      )
16   AMERICA, INC., a Delaware     )
     Corporation,                  )
17             Defendants.         )
18   _____)

19

20             The deposition of HARVEY RESNICK, called
     by the Plaintiffs for examination, pursuant to
21   subpoena and pursuant to the Federal Rules of
     Civil Procedure for the United States District
22   Courts pertaining to the taking of depositions,
     taken before Cynthia J. Conforti, Certified
23   Shorthand Reporter, at Suite 2500, 77 West Wacker
     Drive, Chicago, Illinois, commencing at the hour
24   of 10:09 a.m. on the 23rd day of April, A.D.,
25   2008.
```

Page 1

**Golden Gate Reporting**

1  seasons, things like that.
2  Q.  Were there handbooks available on this
3  website that employees could access?
4  A.  I don't know.
5  Q.  Were sales made by specific employees
6  listed in some way on the website?
7  A.  Actually, I think there was some sort of a
8  list to that effect.
9  Q.  And was that website accessible by sales
10  associates?
11  A.  I don't recall.
12  Q.  When you were working at Polo, how did you
13  learn of any policy or procedure changes that
14  occurred?
15  A.  To the best of my recollection typically
16  through managers' meetings information like that
17  would come down from the general manager to the
18  department managers in the weekly managers
19  meeting.
20  Q.  So you had a weekly managers meeting?
21  A.  Yes.
22  Q.  And was that typically when the store was
23  closed or open?
24  A.  It was in the morning before the store
25  opened

Page 58

1  Q.  How did you learn that they had fallen
2  into arrears?
3  A.  I believe we were given a list of sales
4  associates who were in that situation through
5  management.
6  That may be -- when you asked earlier
7  about sales appearing on that website, I think
8  there was a place that you could see that. Those
9  people who were in that arrears situation were
10  posted I think.
11  Q.  When you saw that someone in your
12  department had fallen into arrears, did you have
13  any responsibilities or duties to communicate that
14  matter to the sales associate?
15  A.  Yes.
16  Q.  And how would you go about communicating
17  the arrears situation to a sales associate?
18  A.  Through a conversation, a one-on-one or
19  just a, you know, an impromptu but private
20  conversation.
21  Q.  Would you specifically tell an individual
22  that you're in arrears X amount of dollars, so if
23  you make your commission you'll be debited by that
24  amount?
25  A.  I can't say for certain that I said it in

Page 60

1  Q.  And at those meetings were all managers
2  required to attend?
3  A.  Yes.
4  Q.  And were you provided handouts or
5  documents during those meetings on occasion?
6  A.  Sometimes.
7  Q.  Are you familiar with a program that was
8  called arrears?
9  A.  Yes.
10  Q.  What was the arrears program?
11  A.  Best of my recollection it's a case of
12  when you have not covered your hourly income or
13  base rate through sales, you essentially owe sales
14  to the company, so before, even if you do exceed
15  your initial sales goal in the next pay period,
16  you have to cover the shortfall from the previous.
17  Q.  So does that mean that if you had fallen
18  into arrears by let's say a hundred dollars when
19  you subsequently made your commission $100 would
20  be debited against the commissions you had earned?
21  A.  Yes.
22  Q.  Did that happen -- strike that.
23  Did sales associates in your department on
24  any occasion fall into arrears?
25  A.  Yes, I'm sure they did.

Page 59

1  exactly those terms, but that's the type of
2  information I would communicate.
3  Q.  You indicated that Justin Kaiser worked
4  within your department?
5  A.  Yes.
6  Q.  And was he still employed there when you
7  left employment?
8  A.  Yes.
9  Q.  And can you describe for us your
10  perspective toward the quality of work that he
11  performed at Polo?
12  A.  I would say that generally his -- quality
13  of work of his work was high. He was an
14  aggressive salesperson. He liked to sell and
15  understood the rewards, financial rewords of
16  selling successfully.
17  Q.  While you were employed as his manager,
18  did you ever develop any specific complaints about
19  his conduct or performance?
20  A.  Did I?
21  Q.  Yes.
22  A.  I didn't have any specific complaints.
23  Not to my recollection.
24  Q.  Did Janis Howay work for your department?
25  A.  She did.

Page 61

16 (Pages 58 to 61)

**Golden Gate Reporting**

1    A.  Well, since I was a salaried employee, it
2  didn't seem to matter to me, so whatever time they
3  put down was fine for me.  It was acceptable for
4  me because it didn't change my compensation in any
5  way.
6    Q.  Did you ever as a check-and-balance
7  attempt to see what time was recorded for you
8  checking out on the days when the system was shut
9  down while you were still working?
10    A.  Yes, I did.
11    Q.  And did you find that it was accurate,
12  inaccurate?
13    A.  Well, what I did -- I did a -- sometime,
14  and I can't remember exactly when it was, I was
15  curious to see how many hours I was working
16  actually, so I went in to a system that allowed me
17  to see the punches as they call them, the
18  clock-in/clock-outs, and I saw the documentation.
19    I don't know that I did anything to change
20  anything, you know, but I saw my own, you know,
21  hours.
22    Q.  And did you comment one way or another
23  whether they were generally accurate or have any
24  assessment of that?
25    A.  Did I comment?  To whom?

1    Q.  Did you comment even to yourself?
2    A.  I think, I think, no.
3    The only observation I made was that there
4  was the nights that I was there well beyond the
5  time that my clock-out appeared.  I mean I made
6  that observation.  I knew that, you know, if I was
7  clocked out at 8:15 and I was still there at 11
8  o'clock that there was something wrong in the, you
9  know, but it didn't matter because I wasn't
10  compensated based on my -- the hours that I was
11  there.  The clocking in and out for managers
12  seemed to me a little superfluous anyways, but...
13    Q.  Are you aware whether employees that
14  worked within your department while at Polo
15  received a report reflecting how many hours they
16  were credited for working during a particular pay
17  period?
18    A.  Am I aware if they received a report like
19  that?
20    Q.  Let me ask it slightly differently.
21    Are you aware that Polo employees that
22  worked in the San Francisco store they're actual
23  paycheck reflected the number of hours they were
24  paid for during a particular --
25    A.  Yes, that's correct.

1    Q.  And during your tenure did any of the San
2  Francisco store employees come to you to complain
3  that the number of hours reflected on their
4  paycheck was inconsistent with the number of hours
5  they felt they were entitled to be paid for?
6    A.  I don't recall.
7    Q.  During the time that you were the men's
8  clothing and men's sport manager, did you ever
9  have occasion to explain the arrearages program to
10  any of your sales associates?
11    A.  My answer to that question is yes, but I
12  can't be specific who it was that I was talking
13  with.  I don't have a recollection.
14    I'm sure I had the conversation more than
15  once in an effort to explain how it worked.
16    Q.  And how was it that you gained the
17  information that allowed you to explain it to your
18  sales associates?
19    A.  It had to do with the fact that they were
20  in arrears and not making their, not covering
21  their base pay with sales, so it was necessary to
22  explain to them where they stood and explain also
23  at the same time how, you know, how they became in
24  arrears, why they were in arrears.
25    Q.  And did someone explain the program to you

1  that gave you this -- who explained the arrears
2  program to you that permitted to you explain it to
3  your sales associates?
4    A.  I believe it was part of my introduction
5  to the company as a manager.  It was being
6  explained to me how my staff was compensated.
7    Q.  During your tenure are you aware of
8  whether any sales associates within your
9  department, in sport, men's clothing, ever had
10  commission income debited because of the arrears
11  because they were in arrears?
12    A.  I don't know.
13    Q.  When you explained the arrears program to
14  the sales associates as part of your job
15  responsibilities, can you tell me what you told
16  them, how you explained it to them?
17    A.  Basically what I would have said is that
18  "You must cover your base pay, which is the hourly
19  rate which you are paid times the number of hours
20  you work through sales at the percent that your
21  department is paying you commission, and when
22  you've covered that, then you begin to earn
23  additional income through commission sales.  If
24  you fail to reach that, you owe the company.  You
25  don't owe them money" because some of them, they

28 (Pages 106 to 109)

## Golden Gate Reporting

1   thought that meant they owed them cash.
2       "You don't owe them money." I said, "You
3   owe them sales. You have to make that up to cover
4   the shortfall by selling more in the next pay
5   period, otherwise you will continue to always only
6   get your hourly pay."
7       Q. So the sales target would get higher --
8       A. Sure, gross, yeah.
9       Q. Got you. And that was basically how you
10  went about explaining?
11      A. (Nodding head.)
12      Q. Is that a yes?
13      A. Yes. Sorry.
14      Q. That's quite all right.
15      Mr. Resnick, I somehow got an impression
16  from your testimony this morning that the recovery
17  time was longer during the holiday period than in
18  the preholiday period. Is that a correct
19  perception?
20      A. Yes.
21      Q. Is it your recollection that the recovery
22  time was within what you see to be a reasonable
23  number, 15 minutes plus or minus prior to the
24  holiday season but lengthened once a holiday
25  season approached?

Page 110

1       Q. Do you have a recollection within that
2   process of Tin -- of being with Tin while he
3   explained the compensation system to a prospective
4   sales associate?
5       A. I do not.
6       Q. Do you have a recollection of
7   participating in that process with Tin in which
8   Tin explained to a sales associate the arrearage
9   program?
10      A. I don't recall.
11      Q. Do you have a recollection of within that
12  hiring process either you or Tin explaining to a
13  prospective sales associate the reconciliation
14  process that Mr. Kitchin pointed out in the sales
15  associate compensation handbook?
16      A. No.
17      Q. Mr. Resnick, if I understood your
18  testimony from this morning, I don't mean this to
19  be impolite, but I got the impression that you
20  were not comfortable doing the computer shutdown
21  system at the end of the day.
22      A. I wasn't.
23      Q. And so you were more comfortable having
24  someone else do that process while you did the
25  recovery.

Page 112

1       A. My recollection is more like when I first
2   came a lot of time was being spent after store
3   hours for recovery or merchandising. Then it
4   seemed to taper off into a more normal or more
5   palatable time frame.
6       Q. Palatable. 15 minutes plus or minus.
7       A. Yes, right. 15 minutes, yes.
8       And then of course as the holiday season
9   approached and even through the sale period, which
10  was even worse than the holiday period, it became
11  excessive amounts of time were being spent just to
12  recover the floor, put it back together in a
13  suitable appearance for business the next day.
14      Polo has very high standards, and that's
15  fine. I have no issue with that. It's just a
16  case of how you get there.
17      Q. And if I understand correctly, you felt
18  Tin not only had Polo standards but higher than
19  Polo standards at times.
20      A. If that's possible, yes.
21      Q. During the -- while you were a manager in
22  the San Francisco store, did you ever participate
23  with Tin in the hiring process for sales
24  associates?
25      A. I believe I did, yes.

Page 111

1       A. That's true.
2       Q. And so your discomfort with it was
3   emanating from what?
4       A. Not that I'm terribly computer literate
5   now, but I was even less four years ago, and the
6   process was demonstrated to me rather quickly, and
7   it was assumed that I knew it and was comfortable
8   with it, and I wasn't, and I never developed the
9   skill and the comfort level with it that allowed
10  me to go to it, sit down and get through it in a,
11  you know, in a stress-free and quick and efficient
12  way, so I was perfectly happy if some other
13  manager wanted to do it.
14      Q. And so just as a macro overview, was each
15  department shut down in some sort of order? Did
16  home collection shut that down? Did women's shut
17  that down? Did men's sport and men's clothing
18  shut that down? Were they all shut down at one
19  time or do you know?
20      A. I don't remember. But I think, I think
21  that's true that they shut the departments down
22  and then the whole store, but once the process was
23  started you didn't stop partway and say "Well,
24  men's isn't ready yet."
25      Q. Okay. You indicated that in response to a

Page 113

29 (Pages 110 to 113)

certcert

1    I further certify that the signature to the
2  foregoing deposition was not waived by counsel for
3  the respective parties.
4    I further certify that the taking of this
5  deposition was pursuant to subpoena, and that
6  there were present at the deposition the attorneys
7  hereinbefore mentioned.
8    I further certify that I am not counsel for
9  nor in any way related to the parties to this
10  suit, nor am I in any way interested in the
11  outcome thereof.
12    IN TESTIMONY WHEREOF:   I have hereunto set my
13  hand and affixed my notarial seal this 7th day of
14  May, 2008.
15
16
17
18
19    Cynthia J. Conforti, CSR, CRR
20    Notary Public, Cook County, Illinois
21
22  CSR License No. 084-003064
23
24
25

.

EXHIBIT 106.

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   ANN OTSUKA, an individual; JANIS        No. C-07-02780-SI
    KEEFE, an individual; CORINNE
6   PHIPPS, an individual; and
    JUSTIN KISER, an individual;
7   individually and on behalf of
    all others similarly situated,

8
                    Plaintiffs,
9      vs.

10  POLO RALPH LAUREN CORPORATION;
    a Delaware Corporation; POLO
11  RETAIL, LLC, a Delaware Corporation;
    POLO RALPH LAUREN CORPORATION, a
12  Delaware Corporation, doing business
    in California as POLO RETAIL CORP;
13  FASHIONS OUTLET OF AMERICA, INC., a
    Delaware Corporation and DOES 1-500,
14  inclusive,

15                  Defendants.
                                        /
16

17
              DEPOSITION OF KIM LEE BABKA
18

19
        DATE:          March 7, 2008
20
        TIME:          10:03 a.m.
21
        LOCATION:      Greenberg Traurig
22                     1900 University Avenue
                       Fifth Floor
23                     East Palo Alto, California

24      REPORTED BY:   Mary E. Garland
                       Certified Shorthand Reporter
25                     License Number 4721

                                            Page 1

1 show all sales associates who were on the plan, whether
2 Comp Plan A or Comp Plan B, for a specific pay period?
3 A. Yes. It wouldn't matter if A or B.
4 Q. Do you know where that document originated?
5 A. Evan Cohen or compensation.
6 Q. I'm going to show you what we previously marked
7 as Exhibit 9, this document which begins POLO 877, "Code
8 of Conduct - July 2004."
9 Are you familiar with this document?
10 A. Yes.
11 Q. And was this distributed to sales associates?
12 A. Yes, as I recall.
13 Q. Was there a sign-off sheet or acknowledgment
14 for this specific code of conduct form?
15 A. I recall that there was, yes.
16 Q. Do you know what happens with the
17 acknowledgements after they're signed by employees?
18 A. Well, the expectation is that it would go into
19 the employee's file.
20 Q. And was the "Code of Conduct - July 2004" meant
21 to be applied consistently across the full-price stores
22 in California?
23 A. Well, again, as consistently as possible. I
24 think there have been exceptions.
25 Q. Do you specifically recall any exceptions to

Page 86

1 the policies set out in the code of conduct in July of
2 '04?
3 A. I think on charge sends and transfers, not a
4 general manager approving it; maybe a manager that
5 approved. I think it's, you know, certainly something
6 that everyone, you know, worked toward complying with.
7 Q. Let me show what you we previously marked as
8 Exhibit 63. It's Bates number 607, "PRC Associate Guide
9 to Performance Improvement."
10 Was this a document that was, at least, meant
11 to be handed out to all sales associates working at the
12 time this document was prepared?
13 A. Again, this looks like part of a PowerPoint
14 training module versus a handout, but I can't be
15 certain.
16 Q. Were sales associates required to view or
17 participate in a PowerPoint presentation describing the
18 performance improvement guidelines?
19 A. I believe there was a meeting around
20 performance improvement, but I can't tell you if it was
21 PowerPoint or how it was rolled out.
22 Q. And was that a series of meetings that were
23 meant to take place in all the different stores under
24 your jurisdiction?
25 A. I think there was a form of. There was a

Page 87

1 trainer, Tim Tattersall, at the time who was rolling
2 this out and pulling GMs together, I think to take it
3 back to their stores, sort of a train the trainer.
4 Q. Is Tim Tattersall still employed by Polo?
5 A. No.
6 Q. What was his position?
7 A. He was a trainer.
8 Q. Was he based in California?
9 A. New York.
10 Q. Do you know where he's working now?
11 A. He's in Hawaii.
12 Q. Do you know which island?
13 A. I'd be guessing, but I think Maui. You know, I
14 don't know.
15 Q. Do you know who he's working for now?
16 A. I don't.
17 Q. And he had some involvement in training
18 managers to roll out the performance improvement
19 coaching plan?
20 A. He was a writer, so he developed materials; and
21 he would also go on the road from time to time.
22 Q. Did you ever attend one of the meetings in
23 California where he made presentations regarding
24 performance improvement coaching?
25 A. Yes.

Page 88

1 Q. Was that approximately the 2004 time frame?
2 A. I can't remember the year.
3 Q. Was it at about the same time that the Arrears
4 program was rolled out?
5 A. It seems it was at least a couple of years ago,
6 and I'm -- perhaps.
7 Q. I'm going to show you what we previously marked
8 as Exhibit 12, "FY2006 Comp Plan B Addendum."
9 Comp Plan B included those individuals who had
10 been hired after a certain period of time; correct?
11 A. Correct.
12 Q. Are you familiar with this document that's
13 POLO 432 and 433?
14 A. I believe so.
15 Q. Do you know whether or not this specific
16 document was handed out to sales associates?
17 A. I don't know that it was handed out to the
18 associates.
19 Q. Do you know whether this document was meant for
20 review by management-level people only?
21 A. I can't say only, but I do know management
22 level. And, again, I don't recall how it was rolled out
23 to the store teams.
24 Q. Are you aware of any document that was provided
25 to sales associates who were hired after the effective

Page 89

23 (Pages 86 to 89)

1  date of the Arrears program that described how future
2  commissions might be affected by Arrears?
3      A. I don't recall a written documentation. I do
4  know that, again, at offer, that was an expectation of
5  -- one understanding of how they were paid.
6          MR. KITCHIN: Go off the record just a second.
7          (Off the record briefly.)
8      Q. BY MR. KITCHIN: I'm going to show you what we
9  previously marked as Exhibit 15. It has the title "PRC
10  Sales Associate Performance Improvement Coaching." It's
11  Bates number 444 through 447.
12          Are you familiar with this document?
13      A. Yes, I've seen this.
14      Q. And was this document provided to sales
15  associates in California, to your knowledge?
16      A. I believe it was.
17      Q. There's a reference on the first page under
18  "Criteria," and throughout that refers -- strike that.
19          What makes you believe that this was handed out
20  to sales associates?
21      A. Well, maybe I can't say in all certainty. I
22  just recall the "If you hit it, you get it," being very
23  specific.
24      Q. Do you know the context of when you believe
25  this was handed out to sales associates?

Page 90

1      A. I don't.
2      Q. On Bates page 446, there's the subheading
3  "Process." Do you see that?
4      A. Yes.
5      Q. The second bullet point begins:
6          "Store operations will send out biweekly
7  performance reporting to all stores and will track sales
8  associate performance."
9      A. Yes.
10      Q. To your knowledge, is the reference to this
11  reporting the document you described earlier as data
12  that you received on perhaps a biweekly basis?
13      A. Yes. A performance management document.
14      Q. And do you maintain a separate file with all of
15  the performance evaluation reports that you receive over
16  some period of time?
17      A. No. I don't print them and keep them, no.
18      Q. Do you typically review them on the computer in
19  electronic form?
20      A. Correct.
21      Q. Let me show you a document we've previously
22  marked as Exhibit 7. This is an e-mail originally from
23  Lara Moldawsky to Kristi Mogel, and then it looks like
24  it was passed on to a number of individuals. Your name
25  appears in the second batch of "To" individuals.

Page 91

1          Did you receive a copy of this e-mail?
2      A. It appears I did.
3      Q. And do you recall this e-mail, now that you
4  look at it?
5      A. Maybe not specifically, but I'm sure I got it.
6      Q. In the text of the message, it says "Many
7  thanks to you all for your participation the past few
8  days." Did you attend a meeting sometime in about April
9  or May 2004 in which new materials were rolled out?
10      A. This is the meeting I was referring to earlier.
11      Q. Under the second bullet point, where it says
12  "Attached is," it says "Special FY05 Addendum."
13          Do you see that?
14      A. Yes.
15      Q. It reads, "This contains the detail around
16  arrears which we pulled out of the handbook and is now a
17  separate attachment."
18          Do you recall any discussions of including or
19  not including discussions of arrears in the handbook
20  that was rolled out about this time?
21      A. I don't.
22      Q. The text of the message, the last sentence
23  says, "Please, replace your documents with the ones
24  attached below," then it has a number of documents.
25          Were any of these documents, to your knowledge,

Page 92

1  designed and meant to be provided to sales associates?
2      A. What was the question, again?
3      Q. Yes. I'm wondering if you know whether any of
4  the documents listed in the bullet points were meant to
5  be handed out to sales associates in California?
6      A. I don't recall all of the pieces. It does say
7  here, "It is discussed in #2 of Talking Points C as a
8  document you can provide to your sales associates." So
9  there must have been. I'm not sure what that document
10  was.
11      Q. The first bullet point refers to "A revised
12  copy of the Sales Associate Compensation handbook." It
13  indicates, "This is a handbook that applies to all
14  associates, existing or new;" and then it later talks
15  about "The handbook will be posted on the web."
16          The handbook that came out in about April or
17  May of 2004, was that handbook, to your knowledge, meant
18  to be handed out to all sales associates, whether they
19  predated the Arrears program or postdated the Arrears
20  program?
21      A. I don't recall the distribution. I do recall
22  it was going to be on the retail web, and, therefore,
23  available to almost anyone who can access the retail
24  web.
25      Q. I'm going to show you a document that is

Page 93

24 (Pages 90 to 93)

1              CERTIFICATION OF DEPOSITION OFFICER

2

3          I, MARY E. GARLAND, duly authorized to administer

4     oaths pursuant to Section 2093(b) of the California Code

5     of Civil Procedure, do hereby certify that the witness

6     in the foregoing deposition was duly sworn by me to

7     testify to the truth, the whole truth and nothing but

8     the truth in the within-entitled cause; that said

9     deposition was taken at the time and place therein

10    stated; that the testimony of said witness was

11    thereafter transcribed by means of computer-aided

12    transcription under my direction; that the foregoing is

13    a full, complete and true record of said testimony; and

14    that the witness was given an opportunity to read and

15    correct said deposition and to subscribe to the same.

16         I further certify that I am not of counsel or

17    attorney for either or any of the parties in the

18    foregoing deposition and caption named, nor in any way

19    interested in the outcome of the cause named in said

20    caption.

21         Executed March 19, 2008, at San Francisco,

22    California.

23

24                         MARY E. GARLAND, CSR 4721

25

EXHIBIT 107.

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00802 | 7/26/2004 | 12/2/2004 | Employee #1 | Yes | | | | | | | | | | $0.00 |
| 00802 | 4/12/2004 | 7/26/2004 | Employee #2 | No | | | | | | | | | | $0.00 |
| 00802 | 8/30/2004 | 3/23/2005 | Employee #3 | Yes | | | | | | | | | -213.08 | -$213.08 |
| 00802 | 7/21/2004 | 4/30/2005 | Employee #4 | Yes | | | | | | | -204.02 | -119.38 | -522.61 | -$846.01 |
| 00802 | 5/12/2004 | 12/24/2004 | Howay, Janis | Yes | | | | | | -$247.93 | | | -107.53 | -$355.46 |
| 00802 | 20041026 | 20060708 | Employee #5 | No | | | | | | | | | | $0.00 |
| 00802 | 7/11/2004 | 8/5/2005 | Kiser, Justin | Yes | | | | | | | -$57.66 | -$57.66 | | -$115.32 |
| 00802 | 6/11/2004 | 7/23/2004 | Employee #6 | No | | | | | | | | | | $0.00 |
| 00802 | 6/28/2004 | 6/28/2004 | Employee #7 | No | | | | | | | | | | $0.00 |
| 00802 | 6/23/2004 | 10/20/2004 | Mullen, Corinne | Yes | | | | | | | | | | $0.00 |
| 00802 | 6/19/2004 | 12/30/2006 | Employee #8 | Yes | | | | | | | | | -2.83 | -$2.83 |
| 00802 | 6/22/2004 | 1/4/2005 | Employee #9 | Yes | | | | | | | | -$147.38 | -539.58 | -$686.96 |
| 00802 | 7/19/2004 | 7/20/2004 | Employee #10 | No | | | | | | | | | | $0.00 |
| 00802 | 5/28/2004 | 7/23/2004 | Employee #11 | No | | | | | | | | | | $0.00 |
| 00802 | 10/18/2004 | 11/29/2004 | Employee #12 | No | | | | | | | | | | $0.00 |
| 00802 | 12/9/2004 | 5/21/2005 | Employee #13 | No | | | | | | | | | | $0.00 |

POLO02512-A
CONFIDENTIAL

Arrears Tracking Sheet
January 2005 - December 2005

| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00802 | 20050106 | 20050405 | Employee #14 | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20051020 | 20060209 | Employee #15 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20051117 | 20051231 | Employee #16 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20040830 | 20050303 | Employee #3 | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20040721 | 20050430 | Employee #4 | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20041026 | 20050708 | Employee #5 | Yes | | | | | | | | -$498.80 | -$498.80 | | | | $997.60 |
| 00802 | 20050605 | 20050605 | Kiser, Justin | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20040611 | 20040723 | Employee #6 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050705 | 20050710 | Employee #17 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20060220 | 20061010 | Employee #18 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050709 | 20050730 | Employee #19 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050321 | 20050730 | Employee #20 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20040619 | 20061230 | Employee #8 | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20040822 | 20050104 | Employee #9 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050526 | 20051014 | Employee #21 | Yes | | | | | | | -$307.32 | -$40.26 | -$138.64 | | | | -$486.22 |
| 00802 | 20041209 | 20050921 | Employee #13 | Yes | | | | | | | | | | | | | $0.00 |
| 00802 | 20060802 | 20070317 | Employee #22 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050313 | 20050318 | Employee #23 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20060301 | 20060301 | Employee #24 | Yes | | | -$39.96 | | -$33.28 | | -$258.72 | | | | -$133.97 | | -$465.93 |
| 00802 | 20051009 | 20060128 | Employee #25 | No | | | | | | | | | | | | | $0.00 |
| 00802 | 20050919 | 20051231 | Employee #26 | No | | | | | | | | | | | | | $0.00 |

POLO02513-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2006 - April 2006**

| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | January | Febuary | March | April | Total Deducted |
|-------|-----------|-----------|---------------|----------|---------|---------|-------|-------|----------------|
| 00802 | 20051020 | 20060209 | Employee #15 | No | | | | | $0.00 |
| 00802 | 20041026 | 20060708 | Employee #5 | Yes | -$195.39 | | | | -$195.39 |
| 00802 | 20060220 | 20061010 | Employee #18 | No | | | | | $0.00 |
| 00802 | 20040619 | 20061230 | Employee #8 | No | | | | | $0.00 |
| 00802 | 20060802 | 20070317 | Employee #22 | No | | | | | $0.00 |
| 00802 | 20050109 | 20060301 | Employee #24 | No | | | | | $0.00 |
| 00802 | 20051009 | 20060128 | Employee #25 | No | | | | | $0.00 |

POLO02514A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004-December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050906 | 20050318 | | | | | | | | | | | $0.00 |
| 00810 | Employee #2 | 20050621 | 20050721 | | | | | | | | | | | $0.00 |
| 00810 | Employee #3 | 20041018 | 20060430 | Yes | | | | | | | | | | $0.00 |
| 00810 | Employee #4 | 20041116 | 20050204 | | | | | | | | | | | $0.00 |
| 00810 | Employee #5 | 20050414 | 20050414 | | | | | | | | | | -$74.10 | -$74.10 |
| 00810 | Employee #6 | 20050623 | 20051209 | | | | | | | | | | | $0.00 |
| 00810 | Employee #7 | 20041126 | 20041223 | | | | | | | | | | | $0.00 |
| 00810 | Employee #8 | 20050602 | 20050909 | | | | | | | | | | | $0.00 |
| 00810 | Employee #9 | 20050602 | 20050909 | | | | | | | | | | | $0.00 |
| 00810 | Employee #10 | 20051017 | 20060409 | | | | | | | | | | | $0.00 |
| 00810 | Employee #11 | 20050912 | 20051117 | | | | | | | | | | | $0.00 |
| 00810 | Employee #12 | 20050912 | 20051224 | | | | | | | | | | | $0.00 |
| 00810 | Employee #13 | 20041202 | 20050822 | | | | | | | | | | | $0.00 |
| 00810 | Employee #14 | 20050314 | 20060616 | | | | | | | | | | | $0.00 |
| 00810 | Employee #15 | 20050304 | 20060304 | | | | | | | | | | | $0.00 |
| 00810 | Employee #16 | 20041122 | 20050111 | | | | | | | | | | | $0.00 |
| 00810 | Employee #17 | 20040711 | 20041224 | Yes | | | | | | | | | | $0.00 |
| 00810 | Employee #18 | 20050301 | 20070210 | | | | | | | | | | -$272.96 | -$272.96 |
| 00810 | Employee #19 | 20040701 | 20040828 | | | | | | | | | | | $0.00 |
| 00810 | Employee #20 | 20051028 | 20051229 | | | | | | | | | | | $0.00 |
| 00810 | Employee #21 | 20050125 | 20050503 | | | | | | | | | | | $0.00 |
| 00810 | Employee #22 | 20050808 | 20050815 | | | | | | | | | | | $0.00 |
| 00810 | Employee #23 | 20050712 | 20060426 | | | | | | | | | | | $0.00 |
| 00810 | Employee #24 | 20050103 | 20050304 | | | | | | | | | | | $0.00 |
| 00810 | Employee #25 | 20040428 | 20050304 | | | | | | | | | | | $0.00 |
| 00810 | Employee #26 | 20061020 | 20040824 | | | | | | | | | | | $0.00 |
| 00810 | Employee #27 | 20040621 | 20040820 | | | | | | | | | | | $0.00 |
| 00810 | Employee #28 | 20050425 | 20061215 | | | | | | | | | | | $0.00 |
| 00810 | Employee #29 | 20050104 | 20050528 | | | | | | | | | | | $0.00 |
| 00810 | Employee #30 | 20050804 | 20051231 | | | | | | | | | | | $0.00 |
| 00810 | Employee #31 | 20050926 | 20050609 | | | | | | | | | | | $0.00 |
| 00810 | Employee #32 | 20050627 | 20050801 | | | | | | | | | | | $0.00 |
| 00810 | Employee #33 | 20051202 | 20070129 | | | | | | | | | | | $0.00 |
| 00810 | Employee #34 | 20051221 | 20060916 | | | | | | | | | | | $0.00 |
| 00810 | Employee #35 | 20041221 | 20050810 | | | | | | | | | | | $0.00 |
| 00810 | Osaka, Ann | 20050812 | 20050615 | | | | | | | | | | | $0.00 |
| 00810 | Employee #36 | 20040519 | 20050419 | Yes | | | | | | -$423.01 | -$607.66 | | | -$1,030.67 |
| 00810 | Employee #37 | 20060102 | 20060729 | | | | | | | | | | | $0.00 |
| 00810 | Employee #38 | 20050328 | 20060305 | | | | | | | | | | | $0.00 |
| 00810 | Employee #39 | 20050221 | 20050328 | | | | | | | | | | | $0.00 |
| 00810 | | 20041212 | 20050111 | | | | | | | | | | | $0.00 |

POLO02515-A
CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 00810 | Employee #40 | 20041201 | 20060709 | | | $0.00 |
| 00810 | Employee #41 | 20050906 | 20050907 | | | $0.00 |
| 00810 | Employee #42 | 20050704 | 20050931 | | | $0.00 |
| 00810 | Employee #43 | 20060113 | 20060603 | | | $0.00 |
| 00810 | Employee #44 | 20041006 | 20041210 | Yes | | $0.00 |
| 00810 | Employee #45 | 20050714 | 20070210 | | | $0.00 |
| 00810 | Employee #46 | 20060116 | 20070210 | | | $0.00 |
| 00810 | Employee #47 | 20040913 | 20051226 | | | $0.00 |
| 00810 | Employee #48 | 20051126 | 20070210 | | | $0.00 |
| 00810 | Employee #49 | 20041011 | 20050331 | | | $0.00 |
| 00810 | Employee #50 | 20050314 | 20050513 | | | $0.00 |
| 00810 | Employee #51 | 20051010 | 20060718 | | | $0.00 |
| 00810 | Employee #52 | 20041016 | 20050609 | Yes | -$91.98 | -$91.98 |
| 00810 | Employee #53 | 20040521 | 20040704 | | | $0.00 |
| 00810 | Employee #54 | 20051222 | 20051222 | | | $0.00 |
| 00810 | Employee #55 | 20050609 | 20050729 | | | $0.00 |

POLO02516-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005–December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050908 | 20060318 | No | | | | | | | -$51.32 | | | | | | $0.00 |
| 00810 | Employee #3 | 20041016 | 20060430 | Yes | | | -$160.79 | -$455.57 | | | | | | | | | -$607.68 |
| 00810 | Employee #5 | 20050414 | 20060414 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #8 | 20050823 | 20051209 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #9 | 20050602 | 20050909 | Yes | | | | | | | | -$54.58 | | | | | -$54.58 |
| 00810 | Employee #10 | 20051017 | 20060409 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #11 | 20050912 | 20051117 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #11 | 20041202 | 20051224 | No | | | | | | | -$11.22 | | | | | | $0.00 |
| 00810 | Employee #12 | 20050810 | 20050922 | Yes | | -$35.72 | | | | | | | | | | | -$45.94 |
| 00810 | Employee #13 | 20050314 | 20050916 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #14 | 20050304 | 20060304 | Yes | | | | | -$71.13 | | -$73.62 | | -$72.79 | -$98.78 | -$3.83 | | -$320.23 |
| 00810 | Employee #15 | 20041122 | 20050111 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #17 | 20050301 | 20070210 | Yes | | | | -$150.70 | | -$52.25 | -$245.53 | -$102.73 | | | | | -$549.21 |
| 00810 | Employee #19 | 20051026 | 20051205 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #20 | 20050125 | 20050503 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #21 | 20050608 | 20050815 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #22 | 20060112 | 20060426 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #23 | 20060103 | 20050304 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #25 | 20060200 | 20061215 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #25 | 20050425 | 20060303 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #27 | 20050104 | 20060528 | Yes | | | | | | | -$25.49 | -$291.82 | | | | | -$317.11 |
| 00810 | Employee #28 | 20050604 | 20051231 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #29 | 20050201 | 20060609 | No | | | | | | | | | | | | -$555.86 | -$555.86 |
| 00810 | Employee #30 | 20050207 | 20060231 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #31 | 20051202 | 20070129 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #32 | 20051221 | 20050918 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #33 | 20041129 | 20050510 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #34 | 20050612 | 20050815 | No | | $0.82 | | | | | | | | | | | -$0.82 |
| 00810 | Employee #35 | 20061102 | 20050635 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #36 | 20060328 | 20050326 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #37 | 20062221 | 20050623 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #38 | 20041212 | 20050611 | No | | | | | -$179.90 | | | | | | | | -$179.90 |
| 00810 | Employee #39 | 20041201 | 20060709 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #40 | 20060200 | 20050907 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #41 | 20060104 | 20050331 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #42 | 20060113 | 20050903 | No | | | -$41.93 | | | | | | | | | | -$41.93 |
| 00810 | Employee #43 | 20050714 | 20070210 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #45 | 20060116 | 20070210 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #46 | 20051128 | 20070210 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #47 | 20051128 | 20070210 | Yes | | -$521.53 | -$28.64 | -$286.92 | -$90.49 | | -$560.23 | -$182.96 | | -$171.47 | | | -$1,599.28 |
| 00810 | Employee #48 | 20041011 | 20050331 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #49 | 20050914 | 20050513 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #50 | 20051010 | 20060718 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #51 | 20041016 | 20050509 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #52 | 20051222 | 20050926 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #52 | 20051222 | 20051122 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #54 | 20051222 | 20050726 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #55 | 20050509 | | No | | | | | | | | | | | | | $0.00 |

POLO02517-A
CONFIDENTIAL

| | | Arrears Tracking Sheet | | | | | | | |
| | | January 2006-April 2006 | | | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050906 | 20060318 | No | | | | | $0.00 |
| 00810 | Employee #3 | 20041018 | 20060430 | No | | | | | $0.00 |
| 00810 | Employee #9 | 20051017 | 20060409 | No | | | | | $0.00 |
| 00810 | Employee #14 | 20050304 | 20060304 | Yes | | -$114.34 | | | -$114.34 |
| 00810 | Employee #17 | 20050301 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #22 | 20060112 | 20060426 | No | | | | | $0.00 |
| 00810 | Employee #25 | 20061020 | 20061215 | No | | | | | $0.00 |
| 00810 | Employee #27 | 20050425 | 20060303 | Yes | -$793.77 | | | | -$793.77 |
| 00810 | Employee #30 | 20050926 | 20060609 | No | | | | | $0.00 |
| 00810 | Employee #32 | 20051202 | 20070129 | No | | | | | $0.00 |
| 00810 | Employee #33 | 20051221 | 20060916 | No | | | | | $0.00 |
| 00810 | Employee #36 | 20060102 | 20060305 | No | | | | | $0.00 |
| 00810 | Employee #37 | 20050328 | 20050328 | No | | | | | $0.00 |
| 00810 | Employee #40 | 20041201 | 20060709 | No | | | | | $0.00 |
| 00810 | Employee #43 | 20060113 | 20060603 | No | | | | | $0.00 |
| 00810 | Employee #45 | 20050714 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #46 | 20060116 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #48 | 20051126 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #51 | 20051010 | 20060718 | No | | | | | $0.00 |

POLO02518-A
CONFIDENTIAL

Arrears Tracking Sheet
April 2004 - December 2004

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|-------|---------------|-----------|-----------|----------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 00817 | Employee #1 | 20041103 | 20050423 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #2 | 20040925 | 20050220 | Yes | | | | | | | | | -$239.55 | -$239.55 |
| 00817 | Employee #3 | 20040717 | 20050710 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #4 | 20041124 | 20050114 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #5 | 20040703 | 20040917 | Yes | | | | | | | | | | $0.00 |
| 00817 | Employee #6 | 20040831 | 20050213 | Yes | | | | | | | | -$621.82 | -$140.62 | -$762.44 |

POLO02519A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005-December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00817 | Employee #7 | 20050316 | 20050523 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #8 | 20050316 | 20051116 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #1 | 20041103 | 20050423 | Yes | | -$704.66 | | | | | | | | | | | -$704.66 |
| 00817 | Employee #2 | 20040925 | 20050220 | Yes | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #3 | 20040717 | 20050710 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #4 | 20041124 | 20050114 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #9 | 20050223 | 20051120 | Yes | | | | | | | | | | -$221.88 | | | -$221.88 |
| 00817 | Employee #10 | 20051204 | 20060506 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #11 | 20051218 | 20060618 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #6 | 20040831 | 20050213 | Yes | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #12 | 20050223 | 20050827 | No | | | | | | | | | | | | | $0.00 |

POLO02520-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2006-April 2006**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|-------|---------------|-----------|-----------|----------|---------|----------|-------|-------|----------------|
| 00817 | Employee #10 | 20051204 | 20060506 | No | | | | | $0.00 |
| 00817 | Employee #11 | 20051218 | 20060618 | No | | | | | $0.00 |

POLO02521A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005 - December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00831 | Employee #12 | 20050620 | 20051111 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #1 | 20041014 | 20051231 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #2 | 20040601 | 20050518 | Yes | -$32.89 | | -$822.46 | -$213.00 | | | | | | | | | -$1,068.35 |
| 00831 | Employee #3 | 20041020 | 20050422 | Yes | -$84.43 | | -$45.85 | | | | | | | | | | -$130.28 |
| 00831 | Employee #13 | 20050227 | 20050723 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #14 | 20050906 | 20060113 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #4 | 20040526 | 20050319 | Yes | | -$58.05 | | | | | | | | | | | -$58.05 |
| 00831 | Employee #15 | 20050650 | 20050802 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #5 | 20040816 | 20050628 | Yes | | | -$520.32 | -$142.35 | -$105.56 | | | | | | | | -$768.23 |
| 00831 | Employee #16 | 20050102 | 20050302 | Yes | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #17 | 20050318 | 20050521 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #18 | 20050906 | 20051206 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #19 | 20051019 | 20060701 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #6 | 20040915 | 20050604 | Yes | | -$119.54 | | -$122.16 | -$193.51 | | | | | | | | -$435.21 |
| 00831 | Employee #20 | 20040630 | 20050525 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #21 | 20051202 | 20060114 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #22 | 20050413 | 20050429 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #9 | 20041111 | 20050712 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #10 | 20041114 | 20050108 | No | | | | | | | | | | | | | $0.00 |
| 00831 | Employee #11 | 20040922 | 20050507 | Yes | | | -$8.33 | -$89.94 | | | | | | | | | -$76.27 |

POLO02523-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 – December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00831 | Employee #1 | 20041014 | 20051231 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #2 | 20040601 | 20055618 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #3 | 20041020 | 20050422 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #4 | 20040528 | 20050319 | Yes | | | | | -$217.20 | -$217.20 | | | | -$434.40 |
| 00831 | Employee #5 | 20040816 | 20050528 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #6 | 20040915 | 20050604 | Yes | | | | | | | | -$148.13 | | -$148.13 |
| 00831 | Employee #7 | 20040630 | 20060525 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #8 | 20041120 | 20041130 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #9 | 20041111 | 20050712 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #10 | 20041114 | 20050108 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #11 | 20040922 | 20050507 | No | | | | | | | | | | $0.00 |

POLO02522-A
CONFIDENTIAL

| | Arrears Tracking Sheet | | | | | | | | |
| | January 2006 - April 2006 | | | | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
| 00831 | Employee #14 | 20050906 | 20060113 | No | | | | | $0.00 |
| 00831 | Employee #19 | 20051019 | 20060701 | Yes | -$36.93 | | -$110.38 | | -$147.31 |
| 00831 | Employee #20 | 20040630 | 20060525 | Yes | | | | | $0.00 |
| 00831 | Employee #21 | 20051202 | 20060114 | No | | | | | $0.00 |

POLO02524-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | Septembe | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00836 | Employee #1 | 20040527 | 20040604 | No | | | | | | | | | | $0.00 |
| 00836 | Employee #2 | 20040723 | 20040830 | No | | | | | | | | | | $0.00 |
| 00836 | Employee #3 | 20041220 | 20050121 | No | | | | | | | | | | $0.00 |
| 00836 | Employee #4 | 20041122 | 20051213 | No | | | | | | | | | | $0.00 |

POLO02525-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005 - December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | Septembe | October | Novembe | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00836 | Employee #5 | 20051023 | 20051023 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #6 | 20051003 | 20060130 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #7 | 20060203 | 20060512 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #8 | 20051010 | 20051011 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #9 | 20050424 | 20061012 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #3 | 20041220 | 20050121 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #4 | 20041122 | 20051213 | Yes | | | | | | -$58.03 | -$391.50 | -$334.23 | -$291.83 | | | | $0.00 |
| 00836 | Employee #10 | 20051003 | 20060326 | No | | | | | | | | | | -$711.95 | | | -$2,447.54 |
| 00836 | Employee #11 | 20050416 | 20050730 | No | | | | | | | | | | | | | $0.00 |

POLO02526-A
CONFIDENTIAL

| | | Arrears Tracking Sheet | | | | | | | |
| | | January 2006 - April 2006 | | | | | | | |
| | | | | | | | | | Total |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | Febuary | March | April | Deducted |
| 00836 | Employee #6 | 20051003 | 20060130 | No | | | | | $0.00 |
| 00836 | Employee #7 | 20060203 | 20060512 | No | | | | | $0.00 |
| 00836 | Employee #9 | 20060424 | 20061012 | No | | | | | $0.00 |
| 00836 | Employee #10 | 20051003 | 20060326 | No | | | | | $0.00 |

POLO02527-A
CONFIDENTIAL

| | | | | Arrears Tracking Sheet | | | | | | | | | | |
| | | | | April 2004 - December 2004 | | | | | | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|--------|---------------|-----------|-----------|----------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 0084500873 | Employee #1 | 20041027 | 20050402 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #2 | 20040908 | 20060203 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #3 | 20040908 | 20050204 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #4 | 20040908 | 20050623 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #5 | 20040422 | 20050110 | No | | | | | | | | | | $0.00 |

POLO02528-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005 - December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00873 | Employee #6 | 20050216 | 20050501 | Yes | | | | -$82.42 | | | | | | | | | -$82.42 |
| 00873 | Employee #7 | 20050627 | 20051119 | Yes | | | | | | | | | -$17.72 | | -$93.55 | | -$111.27 |
| 00873 | Employee #8 | 20050328 | 20050730 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #1 | 20041027 | 20050402 | Yes | -$125.39 | -$55.12 | -$51.92 | | | | | | | | | | -$232.43 |
| 00873 | Employee #2 | 20040908 | 20060203 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #3 | 20040908 | 20050204 | Yes | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #9 | 20041026 | 20060708 | Yes | | | -$220.80 | -$220.80 | | | -$498.80 | | | | | | -$940.40 |
| 00873 | Employee #4 | 20040908 | 20050603 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #10 | 20051024 | 20050518 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #11 | 20050515 | 20060428 | Yes | | | | | | | | | -$13.56 | | | | -$13.56 |
| 00873 | Employee #12 | 20051125 | 20051223 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #13 | 20051024 | 20060106 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #14 | 20050216 | 20050813 | Yes | | | | | -$38.38 | | -$576.17 | | | | | | -$614.55 |
| 00873 | Employee #15 | 20050122 | 20050817 | Yes | | | -$7.01 | -$128.10 | | | | | | | | | -$135.11 |
| 00873 | Employee #5 | 20040422 | 20050110 | Yes | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #16 | 20051223 | 20060115 | No | | | | | | | | | | | | | $0.00 |

POLO02529-A
CONFIDENTIAL

| | | Arrears Tracking Sheet | | | | | | |
| | | January 2006 - April 2006 | | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|
| 00873 | Employee #2 | 20040908 | 20060203 | Yes | -$295.82 | | | | -$295.82 |
| 00873 | Employee #10 | 20051024 | 20060518 | No | | | | | $0.00 |
| 00873 | Employee #11 | 20050515 | 20060428 | No | | | | | $0.00 |
| 00873 | Employee #13 | 20051024 | 20060106 | No | | | | | $0.00 |
| 00873 | Employee #16 | 20051223 | 20060115 | No | | | | | $0.00 |

POLO02530-A
CONFIDENTIAL

EXHIBIT 108.

1  Patrick R. Kitchin, Esq. (SBN. 162965)
2  **THE LAW OFFICE OF PATRICK R. KITCHIN**
   565 Commercial Street, 4th Floor
3  San Francisco, CA 94111
   415-677-9058
4  415-627-9076 (fax)

5  Attorneys for Plaintiffs
6  Janis Keefe, Corinne Phipps, and
   Renee Davis

7

8                  UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
10

11  ANN OTSUKA, an individual; JANIS KEEFE, ) Case No.: C-07-02780-SI
    an individual; CORINNE PHIPPS, an          )
12  individual; and RENEE DAVIS, an individual; )
    individually and on behalf of all others similarly ) DECLARATION OF KAYLA BENADO IN
13  situated,                                   ) SUPPORT OF PLAINTIFFS' MOTION FOR
                                                ) CLASS CERTIFICATION
14                                              )
15                Plaintiffs,                   ) Date:  July 11, 2006
                                                ) Time:  9:00 a.m.
16            vs.                               )
                                                )
17  POLO RALPH LAUREN CORPORATION; a ) LOCATION:  Courtroom 10, 19th Floor
    Delaware Corporation; POLO RETAIL, LLC., a) 450 Golden Gate Avenue
18  Delaware Corporation; POLO RALPH           ) San Francisco, California 94102
    LAUREN CORPORATION, a Delaware             )
19  Corporation, doing business in California as ) JUDGE:  Hon. Susan Illston
    POLO RETAIL CORP; and FASHIONS             )
20  OUTLET OF AMERICA, INC.,                    )
                                                )
21                                              )
                  Defendants.                   )
22                                              )
                                                )
23                                              )
                                                )
24

25  I, Kayla Benado, declare:

26      1)      I am a resident of Ventura County, California, and make this declaration based on

27  my personal knowledge.

28                                                                                    1

    _Otsuka, et al. v. Polo, et al._                        Case No. C-07-02780-SI

    DECLARATION OF KAYLA BENADO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

2)    Between approximately August 2005 to August 2006, I worked as a Cashier/Sales Associate at the Polo Ralph Lauren in Camarillo, California.

3)    When I was hired at the Camarillo store, I was told that I could not discuss my salary with other employees. This was a really big deal in the store, and we had at least one meeting to emphasize that we could not communicate this information among co-workers.

4)    I was occasionally unable to take one or more of my rest breaks during my work shifts. It seemed that managers at the Camarillo store did not want to give them to us; the managers did not tell me or encourage me to take breaks. I estimate that I missed my rest breaks at least 20% of the time I was at work, on average, because it was not a priority for management and because of sales and customer demands. I was not paid for working during these breaks.

5)    I was instructed by my managers and in the Polo employee handbook that I could not leave the Polo store at any time unless a manager performed a bag check on me at the employee exit. I understood that this was a very serious practice and that I was required to submit to the checks before I could leave the store after the end of my shift.

6)    After I had clocked out for lunch or at the end of the day, I usually waited near the door to the store for a manager who could do the bag check and approve me to leave the building. Often, co-workers waited with me until the manager came to release us. On average, I estimate that I had to wait 5 to 10 minutes after I had clocked out before I was permitted to leave the building. I was not paid for any of this waiting time.

Signed under penalty of perjury under the laws of the State of California. Executed at Ventura County, California, on June 5 , 2008.

_Kayla Benado_
Kayla Benado

EXHIBIT 109.

1  Patrick R. Kitchin, Esq. (SBN. 162965)
2  **THE LAW OFFICE OF PATRICK R. KITCHIN**
   565 Commercial Street, 4th Floor
3  San Francisco, CA 94111
   415-677-9058
4  415-627-9076 (fax)
5
   Attorneys for Plaintiffs
6  Janis Keefe, Corinne Phipps, and
   Renee Davis
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
10
11 ANN OTSUKA, an individual; JANIS KEEFE, ) Case No.: C-07-02780-SI
   an individual; CORINNE PHIPPS, an        )
12 individual; and RENEE DAVIS, an individual; )
   individually and on behalf of all others similarly ) DECLARATION OF SAMIR ABU TAHIR
13 situated,                                 ) IN SUPPORT OF PLAINTIFFS' MOTION
                                             ) FOR CLASS CERTIFICATION
14                                           )
15              Plaintiffs,                  ) Date:  July 11, 2008
           vs.                               ) Time: 9:00 a.m.
16                                           )
   POLO RALPH LAUREN CORPORATION; a          ) LOCATION: Courtroom 10, 19th Floor
17 Delaware Corporation; POLO RETAIL, LLC.,  ) 450 Golden Gate Avenue
   a Delaware Corporation; POLO RALPH        ) San Francisco, California 94102
18 LAUREN CORPORATION, a Delaware            )
19 Corporation, doing business in California as ) JUDGE: Hon. Susan Illston
   POLO RETAIL CORP; and FASHIONS           )
20 OUTLET OF AMERICA, INC.,                  )
21                                           )
               Defendants.                   )
22                                           )
23                                           )
24 _____ )
25 I, Samir Abu Tahir, declare:
26     1)    I am a resident of West Hollywood, California, and make this declaration based on
27 my personal knowledge.
28                                                                                    1

2)   Between approximately 2001 and November 2007, I worked as a Sales Associate at the Polo Ralph Lauren store in Beverly Hills, California. From approximately 2001 to 2004, I worked in the Women's Department, and from approximately 2005 to November 2007, I worked in the Home Collections Department.

3)   I was hired as a full-time employee. My base wage was set and was the equivalent of approximately $11.00 to $12.00 per hour. I was told I was a commissioned salesperson and an "exempt employee."

4)   Polo set a mandatory sales target for me that required me to sell a certain value of merchandise per hour that, when multiplied by roughly 8% or 9% (my commission rate, equaled my hourly rate.) If I failed to consistently sell enough merchandise to cover this hourly rate, I could be terminated. In fact, I was placed on "probation" for a time for failing to meet my sales target.

5)   On most occasions while working in the Women's Department at Polo, I was not able to take one or more of my rest breaks during my shifts. For a while, I attempted to take my morning rest break, usually to get a cup of coffee before the rest of the employees began leaving the floor for their lunch breaks. The stated rule at the store was that no one could leave the floor for any reason if there was insufficient "coverage," or too few staff working the floor. So, often if a co-worker left for lunch, I was required to stay on the floor, regardless of whether I needed a bathroom or other break. Under those circumstances, breaks were not possible. Additionally, managers would literally roll their eyes and make other intimidating gestures or statements to make it known that it was unacceptable to take breaks. Managers and other staff also made explicit statements that taking breaks meant you were "lazy." I realized that breaks were not allowed in the culture and practice of the store. On average, I estimate that I missed almost all my morning breaks during this time because of "coverage" requirements, the need to sell and serve customers, and because managers discouraged me and others from taking rest breaks.

2

Otsuka, et al. v. Polo, et al.                                          Case No. C-07-02780-SI

DECLARATION OF SAMIR ABU-TAHIR IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

6)      I could not leave the Polo store at any time unless a manager performed a bag check on me at the employee exit. I understood I could be fired if I did not undergo a bag check before I left the store.

7)      I was instructed to clock out, either when leaving for lunch or leaving at the end of the day, and then find a manager who could perform the bag check at the employee exit. Almost always, neither managers nor security personnel were readily available to perform the search. On average, I estimate I had to wait 5 to 10 minutes after I had clocked out before I was permitted to leave the building. I thought that it was completely unacceptable that I had to wait under these circumstances and discussed this with several store employees and staff. I was not paid for any of this waiting time.

Signed under penalty of perjury under the laws of the State of California. Executed at West Hollywood, California, on June __5__, 2008.

Samir Abu Tahir

EXHIBIT 110.

Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Janis Keefe, Corinne Phipps, and
Renee Davis

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and RENEE DAVIS, an individual; individually and on behalf of all others similarly situated, | Case No.: C-07-02780-SI |
| | DECLARATION OF AMBERLY AHRING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| Plaintiffs, | |
| vs. | Date: July 11, 2008 |
| | Time: 9:00 |
| POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., | LOCATION: Courtroom 10, 19th Floor 450 Golden Gate Avenue San Francisco, California 94102 |
| | JUDGE: Hon. Susan Illston |
| Defendants. | |

I, Amberly Ahring, declare:

1. I am a resident of San Diego County, California, and make this declaration based on my personal knowledge.

2. From about July 2003 to March 2004, I worked as a Sales Associate in the Polo Ralph Lauren Factory Outlet store in Alpine, California.

*Otsuka, et al. v. Polo, et al.*                                    Case No. C-07-02780-SI

DECLARATION OF AMIR FILSOOF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

3. At the store, everyone was required to have their things searched by a manager after clocking out at the end of a shift and before leaving the store. I, too, was searched after almost every shift, and understood that I could be fired if I did not allow a search before I left the store. After I clocked out, I was usually required to wait for about 5 to 10 minutes for a manager to complete a Loss Prevention Search.

4. I was not paid for the time I spent waiting to be searched after clocking out.

Signed under penalty of perjury under the laws of the State of California.

DATED: May 26, 2008

Amberly Ahring

Oisuka, et al. v. Polo, et al.                                          Case No. C-07-02780-SI

DECLARATION OF AMIR FILSOOF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

EXHIBIT 111.

1   Patrick R. Kitchin, Esq. (SBN. 162965)
2   **THE LAW OFFICE OF PATRICK R. KITCHIN**
    565 Commercial Street, 4th Floor
3   San Francisco, CA 94111
    415-677-9058
4   415-627-9076 (fax)

5   Attorneys for Plaintiffs
6   Janis Keefe, Corinne Phipps, Justin Kiser and
    Renee Davis

7

8           UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
9                           SAN FRANCISCO DIVISION

10  ANN OTSUKA, an individual; JANIS KEEFE, ) Case No.: C-07-02780 SI
    an individual; CORINNE PHIPPS, an        )
11  individual; and JUSTIN KISER, an individual; ) **DECLARATION OF HARVEY RESNICK**
12  individually and on behalf of all others similarly )
    situated, RENEE DAVIS, an individual;    )
13  individually and on behalf of all others similarly )
14  situated                                 )
                                             )
15          Plaintiffs,                      )
16      vs.                                  )
                                             )
17  POLO RALPH LAUREN CORPORATION; a )
    Delaware Corporation; POLO RETAIL, LLC., a) **JUDGE:  Hon. Susan Illston**
18  Delaware Corporation; POLO RALPH        ) **LOCATION:  Courtroom 10, 19th Floor**
    LAUREN CORPORATION, a Delaware          ) **450 Golden Gate Avenue**
19  Corporation, doing business in California as ) **San Francisco, California 94102**
20  POLO RETAIL CORP; and FASHIONS          )
    OUTLET OF AMERICA, INC., a Delaware     )
21  Corporation                              )
                                             )
22          Defendants.                      )
23  _____ )

24

25

26

27

28

---

*Otsuka, et al. v. Polo, et al.*                           Case No. C-07-02780-SI
DECLARATION OF HARVEY RESNICK
                              1

I, Harvey Resnick, declare:

1.  I was employed by Polo Ralph Lauren Corporation between approximately August 2004 and February 2005, as the Men's Department Manager of the Polo Ralph Lauren store located at 90 Post Street, San Francisco, California, and make this declaration based on personal knowledge.

2.  I worked under the direction of the store's general manager, Tin Hua, and my duties included managing sales associates in the Polo Men's Department, including Justin Kiser and Janis Howay (Keefe), product sales, associate scheduling, merchandising, cleaning and re-stocking.

3.  While I was employed as Men's Department Manager at Polo, sales associates were compensated on what Polo referred to as a "draw versus commission" system. I was instructed by Tin Hua, and also read in the Polo Ralph Lauren sales associate handbooks, that sales associates in the store were paid on an hourly basis at $12.75 per hour, or 8% of their total sales, which ever was greater. Some sales persons were on a higher commission rate based on their sales performance.

4.  Sales associates were required to sell a sufficient quantity of Polo merchandise to cover their base hourly earnings. That is, sales associates were given mandatory sales targets that represented the minimum sales each was expected to make in a two-week period. If sales associates regularly failed to sell the quantity of merchandise they were required to sell, they were subject to discipline and/or termination.

5.  Within approximately one month after I was hired by Polo, I met with Christie Mogel, Polo's Area Human Resources Manager, and told her I was concerned about the "draw versus commission" payroll system used by the company. I specifically told Ms. Mogel that I did not believe sales associates were able to meet the sales targets set by the company. Concerned about the legality of this payroll system, I asked Ms. Mogel why sales associates were not paid premium overtime for working more than 8 hours a day or 40 hours a week. Ms. Mogel told me all sales associates worked on a commission basis and were not entitled to premium overtime compensation. She also

said Polo already paid sales associates premium overtime by paying them $12.75 per hour instead of minimum wage.

6. On numerous occasions sales associates in the Men's Department worked more than 8 hours per day and/or 40 hours per week. But, in accordance with Polo's payroll policy, I understood none of them was paid premium wages for the extra time.

7. I never heard that Polo was performing an analysis of sales associates' right to receive premium overtime in California. I also never heard that any sales associate was ever paid premium overtime compensation. It was my understanding that Polo did not pay any sales associates premium overtime compensation.

8. When I began working for Polo, it was using a wage program it called "arrears." I recall learning about the arrears program through General Manager Tin Hua, Operations Manager Theresa Cruz, and/or Polo's internal internet system. Under the arrears system, if a sales associate failed to meet his or her mandatory sales target in any two-week period, and then later exceeded their sales target, the later-earned commissions would be debited by the amount they had undersold in the prior pay periods. In this way, commissions earned in one pay period were decreased by the arrears amount from previous pay periods.

9. In my position as Men's Department Manager, I supervised up to approximately 12 sales associates. Based on my best recollection, I believe only one or two of these sales associates regularly met and/or exceeded the mandatory sales targets set by the company. On many occasions, my Department's sales associates did not even sell one half of their mandatory sales targets.

10. Sales associates did not always take their rest breaks. On several occasions, I overheard managers, including Theresa Cruz, tell a sales associate they would not be able to meet their mandatory sales targets unless they were working on the sales floor helping customers. Sales associates were under the constant pressure of meeting sales targets that most of them could not make and, so, I often observed the sales associates work through the day without taking all of their rest breaks. To the best of my

knowledge, Polo never paid any sales associate extra pay for missing a rest break. I was not aware that employees were entitled to extra pay for missing a rest break and I never asked payroll to do so.

11.    Sales associates were instructed they could only enter or exit the store through the employee door, located at the end of a hallway near the managers' offices and loading dock. Any time sales associates or managers left the store, they were required to undergo a loss prevention inspection at that door. At the end of their shifts, sales associates would clock out, unless a manager had clocked them out already, gather their belongings and then either proceed to the employee door or search for a manager who could perform the loss prevention inspection. Managers were generally very busy at the end of the day, performing various duties in their departments or in the manager's office. On numerous occasions, I heard sales associates page a manager to the back door at the end of a shift to perform the loss prevention inspection. On many occasions, I went to the employee exit to perform loss prevention inspections and found sales associates sitting on the floor waiting for a manager. Sales associates regularly complained to me and other managers about the amount of time they were required to wait at the exit after their shift was over and they were no longer being paid. I personally heard sales associates complain they had missed appointments and public transportation because they had been held in the store for up to 15 minutes after they had clocked out.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was made March _18_, 2008, in _CHICAGO_, Illinois.

_Harvey S. Resnick_
Harvey Resnick

EXHIBIT 112.

Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Janis Keefe, Corinne Phipps, and
Renee Davis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and RENEE DAVIS, an individual; individually and on behalf of all others similarly situated, | ) Case No.: C-07-02780-SI )<br>)<br>)<br>) DECLARATION OF STACY SHADE IN<br>) SUPPORT OF PLAINTIFFS' MOTION FOR<br>) ~~CLASS CERTIFICATION~~ |
| Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., <br><br>Defendants. | )<br>) Date:  July 11, 2006<br>) Time:  9:00 a.m.<br>)<br>) LOCATION: Courtroom 10, 19th Floor<br>) 450 Golden Gate Avenue<br>) San Francisco, California 94102<br>)<br>) JUDGE:  Hon. Susan Illston<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Stacy Shade, declare:

1)      I am a resident of Barstow, California, and make this declaration based on my personal knowledge.

---

*Otsuka, et al. v. Polo, et al.*                                              Case No. C-07-02780-SI

DECLARATION OF STACY SHADE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

2)    In 2003, I worked at the Polo Ralph Lauren Factory Store in Barstow, California.

3)    When I was hired, I was told that I was not allowed to tell any other employee how much I was earning.

4)    Most of the time, I did not get rest breaks during my shift.  I was told by management that I had to help customers whenever they needed it, even if I had clocked out for a break.  It happened regularly that when I had already clocked, I was then asked by a manager or customer to help while I was on a break.  This happened so regularly that it seemed clear that breaks were not really encouraged or allowed.

5)    I understood that I was required to participate in "bag checks" or "loss prevention searches" before I could leave the store after the end of my shift.  The managers at the store were very strict about this.  After we had clocked out, myself and my co-workers were told to "line-up" so that one of the managers could come by and go through our things.  On average, I waited about 15 minutes after clocking out to be checked and allowed to leave the store.  I estimate that this kind of wait happened at least 50% of the time when I was at work.  I was not paid for any of this waiting time.

Signed under penalty of perjury under the laws of the State of California.  Executed at Barstow, California, on May 21, 2008.

_Stacy L. Shade_
Stacy Shade

_Stacy L. Khhoell_

im married, my married name is Krommenhoek