1  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com; louiea@gtlaw.com
5
   JEREMY A. MEIER (SBN 139849)
6  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
7  Sacramento, CA 95814
   Telephone: (916) 442-1111
8  Facsimile: (916) 448-1709
   Email: meierj@gtlaw.com
9
   Attorneys for Defendants Polo Ralph Lauren
10 Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
   doing business in California as Polo Retail Corp.; and Fashions
11 Outlet of America, Inc.

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 ANN OTSUKA, an individual; JANIS      Case No. C07-02780 SI
   KEEFE, an individual; CORINNE PHIPPS,
17 an individual; and JUSTIN KISER, an
   individual; and on behalf of all other similarly   **DECLARATION OF JOANNE HURLOW IN**
18 situated,                                           **OPPOSITION TO PLAINTIFFS' MOTION**
                    Plaintiff(s),                      **FOR CLASS CERTIFICATION**
19
   v.
20
   POLO RALPH LAUREN CORPORATION,   Date:    July 11, 2008
21 a Delaware Corporation; POLO RETAIL,   Time:    9:00 a.m.
   LLC, a Delaware Corporation; POLO      Dept:    Courtroom 10, 19th Fl.
22 RALPH LAUREN CORPORATION, a           Judge:   Hon. Susan Illston
   Delaware Corporation, doing business in
23 California as POLO RETAIL CORP;
   FASHIONS OUTLET OF AMERICA, INC.,
24 a Delaware Corporation and DOES 1-500,
   inclusive,
25
                    Defendant(s).
26

27

28

                                    1

I, Joanne Hurlow, declare:

1.     I am a paralegal employed by Greenberg Traurig, LLP, attorneys of record for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp.; and Fashions Outlet of America, Inc. (hereafter "Polo" or "Defendants").

2.     I have personal knowledge of the matters set forth below except as to those which are stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the following facts in a court of law.

3.     I was provided with copies of Polo's Commission Reports for Polo Store Full-Price Stores for the pay periods March 28-April 10, 2004 through March 26-April 8, 2006 ("Arrears Program Time Period"). I understood these Commission Reports were generated by Polo to calculate commission earnings by pay period and included an identification of each salesperson who worked in a Polo California Full-Price Store during the Arrears Program Time Period. The Commission Reports also reflect whether a salesperson fell into arrears and whether there was a "deduction" from commissions (as explained in the Declaration of Evan Cohen) which were applied to satisfy the arrears condition. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a chart labeled "Arrears Tracking Sheet" that I compiled summarizing the data from the Commission Reports. The Arrears Tracking Sheet reflects that during the Arrears Program Time Period, 55 salespeople fell into arrears and of those, 49 had their commissions affected. The Arrears Tracking Sheet is also attached as Exhibit 107 to the Declaration of Patrick Kitchin.

4.     To create Exhibit A, I reviewed Polo's Commission Reports of the Polo employees who were hired at Polo's California Full-Price Stores during the Arrears Program Time Period and, as of May 12, 2008, no longer worked at Polo.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of June, 2008.

/s/ Joanne Hurlow<br>
Joanne Hurlow

# EXHIBIT A

TO DECLARATION OF JOANNE HURLOW IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

EXHIBIT 107.

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00802 | 7/26/2004 | 12/2/2004 | Employee #1 | Yes | | | | | | | | | | $0.00 |
| 00802 | 4/12/2004 | 7/26/2004 | Employee #2 | No | | | | | | | | | | $0.00 |
| 00802 | 8/30/2004 | 3/23/2005 | Employee #3 | Yes | | | | | | | | | -213.08 | -$213.08 |
| 00802 | 7/21/2004 | 4/30/2005 | Employee #4 | Yes | | | | | | | -204.02 | -119.38 | -522.61 | -$846.01 |
| 00802 | 5/12/2004 | 12/24/2004 | Howay, Janis | Yes | | | | | | -$247.93 | | | -107.53 | -$355.46 |
| 00802 | 20041028 | 20060708 | Employee #5 | No | | | | | | | | | | $0.00 |
| 00802 | 7/11/2004 | 8/5/2005 | Kiser, Justin | Yes | | | | | | | -$57.66 | -$57.66 | | -$115.32 |
| 00802 | 6/11/2004 | 7/23/2004 | Employee #6 | No | | | | | | | | | | $0.00 |
| 00802 | 6/28/2004 | 6/28/2004 | Employee #7 | No | | | | | | | | | | $0.00 |
| 00802 | 6/23/2004 | 10/20/2004 | Mullen, Corinne | Yes | | | | | | | | | | $0.00 |
| 00802 | 6/19/2004 | 12/30/2006 | Employee #8 | Yes | | | | | | | | | -2.83 | -$2.83 |
| 00802 | 6/22/2004 | 1/4/2005 | Employee #9 | Yes | | | | | | | | -$147.38 | -539.58 | -$686.96 |
| 00802 | 7/19/2004 | 7/20/2004 | Employee #10 | No | | | | | | | | | | $0.00 |
| 00802 | 5/28/2004 | 7/23/2004 | Employee #11 | No | | | | | | | | | | $0.00 |
| 00802 | 10/18/2004 | 11/29/2004 | Employee #12 | No | | | | | | | | | | $0.00 |
| 00802 | 12/9/2004 | 5/21/2005 | Employee #13 | No | | | | | | | | | | $0.00 |

POLO02512-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2006 - December 2006**

| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00302 | 20050106 | 20050405 | Employee #14 | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20051020 | 20040209 | Employee #15 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20051117 | 20051231 | Employee #16 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20040830 | 20050323 | Employee #3 | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20040721 | 20050430 | Employee #4 | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20041026 | 20060708 | Employee #5 | Yes | | | | | | | | $499.50 | -$498.50 | | | | $897.80 |
| 00302 | 20040711 | 20060605 | Klaer, Austin | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20040611 | 20040723 | Employee #6 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20030705 | 20050710 | Employee #17 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20060220 | 20061010 | Employee #18 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20050709 | 20060819 | Employee #19 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20050321 | 20060730 | Employee #20 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20040519 | 20051230 | Employee #8 | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20040522 | 20050104 | Employee #9 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20050528 | 20051014 | Employee #21 | Yes | | | | | | | $307.22 | -$40.20 | -$138.64 | | | | $466.22 |
| 00302 | 20041209 | 20050521 | Employee #13 | Yes | | | | | | | | | | | | | $0.00 |
| 00302 | 20060802 | 20070317 | Employee #22 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20030313 | 20030316 | Employee #23 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20060501 | 20051009 | Employee #24 | Yes | | | -$39.96 | | -$33.28 | | -$258.72 | | | | -$133.97 | | $465.93 |
| 00302 | 20051009 | 20061128 | Employee #25 | No | | | | | | | | | | | | | $0.00 |
| 00302 | 20050919 | 20051231 | Employee #26 | No | | | | | | | | | | | | | $0.00 |

POLO02513-A
CONFIDENTIAL

| | | | | Arrears Tracking Sheet | | | | | | | |
| | | | | January 2006 - April 2006 | | | | | | | |
| STORE | HIRE DATE | TERM DATE | EMPLOYEE NAME | Arrears? | January | February | March | April | Total Deducted |
| 00802 | 20051020 | 20060209 | Employee #15 | No | | | | | $0.00 |
| 00802 | 20041028 | 20060708 | Employee #5 | Yes | -$195.39 | | | | -$195.39 |
| 00802 | 20060220 | 20061010 | Employee #18 | No | | | | | $0.00 |
| 00802 | 20040619 | 20061230 | Employee #8 | No | | | | | $0.00 |
| 00802 | 20060802 | 20070317 | Employee #22 | No | | | | | $0.00 |
| 00802 | 20050109 | 20060301 | Employee #24 | No | | | | | $0.00 |
| 00802 | 20051009 | 20060128 | Employee #25 | No | | | | | $0.00 |

POLO02514A
CONFIDENTIAL

**Amara Tracking Sheet**
**April 2004-December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Amara? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050906 | 20060318 | | | | | | | | | | | $0.00 |
| 00810 | Employee #2 | 20050621 | 20050721 | | | | | | | | | | | $0.00 |
| 00810 | Employee #3 | 20041018 | 20060430 | Yes | | | | | | | | | | $0.00 |
| 00810 | Employee #4 | 20041116 | 20060204 | | | | | | | | | | | $0.00 |
| 00810 | Employee #5 | 20050414 | 20050414 | | | | | | | | | | -$74.10 | -$74.10 |
| 00810 | Employee #6 | 20050623 | 20051209 | | | | | | | | | | | $0.00 |
| 00810 | Employee #7 | 20041126 | 20041223 | | | | | | | | | | | $0.00 |
| 00810 | Employee #8 | 20050602 | 20050909 | | | | | | | | | | | $0.00 |
| 00810 | Employee #9 | 20051017 | 20060409 | | | | | | | | | | | $0.00 |
| 00810 | Employee #10 | 20050912 | 20051117 | | | | | | | | | | | $0.00 |
| 00810 | Employee #11 | 20050912 | 20051224 | | | | | | | | | | | $0.00 |
| 00810 | Employee #12 | 20041202 | 20050822 | | | | | | | | | | | $0.00 |
| 00810 | Employee #13 | 20050314 | 20050616 | | | | | | | | | | | $0.00 |
| 00810 | Employee #14 | 20050304 | 20060304 | | | | | | | | | | | $0.00 |
| 00810 | Employee #15 | 20041122 | 20050111 | | | | | | | | | | | $0.00 |
| 00810 | Employee #16 | 20040711 | 20041224 | Yes | | | | | | | | | -$272.96 | -$272.96 |
| 00810 | Employee #17 | 20050001 | 20070210 | | | | | | | | | | | $0.00 |
| 00810 | Employee #18 | 20040701 | 20040828 | | | | | | | | | | | $0.00 |
| 00810 | Employee #19 | 20051028 | 20051229 | | | | | | | | | | | $0.00 |
| 00810 | Employee #20 | 20051025 | 20051123 | | | | | | | | | | | $0.00 |
| 00810 | Employee #21 | 20041125 | 20050815 | | | | | | | | | | | $0.00 |
| 00810 | Employee #22 | 20050608 | 20060426 | | | | | | | | | | | $0.00 |
| 00810 | Employee #23 | 20060112 | 20050304 | | | | | | | | | | | $0.00 |
| 00810 | Employee #24 | 20050103 | 20040624 | | | | | | | | | | | $0.00 |
| 00810 | Employee #25 | 20040428 | 20040820 | | | | | | | | | | | $0.00 |
| 00810 | Employee #26 | 20051020 | 20061215 | | | | | | | | | | | $0.00 |
| 00810 | Employee #27 | 20050621 | 20040820 | | | | | | | | | | | $0.00 |
| 00810 | Employee #28 | 20050425 | 20050503 | | | | | | | | | | | $0.00 |
| 00810 | Employee #29 | 20050104 | 20050528 | | | | | | | | | | | $0.00 |
| 00810 | Employee #30 | 20050804 | 20051221 | | | | | | | | | | | $0.00 |
| 00810 | Employee #31 | 20050827 | 20050009 | | | | | | | | | | | $0.00 |
| 00810 | Employee #32 | 20050928 | 20050801 | | | | | | | | | | | $0.00 |
| 00810 | Employee #33 | 20051202 | 20070129 | | | | | | | | | | | $0.00 |
| 00810 | Employee #34 | 20051221 | 20060916 | | | | | | | | | | | $0.00 |
| 00810 | Employee #35 | 20050912 | 20050510 | | | | | | | | | | | $0.00 |
| 00810 | Otsuka, Ann | 20040519 | 20041029 | Yes | | | | | | -$423.01 | -$607.66 | | | -$1,030.67 |
| 00810 | Employee #36 | 20060102 | 20060305 | | | | | | | | | | | $0.00 |
| 00810 | Employee #37 | 20050328 | 20050328 | | | | | | | | | | | $0.00 |
| 00810 | Employee #38 | 20050221 | 20050923 | | | | | | | | | | | $0.00 |
| 00810 | Employee #39 | 20041212 | 20050111 | | | | | | | | | | | $0.00 |

POLO02515-A
CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 00810 | Employee #40 | 20041201 | 20060709 | | $0.00 |
| 00810 | Employee #41 | 20050906 | 20060907 | | $0.00 |
| 00810 | Employee #42 | 20060104 | 20050331 | | $0.00 |
| 00810 | Employee #43 | 20060113 | 20060603 | | $0.00 |
| 00810 | Employee #44 | 20041006 | 20041210 | Yes | $0.00 |
| 00810 | Employee #45 | 20050714 | 20070210 | | $0.00 |
| 00810 | Employee #46 | 20060116 | 20070210 | | $0.00 |
| 00810 | Employee #47 | 20040913 | 20051228 | | $0.00 |
| 00810 | Employee #48 | 20051128 | 20070210 | | $0.00 |
| 00810 | Employee #49 | 20061011 | 20050331 | | $0.00 |
| 00810 | Employee #50 | 20050314 | 20050513 | | $0.00 |
| 00810 | Employee #51 | 20051010 | 20060718 | | $0.00 |
| 00810 | Employee #52 | 20041018 | 20050609 | Yes | -$91.98 |
| 00810 | Employee #53 | 20040521 | 20040704 | | $0.00 |
| 00810 | Employee #54 | 20051222 | 20051222 | | $0.00 |
| 00810 | Employee #55 | 20050609 | 20050729 | | $0.00 |

POLO02516-A
CONFIDENTIAL

Arrears Tracking Sheet
January 2004-December 2005

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050906 | 20050313 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #2 | 20041018 | 20050430 | Yes | | | -$190.79 | -$485.57 | | | -$31.52 | | | | | | -$687.88 |
| 00810 | Employee #3 | 20050414 | 20050414 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #4 | 20050423 | 20051209 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #5 | 20050902 | 20050509 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #6 | 20051107 | 20050409 | No | | | | | | | | -$54.58 | | | | | -$54.58 |
| 00810 | Employee #7 | 20060912 | 20051117 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #8 | 20050912 | 20051224 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #9 | 20041202 | 20050822 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #10 | 20050114 | 20050618 | Yes | | -$33.72 | | | | | | | | | | | -$248.04 |
| 00810 | Employee #11 | 20050304 | 20050004 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #12 | 20041122 | 20050111 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #13 | 20050501 | 20070210 | Yes | | | | | -$71.13 | | -$73.52 | | -$72.70 | -$58.76 | -$3.93 | | -$300.03 |
| 00810 | Employee #14 | 20051028 | 20051220 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #15 | 20051125 | 20050563 | Yes | | | | -$150.70 | | -$53.23 | -$243.53 | -$102.73 | | | | | -$549.21 |
| 00810 | Employee #16 | 20050808 | 20050815 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #17 | 20050112 | 20050426 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #18 | 20050103 | 20050904 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #19 | 20051020 | 20051115 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #20 | 20050426 | 20050303 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #21 | 20050104 | 20050928 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #22 | 20050604 | 20051231 | Yes | | | | | | | -$25.49 | -$291.62 | | | | | -$317.11 |
| 00810 | Employee #23 | 20050725 | 20060090 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #24 | 20050627 | 20060001 | No | | | | | | | | | | | | -$555.00 | -$555.00 |
| 00810 | Employee #25 | 20051202 | 20060916 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #26 | 20051221 | 20060510 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #27 | 20050512 | 20050415 | Yes | | -$0.82 | | | | | | | | | | | -$40.82 |
| 00810 | Employee #28 | 20060102 | 20060505 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #29 | 20050028 | 20060228 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #30 | 20050221-1 | 20050623 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #31 | 20041212 | 20050511 | No | | | | | -$179.00 | | | | | | | | -$179.00 |
| 00810 | Employee #32 | 20041201 | 20060709 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #33 | 20050006 | 20050907 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #34 | 20050104 | 20050531 | Yes | | | -$41.93 | | | | | | | | | | -$41.93 |
| 00810 | Employee #35 | 20050412 | 20060203 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #36 | 20050714 | 20060210 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #37 | 20060116 | 20070210 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #38 | 20040913 | 20051226 | Yes | -$321.53 | | -$28.61 | -$289.92 | -$99.49 | | -$505.23 | -$162.98 | | -$171.47 | | | -$1,699.26 |
| 00810 | Employee #39 | 20051126 | 20070210 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #40 | 20050619 | 20050633 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #41 | 20050014 | 20050613 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #42 | 20050314 | 20050717 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #43 | 20051010 | 20060609 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #44 | 20041016 | 20050718 | No | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #45 | 20051202 | 20051222 | Yes | | | | | | | | | | | | | $0.00 |
| 00810 | Employee #46 | 20060600 | 20050729 | No | | | | | | | | | | | | | $0.00 |

POLO02517-A
CONFIDENTIAL

| | | | | Arrears Tracking Sheet | | | | | |
| | | | | January 2006-April 2006 | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|
| 00810 | Employee #1 | 20050906 | 20060318 | No | | | | | $0.00 |
| 00810 | Employee #3 | 20041018 | 20060430 | No | | | | | $0.00 |
| 00810 | Employee #9 | 20051017 | 20060409 | No | | | | | $0.00 |
| 00810 | Employee #14 | 20050304 | 20060304 | Yes | | -$114.34 | | | -$114.34 |
| 00810 | Employee #17 | 20050301 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #22 | 20060112 | 20060426 | No | | | | | $0.00 |
| 00810 | Employee #25 | 20061020 | 20061215 | No | | | | | $0.00 |
| 00810 | Employee #27 | 20050425 | 20060303 | Yes | -$793.77 | | | | -$793.77 |
| 00810 | Employee #30 | 20050926 | 20060609 | No | | | | | $0.00 |
| 00810 | Employee #32 | 20051202 | 20070129 | No | | | | | $0.00 |
| 00810 | Employee #33 | 20051221 | 20060916 | No | | | | | $0.00 |
| 00810 | Employee #36 | 20060102 | 20060305 | No | | | | | $0.00 |
| 00810 | Employee #37 | 20050328 | 20050328 | No | | | | | $0.00 |
| 00810 | Employee #40 | 20041201 | 20060709 | No | | | | | $0.00 |
| 00810 | Employee #43 | 20060113 | 20060603 | No | | | | | $0.00 |
| 00810 | Employee #45 | 20060714 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #46 | 20060118 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #48 | 20051126 | 20070210 | No | | | | | $0.00 |
| 00810 | Employee #51 | 20051010 | 20060718 | No | | | | | $0.00 |

POLO02518-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|-------|---------------|-----------|-----------|----------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 00817 | Employee #1 | 20041103 | 20050423 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #2 | 20040925 | 20050220 | Yes | | | | | | | | | -$239.55 | -$239.55 |
| 00817 | Employee #3 | 20040717 | 20050710 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #4 | 20041124 | 20050114 | No | | | | | | | | | | $0.00 |
| 00817 | Employee #5 | 20040703 | 20040917 | Yes | | | | | | | | | | $0.00 |
| 00817 | Employee #6 | 20040831 | 20050213 | Yes | | | | | | | | -$621.82 | -$140.62 | -$762.44 |

POLO02519A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005-December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|-------|---------------|-----------|-----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 00817 | Employee #7 | 20050316 | 20050523 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #8 | 20050816 | 20051116 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #1 | 20041103 | 20050423 | Yes | | $704.66 | | | | | | | | | | | -$704.66 |
| 00817 | Employee #2 | 20040925 | 20050220 | Yes | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #3 | 20040717 | 20050710 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #4 | 20041124 | 20050114 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #9 | 20050223 | 20051120 | Yes | | | | | | | | | | | | | -$221.88 |
| 00817 | Employee #10 | 20051204 | 20050506 | No | | | | | | | | | | -$221.88 | | | $0.00 |
| 00817 | Employee #11 | 20051218 | 20050618 | No | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #5 | 20040831 | 20050213 | Yes | | | | | | | | | | | | | $0.00 |
| 00817 | Employee #12 | 20050223 | 20050837 | No | | | | | | | | | | | | | $0.00 |

POLO02520-A
CONFIDENTIAL

| | | Arrears Tracking Sheet | | | | | | | |
| | | January 2006-April 2006 | | | | | | | |
| | | | | | | | | | Total |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Deducted |
| 00817 | Employee #10 | 20051204 | 20060506 | No | | | | | $0.00 |
| 00817 | Employee #11 | 20051218 | 20060618 | No | | | | | $0.00 |

POLO02521A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2005 - December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00631 | Employee #12 | 20050620 | 20051111 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #1 | 20041014 | 20061231 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #2 | 20040601 | 20050518 | Yes | $22.88 | | -$522.46 | -$213.00 | | | | | | | | | -$1,006.33 |
| 00631 | Employee #3 | 20041020 | 20050422 | Yes | -$84.43 | | -$45.85 | | | | | | | | | | -$130.28 |
| 00631 | Employee #13 | 20050227 | 20050723 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #14 | 20050906 | 20060113 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #4 | 20040528 | 20050319 | Yes | -$58.05 | | | | | | | | | | | | -$58.05 |
| 00631 | Employee #15 | 20050630 | 20050602 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #5 | 20040819 | 20050828 | Yes | | | -$520.32 | -$142.35 | -$105.56 | | | | | | | | -$768.23 |
| 00631 | Employee #16 | 20060102 | 20050302 | Yes | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #17 | 20030316 | 20050316 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #18 | 20050906 | 20051206 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #19 | 20051019 | 20040701 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #6 | 20040915 | 20050604 | Yes | | $119.54 | | -$122.10 | -$193.51 | | | | | | | | -$435.51 |
| 00631 | Employee #20 | 20040630 | 20060525 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #21 | 20051202 | 20060114 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #22 | 20050413 | 20050429 | Yes | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #9 | 20041111 | 20050712 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #10 | 20041114 | 20050103 | No | | | | | | | | | | | | | $0.00 |
| 00631 | Employee #11 | 20040922 | 20050507 | Yes | | | -$8.33 | -$69.94 | | | | | | | | | -$78.27 |

POLO02523-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00831 | Employee #1 | 20041014 | 20051231 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #2 | 20040601 | 20050518 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #3 | 20041020 | 20050422 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #4 | 20040526 | 20050319 | Yes | | | | | -$217.20 | -$217.20 | | | | -$434.40 |
| 00831 | Employee #5 | 20040816 | 20050528 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #6 | 20040915 | 20050604 | Yes | | | | | | | | -$148.13 | | -$148.13 |
| 00831 | Employee #7 | 20040630 | 20060525 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #8 | 20041220 | 20041130 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #9 | 20041111 | 20050712 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #10 | 20041114 | 20050108 | No | | | | | | | | | | $0.00 |
| 00831 | Employee #11 | 20040922 | 20050507 | No | | | | | | | | | | $0.00 |

POLO02522-A
CONFIDENTIAL

| | | | | | Arrears Tracking Sheet | | | | | |
| | | | | | January 2006 - April 2006 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | Total |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Deducted |
| 00831 | Employee #14 | 20050906 | 20060113 | No | | | | | $0.00 |
| 00831 | Employee #19 | 20051019 | 20060701 | Yes | -$36.93 | | -$110.38 | | -$147.31 |
| 00831 | Employee #20 | 20040630 | 20060525 | Yes | | | | | $0.00 |
| 00831 | Employee #21 | 20051202 | 20060114 | No | | | | | $0.00 |

POLO02524-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|-------|---------------|-----------|-----------|----------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 00838 | Employee #1 | 20040527 | 20040604 | No | | | | | | | | | | $0.00 |
| 00838 | Employee #2 | 20040723 | 20040830 | No | | | | | | | | | | $0.00 |
| 00838 | Employee #3 | 20041220 | 20050121 | No | | | | | | | | | | $0.00 |
| 00838 | Employee #4 | 20041122 | 20051213 | No | | | | | | | | | | $0.00 |

POLO02525-A
CONFIDENTIAL

# Arrears Tracking Sheet
## January 2005 - December 2005

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00836 | Employee #5 | 20050412 | 20051023 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #6 | 20051003 | 20060130 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #7 | 20060203 | 20060512 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #8 | 20051010 | 20051011 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #9 | 20060424 | 20061012 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #3 | 20041220 | 20050121 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #4 | 20041122 | 20051213 | Yes | | | | | $58.03 | $691.50 | $394.23 | $291.83 | | $711.95 | | | -$2,447.54 |
| 00836 | Employee #10 | 20051003 | 20060328 | No | | | | | | | | | | | | | $0.00 |
| 00836 | Employee #11 | 20050416 | 20050730 | No | | | | | | | | | | | | | $0.00 |

POLO02526-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**January 2006 - April 2006**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|-------|---------------|-----------|-----------|----------|---------|----------|-------|-------|----------------|
| 00836 | Employee #6 | 20051003 | 20060130 | No | | | | | $0.00 |
| 00836 | Employee #7 | 20060203 | 20060512 | No | | | | | $0.00 |
| 00836 | Employee #9 | 20060424 | 20061012 | No | | | | | $0.00 |
| 00836 | Employee #10 | 20051003 | 20060326 | No | | | | | $0.00 |

POLO02527-A
CONFIDENTIAL

**Arrears Tracking Sheet**
**April 2004 - December 2004**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | April | May | June | July | August | September | October | November | December | Total Deducted |
|-------|---------------|-----------|-----------|----------|-------|-----|------|------|--------|-----------|---------|----------|----------|----------------|
| 0084500873 | Employee #1 | 20041027 | 20050402 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #2 | 20040908 | 20060203 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #3 | 20040908 | 20050204 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #4 | 20040908 | 20050623 | No | | | | | | | | | | $0.00 |
| 0084500873 | Employee #5 | 20040422 | 20050110 | No | | | | | | | | | | $0.00 |

POLO02528-A
CONFIDENTIAL

**Amsure Tracking Sheet**
**January 2005 - December 2005**

| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Amsure? | January | February | March | April | May | June | July | August | September | October | November | December | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00873 | Employee #6 | 20050212 | 20050501 | Yes | | | | -$32.42 | | | | | | | | | -$32.42 |
| 00873 | Employee #7 | 20050627 | 20051119 | Yes | | | | | | | | | -$17.72 | | -$93.55 | | -$111.27 |
| 00873 | Employee #8 | 20050328 | 20050730 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #1 | 20041027 | 20050402 | Yes | -$125.39 | -$55.12 | -$51.92 | | | | | | | | | | -$232.43 |
| 00873 | Employee #2 | 20040909 | 20060203 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #3 | 20040903 | 20050204 | Yes | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #9 | 20041026 | 20050708 | Yes | | | -$220.80 | -$220.80 | | | -$498.80 | | | | | | -$940.40 |
| 00873 | Employee #4 | 20040906 | 20050523 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #10 | 20051024 | 20060518 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #11 | 20050615 | 20060428 | Yes | | | | | | | | | -$13.58 | | | | -$13.58 |
| 00873 | Employee #12 | 20051125 | 20051223 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #13 | 20051024 | 20060106 | No | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #14 | 20050210 | 20050813 | Yes | | | | | -$36.38 | | -$578.17 | | | | | | -$614.55 |
| 00873 | Employee #15 | 20050127 | 20050517 | Yes | | | -$7.01 | -$128.10 | | | | | | | | | -$135.11 |
| 00873 | Employee #5 | 20040422 | 20050110 | Yes | | | | | | | | | | | | | $0.00 |
| 00873 | Employee #16 | 20051223 | 20060115 | No | | | | | | | | | | | | | $0.00 |

POLO02519-A
CONFIDENTIAL

| | | | | Arrears Tracking Sheet | | | | | |
| | | | | January 2006 - April 2006 | | | | | |
| STORE | EMPLOYEE NAME | HIRE DATE | TERM DATE | Arrears? | January | February | March | April | Total Deducted |
|---|---|---|---|---|---|---|---|---|---|
| 00873 | Employee #2 | 20040908 | 20060203 | Yes | -$295.82 | | | | -$295.82 |
| 00873 | Employee #10 | 20051024 | 20060518 | No | | | | | $0.00 |
| 00873 | Employee #11 | 20050515 | 20060428 | No | | | | | $0.00 |
| 00873 | Employee #13 | 20051024 | 20060106 | No | | | | | $0.00 |
| 00873 | Employee #16 | 20051223 | 20060115 | No | | | | | $0.00 |

POLO02530-A
CONFIDENTIAL