Confidential
POLO 02085

| ID | Day | Date | C1 | (zero cols) | Vx | Vy | Vz |
|---|---|---|---|---|---|---|---|
| 831 | Wed | 6/29/2005 | 7.53 | 0.00 | 7.53 | 0.00 | 7.53 |
| 831 | Thu | 6/30/2005 | 7.42 | 0.00 | 7.42 | 0.00 | 7.42 |
| 831 | Sun | 7/3/2005 | 5.70 | 0.00 | 5.70 | 0.00 | 5.70 |
| 831 | Sun | 7/3/2005 | 5.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 831 | Mon | 7/4/2005 | 8.00 | 0.00 | 0.00 | 0.23 | 0.00 |
| 831 | Mon | 7/4/2005 | 8.00 | 8.00 | 8.00 | 0.23 | 8.23 |
| 831 | Wed | 7/6/2005 | 8.23 | 0.00 | 8.00 | 0.00 | 8.23 |
| 831 | Wed | 7/6/2005 | 8.23 | 0.00 | 6.85 | 0.00 | 6.85 |
| 831 | Thu | 7/7/2005 | 6.85 | 0.00 | 6.85 | 0.00 | 6.85 |
| 831 | Thu | 7/7/2005 | 6.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 831 | Sat | 7/9/2005 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 831 | Sat | 7/9/2005 | 8.00 | 0.00 | 7.97 | 0.00 | 7.97 |
| 831 | Tue | 7/12/2005 | 7.97 | 0.00 | 7.98 | 0.00 | 7.98 |
| 831 | Wed | 7/13/2005 | 7.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 831 | Thu | 7/14/2005 | 8.00 | 8.00 | 7.78 | 0.00 | 7.78 |
| 831 | Fri | 7/15/2005 | 7.78 | 0.00 | 7.70 | 0.00 | 7.70 |
| 831 | Sat | 7/16/2005 | 7.70 | 0.00 | 7.73 | 0.00 | 7.73 |
| 831 | Mon | 7/18/2005 | 7.73 | 0.00 | 8.00 | 0.12 | 8.12 |
| 831 | Tue | 7/19/2005 | 8.12 | 0.00 | 7.55 | 0.00 | 7.55 |
| 831 | Thu | 7/21/2005 | 7.55 | 0.00 | 5.12 | 0.00 | 5.12 |
| 831 | Sun | 4/4/2004 | 5.12 | 0.00 | 6.98 | 0.00 | 6.98 |
| 831 | Mon | 4/5/2004 | 6.98 | 0.00 | 7.08 | 0.00 | 7.08 |
| 831 | Tue | 4/6/2004 | 7.08 | 0.00 | 7.03 | 0.00 | 7.03 |
| 831 | Mon | 4/12/2004 | 7.03 | 0.00 | 6.97 | 0.00 | 6.97 |
| 831 | Tue | 4/13/2004 | 6.97 | 0.00 | 7.03 | 0.00 | 7.03 |
| 831 | Sat | 4/17/2004 | 7.03 | 0.00 | 7.03 | 0.00 | 7.03 |
| 831 | Sun | 4/18/2004 | 5.08 | 0.00 | 5.08 | 0.00 | 5.08 |
| 831 | Mon | 4/19/2004 | 7.23 | 0.00 | 7.23 | 0.00 | 7.23 |
| 833 | Tue | 4/20/2004 | 7.18 | 0.00 | 7.18 | 0.00 | 7.18 |
| 833 | Sat | 4/24/2004 | 7.68 | 0.00 | 7.68 | 0.00 | 7.68 |
| 833 | Sun | 4/25/2004 | 5.32 | 0.00 | 5.32 | 0.00 | 5.32 |
| 833 | Mon | 4/26/2004 | 7.28 | 0.00 | 7.28 | 0.00 | 7.28 |
| 833 | Tue | 4/27/2004 | 7.40 | 0.00 | 7.40 | 0.00 | 7.40 |
| 833 | Sat | 5/1/2004 | 7.45 | 0.00 | 7.45 | 0.00 | 7.45 |
| 833 | Sun | 5/2/2004 | 5.42 | 0.00 | 5.42 | 0.00 | 5.42 |
| 833 | Mon | 5/3/2004 | 7.10 | 0.00 | 7.10 | 0.00 | 7.10 |
| 833 | Tue | 5/4/2004 | 7.27 | 0.00 | 7.27 | 0.00 | 7.27 |
| 833 | Sat | 5/8/2004 | 7.73 | 0.00 | 7.73 | 0.00 | 7.73 |
| 833 | Sun | 5/9/2004 | 5.40 | 0.00 | 5.40 | 0.00 | 5.40 |
| 833 | Mon | 5/10/2004 | 7.17 | 0.00 | 7.17 | 0.00 | 7.17 |
| 833 | Tue | 5/11/2004 | 7.38 | 0.00 | 7.38 | 0.00 | 7.38 |
| 833 | Sat | 5/15/2004 | 7.08 | 0.00 | 7.08 | 0.00 | 7.08 |

Confidential
POLO 02086

| Day | Date | Value | | | | | | | | | | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | 5/16/2004 | 5.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.42 | 5.42 | 831 |
| Mon | 5/17/2004 | 7.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.27 | 7.27 | 831 |
| Tue | 5/18/2004 | 7.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.48 | 7.48 | 831 |
| Sat | 5/22/2004 | 7.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.52 | 7.52 | 831 |
| Sun | 5/23/2004 | 5.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.58 | 5.58 | 831 |
| Mon | 5/24/2004 | 7.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.42 | 7.42 | 831 |
| Tue | 5/25/2004 | 7.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.27 | 7.27 | 831 |
| Sat | 5/29/2004 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 831 |
| Sun | 5/30/2004 | 5.50 | 0.00 | 0.00 | 5.50 | 0.00 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 831 |
| Mon | 5/30/2004 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 831 |
| Tue | 5/31/2004 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 831 |
| Sat | 6/1/2004 | 7.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 0.00 | 7.28 | 7.28 | 831 |
| Mon | 6/5/2004 | 4.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.38 | 4.38 | 831 |
| Tue | 6/7/2004 | 7.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.35 | 7.35 | 831 |
| Sat | 6/8/2004 | 6.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.47 | 6.47 | 831 |
| Sun | 6/12/2004 | 7.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.63 | 7.63 | 831 |
| Mon | 6/13/2004 | 7.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.37 | 7.37 | 831 |
| Tue | 6/14/2004 | 7.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.18 | 7.18 | 831 |
| Sat | 6/15/2004 | 6.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.15 | 6.15 | 831 |
| Sun | 6/19/2004 | 7.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.32 | 7.32 | 831 |
| Mon | 6/20/2004 | 6.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.48 | 6.48 | 831 |
| Tue | 6/21/2004 | 7.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.53 | 7.53 | 831 |
| Sat | 6/22/2004 | 6.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.98 | 6.98 | 831 |
| Sun | 6/26/2004 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 831 |
| Sat | 7/3/2004 | 7.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.23 | 7.23 | 831 |
| Sun | 7/4/2004 | 7.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.83 | 7.83 | 831 |
| Sat | 7/10/2004 | 7.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.87 | 7.87 | 831 |
| Tue | 4/6/2004 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 7.50 | 802 |
| Wed | 4/7/2004 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.87 | 7.87 | 802 |
| Thu | 4/8/2004 | 7.95 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 7.90 | 7.90 | 802 |
| Fri | 4/9/2004 | 7.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 802 |
| Sat | 4/10/2004 | 7.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 | 7.95 | 802 |
| Mon | 4/12/2004 | 7.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.88 | 7.88 | 802 |
| Tue | 4/13/2004 | 7.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.70 | 7.70 | 802 |
| Wed | 4/14/2004 | 7.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.67 | 7.67 | 802 |
| Thu | 4/15/2004 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.58 | 7.58 | 802 |
| Sat | 4/17/2004 | 7.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.87 | 7.87 | 802 |
| Mon | 4/19/2004 | 7.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 7.50 | 802 |
| Tue | 4/20/2004 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.87 | 7.87 | 802 |
| Wed | 4/21/2004 | 7.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 7.88 | 7.88 | 802 |
| Thu | 4/24/2004 | 7.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 802 |
| Sat | 4/26/2004 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.55 | 7.55 | 802 |
| Mon | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.70 | 7.70 | 802 |

Confidential
POLO 02087

| 802 | Day | Date | | | Total |
|-----|-----|------|------|------|-------|
| 802 | Tue | 4/27/2004 | 8.00 | 1.25 | 9.25 |
| 802 | Wed | 4/28/2004 | 7.87 | 0.00 | 7.87 |
| 802 | Thu | 4/29/2004 | 7.73 | 0.00 | 7.73 |
| 802 | Sat | 5/1/2004 | 7.80 | 0.00 | 7.80 |
| 802 | Mon | 5/3/2004 | 7.88 | 0.00 | 7.88 |
| 802 | Tue | 5/4/2004 | 7.73 | 0.00 | 7.73 |
| 802 | Wed | 5/5/2004 | 7.98 | 0.00 | 7.98 |
| 802 | Thu | 5/6/2004 | 0.00 | 0.00 | 0.00 |
| 802 | Sat | 5/8/2004 | 7.92 | 0.00 | 7.92 |
| 802 | Mon | 5/10/2004 | 8.00 | 0.03 | 8.03 |
| 802 | Tue | 5/11/2004 | 7.03 | 0.00 | 7.03 |
| 802 | Wed | 5/12/2004 | 7.75 | 0.00 | 7.75 |
| 802 | Thu | 5/13/2004 | 8.00 | 2.38 | 10.38 |
| 802 | Sat | 5/15/2004 | 8.00 | 0.00 | 8.00 |
| 802 | Mon | 5/17/2004 | 0.00 | 0.00 | 8.00 |
| 802 | Tue | 5/18/2004 | 0.00 | 0.00 | 8.00 |
| 802 | Wed | 5/19/2004 | 0.00 | 0.00 | 8.00 |
| 802 | Thu | 5/20/2004 | 0.00 | 0.00 | 8.00 |
| 802 | Sat | 5/22/2004 | 8.00 | 0.02 | 8.02 |
| 802 | Mon | 5/24/2004 | 7.53 | 0.00 | 7.53 |
| 802 | Tue | 5/25/2004 | 0.00 | 0.00 | 8.00 |
| 802 | Wed | 5/26/2004 | 8.00 | 1.28 | 9.28 |
| 802 | Thu | 5/27/2004 | 7.85 | 0.00 | 7.85 |
| 802 | Sat | 5/29/2004 | 8.00 | 0.27 | 8.27 |

| ID | str | stt | atsperion | name | start | end | units | incentive | Com % | Com $ | Enss Hrs | HR Rate | Hrly Total | Salary | Total BASE Pay | Com $ Pd | TOTAL PAY |
|----|-----|-----|-----------|------|-------|-----|-------|-----------|-------|-------|----------|---------|-----------|--------|----------------|----------|-----------|
| 802 | | | | | 12/12/2004 | 1/1/2005 | -1 | (94.00) | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | -1 | (94.00) | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | 1 | 125.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | 1 | 125.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 10/23/2005 | 11/5/2005 | 142 | 27,451.80 | 8.5 | 2,600.04 | 0 | 0 | 0 | 1,354.82 | 1,217.08 | 1,316.98 | 2,609.04 |
| 802 | | | | | 1/16/2005 | 1/29/2005 | 153 | 24,153.32 | 8.5 | 2,292.87 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 909.05 | 2,292.87 |
| 802 | | | | | 1/2/2005 | 2/12/2005 | 231 | 41,731.67 | 8.5 | 3,984.60 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 2,579.68 | 3,984.60 |
| 802 | | | | | 2/13/2005 | 2/26/2005 | 192 | 14,723.91 | 8.5 | 1,382.77 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 14.15 | 1,382.77 |
| 802 | | | | | 2/27/2005 | 3/12/2005 | 197 | 23,962.27 | 8.5 | 2,118.42 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 731.81 | 2,118.42 |
| 802 | | | | | 3/13/2005 | 3/26/2005 | 163 | 10,599.50 | 8.5 | 2,046.42 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 1,451.80 | 2,046.42 |
| 802 | | | | | 4/1/2005 | 4/30/2004 | 83 | 33,247.49 | 8.5 | 1,506.45 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 201.64 | 1,506.45 |
| 802 | | | | | 4/25/2004 | 5/8/2004 | 183 | 33,247.49 | 8.5 | 3,158.51 | 0 | 0 | 0 | 1,354.82 | 1,304.82 | 1,773.90 | 3,158.51 |
| 802 | | | | | 5/9/2004 | 5/22/2004 | 222 | 45,769.89 | 8.5 | 4,346.15 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 2,983.53 | 4,346.15 |
| 802 | | | | | 5/23/2004 | 6/5/2004 | 300 | 58,047.68 | 8.5 | 5,554.52 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 4,169.90 | 5,554.52 |
| 802 | | | | | 6/6/2004 | 6/19/2004 | 228 | 38,207.17 | 8.5 | 3,635.68 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 2,324.07 | 3,635.68 |
| 802 | | | | | 6/20/2004 | 7/3/2004 | 108 | 27,906.88 | 8.5 | 2,652.49 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 1,297.67 | 2,652.49 |
| 802 | | | | | 7/4/2004 | 7/17/2004 | 193 | 18,573.79 | 8.5 | 1,555.51 | 0 | 0 | 0 | 1,288.16 | 1,288.16 | 290.31 | 1,555.51 |
| 802 | | | | | 7/18/2004 | 7/31/2004 | 144 | 17,013.16 | 8.5 | 1,673.25 | 0 | 0 | 0 | 1,354.82 | 1,354.82 | 288.63 | 1,673.25 |
| 802 | | | | | 8/1/2004 | 8/14/2004 | 115 | 28,599.92 | 8.5 | 2,716.99 | 0 | 0 | 0 | 1,354.82 | 1,354.82 | 1,332.36 | 2,716.99 |
| 802 | | | | | 8/15/2004 | 8/28/2004 | 188 | 19,086.05 | 8.5 | 1,868.48 | 0 | 0 | 0 | 1,354.82 | 1,354.82 | 403.85 | 1,868.48 |
| 802 | | | | | 8/29/2004 | 9/11/2004 | 187 | 40,609.29 | 8.5 | 3,855.43 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 2,500.62 | 3,855.43 |
| 802 | | | | | 9/12/2004 | 9/25/2004 | 154 | 23,828.49 | 8.5 | 2,263.28 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 878.46 | 2,263.28 |
| 802 | | | | | 9/26/2004 | 10/9/2004 | 155 | 37,623.48 | 8.5 | 3,602.92 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 2,218.31 | 3,602.92 |
| 802 | | | | | 10/10/2004 | 10/23/2004 | 101 | 31,244.97 | 8.5 | 2,653.27 | 0 | 0 | 0 | 1,354.82 | 1,354.82 | 1,298.69 | 2,653.27 |
| 802 | | | | | 10/24/2004 | 11/6/2004 | 108 | 38,323.89 | 8.5 | 3,450.76 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 2,065.19 | 3,450.76 |
| 802 | | | | | 11/7/2004 | 11/20/2004 | 232 | 55,092.03 | 8.5 | 5,319.24 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 3,934.63 | 5,319.24 |
| 802 | | | | | 11/21/2004 | 12/4/2004 | 142 | 27,601.08 | 8.5 | 2,922.10 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 1,537.48 | 2,922.10 |
| 802 | | | | | 12/5/2004 | 12/18/2004 | 281 | 58,310.33 | 8.5 | 5,540.34 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 4,155.70 | 5,540.34 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | 134 | 30,565.74 | 8.5 | 2,904.13 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 1,519.51 | 2,904.13 |
| 802 | | | | | 1/2/2005 | 1/15/2005 | 134 | 30,569.74 | 8.5 | 2,904.13 | 0 | 0 | 0 | 1,354.82 | 1,384.82 | 1,519.51 | 2,904.13 |
| 802 | | | | | 1/16/2005 | 1/29/2005 | -7 | (1,122.30) | 0 | 0.00 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 1/16/2005 | 1/29/2005 | -7 | (109.30) | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 2/13/2005 | 2/26/2005 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 4/11/2004 | 4/24/2004 | 39 | 2,335.25 | 0 | 0.00 | 0 | 0 | 0 | 1,073.63 | 1,073.63 | 0.00 | 1,073.63 |
| 802 | | | | | 6/6/2004 | 6/19/2004 | 7 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 1,073.63 | 1,073.63 | 0.00 | 1,073.63 |
| 802 | | | | | 6/20/2004 | 7/3/2004 | 0 | $3.31 | 0 | 0.00 | 0 | 0 | 0 | 1,073.63 | 1,073.63 | 0.00 | 1,073.63 |
| 802 | | | | | 7/4/2004 | 7/17/2004 | 1 | 550.00 | 0 | 0.00 | 0 | 0 | 0 | 1,073.63 | 1,073.63 | 0.00 | 1,073.63 |
| 802 | | | | | 7/18/2004 | 7/31/2004 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 1,073.63 | 1,073.63 | 0.00 | 1,073.63 |
| 802 | | | | | 8/1/2004 | 8/14/2004 | 9 | 329.43 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 8/15/2004 | 8/28/2004 | 4 | 281.48 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 8/29/2004 | 9/11/2004 | 12 | 3,874.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 9/12/2004 | 9/25/2004 | 7 | 834.50 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 9/26/2004 | 10/9/2004 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 10/10/2004 | 10/23/2004 | 21 | 3,303.90 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 10/24/2004 | 11/6/2004 | -7 | (2,540.00) | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 11/21/2004 | 12/4/2004 | -7 | (942.50) | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/5/2004 | 12/18/2004 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/5/2004 | 12/18/2004 | 20 | 2,465.00 | 2 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | 17 | 1,615.40 | 2 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802 | | | | | 12/19/2004 | 1/1/2005 | 17 | 1,613.40 | 2 | 0.00 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| 602 | | | | | 1/2/2005 | 1/15/2005 | 1 | (10.01) | 0 | (0.20) | 0 | 0 | 0 | 0.00 | 0.00 | (0.20) | (0.20) |
| 602 | | | | | 1/16/2005 | 1/29/2005 | 1 | 408.76 | 2 | 8.16 | 0 | 0 | 0 | 0.00 | 0.00 | 8.16 | 8.16 |
| 602 | | | | | 1/30/2005 | 2/12/2005 | 3 | 465.90 | 2 | 9.32 | 0 | 0 | 0 | 0.00 | 0.00 | 9.32 | 9.32 |

Confidential
POLO 02088

Confidential
POLO 02089

Confidential
POLO 02090

Confidential
POLO 02091

Confidential
POLO 02092

Confidential
POLO 02093

Confidential
POLO 02094

Confidential
POLO 02095

Confidential
POLO 02096

190777 Corinne Mullen
190777 Corinne Mullen

582290 Justin Kiser
582290 Justin Kiser
582290 Justin Kiser
582290 Justin Kiser
582290 Justin Kiser
582290 Justin Kiser
582290 Justin Kiser

Confidential
POLO 02097

Confidential
POLO 02098

Confidential
POLO 02099

Confidential
POLO 02100

Confidential
POLO 02101

Confidential
POLO 02102

Confidential
POLO 02103

Confidential
POLO 02104

Confidential
POLO 02105

Confidential
POLO 02106

Confidential
POLO 02107

Confidential
POLO 02108

Confidential
POLO 02109

Confidential
POLO 02110

Confidential
POLO 02111

Confidential
POLO 02112

Confidential
POLO 02113

50% Test for 2006 PRC Sales Assoc.

2006 Info   Failed 50% Test

| file | Name | Store | Store | State | Title | Com $ | TOTAL PAY (Net Comm + Base) | % vs Total Pay |
|---|---|---|---|---|---|---|---|---|
| | | 828 | Chicago | IL | Sales Associate | -$7.04 | $5.78 | -122% |
| | | 842 | Copley | MA | Sales Associate | -$22.50 | $27.20 | -83% |
| | | 828 | Chicago | IL | Senior Sales Associ | -$197.59 | $769.23 | -26% |
| | | 664 | Princeton | NJ | Sales Associate | -$21.58 | $112.00 | -19% |
| | | 804 | Manhasset | NY | Sales Associate | -$110.98 | $570.00 | -19% |
| | | 820 | 867 Madison Ave | NY | Senior Sales Associ | -$1,346.63 | $11,536.48 | -12% |
| | | 820 | 867 Madison Ave | NY | Senior Sales Associate | -$12.50 | $239.50 | -5% |
| | | 829 | Houston | TX | Sales Associate | -$23.20 | $485.04 | -5% |
| | | 852 | New Canaan | CT | Sales Associate | $0.00 | $36.40 | 0% |
| | | 841 | South Beach | FL | Sales Associate | $0.00 | $1,252.47 | 0% |
| | | 859 | Nantucket | MA | Sales Associate | $0.00 | $3,089.15 | 0% |
| | | 871 | Somerset | MI | Sales Associate | $0.00 | $589.84 | 0% |
| | | 664 | Princeton | NJ | Sales Associate | $0.00 | $328.77 | 0% |
| | | 824 | Las Vegas | NV | Sales Associate | $0.00 | $1,682.36 | 0% |
| | | 804 | Manhasset | NY | Sales Associate | $0.00 | $270.16 | 0% |
| | | 804 | Manhasset | NY | Sales Associate/Key | $0.00 | $3,946.77 | 0% |
| | | 848 | Dallas West Village | TX | Sales Associate | $0.00 | $8.25 | 0% |
| | | 848 | Dallas West Village | TX | Sales Associate | $4.56 | $126.20 | 4% |
| | | 829 | Houston | TX | Sales Associate | $9.34 | $255.92 | 4% |
| | | 838 | Boston | MA | Sales Associate | $52.64 | $1,134.12 | 5% |
| | | 807 | Philadelphia | PA | Sales Associate | $12.64 | $225.36 | 6% |
| | | 804 | Manhasset | NY | Sales Associate | $39.24 | $581.49 | 7% |
| | | 866 | Dallas North Park | TX | Sales Associate | $33.14 | $434.66 | 8% |
| | | 807 | Philadelphia | PA | Sales Associate | $189.32 | $1,730.55 | 11% |
| | | 803 | Denver | CO | Sales Associate | $37.27 | $325.44 | 11% |
| | | 806 | Minneapolis | MN | Sales Associate | $84.24 | $523.44 | 12% |
| | | 820 | 867 Madison Ave | NY | Sales Associate | $63.50 | $475.80 | 13% |
| | | 837 | Naples | FL | Sales Associate | $16.69 | $107.80 | 15% |
| | | 829 | Houston | TX | Sales Associate | $154.72 | $984.55 | 16% |
| | | 827 | Palm Beach | FL | Sales Associate | $14.72 | $90.96 | 16% |
| | | 841 | South Beach | FL | Sales Associate | $35.25 | $208.68 | 17% |
| | | 804 | Manhasset | NY | Sales Associate | $455.60 | $2,628.12 | 17% |
| | | 808 | Ala Moana | HI | Sales Associate | $95.69 | $548.28 | 17% |
| | | 813 | Georgetown | DC | Sales Associate | $30.21 | $169.88 | 18% |
| | | 824 | Las Vegas | NV | Sales Associate | $7.31 | $40.44 | 18% |
| | | 846 | Dallas West Village | TX | Sales Associate | $5.80 | $31.01 | 19% |
| | | 871 | Somerset | MI | Sales Associate | $88.15 | $459.04 | 19% |
| | | 813 | Georgetown | DC | Sales Associate | $40.25 | $213.12 | 19% |
| | | 838 | Boston | MA | Sales Associate | $178.18 | $934.32 | 19% |
| | | 838 | Boston | MA | Sales Associate | $88.14 | $354.98 | 19% |
| | | 842 | Copley | MA | Sales Associate | $43.37 | $223.68 | 19% |

Confidential
POLO 02114

Confidential
POLO 02115



Confidential
POLO 02116

OT Owed California 2007

| SD | str | ffa | name | start | end | units | net sales | Com % | Com $ | Base Hrs | R/R Rate | Hrly Total | Salary | Base Pay | Com $ Pd | Total Pay | OT Hours | OT Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 802 | | 11/05/2006 | 11/18/2006 | 7 | $713.95 | 8 | $63.28 | 25.66 | $12.75 | $325.76 | $0.00 | $325.76 | | $525.76 | 1.56 | $9.88 |
| | | 802 | | 11/19/2006 | 12/02/2006 | 51 | $4,778.87 | 8 | $345.22 | 57.65 | $12.75 | $735.42 | $0.00 | $735.42 | | $735.42 | 2.97 | $17.03 |
| | | 802 | | 12/03/2006 | 12/16/2006 | 63 | $5,845.17 | 8 | $467.45 | 58.70 | $12.75 | $748.59 | $0.00 | $748.59 | | $748.59 | 3.3 | $18.08 |
| | | 802 | | 12/17/2006 | 12/30/2006 | 68 | $6,446.40 | 8 | $435.73 | 64.74 | $12.75 | $825.06 | $0.00 | $825.06 | | $825.06 | 4.45 | $25.43 |
| | | 802 | | 12/31/2006 | 1/13/2007 | 71 | $6,093.78 | 8 | $527.80 | 73.43 | $12.75 | $936.33 | $0.00 | $936.33 | | $936.33 | 3.88 | $24.74 |
| | | 802 | | 1/14/2007 | 1/27/2007 | 69 | $7,513.98 | 8 | $558.54 | 80.33 | $12.75 | $1,024.21 | $0.00 | $1,024.21 | | $1,024.21 | 2.56 | $16.41 |
| | | 802 | | 1/28/2007 | 2/10/2007 | 77 | $5,675.79 | 8 | $445.71 | 77.93 | $12.75 | $993.61 | $0.00 | $993.61 | | $917.61 | 0.96 | $6.46 |
| | | 802 | | 2/11/2007 | 2/24/2007 | 68 | $6,605.00 | 8 | $525.44 | 79.8 | $13.70 | $1,094.70 | $0.00 | $1,094.70 | | $1,094.70 | 1.55 | $10.66 |
| | | 802 | | 2/25/2007 | 3/10/2007 | 48 | $2,504.50 | 8 | $168.39 | 75.69 | $13.70 | $1,040.13 | $0.00 | $1,040.13 | | $1,040.13 | 0.99 | $6.81 |
| | | 802 | | 3/11/2007 | 3/24/2007 | 38 | $4,380.01 | 8 | $350.66 | 78.11 | $13.20 | $1,076.59 | $0.00 | $1,076.59 | | $1,076.59 | 0.88 | $5.25 |
| | | | | | | | | | | | | | | | | | | $135.18 |
| | | 802 | | 3/25/2007 | 3/10/2007 | 8 | $1,220.94 | 8 | $99.60 | 48.76 | $13.75 | $821.89 | 0 | $821.89 | | $821.89 | 1.26 | $7.27 |
| | | 802 | | 3/11/2007 | 3/24/2007 | 57 | $5,441.70 | 8 | $435.24 | 64.42 | $13.75 | $885.46 | 0 | $885.46 | | $885.46 | 4.00 | $7.04 |
| | | 802 | | 3/25/2007 | 3/10/2007 | 9 | $1,290.00 | 8 | $100.00 | 47 | $13.75 | $646.25 | 0 | $646.25 | | $646.35 | 0 | $0.00 |
| | | 802 | | 3/11/2007 | 3/24/2007 | 2 | $310.03 | 8 | -$34.00 | 60.62 | $13.75 | $833.53 | 0 | $833.53 | | $833.53 | 0 | $0.00 |
| | | 810 | | 3/25/2007 | 3/10/2007 | 10 | $823.37 | 7 | $57.68 | 43.28 | $13.00 | $478.81 | 0 | $478.81 | | $478.53 | 0.27 | $14.91 |
| | | 810 | | 3/11/2007 | 3/24/2007 | 31 | $3,274.78 | 7 | $204.73 | 45.88 | $13.00 | $580.69 | 0 | $580.69 | | $580.86 | 0.33 | $4.96 |
| | | 810 | | 3/25/2007 | 3/10/2007 | 54 | $4,543.99 | 7 | $318.05 | 41.65 | $13.00 | $543.34 | 0 | $543.34 | | $543.36 | 0.97 | $3.51 |
| | | 802 | | 3/11/2007 | 3/24/2007 | 20 | $2,912.40 | 8 | $215.40 | | $13.75 | $1,100.25 | 0 | $1,100.25 | | $1,100.25 | | $4.47 |
| | | 810 | | 3/25/2007 | 3/10/2007 | 7 | $495.50 | 7 | $34.37 | 23.38 | $13.00 | $304.56 | 0 | $304.56 | | $304.56 | 1.0 | $10.50 |
| | | 831 | | 3/11/2007 | 3/24/2007 | 23 | $2,871.43 | 8 | $229.89 | 43.38 | $13.00 | $564.69 | 0 | $604.89 | | $601.81 | 2.51 | $16.68 |

| | | | | | | | | | | | | | | | | | **TOTAL** | **$193.83** |

* The pay period of 3/25-4/7 rolls over into our next fiscal year, thus any OT hours after 3/25, would likely be paid at our 2008 reconciliation

Confidential
POLO 02117

## OT ELIGIBLE CA ASSOCIATES 2007

| ID | # | name | start | end | units | retail $ | Com % | Com $ | Base Hrs | HR Rate | Hrly Total | Salary | Base Pay | Com VA | Total Pay | Comments |
|----|---|------|-------|-----|-------|----------|-------|-------|----------|---------|-----------|--------|----------|--------|-----------|----------|

## Payroll Hours By Employee Report

From: 3/26/2006  To: 3/31/2007

| Store No | Emp-ID | Employee Name | Date | SRI | Regular Hours | Overtime Hours | Division Hours | Vacation Hours | Personal Hours | Holiday Hours | Sick Hours | Hol-Manual Hours | Jury Hours | Bereavement Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | | | Wed:11/15/2006 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 802 | | | Thu:11/16/2006 | H | 8.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 |
| 802 | | | Sat:11/18/2005 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | | | Sun:11/19/2006 | H | 6.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.03 |
| 802 | | | Tue:11/21/2006 | H | 7.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.63 |
| 802 | | | Sat:11/25/2006 | H | 8.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.32 |
| 802 | | | Sun:11/26/2006 | H | 6.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.12 |
| 802 | | | Tue:11/28/2006 | H | 8.00 | 1.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.33 |
| 802 | | | Wed:11/29/2006 | H | 3.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.63 |
| 802 | | | Thu:11/30/2006 | H | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.60 |
| 802 | | | Sat:12/2/2006 | H | 8.00 | 1.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.02 |
| 802 | | | Sun:12/3/2006 | H | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 802 | | | Tue:12/5/2006 | H | 8.00 | 0.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.48 |
| 802 | | | Fri:12/8/2006 | H | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 802 | | | Sat:12/9/2006 | H | 8.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.13 |
| 802 | | | Sun:12/10/2006 | H | 5.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.68 |
| 802 | | | Tue:12/12/2006 | H | 8.00 | 0.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.82 |
| 802 | | | Thu:12/14/2006 | H | 7.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.22 |
| 802 | | | Sat:12/16/2006 | H | 8.00 | 0.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.93 |
| 802 | | | Sun:12/17/2006 | H | 6.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.35 |
| 802 | | | Tue:12/19/2006 | H | 8.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.40 |
| 802 | | | Thu:12/21/2006 | H | 8.00 | 0.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.67 |
| 802 | | | Sat:12/23/2006 | H | 8.00 | 1.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.77 |
| 802 | | | Sun:12/24/2006 | H | 5.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.99 |
| 802 | | | Tue:12/26/2006 | H | 8.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.42 |
| 802 | | | Thu:12/28/2006 | H | 8.00 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.10 |
| 802 | | | Sat:12/30/2006 | H | 8.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |
| 802 | | | Sun:12/31/2006 | H | 5.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 |
| 802 | | | Tue:1/2/2007 | H | 8.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.35 |
| 802 | | | Thu:1/4/2007 | H | 8.00 | 0.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.57 |
| 802 | | | Sat:1/6/2007 | H | 8.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.38 |
| 802 | | | Sun:1/7/2007 | H | 8.00 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.20 |
| 802 | | | Tue:1/9/2007 | H | 8.00 | 0.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.83 |
| 802 | | | Wed:1/10/2007 | H | 7.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.75 |
| 802 | | | Fri:1/12/2007 | H | 8.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |

Confidential
POLO 02118

Confidential
POLO 02119

| 802 | Date | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | Sat 1/13/2007 | H | 8.00 | 0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.45 |
| 802 | Sun 1/14/2007 | H | 6.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.07 |
| 802 | Tue 1/16/2007 | H | 8.00 | 0.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.28 |
| 802 | Wed 1/17/2007 | H | 8.00 | 0.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.43 |
| 802 | Thu 1/18/2007 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | Sat 1/20/2007 | H | 8.00 | 0.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.87 |
| 802 | Sun 1/21/2007 | H | 8.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.02 |
| 802 | Tue 1/23/2007 | H | 8.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.17 |
| 802 | Wed 1/24/2007 | H | 8.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.12 |
| 802 | Thu 1/25/2007 | H | 8.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.17 |
| 802 | Sat 1/27/2007 | H | 8.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.15 |
| 802 | Sun 1/28/2007 | H | 5.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.60 |
| 802 | Tue 1/30/2007 | H | 8.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 802 | Wed 1/31/2007 | H | 7.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.25 |
| 802 | Thu 2/1/2007 | H | 8.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |
| 802 | Sat 2/3/2007 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 802 | Mon 2/5/2007 | H | 7.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.97 |
| 802 | Tue 2/6/2007 | H | 8.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.12 |
| 802 | Wed 2/7/2007 | H | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.80 |
| 802 | Thu 2/8/2007 | H | 8.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 802 | Sat 2/10/2007 | H | 8.00 | 0.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.58 |
| 802 | Mon 2/12/2007 | H | 8.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.17 |
| 802 | Tue 2/13/2007 | H | 8.00 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.37 |
| 802 | Wed 2/14/2007 | H | 1.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.32 |
| 802 | Thu 2/15/2007 | H | 8.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.18 |
| 802 | Fri 2/16/2007 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.78 |
| 802 | Sat 2/17/2007 | H | 7.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.73 |
| 802 | Sun 2/18/2007 | H | 6.90 | 0.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.32 |
| 802 | Tue 2/20/2007 | H | 5.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.97 |
| 802 | Wed 2/21/2007 | H | 7.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Thu 2/22/2007 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.85 |
| 802 | Sat 2/24/2007 | H | 7.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.08 |
| 802 | Sun 2/25/2007 | H | 7.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 |
| 802 | Tue 2/27/2007 | H | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |
| 802 | Wed 2/28/2007 | H | 8.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | Thu 3/1/2007 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 802 | Sat 3/3/2007 | H | 8.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.92 |
| 802 | Mon 3/5/2007 | H | 4.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.18 |
| 802 | Tue 3/6/2007 | H | 8.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 |
| 802 | Wed 3/7/2007 | H | 8.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.18 |
| 802 | Thu 3/8/2007 | H | 8.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.20 |
| 802 | Sat 3/10/2007 | H | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

Confidential
POLO 02120

| ID | Date | | H | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | Sun:3/11/2007 | 0.35 | H | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 |
| 802 | Mon:3/12/2007 | 8.00 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 802 | Tue:3/13/2007 | 7.93 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Wed:3/14/2007 | 8.00 | H | 8.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.13 |
| 802 | Fri:3/16/2007 | 8.00 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | Sat:3/17/2007 | 7.72 | H | 7.72 | 0.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.40 |
| 802 | Sun:3/18/2007 | 5.82 | H | 5.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.82 |
| 802 | Tue:3/20/2007 | 7.95 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 802 | Wed:3/21/2007 | 7.82 | H | 7.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.82 |
| 802 | Thu:3/22/2007 | 7.83 | H | 7.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.83 |
| 802 | Sat:3/24/2007 | 7.93 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Sun:3/25/2007 | 5.53 | H | 5.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.53 |
| 802 | Tue:3/27/2007 | 7.83 | H | 7.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.83 |
| 802 | Wed:3/28/2007 | 8.00 | H | 8.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.13 |
| 802 | Thu:3/29/2007 | 8.00 | H | 8.00 | 0.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.78 |
| 802 | Fri:3/30/2007 | 0.85 | H | 0.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.85 |
| 802 | Tue:2/13/2007 | 8.00 | H | 8.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.13 |
| 802 | Wed:2/14/2007 | 8.00 | H | 8.00 | 0.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.57 |
| 802 | Fri:2/16/2007 | 7.93 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Sat:2/17/2007 | 8.00 | H | 8.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.07 |
| 802 | Mon:2/19/2007 | 8.00 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | Tue:2/20/2007 | 8.00 | H | 8.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.13 |
| 802 | Wed:2/21/2007 | 8.00 | H | 8.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.07 |
| 802 | Fri:2/23/2007 | 7.17 | H | 7.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.17 |
| 802 | Sat:3/3/2007 | 7.85 | H | 7.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.85 |
| 802 | Mon:3/5/2007 | 7.80 | H | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.80 |
| 802 | Tue:3/6/2007 | 7.59 | H | 7.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 802 | Fri:3/9/2007 | 7.85 | H | 7.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.85 |
| 802 | Sat:3/10/2007 | 7.90 | H | 7.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.90 |
| 802 | Sun:3/11/2007 | 7.70 | H | 7.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.70 |
| 802 | Mon:3/12/2007 | 5.85 | H | 5.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.85 |
| 802 | Tue:3/13/2007 | 7.82 | H | 7.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.82 |
| 802 | Fri:3/16/2007 | 7.87 | H | 7.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.87 |
| 802 | Mon:3/19/2007 | 7.83 | H | 7.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.83 |
| 802 | Tue:3/20/2007 | 7.85 | H | 7.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.85 |
| 802 | Fri:3/23/2007 | 7.93 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Sat:3/24/2007 | 7.72 | H | 7.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.72 |

| Code | Date | | A | B | C | D | E | F | G | H | I | J | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 802 | Mon 3/26/2007 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 802 | Tue 3/27/2007 | H | 7.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.92 |
| 802 | Fri 3/30/2007 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 802 | Sat 3/31/2007 | H | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.80 |
| 810 | Wed 2/14/2007 | H | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 810 | Fri 2/16/2007 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 810 | Sat 2/17/2007 | H | 8.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |
| 810 | Sun 2/18/2007 | H | 7.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.37 |
| 810 | Wed 2/21/2007 | H | 7.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.62 |
| 810 | Fri 2/23/2007 | H | 8.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.17 |
| 810 | Wed 2/28/2007 | H | 7.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.67 |
| 810 | Fri 3/2/2007 | H | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 810 | Sat 3/3/2007 | H | 7.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.13 |
| 810 | Sun 3/4/2007 | H | 6.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.72 |
| 810 | Wed 3/7/2007 | H | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.80 |
| 810 | Fri 3/9/2007 | H | 7.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.53 |
| 810 | Sat 3/10/2007 | H | 1.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.53 |
| 810 | Sun 3/11/2007 | H | 7.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.08 |
| 810 | Wed 3/14/2007 | H | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.60 |
| 810 | Fri 3/16/2007 | H | 7.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.35 |
| 810 | Wed 3/21/2007 | H | 7.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.53 |
| 810 | Fri 3/23/2007 | H | 7.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.52 |
| 810 | Sat 3/24/2007 | H | 8.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 |
| 810 | Wed 3/28/2007 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 810 | Fri 3/30/2007 | H | 7.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.73 |
| 810 | Sat 3/31/2007 | H | 8.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 802 | Mon 3/12/2007 | H | 8.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.05 |
| 802 | Tue 3/13/2007 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 802 | Wed 3/14/2007 | H | 8.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 |
| 802 | Thu 3/15/2007 | H | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.93 |
| 802 | Fri 3/16/2007 | H | 7.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.97 |
| 802 | Mon 3/19/2007 | H | 8.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 |
| 802 | Tue 3/20/2007 | H | 8.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.02 |
| 802 | Thu 3/22/2007 | H | 8.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.40 |
| 802 | Fri 3/23/2007 | H | 7.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.90 |
| 802 | Sat 3/24/2007 | H | 7.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.88 |
| 802 | Wed 3/28/2007 | H | 8.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.02 |
| 802 | Thu 3/29/2007 | H | 8.00 | 2.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.03 |
| 802 | Fri 3/30/2007 | H | 8.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.03 |
| 802 | Sat 3/31/2007 | H | 8.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.12 |

Confidential
POLO 02121

Confidential
POLO 02122

| ID | Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | Sun 3/18/2007 | H | 7.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.58 |
| 810 | Fri 3/23/2007 | H | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| 810 | Sat 3/24/2007 | H | 8.00 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.80 |
| 810 | Sun 3/25/2007 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 810 | Sat 3/31/2007 | H | 8.00 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.55 |
| 831 | Mon 3/19/2007 | H | 8.00 | 1.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.28 |
| 831 | Wed 3/21/2007 | H | 8.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.70 |
| 831 | Thu 3/22/2007 | H | 8.00 | 0.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.63 |
| 831 | Fri 3/23/2007 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 831 | Sat 3/24/2007 | H | 7.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.78 |
| 831 | Tue 3/27/2007 | H | 8.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.12 |
| 831 | Wed 3/28/2007 | H | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 831 | Thu 3/29/2007 | H | 8.00 | 0.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.33 |
| 831 | Fri 3/30/2007 | H | 7.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.95 |
| 831 | Sat 3/31/2007 | H | 8.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.38 |