WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA  94303
Telephone: (650) 328-8500
Facsimile:  (650) 328-8508
Email:   goinesw@gtlaw.com; louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone: (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
doing business in California as Polo Retail Corp.; and Fashions
Outlet of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all other similarly situated,<br>Plaintiff(s),<br>v.<br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; POLO RETAIL, LLC, a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br>Defendant(s). | Case No. C07-02780 SI<br><br>**DECLARATION OF WILLIAM J. GOINES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Dept:   Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

I, William J. Goines, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court, and am a shareholder of Greenberg Traurig, LLP, attorneys of record for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp.; and Fashions Outlet of America, Inc. (hereafter "Polo" or "Defendants"). I have been primarily responsible for the representation of Polo in this matter.

2. I have personal knowledge of the matters set forth below except as to those which are stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the following facts in a court of law.

3. Attached hereto as Exhibit 1 is a chart containing a summary of information compiled from over 70 Declarations from employees of the Polo Full-Price and Outlet Stores and selected deposition testimony. This chart is organized by store location and is designed to summarize information, in part, from the Declarations and deposition testimony, including how long each Declarant has been employed by Polo, whether they took their rest breaks, the typical time to exit the store after clocking out, including a loss prevention search, the number of current employees in each store, the number of shifts per day and the square footage for the stores.

4. Attached hereto as Exhibit 2 is a chart containing a summary comparison of the differences between the Polo Full-Price and Outlet Stores by issue, including rest break scheduling, rest break implementation, loss prevention search, compensation, store layout, shifts and type of sales associates. As with Exhibit 1, this Chart was compiled, in part, from Declarations from employees of the Polo Full-Price and Outlet Stores and selected deposition testimony.

5. I attended the deposition of Kim Lee Babka, Polo's Regional Director overseeing Polo's California Full-Price Stores, on March 7, 2008. Attached hereto as Exhibit 3 are true and correct copies of the following pages from the transcript of Ms. Babka's deposition and the subject matter of the testimony: 12 (District Manager/Regional Director for Polo Ralph Lauren); 110, 111, 119, 120, 121 (Polo's policy and implementation of the policy regarding rest breaks); and 125, 126 (clock out and time for loss prevention searches).

6. I attended the deposition of Diana Copeland, Polo's Senior Director of Outlet Stores, on May 28, 2008. Attached hereto as Exhibit 4 are true and correct copies of the following pages from the transcript of Ms. Copeland's deposition and the subject matter of the testimony: 15, 18 (started with Polo in April 2004 and Senior Director of the Outlet Stores, including the entire State of California); 94, 95, 96 (no prohibition to discuss compensation); 99, 100, 101, 102, 103 (use of Daily Planning Agenda and Exhibit 69), 118 (clock out and time for loss prevention searches).

7. I attended the deposition of Teresa Cruz, Polo's Operations Manager for its San Francisco store, on April 20, 2007. Attached hereto as Exhibit 5 are true and correct copies of the following pages from the transcript of Ms. Cruz's deposition and the subject matter of the testimony: 18, 19, 21, 23 (started with Polo in 1994/Operations Manager starting in 1997-1998); 138 (no prohibition to discuss compensation), 218 (rest breaks), 230-231 (clock out and time for loss prevention searches).

8. I attended the deposition of Valerie Harrison, Polo's Assistant/Manager for its Home Collection Department in its San Francisco store from June 2000 to July 2007, on August 10, 2007. Attached hereto as Exhibit 6 are true and correct copies of the following pages from the transcript of Ms. Harrison's deposition and the subject matter of the testimony: 23, 32, 33 (employment with Polo and positions); 47-48, 63, 144, 145 (clock out and time for loss prevention searches); 167-168 (rest breaks).

9. I attended the deposition of Tin Hua, during a portion of the relevant time Polo's General Manager and Area Manager for Polo's Palo Alto, Burlingame and San Francisco Full-Price Stores, on May 21, 2008. Attached hereto as Exhibit 7 are true and correct copies of the following pages from the transcript of Mr. Hua's deposition and the subject matter of the testimony: 17, 20-26 (positions at Polo); 33, 37-39 (clock out and time for loss prevention searches); 46 (rest breaks); 82-85, 108-109, 124-125, 135-137 (roll out and discussion of arrears program with Plaintiffs Janis Keefe, Corinne Phipps and Ann Otsuka).

10. I attended the deposition of Phoebe Mireles, Woman's and General Manager for Polo's Palo Alto Full-Price Store from April/May 2002 to April 2005, on November 15, 2007. Attached hereto as Exhibit 8 are true and correct copies of the following pages from the transcript of

3

Ms. Mireles' deposition and the subject matter of the testimony: 18-20 (Women's Manager/General Manager, Polo Stanford, 2002-2005); 58 (process for clock out - get personal effects <u>then</u> clock out); 59 (no complaint regarding time for loss prevention searches); 60-61(few minutes to check out); 62-63 (rest breaks).

11. I attended the deposition of Kristi Mogel, Polo's Human Resources Manager, on February 4, 2008. Attached hereto as <u>Exhibit 9</u> are true and correct copies of the following pages from the transcript of Ms. Mogel's deposition and the subject matter of the testimony: 18-19 (Human Resources responsibilities since December 9, 2003); 101-102 (no policy prohibiting sales associates from discussing compensation); 144, 145, 146 (rest breaks); 157-158 (clock out and time for loss prevention searches).

12. I attended the deposition of Harvey Resnick on April 23, 2008. Mr. Resnick was the Manager of the Men's Department in Polo's San Francisco store from August 2004 to February 2005. Attached hereto as <u>Exhibit 10</u> are true and correct copies of the following pages from the transcript of Mr. Resnick's deposition and the subject matter of the testimony: 51, 53, 116-119 (rest breaks/time employed at Polo).

13. I attended the deposition of Corinne Phipps on June 12, 2007. Ms. Phipps is a Plaintiff in this action. Attached hereto as <u>Exhibit 11</u> are true and correct copies of the following pages from the transcript of Ms. Phipps' deposition and the subject matter of the testimony: 13 (time worked at Polo); 83-84 (took <u>all</u> rest breaks); 172 (discussed compensation with co-workers).

14. I attended the deposition of Renee Davis on March 19, 2008. Ms. Davis is a Plaintiff in this action and worked in Polo's Cabazon Outlet Store from November 11, 2002 to February 28, 2004. Attached hereto as <u>Exhibit 12</u> are true and correct copies of the following pages from the transcript of Ms. Davis' deposition and the subject matter of the testimony: 27-29 (only knowledgeable about Cabazon store/cashier position); 52-58 (rest breaks); 92-96, 98, 102-105 (absenteeism; discipline/reasons for missed work). Also attached as <u>Exhibit 13</u> are true and correct copies of Exhibits 549, 550, 551 and 553 to Ms. Davis' deposition which are true and correct copies of documents produced by Polo in this action from Ms. Davis' personnel file.

15. Attached as Exhibit 14 is a chart listing all California Sales Associates who worked in one of Polo's Full-Price or Outlet Stores at any time between May 31, 2002 through May 17, 2008, which has been sorted by store. The Chart was prepared from documents produced by Polo on May 27, 2008, as POLO 02407-02531. They were subsequently produced to Patrick R. Kitchin on May 31, 2008 in Excel format and thereafter produced to Daniel Feder on June 9, 2008, in Excel format. The Bates-stamped documents from which this Chart is prepared are true and correct copies of information from Polo provided by its Senior Director of HR Administration and Payroll Supervisor and Payroll System Analyst and has been modified to delete information private to the individual former employees.

16. Attached as Exhibit 15 is a chart listing all California Lead Cashiers and Cashiers who worked in one of Polo's stores at any time between May 31, 2002 and June 5, 2008. This Chart was prepared from documents produced by Polo on June 17, 2008 and has been sorted by store number to reflect the number of Polo Cashiers and Lead Cashiers who worked at any time between May 31, 2002 and June 5, 2008 at each store. The documents from which this Chart is prepared were provided by its Senior Director of HR Administration and Payroll Supervisor and Payroll System Analyst and has been modified to delete information private to the individual former employees.

17. To the best of my knowledge, the excerpts from the depositions attached as exhibits hereto are an accurate transcription of the questions asked and answers provided during the depositions.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Jonathan Possidente.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Nina Holowka.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Nilly Foster.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Ann Powell.

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of the Declaration of Jenna Baker.

23. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of the Declaration of John Messersmith.

24. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of the Declaration of Corine Garrahan.

25. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of the Declaration of Catherine Post.

26. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of the Declaration of Everett Ferreira.

27. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of the Declaration of Diane Wilson.

28. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of the Declaration of Tanya Taylor.

29. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of the Declaration of George Valencia.

30. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of the Declaration of Andrea Williams.

31. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of the Declaration of Lianne Ishikawa

32. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of the Declaration of Hillary Tucker.

33. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of the Declaration of Nancy Hong.

34. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of the Declaration of Sandra Brodie

35. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of the Declaration of Valerie Ramos.

36. Attached hereto as <u>Exhibit 34</u> is a true and correct copy of the Declaration of Timothy Homan.

37. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of the Declaration of April Hicks.

38. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of the Declaration of Carin Pennisi.

39. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of the Declaration of Carey Hernandez.

40. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of the Declaration of David Botello.

41. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of the Declaration of Arriana Burkleo.

42. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of the Declaration of Michiko Takada.

43. Attached hereto as <u>Exhibit 41</u> is a true and correct copy of the Declaration of Adam Bourque.

44. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of the Declaration of Alina Avakyan.

45. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of the Declaration of Lawrence Barbosa.

46. Attached hereto as <u>Exhibit 44</u> is a true and correct copy of the Declaration of Josephine Sahyoun.

47. Attached hereto as <u>Exhibit 45</u> is a true and correct copy of the Declaration of Kathryn Cantwell.

48. Attached hereto as <u>Exhibit 46</u> is a true and correct copy of the Declaration of Debra Roane.

49. Attached hereto as <u>Exhibit 47</u> is a true and correct copy of the Declaration of Morgan Simmons.

1    50.    Attached hereto as <u>Exhibit 48</u> is a true and correct copy of the Declaration of Susan
2 George.
3    51.    Attached hereto as <u>Exhibit 49</u> is a true and correct copy of the Declaration of Holly
4 Beaty.
5    52.    Attached hereto as <u>Exhibit 50</u> is a true and correct copy of the Declaration of Tamara
6 Killeen..
7    53.    Attached hereto as <u>Exhibit 51</u> is a true and correct copy of the Declaration of Taj
8 Linzels.
9    54.    Attached hereto as <u>Exhibit 52</u> is a true and correct copy of the Declaration of Steve
10 Campo.
11    55.    Attached hereto as <u>Exhibit 53</u> is a true and correct copy of the Declaration of Robert
12 Lo Monaco.
13    56.    Attached hereto as <u>Exhibit 54</u> is a true and correct copy of the Declaration of Desiree
14 Dillon.
15    57.    Attached hereto as <u>Exhibit 55</u> is a true and correct copy of the Declaration of Kristin
16 Miller.
17    58.    Attached hereto as <u>Exhibit 56</u> is a true and correct copy of the Declaration of Kathryn
18 Myers.
19    59.    Attached hereto as <u>Exhibit 57</u> is a true and correct copy of the Declaration of Laura
20 Hanes.
21    60.    Attached hereto as <u>Exhibit 58</u> is a true and correct copy of the Declaration of Cathy
22 Guerrero.
23    61.    Attached hereto as <u>Exhibit 59</u> is a true and correct copy of the Declaration of Aaron
24 King.
25    62.    Attached hereto as <u>Exhibit 60</u> is a true and correct copy of the Declaration of Dorsie
26 May Stevens.
27    63.    Attached hereto as <u>Exhibit 61</u> is a true and correct copy of the Declaration of Kimell
28 Ellington.

1    64.    Attached hereto as <u>Exhibit 62</u> is a true and correct copy of the Declaration of Karlie Gunderson.

65.    Attached hereto as <u>Exhibit 63</u> is a true and correct copy of the Declaration of Brandi Ellsworth.

66.    Attached hereto as <u>Exhibit 64</u> is a true and correct copy of the Declaration of Bao Yang.

67.    Attached hereto as <u>Exhibit 65</u> is a true and correct copy of the Declaration of Anthony Salinas.

68.    Attached hereto as <u>Exhibit 66</u> is a true and correct copy of the Declaration of Desiree Myers.

69.    Attached hereto as <u>Exhibit 67</u> is a true and correct copy of the Declaration of Bertha Ramos.

70.    Attached hereto as <u>Exhibit 68</u> is a true and correct copy of the Declaration of Abdel-Rahim Shalabi.

71.    Attached hereto as <u>Exhibit 69</u> is a true and correct copy of the Declaration of Susanne Kurhajec.

72.    Attached hereto as <u>Exhibit 70</u> is a true and correct copy of the Declaration of Sergio Silva-Canseco.

73.    Attached hereto as <u>Exhibit 71</u> is a true and correct copy of the Declaration of Andrea Rocca.

74.    Attached hereto as <u>Exhibit 72</u> is a true and correct copy of the Declaration of Brandon Pierce.

75.    Attached hereto as <u>Exhibit 73</u> is a true and correct copy of the Declaration of Toshira Adams.

76.    Attached hereto as <u>Exhibit 74</u> is a true and correct copy of the Declaration of Lindsey Flores.

77.    Attached hereto as <u>Exhibit 75</u> is a true and correct copy of the Declaration of Dylan Clevenger.

78. Attached hereto as <u>Exhibit 76</u> is a true and correct copy of the Declaration of Diana Vanderwall.

79. Attached hereto as <u>Exhibit 77</u> is a true and correct copy of the Declaration of Bianca Benavente.

80. Attached hereto as <u>Exhibit 78</u> is a true and correct copy of the Declaration of Roberto Limones.

81. Attached hereto as <u>Exhibit 79</u> is a true and correct copy of the Declaration of Ruben Escalente.

82. Attached hereto as <u>Exhibit 80</u> is a true and correct copy of the Declaration of Oscar Segura.

83. Attached hereto as <u>Exhibit 81</u> is a true and correct copy of the Declaration of Maya Felix.

84. Attached hereto as <u>Exhibit 82</u> is a true and correct copy of the Declaration of Natalie Vicino.

85. Attached hereto as <u>Exhibit 83</u> is a true and correct copy of the Declaration of Robert Ibarra.

86. Attached hereto as <u>Exhibit 84</u> is a true and correct copy of the Declaration of Jennifer Olkowski.

87. Attached hereto as <u>Exhibit 85</u> is a true and correct copy of the Declaration of Scott Kafoury.

88. Attached hereto as <u>Exhibit 86</u> is a true and correct copy of the Declaration of Tracey Ficklin-Wagener.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20 day of June, 2008.

                                           /s/ William J. Goines
                                           William J. Goines