# EXHIBIT 1

to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification

| Store | Employee | Exhibit Number | Time With Polo | Rest Breaks ("RB") | Time for Loss Prevention Search | Number of Current Employees | Number of Shifts Per Day | Square Footage |
|---|---|---|---|---|---|---|---|---|
| Beverly Hills Store #831 | GM: Possidente | 16 | 2 yrs | Scheduling of RB (¶27) | 5 minutes (¶20) | 35 (¶3) | 1 (¶11) | 21,600 |
| | Takada | 40 | 2 yrs | Tries to take 2 RB's, but may skip for a customer (¶6) | 2-3 minutes (¶3) | | | |
| | Bourque | 41 | 7 1/2 yrs | May choose to just take 1 RB (¶6) | 2-3 minutes (¶3) | | | |
| | Avakyan | 42 | 4 yrs. | May not take a RB to remain on the selling floor (¶6) | 3 minutes (¶3) | | | |
| | Barbosa | 43 | 10 yrs. | Regularly takes RB's (¶6) | not longer than 5 (¶3) | | | |
| | George | 48 | 12 yrs. | Chooses not to take RB's (¶9) | No longer than 5 (¶5) | | | |
| Burlingame Store #836 | GM: Holowka | 17 | 1 yr. | Scheduling of RB (¶20) | Within 5 minutes (¶14) | 7 (¶3) | 1 (¶11) | 5,200 |
| | Sahyoun | 44 | 1 yr. | Takes both RB's (¶7) | 1 to 2 minutes (¶3) | | | |
| Costa Mesa Store #873 | GM: Foster | 18 | 6 mo. | Scheduling of RB (¶22) | Within 1 minute (¶14) | 11 (¶3) | 3 (¶11) | 5,700 |
| | Cantwell | 45 | 5 yrs | May choose to miss a RB to sell (¶6) | 5 minutes or less (¶3) | | | |
| | Roane | 46 | 3 1/2 yrs | May choose to miss a break for a client (¶6) | 5 minutes or less (¶3) | | | |
| La Jolla Store #817 | GM: Powell | 19 | 21 yrs. | Scheduling of RB (¶21) | Within 5 minutes (¶14) | 9 (¶3) | 1 (¶11) | 6,600 |
| | Simmons | 47 | 2 yrs | Chooses to miss 1st break (¶7) | 5 minutes or less (¶3) | | | |
| | George | 48 | 12 yrs. | Chooses not to take RB (¶9) | 2-3 minutes (¶3) | | | |
| Malibu Store #844 | GM: Baker | 20 | 2 yrs. | Scheduling of RB (¶22) | Less than 1 minute (¶15) | 10 (¶3) | 1 (¶11) | 849 (RRL) |
| | Beaty | 49 | 1 yr | sometimes opts not to take RB (¶6) | 1 minute for bag inspection (¶4) | | | 2,000 (Womens) |
| Palm Desert Store #835 | GM: Messersmith | 21 | 1 yr. | Scheduling of RB (¶22) | 5 minutes or less (¶14) | 6 (¶3) | 1 (¶10) | |
| | Killeen | 50 | 1 yr. | takes RB 90% of the time (¶7) | 5 minutes or less (¶4) | | | |
| | Linzels | 51 | 1 yr. | takes both RB's, occasionally forgets RB #2 (¶7) | 5 minutes or less (¶4) | | | |
| Palo Alto Store #810 | GM: Garrahan | 22 | 4 mo. | Scheduling of RB (¶23) | 30 seconds-2 minutes (¶20) | 18 (¶3) | 4 (¶12) | 12,000 |
| | Campo | 52 | 8 yrs | May chooses not to take them (¶5) | No more than 5 minutes (¶3) | | | |
| San Francisco Store #802 | GM: Post | 23 | 23 yrs. | Scheduling of RB (¶22) | 1-2 minutes (¶15) | 20 (¶3) | 1-2 (¶12) | 17,000 |
| | Lo Monaco | 53 | 3 yrs | May choose not to take RB to remain selling (¶5-7) | 1-2 minutes (¶3) | | | |
| | Manager of Operations: Cruz | 5 | 14 yrs | No complaints from staff being permitted to take RB's. 218:10-14. | | | | |
| | Harrison | 6 | 7 yrs | No one complained RE: unable to take RB. 167:16-18 | A few minutes. 144-145: 24-6 | | | |
| | Hua | 7 | 12 yrs | Employees took RB. 46:4-14 | 1-2 minutes. 37: 4-24 | | | |
| | Mireles | 8 | 3 yrs | Most took RB; encouraged to take. 62-63. | Not more than a few minutes. 60-61 | | | |

| Store | Employee | Exhibit Number | Time With Polo | Rest Breaks ("RB") | Time for Loss Prevention Search | Number of Current Employees | Number of Shifts Per Day | Square Footage |
|---|---|---|---|---|---|---|---|---|
| Alpine Store #130 | GM: Ferreira | 24 | 1 yr. | Scheduling of RB (¶27) | 1-3 minutes (¶20) | 11 (¶3) | 3 (¶14) | |
| | Dillon | 54 | 1 yr. | always takes RB, sometimes late (¶7) | 1 minute (¶3) | | | |
| | Miller | 55 | 2 mo. | always takes RB (¶7) | 1 minute (¶3) | | | |
| Anderson Store #37 | GM: Wilson | 25 | 7 yrs. | Scheduling of RB (¶26) | 2-3 minutes (¶3) | 4 (¶3) | Seasonal (¶13) | |
| | Myers | 56 | 11 yrs. | Associates have taken RB's since 1997 (¶4) | Less than 5 minutes (¶23) | | | |
| | Hanes | 57 | 3 yrs | Always takes RB (¶11) | | | | |
| Barstow Store #25 | GM: Taylor | 26 | 1 1/2 yrs | Scheduling of RB (¶29) | 1 minute (¶21) | approx. 40 (¶3) | 4 (¶13) | |
| Cabazon Luxe Store #165 | GM: Valencia | 27 | 1 1/2 yrs | Scheduling of RB (¶27) | 2-5 minutes (¶19) | 12 (¶3) | 3 (¶13) | 4,464 |
| | Guerrero | 58 | 1 yr. | Always take RB (¶8) | No more than 5 minutes (¶4) | | | |
| Cabazon Store #65 | GM: Williams | 28 | 3 yrs. | Scheduling of RB (¶27) | 2 minutes (¶20) | 85 (¶3) | 9 (¶14) | 12,821 |
| | King | 59 | 2 yrs | Has not missed a RB (¶8) | 1-2 minutes (¶5) | | | |
| | Stevens | 60 | 3 mo. | Smokes, so always takes RB (¶9) | Never more than 2 minutes (¶5) | | | |
| | Ellington | 61 | 1 yr. | Not missed a RB (¶8) | 1 minute (¶4) | | | |
| | Gunderson | 62 | 1 yr. | Forgot one time, otherwise takes RB's (¶9) | Takes 3-5 minutes (¶4) | | | |
| | Ellsworth | 63 | 1 yr. | Takes RB (¶10) | 1-2 minutes generally, 5 is the longest (¶4) | | | |
| | Yang | 64 | 3 1/2 yrs. | | 2-3, maybe 5 (¶3) | | | |
| | Salinas | 65 | 2 yrs. | Not missed a RB (¶7) | 2-3 minutes, 5 at the most (¶3) | | | |
| | Myers | 66 | 4 yrs. | Never missed a RB (¶7) | 5 minutes or less (¶3) | | | |
| Camarillo Store #34 | Former GM: Ishikawa | 29 | 2 yrs. | Scheduling of RB (¶28) | Less than 3 minutes (¶20) | Approx 40 (¶3) | Various (¶14) | 12,960 |
| | Tucker | 30 | 3 yrs. | Scheduling of RB (¶23) | 2-3 minutes (¶17) | | | |
| | Ramos | 67 | 9 mo. | Takes RB's (¶5) | About 5 min. (¶3) | | | |
| Carlsbad Store #93 | GM: Hong | 31 | 1 yr. | Scheduling of RB (¶27) | Less than 1 minute (¶20) | approx. 52 (¶3) | 4 (¶14) | 10,125 |
| | Shalabi | 68 | 7 mo. | Always takes RB's (¶9) | Not more than 2 minutes (¶5) | | | |
| | Kurhajec | 69 | 9 yrs | Always takes RB's (¶10) | No more than 5 minutes (¶4) | | | |
| | Silva-Canseco | 70 | 1 yr. | One time forgot to take a break (¶8) | 1 minute (¶4) | | | |
| | Rocca | 71 | 2 yrs. | Always takes RB's (¶11) | Not more than 2 minutes (¶6) | | | |
| | Pierce | 72 | 7 mo. | Never missed a RB (¶14) | 3-4 minutes (¶4) | | | |
| | Adams | 73 | 9 mo. | Never missed a RB (¶10) | Less than 5 minutes (¶4) | | | |
| Gilroy Store #102 | Assistant GM: Brodie | 32 | 2 1/2 yrs. | Scheduling of RB (¶26) | 2-3 minutes (¶20) | approx. 37 (¶3) | 3 (¶14) | |
| Gilroy Childrens Store #189 | GM: Ramos | 33 | 2 yrs. | Scheduling of RB (¶6) | 5 minutes (¶19) | 7 (¶4) | 3 (¶13) | 3,180 |
| | Flores | 74 | 1 yr. | Always take RB (¶8) | Less than 1 minute (¶8) | | | |

| Store | Employee | Exhibit Number | Time With Polo | Rest Breaks ("RB") | Time for Loss Prevention Search | Number of Current Employees | Number of Shifts Per Day | Square Footage |
|---|---|---|---|---|---|---|---|---|
| Mammoth Lakes Store #30 | Assistant GM: Homan | 34 | 4 yrs. | Scheduling of RB (¶25) | 1 minute (¶20) | 32 (¶3) | 2-3 (¶13) | 3,026 |
| | Clevenger | 75 | 3 yrs. | Takes 1st but chooses not to take 2nd (¶6) | Less than 5-7 minutes (¶3) | | | |
| Ontario Store #156 | GM: Hicks | 35 | 2 yrs. | Scheduling of RB (¶27) | 3-5 minutes (¶20) | approx. 30 (¶3) | 1-3 (¶14) | 11,551 |
| Pismo Beach Store #159 | GM: Pennisi | 36 | 3 yrs. | Scheduling of RB (¶27) | Less than 1 minute (¶20) | Approx 20 (¶3) | 3 (¶14) | |
| | Vanderwall | 76 | 11 yrs. | Always taken RB since 1997 (¶7) | Less than 5 minutes. Since 1997 has only had to wait up to 10 minutes 5 times | | | |
| San Diego Store #143 | GM: Hernandez | 37 | 3 yrs. | Scheduling of RB (¶29) | Less than 2 minutes (¶20) | Approx 26 (¶3) | 3 (¶14) | 11,606 |
| | Benavente | 77 | 1 yr. | Always takes RB (¶8) | 2-3 minutes (¶3) | | | |
| | Limones | 78 | 2 yrs | Always takes RB, but comes back early (¶8) | 2 minutes max (¶3) | | | |
| | Escalente | 79 | 2 yrs | Never missed a RB (¶8) | 2-3 minutes (¶3) | | | |
| | Segura | 80 | 1 yr. | Always takes RB's (¶8) | 2 minutes (¶3) | | | |
| | Felix | 81 | 3 yrs. | Always takes RB's (¶8) | 3 minutes (¶3) | | | |
| Tulare Store #64 | GM: Botello | 38 | 1 1/2 yrs. | Scheduling of RB's (¶29) | 1 minute (¶22) | approx. 18 (¶3) | 3 (¶13) | 7,623 |
| Vacaville Store #141 | GM: Burkleo | 39 | 1 mo. | Scheduling of RB's (¶27) | Less than 5 minutes (¶20) | approx. 45 (¶3) | 3 (¶14) | 8,557 |
| | Vicino | 82 | 1 yr. | Always takes RB's (¶7) | 2-3 minutes (¶3) | | | |
| | Ibarra | 83 | 5 yrs. | Always taken RB's, forgets occasionally (¶8) | 2-4 minutes, not longer than 5 (¶3) | | | |
| | Olkowski | 84 | 2 yrs. | Always takes RB's (¶7) | Less than 5 minutes (¶3) | | | |
| Regional Director for FP stores | Kim Babka | 3 | 12 yrs. | Encouraged to take RB's. Depo 111, line 6; 119, line 24 | Longest is 2-3 minutes. Depo 26, line 16-18 | | | |
| Senior Director of Outlet stores | Diana Copeland | 4 | 4 yrs. | Scheduled on DPA, practice to verify RB's taken. Depo 101, line 10; 103, line 7-11 | Under 1 minute. Depo 118, line 10-20 | | | |
| HR Manager | Kristi Mogel | 9 | 5 yrs. | RB's permitted and part of culture. 144-146 | No complaints about process. 157-158 | | | |
| District Manager: Eastern California Outlets | Hillary Tucker (DM: Barstow, Mammoth Lakes, Tulare) | 30 | 3 yrs | RB policy is explained to all outlet GM's, and she personally follows up to make sure this policy is enforced. (¶3) | 2-3 minutes, up to 5 (¶15) | | | |
| District Manager: Southern California Outlets | Scott Kafoury (DM: Camarillo, Pismo, Ontario, Cabazon, Carlsbad, San Diego, Alpine) | 85 | 3 yrs | RB policy is explained to all outlet GM's, and he personally follows up to make sure this policy is enforced. (¶3) | | | | |
| District Manager: Northern California Outlets | Tracey Ficklin-Wagener (DM: Vacaville, Gilroy, Gilroy Childrens, Anderson) | 86 | 4 yrs. | RB policy is explained to all outlet GM's, and she personally follows up to make sure this policy is enforced. (¶3) | | | | |

# EXHIBIT 2

to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification

## Differences Between Full Price and Outlet Stores

| | Full Price | Outlet |
|---|---|---|
| Rest Break Scheduling | Timing of breaks is informally coordinated among associates by department | Timing of breaks is strictly scheduled on the Daily Planning Agenda |
| | Goines Decl. Ex. 16-23 | Goines Decl. Ex. 24-39 |
| Rest Break Implementation | Some choose not to take a rest break to remain selling and earn commision | Managers find associates and instruct them to take their rest breaks |
| | Goines Decl. Ex. 40 ¶6; 43 ¶6; 45 ¶6; 46 ¶6; 48 ¶9; 53 ¶5-7 | See, e.g., Goines Decl. Ex. 28 ¶28; Ex. 31 ¶28 |
| Loss Prevention Search | Shifts end at the same time, so often conducted in groups by managers | Shifts ends constantly throughout the day, so inspections are done individually throughout the day |
| | See, e.g. Goines Decl. Ex. 19 ¶14 | See, e.g. Goines Decl. Ex. 28 ¶14 |
| Compensation | Draw versus commission | Hourly wages |
| | Goines Decl. Ex. 16-23 | Goines Decl. 24-39 |
| Store Layout | Labrynth, or separate room style layout | Open "square" layout |
| | See maps attached to Goines Decl. Ex. 16-23 | See maps attached to Goines Decl. Ex. 24-39 |
| Shifts | Generally just 1 shift per day | Generally 3-4 shifts per day |
| | See Goines Decl. Ex. 1 "shift" column | See Goines Decl. Ex. 1 "shift" column |
| Sales Associates | Career sales associates with a book of clients | Student workers with a high turnover rate |
| | Goines Decl. Ex. 16-23, 40-53 | See Goines Decl. Ex. 24-39 |