# EXHIBIT 15

to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification

| STORE | EMPLOYEE NAME | DESCRIPTION | HIRE DATE | TERM DATE |
|---|---|---|---|---|
| Barstow (#25) | Potter, Jerry Vondell | Cashier | 20071108 | 20080109 |
| | Baker, Sudanah Marie | Cashier | 20070214 | 0 |
| | Morales, Trisha Lynn | Cashier | 20051101 | 20060912 |
| | Johnson, Amanda May | Cashier | 20050929 | 20051202 |
| | Silva, Rosalia | Cashier | 20050804 | 20061128 |
| | Casas, Elizabeth D | Cashier | 20040606 | 20070614 |
| | Stevenson, Reggie R | Cashier | 20030121 | 20070312 |
| | Cassidy, Martina | Cashier | 20011020 | 20040816 |
| Mammoth Lakes (#30) | Wrisk, James D | Cashier | 20070221 | 20070428 |
| | Rosario, Janaina | Cashier | 20070205 | 20070301 |
| Camarillo (#34) | Ray, Natalie | Cashier | 20080528 | 0 |
| | Alaniz, Rita | Cashier | 20080422 | 0 |
| | Jimenez, Abigail H | Cashier | 20080327 | 0 |
| | Rivas, Kawe'ah | Cashier | 20071115 | 0 |
| | Gonzalez-Maciel, Erica | Cashier | 20071117 | 20080305 |
| | Guerrero, Claudia Jean | Cashier | 20071117 | 20080226 |
| | Garcia, Laurie Annie | Cashier | 20071108 | 20071227 |
| | Pocza, Christina V. | Cashier | 20071108 | 20071227 |
| | Gonzalez, Azucena Angela | Cashier | 20071108 | 20080104 |
| | Brophy, Lisa Denise | Cashier | 20071108 | 20071227 |
| | Celedon, Lisbet | Cashier | 20071101 | 20071227 |
| | Gutierrez, Tina D | Cashier | 20071101 | 20071227 |
| | Garcia, Brittany Jacquelyne | Cashier | 20071004 | 20080207 |
| | Maldonado, Ana J | Cashier | 20070610 | 20071014 |
| | Rangel, Jason Xavier W | Cashier | 20070522 | 20070629 |
| | Swim, Stephanie | Cashier | 20070402 | 20070630 |
| | Siebenaler, Danielle R | Cashier | 20070127 | 20070820 |
| | Zanella, Brianne J | Cashier | 20061109 | 20061215 |
| | Zuniga, Delfina | Cashier | 20060419 | 20060513 |
| | Cordova, Yvette | Cashier | 20060223 | 20060612 |
| | Hansen, Charlene Danielle | Cashier | 20040927 | 20050625 |
| | Hagan, Amy | Cashier | 20040530 | 20040731 |
| | Smith, Peter H | Cashier | 20020619 | 20030921 |
| | Dominquez, Araceli | Cashier | 20000910 | 20030726 |
| Shasta (#37) | Wilson, Nicole Lynn | Cashier | 20070929 | 20080413 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Russell, Kristen M | Cashier | 20070827 | 0 |
| | Emmen, Derek Anthony | Cashier | 20070708 | 20071108 |
| | Roper, Stephanie Nicole | Cashier | 20070221 | 20070526 |
| | Mintline, Karen Alicia | Cashier | 20070218 | 20080204 |
| | Cornelius Yanke, Rabecca Marie | Cashier | 20070119 | 20070128 |
| | Aguirre, Eliberto | Cashier | 20061112 | 20061112 |
| | Brookshier, Knute Rockne | Cashier | 20061110 | 20061222 |
| | Azevedo, Noel Raquel | Cashier | 20061105 | 20070119 |
| | Bullen, Ariel Brianne | Cashier | 20061002 | 20070111 |
| | Becerra, Adrian Alberto | Cashier | 20060920 | 20070525 |
| | Avey, Jeffrey Allan | Cashier | 20060811 | 20060831 |
| | Jimenez, Celeste Ivon | Cashier | 20060808 | 0 |
| | Wion, Joshua Len | Cashier | 20060806 | 20061210 |
| | Hardin, Amanda Krystine | Cashier | 20060804 | 20060809 |
| | Tate, Tara Alyssa | Cashier | 20060627 | 20060801 |
| | Stokes, Stephanie Blanche | Cashier | 20060518 | 20080204 |
| | Langum, Ranita Kay | Cashier | 20050918 | 20061216 |
| | Hanes, Laura Loraine | Cashier | 20050918 | 0 |
| | Wright, Ashley Morgan | Cashier | 20050918 | 20060514 |
| | Wilson, Grace Elizabeth | Cashier | 20050812 | 20051121 |
| | O'Connell, Michael-Patrick Brian | Cashier | 20050803 | 20050916 |
| | Harris, Steven Tyler | Cashier | 20050718 | 20061210 |
| | Scott, Kirsten Ana | Cashier | 20050714 | 20061001 |
| | Werner, Daniel James | Cashier | 20050714 | 20080413 |
| | Bettencourt, Anthony | Cashier | 20050421 | 20060817 |
| | Saechao, Lai C | Cashier | 20050420 | 20060505 |
| | Scardamalgia-Aguilar, Melissa Marie | Cashier | 20050419 | 20050708 |
| | Applehans, Natasha Rene | Cashier | 20050416 | 20060412 |
| | Mook, Nicole Cherree | Cashier | 20041030 | 20050327 |
| | Kane, Robert Dale | Cashier | 20041031 | 20050721 |
| | Riske, Brian Wynn | Cashier | 20041003 | 20050722 |
| | Rohrer, Julie A | Cashier | 20040929 | 20041005 |
| | Price, Ashley Renee | Cashier | 20040827 | 20060129 |
| | Brooks, Brandee | Cashier | 20040827 | 20050208 |
| | Moore, Jordan Thomas | Cashier | 20040824 | 20041010 |
| | Leclerc, Maddy Charvet | Cashier | 20040717 | 20050708 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIRE DATE | TERM DATE |
|---|---|---|---|---|
| | Silveria, Shawn | Cashier | 20040714 | 20050503 |
| | Werner, Allison | Cashier | 20040714 | 20050807 |
| | Campbell, Daniel | Cashier | 20040521 | 20050706 |
| | Stelzig, Michael | Cashier | 20040323 | 20041224 |
| | Mayberry, Amanda Deanne | Cashier | 20040517 | 20050327 |
| | Harvin, Jeffrey | Cashier | 20040503 | 20040531 |
| | Jackson, Michaela A | Cashier | 20030419 | 20060311 |
| | Allen, Alyssa M | Cashier | 20020509 | 20030910 |
| | Haven, Tricia R | Cashier | 20010916 | 20040727 |
| Atascadero (#52) | Mullins, Patricia Elizabeth | Cashier | 20050711 | 20051016 |
| | Blakely, Andrew Cameron | Cashier | 20050711 | 20050819 |
| | Alvarado, Abigail Alcala | Cashier | 20050711 | 20051016 |
| | Bonafede, Vince Angelo | Cashier | 20041013 | 20050517 |
| | Devusser, Jeanette N | Cashier | 20040809 | 20050729 |
| | Buck, Alexander B | Cashier | 20040802 | 20050729 |
| | Dunham, Kimberly E | Cashier | 20040802 | 20051016 |
| (#57-not a CA store) | Boyd, Zachary L | Cashier | 20020802 | 20030802 |
| Cabazon (#65) | Bonner, Roslyn M | Cashier | 20030730 | 20051227 |
| | Mcelroy, Krystle M | Cashier | 20021123 | 20040611 |
| | Ordonez, Gracelia | Cashier | 20031119 | 20050519 |
| | O'campo, Daniel | Cashier | 20061116 | 20061126 |
| | Osnaya, Susan N | Cashier | 20061116 | 20061126 |
| | Wells, Doriann | Cashier | 20061116 | 20061127 |
| | Hunt, Mackenzie | Cashier | 20061116 | 20061125 |
| | Kittel, Jordan | Cashier | 20061117 | 20061230 |
| | Demery, Gregory | Cashier | 20061012 | 20061120 |
| | Galvez, Ryan | Cashier | 20061012 | 20061215 |
| | Mchenry, Barron T | Cashier | 20060926 | 20061220 |
| | Schulz, Jennifer D | Cashier | 20060804 | 20061209 |
| | Diaz, Gracey A | Cashier | 20060725 | 20060910 |
| | Gordin, Adrian N | Cashier | 20060725 | 20060726 |
| | Soto, Arlene R | Cashier | 20060711 | 20060713 |
| | Belt, Kami Renee | Cashier | 20060711 | 20060820 |
| | Zazueta, David | Cashier | 20060622 | 20060822 |
| | Loera, Alyssa V | Cashier | 20060622 | 20061230 |
| | Harris, Arthur Lee | Cashier | 20060622 | 20060721 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Vanderbend, Erika | Cashier | 20060622 | 20060829 |
| | Dean, Edward C | Cashier | 20060622 | 20060716 |
| | Rountree II, Samuel Warren | Cashier | 20060612 | 20060912 |
| | Stewart, Michael T | Cashier | 20060512 | 20060512 |
| | Roberts, Angela D | Cashier | 20060512 | 20060714 |
| | Sabedra, Chanelle M | Cashier | 20060427 | 20060526 |
| | Amos, Audra Loreal | Cashier | 20060427 | 20060722 |
| | Harper, Yolanda L | Cashier | 20060427 | 0 |
| | Avila, Eddie | Cashier | 20060413 | 20060502 |
| | Wilson, Shanice F | Cashier | 20060325 | 20060425 |
| | Cullen, Matthew Bryant | Cashier | 20060325 | 20060326 |
| | Gaastra, Monique Dakota | Cashier | 20060302 | 20060507 |
| | Kinkey, Laura Lynn | Cashier | 20060302 | 20060327 |
| | Fenwick, Rachelle Marie | Cashier | 20060216 | 20060223 |
| | Selvey, Candyce Berean | Cashier | 20060209 | 20060422 |
| | Cervantes, Marcella | Cashier | 20051214 | 20051227 |
| | Schuyler, Beverly Anne | Cashier | 20051214 | 20051227 |
| | Cuejilo, Claire Marissa | Cashier | 20051214 | 20060209 |
| | Dos Remedios, Heather Ranie | Cashier | 20051202 | 20060225 |
| | Woodson, Angela M | Cashier | 20051104 | 20051201 |
| | Gray, Steven Michael | Cashier | 20051104 | 20060227 |
| | Wheeler, Victoria Diane | Cashier | 20051014 | 20060816 |
| | Cahill, Riley W | Cashier | 20050930 | 20070118 |
| | Haugen, Alexandra Christine | Cashier | 20050916 | 20060214 |
| | Garrison, Martinell | Cashier | 20050901 | 20050910 |
| | Delgado, Rafael Ernesto | Cashier | 20050817 | 20060213 |
| | Garcia, Nolani M | Cashier | 20050801 | 20051106 |
| | Nymeyer, Allison G | Cashier | 20050720 | 20051010 |
| | Rocha, Angelica | Cashier | 20050620 | 20050724 |
| | Roach, Chadwick | Cashier | 20050608 | 20050618 |
| | Salazar, Jennifer | Cashier | 20050608 | 20050618 |
| | Pedersen, Leah L | Cashier | 20050608 | 20050703 |
| | Ruiz, Ophelia Josephine | Cashier | 20050417 | 20050527 |
| | Hensley, Alexandra Star | Cashier | 20050412 | 20050521 |
| | Amell, Melody A | Cashier | 20050312 | 20051026 |
| | Montoya, Meaghan Renee | Cashier | 20050127 | 20050413 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIRE DATE | TERM DATE |
|---|---|---|---|---|
| | Dos remedios, Teresa Evonne | Cashier | 20041112 | 20050119 |
| | Lua, Cristina | Cashier | 20041112 | 20060502 |
| | Bowie, Jacklynn | Cashier | 20041109 | 20050301 |
| | Bishop, Jamie L | Cashier | 20040715 | 20050715 |
| | Velazquez, Dulce Iveth | Cashier | 20040820 | 20050306 |
| | Manabat, Jose Ichiro | Cashier | 20040820 | 20050115 |
| | Webb, McAdam | Cashier | 20040523 | 20040528 |
| | Tobin, Megan | Cashier | 20040518 | 20040915 |
| | Mann, Amie | Cashier | 20040503 | 20040515 |
| | Rasberry, Jayreisha | Cashier | 20040422 | 20040529 |
| | Bowler, Sean | Cashier | 20040422 | 20040601 |
| | Correll, Mindy | Cashier | 20040422 | 20040524 |
| | Baker, Kennisha | Cashier | 20040422 | 20050413 |
| | Bakken, Kristi S | Cashier | 20040320 | 20060603 |
| | Montrie, Andrea | Cashier | 20040406 | 20040806 |
| | Myers, Kristy | Cashier | 20040320 | 20040723 |
| | Simpson, Cynthia | Cashier | 20040301 | 20040301 |
| | Espinoza, Debbie | Cashier | 20031119 | 20031222 |
| | Garcia, Sarah A | Cashier | 20031119 | 20031123 |
| | Manning, Shirley | Cashier | 20031119 | 20031221 |
| | Valerio, Sherill Kay | Cashier | 20031112 | 20041029 |
| | Durbin, Diana Marie | Cashier | 20031112 | 20040102 |
| | Walter, Miranda Rose | Cashier | 20031112 | 20041223 |
| | Miranda, Miranda | Cashier | 20031106 | 20040103 |
| | Wallace, Colleen Gail | Cashier | 20031106 | 20031116 |
| | Shepherd, Brittany M | Cashier | 20031027 | 20031030 |
| | Stevens, Christa M | Cashier | 20031020 | 20031209 |
| | Yang, May | Cashier | 20031013 | 20040131 |
| | Roy, Mark S | Cashier | 20031013 | 20040604 |
| | Wright, Lucille E | Cashier | 20031003 | 20050306 |
| | Crum, Steven Lawrence | Cashier | 20030818 | 20031219 |
| | Keenan, Misti D | Cashier | 20030818 | 20030909 |
| | Arkush, William R | Cashier | 20030818 | 20030824 |
| | Daniels, Kristina | Cashier | 20030730 | 20050507 |
| | Ramirez, Cristal J | Cashier | 20030714 | 20040915 |
| | Perez, Gerald J | Cashier | 20021125 | 20040126 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIRE DATE | TERM DATE |
|---|---|---|---|---|
| | Murrah, Betty Christine | Cashier | 20021123 | 20030110 |
| | Davies, Deborah E | Cashier | 20021123 | 20021205 |
| | Lopez, Sandy E | Cashier | 20021122 | 20030301 |
| | Troutman, Nichole C | Cashier | 20021122 | 20021122 |
| | Davis, Renee Ruth | Cashier | 20021122 | 20040228 |
| | Martel, Socorro Sandra | Cashier | 20021120 | 20021130 |
| | Martindale, Amy Beth | Cashier | 20021120 | 20030110 |
| | Garcia David, Jon Patrick | Cashier | 20021119 | 20030520 |
| | Esmus, Russell A | Cashier | 20021119 | 20030110 |
| | Williams, Brandon Taylor | Cashier | 20021119 | 20030719 |
| | Hendon, Christina M | Cashier | 20021119 | 20021215 |
| | Thompson, Quiana L | Cashier | 20021119 | 20030110 |
| | Carter, Monica L | Cashier | 20021119 | 20030110 |
| | Washigton, Shayanna S | Cashier | 20021119 | 20030110 |
| | Nash, Jeanie Marie | Cashier | 20021114 | 20021215 |
| | Andres, Loramin Esquiero | Cashier | 20021108 | 20030428 |
| | Garcia, Genevieve | Cashier | 20021107 | 20030115 |
| | Urenda, Loreta Laureen | Cashier | 20021107 | 20060907 |
| | Davis, Melissa Marie | Cashier | 20020820 | 20060630 |
| | Rodriguez, Jessica Lynn | Cashier | 20020731 | 20050315 |
| | Sanders, Andresa N | Cashier | 20020711 | 20040903 |
| | McCartney, Mandy Kristen | Cashier | 20020617 | 20040102 |
| | Bae, Jennifer Hae | Cashier | 20011103 | 20050420 |
| | Connolly, Lawrence G | Cashier | 20011103 | 20031203 |
| | Martinez, Triana Laura | Cashier | 20011005 | 20041210 |
| | Rodriquez, Cynthia B | Cashier | 20010918 | 20020717 |
| | Johnston, Samantha A | Cashier | 20010901 | 20031016 |
| | Tarin, Annette | Cashier | 20010209 | 20030118 |
| | Ibrahim, Donia M | Cashier | 20001231 | 20031217 |
| | Mershimer, LoanT | Cashier | 20000701 | 20020620 |
| Carlsbad (#93) | Wright, Francesca | Cashier | 20080603 | 0 |
| | Bockhorst, Cory | Cashier | 20080513 | 0 |
| | Paopao, Kristin Nichols | Cashier | 20080318 | 0 |
| | Gonzalez, Brigette Danielle | Cashier | 20071120 | 20071203 |
| | Denetso, Nunki Acapulco | Cashier | 20071115 | 20080514 |
| | Rawlins, Cameron Matthew | Cashier | 20071116 | 20080121 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIRE DATE | TERM DATE |
|---|---|---|---|---|
| | Wilson-Castillo, Kelly L | Cashier | 20071114 | 20080525 |
| | Kilo, Logotasi P | Cashier | 20071114 | 20080316 |
| | Outcault, Bryce M | Cashier | 20071114 | 20080121 |
| | Guerra, Dominic G | Cashier | 20071114 | 20080212 |
| | Shalabi, Abed Omar | Cashier | 20071109 | 0 |
| | Grepo, Cindy Lee | Cashier | 20071109 | 20071222 |
| | Carrasco, Priscilla | Cashier | 20071104 | 20080121 |
| | Gonzalez, Maria | Cashier | 20071004 | 20071203 |
| | Rhiel, Christian | Cashier | 20070510 | 20070702 |
| | Palomo, Alejandra | Cashier | 20070510 | 0 |
| | Ramirez, Anthony Robert | Cashier | 20070510 | 0 |
| | Seymour, Trenton Dover | Cashier | 20070414 | 20070526 |
| | Hansink, Breena Nicole | Cashier | 20070411 | 20070630 |
| | Doyle, Jaclyn | Cashier | 20070403 | 20070525 |
| | Pena, Perla | Cashier | 20070403 | 20070421 |
| | Lampe, Ashley Marie | Cashier | 20070319 | 20070506 |
| | Whaling, Justin William | Cashier | 20070224 | 20070224 |
| | Anti, Andrea M | Cashier | 20061120 | 20070106 |
| | Hauth, Gina | Cashier | 20061120 | 20070125 |
| | Lary, Joshua Zwieg | Cashier | 20061120 | 20070702 |
| | Manzanares, Rebecca | Cashier | 20061117 | 20061221 |
| | Reyes Gonzalez, Pablo D | Cashier | 20061117 | 20070101 |
| | Nicosia, Ashley Lynn | Cashier | 20061117 | 20071125 |
| | Enyedi, Paige P | Cashier | 20061117 | 20070513 |
| | Pifer, Amanda Rose | Cashier | 20061107 | 20070202 |
| | Davilla, Francisco Astevan | Cashier | 20061014 | 20061031 |
| | Warren, Geremy Wayne | Cashier | 20061014 | 20061128 |
| | Stewart, Max Ie | Cashier | 20060914 | 20061212 |
| | Duong, Christina Ingrid | Cashier | 20060725 | 20070730 |
| | Cho, Katherine | Cashier | 20050711 | 20070911 |
| | Brown, Elise-Marie Nicole | Cashier | 20050224 | 20060119 |
| | Swearingen, Danielle | Cashier | 20041207 | 20050109 |
| | Skweres, Madonna | Cashier | 20041124 | 20050114 |
| | Whall, Luke | Cashier | 20041123 | 20050330 |
| | Maniti, Maryann | Cashier | 20041114 | 20050307 |
| | Burns, Jamie Marie | Cashier | 20041114 | 20050924 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Blount, Shakotta | Cashier | 20041114 | 20041126 |
| | Ramos Cruz, Irlanda N | Cashier | 20041109 | 20060203 |
| | Solano, Tarin | Cashier | 20041109 | 20050330 |
| | Tran, Thy-Trang | Cashier | 20041109 | 20050330 |
| | Kirchner, Daniela Alejandra | Cashier | 20041109 | 20050307 |
| | Tietig, Michael Andrew | Cashier | 20041028 | 20050330 |
| | Hoppe, Sean | Cashier | 20041025 | 20041115 |
| | Rosa, Peter | Cashier | 20041025 | 20050404 |
| | Harris, Ashley | Cashier | 20040926 | 20050304 |
| | Messer, Jaclyn Mae | Cashier | 20040924 | 20041009 |
| | Rhoads, Ryan D | Cashier | 20040922 | 20041120 |
| | Dino, Jaclyn M | Cashier | 20040919 | 20050330 |
| | Fredericks, Krystal Lee | Cashier | 20040919 | 20041211 |
| | Garland, Erika L | Cashier | 20040912 | 20041218 |
| | Rowcotsky, Michelle | Cashier | 20031031 | 20050410 |
| | Gross, Daniel A | Cashier | 20031031 | 20070330 |
| | Nutter, Barbara M. | Cashier | 20011003 | 20031205 |
| | Leon, Jonathan F. | Cashier | 20010910 | 20021027 |
| | Patton, Letechia Wynette | Cashier | 20001019 | 20020531 |
| Gilroy (#102) | Gibbs, Gina Christine | Cashier | 20061109 | 20071119 |
| | Luquin, Liliana Mariela | Cashier | 20060809 | 20071126 |
| | Le, My Lan Eileen Tran | Cashier | 20060626 | 20080102 |
| | Aldridge, Kayla Michele | Cashier | 20060525 | 20070104 |
| | Ledesma, Joanne | Cashier | 20060323 | 20070107 |
| | Gibbs, Gina Christine | Cashier | 20060215 | 20080102 |
| | Luquin, Bilma Paola | Cashier | 20060215 | 20071126 |
| | Perales, Hermila | Cashier | 20060120 | 20061124 |
| | Radtke, Stephanie A | Cashier | 20050930 | 20070906 |
| | Wallash, Elyse M | Cashier | 20050727 | 20060918 |
| | Espinosa, Andres | Cashier | 20050526 | 20050917 |
| | Sandoval, Ruben | Cashier | 20040820 | 20050105 |
| | Ayala, Vanessa M | Cashier | 20040802 | 20050112 |
| | Iseman, William | Cashier | 20040528 | 20040830 |
| | Haberland, Kate | Cashier | 20040528 | 20040614 |
| | Lomanto, Sarah | Cashier | 20040528 | 20040721 |
| | Moreno, Nicole | Cashier | 20040523 | 20040819 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Winn, Holly | Cashier | 20040522 | 20040721 |
| | Chadwick, Angie | Cashier | 20040524 | 20050305 |
| | Ayala, Cesar | Cashier | 20040528 | 20040810 |
| | Sumner, John | Cashier | 20040524 | 20041231 |
| | Santiago Martinez, Vzziel | Cashier | 20040526 | 20041114 |
| | Rostom, Emad | Cashier | 20040504 | 20040830 |
| | Morelos, Nicole | Cashier | 20040503 | 20040629 |
| | Needham, Joshua | Cashier | 20040503 | 20040721 |
| | Morrison, Nicole | Cashier | 20040322 | 20040324 |
| | Stockton, Melanie | Cashier | 20040322 | 20040322 |
| | Wilson, Jonerik | Cashier | 20040322 | 20040508 |
| | Reyes-Takaki, Dawn | Cashier | 20040321 | 20040607 |
| | Sanders, Keyonia | Cashier | 20040321 | 20040607 |
| | Alaimo, Anthony | Cashier | 20040404 | 20041023 |
| | Norris, Jennifer Ann | Cashier | 20020715 | 20020727 |
| | Bologna, Nathaniel Joseph | Cashier | 20020624 | 20050116 |
| | Mull, Ryan P. | Cashier | 20010725 | 20030124 |
| | Faus, Emily M. | Cashier | 20020622 | 20020722 |
| Vacaville (#141) | Banducci, Gianna Marisa | Cashier | 20050721 | 20050910 |
| | Delorenzo, Sara E | Cashier | 20050712 | 20050807 |
| | Roberts, Amelia M | Cashier | 20050712 | 20050807 |
| | Salazar, Tessa | Cashier | 20050430 | 20050704 |
| | Ferguson, Derrick Gene | Cashier | 20041110 | 20050322 |
| | Miner, Amanda Clair | Cashier | 20041027 | 20041126 |
| | Felt, Maren Kate | Cashier | 20041027 | 20050115 |
| | Conrad, Anne Marie | Cashier | 20040819 | 20050604 |
| | Trice, Antuan Lesean | Cashier | 20040819 | 20041029 |
| | Creamer, Monica Diana | Cashier | 20040816 | 20050604 |
| | Eaton, Gregory Michael | Cashier | 20040808 | 20040808 |
| | McCallister, Megan Starr | Cashier | 20040609 | 20050121 |
| | Wallace, Megan | Cashier | 20040525 | 20041203 |
| | Gibbs, Justin | Cashier | 20040526 | 20040807 |
| | Porter, Merlin | Cashier | 20040525 | 20040822 |
| | Hoglund, David | Cashier | 20040519 | 20050107 |
| | Fregoso, Alberto | Cashier | 20040519 | 20040519 |
| | Samson, Catherine | Cashier | 20040521 | 20040603 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Akers, Scott Robert | Cashier | 20031113 | 20040207 |
| San Ysidro (#143) | Silva Sandoval, Eduardo E | Cashier | 20061108 | 20070201 |
| | Magallon, Betsabe Apalategui | Cashier | 20061108 | 20061224 |
| | Anderson, Natasha Sue | Cashier | 20061108 | 20061224 |
| | Flores, Erika | Cashier | 20060810 | 20070201 |
| Ontario Mills (#156) | Jacinto, Maria A | Cashier | 20050920 | 20051001 |
| | Alvarez, Jacqueline G | Cashier | 20050920 | 20050920 |
| | Baker, Keisha | Cashier | 20050921 | 20060326 |
| Gilroy Children's (#189) | Galvan, Yamin | Cashier | 20070312 | 20070601 |
| Cabazon (#336) | Vargas, Darlene | Cashier | 20030512 | 20030524 |
| | Sinohui, Angela F | Cashier | 20030411 | 20030426 |
| Palo Alto (#810) | Wang, Gloria H | Cashier | 20021011 | 20030124 |
| Beverly Hills (#831) | Currin, Anna | Cashier | 20070924 | 20071216 |
| | Morales, Antonio | Cashier | 20041207 | 20050108 |
| | Hernandez, Deborah M | Cashier | 20041113 | 20050106 |
| | Roppolo, Jillian | Cashier | 20040609 | 20060615 |
| | Garrison, Kerry | Cashier | 20030726 | 20050916 |
| | Bassman, Andrea R | Cashier | 20020518 | 20021228 |
| | Rodricks, John G | Cashier | 20010928 | 20020504 |
| | Banagas, Ruselle | Cashier | 20010129 | 20021221 |
| Barstow (#25) | Apodaca, Kelly | Lead Cashier | 20070608 | 20080406 |
| | Holloway, Shalonda L | Lead Cashier | 20050920 | 0 |
| | Garcia, Josephine M | Lead Cashier | 20011022 | 20031103 |
| | Preston, Rebecca A | Lead Cashier | 20000426 | 20070609 |
| | Shade, Mandy M | Lead Cashier | 19990902 | 20041024 |
| Mammoth Lakes (#30) | Robledo, Ricardo Sandoval | Lead Cashier | 20030720 | 20061201 |
| Camarillo (#34) | Mesa, Raymond A | Lead Cashier | 20020510 | 20060708 |
| | Barron, Maricela | Lead Cashier | 20071010 | 20071030 |
| | Pillado, Oscar D | Lead Cashier | 20070522 | 0 |
| | Ota, Malisa | Lead Cashier | 20050829 | 20070621 |
| | Cailing, Gabriellee | Lead Cashier | 20050725 | 20070411 |
| | Diaz Hernandez, Elayne | Lead Cashier | 20050209 | 20070503 |
| | Hernandez, Ariana | Lead Cashier | 20030917 | 0 |
| | Diego, Edwin M | Lead Cashier | 20021119 | 20031108 |
| | Reiser, Lynsay Gayle | Lead Cashier | 20021022 | 20060601 |
| | Lombardo, William J | Lead Cashier | 20021022 | 20051116 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Toussaint, Scott R | Lead Cashier | 20020611 | 20020810 |
| | Bucio, Carlos O | Lead Cashier | 20020423 | 20020711 |
| | Lopez, Ariana M | Lead Cashier | 20020414 | 20050526 |
| | Silva, Vanessa | Lead Cashier | 20020330 | 20030321 |
| | Ambritz, Oswado R | Lead Cashier | 20011118 | 20020807 |
| | Villa, Genaro R | Lead Cashier | 20010803 | 20050905 |
| Atascadero (#52) | Brown, Keely Shannon | Lead Cashier | 20040724 | 20050625 |
| | Laing, Isaac | Lead Cashier | 20040419 | 20051014 |
| Tulare (#64) | Thomas, Whitney | Lead Cashier | 20060816 | 0 |
| | Casillas, Rocio | Lead Cashier | 20050810 | 20070425 |
| | Hernandez, Melissa | Lead Cashier | 20031103 | 20061210 |
| | Brasil, Kimberly C | Lead Cashier | 20030414 | 20050612 |
| | Swiney, Lindsey J | Lead Cashier | 19991116 | 20021116 |
| Cabazon (#65) | Flores, Tirzah R | Lead Cashier | 20021107 | 20060605 |
| | Bunnell, Jami M | Lead Cashier | 20080321 | 0 |
| | Allen, Chelsea Ann | Lead Cashier | 20080303 | 20080317 |
| | Mcclellen, Jennie | Lead Cashier | 20071009 | 0 |
| | Pantoja, Daniel | Lead Cashier | 20070830 | 20071020 |
| | Amelung, Peter | Lead Cashier | 20070726 | 20070905 |
| | Case, Mary anne | Lead Cashier | 20070517 | 20071019 |
| | Monterrosa, Karen Lorraine | Lead Cashier | 20070507 | 0 |
| | Gunderson, Karlie Christine | Lead Cashier | 20070403 | 0 |
| | Dinsay, Lizette Villanueva | Lead Cashier | 20070201 | 20070422 |
| | King, Aaron T | Lead Cashier | 20061120 | 0 |
| | Gutierrez, Joanna | Lead Cashier | 20061114 | 0 |
| | Espitia, Clara Marie | Lead Cashier | 20061112 | 20070806 |
| | Juarez, Herlinda Marisela | Lead Cashier | 20060914 | 0 |
| | Peters, Hilary Morgan | Lead Cashier | 20060824 | 20070808 |
| | Cassadas, Alejandro | Lead Cashier | 20060725 | 0 |
| | Dennet, Jenny Elizabeth | Lead Cashier | 20060718 | 20080224 |
| | Harris, Patrice Moncia | Lead Cashier | 20060622 | 0 |
| | Jarernponganan, Charles | Lead Cashier | 20060622 | 20061006 |
| | Mcdonald, Natalie Nicole | Lead Cashier | 20060427 | 20060812 |
| | Dalusung, Joie Palad | Lead Cashier | 20060209 | 20070121 |
| | Case, Katherine Elizabeth | Lead Cashier | 20051214 | 20060616 |
| | Walters, Christin | Lead Cashier | 20051007 | 20061211 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Lentz, Crystal Lynette | Lead Cashier | 20050930 | 20060117 |
| | Thompson, Courtney Anne | Lead Cashier | 20050930 | 20060120 |
| | Yang, Lena | Lead Cashier | 20050530 | 0 |
| | Leyva, Amanda Marie | Lead Cashier | 20050503 | 20050611 |
| | De la parra, Eva E | Lead Cashier | 20050419 | 20050611 |
| | Morales, Veronica Marie | Lead Cashier | 20050415 | 20050527 |
| | Myers, Desiree L | Lead Cashier | 20041031 | 0 |
| | Junker, Katie | Lead Cashier | 20040322 | 20050415 |
| | Knowles, Christian | Lead Cashier | 20031119 | 20050319 |
| | Cavazos, Jeremy S | Lead Cashier | 20031031 | 20040204 |
| | Law, Larry | Lead Cashier | 20030925 | 20051030 |
| | Herzig, Joseph N | Lead Cashier | 20020711 | 20030901 |
| | Sanchez, Lance D | Lead Cashier | 20020626 | 20021016 |
| | MClean, Robert L | Lead Cashier | 20020624 | 20020924 |
| | Bynum, Will A | Lead Cashier | 20011113 | 20041229 |
| | Blackstone, Monique | Lead Cashier | 20010725 | 20040817 |
| | Quintanilla, Martha | Lead Cashier | 20000829 | 0 |
| Carlsbad (#93) | Nixon, Cameron A | Lead Cashier | 20011016 | 20051014 |
| | Weakley, Walter | Lead Cashier | 20080610 | 0 |
| | Torres, Carlos | Lead Cashier | 20080603 | 0 |
| | Swartz, Jonathan Daniel | Lead Cashier | 20071109 | 20080121 |
| | Masaniai, Leesann | Lead Cashier | 20070815 | 0 |
| | Lopez, Sheri Breanne | Lead Cashier | 20070403 | 0 |
| | Paul, Nancy L | Lead Cashier | 20061107 | 0 |
| | Moore, Roland Michael | Lead Cashier | 20060914 | 20080515 |
| | Kwok, Yen Elizabeth | Lead Cashier | 20060710 | 0 |
| | Rocca, Andrea | Lead Cashier | 20060823 | 0 |
| | Amico, Lauren Noelle | Lead Cashier | 20060823 | 20070203 |
| | Chung, Jacqueline Ashley | Lead Cashier | 20051118 | 20061027 |
| | Benjamin, Amber Jeanne | Lead Cashier | 20050819 | 20060602 |
| | Eyton, Stacy | Lead Cashier | 20041004 | 20050601 |
| | Bakthasekaran, Felix M | Lead Cashier | 20040825 | 20050728 |
| | Shank, Elizabeth G | Lead Cashier | 20040809 | 20050304 |
| | Beaulieu, Landon | Lead Cashier | 20031120 | 20050527 |
| | Mathie, Ashley | Lead Cashier | 20031113 | 20031224 |
| | Ruel, Jennifer A | Lead Cashier | 20031109 | 20080501 |

| STORE | EMPLOYEE NAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
| | Miller, Mitchell Sean | Lead Cashier | 20021029 | 20030914 |
| | Swadish, Dana Diane | Lead Cashier | 20020829 | 20030131 |
| | Rivera, Erica | Lead Cashier | 20020711 | 20080121 |
| | Lim, William N. | Lead Cashier | 20020626 | 20030107 |
| | Han, Tammy | Lead Cashier | 20020626 | 20070204 |
| | Rabickow, Kevin A. | Lead Cashier | 20020430 | 20070831 |
| | Bartolome, Annely P. | Lead Cashier | 20011117 | 20020505 |
| | Lopez, Michael R. | Lead Cashier | 20010827 | 20020511 |
| Gilroy (#102) | Pietrobono, Jeremy Scott | Lead Cashier | 20061121 | 20080115 |
| | Diaz, Mariza Esther | Lead Cashier | 20061102 | 20070429 |
| | Caswell, Denise | Lead Cashier | 20060313 | 20071226 |
| | Trelut, Erika Ruiz | Lead Cashier | 20051121 | 20060310 |
| | Gonzales, Estevan G | Lead Cashier | 20050818 | 20051123 |
| | Munoz, Doralinda Guzman | Lead Cashier | 20050125 | 20050704 |
| | Sharma, Shiva | Lead Cashier | 20040523 | 20050725 |
| | Krupecki, Edward J | Lead Cashier | 20030509 | 20041228 |
| | Cintora, Dulce A | Lead Cashier | 20030123 | 0 |
| | Gutierrez, Melissa J. | Lead Cashier | 20020609 | 20020823 |
| | Warren, Jason R. | Lead Cashier | 20010824 | 20030618 |
| | Robancho, Allan | Lead Cashier | 20010726 | 20020828 |
| Alpine (#130) | Cordova, Rhonda L. | Lead Cashier | 20070324 | 0 |
| | Dukes, Justin Thomas | Lead Cashier | 20061112 | 20070608 |
| | Nguyen, Quang K. | Lead Cashier | 20050524 | 20070209 |
| San Ysidro (#143) | Escalante, Ruben A | Lead Cashier | 20061109 | 0 |
| | Calleros, Karla | Lead Cashier | 20060929 | 20071112 |
| | Echavarria, Andrea | Lead Cashier | 20050918 | 20071111 |
| | Saucedo, Amber | Lead Cashier | 20050510 | 20070418 |
| | Felix, Mayanin | Lead Cashier | 20050510 | 0 |
| | Duarte, Kenya | Lead Cashier | 20050510 | 20060429 |
| | Herrera, Vilma | Lead Cashier | 20050512 | 20060326 |
| | Tavarez-Leano, Marlene | Lead Cashier | 20050512 | 20061011 |
| | Zamora Garcia, Yuliana | Lead Cashier | 20041023 | 20050831 |
| Ontario Mills (#156) | Ritch, Jaelynn | Lead Cashier | 20080515 | 0 |
| | Guzman, Karina | Lead Cashier | 20071023 | 0 |
| | Caires, Joseph Robert | Lead Cashier | 20070810 | 20080122 |
| | Rouseau, Brian James | Lead Cashier | 20070510 | 20070817 |

| STORE | EMPLOYEENAME | DESCRIPTION | HIREDATE | TERMDATE |
|---|---|---|---|---|
|  | Johnson, Jairus L | Lead Cashier | 20061117 | 20071102 |
|  | Mendez, Nicole M | Lead Cashier | 20061116 | 20070111 |
|  | Arguello, Michelle Arlene | Lead Cashier | 20061112 | 0 |
|  | Ohiaeri, Nma E | Lead Cashier | 20061109 | 0 |
|  | Schoser, Terry Lee | Lead Cashier | 20061028 | 20070327 |
|  | Johnson, Micah R | Lead Cashier | 20061002 | 20061203 |
|  | Windham, Lazarus J | Lead Cashier | 20060713 | 20071218 |
|  | Morales, Daniella Roxana | Lead Cashier | 20060713 | 20060909 |
|  | Leyba, Johnny J | Lead Cashier | 20060625 | 20070616 |
|  | Contreras, Jason A | Lead Cashier | 20060519 | 20060921 |
|  | Zarco, Anna D | Lead Cashier | 20050922 | 0 |
|  | Machado, Karletta C | Lead Cashier | 20050920 | 20060607 |
|  | Cole, Xavia P | Lead Cashier | 20050921 | 20060427 |
|  | Graydon, Caitlin J | Lead Cashier | 20050918 | 20060812 |
|  | Corral, Benito R | Lead Cashier | 20050913 | 20060529 |
|  | Raybould, Sarah M | Lead Cashier | 20050516 | 20061216 |
| Pismo Beach (#159) | Livingston, Carly Lynn | Lead Cashier | 20070911 | 20080224 |
|  | Olkkonen, Dana Joanne | Lead Cashier | 20070201 | 20080124 |
|  | Snow, Gillian Marie Felice | Lead Cashier | 20051114 | 20080605 |
|  | Grannen, Amanda L | Lead Cashier | 20051012 | 20060915 |
|  | Green, Crystal Renee | Lead Cashier | 20051010 | 20080117 |
|  | Seaman, Tanya Rose | Lead Cashier | 20050902 | 20070305 |
|  | Herrera, Lauren Esther | Lead Cashier | 20021106 | 20070605 |
| Gilroy Children's (#189) | Diaz De Leon, Maria I. | Lead Cashier | 20061113 | 0 |