# EXHIBIT 22

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF CORINE GARRAHAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

I, Corine Garrahan, hereby affirm, under penalty of perjury, as follows:

1.    I presently am the General Manager for Polo Ralph Lauren, located in Palo Alto, California ("Palo Alto store"). I have served in this position since February 2008. Previously, I have served in management roles for St. John, Emporio Armani, Dolce and Gabana and Tommy Hillfiger.

2.    Presently, I oversee Home Collections Manager, Men's Department Manager, Women's Department Manager, Operations Manager ("Manager"). There is also one key holder ("Key Holder"). All Managers are paid a salary and are not compensated by the hour. The Key Holder is compensated by a draw versus commission rate of pay, plus a stipend for their extra responsibilities.

3.    At present, there are approximately 18 sales associates that work in the store.

4.    Myself along with the Home Collections Manager, Men's Department Manager, Women's Department Manager, and Operations Manager are responsible for interviewing new sales associate candidates. I meet every sales associate candidate who is ultimately hired, and would make the offer myself.

5.    In the event a job offer is extended, I would explain scheduling, goal setting, compensation, rest and meal breaks, benefits and vacation time. I would use a Polo checklist as part of the job offer process to make sure that I explain everything that a new sales associate would need to know and answer any questions the sales associate might have.

6.    During the orientation process, the sales associate is provided with a Polo Ralph Lauren Retail Employee Handbook, a Sales Associate Compensation Handbook, and an Assimilation Checklist of training procedures which includes the rest break and meal policy. Sales associates are also given an Asset Protection handbook that explains loss prevention procedures.

## COMPENSATION

7.    There are four sales associates that work part-time. All other sales associates are full-time. The full-time sales associates are scheduled for approximately 40 hours a week.

8.    All sales associates are compensated by a draw versus commission rate of pay. Senior sales associates are compensated at a salary versus commission.

1

SV 346,296,644v1 6-13-08

9.      Most sales associates are career sales associates with a previous history in retail who manage a book of business with regular clients. Sales associates are required to build long-term relationships with clients and there is training and support to assist sales associates with follow up to help them maintain their book of business.  The Palo Alto store caters to a luxury clientele and there are high expectations of the sales associates to preserve those relationships.  For example, sales associates track the interests and needs of their clients and call them at home to inform them when new product arrives that might be of interest to the client.

10.      Sales associates are not scheduled to work more than 8 hours in a day or 40 hours in a week.

## CLOCKING IN AND OUT

11.      The Palo Alto store is open Monday - Friday 10:00 am - 9:00 pm, Saturday and 10:00 pm - 7:00 pm and Sunday 11:00 pm - 6:00 pm.

12.      In the Palo Alto store, there are four shifts. There is an early morning shift from 9:00 am - 6:00 pm, a mid-shift from 11:00 - 8:00 pm, a late shift 12:30 pm - 9:30 pm and a late-late shift from 6:00 pm - 9:30 pm.

13.      Sales associates are required to use the time-keeping system to record hours worked. Sales associates clock-in and out at one of the store's cash registers, known as the Point of Sale System ("POS") or computers which are located in the store's office space. There are 5 cash registers in the store located on the selling floor and there are two computer terminals located in the office space that can be used for timekeeping. Attached as Exhibit A is a true and correct copy of the floor plan for the Palo Alto store.  The five store cash registers are designated "I" through "V" on Exhibit A. The two computers located in the office space are designated "VI" through "VII".

14.      Sales associates clock-in at the start of their shift and clock out when they are ready to leave at the end of the day.

15.      At the end of the day, sales associates usually complete their work according to department. Upon completion of their work in their department, sales associates will then clock out, gather their personal belongings, and then go through a bag inspection search. The closing manager

DECLARATION OF CORINE GARRAHAN

usually takes responsibility for performing the bag inspection check.

16.    It is each sales associate's responsibility to clock-in and out each day. If a sales associate fails to clock in or clock out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record. Time clock adjustments are acknowledged in writing on a "Time Clock Correction" form filled out by sales associates and signed by a Manger and the sales associate with an explanation of the reason for the time change.

## LOSS PREVENTION SEARCHES

17.    Sales associates enter the store in the morning, prior to the store being open for business, through the patron door that faces the store's parking lot. Once the store has opened for business, sales associates may also enter the store through the second patron door that faces the mall. A true and correct copy of the floor plans for the Palo Alto store is attached hereto as Exhibit A. The patron door that faces the parking lot is designated as "A" and the patron door that faces the mall is designated as "B".

18.    Each time a sales associate exits the store, he/she must undergo a loss prevention search. The loss prevention search is comprised of having a sales associate show a Manager or a Key Holder the inside of any bag that they have when they are exiting the store.

19.    Loss prevention searches are conducted in the atrium, either near the patron door that faces the parking lot or the patron door that faces the mall. Sales associates are permitted to exit through both patron doors.

20.    From the time a sales associate clocks out to the time that the sales associate exits the store, following a bag inspection search, I would estimate that this process takes approximately 30 seconds to 2 minutes.

## REST AND MEAL BREAKS

21.    Meal breaks are scheduled among sales associates within each department, with approval from the Department Manager or manager on duty. Approximately 50% of the time, sales associates leave the store for meal breaks. Sales associates clock out for their meal breaks. If a sales

3

SV 346,296,644v1 6-13-08

associate leaves for his/her meal break, he/she clocks out and then within minutes of clocking out, exits the store after going through a loss prevention search. Upon returning from a meal break or finishing their meal inside the store, sales associates clock in and return to work.

22. When sales associates return from their rest or meal break they enter the store through one of the patron doors.

23. Rest breaks are coordinated by the sales associates in each department, with the approval of the department manager. Polo authorizes and permits all sales associates to take a fifteen minute paid rest break after two hours of work.

24. Sales associates do not clock-out for rest breaks.

25. The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 13, 2008

Corine Garrahan

SV 346,253,211v1 1/25/2008

#810 CALIFORNIA - PALO ALTO

# EXHIBIT 23

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com


Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>           Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF CATHERINE L. POST IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Dept:   Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

DECLARATION OF CATHERINE L. POST
SV 346 294 035v1 6 19 08

I, Catherine L. Post, hereby affirm, under penalty of perjury, as follows:

1.     I presently am the General Manager for Polo Ralph Lauren, located in San Francisco ("San Francisco store"). I have served in this position since November 2006. Previously, I was the Assistant General Manager from July 2006 - November 2006. From 1985 to approximately 1998, I worked for Polo Ralph Lauren in the Palo Alto, Santa Clara, and San Francisco stores. During this time period I worked as a Sales Associate, Accessories Manager, Women's Department Manager and Assistant Manager. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.     Presently, I oversee Home Collections Manager, Men's Department Manager, Women's Department Manager, Operations Manager, Shipping and Receiving Manager ("Manager").There is also one key holder ("Key Holder"). A Key Holder is typically a sales associate with additional responsibilities, e.g., opening and closing the registers, performing bag inspection checks and alarming/disarming the store. All Managers are paid a salary and are not compensated by the hour. The Key Holder is compensated by a draw versus commission rate of pay, plus a stipend for their extra responsibilities.

3.     At present, there are approximately 20 sales associates that work in the San Francisco store.

4.     Myself along with the Home Collections Manager, Men's Department Manager, Women's Department Manager, and Operations Manager are responsible for interviewing new sales associate candidates. I meet every sales associate candidate who is ultimately hired, and make the offer myself.

5.     When I extend a job offer, I explain scheduling, goal setting, compensation, rest and meal breaks, benefits and vacation time. I use a Polo checklist as part of the job offer process to make sure that I explain everything that a new sales associate would need to know and answer any questions the sales associate might have.

6.     During the orientation process, the sales associate is provided with a Polo Ralph Lauren Retail Employee Handbook, a sales associate Compensation Handbook, and an Assimilation

1

Checklist of training procedures which includes the rest break and meal policy. Sales associates are also given a Asset Protection handbook that explains loss prevention procedures.

## COMPENSATION

7.    There are three sales associates that work on an on-call basis. All other sales associates are full-time. The full-time sales associates are scheduled for approximately 40 hours a week.

8.    All sales associates are compensated by a draw versus commission rate of pay. Senior sales associates are compensated at either a salary or commission, whichever is greater.

9.    Most sales associates are career sales associates with a previous history in retail who manage a book of business with regular clients. Sales associates are required to build long-term relationships with clients and there is training and support to assist sales associates with follow up to help them maintain their book of business. The San Francisco store caters to a luxury clientele and there are high expectations of the sales associates to preserve those relationships. For example, sales associates track the interests and needs of their clients and call them at home to inform them when new product arrives that might be of interest to the client.

10.    Sales associates are not scheduled to work more than 8 hours in a day or 40 hours in a week.

## CLOCKING IN AND OUT

11.    The San Francisco store is open 10:00 am - 6:00 pm Monday - Wednesday, 10:00 am - 7:00 pm on Thursday, 10:00 am - 6:00 pm on Friday and Saturday and 12:00 pm - 5:00 pm Sunday .

12.    There is only one shift in the store with the exception of Thursdays which has two shifts. The shift schedule is 9:15 - 6:15 Monday- Wednesday, Friday and Saturday, 9:15 - 6:15 and 10:30 - 7:30 on Thursday and 11:30 - 5:30 on Sunday.

13.    Sales associates are required to use the time-keeping system to record hours worked. Sales associates clock-in and out at one of the store's cash registers, known as the Point of Sale System ("POS"). There are 5 cash registers in the store located on the selling floor and there are three computer terminals located at the back house of the store that can be used for timekeeping. Attached as Exhibit A is a true and correct copy of the floor plan for the San Francisco store. The five store

cash registers are designated "I" through "V" on Exhibit A. The three computers located at the back of house are designated "VI" through "VIII".

14.    Sales associates clock-in at the start of their shift and clock out when they are ready to leave at the end of the day.

15.    At the end of the day when the sales associates have completed their work, they gather their personal belongings, clock out, and go through a bag inspection check as they are exiting the store. During this time, a Manager is posted at the employee exit to perform the bag inspection search. When a Manager is not posted at the employee exit, a sales associate may page a manager via the store's intercom system to perform the back inspection search. I estimate that it takes on average 1-2 minutes for a sales associate to exit the store after clocking-out.

16.    It is each sales associate's responsibility to clock-in and out each day. If a sales associate fails to clock in or clock out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record. Time clock adjustments are acknowledged in writing on a "Time Clock Correction" form filled out by sales associates and signed by a Manger and the sales associate with an explanation of the reason for the time change.

### LOSS PREVENTION SEARCHES

17.    The back door located in the back house of the store is the only door sales associates are permitted to use to enter and exit the store. A true and correct copy of the floor plans for the San Francisco store is attached hereto as Exhibit A. The back door is used by sales associates to enter and exit, and is also used as a shipping and receiving door and emergency exit. This door is designated as "A" on Exhibit A. Door "B" is the main patron door located on Post Street and Kearney Street. Door "C" is the Home Collections door, which faces the interior of the Crocker Galleria. Door "D" faces Post Street that is always locked.

18.    Each time a sales associate exits the store, he/she must undergo a loss prevention search. The loss prevention search is comprised of having a sales associate show a Manager or a Key Holder the inside of any bag that they have when they are exiting the store.

19.    Loss prevention searches are conducted just inside the back door of the store when a sales associate exits for rest and meal breaks.

### REST AND MEAL BREAKS

20.    Meal breaks are scheduled among sales associates within each department. Sales associates generally leave the store for meal breaks. If sales associates leave for their meal break, they clock out and then within minutes of clocking out exit the store after going through a loss prevention search. Upon returning from their meal break or finishing their meal inside the store, sales associates clock in and return to work.

21.    When sales associates return from their rest or meal break they ring the bell to the back door. Generally the Shipping and Receiving Manager, who is located near the employee entrance/exit, opens the door to let sales associates in. Typically, either the Shipping and Receiving Manager or another Manager is located in the back house of the store at all times and is able to let sales associates back into the store.

22.    Rest breaks are coordinated by the sales associates in each department, with the approval of the department manager. Polo authorizes and permits all sales associates to take a fifteen minute paid rest break after two hours of work.

23.    Sales associates do not clock-out for rest breaks.

24.    The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June ____, 2008.

_____
Catherine L. Post

4

SV 346,253,211v1 1/25/2008

# EXHIBIT 24

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1  William J. Goines (SBN 061290)
   Alisha M. Louie (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
5           louiea@gtlaw.com

6  Jeremy A. Meier (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  Email:   meierj@gtlaw.com

10 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
11 Corporation, doing business in California as Polo Retail
   Corporation; and Fashions Outlet of America, Inc.

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 | ANN OTSUKA, an individual; JANIS KEEFE, | Case No. C07-02780 SI
   | an individual; CORINNE PHIPPS, and |
16 | individual; and JUSTIN KISER, an individual; | **DECLARATION OF EVERETT**
   | and on behalf of all others similarly situated, | **FERREIRA IN SUPPORT OF**
17 | | **DEFENDANTS' OPPOSITION TO**
   |          Plaintiff, | **PLAINTIFFS' MOTION FOR CLASS**
18 | v. | **CERTIFICATION**

19 | POLO RALPH LAUREN CORPORATION, a | Date:  July 11, 2008
   | Delaware Corporation; et al., | Time:  9:00 am
20 | | Dept:  Courtroom 10, 19th Fl.
   |          Defendants. | Judge: Hon. Susan Illston
21

22

   AND RELATED CROSS-ACTIONS.
23

24

25

26

27

28

I, Everett Ferreira, hereby affirm, under penalty of perjury, as follows:

1.    I presently am the General Manager for Polo Ralph Lauren Factory Outlet Store, located in Alpine, California. I have served in this position since March 2007. I was previously the Assistant Manager for Mens and Home in the Carlsbad store for approximately eight months. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.    Presently, I oversee three managers ("Managers"), including an Assistant Manager Merchandising, Assistant Manager Human Resources, and an Assistant Manager Operations. All Managers are paid a salary and are not compensated by the hour. Presently I oversee one supervisor ("Supervisor"). The Supervisor is paid an hourly rate of pay.

3.    At present, there are approximately eleven sales associates that work in the store.

4.    Sales associates are of mixed age and not career retail associates. The average sales associate works here for approximately eight to nine months, and generally does not develop any long term customer relationships.

### HIRING PROCEDURE

5.    The Assistant Manager Human Resources is responsible for interviewing new sales associate candidates. I interview most sales associate candidate who are ultimately hired.

6.    During the orientation process, the sales associate is provided with the Polo Ralph Lauren Retail Employee Handbook, and excerpts from the Loss Prevention Handbook that includes inspection procedures.

7.    During the hiring process, the Assistant Manager Human Resources discusses sales associate compensation and answers any questions that sales associates may have.

8.    During the orientation process, the sales associate participates in a loss prevention orientation that consists of safety and check-out procedures on two videos.

### COMPENSATION

9.    The Alpine store has one full-time non-exempt employee.

10.    The remaining sales associates are part-time non-exempt employees. The sales

associates are scheduled for up to 18 hours per week.

11.      All sales associates are compensated by an hourly rate of pay. No sales associate receives commission compensation.

12.      Sales associates on some occasions work more than eight hours in a day or more than forty hours in a week. In these instances, the sales associate is compensated for overtime at a premium rate of pay. This amount is 1.5 times the sales associate's base rate of pay.

## CLOCKING IN AND OUT

13.      There is an opening shipping and receiving shift at 7 am that ends at 11, 12 or 4 pm.

14.      The opening sales associate shift is 9 am to 6 pm. The mid sales associate shift is from 12 or 1 pm to 5, 6 or 9 pm. The last shift of the day starts at 4 pm and goes until 9 pm. Shifts are approximately four to eight hours.

15.      The opening Manager is aware of when sales associates are due to arrive and generally in the morning works in the store within audible distance of a sales associate knocking on the door. Sales associates can and do call the Manager on their cell phone if they need to be let into the store. All employees are provided with the store phone number.

16.      All doors to the store are unlocked at 10 am when the store opens.

17.      Monday through Saturday the store hours are 10 am to 8 pm, and on Sundays store hours are 11q am to 7 pm.

18.      At all times, there is a Customer Service Manager ("CSM") on duty. A CSM is an employee with management responsibilities, either as the General Manager, Assistant Manager or Supervisor. The CSM is responsible for coordinating the sales associates while they work on the floor.

19.      With the number of different shifts in the store, sales associates finish with their shifts at different points throughout the day. The CSM is constantly monitoring the shift schedule and will advise sales associates when their shift is over. The sales associate will then be instructed to clock out, and one of the Managers performs a loss prevention search.

20.      It takes one to three minutes for a sales associate to exit the store after clocking out. At

2

any given time there is one Manager or supervisor in the store with the ability to perform a loss prevention search.

21.    Sales associates are required to use the time-keeping system to record hours worked. Sales Associates clock-in at one of the store's cash registers, known as the Point of Sale System ("POS"). A true and correct copy of the floor plan for the Alpine store is attached hereto as Exhibit A. There are 3 cash registers in the store, indicating on Exhibit A as "I". Sales associates clock-in after putting away their personal belongings.

22.    It is each sales associate's responsibility to clock-in and out each day. If a sales associates forgets to clock-in or clock-out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record.

## LOSS PREVENTION SEARCHES

23.    A true and correct copy of the floor plan for the Alpine store is attached as Exhibit A. The door designated as "A" is the main door where sales associates enter and exit. This is also used as a patron door. Door "B" is the shipping and receiving entrance and also an emergency exit. Employees are not permitted to use this door to enter or leave the store.

24.    Each time a sales associate exits the store, he/she must undergo a loss prevention search. The procedure for the loss prevention search is for each sales associate to show the contents of any bag in their possession to a Manager. A Manager is not permitted to touch or put their hands inside the bag of a sales associate.

25.    I have never received any complaints regarding the loss prevention search procedure, including any complaints that the process is time consuming, humiliating or causes emotional distress.

## REST AND MEAL BREAKS

26.    At the beginning of each sales shift, the CSM arranges a meeting on the floor of the store to update each sales associate as to the sales goals for the day. The CSM also designates the area which each sales associate will be covering. In addition, the CSM informs the sales associate of the schedule for the day including the time when each sales associate will be designated to go on

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 346,253,211v1 1/25/2008

his/her rest or meal break.

27.     The schedule for rest and meal breaks is written down on the Daily Planning Agenda. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks. When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break.

28.     The CSM is aware of when rest and meal breaks are scheduled. The CSM typically will advise a sales associate when it is his/her time to leave for a scheduled rest or meal break.

29.     Sales associates do not clock-out for rest breaks.

30.     Sales associates clock-out for meal breaks. Sales associates typically leave the store during their meal break after gathering their belonging and finding a Manager or Supervisor to perform a loss prevention search.

31.     The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2008

Everett Eefreira



POLO RALPH LAUREN

# EXHIBIT 25

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
              louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:    meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>      Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF DIANE WILSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 10, 19th Fl.<br>Judge:  Hon. Susan Illston |

I, Diane Wilson, hereby affirm, under penalty of perjury, as follows:

1.      I presently am the General Manager for Polo Ralph Lauren Factory Outlet Store, located in Anderson, California ("Anderson store"). I have served in this position since March 2003. I was previously the Merchandising Manager for the Polo Ralph Lauren Factory Outlet Store, located in Cabazon, California from October 2001-March 2003. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      Presently, I oversee three managers ("Managers"), including an Assistant Manager Merchandising, Assistant Manager Human Resources, and an Assistant Manager Operations. All Managers are paid a salary and are not compensated by the hour. Presently I oversee one supervisor ("Supervisor"). The Supervisor is paid an hourly rate of pay.

3.      At present, there are approximately 4 sales associates that work in the store.

4.      Sales associates are generally students and not career retail associates. The average associate works here for approximately one to two years, and generally does not develop any long term customer relationships.

## HIRING PROCEDURE

5.      The Assistant Manager Human Resources is responsible for interviewing new sales associate candidates. I interview some sales associate candidate who are ultimately hired.

6.      During the hiring process, the sales associate is provided with the Polo Ralph Lauren Retail Employee Handbook, and excerpts from the Loss Prevention Handbook that includes inspection procedures.

7.      During the hiring process, the Assistant Manager Human Resources discusses sales associate compensation and answers any questions that sales associates may have.

8.      During the orientation process, the sales associate participates in a loss prevention orientation that consists of safety and check-out procedures on two videos.

## COMPENSATION

9.      The Anderson store does not have any full-time non-exempt sales associates.

1

10.    All of the sales associates are part-time non-exempt employees. The sales associates are scheduled for up to 20 hours per week on average.

11.    All sales associates are compensated by an hourly rate of pay. No sales associate receives commission compensation.

12.    Sales associates on some occasions work more than eight hours in a day or more than forty hours in a week. In these instances, the sales associate is compensated for overtime at a premium rate of pay. This amount is 1.5 times the sales associate's base rate of pay.

## CLOCKING IN AND OUT

13.    Since there are so few sales associates in this store, shifts are scheduled seasonally and based on the needs. The store hours are Monday through Saturday from 9:30 to 8:00 pm, and Sunday from 11 am to 6 pm. Shifts are approximately four to five hours.

14.    The opening Manager is aware of when a sales associates are due to arrive and generally in the morning works in the store within audible distance of a sales associate knocking on the door. Sales associates can and do call the Manager on their cell phone if they need to be let into the store. All employees are provided with the store phone number.

15.    All doors to the store are unlocked at 9:30 am or 11 am when the store opens.

16.    At all times, there is a Customer Service Manager ("CSM") on duty. A CSM is an employee with management responsibilities, either as the General Manager, Assistant Manager or Supervisor. The CSM is responsible for coordinating the sales associates while they work on the floor.

17.    The CSM is constantly monitoring the shift schedule and will advise sales associates when their shift is over. The sales associate will then be instructed to clock out, and the Manager performs a loss prevention search.

18.    It takes approximately 2-3 minutes for a sales associate to exit the store after clocking out.

19.    Sales associates are required to use the time-keeping system to record hours worked.

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 346,295,006v1 6-11-08

Sales Associates clock-in at one of the store's cash registers, known as the Point of Sale System ("POS"). A true and correct copy of the floor plan for the Anderson store is attached hereto as Exhibit A. There are 3 cash registers in the store, indicating on Exhibit A as "I". Sales associates clock-in after putting away their personal belongings.

20.    It is each sales associate's responsibility to clock-in and out each day. If a sales associates forgets to clock-in or clock-out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record.

<u>**LOSS PREVENTION SEARCHES**</u>

21.    A true and correct copy of the floor plan for the Anderson store is attached as Exhibit A. The door designated as "A" is the main door where sales associates enter and exit. This is also used as a patron door. Door "B" is the shipping and receiving entrance and is also used as an emergency exit. Employees are not permitted to use this door to enter or leave the store.

22.    Each time a sales associate exits the store, he/she must undergo a loss prevention search. The procedure for the loss prevention search is for each sales associate to show the contents of any bag in their possession to a Manager. A Manager is not permitted to put their hands inside the bag of a sales associate.

23.    When I was the Merchandising Manager in the Cabazon store, loss prevention searches were conducted similarly as described above. I would estimate from the time a sales associate clocked out until the sales associate exited the store, following a loss prevention search, the majority of the time this process took 5 minutes. The search time was longer in the Cabazon store than the Anderson store because the Cabazon store is much larger and has many more employees.

24.    I have never received any complaints regarding the loss prevention search procedure, including any complaints that the process is time consuming, humiliating or causes emotional distress, in either the Anderson or Cabazon stores.

<u>**REST AND MEAL BREAKS**</u>

25.    At the beginning of each sales shift, the CSM arranges a meeting on the floor of the

store to update each sales associate as to the sales goals for the day. In addition, the CSM informs the sales associate of the schedule for the day including the time when each sales associate will be designated to go on his/her rest or meal break.

26.    The schedule for rest and meal breaks is written down on the Daily Planning Agenda. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks. When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break.

27.    The CSM is aware of when rest and meal breaks are scheduled. The CSM typically will advise a sales associate when it is his/her time to leave for a scheduled rest or meal break.

28.    Sales associates do not clock-out for rest breaks.

29.    Sales associates clock-out for meal breaks. Sales associates typically leave the store during their meal break after gathering their belonging and finding a Manager or Supervisor to perform a loss prevention search.

30.    The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

## SCHEDULING

31.    In both my role as General Manager for the Anderson store and Merchandising Manager for the Cabazon store, I have responsibility for scheduling. The schedule is prepared by the Assistant Manager Human Resources with my approval. In both the Anderson and Cabazon stores, I ensured that the schedule was structured to allow for full-coverage on the floor. Based on the schedules prepared in the Anderson and Cabazon stores, time for rest and meal breaks were always accommodated and there was always adequate manager coverage to perform loss prevention searches.

32.    Furthermore, scheduling in the Anderson and Cabazon stores takes into account the availability of management. For example, the schedule will not have both start-of-shift meetings, which are led by a manager, and employees ending their shifts, occurring at the same time. This

allows for proper management availability on the floor when employees are ending their shifts and require bag inspection searches.

33.     As General Manager for both the Anderson store and Merchandising Manager for the Cabazon stores, I always ensured that the schedule provided for manager availability during necessary times, including the end-of-shifts when employees would require a bag inspection by a manager.

### KATY FAWVER DECLARATION

1.     I have read the Declaration of Katy Fawver. I was the General Manager for the time period that Katy worked in the Anderson store.

2.     Katy's statement that she never took rest breaks is contrary to my observations as an General Manager in this store. When I worked I made sure the sales associates working during my shift took rest breaks.

3.     Katy's statement that she waited 15 to 20 minutes for a bag inspection after clocking out is contrary to my observation as the General Manager in this store. We instruct sales associates not to clock out until everyone is ready to leave the store together to avoid the kind of wait times that Katy describes. I have never observed wait times as long as what Katy describes; generally wait times for the bag inspection are 2 to 3 minutes and 5 minutes at the most.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2008

_Diane Wilson_
Diane Wilson

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346,285,006v1 6-11-08

# EXHIBIT 26

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1  William J. Goines (SBN 061290)
2  Alisha M. Louie (SBN 240863)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email:   goinesw@gtlaw.com
            louiea@gtlaw.com

6  Jeremy A. Meier (SBN 139849)
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
9  Facsimile:  (916) 448-1709
   Email:   meierj@gtlaw.com

10 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
11 Corporation, doing business in California as Polo Retail
   Corporation; and Fashions Outlet of America, Inc.
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 | ANN OTSUKA, an individual; JANIS KEEFE, | Case No.  C07-02780 SI
16 | an individual; CORINNE PHIPPS, and      |
   | individual; and JUSTIN KISER, an individual; | **DECLARATION OF TANYA TAYLOR**
17 | and on behalf of all others similarly situated, | **IN SUPPORT OF DEFENDANTS'**
   |                                         | **OPPOSITION TO PLAINTIFFS'**
   |         Plaintiff,                       | **MOTION FOR CLASS**
18 | v.                                      | **CERTIFICATION**
19 | POLO RALPH LAUREN CORPORATION, a        | Date:  July 11, 2008
20 | Delaware Corporation; et al.,           | Time:  9:00 a.m.
   |                                         | Dept:  Courtroom 10, 19th Fl.
   |         Defendants.                      | Judge:  Hon. Susan Illston

                                        1                        Case No. C07-02780 SI

I, Tanya Taylor, hereby affirm, under penalty of perjury, as follows:

1.    I presently am the General Manager for Polo Ralph Lauren Factory Outlet Store, located in Barstow, California. I have served in this position since February 2007. I was previously the Assistant Manager Operations for Ontario Mills. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.    Presently, I oversee four managers ("Managers"), including an Assistant Manager Merchandising - Men's and Home, Assistant Manager Merchandising - Women's and Kids, Assistant Manager Human Resources, and an Assistant Manager Operations. All Managers are paid a salary and are not compensated by the hour. Presently I oversee four supervisors ("Supervisors"), including a point of sale supervisor, a supervisor for Women's and Kid's, Men's and Home, and Shipping and Receiving. All Supervisors are paid an hourly rate of pay.

3.    At present, there are approximately 40 sales associates that work in the store.

4.    Sales associates are generally students and not career retail associates. The average associate works here for four to six months, and generally does not develop any long term customer relationships.

### HIRING PROCEDURE

5.    The Assistant Manager Human Resources is responsible for interviewing new sales associate candidates. I interview every sales associate candidate who is ultimately hired.

6.    During the hiring process, the sales associate is provided with the Polo Ralph Lauren Retail Employee Handbook, and excerpts from the Loss Prevention Handbook that includes inspection procedures.

7.    During the hiring process, the Assistant Manager Human Resources discusses sales associate compensation and answers any questions that sales associates may have.

8.    During the orientation process, the sales associate participates in a loss prevention orientation that consists of safety and check-out procedures on two videos.

### COMPENSATION

9.    Two sales associates are full-time non-exempt employees.

1

10.     All other sales associates are part-time non-exempt employees. The sales associates are scheduled for up to 20 hours per week.

11.     All sales associates are compensated by an hourly rate of pay. No sales associate receives commission compensation.

12.     Sales associates rarely work more than eight hours in a day or more than forty hours in a week. In these instances, the sales associate is compensated for overtime at a premium rate of pay. This amount is 1.5 times the sales associate's base rate of pay.

## CLOCKING IN AND OUT

13.     There are four shifts in the Barstow store

14.     There is an opening shipping and receiving shift at 5 am that ends at 9 am.

15.     The opening sales associate store shift is 9 am to 2 pm. The mid shift is from 11 am to 3 pm shift. The last shift of the day starts at 4 pm and goes until 10 pm. Shifts are approximately four to six hours.

16.     The opening Manager is aware of when sales associates are due to arrive and generally in the morning works in the store near the door within audible distance of a sales associate knocking on the door. Sales associates can and do call the Manager on their cell phone if they need to be let into the store. All employees are provided with the store phone number.

17.     All doors to the store are unlocked at 9 am when the store opens.

18.     The store hours are 9 am to 8 pm.

19.     At all times, there is a Customer Service Manager ("CSM") on duty. A CSM is an employee with management responsibilities, either as the General Manager, Assistant Manager or Supervisor. The CSM is responsible for coordinating the sales associates while they work on the floor.

20.     With the number of different shifts in the store, sales associates finish with their shifts at different points throughout the day. The CSM is constantly monitoring the shift schedule and will advise sales associates when their shift is over. The sales associate will then be instructed to clock out, and one of the Managers or Supervisors performs a loss prevention search. The CSM

2

communicates with other Managers in the store via walkie-talkie to coordinate a timely loss prevention search after a sales associate clocks out. Sales associates also have access to walkie-talkies and may request a Manager to meet them at the front of the store to perform a loss prevention search.

21.    It takes approximately one minute for a sales associate to exit the store after clocking out. There are generally two to three Managers or Supervisors in the store with the ability to perform a loss prevention search at any given time.

22.    Sales associates are required to use the time-keeping system to record hours worked. Sales Associates clock-in at one of the store's cash registers, known as the Point of Sale System ("POS"). A true and correct copy of the floor plan for the Barstow store is attached hereto as Exhibit A. There are 6 cash registers in the store, indicating on Exhibit A as "I". Sales associates clock-in after putting away their personal belongings.

23.    It is each sales associate's responsibility to clock-in and out each day. If a sales associate forgets to clock-in or clock-out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record.

## LOSS PREVENTION SEARCHES

24.    A true and correct copy of the floor plan for the Barstow store is attached as Exhibit A. The door designated as "A" is the main door where sales associates enter and exit. This is also used as a patron door. Door "B" is the shipping and receiving exit. Door "C" is an emergency exit. Door "D" is a patron entrance only. Employees are not permitted to use this door to enter or leave the store.

25.    Each time a sales associate exits the store, he/she must undergo a loss prevention search.

26.    Most sales associates in the Barstow store do not bring a purse or backpack in the store at all. Sales associates who do wish to bring in a purse or backpack must have a clear bag whose contents are visible from outside the bag. This policy expedites the loss prevention searches when sales associates exit the store.

27.    I have never received any complaints regarding the loss prevention search procedure,

3

SV 346,253,211v1 1/25/2008

including any complaints that the process is time consuming, humiliating or causes emotional distress.

## REST AND MEAL BREAKS

28.    At the beginning of each sales shift, the CSM arranges a meeting on the floor of the store to update each sales associate as to the sales goals for the day. The CSM also designates the area which each sales associate will be covering. In addition, the CSM informs the sales associate of the schedule for the day including the time when each sales associate will be designated to go on his/her rest or meal break.

29.    The schedule for rest and meal breaks is written down on the Daily Planning Agenda. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks.  When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break.

30.    The CSM is aware of when rest and meal breaks are scheduled. The CSM typically will advise a sales associate when it is his/her time to leave for a scheduled rest or meal break.

31.    Sales associates do not clock-out for rest breaks.

32.    Sales associates clock-out for meal breaks.  Sales associates typically leave the store during for their meal break after gathering their belonging and finding a Manager or Supervisor to perform a loss prevention search.

33.    The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2008.

_____
Tanya Taylor

4

SV 346,253,211v1 1/25/2008



POLO RALPH LAUREN

# EXHIBIT 27

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1  William J. Goines (SBN 061290)
   Alisha M. Louie (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email:  goinesw@gtlaw.com
5          louiea@gtlaw.com

6  Jeremy A. Meier (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
8  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
9  Email:  meierj@gtlaw.com

10 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
11 Corporation, doing business in California as Polo Retail
   Corporation; and Fashions Outlet of America, Inc.

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15 | ANN OTSUKA, an individual; JANIS KEEFE, | Case No.  C07-02780 SI
   | an individual; CORINNE PHIPPS, and |
16 | individual; and JUSTIN KISER, an individual; | **DECLARATION OF GEORGE**
   | and on behalf of all others similarly situated, | **VALENCIA IN SUPPORT OF**
17 | | **DEFENDANTS' OPPOSITION TO**
   | Plaintiff, | **PLAINTIFFS' MOTION FOR CLASS**
18 | v. | **CERTIFICATION**
19 | POLO RALPH LAUREN CORPORATION, a | Date:
   | Delaware Corporation; et al., | Time:
20 | | Dept:  Courtroom 10, 19th Fl.
   | Defendants. | Judge:  Hon. Susan Illston
21 |
22 |
   | AND RELATED CROSS-ACTIONS.
23

24

25

26

27

28

                                          1                    Case No. C07-02780 SI

I, George Valencia, hereby affirm, under penalty of perjury, as follows:

1.      I presently am the General Manager for Ralph Lauren Factory Outlet Store, located in Cabazon, California. I have served in this position since May 2007. I was previously the Mens and Home Manager for the Polo Ralph Lauren Factory Outlet Store for just over six months. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      Presently, I oversee two selling managers ("Managers"), including an Assistant Manager Human Resources, and an Assistant Manager Merchandising. All managers are paid a salary and are not compensated by the hour. Presently I oversee one supervisor ("Supervisor"). All Our Supervisor is paid an hourly rate of pay.

3.      At present, there are approximately twelve sales associates that work in the store.

4.      Sales associates are generally students and not career retail associates. The average associate works here for approximately one year, and generally develops some long term customer relationships.

## HIRING PROCEDURE

5.      The Assistant Manager Human Resources is responsible for interviewing new sales associate candidates. I interview every sales associate candidate who is ultimately hired.

6.      During the hiring process, the sales associate is provided with the Polo Ralph Lauren Retail Employee Handbook, and excerpts from the Loss Prevention Handbook that includes inspection procedures.

7.      During the hiring process, the Assistant Manager Human Resources discusses sales associate compensation and answers any questions that sales associates may have.

8.      During the orientation process, the sales associate participates in a loss prevention orientation that consists of safety and check-out procedures on two videos.

## COMPENSATION

9.      The Cabazon store does not have any full-time sales associates.

10.     All sales associates are part-time. The sales associates are scheduled for up to 15

1

hours per week.

11.     All sales associates are compensated by an hourly rate of pay. No sales associate receives commission compensation.

12.     Sales associates on some occasions work more than eight hours in a day or more than forty hours in a week. In these instances, the sales associate is compensated for overtime at a premium rate of pay. This amount is 1.5 times the sales associate's base rate of pay.

## CLOCKING IN AND OUT

13.     There is an opening sakes associate shift at 9 am that ends at 2 or 3 pm. The mid shift starts at 11 am or 12 pm and ends at 5 or 6 pm. The last shift of the day starts at 4 pm and ends at 8 pm. Shifts are approximately four to six hours.

14.     The opening Manager is aware of when sales associates are due to arrive and generally in the morning works in the store within audible distance of a sales associate knocking on the door.

15.     All doors to the store are unlocked at 10 am when the store opens.

16.     Sunday through Thursday the store hours are 10 am to 8 pm, and on Friday the store hours are 10 am to 9 pm.

17.     At all times, there is a Customer Service Manager ("CSM") on duty. A CSM is an employee with management responsibilities, either as the General Manager, Assistant Manager or Supervisor. The CSM is responsible for coordinating the sales associates while they work on the floor.

18.     With the number of different shifts in the store, sales associates finish with their shifts at different points throughout the day. The CSM monitors the shift schedule and will advise sales associates when their shift is over. The sales associate will then be instructed to clock out, and one of the Managers performs a loss prevention search.

19.     It takes approximately two to five minutes for a sales associate to exit the store after clocking out. At any given time there is a minimum of two Managers or supervisors in the store with the ability to perform a loss prevention search.

20.     Sales associates are required to use the time-keeping system to record hours worked.

SV 346,253,211v1 1/25/2008

Sales Associates clock-in at one of the store's cash registers, known as the Point of Sale System ("POS"). A true and correct copy of the floor plan for the Ralph Lauren Cabazon store is attached hereto as Exhibit A. There are 2 cash registers in the store, indicating on Exhibit A as "I". Sales associates can also clock in on two computers located in the back area of the stores. Sales associates clock-in after putting away their personal belongings.

21.     It is each sales associate's responsibility to clock-in and out each day. If a sales associates forgets to clock-in or clock-out, the sales associate may advise a Manager who can discuss making appropriate changes including making a manual adjustment to the time clock record.

## LOSS PREVENTION SEARCHES

22.     A true and correct copy of the floor plan for the Ralph Lauren Cabazon store is attached as Exhibit A. The door designated as "A" is the main door where sales associates enter and exit. This is also used as a patron door. Door "B" and "C" are shipping and receiving entrances and can also be used as an emergency exit. Employees are not permitted to use this door to enter or leave the store.

23.     Each time a sales associate exits the store, he/she must undergo a loss prevention search. The procedure for the loss prevention search is for each sales associate to show the contents of any bag in their possession to a Manager. A Manager is not permitted to put their hands inside the bag of a sales associate.

24.     I have never received any complaints regarding the loss prevention search procedure, including any complaints that the process is time consuming, humiliating or causes emotional distress.

## REST AND MEAL BREAKS

25.     At the beginning of each sales shift, the CSM arranges a meeting on the floor of the store to update each sales associate as to the sales goals for the day. The CSM also designates the area which each sales associate will be covering. In addition, the CSM informs the sales associate of the schedule for the day including the time when each sales associate will be designated to go on his/her rest or meal break.

3

26.     The schedule for rest and meal breaks is written down on the Daily Planning Agenda. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks.  When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break.

27.     The CSM is aware of when rest and meal breaks are scheduled. The CSM typically will advise a sales associate when it is his/her time to leave for a scheduled rest or meal break.

28.     Sales associates do not clock-out for rest breaks.

29.     Sales associates clock-out for meal breaks.  Sales associates typically leave the store during their meal break after gathering their belonging and finding a Manager or Supervisor to perform a loss prevention search.

30.     The rest and meal break policy is enumerated in the Polo Retail Employee Handbook. This material is reviewed with each sales associate during their orientation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2008

George Valencia

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 346,253,211v1 1/25/2008



RALPH LAUREN

FP-1