# EXHIBIT 66

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2   WILLIAM J. GOINES (SBN 061290)
    ALISHA M. LOUIE (SBN 240863)
3   KAREN ROSENTHAL (SBN 209419)
    GREENBERG TRAURIG, LLP
4   1900 University Avenue, Fifth Floor
    East Palo Alto, CA 94303
5   Telephone: (650) 328-8500
    Facsimile: (650) 328-8508
6   Email:   goinesw@gtlaw.com
             louiea@gtlaw.com

7   JEREMY A. MEIER (SBN 139849)
    GREENBERG TRAURIG, LLP
8   1201 K Street, Suite 1100
    Sacramento, CA  95814-3938
9   Telephone:  (916) 442-1111
    Facsimile:  (916) 448-1709
10  Email:   meierj@gtlaw.com

11  Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
    Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12  California as Polo Retail Corporation; and Fashions Outlet of
    America, Inc.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17  ANN OTSUKA, an individual; JANIS KEEFE,      Case No.  C07-02780 SI
    an individual; CORINNE PHIPPS, an
18  individual; and on behalf of all others similarly   **DECLARATION OF DESIREE MYERS**
    situated,                                           **IN SUPPORT OF OPPOSITION TO**
19                                                      **PLAINTIFFS' MOTION  FOR CLASS**
            Plaintiffs,                                 **CERTIFICATION**
20  v.

21  POLO RALPH LAUREN CORPORATION, a      DATE:        July 11, 2008
    Delaware Corporation; et al.,                 TIME:        9:00 a.m.
22                                                CTRM:        10, 19th Fl.
            Defendants.                           JUDGE:       The Hon. Susan Illston
23

24

25

26

27

28

                                      1

*SV 346293887v1 June 10, 2008*

1    I, DESIREE MYERS, declare:

2    1.    I am presently a part-time cashier lead at the Polo Ralph Lauren Factory Outlet store

3    located in Cabazon, California ("Cabazon store"). I have personal knowledge of the facts set forth in

4    this declaration, and if called as a witness, could and would competently testify as set forth below.

5    2.    I started working for the Cabazon store in October 2004 as a sales associate in the

6    Womans Department. I currently work 3 days a week and I am paid at an hourly rate of pay.

7    **Bag Inspection**

8    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

9    inspection process which is performed by either a manager or supervisor. Since starting with Polo in

10   2004, it has taken 5 minutes or less to leave to store after I clock out and have my bag inspected.

11   4.    I have not had any problems with locating a manager to perform a bag inspection and

12   have no complaints about the process. After I clock out there is usually a manager waiting at the front

13   door to perform the bag inspection.

14   **Clocking Out**

15   5.    I have never experienced any problems with clocking out at the end of my shift. My

16   paycheck accurately reflects the number of hours that I have worked; I check it for accuracy.

17   6.    I have never seen my hours recorded inaccurately by Polo in the 3 ½ years I've been

18   here, and I've never had to ask for an adjustment of my time.

19   **Rest Breaks**

20   7.    Since 2004 I have always taken my rest breaks, and as far as I can remember I have

21   never missed one. As long as I've worked here I've observed other Polo employees also taking their

22   rest breaks. It surprises me to hear that someone who worked here during the same period as I have

23   would say that they had not taken their rest break.

24   8.    The rest break schedule is written on the Daily Planning Agenda. I generally know

25   when my rest break is, and I will ask a manager to leave for my rest break at that time.

26   **Meal Breaks**

27   9.    Meal breaks work the same way as rest breaks: a manager tells you when to go and the

28   timing is written down on the Daily Planning Agenda.

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346293887v1 June 10, 2008

10.    Since 2004 I have never missed a meal break. As long as I've worked here I've observed other Polo employees taking their meal breaks. It surprises me to hear that someone who worked here during the same period as I have would say that they had not taken their meal break.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cabazon California, this ⅓ day of June, 2008.

                                        _____
                                        Desiree Myers

# EXHIBIT 67

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2  WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
3  KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
4  1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
5  Telephone: (650) 328-8500
Facsimile: (650) 328-8508
6  Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
Sacramento, CA  95814-3938
9  Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
10  Email:   meierj@gtlaw.com

11  Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12  California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

13

14            UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17  ANN OTSUKA, an individual; JANIS KEEFE,      Case No.  C07-02780 SI
an individual; CORINNE PHIPPS, an
18  individual; and on behalf of all others similarly   **DECLARATION OF BERTHA RAMOS**
situated,                                    **IN SUPPORT OF OPPOSITION TO**
19                                            **PLAINTIFFS' MOTION  FOR CLASS**
         Plaintiffs,                         **CERTIFICATION**
20  v.

21  POLO RALPH LAUREN CORPORATION, a     DATE:      July 11, 2008
Delaware Corporation; et al.,              TIME:      9:00 a.m.
22                                           CTRM:      10, 19th Fl.
         Defendants.                        JUDGE:     The Hon. Susan Illston
23

24

25

26

27

28

1

1    I, BERTHA RAMOS, declare:

2    1.    I am presently a full-time sales associate in the women's department at the Polo Ralph

3    Lauren Factory Outlet store located in Camarillo, California ("Camarillo store"). I have personal

4    knowledge of the facts set forth in this declaration, and if called as a witness, could and would

5    competently testify as set forth below.

6    2.    I began my employment in the Camarillo store in October 2007. I work approximately

7    30 hours a week over the course of 5 days. I am compensated at an hourly rate.

8    **Bag Inspection**

9    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

10    inspection process which is performed by either a manager or supervisor. It takes me about 5

11    minutes to leave to store after I clock out and have my bag inspected. There are times when this

12    process may take longer but it is no more than 10 minutes.

13    **Rest Breaks**

14    4.    Based on my shift schedule, Polo provides me with two 15 minute rest breaks.

15    5.    I take my rest break most of the time.

16    6.    I understand that Polo allows me to take 2 breaks a day.

17    **Meal Breaks**

18    7.    A manager tells me when to take a meal break. The times for rest and meal breaks are

19    posted on the Daily Planning Agenda, so I know when I'm supposed to take my breaks.

20    8.    I always take my meal breaks.

21    I declare under penalty of perjury that the foregoing is true and correct. Executed at San

22    Diego, California, this _18_ day of June, 2008.

23

24    _[signature]_

25    Bertha Ramos

26

27

28

2

# EXHIBIT 68

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
3  KAREN ROSENTHAL (SBN 209419)
   GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
6            louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
9  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
10 Email:  meierj@gtlaw.com

11 Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
   Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12 California as Polo Retail Corporation; and Fashions Outlet of
   America, Inc.

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 ANN OTSUKA, an individual; JANIS KEEFE,     Case No. C07-02780 SI
   an individual; CORINNE PHIPPS, an
18 individual; and on behalf of all others similarly   **DECLARATION OF ABDEL-RAHIM
   situated,                                 SHALABI IN SUPPORT OF
19                                            OPPOSITION TO PLAINTIFFS'
                                             MOTION FOR CLASS
20          Plaintiffs,                       CERTIFICATION
   v.
21                                            
   POLO RALPH LAUREN CORPORATION, a
22 Delaware Corporation; et al.,             DATE:     July 11, 2008
                                             TIME:     9:00 a.m.
23          Defendants.                       CTRM:     10, 19th Fl.
                                             JUDGE:    The Hon. Susan Illston
24

25

26

27

28

                                    1

SV 346,293,823v1 6-10-08

1    I, ABDEL-RAHIM declare:

2        1.    I am presently a part-time employee in the Polo Ralph Lauren Factory Outlet store,

3    located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set forth in

4    this declaration, and if called as a witness, could and would competently testify as set forth below.

5        2.    I began my employment in the Carlsbad store as a cashier in November 2007. I

6    subsequently changed to the position of sales associate.

7        3.    I work approximately 15-20 hours a week. I am paid at an hourly rate of pay.

8    **Bag Inspection**

9        4.    Each day after clocking out and prior to exiting the store, I must go through a bag

10    inspection process which is performed by either a manager or supervisor. From the time that I have

11    clocked out until the time I have exited the store, following a bag inspection, I would estimate that

12    this process takes 30 seconds to one minute. I have never experienced a wait time of 10-15 minutes.

13        5.    The process for bag inspection is slightly different for the closing shift. I always look

14    at my watch to remind myself of the time that I am clocking-out. After I clock-out, I ordinarily exit

15    the store with the managers and other employees who are working the closing shift. From the time

16    that I have clocked out until the time I have exited the store, following a bag inspection, I would

17    estimate that this process takes no more than two minutes.

18    **Rest Breaks**

19        6.    Based on my shift schedule, I typically take one fifteen minute rest break each day I

20    work.

21        7.    Rest breaks are usually scheduled approximately 2-3 hours into my shift.

22        8.    I am usually advised to take my break by a manager or another sales associate who is

23    relieving me of my area so that I can take my break.

24    //

25    //

26    //

27    //

28    //

2

SV 346,293,823v1 6-10-08

9.    I have always been able to take a fifteen minute rest break.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Carlsbad California, this 17 day of June, 2008.

Abdel-Rahim Shalabi

3

SV 346,293,823v1 6-10-08

# EXHIBIT 69

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>　　　　Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF SUSANNE KURHAJEC IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:　　　July 11, 2008<br>TIME:　　　9:00 a.m.<br>CTRM:　　　10, 19th Fl.<br>JUDGE:　　　The Hon. Susan Illston |

1

SV 346,293,887v1 6-10-08

1    I, SUSAN KURHAJEC declare:

2    1.    I am presently a full-time sales associate in the Polo Ralph Lauren Factory Outlet

3    store, located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set

4    forth in this declaration, and if called as a witness, could and would competently testify as set forth

5    below.

6    2.    I began my employment in the Carlsbad store in October 1999.

7    3.    I work approximately 29 - 40 hours a week and am paid at an hourly rate of pay. I

8    generally work five days a week. My shift schedule varies but typically I will work the closing shift

9    two times a week.

10   **Bag Inspection**

11   4.    Each day after clocking out and prior to exiting the store, I must go through a bag

12   inspection process which is performed by either a manager or supervisor. From the time that I have

13   clocked out until the time I have exited the store, following a bag inspection, I would estimate that

14   this process takes no more than five minutes.

15   5.    I have never experienced any problems with locating a manager to perform a bag

16   inspection and have no complaints about the process.

17   **Clocking Out**

18   6.    I have never experienced any problems with clocking-out at the end of my shift.

19   Managers typically work in the store until 11:00 and employees generally leave at 10:00 at the end of

20   their scheduled shifts.

21   7.    The only time a manager has ever clocked me out is when the time-clocking system is

22   down.

23   **Rest Breaks**

24   8.    Based on my shift schedule, I typically take two 15 minute rest breaks each day I

25   work.

26   9.    A manager, typically the Customer Service Manager ("CSM") informs me when it is

27   by time to take a break.

28   10.   I always take both of my 15 minute breaks.

2

SV 346,293,887v1 6-10-08

11.    As long as I can recall, the process for organizing breaks has been the same since I began employment in the Carlsbad store in 1999.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Carlsbad California, this _17th_ day of June, 2008.

Susanne M. Kurhajec

Susanne Kurhajec

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 348,293,887v1 6-10-08

# EXHIBIT 70

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants. | Case No. C07-02780 SI<br><br>**DECLARATION OF SERGIO SILVA-CANSECO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:        9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:      The Hon. Susan Illston |

1

SV 346,294,966v1 6-10-08

1    I, SERGIO SILVA-CANSECO declare:

2    1.    I am presently a part-time employee in the Polo Ralph Lauren Factory Outlet store,

3    located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set forth in

4    this declaration, and if called as a witness, could and would competently testify as set forth below.

5    2.    I began my employment in the Carlsbad store as a stock associate in July 2007.

6    3.    I work approximately 20 hours a week over 4 days. I am paid at an hourly rate of pay.

7    **Bag Inspection**

8    4.    Each day after clocking out and prior to exiting the store, I must go through a bag

9    inspection procedure which is performed by either a manager or supervisor. From the time that I have

10    clocked out until the time I have exited the store, following a bag inspection, I would estimate that

11    this process takes 1 minute.

12    5.    At the closing shift, the bag inspection procedure might take a bit longer but never

13    more than 5 minutes.

14    **Rest Breaks**

15    6.    Based on my shift schedule, I typically take one fifteen minute rest break each day I

16    work. My break is usually given about 2.5 hours into my shift.

17    7.    Typically, my supervisor or the Customer Service Manager ("CSM") will inform me

18    when it is time to take a break.

19    8.    I work on the stock team so sometimes become very involved in my projects. I have

20    previously missed a rest break because I have forgotten to take one. However, this does not happen

21    often.

22    I declare under penalty of perjury that the foregoing is true and correct. Executed at Carlsbad

23    California, this ___ day of June, 2008.

24

25

26    Sergio Silva-Canseco

27

28

2

SV 348,294,966v1 8-10-08

06/18/2008 07:45 FAX                     Ø 0008/0008

# EXHIBIT 71

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:    meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF ANDREA ROCCA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:        9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:      The Hon. Susan Illston |

1

SV 346293821v1 June 10, 2008

1    I, ANDREA ROCCA declare:

2        1.    I am presently a part-time employee in the Polo Ralph Lauren Factory Outlet store,

3    located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set forth in

4    this declaration, and if called as a witness, could and would competently testify as set forth below.

5        2.    I began my employment in the Carlsbad store as a Sales Associate in August 2006. I

6    was subsequently promoted to my present position, cash lead.

7        3.    As a cash lead, I have responsibilities at the cash register, including making change,

8    counting the register, performing returns for a customer and opening and closing the cash register.

9        4.    I am compensated at an hourly rate of pay.

10       5.    My shift is typically scheduled from 9:00 a.m. - 2:00 p.m. three days a week.

11   **Bag Inspection**

12       6.    Each day after clocking out and prior to exiting the store, I must go through a bag

13   inspection process which is performed by either a manager or supervisor. In my experience, this

14   process is very quick. I would estimate that from the time I clock out until the time I exit the store

15   following a los prevention bag inspection, this process typically takes no more than two minutes.

16       7.    2:00 p.m., the time when I usually end my shift, is typically the most busy time of the

17   day in the store. Even leaving at this time, I still have not experienced long wait times associated with

18   the bag inspection.

19       8.    I believe I have been compensated by Polo for all time that I have worked in the store.

20   **Rest Breaks**

21       9.    Based on my shift schedule, I typically take one fifteen minute rest break each day I

22   work.

23       10.    Rest breaks are scheduled by store management and are listed on the Daily Planning

24   Agenda. I always get a rest break and have never missed taking a fifteen minute rest break.

25       11.    Although my fifteen minute rest break is usually scheduled 2 hours into my shift,

26   break times vary according to coverage. There are times where the store is busy and I may not be able

27   to go on my break at the precise scheduled time. However, I am always excused to go on a fifteen

28   minute rest break at a later time.

2

SV 346293821v1 June 10, 2008

@ 0002/0003                                                     06/17/2008 16:42 FAX

@ 0007/0008                                                     06/18/2008 16:10 FAX

1    12.    To my knowledge, no one goes without a break in the Carlsbad store.

2    I declare under penalty of perjury that the foregoing is true and correct.  Executed at Carlsbad

3    California, this _17th_ day of June, 2008.

_Andrea M Rocca_

Andrea Rocca

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

# EXHIBIT 72

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1  WILLIAM J. GOINES (SBN 061290)
2  ALISHA M. LOUIE (SBN 240863)
   KAREN ROSENTHAL (SBN 209419)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
6           louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
9  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
10 Email:   meierj@gtlaw.com

11 Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
   Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12 California as Polo Retail Corporation; and Fashions Outlet of
   America, Inc.

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 | ANN OTSUKA, an individual; JANIS KEEFE, | Case No.  C07-02780 SI
   | an individual; CORINNE PHIPPS, an |
18 | individual; and on behalf of all others similarly | **DECLARATION OF BRANDON**
   | situated, | **PIERCE IN SUPPORT OF OPPOSITION**
19 | | **TO PLAINTIFFS' MOTION  FOR**
   | | **CLASS CERTIFICATION**
20 |        Plaintiffs, |
   | v. |
21 | | DATE:     July 11, 2008
   | POLO RALPH LAUREN CORPORATION, a | TIME:     9:00 a.m.
22 | Delaware Corporation; et al., | CTRM:     10, 19th Fl.
   | | JUDGE:    The Hon. Susan Illston
23 |        Defendants. |

24

25

26

27

28

                                     1

I, BRANDON PIERCE declare:

1.      I am presently a part-time stock associate in the Polo Ralph Lauren Factory Outlet store, located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      I began my employment in the Carlsbad store in December 2007.

3.      I work approximately 20 hours a week over 5 days.

**Bag Inspection**

4.      Each day after clocking out and prior to exiting the store, I must go through a bag inspection check which is performed by either a manager or a supervisor. From the time that I have clocked out until the time I have exited the store, following a bag inspection, I would estimate that this process takes 3-4 minutes.

5.      Typically, at the end of my shift, I will either ask a manager to clock-out or a manager will instruct me to do so. After clocking out, I usually see a manager on the floor and ask him/her to perform my bag inspection check.

6.      Typically, the Customer Service Manager ("CSM") is the manager who performs bag inspection checks. The role of CSM changes approximately every hour. We are notified via walkie-talkie who is acting as the CSM and therefore can identify easily the CSM.

7.      I believe Polo has compensated me for all time I've worked in the store, including time for bag inspections.

**Time Clock**

8.      There has never been a time that I have performed work in the Carlsbad store without being clocked in.

9.      I always clock myself out.

10.     The time that I clock-in and clock-out adequately reflects the time that I have worked in the Carlsbad store.

**Rest Breaks**

2

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 345,293,913v1 6-10-08

1    11.    If I work a 5 hour shift, I am given a 15 minute rest break. This usually occurs about

2    2.5 hours into my shift.

3    12.    At times I review the Daily Planning Agenda ("DPA") which sets forth my schedule

4    for taking breaks.

5    13.    If the stock supervisor is on duty, the supervisor will usually inform me when it is

6    time to take a break. If there is no supervisor on duty, I rely on the DPA as to when I may take a

7    break.

8    14.    I have never missed a rest break.

9    I declare under penalty of perjury that the foregoing is true and correct.  Executed at Carlsbad

10    California, this 1 day of June, 2008.

11

12

13    Brandon Pierce

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

SV 346,293,913v1 6-10-08

# EXHIBIT 73

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1  WILLIAM J. GOINES (SBN 061290)
2  ALISHA M. LOUIE (SBN 240863)
   KAREN ROSENTHAL (SBN 209419)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
6            louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
9  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
10 Email:   meierj@gtlaw.com

11 Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
   Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12 California as Polo Retail Corporation; and Fashions Outlet of
   America, Inc.

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 ANN OTSUKA, an individual; JANIS KEEFE,      Case No.  C07-02780 SI
   an individual; CORINNE PHIPPS, an
18 individual; and on behalf of all others similarly   **DECLARATION OF TOSHIRA ADAMS
   situated,                                    IN SUPPORT OF OPPOSITION TO
19                                              PLAINTIFFS' MOTION FOR CLASS
          Plaintiffs,                           CERTIFICATION**
20 v.

21 POLO RALPH LAUREN CORPORATION, a    DATE:      July 11, 2008
   Delaware Corporation; et al.,         TIME:      9:00 a.m.
22                                        CTRM:      10, 19th Fl.
          Defendants.                     JUDGE:     The Hon. Susan Illston
23

24

25

26

27

28
                                    1
─────────────────────────────────────────────────────────────────────
        DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1    I, TOSHIRA ADAMS declare:

2    1.    I am presently a part-time employee in the Polo Ralph Lauren Factory Outlet store,

3    located in Carlsbad, California ("Carlsbad store"). I have personal knowledge of the facts set forth in

4    this declaration, and if called as a witness, could and would competently testify as set forth below.

5    2.    I began my employment in the Carlsbad store as a sales associate in October 2007.

6    3.    I work approximately 20 hours a week over 5 days. I am paid at an hourly rate of pay.

7    **Bag Inspection**

8    4.    Each day after clocking out and prior to exiting the store, I must go through a bag

9    inspection procedure which is performed by either a manager or supervisor. From the time that I have

10   clocked out until the time I have exited the store, following a bag inspection, I would estimate that

11   this process takes less than 5 minutes.

12   5.    There may be times, for instance on a busy day, when the time to locate a manager to

13   perform the loss prevention search takes longer. On these days, I would estimate that the wait time be

14   no more than 7 minutes. This does not occur often.

15   6.    Typically the Customer Service Manager ("CSM") is available on the floor to perform

16   my bag inspection search.

17   **Rest Breaks**

18   7.    Based on my shift schedule, I typically take one 15 minute rest break each day I work.

19   8.    My rest break time is indicated on the Daily Planning Agenda ("DPA").

20   9.    Typically, when it is time for my break, I will ask a manager. Alternatively, a manager

21   may tell me when to go on my break.

22   10.   I always take my 15 minute break and have never missed a 15 minute break.

23   11.   I believe that I have been compensated for all time worked in the Carlsbad store.

24   I declare under penalty of perjury that the foregoing is true and correct. Executed at Carlsbad

25   California, this 18 day of June, 2008.

26

27   _____
     Toshira Adams

28

2

SV 346,294,996v1 6-11-08

# EXHIBIT 74

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
              louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>            Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF LINDSEY FLORES IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:         9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:       The Hon. Susan Illston |

1

*SV 346293887v1 June 10, 2008*

1    I, LINDSEY FLORES, declare:

2        1.    I am presently a full time sales associate at the Polo Ralph Lauren Factory Outlet

3    Children's store located in Gilroy, California ("Gilroy store"). I have personal knowledge of the facts

4    set forth in this declaration, and if called as a witness, could and would competently testify as set

5    forth below.

6        2.    I started working for the Gilroy store in March 2007. I currently work 32-40 hours per

7    week and I am paid at an hourly rate of pay.

8    **Bag Inspection**

9        3.    Each day after clocking out and prior to exiting the store, I must go through a bag

10   inspection process which is performed by either a manager or supervisor. It takes less than one

11   minute to leave the store after I clock out and have my bag inspected.

12       4.    I have not had any problems with locating a manager to perform a bag inspection and

13   have no complaints about the process.

14   **Clocking Out**

15       5.    I have never experienced any problems with clocking out at the end of my shift. If I

16   work past the time the store needs to shut down, such as during inventory, a manager will clock me

17   out. The manager writes down my extra time on a note and it is adjusted the next day. I always check

18   my hours on my paycheck to make sure it accurately reflects my time. I am compensated for all the

19   time I spend working in the store.

20   **Rest Breaks**

21       6.    The rest break schedule is written on the Daily Planning Agenda. Sometimes the

22   manager tells me when its time to go; sometimes I tell ask manager to leave early for a break.

23       7.    Some of the time I initial the Daily Planning Agenda as I'm leaving for my rest break.

24       8.    I always take my rest breaks.

25   **Meal Breaks**

26       9.    Meal breaks work the same way as rest breaks: a manager tells you when to go and the

27   timing is written down on the Daily Planning Agenda.

28       10.   I always take my meal breaks.

2

1
2          I declare under penalty of perjury that the foregoing is true and correct. Executed at Gilroy
3    California, this _17th_ day of June, 2008.
4
5                                          _Lindsey Flores_
6                                          Lindsey Flores
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
*SV 346293887v1 June 10, 2008*

# EXHIBIT 75

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>          Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF DYLAN CLEVENGER IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:          July 11, 2008<br>TIME:          9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:        The Hon. Susan Illston |

*SV 346293887v1 June 10, 2008*

I, DYLAN CLEVENGER, declare:

1.       I am presently a part time sales associate at the Polo Ralph Lauren Factory Outlet store located in Mammoth Lakes, California ("Mammoth store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.       I started working for the Mammoth store in May 2005 as a sales associate. I generally work part-time during the school year, and full time during summers. I am paid at an hourly rate of pay.

**Bag Inspection**

3.       Each day after clocking out and prior to exiting the store, I must go through a bag inspection process which is performed by either a manager or supervisor. It takes less than 5-7 minutes to leave to store after I clock out and have my bag inspected.

4.       I have not had any problems with locating a manager to perform a bag inspection and have no complaints about the process.

**Clocking Out**

5.       I have never experienced any problems with clocking out at the end of my shift. I never perform work for Polo off the clock, and I am compensated for all the time I spend working in the store.

**Rest Breaks**

6.       The rest break schedule is written on the Daily Planning Agenda by the opening manager. I understand that Polo schedules me and encourages me to take two rest breaks during my shift. I always take my first rest break of the day but sometimes I choose not to take my second rest break because I just don't feel like I need a second break.

**Meal Breaks**

7.       Meal breaks are written down on the Daily Planning Agenda, and I usually check the Daily Planning Agenda to see what time my meal break is scheduled.

8.       I have always taken my meal breaks.

2

1  **Declaration of Mara Apadoca**

2       9.     I have read the declaration of Mara Apadoca. I know Mara and have worked at Polo

3  with her since May 2005 when I started working at the Mammoth store.

4       10.    Mara's statement that she only took rest breaks 45% of the time surprises me, and is

5  contrary to my observations as an employee who worked for Polo during part of the same time period

6  as Mara. The previous General Manager, Eric, was very strict about employees taking rest breaks.

7  He would follow up with employees throughout the day to make sure that they had taken a rest break.

8       11.    The wait time for a bag inspection that Mara describes is exaggerated in my opinion,

9  and was closer to 7 minutes at the most during that time period.

10      12.    I know Mara because I have worked with her for a while now. She has a tendency to

11  exaggerate and blow things of out of proportion. In my opinion Mara is a bit of a drama queen.

12      I declare under penalty of perjury that the foregoing is true and correct. Executed at

13  Mammoth Lakes California, this \_\_\_ day of June, 2008.

14

15

16                                        Dylan Clevenger

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346293887v1 June 10, 2008