# EXHIBIT 76

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
3  KAREN ROSENTHAL (SBN 209419)
   GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
6          louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
9  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
10 Email:   meierj@gtlaw.com

11 Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
   Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12 California as Polo Retail Corporation; and Fashions Outlet of
   America, Inc.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 ANN OTSUKA, an individual; JANIS KEEFE,      Case No.  C07-02780 SI
   an individual; CORINNE PHIPPS, an
18 individual; and on behalf of all others similarly   **DECLARATION OF DIANA**
   situated,                                           **VANDERWALL IN SUPPORT OF**
19                                                      **OPPOSITION TO PLAINTIFFS'**
              Plaintiffs,                               **MOTION  FOR CLASS**
20 v.                                                   **CERTIFICATION**

21 POLO RALPH LAUREN CORPORATION, a
   Delaware Corporation; et al.,                        DATE:      July 11, 2008
22                                                      TIME:      9:00 a.m.
              Defendants.                               CTRM:      10, 19th Fl.
23                                                      JUDGE:     The Hon. Susan Illston

24

25

26

27

28

                                        1

1    I, DIANA VANDERWALL, declare:

2    1.    I am presently a supervisor at the Polo Ralph Lauren Factory Outlet store located in

3    Pismo Beach, California ("Pismo Beach store"). I have held this position since October 2005.

4    Previously I was a stockroom lead and a keyholder at the Tulare store from September 1997 to

5    October 2005. I have personal knowledge of the facts set forth in this declaration, and if called as a

6    witness, could and would competently testify as set forth below.

7    2.    I currently work from 33-37 hours per week and I am paid at an hourly rate of pay.

8    **Bag Inspection**

9    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

10   inspection process which is performed by either a manager or supervisor. It takes less than 5 minutes

11   to leave to store after I clock out and have my bag inspected. In the entire time I've been with Polo

12   since 1997, I have had to wait up to 10 minutes on a total of 5 occasions.

13   4.    I have not had any problems with locating a manager to perform a bag inspection and

14   have no complaints about the process.

15   **Clocking Out**

16   5.    I have never experienced any problems with clocking out at the end of my shift. I am

17   always clocked in for the time I spend working in the store, and I don't perform work off the clock. I

18   am compensated for all the time I spend working in the store, and I usually check my paycheck to

19   make sure it reflects the number of hours that I've worked.

20   **Rest Breaks**

21   6.    The rest break schedule is written on the Daily Planning Agenda by the opening

22   manager. I either tell a manager when its time for me to take a rest break or a manager tells me when

23   its time. I initial the Daily Planning Agenda as I'm leaving for my rest break.

24   7.    Since 1997 I always taken my rest break. If I missed one it was my choice but 99% of

25   the time I have taken my rest breaks.

26   **Meal Breaks**

27   8.    Meal breaks work the same way as rest breaks: a manager tells you when to go and the

28   timing is written down on the Daily Planning Agenda.

2

1    9.    I always take my meal breaks. Managers are very good about making sure that

2  employees always take their breaks.

3    10.    Sometimes I function as the Customer Service Manager in my store, and I always

4  make sure that everyone takes a rest and meal break on my shift.

5    I declare under penalty of perjury that the foregoing is true and correct.  Executed at Pismo

6  California, this 17th day of June, 2008.

7

8                                          Diana Vanderwall

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 77

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
            louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email:    meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>          Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF BIANCA BENAVENTE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:         9:00 a.m.<br>CTRM:       10, 19th Fl.<br>JUDGE:      The Hon. Susan Illston |

1

1    I, BIANCA BENAVENTE, declare:

2    1.    I am presently the Womens and Childrens supervisor at the Polo Ralph Lauren Factory

3    Outlet store located in San Diego, California ("San Diego store"). I have personal knowledge of the

4    facts set forth in this declaration, and if called as a witness, could and would competently testify as

5    set forth below.

6    2.    I started working for the San Diego store in September 2007 as a stock supervisor. In

7    January 2008 I was promoted to supervisor. I work approximately 30-40 hours per week, 5 days a

8    week. I am paid at an hourly rate of pay.

9    **Bag Inspection**

10    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

11    inspection process which is performed by either a manager or supervisor. It takes me about 10

12    minutes to leave to store after I clock out and have my bag inspected because I like to stop and talk to

13    people on my way out. If I don't stop to talk it takes about 2-3 minutes to exit the store after clocking

14    out.

15    4.    I have not had any problems with locating a manager to perform a bag inspection and

16    have no complaints about the process.

17    **Clocking Out**

18    5.    I have never experienced any problems with clocking out at the end of my shift.

19    6.    I am always on the clock when I am working. I am paid for all the time spent working

20    in the store.

21    **Rest Breaks**

22    7.    The rest breaks are scheduled by the manager on the Daily Planning Agenda. I always

23    look at it to see when my break scheduled. Sometimes a manager comes and tells me when its time to

24    take my break; sometimes I tell a manager when it is time for me to go.

25    8.    I always take my rest breaks.

26    **Meal Breaks**

27    9.    The timing of meal breaks are scheduled by the manager on the Daily Planning

28    Agenda, and he tells me when its time for me to take my meal break.

2

06/14/2008 18:17 FAX  619 662 0810        POLO RALPH LAUREN #143                    ☒ 013/022

1       10.    I always take my meal breaks.

2       11.    The managers are very anal retentive about making sure that everyone takes their rest

3   and meal breaks.

4       I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

5   Diego, California, this ___12___ day of June, 2008.

6

7                                     Bianca Benavente

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 340293887v1 June 10, 2008

# EXHIBIT 78

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>      Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF ROBERTO LIMONES IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:         9:00 a.m.<br>CTRM:       10, 19th Fl.<br>JUDGE:      The Hon. Susan Illston |

1    I, ROBERTO LIMONES, declare:

2        1.      I am presently a full time stock supervisor at the Polo Ralph Lauren Factory Outlet

3    store located in San Diego, California ("San Diego store").  I have personal knowledge of the facts

4    set forth in this declaration, and if called as a witness, could and would competently testify as set

5    forth below.

6        2.      I started working for the San Diego store in August 2006 as a stock associate.  I was

7    promoted to stock supervisor in February 2008.  I work approximately 35-40 hours per week, 5 days

8    a week. I am paid at an hourly rate of pay.

9    **Bag Inspection**

10       3.      Each day after clocking out and prior to exiting the store, I must go through a bag

11   inspection process which is performed by either a manager or supervisor.  It takes a maximum of 2

12   minutes to leave to store after I clock out and have my bag inspected.

13       4.      I have not had any problems with locating a manager to perform a bag inspection and

14   have no complaints about the process.

15   **Clocking Out**

16       5.      I have never experienced any problems with clocking out at the end of my shift.

17       6.      I am always on the clock when I am working.  I always clock myself in and out unless

18   I work an overnight shift, then a manager clocks me out and adjusts my time the next day.  I am

19   careful to keep track of my hours and compare them to my paycheck, and they have always been

20   accurate.

21   **Rest Breaks**

22       7.      Because I work in the stock room and I'm not out on the selling floor I coordinate my

23   own rest breaks; I just let a manager know when I am leaving.  When I was a stock associate I

24   worked out the timing of my rest break with the stock supervisor.

25       8.      I always take my rest breaks but sometimes I come back early if I have a lot of work to

26   do. I understood that I am supposed to take the entire 15 minutes but sometimes I want to come back

27   early.

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346,296,098v1 6-12-08

1  **Meal Breaks**

2       9.     The timing of meal breaks are coordinated among the stock associates.

3       10.    I always take my meal breaks.

4       I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

5  Diego, California, this _17_ day of June, 2008.

6

7

8                                   Roberto Limones

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
*SV 346293887v1 June 10, 2008*

# EXHIBIT 79

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>           Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF RUBEN ESCALENTE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:       July 11, 2008<br>TIME:        9:00 a.m.<br>CTRM:      10, 19th Fl.<br>JUDGE:     The Hon. Susan Illston |

1

I, RUBEN ESCALENTE, declare:

1.      I am presently the lead cashier at the Polo Ralph Lauren Factory Outlet store located in San Diego, California ("San Diego store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      I started working for the Polo Jeans store, which is no longer open, from November 2006 to January 2007. Then I started working for the San Diego store in April 2007 as a sales associate. I work approximately 27-35 hours per week, 5 days a week. I am paid at an hourly rate of pay.

**Bag Inspection**

3.      Each day after clocking out and prior to exiting the store, I must go through a bag inspection process which is performed by either a manager or supervisor. It takes me about 2-3 minutes to leave the store after I clock out and have my bag inspected. Sometimes I have to find a manager, but it still doesn't take very long.

4.      I have not had any problems with locating a manager to perform a bag inspection and have no complaints about the process.

**Clocking Out**

5.      I have never experienced any problems with clocking out at the end of my shift. I always clock myself in and out.

6.      I am always on the clock when I am working. My paychecks accurately reflect the time that I have worked.

**Rest Breaks**

7.      I know exactly when I am entitled to take rest and meal breaks depending on how many hours I work in a given shift because Polo posts the requirements, and I have memorized them. The manager tells me when it is time to take my rest break.

8.      I have never missed a rest break.

**Meal Breaks**

9.      A manager tells me when to take a meal break. The times for rest and meal breaks are posted on the Daily Planning Agenda, so I know when I'm supposed to take my breaks.

1    10.    I always take my meal breaks.

2    I declare under penalty of perjury that the foregoing is true and correct. Executed at San

3    Diego, California, this 12 day of June, 2008.

4

5                                            _____

6                                            Ruben Escalente

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346293887v1 June 10, 2008

# EXHIBIT 80

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>          Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF OSCAR SEGURA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:          July 11, 2008<br>TIME:          9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:       The Hon. Susan Illston |

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 346,296,099v1 6-11-08

I, OSCAR SEGURA, declare:

1.      I am presently a part-time cashier at the Polo Ralph Lauren Factory Outlet store located in San Diego, California ("San Diego store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      I started working for the San Diego store in November 2007. I work approximately 20 hours per week, 5 days a week. I am paid at an hourly rate of pay.

**Bag Inspection**

3.      Each day after clocking out and prior to exiting the store, I must go through a bag inspection process which is performed by either a manager or supervisor.  It takes about 2 minutes to leave to store after I clock out and have my bag inspected.

4.      I have not had any problems with locating a manager to perform a bag inspection and have no complaints about the process. A manager usually tells me when its time to clock out and then goes to wait by the door for me so he can perform a bag inspection.

**Clocking Out**

5.      I have never experienced any problems with clocking out at the end of my shift.

6.      I am always on the clock when I am working.  I am paid for all the time spend working in the store.

**Rest Breaks**

7.      The rest breaks are scheduled by the manager.  In the morning I am told when I will be taking my breaks for the day.

8.      A manager comes and tells me when its time to take my break.  Sometimes if he forgets I remind him when its time for me to go.  I always take my rest breaks.

**Meal Breaks**

9.      The timing of meal breaks are scheduled by the manager in the morning, and he tells me when its time for me to go.

10.      I always take my meal breaks.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

2    Diego, California, this ⊥⊥  day of June, 2008.

3

4                                        _Oscar Segura_

5                                        Oscar Segura

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 81

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>          Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF MAYA FELIX IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:         July 11, 2008<br>TIME:         9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:       The Hon. Susan Illston |

1

1    I, MAYA FELIX, declare:

2    1.    I am presently a part time cashier lead at the Polo Ralph Lauren Factory Outlet store

3    located in San Diego, California ("San Diego store"). I have personal knowledge of the facts set

4    forth in this declaration, and if called as a witness, could and would competently testify as set forth

5    below.

6    2.    I started working for the San Diego store in May 2005 when the San Diego store first

7    opened. I work approximately 20 hours per week, 5 days a week. I am paid at an hourly rate of pay.

8    **Bag Inspection**

9    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

10    inspection process which is performed by either a manager or supervisor. It takes about 3 minutes to

11    leave to store after I clock out and have my bag inspected. I find a manager on duty who can check

12    me out, or I tell a coworker to send a message over the walkie-talkie to a manager that I need to be

13    checked out.

14    4.    I have not had any problems with locating a manager to perform a bag inspection and

15    have no complaints about the process.

16    **Clocking Out**

17    5.    I have never experienced any problems with clocking out at the end of my shift.

18    6.    I am always on the clock when I am working. I am paid for all the time spend

19    working in the store.

20    **Rest Breaks**

21    7.    The rest breaks are scheduled by the manager. A manager comes and tells me when

22    its time to take my break.

23    8.    I always take my rest breaks.

24    **Meal Breaks**

25    9.    The timing of meal breaks are scheduled by the manager, and he tells me when its

26    time for me to take my meal break.

27    10.    I always take my meal breaks.

28

1        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

2    Diego, California, this ⎣3 day of June, 2008.

3

4    _____    13/ June / 08

                           Maya Felix

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 82

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2   WILLIAM J. GOINES (SBN 061290)
    ALISHA M. LOUIE (SBN 240863)
    KAREN ROSENTHAL (SBN 209419)
3   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
4   East Palo Alto, CA 94303
    Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508
    Email:   goinesw@gtlaw.com
6            louiea@gtlaw.com

7   JEREMY A. MEIER (SBN 139849)
    GREENBERG TRAURIG, LLP
8   1201 K Street, Suite 1100
    Sacramento, CA  95814-3938
9   Telephone:  (916) 442-1111
    Facsimile:  (916) 448-1709
10  Email:   meierj@gtlaw.com

11  Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
    Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12  California as Polo Retail Corporation; and Fashions Outlet of
    America, Inc.

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17  ANN OTSUKA, an individual; JANIS KEEFE,      Case No.  C07-02780 SI
    an individual; CORINNE PHIPPS, an
18  individual; and on behalf of all others similarly   **DECLARATION OF NATALIE VICINO**
    situated,                                     **IN SUPPORT OF OPPOSITION TO**
19                                                **PLAINTIFFS' MOTION  FOR CLASS**
           Plaintiffs,                            **CERTIFICATION**
20  v.

21  POLO RALPH LAUREN CORPORATION, a         DATE:      July 11, 2008
    Delaware Corporation; et al.,            TIME:      9:00 a.m.
22                                           CTRM:      10, 19th Fl.
           Defendants.                       JUDGE:     The Hon. Susan Illston
23

24

25

26

27

28

                                    1

I, NATALIE VICINO, declare:

1. I am presently a part time sales associate at the Polo Ralph Lauren Factory Outlet store located in Vacaville, California ("Vacaville store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2. I started working for the Vacaville store in September 2007 as a sales associate in the Mens Department. I currently work 24 hours per week and I am paid at an hourly rate of pay.

**Bag Inspection**

3. Each day after clocking out and prior to exiting the store, I must go through a bag inspection process which is performed by either a manager or supervisor. It takes an average of 2-3 minutes to leave to store after I clock out and have my bag inspected.

4. I have not had any problems with locating a manager to perform a bag inspection and have no complaints about the process.

**Clocking Out**

5. I have never experienced any problems with clocking out at the end of my shift. If I work past the time the store needs to shut down and a manager clocks me out, they write down my extra time on a note and it is adjusted the next day. I am compensated for all the time I spend working in the store.

**Rest Breaks**

6. The rest break schedule is written on the Daily Planning Agenda by the opening manager. I initial the Daily Planning Agenda as I'm leaving for my rest break. I always check the Daily Planning Agenda to see when my rest and meal breaks are scheduled so I know when I am supposed to leave.

7. I always take my rest breaks.

**Meal Breaks**

8. Meal breaks work the same way as rest breaks: a manager tells you when to go and the timing is written down on the Daily Planning Agenda.

9. I always take my meal breaks, and I've never had to be reminded by a manager to take my rest break.

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346293887v1 June 10, 2008

06/18/2008 18:49 FAX                                                      ☑0003/0003

1

2        I declare under penalty of perjury that the foregoing is true and correct.  Executed at Vacaville

3   California, this $\underline{14}$ day of June, 2008.

4

5                                              Natalie Vicino

6                                              Natalie Vicino

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346253887v1 June 10, 2008

# EXHIBIT 83

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

WILLIAM J. GOINES (SBN 061290)
ALISHA M. LOUIE (SBN 240863)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
Retail, LLC; Polo Ralph Lauren Corporation, doing business in
California as Polo Retail Corporation; and Fashions Outlet of
America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants. | Case No.  C07-02780 SI<br><br>**DECLARATION OF ROBERT IBARRA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION  FOR CLASS CERTIFICATION**<br><br>DATE:        July 11, 2008<br>TIME:         9:00 a.m.<br>CTRM:        10, 19th Fl.<br>JUDGE:       The Hon. Susan Illston |

1

SV 346293887v1 June 10, 2008

1    I, ROBERT IBARRA, declare:

2    1.    I am presently a supervisor at the Polo Ralph Lauren Factory Outlet store located in

3    Vacaville, California ("Vacaville store"). I have personal knowledge of the facts set forth in this

4    declaration, and if called as a witness, could and would competently testify as set forth below.

5    2.    I started working for the Vacaville store in August 2003 as a sales associate in the

6    Mens Department, and I was promoted to supervisor in April 2007. I currently work 30-40 hours per

7    week and I am paid at an hourly rate of pay.

8    **Bag Inspection**

9    3.    Each day after clocking out and prior to exiting the store, I must go through a bag

10    inspection process which is performed by either a manager or supervisor. Since starting with Polo in

11    2003, it has taken an average of 2-4 minutes to leave the store after I clock out and have my bag

12    inspected. Even when it is busy it generally does not take longer than 5 minutes to leave the store.

13    4.    I have not had any problems with locating a manager to perform a bag inspection and

14    have no complaints about the process.

15    **Clocking Out**

16    5.    I have never experienced any problems with clocking out at the end of my shift. My

17    paycheck accurately reflects the number of hours that I have worked; I check it for accuracy.

18    6.    I have never seen my hours recorded inaccurately by Polo in the 3 ½ years I've been

19    here, and I've never had to ask for an adjustment of my time.

20    **Rest Breaks**

21    7.    The rest break schedule is written on the Daily Planning Agenda by the opening

22    manager. In the morning associates confer with managers and learn the time of their rest breaks. If I

23    forget to take a rest break the manager reminds me.

24    8.    Since 2004 I have always taken my rest breaks, but every once and a while I forget.

25    **Meal Breaks**

26    9.    Meal breaks work the same way as rest breaks: a manager tells you when to go and the

27    timing is written down on the Daily Planning Agenda. In the morning associates confer with

28    managers and learn the time of their meal breaks.

2

1    10.    As far as I can remember since I started working here in 2003 I have never missed a

2   meal break.

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed at Vacaville

4   California, this _15_ day of June, 2008.

5

6   _____

7                Robert Ibarra

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 84

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

1

2  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
3  KAREN ROSENTHAL (SBN 209419)
   GREENBERG TRAURIG, LLP
4  1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
5  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
6  Email:   goinesw@gtlaw.com
            louiea@gtlaw.com

7  JEREMY A. MEIER (SBN 139849)
   GREENBERG TRAURIG, LLP
8  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
9  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
10 Email:   meierj@gtlaw.com

11 Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
   Retail, LLC; Polo Ralph Lauren Corporation, doing business in
12 California as Polo Retail Corporation; and Fashions Outlet of
   America, Inc.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 ANN OTSUKA, an individual; JANIS KEEFE,        Case No.  C07-02780 SI
   an individual; CORINNE PHIPPS, an
18 individual; and on behalf of all others similarly   **DECLARATION OF JENNIFER**
   situated,                                      **OLKOWSKI IN SUPPORT OF**
19                                                 **OPPOSITION TO PLAINTIFFS'**
          Plaintiffs,                              **MOTION  FOR CLASS**
20 v.                                              **CERTIFICATION**

21 POLO RALPH LAUREN CORPORATION, a
   Delaware Corporation; et al.,                   DATE:       July 11, 2008
22                                                 TIME:       9:00 a.m.
          Defendants.                              CTRM:       10, 19th Fl.
23                                                 JUDGE:      The Hon. Susan Illston

24

25

26

27

28

                                    1

I, JENNIFER OLKOWSKI, declare:

1.      I am presently a part time sales associate at the Polo Ralph Lauren Factory Outlet store located in Vacaville, California ("Vacaville store"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.      I started working for the Vacaville store in November 2006 as a sales associate in the Womens Department.   I currently work 20-30 hours per week and I am paid at an hourly rate of pay.

**Bag Inspection**

3.      Each day after clocking out and prior to exiting the store, I must go through a bag inspection process which is performed by either a manager or supervisor.  It takes less than 5 minutes to leave to store after I clock out and have my bag inspected.

4.      I have not had any problems with locating a manager to perform a bag inspection and have no complaints about the process.

**Clocking Out**

5.      I have never experienced any problems with clocking out at the end of my shift.  If I work past the time the store needs to shut down and a manager clocks me out, they write down my extra time on a note and it is adjusted the next day. I am compensated for all the time I spend working in the store.

**Rest Breaks**

6.      The rest break schedule is written on the Daily Planning Agenda by the opening manager.  I initial the Daily Planning Agenda as I'm leaving for my rest break.

7.      I always take my rest break.

**Meal Breaks**

8.      Meal breaks work the same way as rest breaks: a manager tells you when to go and the timing is written down on the Daily Planning Agenda.

9.      I always take my meal breaks. Managers are very good about making sure that employees always take their breaks.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed at Vacaville

2  California, this ___ day of June, 2008.

3

4

5                                              Jennifer Ojkowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 348293887v1 June 10, 2008