# EXHIBIT 85

to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification

1  William J. Goines (SBN 061290)
   Alisha M. Louie (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email:   goinesw@gtlaw.com
5           louiea@gtlaw.com

6  Jeremy A. Meier (SBN 139849)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  Email:   meierj@gtlaw.com

10 Attorneys for Defendants Polo Ralph Lauren
   Corporation; Polo Retail, LLC; Polo Ralph Lauren
11 Corporation, doing business in California as Polo Retail
   Corporation; and Fashions Outlet of America, Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | ANN OTSUKA, an individual; JANIS KEEFE, | Case No. C07-02780 SI
   | an individual; CORINNE PHIPPS, and
16 | individual; and JUSTIN KISER, an individual; | **DECLARATION OF SCOTT KAFOURY**
   | and on behalf of all others similarly situated, | **IN SUPPORT OF DEFENDANTS'**
17 |                                              | **OPPOSITION TO PLAINTIFFS'**
   |        Plaintiff,                            | **MOTION FOR CLASS**
18 | v.                                           | **CERTIFICATION**

19 | POLO RALPH LAUREN CORPORATION, a | Date:
   | Delaware Corporation; et al.,                 | Time:
20 |                                              | Dept: Courtroom 10, 19th Fl.
   |        Defendants.                           | Judge: Hon. Susan Illston
21

22
   AND RELATED CROSS-ACTIONS.
23

24

25

26

27

28

                                                                1                          Case No. C07-02780 SI
              DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

I, Scott Kafoury, hereby affirm, under penalty of perjury, as follows:

1. I presently am the District Manager for Polo Ralph Lauren Factory Outlet Stores located in Camarillo, Pismo Beach, Ontario, Cabazon, Carlsbad, San Diego, and Alpine, California. I have served in this position since January 2005. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2. Presently, I oversee seven stores. I am responsible for management, development and ensuring that company policies are met. I have weekly conference calls with the General Managers for the stores in my district. I have individual calls with General Managers twice a month.

3. My responsibilities include explaining to the General Mangers the rest and meal break policy and ensuring that those policies are enforced in the stores. I personally follow up in each store in my district to personally observe whether policies are being followed.

4. General Managers are required to use a Daily Planning Agenda to ensure that each employee takes a rest and meal break. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks. When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break.

5. I personally explained this rest and meal break policy to all of the General Managers in California.

6. Each of the stores in my district vary dramatically in size, from 6000 square feet (Alpine) to 10,700 square feet (Camarillo), and the range of sales associates in each store is anywhere from 12 employees to 85. Each store follows Polo company policies and procedures but the practices in each store differ depending on the size of the store and the number of employees.

7. In my scope as district manager, I have never observed any of the problems contained in the Complaint in any of my stores, nor have any of my General Managers brought any of those issues to my attention.

//

//

1

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SV 346,253,211v1 1/25/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2008

_____
Scott Kafoury

# EXHIBIT 86

**to Declaration of William J. Goines in Opposition to
Plaintiffs' Motion for Class Certification**

William J. Goines (SBN 061290)
Alisha M. Louie (SBN 240863)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         louiea@gtlaw.com

Jeremy A. Meier (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren
Corporation, doing business in California as Polo Retail
Corporation; and Fashions Outlet of America, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>　　　Defendants. | Case No. C07-02780 SI<br><br>**DECLARATION OF TRACEY FICKLIN-WAGENER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:　July 11, 2008<br>Time:　9:00 a.m.<br>Dept:　Courtroom 10, 19th Fl.<br>Judge: Hon. Susan Illston |

I, Tracey Ficklin-Wagener, hereby affirm, under penalty of perjury, as follows:

1.  I presently am the District Manager for Polo Ralph Lauren Factory Outlet Stores located in Vacaville, Gilroy, Gilroy Childrens store, and Shasta, California. I have served in this position since December 2004. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.  Presently, I oversee eight stores; four of those stores are located in California. I am responsible for management, development, customer experience and ensuring that company policies are met. I have weekly conference calls with the General Managers for the stores in my district. I have individual calls with General Managers twice a month.

3.  My responsibilities include explaining to the General Mangers the rest and meal break policy and ensuring that those policies are enforced in the stores. I personally follow up in each store in my district to personally observe whether policies are being followed.

4.  General Managers are required to use a Daily Planning Agenda to ensure that each employee takes a rest and meal break. This form has a list of all sales associates scheduled to work and lists when each sales associate is scheduled to take their rest and meal breaks. When a sales associate leaves to take their rest or meal break, they initial the Daily Planning Agenda next to their rest or meal break time to indicate that they have taken their rest or meal break. The General Managers fax the Daily Planning Agenda's to Polo's Human Resources Department every Sunday so that Polo can ensure that these policies are being followed.

5.  Each of the stores in my district vary in size, from approximately 4,000 square feet (Gilroy Children's) to approximately 10,000 square feet (Gilroy), and the range of sales associates in each store is anywhere from 6 employees to 60. Each store follows Polo company policies and procedures but the practices in each store differ depending on the size of the store and the number of employees.

6.  In addition to differing sizes, the sales volume of the store impacts the practices of that store. The smaller the store, the more personal interaction between managers and sales associates.

7.  In my scope as district manager, I have never observed any of the problems contained

1

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
SV 346,253,211v1 1/25/2008

in the Complaint in any of my stores, nor have any of my General Managers brought any of those issues to my attention.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 2, 2008

_____
Tracey Ficklin-Wagener