Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)

Attorneys for Plaintiffs
Janis Keefe, Corinne Phipps and Renee Davis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and RENEE DAVIS, an individual; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation<br><br>Defendants. | Case No.: C-07-02780-SI<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Judge: Hon. Susan Illston**<br>**Hearing Date: July 11, 2008**<br>**Hearing Time: 9:00 a.m.**<br><br>**Location: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

*Otsuka, et al. v. Polo, et al.*                                  Case No. C-07-02780-SI

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CLASS CERTIFICATION
1

    Plaintiffs Janis Keefe, Corinne Phipps and Renee Davis hereby request the Court take judicial notice pursuant to Federal Rule of Civil Procedure 201(d), the following two legislative documents:

    Exhibit 1: California Department of Industrial Relations History of California Minimum Wage, found at www.165.235.90.100/iwc/**MinimumWageHistory**.htm.

    Exhibit 2: San Francisco Office of Labor Standards Enforcement Minimum Wage Ordinance, found at http://www.sfgov.org/site/olse_index.asp?id=27605.

Dated: June 27, 2008　　　　　　THE LAW OFFICE OF PATRICK R. KITCHIN

By: Patrick R. Kitchin
Counsel to Plaintiffs

---

*Otsuka, et al. v. Polo, et al.*　　　　　　　　　　　　　　　　　　　Case No. C-07-02780-SI

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CLASS CERTIFICATION

2

EXHIBIT 1

Welcome to the California
# DEPARTMENT OF INDUSTRIAL RELATIONS

Industrial Welfare Commission (IWC)

## History of California Minimum Wage

| effective date | new minimum wage | old mimimum wage | amount of increase | percentage of increase over previous wage |
|---|---|---|---|---|
| **January 1, 2008** | $8.00 | $7.50 | $0.50 | 6.7 percent |
| **January 1, 2007** | $7.50 | $6.75 | $0.75 | 11.1 percent |
| January 1, 2002 | $6.75 | $6.25 | $0.50 | 8.00 percent |
| January 1, 2001 | $6.25 | $5.75 | $0.50 | 8.70 percent |
| March 1, 1998 | $5.75 | $5.15 | $0.60 | 11.65 percent |
| September 1, 1997 | $5.15 | $5.00 | $0.15 | 3.00 percent |
| March 1, 1997 | $5.00 | $4.75 | $0.25 | 5.26 percent |
| October 1, 1996 | $4.75 | $4.25 | $0.50 | 11.76 percent |
| July 1, 1988 | $4.25 | $3.35 | $0.90 | 26.87 percent |
| January 1, 1981 | $3.35 | $3.10 | $0.25 | 8.06 percent |
| January 1, 1980 | $3.10 | $2.90 | $0.20 | 6.90 percent |
| January 1, 1979 | $2.90 | $2.65 | $0.25 | 9.43 percent |
| April 1, 1978 | $2.65 | $2.50 | $0.15 | 6.00 percent |
| October 18, 1976 | $2.50 | $2.00 | $0.50 | 25.00 percent |
| March 4, 1974 | $2.00 | $1.65 | $0.35 | 21.21 percent |
| February 1, 1968 | $1.65 | $1.30 | $0.35 | 26.92 percent |
| August 30, 1964 | $1.30 | $1.25 | $0.05 | 4.00 percent |
| August 30, 1963 | $1.25 | $1.00 | $0.25 | 25.00 percent |
| November 15, 1957 | $1.00 | $0.75 | $0.25 | 33.33 percent |
| August 1, 1952 | $0.75 | $0.65 | $0.10 | 15.38 percent |
| June 1, 1947 | $0.65 | $0.45 | $0.20 | 44.44 percent |
| February 8, 1943 | $0.45 | $0.33 | $0.12 | 36.36 percent |
| 1920 | $0.33 | $0.28 | $0.05 | 17.86 percent |
| 1919 | $0.28 | $0.21 | $0.07 | 33.33 percent |
| 1918 | $0.21 | $0.16 | $0.05 | 31.25 percent |
| 1916 | $0.16 | - | - | - |

Conditions of Use | Privacy Policy
Copyright © 2008 State of California

# EXHIBIT 2

# Office of Labor Standards Enforcement

TEXT ONLY:

PRINT:

TEXT SIZE:

## Minimum Wage Ordinance (MWO)
**Statutory Authority**

- Minimum Wage Ordinance, San Francisco Administrative Code, Chapter 12R
- Personal Services Minimum Contractual Rate Ordinance, Administrative Code Chapter 12V

Overview

## 2008 Minimum Wage Rate: $9.36/hour
*effective January 1, 2008*

- Frequently Asked Questions (FAQs) - PDFs   English   Chinese   Spanish
- Historical MWO Wage Rates:
    - 2007: $9.14/hour
    - 2006: $8.82/hour
    - 2005: $8.62/hour (*$7.75 for nonprofit & small business*)
    - 2004: $8.50/hour (*nonprofit & small business exempt*)



Click Image to View or Print

### Forms & Documents

- MWO Official Poster (PDF)
  **Must be displayed at each workplace**
- Wage Claim Form - PDFs   English   Chinese   Spanish

### Hearing Officer Decisions

- Chinatown Restaurant - February 13, 2007
- Golden Dragon Restaurant - October 2, 2006

### Notice of Administrative Review Hearings