DANIEL FEDER (SB#130867)
THE LAW OFFICES OF DANIEL FEDER
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-02780 SI<br><br>**NOTICE OF LIEN** |

**TO DEFENDANTS POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive**

You are hereby notified that the Law Offices of Daniel L. Feder ("Attorney"), assert a lien against any settlement paid or to be paid by POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC.; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., or any other defendant here to be named in the above-captioned case on account of any of

Notice of Lien - 1

the claims alleged, or to be alleged, in the above-referenced case. Said lien is asserted to secure payment from Plaintiffs for attorneys' services provided by Attorneys for the benefit of Plaintiffs pursuant to a written fee contract between Attorneys and Plaintiffs. By virtue of this written fee agreement, Attorneys have and claims a lien ahead of all others on said Plaintiffs' claims and causes of action asserted herein, and on any judgment in favor of said Plaintiffs, to secure payment for legal services rendered, and for costs and expenses advanced on behalf of Plaintiffs, all in accordance with the terms and conditions of their fee agreement with Plaintiffs.

POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC.; POLO RALPH LAUREN CORPORATION, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., and their attorneys of record herein, are hereby instructed to include the "The Law Offices of Daniel L. Feder" on any and all settlement checks tendered to plaintiffs, and/or their attorneys of record, or any other person, in settlement of the claims alleged, or to be alleged, in this case.

Dated: July 28, 2008                    LAW OFFICES OF DANIEL L. FEDER

                                        By: _____
                                            Daniel L. Feder