1  WILLIAM J. GOINES (SBN 061290)
   ALISHA M. LOUIE (SBN 240863)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, CA  94303
   Telephone: (650) 328-8500
4  Facsimile:  (650) 328-8508
   Email:   goinesw@gtlaw.com; louiea@gtlaw.com
5
   JEREMY A. MEIER (SBN 139849)
6  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
7  Sacramento, CA  95814
   Telephone: (916) 442-1111
8  Facsimile:  (916) 448-1709
   Email:   meierj@gtlaw.com
9
   Attorneys for Defendants Polo Ralph Lauren
10 Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
   doing business in California as Polo Retail Corporation; and
11 Fashions Outlet of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual and on behalf of all others similarly situated; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; JUSTIN KISER, an individual; and RENEE DAVIS,<br><br>        Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC; POLO RALPH LAUREN CORPORATION, DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION; AND FASHIONS OUTLET OF AMERICA, INC.,<br><br>        Defendants. | Case No.   C07-02780 SI<br><br>**NOTICE OF MOTION AND MOTION FOR DECERTIFICATION OF PLAINTIFFS' REST BREAK CLASS**<br><br>Date:      October 10, 2008<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 10, 19th Floor<br>Judge:    Hon. Susan Illston |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 10, 2008 at the hour of 9:00 a.m., or as soon thereafter as this matter may be heard in Department 10 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc. (collectively, "Polo") will move this court for an order decertifying Plaintiffs' class with respect to rest break claims.

This motion will be made on the grounds that the July 22, 2008 decision by the Fourth Appellate District Court of Appeal in *Brinker Restaurant Corporation v. The Superior Court of San Diego County (Hohnbaum),* ___ Cal.App. 4th ___, 2008 WL 2806613 represents a significant shift in California law with regard to the circumstances under which rest breaks classes may be certified. This change in the substantive law governing rest breaks justifies decertification of the rest break class certified by this Court in its July 8, 2008 Order.

This motion will be based on the Notice of Motion and Motion herein, the Memorandum of Points and Authorities filed concurrently herewith, all other pleadings and files in this matter, and such other and further argument which may be presented at the hearing on this matter.

Dated: August 18, 2008.                                   GREENBERG TRAURIG, LLP

By: /s/ *William J. Goines*
    William J. Goines
    Jeremy A. Meier
    Alisha M. Louie

Attorneys for Defendants Polo Ralph LaurenCorporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc