IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA,                                         No. C 07-02780SI

       Plaintiff,                              **NOTICE**

  v.

POLO RALPH LAUREN CORPORATION,

       Defendant.
                                     /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management re: request to continue the decertification motion has been scheduled to occur on September 3, 2008, at 10:30 a.m.

Please report to Courtroom #10 on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA.

Dated: August 27, 2008                              RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk