UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/3/08

Case No.   C-07-2780SI           Judge:   SUSAN ILLSTON

Title: Ann Otsuka -v- Polo Ralph Lauren

Attorneys: Kitchin,          W. Goines (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1) Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to _ for Further Case Management Conference

Case continued to **11/7/08 @ 9:00 A.M.** For motion for Decertification
( oppo 10/17/08, reply 10/24/08)

Case continued to **5/2/08 @ 9:00 a.m.** For Defendant's Motion to Dismiss/Remand
(file 3/28/08, opposition 4/11/08, reply 4/18/08)

Case continued to __ for Pretrial Conference

Case continued to _ for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
 Counsel shall conduct further discovery prior to the motion to decertify.