1   William J. Goines (SBN 061290)
    Alisha M. Louie (SBN 240863)
2   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
3   East Palo Alto, CA 94303
    Telephone: (650) 328-8500
4   Facsimile: (650) 328-8508
    Email:   goinesw@gtlaw.com
5            louiea@gtlaw.com

6   Jeremy A. Meier (SBN 139849)
    GREENBERG TRAURIG, LLP
7   1201 K Street, Suite 1100
    Sacramento, CA 95814-3938
8   Telephone: (916) 442-1111
    Facsimile: (916) 448-1709
9   Email:   meierj@gtlaw.com

10  Attorneys for Defendants Polo Ralph Lauren Corporation; Polo
    Retail, LLC; Polo Ralph Lauren Corporation, doing business in
11  California as Polo Retail Corporation; and Fashions Outlet of
    America, Inc.

12
                      UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14

15  ANN OTSUKA, an individual; JANIS          Case No.   C07-02780 SI
    KEEFE, an individual; CORINNE PHIPPS,
16  an individual; and JUSTIN KISER, an       **DEFENDANT POLO RETAIL, LLC'S**
    individual; and on behalf of all other similarly  **RESPONSES TO PLAINTIFFS' REQUEST**
17  situated,                                 **FOR ADMISSIONS AND**
                                              **INTERROGATORIES (SET TWO)**
18              Plaintiff(s),

19  v.

20  POLO RALPH LAUREN CORPORATION,
    a Delaware Corporation; et al.,
21
                Defendant(s).
22

23  AND RELATED CROSS-ACTION.

24

25        **PROPOUNDING PARTY:** PLAINTIFFS KEEFE, DAVIS and PHIPPS

26        **RESPONDING PARTY:**   DEFENDANT POLO RETAIL, LLC

27        **SET NO:**             TWO (2)

28

**PRELIMINARY STATEMENT**

Defendant Polo Retail, LLC ("Polo" or "Defendant"), pursuant to Rules 33 and 36 of the Federal Rules of Civil Procedure, hereby serves its responses and objections to Plaintiffs Janis Keefe, Corinne Phipps and Renee Davis' ("Plaintiffs") Requests for Admissions & Interrogatories (Set Two) ("Requests"). Discovery and preparation with respect to this litigation is ongoing and not complete at this time. Accordingly, the information contained in these responses is based upon the facts and information currently known or believed by Defendant, and Defendant reserves the right to supplement its responses as additional facts are discovered.

Polo further reserves the right to rely upon and to present as evidence at trial such additional information as may be discovered and/or developed by Polo and its attorneys throughout the course of this litigation.

**GENERAL OBJECTIONS**

1. Each response given to the Requests and any documents identified therein is subject to all objections including, but not limited to, privilege, relevancy, authenticity, and admissibility which would require exclusion of the evidence if it were offered in Court, all of which objections and grounds are hereby reserved.

2. Defendant objects to each of the Requests to the extent they seek information or documents which are not relevant to the subject matter of the pending action or reasonably calculated to lead to the discovery of admissible evidence.

3. Defendant objects to each of the Requests to the extent they are overly broad, unduly burdensome, vague, ambiguous or call for a legal conclusion.

4. Defendant objects to each of the Requests to the extent they seek information or documents regarding or containing information about persons or entities other than the parties to the pending action for the reason that such documents or information are not relevant to the subject matter of the pending action or reasonably calculated to lead to the discovery of admissible evidence.

5. Defendant objects to each of the Requests to the extent they seek documents, tangible things or information which have been prepared in anticipation of litigation or for trial, or are otherwise subject to protection pursuant to the work-product doctrine.

1      6.    Defendant objects to each of the Requests to the extent they seek documents or

2 information subject to protection under the attorney-client privilege or any other applicable privilege.

3      7.    Defendant objects to each of the Requests to the extent they are unreasonably

4 cumulative or duplicative, or that the information or documents requested therein are obtainable from

5 some other source that is more convenient, less burdensome, or less expensive.

6      8.    Defendant objects to each of the Requests to the extent that the burden or expense of

7 responding to such Request outweighs the benefit of such Request.

8      9.    Defendant objects to each of the Requests to the extent that the Request seeks

9 information or documents which contain trade secrets or other proprietary, confidential research,

10 development or commercial information.

11    10.    Defendant objects to each of the Definitions and Instructions contained in the

12 Requests to the extent they are overly broad and unduly burdensome.

13    11.    The fact that Defendant has provided a factual response or identified a document is not

14 an admission that the fact or document is admissible in evidence and is not to be construed as a

15 waiver of an objection which may hereafter be interposed to the admissibility of such fact or

16 document as evidence in this case.

17    12.    Defendant is continuing its investigation and analyses of the facts and law related to

18 this case and has not yet concluded its investigation, discovery and preparation for trial.  Therefore,

19 these Responses are given without prejudice to Defendant's right to produce or use any subsequently

20 discovered facts or writings or to add to, modify or otherwise change or amend the Responses herein.

21 These Responses are based on writings and information currently available to Defendant.  The

22 information is true and correct to the best of Defendant's knowledge, as of this date, and is subject to

23 correction, and supplementation for any inadvertent errors, mistakes, or omissions.

24    13.    Defendant objects to each and every request for admission to the extent it violates the

25 constitutional, statutory or common law rights to privacy of any person or entity including the

26 members of the purported "CLASS."

27    14.    This Preliminary Statement and all general objections are hereby incorporated into the

28 following response:

1       **<u>RESPONSES TO REQUESTS FOR ADMISSION & INTERROGATORIES</u>**

2  **<u>REQUEST 1</u>**

3       Admit that, during the CLASS PERIOD, you have required that all EMPLOYEES submit to

4  SEARCHES.

5  **<u>RESPONSE TO REQUEST 1</u>**

6       Polo specifically objects on the grounds that this request is vague and ambiguous as to the

7  phrase "you have required that all EMPLOYEES submit" and that it is overbroad.  Polo further

8  specifically objects on the ground this request is argumentative.  Subject to the foregoing general and

9  specific objections, Polo admits the request to the extent it refers to employee loss prevention

10  inspections.

11  **<u>INTERROGATORY 1</u>**

12       If your response to Request 1 is anything other than an unqualified admission, state all facts

13  on which your response is based.

14  **<u>RESPONSE TO INTERROGATORY 1</u>**

15       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

16  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

17  already answered at least three hundred and twenty three (323) interrogatories propounded by

18  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

19  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

20  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

21  confer as necessary.

22  **<u>INTERROGATORY 2</u>**

23       If your response to Request 1 is anything other than an unqualified admission, IDENTIFY

24  each EMPLOYEE whom YOU did not require to submit to SEARCHES.

25  **<u>RESPONSE TO INTERROGATORY 2</u>**

26       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

27  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

28  already answered at least three hundred and twenty three (323) interrogatories propounded by

1  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

2  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

3  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

4  confer as necessary.

5  **INTERROGATORY 3**

6      If your response to Request 1 is anything other than an unqualified admission, IDENTIFY

7  each person with knowledge supportive of your response.

8  **RESPONSE TO INTERROGATORY 3**

9      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

10  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

11  already answered at least three hundred and twenty three (323) interrogatories propounded by

12  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

13  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

14  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

15  confer as necessary.

16  **INTERROGATORY 4**

17      If your response to Request 1 is anything other than an unqualified admission, SPECIFY each

18  DOCUMENT supporting your response.

19  **RESPONSE TO INTERROGATORY 4**

20      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

**REQUEST 2**

Admit that all CLASS MEMBERS have experienced at least some WAITING TIME for which you did not compensate them.

**RESPONSE TO REQUEST 2**

Polo specifically objects to the request on the grounds that it is argumentative, is not relevant to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and ambiguous as to the phrase "have experienced at least some WAIT TIME". Subject to and without waiving the foregoing general and specific objections, Polo denies the request.

**INTERROGATORY 5**

If your response to Request 2 is anything other than an unqualified admission, state all facts on which your response is based.

**RESPONSE TO INTERROGATORY 5**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 6**

If your response to Request 2 is anything other than an unqualified admission, IDENTIFY each CLASS MEMBER who did not experience any unpaid WAITING TIME.

**RESPONSE TO INTERROGATORY 6**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and
2  confer as necessary.

3  **INTERROGATORY 7**

4       If your response to Request 2 is anything other than an unqualified admission, IDENTIFY
5  each person with knowledge supportive of your response.

6  **RESPONSE TO INTERROGATORY 7**

7       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number
8  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has
9  already answered at least three hundred and twenty three (323) interrogatories propounded by
10 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.
11 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly
12 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and
13 confer as necessary.

14 **INTERROGATORY 8**

15      If your response to Request 2 is anything other than an unqualified admission, SPECIFY each
16 DOCUMENT supporting your response.

17 **RESPONSE TO INTERROGATORY 8**

18      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number
19 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has
20 already answered at least three hundred and twenty three (323) interrogatories propounded by
21 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.
22 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly
23 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and
24 confer as necessary.

25 **INTERROGATORY 9**

26      Explain in detail why you have not compensated CLASS MEMBERS for WAITING TIME.

27

28

1    **RESPONSE TO INTERROGATORY 9**

2          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3    of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4    already answered at least three hundred and twenty three (323) interrogatories propounded by

5    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7    increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8    confer as necessary.

9    **REQUEST 3**

10          Admit that you have not RECORDED CLASS MEMBERS' WAITING TIME.

11   **RESPONSE TO REQUEST 3**

12          Polo specifically objects to the request on the grounds that it is argumentative, is not relevant

13   to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it

14   is vague, ambiguous and unintelligible as to the phrase "RECORDED CLASS MEMBERS'

15   WAITING TIME".  Based on the foregoing, Defendant lacks sufficient information to respond to this

16   request and on that basis Defendant denies the request.

17   **INTERROGATORY 10**

18          If your response to Request 3 is anything other than an unqualified admission, state all facts

19   on which your response is based.

20   **RESPONSE TO INTERROGATORY 10**

21          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

22   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

23   already answered at least three hundred and twenty three (323) interrogatories propounded by

24   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

25   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

26   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

27   confer as necessary.

28

1 | **INTERROGATORY 11**

2 | If your response to Request 3 is anything other than an unqualified admission, IDENTIFY

3 | each person with knowledge supportive of your response.

4 | **RESPONSE TO INTERROGATORY 11**

5 | Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6 | of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

7 | already answered at least three hundred and twenty three (323) interrogatories propounded by

8 | Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9 | Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10 | increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

11 | confer as necessary.

12 | **INTERROGATORY 12**

13 | If your response to Request 3 is anything other than an unqualified admission, SPECIFY each

14 | DOCUMENT supporting your response.

15 | **RESPONSE TO INTERROGATORY 12**

16 | Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17 | of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

18 | already answered at least three hundred and twenty three (323) interrogatories propounded by

19 | Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20 | Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21 | increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

22 | confer as necessary.

23 | **INTERROGATORY 13**

24 | If your response to Request 3 is anything other than an unqualified admission, IDENTIFY

25 | each CLASS MEMBER whose WAITING TIME you have RECORDED.

26 | **RESPONSE TO INTERROGATORY 13**

27 | Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

28 | of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

1  already answered at least three hundred and twenty three (323) interrogatories propounded by

2  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

5  confer as necessary.

6  **INTERROGATORY 14**

7      Describe in detail all steps taken on a state-wide basis in California to ensure that YOUR

8  EMPLOYEES' WAITING TIME has been RECORDED.

9  **RESPONSE TO INTERROGATORY 14**

10      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

11  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

12  already answered at least three hundred and twenty three (323) interrogatories propounded by

13  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

14  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

15  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

16  confer as necessary.

17  **REQUEST 4**

18      Admit that each CLASS MEMBER averaged 5 or more minutes per day of unpaid WAITING

19  TIME over the course of his or her tenure with you during the CLASS PERIOD.

20  **RESPONSE TO REQUEST 4**

21      Polo specifically objects to the request on the grounds that it is argumentative, and on the

22  grounds that it is vague and ambiguous. Subject to and without waiving the foregoing general and

23  specific objections, Polo denies the request.

24  **INTERROGATORY 15**

25      If your response to Request 4 is anything other than an unqualified admission, state all facts

26  on which your response is based.

27

28

1  **RESPONSE TO INTERROGATORY 15**

2        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 16**

10        If your response to Request 4 is anything other than an unqualified admission, IDENTIFY

11  each CLASS MEMBER who did not average 5 or more minutes per day of unpaid WAITING TIME

12  over the course of his or her tenure with you during the CLASS PERIOD.

13  **RESPONSE TO INTERROGATORY 16**

14        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

16  already answered at least three hundred and twenty three (323) interrogatories propounded by

17  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

20  confer as necessary.

21  **INTERROGATORY 17**

22        If your response to Request 4 is anything other than an unqualified admission, IDENTIFY

23  each person with knowledge supportive of your response.

24  **RESPONSE TO INTERROGATORY 17**

25        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

27  already answered at least three hundred and twenty three (323) interrogatories propounded by

28  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **INTERROGATORY 18**

5          If your response to Request 4 is anything other than an unqualified admission, SPECIFY each

6   DOCUMENT supporting your response.

7   **RESPONSE TO INTERROGATORY 18**

8          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

10  already answered at least three hundred and twenty three (323) interrogatories propounded by

11  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

14  confer as necessary.

15  **REQUEST 5**

16         Admit that each CLASS MEMBER averaged 2 or more minutes per day of unpaid WAITING

17  TIME over the course of his or her tenure with you during the CLASS PERIOD.

18  **RESPONSE TO REQUEST 5**

19         Polo specifically objects to the request on the grounds that it is vague, ambiguous and

20  unintelligible as to the phrase "over the course of his or her tenure with you".  Subject to and without

21  waiving the foregoing general and specific objections, Polo denies the request.

22  **INTERROGATORY 19**

23         If your response to Request 5 is anything other than an unqualified admission, state all facts

24  on which your response is based.

25  **RESPONSE TO INTERROGATORY 19**

26         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

27  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

28  already answered at least three hundred and twenty three (323) interrogatories propounded by

1  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

2  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

3  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

4  confer as necessary.

5  **INTERROGATORY 20**

6        If your response to Request 5 is anything other than an unqualified admission, IDENTIFY

7  each CLASS MEMBER who did not average 2 or more minutes per day of unpaid WAITING TIME

8  over the course of his or her tenure with you during the CLASS PERIOD.

9  **RESPONSE TO INTERROGATORY 20**

10        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

11  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

12  already answered at least three hundred and twenty three (323) interrogatories propounded by

13  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

14  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

15  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

16  confer as necessary.

17  **INTERROGATORY 21**

18        If your response to Request 5 is anything other than an unqualified admission, IDENTIFY

19  each person with knowledge supportive of your response.

20  **RESPONSE TO INTERROGATORY 21**

21        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

22  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

23  already answered at least three hundred and twenty three (323) interrogatories propounded by

24  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

25  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

26  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

27  confer as necessary.

28

1   **INTERROGATORY 22**

2     If your response to Request 5 is anything other than an unqualified admission, SPECIFY each

3   DOCUMENT supporting your response.

4   **RESPONSE TO INTERROGATORY 22**

5     Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7   already answered at least three hundred and twenty three (323) interrogatories propounded by

8   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11  confer as necessary.

12  **INTERROGATORY 23**

13    State the total amount of all CLASS MEMBERS' unpaid WAITING TIME for the entire

14  CLASS PERIOD.

15  **RESPONSE TO INTERROGATORY 23**

16    Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18  already answered at least three hundred and twenty three (323) interrogatories propounded by

19  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22  confer as necessary.

23  **INTERROGATORY 24**

24    Describe in detail all how you calculated your response to the prior interrogatory, including

25  all assumptions you relied upon.

26  **RESPONSE TO INTERROGATORY 24**

27    Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

28  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

1   already answered at least three hundred and twenty three (323) interrogatories propounded by

2   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5   confer as necessary.

6   **INTERROGATORY 25**

7        For each of the years 2002-2008, state the average daily amount of unpaid WAITING TIME

8   experienced by your EMPLOYEES.

9   **RESPONSE TO INTERROGATORY 25**

10       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

11   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

12   already answered at least three hundred and twenty three (323) interrogatories propounded by

13   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

14   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

15   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

16   confer as necessary.

17   **INTERROGATORY 26**

18       Describe in detail all how you calculated your response to the prior interrogatory, including

19   all assumptions you relied upon.

20   **RESPONSE TO INTERROGATORY 26**

21       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

22   of interrogatories under Fed. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

23   already answered at least three hundred and twenty three (323) interrogatories propounded by

24   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

25   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

26   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

27   confer as necessary.

28

1   **INTERROGATORY 27**

2         IDENTIFY each of your EXECUTIVES during the CLASS PERIOD whose responsibilities

3   included determining whether EMPLOYEES in California were being paid for WAITING TIME.

4   **RESPONSE TO INTERROGATORY 27**

5         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6   of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

7   already answered at least three hundred and twenty three (323) interrogatories propounded by

8   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10   increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

11   confer as necessary.

12   **REQUEST 6**

13         Admit that none of your EXECUTIVES took any measures during the CLASS PERIOD to

14   determine whether EMPLOYEES in California were being paid for WAITING TIME.

15   **RESPONSE TO REQUEST 6**

16         Polo specifically objects to the request on the grounds that it is argumentative, is not relevant

17   to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it

18   is vague and ambiguous as to the phrase "took any measure … to determine…." Subject to and

19   without waiving the foregoing general and specific objections, Polo denies the request.

20   **INTERROGATORY 28**

21         If your response to Request 6 is anything other than an unqualified admission, describe in

22   detail all facts on which your response is based.

23   **RESPONSE TO INTERROGATORY 28**

24         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

25   of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

26   already answered at least three hundred and twenty three (323) interrogatories propounded by

27   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

28   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

2 confer as necessary.

3 **INTERROGATORY 29**

4      If your response to Request 6 is anything other than an unqualified admission, SPECIFY all

5 DOCUMENTS supporting your response.

6 **RESPONSE TO INTERROGATORY 29**

7      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

8 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

9 already answered at least three hundred and twenty three (323) interrogatories propounded by

10 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

11 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

12 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

13 confer as necessary.

14 **INTERROGATORY 30**

15      If your response to Request 6 is anything other than an unqualified admission, IDENTIFY the

16 EXECUTIVES who took measures to determine whether CLASS MEMBERS were being paid for

17 WAITING TIME.

18 **RESPONSE TO INTERROGATORY 30**

19      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

20 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

21 already answered at least three hundred and twenty three (323) interrogatories propounded by

22 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

23 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

24 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

25 confer as necessary.

26 **INTERROGATORY 31**

27      Describe in detail all measures the EXECUTIVES you identified in response to the preceding

28 interrogatory took to assess whether EMPLOYEES in CALIFORNIA were being paid for WAITING

1 | TIME.

2 | **RESPONSE TO INTERROGATORY 31**

3 |       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

4 | of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

5 | already answered at least three hundred and twenty three (323) interrogatories propounded by

6 | Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

7 | Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

8 | increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

9 | confer as necessary.

10 | **INTERROGATORY 32**

11 |       IDENTIFY each of your EXECUTIVES during the CLASS PERIOD whose responsibilities

12 | included ensuring that EMPLOYEES in California were being paid for WAITING TIME.

13 | **RESPONSE TO INTERROGATORY 32**

14 |       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15 | of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

16 | already answered at least three hundred and twenty three (323) interrogatories propounded by

17 | Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18 | Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19 | increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

20 | confer as necessary.

21 | **REQUEST 7**

22 |       Admit that none of your EXECUTIVES took any measures to ensure EMPLOYEES were

23 | being paid for WAITING TIME.

24 | **RESPONSE TO REQUEST 7**

25 |       Polo specifically objects to the request on the grounds that it is argumentative, is not relevant

26 | to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it

27 | is vague and ambiguous as to the phrase "took any measure … to ensure…." Subject to and without

28 | waiving the foregoing general and specific objections, Polo denies the request.

**INTERROGATORY 33**

If your response to Request 7 is anything other than an unqualified admission, describe in detail all facts on which your response is based.

**RESPONSE TO INTERROGATORY 33**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 34**

If your response to Request 7 is anything other than an unqualified admission, SPECIFY all DOCUMENTS supporting your response.

**RESPONSE TO INTERROGATORY 34**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 35**

If your response to Request 7 is anything other than an unqualified admission, IDENTIFY the EXECUTIVES who took measures to ensure EMPLOYEES were being paid for WAITING TIME.

**RESPONSE TO INTERROGATORY 35**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

1    already answered at least three hundred and twenty three (323) interrogatories propounded by

2    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4    increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5    confer as necessary.

6    **INTERROGATORY 36**

7         Describe in detail all measures the EXECUTIVES you identified in response to the preceding

8    interrogatory took to ensure EMPLOYEES in California were being paid for WAITING TIME.

9    **RESPONSE TO INTERROGATORY 36**

10        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

11   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

12   already answered at least three hundred and twenty three (323) interrogatories propounded by

13   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

14   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

15   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

16   confer as necessary.

17   **REQUEST 8**

18        Admit that you not paying EMPLOYEES for WAITING TIME was "willful" within the

19   meaning of California Labor Code §203.

20   **RESPONSE TO REQUEST 8**

21        Polo specifically objects to the request on the grounds that it is argumentative, it is vague and

22   ambiguous and unintelligible as to the phrase "you not paying EMPLOYEES … was 'willful'". Polo

23   further specifically objects on the grounds that the request calls for a legal conclusion. Subject to and

24   without waiving the foregoing general and specific objections, Polo denies the request.

25   **INTERROGATORY 37**

26        If your response to Request 8 is anything other than an unqualified admission, state all facts

27   on which your response is based.

28

**RESPONSE TO INTERROGATORY 37**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 38**

If your response to Request 8 is anything other than an unqualified admission, IDENTIFY each person with knowledge supportive of your response.

**RESPONSE TO INTERROGATORY 38**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 39**

If your response to Request 8 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 39**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

2   confer as necessary.

3   **REQUEST 9**

4         Admit that, because you have not RECORDED CLASS MEMBERS' WAITING TIME,

5   YOU have failed to maintain accurate records as required by IWC Wage Order 7-2001, §7.

6   **RESPONSE TO REQUEST 9**

7         Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

8   phrase "maintain accurate records".  Polo further specifically objects on the grounds that the request

9   calls for a legal conclusion.  Subject to and without waiving the foregoing general and specific

10   objections, Polo denies the request.

11   **INTERROGATORY 40**

12         If your response to Request 9 is anything other than an unqualified admission, state all facts

13   on which your response is based.

14   **RESPONSE TO INTERROGATORY 40**

15         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

16   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

17   already answered at least three hundred and twenty three (323) interrogatories propounded by

18   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

19   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

20   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

21   confer as necessary.

22   **INTERROGATORY 41**

23         If your response to Request 9 is anything other than an unqualified admission, IDENTIFY

24   each person with knowledge supportive of your response.

25   **RESPONSE TO INTERROGATORY 41**

26         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

27   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

28   already answered at least three hundred and twenty three (323) interrogatories propounded by

Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 42**

If your response to Request 9 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 42**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**REQUEST 10**

Admit that, during the CLASS PERIOD, managers in your California stores have been instructed to minimize labor costs.

**RESPONSE TO REQUEST 10**

Polo specifically objects to the request on the grounds that it is argumentative, it is vague and ambiguous and unintelligible as to the phrase "instructed to minimize labor costs". Based on the foregoing, Defendant lacks sufficient information to respond to this request and on that basis Defendant denies the request.

**INTERROGATORY 43**

If your response to Request 10 is anything other than an unqualified admission, state all facts on which your response is based.

1  **RESPONSE TO INTERROGATORY 43**

2       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 44**

10      If your response to Request 10 is anything other than an unqualified admission, IDENTIFY

11 each person with knowledge supportive of your response.

12 **RESPONSE TO INTERROGATORY 44**

13      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

15 already answered at least three hundred and twenty three (323) interrogatories propounded by

16 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

19 confer as necessary.

20 **INTERROGATORY 45**

21      If your response to Request 10 is anything other than an unqualified admission, SPECIFY

22 each DOCUMENT supporting your response.

23 **RESPONSE TO INTERROGATORY 45**

24      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

25 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

26 already answered at least three hundred and twenty three (323) interrogatories propounded by

27 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

28 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

2  confer as necessary.

3  **REQUEST 11**

4      Admit that during the CLASS PERIOD you have offered managers in your California stores

5  incentives linked to labor costs.

6  **RESPONSE TO REQUEST 11**

7      Polo specifically objects to the request on the grounds that it is argumentative, is not relevant

8  to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it

9  is vague and ambiguous as to the phrase "incentives linked to labor costs".  Subject to and without

10  waiving the foregoing general and specific objections, Polo denies the request.

11  **INTERROGATORY 46**

12      If your response to Request 11 is anything other than an unqualified admission, state all facts

13  on which your response is based.

14  **RESPONSE TO INTERROGATORY 46**

15      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

16  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

17  already answered at least three hundred and twenty three (323) interrogatories propounded by

18  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

19  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

20  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

21  confer as necessary.

22  **INTERROGATORY 47**

23      If your response to Request 11 is anything other than an unqualified admission, SPECIFY

24  each DOCUMENT supporting your response.

25  **RESPONSE TO INTERROGATORY 47**

26      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable

27  number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

28  already answered at least three hundred and twenty three (323) interrogatories propounded by

1   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

2   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

3   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

4   confer as necessary.

5   **INTERROGATORY 48**

6       If your response to Request 11 is anything other than an unqualified admission, IDENTIFY

7   each person with knowledge supportive of your response.

8   **RESPONSE TO INTERROGATORY 48**

9       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

10   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

11   already answered at least three hundred and twenty three (323) interrogatories propounded by

12   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

13   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

14   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

15   confer as necessary.

16   **REQUEST 12**

17       Admit that, during May 30, 2002 through the present, all EMPLOYEES were subject to

18   discipline if they left a store following a shift without first undergoing a SEARCH.

19   **RESPONSE TO REQUEST 12**

20       Polo specifically objects to the request on the grounds that it is not relevant to any claim or

21   defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and

22   ambiguous as to the phrase "discipline".  Subject to and without waiving the foregoing general and

23   specific objections, and to the extent that Polo understands the request, Polo admits the request.

24   **INTERROGATORY 49**

25       If your response to Request 12 is anything other than an unqualified admission, state all facts

26   on which your response is based.

27

28

**RESPONSE TO INTERROGATORY 49**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**REQUEST 13**

Admit that CLASS MEMBERS' WAITING TIME was not "de minimis" within the meaning of Lindow v. United States, 738 F.2d 1057, 1061-62.

**RESPONSE TO REQUEST 13**

Polo specifically objects to the request on the grounds that it is argumentative, and on the grounds that it is vague and ambiguous as to the phrase "de minimis". Polo further specifically objects on the grounds that the request calls for a legal conclusion. Based on the foregoing, Defendant lacks sufficient information to respond to this request and on that basis Defendant denies the request.

**INTERROGATORY 50**

If your response to Request 13 is anything other than an unqualified admission, state all facts on which your response is based.

**RESPONSE TO INTERROGATORY 50**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 51**

If your response to Request 13 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 51**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**REQUEST 14**

Admit YOU have taken no measures to minimize EMPLOYEES' WAITING TIME.

**RESPONSE TO REQUEST 14**

Polo specifically objects to the request on the grounds that it is argumentative, is not relevant to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and ambiguous as to the phrase "taken no measures to minimize". Subject to and without waiving the foregoing general and specific objections, Defendant denies the request.

**INTERROGATORY 52**

If your response to Request 14 is anything other than an unqualified admission, state all facts on which your response is based.

**RESPONSE TO INTERROGATORY 52**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

1  confer as necessary.

2  **INTERROGATORY 53**

3      If your response to Request 14 is anything other than an unqualified admission, SPECIFY

4  each DOCUMENT supporting your response.

5  **RESPONSE TO INTERROGATORY 53**

6      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

7  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

8  already answered at least three hundred and twenty three (323) interrogatories propounded by

9  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

10  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

11  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

12  confer as necessary.

13  **INTERROGATORY 54**

14      If your response to Request 14 is anything other than an unqualified admission, IDENTIFY

15  each person with knowledge supportive of your response.

16  **RESPONSE TO INTERROGATORY 54**

17      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

19  already answered at least three hundred and twenty three (323) interrogatories propounded by

20  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

23  confer as necessary.

24  **REQUEST 15**

25      Admit that, during the CLASS PERIOD, each CLASS MEMBER has missed at least one of

26  the REST BREAKS to which IWC Wage Order 7-2001, §12  entitled him or her.

27

28

**RESPONSE TO REQUEST 15**

Polo specifically objects to the request on the grounds that it is not relevant to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and ambiguous as to the phrase "has missed at least one of the ...".  Defendant further specifically objects on the grounds that the request seeks a legal conclusion. Subject to and without waiving the foregoing general and specific objections, and to the extent that Polo understands the request, Polo denies the request.

**INTERROGATORY 55**

If your response to Request 15 is anything other than an unqualified admission, state all facts on which your response is based.

**RESPONSE TO INTERROGATORY 55**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 56**

If your response to Request 15 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 56**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

1  confer as necessary.

2  **INTERROGATORY 57**

3      If your response to Request 15 is anything other than an unqualified admission, IDENTIFY

4  each person with knowledge supportive of your response.

5  **RESPONSE TO INTERROGATORY 57**

6      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

7  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

8  already answered at least three hundred and twenty three (323) interrogatories propounded by

9  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

10  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

11  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

12  confer as necessary.

13  **INTERROGATORY 58**

14      If your response to Request 15 is anything other than an unqualified admission, IDENTIFY

15  each of the CLASS MEMBERS who did not miss at least one of the REST BREAKS to which IWC

16  Wage Order 7-2001, §12 entitled him or her.

17  **RESPONSE TO INTERROGATORY 58**

18      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

19  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

20  already answered at least three hundred and twenty three (323) interrogatories propounded by

21  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

22  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

23  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

24  confer as necessary.

25  **INTERROGATORY 59**

26      Based on all information reasonably available to you and your agents, give your best estimate

27  of the total number of REST BREAKS missed by CLASS MEMBERS during the CLASS PERIOD.

28

1  **RESPONSE TO INTERROGATORY 59**

2        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **REQUEST 16**

10        Admit that each CLASS MEMBER missed at least one REST BREAK during the CLASS

11  PERIOD because you "fail[ed] to provide" him or her with a REST BREAK within the meaning of

12  IWC Wage Order 7-2001, §12.

13  **RESPONSE TO REQUEST 16**

14        Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

15  phrase "fail[ed] to provide" and on the grounds that the request seeks a legal conclusion. Subject to

16  and without waiving the foregoing general and specific objections, and to the extent that Polo

17  understands the request, Polo denies the request.

18  **INTERROGATORY 60**

19        If your response to Request 16 is anything other than an unqualified admission, state all facts

20  on which your response is based.

21  **RESPONSE TO INTERROGATORY 60**

22        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

23  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

24  already answered at least three hundred and twenty three (323) interrogatories propounded by

25  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

26  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

27  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

28  confer as necessary.

**INTERROGATORY 61**

If your response to Request 16 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 61**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 62**

If your response to Request 16 is anything other than an unqualified admission, IDENTIFY each person with knowledge supportive of your response.

**RESPONSE TO INTERROGATORY 62**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 63**

If your response to Request 16 is anything other than an unqualified admission, IDENTIFY each CLASS MEMBER who did not miss at least one REST BREAK during the CLASS PERIOD because you "fail[ed] to provide" it within the meaning of IWC Wage Order 7-2001, §12.

1  **RESPONSE TO INTERROGATORY 63**

2      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 64**

10      Based on all information reasonably available to you and your agents, give your best estimate

11  of the total number of REST BREAKS missed by CLASS MEMBERS during the CLASS PERIOD

12  because you "fail[ed] to provide" them within the meaning of IWC Wage Order 7-2001, §12.

13  **RESPONSE TO INTERROGATORY 64**

14      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

16  already answered at least three hundred and twenty three (323) interrogatories propounded by

17  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

20  confer as necessary.

21  **INTERROGATORY 65**

22      Describe in detail how you calculated your response to the prior interrogatory, including all

23  information and assumptions relied upon.

24  **RESPONSE TO INTERROGATORY 65**

25      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27  already answered at least three hundred and twenty three (323) interrogatories propounded by

28  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **REQUEST 17**

5        Admit that YOU took no measures to distinguish between REST BREAKS missed by

6   EMPLOYEES during the CLASS PERIOD because they waived them and those missed because

7   YOU "fail[ed] to provide" them within the meaning of IWC Wage Order 7-2001, §12.

8   **RESPONSE TO REQUEST 17**

9        Polo specifically objects to the request on the grounds that it is vague and ambiguous and

10  unintelligible as to the phrase "took no measures to distinguish" and "because they waived them and

11  those missed because YOU 'fail[ed] to provide' them".  Defendant further specifically objects on the

12  grounds that the request seeks a legal conclusion.  Based on the foregoing, Defendant lacks sufficient

13  information to respond to this request and on that basis Defendant denies this request.

14  **INTERROGATORY 66**

15       If your response to Request 17 is anything other than an unqualified admission, state all facts

16  on which your response is based.

17  **RESPONSE TO INTERROGATORY 66**

18       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

19  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

20  already answered at least three hundred and twenty three (323) interrogatories propounded by

21  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

22  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

23  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

24  confer as necessary.

25  **INTERROGATORY 67**

26       If your response to Request 17 is anything other than an unqualified admission, SPECIFY

27  each DOCUMENT supporting your response.

28

**RESPONSE TO INTERROGATORY 67**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 68**

If your response to Request 17 is anything other than an unqualified admission, IDENTIFY each person with knowledge supportive of your response.

**RESPONSE TO INTERROGATORY 68**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 69**

Describe in detail what means were used during the CLASS PERIOD for determining whether EMPLOYEES were waiving their rights to take REST BREAKS.

**RESPONSE TO INTERROGATORY 69**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

2   confer as necessary.

3   **REQUEST 18**

4        Admit that during the CLASS PERIOD you never have paid EMPLOYEES the "one (1) hour

5   of pay at the employee's regular rate of compensation for each workday that [a] rest period [was] not

6   provided" pursuant to IWC Wage Order 7-2001, §12(b).

7   **RESPONSE TO REQUEST 18**

8        Polo specifically objects to the request on the grounds that it is vague and ambiguous.

9   Defendant specifically objects on the grounds that the request seeks a legal conclusion.  Polo further

10  specifically objects that this request presumes that rest breaks were not provided or otherwise made

11  available as required under the law.  Based on the foregoing, Defendant denies the request.

12  **INTERROGATORY 70**

13       If your response to Request 18 is anything other than an unqualified admission, state all facts

14  on which your response is based.

15  **RESPONSE TO INTERROGATORY 70**

16       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18  already answered at least three hundred and twenty three (323) interrogatories propounded by

19  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22  confer as necessary.

23  **INTERROGATORY 71**

24       If your response to Request 18 is anything other than an unqualified admission, SPECIFY

25  each DOCUMENT supporting your response.

26  **RESPONSE TO INTERROGATORY 71**

27       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

28  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

1  already answered at least three hundred and twenty three (323) interrogatories propounded by

2  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5  confer as necessary.

6  **INTERROGATORY 72**

7  　　　If your response to Request 18 is anything other than an unqualified admission, IDENTIFY

8  each EMPLOYEE to whom, during the CLASS PERIOD, you have paid the "one (1) hour of pay at

9  the employee's regular rate of compensation" pursuant to IWC Wage Order 7-2001, §12(b).

10  **RESPONSE TO INTERROGATORY 72**

11  　　　Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

12  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

13  already answered at least three hundred and twenty three (323) interrogatories propounded by

14  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

15  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

16  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

17  confer as necessary.

18  **REQUEST 19**

19  　　　Admit that your EXECUTIVES took no measures to ensure that EMPLOYEES were being

20  provided with the "net" 10-minute REST BREAKS required by IWC Wage Order 7-2001, §12,

21  during the CLASS PERIOD.

22  **RESPONSE TO REQUEST 19**

23  　　　Polo specifically objects to the request on the grounds that it is not relevant to any claim or

24  defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and

25  ambiguous as to the phrase "took no measures to ensure".  Defendant further specifically objects on

26  the grounds that the request seeks a legal conclusion.  Subject to and without waiving the foregoing

27  general and specific objections, and to the extent that Polo understands the request, Polo denies the

28  request.

1   **INTERROGATORY 73**

2          If your response to Request 19 is anything other than an unqualified admission, state all facts

3   on which your response is based.

4   **RESPONSE TO INTERROGATORY 73**

5          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7   already answered at least three hundred and twenty three (323) interrogatories propounded by

8   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11   confer as necessary.

12   **INTERROGATORY 74**

13          If your response to Request 19 is anything other than an unqualified admission, SPECIFY

14   each DOCUMENT supporting your response.

15   **RESPONSE TO INTERROGATORY 74**

16          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18   already answered at least three hundred and twenty three (323) interrogatories propounded by

19   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22   confer as necessary.

23   **INTERROGATORY 75**

24          If your response to Request 19 is anything other than an unqualified admission, IDENTIFY

25   each person with knowledge supportive of your response.

26   **RESPONSE TO INTERROGATORY 75**

27          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

28   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

1   already answered at least three hundred and twenty three (323) interrogatories propounded by

2   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5   confer as necessary.

6   **REQUEST 20**

7       Admit that during the CLASS PERIOD YOU never paid any EMPLOYEE "one (1) hour of

8   pay at the employee's regular rate of compensation" pursuant to IWC Wage Order 7-2001, §12(b),

9   when a rest period with which YOU provided him or her was not the full "net" 10 minutes required

10  by IWC Wage Order 7-2001, §12(a).

11  **RESPONSE TO REQUEST 20**

12      Polo specifically objects to the request on the grounds that it is not relevant to any claim or

13  defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and

14  ambiguous as to the phrase "the full 'net' 10 minutes required".  Polo specifically objects on the

15  grounds that the request seeks a legal conclusion.  Defendant further specifically objects that this

16  request presumes that rest breaks were not provided for the full allowable amount of time under the

17  law.  Based on the foregoing, Defendant denies the request.

18  **INTERROGATORY 76**

19      If your response to Request 20 is anything other than an unqualified admission, state all facts

20  on which your response is based.

21  **RESPONSE TO INTERROGATORY 76**

22      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

23  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

24  already answered at least three hundred and twenty three (323) interrogatories propounded by

25  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

26  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

27  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

28  confer as necessary.