1  **INTERROGATORY 77**

2       If your response to Request 20 is anything other than an unqualified admission, SPECIFY

3  each DOCUMENT supporting your response.

4  **RESPONSE TO INTERROGATORY 77**

5       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7  already answered at least three hundred and twenty three (323) interrogatories propounded by

8  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10 increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11 confer as necessary.

12 **INTERROGATORY 78**

13      If your response to Request 20 is anything other than an unqualified admission, IDENTIFY

14 each person with knowledge supportive of your response.

15 **RESPONSE TO INTERROGATORY 78**

16      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17 of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18 already answered at least three hundred and twenty three (323) interrogatories propounded by

19 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21 increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22 confer as necessary.

23 **REQUEST 21**

24      Admit you have not RECORDED those occasions on which an EMPLOYEE missed a 10-

25 minute net REST BREAK during the CLASS PERIOD as a result of YOU "fail[ing] to provide" such

26 a break within the meaning of IWC Wage Order 7-2001, §12.

27

28

1  **RESPONSE TO REQUEST 21**

2        Polo specifically objects to the request on the grounds that it is argumentative and not relevant

3  to any claim or defense and is not likely to lead to any admissible evidence, and on the grounds that it

4  is vague and ambiguous as to the phrases "missed a 10-minute net REST BREAK" and "as a result of

5  YOU 'fail[ing] to provide' such a break". Defendant specifically objects on the grounds that the

6  request seeks a legal conclusion. Defendant further specifically objects that this request presumes

7  that rest breaks were not provided or made available, and/or that they were not provided or made

8  available for the full allowable amount of time under the law. Based on the foregoing, Defendant

9  denies the request.

10  **INTERROGATORY 79**

11        If your response to Request 21 is anything other than an unqualified admission, state all facts

12  on which your response is based.

13  **RESPONSE TO INTERROGATORY 79**

14        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

16  already answered at least three hundred and twenty three (323) interrogatories propounded by

17  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

20  confer as necessary.

21  **INTERROGATORY 80**

22        If your response to Request 21 is anything other than an unqualified admission, SPECIFY

23  each DOCUMENT supporting your response.

24  **RESPONSE TO INTERROGATORY 80**

25        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27  already answered at least three hundred and twenty three (323) interrogatories propounded by

28  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **INTERROGATORY 81**

5   　　　　If your response to Request 21 is anything other than an unqualified admission, IDENTIFY

6   each person with knowledge supportive of your response.

7   **RESPONSE TO INTERROGATORY 81**

8   　　　　Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

10   already answered at least three hundred and twenty three (323) interrogatories propounded by

11   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

14   confer as necessary.

15   **REQUEST 22**

16   　　　　Admit that you did not take measures to ensure that staffing levels were sufficient for

17   EMPLOYEES to be able to take REST BREAKS during the CLASS PERIOD.

18   **RESPONSE TO REQUEST 22**

19   　　　　Polo specifically objects to the request on the grounds that it is not relevant to any claim or

20   defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague and

21   ambiguous as to the phrase "did not take measures to ensure".  Subject to and without waiving the

22   foregoing general and specific objections, and to the extent that Polo understands the request, Polo

23   denies the request.

24   **INTERROGATORY 82**

25   　　　　If your response to Request 22 is anything other than an unqualified admission, describe in

26   detail all measure you took to ensure that staffing levels were sufficient for EMPLOYEES to be able

27   to take REST BREAKS during the CLASS PERIOD.

28

1  **RESPONSE TO INTERROGATORY 82**

2       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 83**

10       If your response to Request 22 is anything other than an unqualified admission, SPECIFY

11  each DOCUMENT supporting your response.

12  **RESPONSE TO INTERROGATORY 83**

13       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

15  already answered at least three hundred and twenty three (323) interrogatories propounded by

16  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

19  confer as necessary.

20  **REQUEST 23**

21       Admit that, during the CLASS PERIOD, you relied on IWC Wage Order §3(D) to pay all

22  California sales associates in your full-price stores as though they were exempt from the overtime

23  provisions of IWC Wage Order §3(A)(1).

24  **RESPONSE TO REQUEST 23**

25       Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

26  phrase "relied on" and "as though they were exempt from". Defendant further specifically objects on

27  the grounds that the request seeks a legal conclusion. Based on the foregoing, Defendant lacks

28  sufficient information to respond to this request and on that basis Defendant denies the request.

**INTERROGATORY 84**

If your response to Request 23 is anything other than an unqualified admission, state all facts on which your response is based.

**RESPONSE TO INTERROGATORY 84**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 85**

If your response to Request 23 is anything other than an unqualified admission, SPECIFY each DOCUMENT supporting your response.

**RESPONSE TO INTERROGATORY 85**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 86**

If your response to Request 23 is anything other than an unqualified admission, IDENTIFY each person with knowledge supportive of your response.

**RESPONSE TO INTERROGATORY 86**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

1   already answered at least three hundred and twenty three (323) interrogatories propounded by

2   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5   confer as necessary.

6   **REQUEST 24**

7           Admit that, during the CLASS PERIOD, you did not pay sales associates in your San

8   Francisco store more than 1½ times the applicable minimum wage within the meaning of IWC Wage

9   Order 7-2001, §3(D).

10  **RESPONSE TO REQUEST 24**

11          Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

12  phrase "did not pay sales associates in your San Francisco store more than 1½ times the applicable

13  minimum wage".  Polo further specifically objects to the extent this request requires a legal

14  conclusion. Subject to and without waiving the foregoing general and specific objections, and to the

15  extent that Polo understands the request, Polo denies the request.

16  **INTERROGATORY 87**

17          If your response to Request 24 is anything other than an unqualified admission, state all facts

18  on which your response is based.

19  **RESPONSE TO INTERROGATORY 87**

20          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

1  **INTERROGATORY 88**

2      If your response to Request 24 is anything other than an unqualified admission, SPECIFY

3  each DOCUMENT supporting your response.

4  **RESPONSE TO INTERROGATORY 88**

5      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7  already answered at least three hundred and twenty three (323) interrogatories propounded by

8  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11  confer as necessary.

12  **INTERROGATORY 89**

13      If your response to Request 24 is anything other than an unqualified admission, IDENTIFY

14  each person with knowledge supportive of your response.

15  **RESPONSE TO INTERROGATORY 89**

16      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18  already answered at least three hundred and twenty three (323) interrogatories propounded by

19  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22  confer as necessary.

23  **REQUEST 25**

24      Admit that you performed no RECONCILIATION with respect to California sales associates

25  until 2007.

26  **RESPONSE TO REQUEST 25**

27      Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

28  phrase "performed no RECONCILIATION".  Subject to and without waiving the foregoing general

1   and specific objections, and to the extent that Polo understands the request, Polo admits the request.

2   **INTERROGATORY 90**

3   If your response to Request 25 is anything other than an unqualified admission, state all facts

4   on which your response is based.

5   **RESPONSE TO INTERROGATORY 90**

6   Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

7   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

8   already answered at least three hundred and twenty three (323) interrogatories propounded by

9   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

10  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

11  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

12  confer as necessary.

13  **INTERROGATORY 91**

14  If your response to Request 25 is anything other than an unqualified admission, SPECIFY

15  each DOCUMENT supporting your response.

16  **RESPONSE TO INTERROGATORY 91**

17  Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

19  already answered at least three hundred and twenty three (323) interrogatories propounded by

20  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

23  confer as necessary.

24  **INTERROGATORY 92**

25  If your response to Request 25 is anything other than an unqualified admission, IDENTIFY

26  each person with knowledge supportive of your response.

27

28

1  **RESPONSE TO INTERROGATORY 92**

2      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 93**

10      Describe in detail how you performed the RECONCILIATION applicable to California sales

11  associates in 2007.

12  **RESPONSE TO INTERROGATORY 93**

13      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

15  already answered at least three hundred and twenty three (323) interrogatories propounded by

16  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

19  confer as necessary.

20  **INTERROGATORY 94**

21      Describe in detail how, if at all, in 2007, you performed the RECONCILIATION applicable

22  to California EMPLOYEES whose tenure with you was less than a year.

23  **RESPONSE TO INTERROGATORY 94**

24      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

25  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

26  already answered at least three hundred and twenty three (323) interrogatories propounded by

27  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

28  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

2   confer as necessary.

3   **REQUEST 26**

4         Admit that, between March 20, 2002 and the point at which you performed a

5   RECONCILIATION in approximately August of 2007, you took no measures to assess whether sales

6   associates in your California full-price stores treated as exempt pursuant to IWC Wage Order 7-2001,

7   §3(D), actually met the standards set forth therein.

8   **RESPONSE TO REQUEST 26**

9         Polo specifically objects to the request on the grounds that it is vague and ambiguous as to the

10   phrase "the point at which you performed a RECONCILIATION" and "took no measures to assess".

11   Defendant further specifically objects on the grounds that the request seeks a legal conclusion.

12   Subject to and without waiving the foregoing general and special objections, Defendant denies the

13   request.

14   **INTERROGATORY 95**

15         If your response to Request 26 is anything other than an unqualified admission, state all facts

16   on which your response is based.

17   **RESPONSE TO INTERROGATORY 95**

18         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

19   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

20   already answered at least three hundred and twenty three (323) interrogatories propounded by

21   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

22   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

23   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

24   confer as necessary.

25   **INTERROGATORY 96**

26         If your response to Request 26 is anything other than an unqualified admission, SPECIFY

27   each DOCUMENT supporting your response.

28

**RESPONSE TO INTERROGATORY 96**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed. R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 97**

If your response to Request 26 is anything other than an unqualified admission, IDENTIFY each person with knowledge supportive of your response.

**RESPONSE TO INTERROGATORY 97**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed. R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 98**

IDENTIFY each sales associate who worked in a full-price store in California during the CLASS PERIOD to whom the provisions of subsections (A), (B), and (C) of IWC Wage Order 7-2001 did not apply because his or her earnings exceeded "one and one-half (1½) times the minimum wage" and "more than half of that employee's compensation represent[ed] commissions," within the meaning of IWC Wage Order 7-2001, §3(D).

**RESPONSE TO INTERROGATORY 98**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed. R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

1    already answered at least three hundred and twenty three (323) interrogatories propounded by

2    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4    increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5    confer as necessary.

6    **INTERROGATORY 99**

7        IDENTIFY each California sales associate whose commission-based earnings were debited

8    pursuant to your ARREARS PRACTICES.

9    **RESPONSE TO INTERROGATORY 99**

10        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

11   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

12   already answered at least three hundred and twenty three (323) interrogatories propounded by

13   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

14   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

15   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

16   confer as necessary.

17   **REQUEST 27**

18        Admit that none of the California sales associates whose commission-based earnings were

19   debited pursuant to your ARREARS PRACTICES ever agreed in writing to have their earnings so

20   debited.

21   **RESPONSE TO REQUEST 27**

22        Polo specifically objects to the request on the grounds that it is not relevant to any claim or

23   defense and is not likely to lead to any admissible evidence, and on the grounds that it is vague,

24   ambiguous and unintelligible to the phrase "commission-based earnings were debited" and "ever

25   agreed in writing to have their earnings so debited".  Based on the foregoing, Defendant lacks

26   sufficient information to respond to this request and on that basis Defendant denies the request.

27

28

1  **INTERROGATORY 100**

2      If your response to Request 27 is anything other than an unqualified admission, state all facts

3  on which your response is based.

4  **RESPONSE TO INTERROGATORY 100**

5      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7  already answered at least three hundred and twenty three (323) interrogatories propounded by

8  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11  confer as necessary.

12  **INTERROGATORY 101**

13      If your response to Request 27 is anything other than an unqualified admission, SPECIFY

14  each DOCUMENT supporting your response.

15  **RESPONSE TO INTERROGATORY 101**

16      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

17  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

18  already answered at least three hundred and twenty three (323) interrogatories propounded by

19  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

20  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

21  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

22  confer as necessary.

23  **INTERROGATORY 102**

24      If your response to Request 27 is anything other than an unqualified admission, IDENTIFY

25  each person with knowledge supportive of your response.

26  **RESPONSE TO INTERROGATORY 102**

27      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

28  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

1    already answered at least three hundred and twenty three (323) interrogatories propounded by

2    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

3    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

4    increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

5    confer as necessary.

6    **INTERROGATORY 103**

7    Explain in detail the relationships between and among Polo Ralph Lauren Corporation, Polo

8    Retail, LLC, and Fashions Outlet of America, Inc., especially as those relationships apply to your

9    stores in California.

10   **RESPONSE TO INTERROGATORY 103**

11   Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

12   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

13   already answered at least three hundred and twenty three (323) interrogatories propounded by

14   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

15   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

16   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

17   confer as necessary.

18   **INTERROGATORY 104**

19   State the total number of your former sales associates who worked for you in California for

20   any length of time during the CLASS PERIOD.

21   **RESPONSE TO INTERROGATORY 104**

22   Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

23   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

24   already answered at least three hundred and twenty three (323) interrogatories propounded by

25   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

26   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

27   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

28   confer as necessary.

**INTERROGATORY 105**

State the total number of your former cashiers who worked for you in California for any length of time during the CLASS PERIOD.

**RESPONSE TO INTERROGATORY 105**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 106**

State the total number of your customer service representatives who worked for you in California for any length of time during the CLASS PERIOD.

**RESPONSE TO INTERROGATORY 106**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 107**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Rodeo Drive store in Beverly Hills, California during each of the years from 2002 through the present.

1 **RESPONSE TO INTERROGATORY 107**

2      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3 of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4 already answered at least three hundred and twenty three (323) interrogatories propounded by

5 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7 increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8 confer as necessary.

9 **INTERROGATORY 108**

10      Describe in detail how you calculated your response to the prior interrogatory, including all

11 assumptions you relied upon.

12 **RESPONSE TO INTERROGATORY 108**

13      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14 of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

15 already answered at least three hundred and twenty three (323) interrogatories propounded by

16 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18 increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

19 confer as necessary.

20 **INTERROGATORY 109**

21      State the average daily amount of unpaid WAITING TIME experienced by CLASS

22 MEMBERS in your Burlingame Avenue store in Burlingame, California during each of the years

23 from 2002 through the present.

24 **RESPONSE TO INTERROGATORY 109**

25      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26 of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

27 already answered at least three hundred and twenty three (323) interrogatories propounded by

28 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **INTERROGATORY 110**

5        Describe in detail how you calculated your response to the prior interrogatory, including all

6   assumptions you relied upon.

7   **RESPONSE TO INTERROGATORY 110**

8        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

10   already answered at least three hundred and twenty three (323) interrogatories propounded by

11   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

14   confer as necessary.

15   **INTERROGATORY 111**

16        State the average daily amount of unpaid WAITING TIME experienced by CLASS

17   MEMBERS in your South Coast Plaza store in Costa Mesa, California during each of the years from

18   2002 through the present.

19   **RESPONSE TO INTERROGATORY 111**

20        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22   already answered at least three hundred and twenty three (323) interrogatories propounded by

23   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26   confer as necessary.

27

28

1  **INTERROGATORY 112**

2      Describe in detail how you calculated your response to the prior interrogatory, including all

3  assumptions you relied upon.

4  **RESPONSE TO INTERROGATORY 112**

5      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7  already answered at least three hundred and twenty three (323) interrogatories propounded by

8  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11  confer as necessary.

12  **INTERROGATORY 113**

13      State the average daily amount of unpaid WAITING TIME experienced by CLASS

14  MEMBERS in each of your Malibu, California stores during each of the years from 2002 through the

15  present.

16  **RESPONSE TO INTERROGATORY 113**

17      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

19  already answered at least three hundred and twenty three (323) interrogatories propounded by

20  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

23  confer as necessary.

24  **INTERROGATORY 114**

25      Describe in detail how you calculated your response to the prior interrogatory, including all

26  assumptions you relied upon.

27

28

1   **RESPONSE TO INTERROGATORY 114**

2       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4   already answered at least three hundred and twenty three (323) interrogatories propounded by

5   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8   confer as necessary.

9   **INTERROGATORY 115**

10      State the average daily amount of unpaid WAITING TIME experienced by CLASS

11  MEMBERS in your Palo Alto, California store (Store No. 409) during each of the years from 2002

12  through the present.

13  **RESPONSE TO INTERROGATORY 115**

14      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

16  already answered at least three hundred and twenty three (323) interrogatories propounded by

17  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

20  confer as necessary.

21  **INTERROGATORY 116**

22      Describe in detail how you calculated your response to the prior interrogatory, including all

23  assumptions you relied upon.

24  **RESPONSE TO INTERROGATORY 116**

25      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

27  already answered at least three hundred and twenty three (323) interrogatories propounded by

28  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **INTERROGATORY 117**

5        State the average daily amount of unpaid WAITING TIME experienced by CLASS

6   MEMBERS in your Union Street Rugby store in San Francisco during each of the years from 2002

7   through the present.

8   **RESPONSE TO INTERROGATORY 117**

9        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

10  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

11  already answered at least three hundred and twenty three (323) interrogatories propounded by

12  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

13  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

14  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

15  confer as necessary.

16  **INTERROGATORY 118**

17       Describe in detail how you calculated your response to the prior interrogatory, including all

18  assumptions you relied upon.

19  **RESPONSE TO INTERROGATORY 118**

20       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

1 **INTERROGATORY 119**

2 State the average daily amount of unpaid WAITING TIME experienced by CLASS

3 MEMBERS in your Palo Alto, California store (Store No. 810), during each of the years from 2002

4 through the present.

5 **RESPONSE TO INTERROGATORY 119**

6 Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

7 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

8 already answered at least three hundred and twenty three (323) interrogatories propounded by

9 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

10 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

11 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

12 confer as necessary.

13 **INTERROGATORY 120**

14 Describe in detail how you calculated your response to the prior interrogatory, including all

15 assumptions you relied upon.

16 **RESPONSE TO INTERROGATORY 120**

17 Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

19 already answered at least three hundred and twenty three (323) interrogatories propounded by

20 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

23 confer as necessary.

24 **INTERROGATORY 121**

25 State the average daily amount of unpaid WAITING TIME experienced by CLASS

26 MEMBERS in your Palm Desert, California store during each of the years from 2002 through the

27 present.

28

1 **RESPONSE TO INTERROGATORY 121**

2      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4 already answered at least three hundred and twenty three (323) interrogatories propounded by

5 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8 confer as necessary.

9 **INTERROGATORY 122**

10      Describe in detail how you calculated your response to the prior interrogatory, including all

11 assumptions you relied upon.

12 **RESPONSE TO INTERROGATORY 122**

13      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

15 already answered at least three hundred and twenty three (323) interrogatories propounded by

16 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

19 confer as necessary.

20 **INTERROGATORY 123**

21      State the average daily amount of unpaid WAITING TIME experienced by CLASS

22 MEMBERS in your Post Street store in San Francisco, California during each of the years from 2002

23 through the present.

24 **RESPONSE TO INTERROGATORY 123**

25      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27 already answered at least three hundred and twenty three (323) interrogatories propounded by

28 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3  confer as necessary.

4  **INTERROGATORY 124**

5       Describe in detail how you calculated your response to the prior interrogatory, including all

6  assumptions you relied upon.

7  **RESPONSE TO INTERROGATORY 124**

8       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

10  already answered at least three hundred and twenty three (323) interrogatories propounded by

11  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

14  confer as necessary.

15  **INTERROGATORY 125**

16       State the average daily amount of unpaid WAITING TIME experienced by CLASS

17  MEMBERS in your Polo Ralph Lauren Factory Store in Alpine, California during each of the years

18  from 2002 through the present.

19  **RESPONSE TO INTERROGATORY 125**

20       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

1   **INTERROGATORY 126**

2       Describe in detail how you calculated your response to the prior interrogatory, including all

3   assumptions you relied upon.

4   **RESPONSE TO INTERROGATORY 126**

5       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7   already answered at least three hundred and twenty three (323) interrogatories propounded by

8   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11   confer as necessary.

12   **INTERROGATORY 127**

13       State the average daily amount of unpaid WAITING TIME experienced by CLASS

14   MEMBERS in your Polo Ralph Lauren Factory Store in Anderson, California during each of the

15   years from 2002 through the present.

16   **RESPONSE TO INTERROGATORY 127**

17       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

19   already answered at least three hundred and twenty three (323) interrogatories propounded by

20   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

23   confer as necessary.

24   **INTERROGATORY 128**

25       Describe in detail how you calculated your response to the prior interrogatory, including all

26   assumptions you relied upon.

27

28

1 **RESPONSE TO INTERROGATORY 128**

2       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4 already answered at least three hundred and twenty three (323) interrogatories propounded by

5 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8 confer as necessary.

9 **INTERROGATORY 129**

10       State the average daily amount of unpaid WAITING TIME experienced by CLASS

11 MEMBERS in your Polo Ralph Lauren Factory Store in Barstow, California during each of the years

12 from 2002 through the present.

13 **RESPONSE TO INTERROGATORY 129**

14       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

16 already answered at least three hundred and twenty three (323) interrogatories propounded by

17 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

20 confer as necessary.

21 **INTERROGATORY 130**

22       Describe in detail how you calculated your response to the prior interrogatory, including all

23 assumptions you relied upon.

24 **RESPONSE TO INTERROGATORY 130**

25       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27 already answered at least three hundred and twenty three (323) interrogatories propounded by

28 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly
2   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and
3   confer as necessary.

4   **INTERROGATORY 131**

5       State the average daily amount of unpaid WAITING TIME experienced by CLASS
6   MEMBERS in each of your Cabazon, California stores during each of the years from 2002 through
7   the present.

8   **RESPONSE TO INTERROGATORY 131**

9       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number
10  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has
11  already answered at least three hundred and twenty three (323) interrogatories propounded by
12  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.
13  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly
14  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and
15  confer as necessary.

16  **INTERROGATORY 132**

17      Describe in detail how you calculated your response to the prior interrogatory, including all
18  assumptions you relied upon.

19  **RESPONSE TO INTERROGATORY 132**

20      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number
21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has
22  already answered at least three hundred and twenty three (323) interrogatories propounded by
23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.
24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly
25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and
26  confer as necessary.

27

28

**INTERROGATORY 133**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Polo Ralph Lauren Factory Store in Camarillo, California during each of the years from 2002 through the present.

**RESPONSE TO INTERROGATORY 133**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 134**

Describe in detail how you calculated your response to the prior interrogatory, including all assumptions you relied upon.

**RESPONSE TO INTERROGATORY 134**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 135**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Polo Ralph Lauren Factory Store in Carlsbad, California, during each of the years from 2002 through the present.

1 **RESPONSE TO INTERROGATORY 135**

2      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4 already answered at least three hundred and twenty three (323) interrogatories propounded by

5 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8 confer as necessary.

9 **INTERROGATORY 136**

10      Describe in detail how you calculated your response to the prior interrogatory, including all

11 assumptions you relied upon.

12 **RESPONSE TO INTERROGATORY 136**

13      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

15 already answered at least three hundred and twenty three (323) interrogatories propounded by

16 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

19 confer as necessary.

20 **INTERROGATORY 137**

21      State the average daily amount of unpaid WAITING TIME experienced by CLASS

22 MEMBERS in your Polo Ralph Lauren Factory Store in Gilroy, California during each of the years

23 from 2002 through the present.

24 **RESPONSE TO INTERROGATORY 137**

25      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27 already answered at least three hundred and twenty three (323) interrogatories propounded by

28 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

3  confer as necessary.

4  **INTERROGATORY 138**

5          Describe in detail how you calculated your response to the prior interrogatory, including all

6  assumptions you relied upon.

7  **RESPONSE TO INTERROGATORY 138**

8          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

10  already answered at least three hundred and twenty three (323) interrogatories propounded by

11  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

14  confer as necessary.

15  **INTERROGATORY 139**

16          State the average daily amount of unpaid WAITING TIME experienced by CLASS

17  MEMBERS in your Polo Ralph Lauren Factory Store in Mammoth Lakes, California during each of

18  the years from 2002 through the present.

19  **RESPONSE TO INTERROGATORY 139**

20          Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

1    **INTERROGATORY 140**

2        Describe in detail how you calculated your response to the prior interrogatory, including all

3    assumptions you relied upon.

4    **RESPONSE TO INTERROGATORY 140**

5        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

6    of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

7    already answered at least three hundred and twenty three (323) interrogatories propounded by

8    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

9    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

10   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

11   confer as necessary.

12   **INTERROGATORY 141**

13       State the average daily amount of unpaid WAITING TIME experienced by CLASS

14   MEMBERS in your Polo Ralph Lauren Factory Store in Ontario, California during each of the years

15   from 2002 through the present.

16   **RESPONSE TO INTERROGATORY 141**

17       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

18   of interrogatories under Fed. R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

19   already answered at least three hundred and twenty three (323) interrogatories propounded by

20   Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

21   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

22   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

23   confer as necessary.

24   **INTERROGATORY 142**

25       Describe in detail how you calculated your response to the prior interrogatory, including all

26   assumptions you relied upon.

27

28

1  **RESPONSE TO INTERROGATORY 142**

2    Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4  already answered at least three hundred and twenty three (323) interrogatories propounded by

5  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8  confer as necessary.

9  **INTERROGATORY 143**

10    State the average daily amount of unpaid WAITING TIME experienced by CLASS

11  MEMBERS in your Polo Ralph Lauren Factory Store in Pismo Beach, California, during each of the

12  years from 2002 through the present.

13  **RESPONSE TO INTERROGATORY 143**

14    Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

16  already answered at least three hundred and twenty three (323) interrogatories propounded by

17  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

18  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

19  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

20  confer as necessary.

21  **INTERROGATORY 144**

22    Describe in detail how you calculated your response to the prior interrogatory, including all

23  assumptions you relied upon.

24  **RESPONSE TO INTERROGATORY 144**

25    Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27  already answered at least three hundred and twenty three (323) interrogatories propounded by

28  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2    increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

3    confer as necessary.

4    **INTERROGATORY 145**

5         State the average daily amount of unpaid WAITING TIME experienced by CLASS

6    MEMBERS in your Polo Ralph Lauren Factory Store in San Diego, California during each of the

7    years from 2002 through the present.

8    **RESPONSE TO INTERROGATORY 145**

9         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

10    of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

11    already answered at least three hundred and twenty three (323) interrogatories propounded by

12    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

13    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

14    increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

15    confer as necessary.

16    **INTERROGATORY 146**

17         Describe in detail how you calculated your response to the prior interrogatory, including all

18    assumptions you relied upon.

19    **RESPONSE TO INTERROGATORY 146**

20         Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21    of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

22    already answered at least three hundred and twenty three (323) interrogatories propounded by

23    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25    increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

26    confer as necessary.

27

28

**INTERROGATORY 147**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Polo Ralph Lauren Factory Store in Tulare, California during each of the years from 2002 through the present.

**RESPONSE TO INTERROGATORY 147**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 148**

Describe in detail how you calculated your response to the prior interrogatory, including all assumptions you relied upon.

**RESPONSE TO INTERROGATORY 148**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 149**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Polo Ralph Lauren Factory Store in Vacaville, California during each of the years from 2002 through the present.

1 | **RESPONSE TO INTERROGATORY 149**

2 Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

4 already answered at least three hundred and twenty three (323) interrogatories propounded by

5 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

8 confer as necessary.

9 | **INTERROGATORY 150**

10 Describe in detail how you calculated your response to the prior interrogatory, including all

11 assumptions you relied upon.

12 | **RESPONSE TO INTERROGATORY 150**

13 Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

14 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

15 already answered at least three hundred and twenty three (323) interrogatories propounded by

16 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

17 Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

18 increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

19 confer as necessary.

20 | **INTERROGATORY 151**

21 State the average daily amount of unpaid WAITING TIME experienced by CLASS

22 MEMBERS in your Polo Ralph Lauren Children's Factory Store in Gilroy, California during each of

23 the years from 2002 through the present.

24 | **RESPONSE TO INTERROGATORY 151**

25 Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

26 of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

27 already answered at least three hundred and twenty three (323) interrogatories propounded by

28 Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

1   Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

2   increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

3   confer as necessary.

4   **INTERROGATORY 152**

5       Describe in detail how you calculated your response to the prior interrogatory, including all

6   assumptions you relied upon.

7   **RESPONSE TO INTERROGATORY 152**

8       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

9   of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

10  already answered at least three hundred and twenty three (323) interrogatories propounded by

11  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

12  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

13  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

14  confer as necessary.

15  **INTERROGATORY 153**

16      State the average daily amount of unpaid WAITING TIME experienced by CLASS

17  MEMBERS in your Polo Jeans Co. Factory Store in Camarillo, California, during each of the years

18  from 2002 through the present.

19  **RESPONSE TO INTERROGATORY 153**

20      Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

21  of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has

22  already answered at least three hundred and twenty three (323) interrogatories propounded by

23  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

24  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

25  increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and

26  confer as necessary.

27

28

**INTERROGATORY 154**

Describe in detail how you calculated your response to the prior interrogatory, including all assumptions you relied upon.

**RESPONSE TO INTERROGATORY 154**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 155**

State the average daily amount of unpaid WAITING TIME experienced by CLASS MEMBERS in your Polo Jeans Co. Factory Store in Gilroy, California during each of the years from 2002 through the present.

**RESPONSE TO INTERROGATORY 155**

Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number of interrogatories under Fed R. Civ. Proc. 33. Polo specifically objects on the grounds that it has already answered at least three hundred and twenty three (323) interrogatories propounded by Plaintiffs in this action, including when this action was venued in San Francisco Superior Court. Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of litigation. Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

**INTERROGATORY 156**

Describe in detail how you calculated your response to the prior interrogatory, including all assumptions you relied upon.

1    **RESPONSE TO INTERROGATORY 156**

2        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

3    of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

4    already answered at least three hundred and twenty three (323) interrogatories propounded by

5    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

6    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

7    increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

8    confer as necessary.

9    **INTERROGATORY 157**

10       State the average daily amount of unpaid WAITING TIME experienced by CLASS

11    MEMBERS in your Polo Jeans Co. Factory Store in San Diego, California during each of the years

12    from 2002 through the present.

13    **RESPONSE TO INTERROGATORY 157**

14       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

15    of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

16    already answered at least three hundred and five (352) interrogatories propounded by Plaintiffs in this

17    action, including when this action was venued in San Francisco Superior Court.  Polo objects that this

18    interrogatory is burdensome and oppressive and is designed to needlessly increase the costs of

19    litigation.  Polo will not respond to this interrogatory, but is willing to meet and confer as necessary.

20    **INTERROGATORY 158**

21       Describe in detail how you calculated your response to the prior interrogatory, including all

22    assumptions you relied upon.

23    **RESPONSE TO INTERROGATORY 158**

24       Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

25    of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

26    already answered at least three hundred and twenty three (323) interrogatories propounded by

27    Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

28    Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

1   increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

2   confer as necessary.

3   **INTERROGATORY 159**

4        Identify (by name, address and store number) each store at which any of your EMPLOYEES

5   has worked for you in California at any time since May 20, 2002.

6   **RESPONSE TO INTERROGATORY 159**

7        Polo objects to this interrogatory on the grounds that Plaintiffs exceed the allowable number

8   of interrogatories under Fed R. Civ. Proc. 33.  Polo specifically objects on the grounds that it has

9   already answered at least three hundred and twenty three (323) interrogatories propounded by

10  Plaintiffs in this action, including when this action was venued in San Francisco Superior Court.

11  Polo objects that this interrogatory is burdensome and oppressive and is designed to needlessly

12  increase the costs of litigation.  Polo will not respond to this interrogatory, but is willing to meet and

13  confer as necessary.

14

15  Dated: August **28**, 2008                    GREENBERG TRAURIG, LLP

16

17                                     By: _____

18                                     William J. Goines
                                       Jeremy A. Meier

19                                     Alisha M. Louie

20                                     Attorneys for Defendants Polo Ralph Lauren
                                       Corporation; Polo Retail, LLC; Polo Ralph Lauren

21                                     Corporation, doing business in California as Polo
                                       Retail Corporation; and Fashions Outlet of

22                                     America, Inc.

23

24

25

26

27

28