Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-677-9058
415-627-9076 (fax)
Attorneys for Plaintiffs Janis Keefe, Corinne Phipps,
Justin Kiser and Renee Davis

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; individually and on behalf of all others similarly situated, RENEE DAVIS, an individual; individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION; a Delaware Corporation; POLO RETAIL, LLC., a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; and FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation<br><br>Defendants. | Case No.: C-07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE AND MOTION HEARING CURRENTLY SET FOR JANUARY 23, 2009**<br><br><br>**JUDGE: Hon. Susan Illston**<br>**LOCATION: Courtroom 10, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California 94102** |

Plaintiffs' counsel, Patrick R. Kitchin, has a scheduling conflict that will preclude him from personally attending the currently-scheduled (January 23, 2009) Case Management Conference and hearing on Plaintiffs' Motion to Provide Notice of Pendency of Class Action. He has requested the hearings be rescheduled to January 30, 2009, and has confirmed the Court's availability with Ms. Tracy Sutton.

---

*Otsuka, et al. v. Polo, et al.*                        Case No. C-07-02780-SI
STIPULATION AND ORDER RE HEARING DATES

1

1
2     Based on the stipulation of counsel to the parties and good cause appearing, IT IS
3 HEREBY ORDERED that: (1) the hearing on Plaintiffs' Motion to Provide Notice of Pendency of
4 Class Action currently set for January 23, 2009 at 9:00 a.m., is continued to January 30, 2008, at
5 9:30 a.m.; (2) the filing deadlines for Plaintiffs' Motion to Provide Notice of Pendency of Class
6 Action remain unchanged; (3) the Case Management Conference currently set for January 23,
7 2009 at 2:30 p.m., is continued to January 30, 2009, at 2:30 p.m.
8
9 Dated: _____                          _____
10                                               HON. SUSAN ILLSTON

---

*Otsuka, et al. v. Polo, et al.*                                                 Case No. C-07-02780-SI
STIPULATION AND ORDER RE HEARING DATES

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, and with the Court's permission, to a continuance of the Court hearings identified above.

Dated: November 21, 2008        The Law Office of Patrick R. Kitchin

By: /s/ Patrick R. Kitchin
        Patrick R. Kitchin, Esq.
        Attorneys for Plaintiffs' Class

Dated: November 24, 2008        Greenberg Traurig, LLP

By: /s/ William J. Goines
        William J. Goines, Esq.
        Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.