IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN OTSUKA,            No. C 07-02780 SI

       Plaintiff,            **PRETRIAL PREPARATION ORDER**

  v.

POLO RALPH LAUREN CORPORATION,

       Defendant.
                                        /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 31, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 14, 2009</u>.

DESIGNATION OF EXPERTS: <u>8/24/09</u>; REBUTTAL: <u>9/11/09</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 30, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 30, 2009</u>;

      Opp. Due <u>November 13, 2009</u>;  Reply Due <u>November 20, 2009</u>;

 and set for hearing no later than <u>December 4, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 23, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 8, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be    days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in October 2009.  Counsel shall inform the Court of the mediator selected by the end of May.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                              _____
                                                                  SUSAN ILLSTON
                                                                  United States District Judge