IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>POLO RALPH LAUREN CORPORATION,<br><br>　　　　　Defendant.<br>_____/ | No. C 07-02780 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 6, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement three days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 18, 2009.

DESIGNATION OF EXPERTS: 9/18/09; REBUTTAL: 10/2/09.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 6, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

　　Opp. Due November 30, 2009; Reply Due December 7, 2009;

　　and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 23, 2010 at 3:30 PM.

JURY TRIAL DATE: March 8, 2010 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in a mediation session with C. Yanni on October 20, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge