WILLIAM J. GOINES (SBN 061290)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         hamiltonc@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
doing business in California as Polo Retail Corporation; and
Fashions Outlet of America, Inc.

Patrick R. Kitchin (SBN 162965)
THE LAW OFFICE OF PATRICK R. KITCHIN
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 677-9058
Facsimile: (415) 627-9076

Attorneys for Plaintiffs
Janis Keefe, Corinne Phipps, Renee Davis and
The Certified Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN OTSUKA, an individual and on behalf of all others similarly situated; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; JUSTIN KISER, an individual; and RENEE DAVIS,<br><br>    Plaintiff,<br>v.<br><br>POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC; POLO RALPH LAUREN CORPORATION, DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION; AND FASHIONS OUTLET OF AMERICA, INC.,<br><br>    Defendants. | Case No. C07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO EXCHANGE EXPERT REPORTS**<br><br><br><br>Trial Date: March 8, 2010 |

Plaintiffs Janis Keefe, Corinne Phipps, Renee Davis and the Certified Plaintiff Class ("Plaintiffs") and Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp. and Fashions Outlet of America, Inc. ("Polo" or "Defendants") hereby stipulate that the deadline to exchange expert witness reports be extended for 10 days, from September 18, 2009, up to and including September 28, 2009. Plaintiffs and Defendants further stipulate that the deadline to designate rebuttal experts be extended for 10 days, from October 2, 2009, up to and including October 12, 2009.

DATED: September 8, 2009         GREENBERG TRAURIG, LLP


By: /s/ *William J. Goines*
    WILLIAM J. GOINES
    CINDY HAMILTON

Attorneys for Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.

DATED: September 8, 2009         THE LAW OFFICE OF PATRICK R. KITCHIN


By: /s/ *Patrick R. Kitchin*
    PATRICK R. KITCHIN

Attorneys for Janis Keefe, Corinne Phipps and Renee Davis and the Certified Class

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston
Judge, United States District Court