Patrick R. Kitchin (SBN 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 677-9058
Facsimile: (415) 627-9076

Nancy E. Hudgins, Esq. (SBN. 85222)
Matthew M. Grigg, Esq. (SBN 195951)
**LAW OFFICES OF NANCY E. HUDGINS**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-979-0100
Facsimile: 415-979-0747
**Attorneys for Plaintiffs**
**Janis Keefe, Corinne Phipps, Renee Davis and**
**The Certified Plaintiffs' Class**

William J. Goines (SBN 061290)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
**Attorneys for Defendants Polo Ralph Lauren**
**Corporation; Polo Retail, LLC; Polo Ralph Lauren**
**Corporation, doing business in California as Polo**
**Retail Corporation; and Fashions Outlet of America,**
**Inc.**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, et al.,<br><br>    Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>    Defendants. | Case No. C07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO EXCHANGE EXPERT REPORTS**<br><br>Trial Date: March 8, 2010<br><br>Judge: Hon. Susan Illston |

1                                                                                      Case No. C07-02780 SI
STIPULATION TO EXTEND DEADLINE TO EXCHANGE EXPERT WITNESS REPORTS AND ORDER

|   |   |   |
|---|---|---|
| 1 | Plaintiffs Janis Keefe, Corinne Phipps, Renee Davis and the Certified Plaintiff Class ("Plaintiffs") and Defendants Polo Ralph Lauren Corporation, Polo Retail, LLC, Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp. and Fashions Outlet of America, Inc. ("Polo" or "Defendants") hereby stipulate that the deadline to exchange expert witness reports be extended from September 28, 2009, up to and including October 5, 2009. Plaintiffs and Defendants further stipulate that the deadline to designate rebuttal experts be extended from October 2, 2009, to October 16, 2009. | |

DATED: September 23, 2009              THE LAW OFFICE OF PATRICK R. KITCHIN
                                       By:   /s/ Patrick R. Kitchin
                                             PATRICK R. KITCHIN
                                             Attorneys for Janis Keefe, Corinne Phipps
                                             and Renee Davis and the Certified Class

DATED: September 23, 2009              GREENBERG TRAURIG, LLP
                                       By:   /s/ William J. Goines
                                             WILLIAM J. GOINES
                                             CINDY HAMILTON
                                             Attorneys for Attorneys for Defendants
                                             Polo Ralph Lauren Corporation; Polo
                                             Retail, LLC; Polo Ralph Lauren
                                             Corporation, doing business in California
                                             as Polo Retail Corporation; and Fashions
                                             Outlet of America, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston
Judge, United States District Court