# EXHIBIT A

*OTSUKA, ET AL. V. POLO RALPH LAUREN CORP., ET AL.*
U.S. District Court Case Number C-07-02780-SI
Northern District of California

# WAGE AND HOUR CLASS ACTION

## QUESTIONNAIRE

YOUR ATTENTION IS REQUESTED



You are being asked to complete this brief questionnaire because you have been identified as a class member in the above wage and hour lawsuit.

The attorneys at The Law Office of Patrick R. Kitchin and The Law Offices of Nancy E. Hudgins represent all former sales associates, customer service representatives and cashiers who were employed in Polo retail and outlet stores in California since May 30, 2002. They have commissioned the collection of this information.

Please complete, sign, and return this questionnaire in the accompanying envelope by July 31st, 2009.

If you have any questions concerning this questionnaire or lawsuit please contact:

Patrick R. Kitchin
The Law Office of Patrick R. Kitchin
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 677-9058
Fax: (415) 627-9076
Email: prk@kitchinlegal.com

Mathew M. Grigg
The Law Offices of Nancy E. Hudgins
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 979-0100
Fax: (415) 979-0747
Email: mmg@hudginslaw.com

---

Thank you for your responses.

Please print and sign your name below and return this questionnaire in the accompanying envelope.

By signing below you certify that your responses are true and correct to the best of your knowledge.

Shena Golles
Printed name

[signature]     8-23-09
Sign            Date

## Instructions

Please carefully read and answer in the spaces provided the following six questions. All of the following questions refer only to time you worked as a sales associate, customer service representative, or cashier in a Polo store in California at any time since May 30, 2002.

Questions 1 and 2 concern rest breaks, and not meal breaks. Questions 3-6 concern loss prevention inspections ("Bag Checks") performed on you after you clocked out at the end of your workdays.

## Rest Break Questions

1. Did you take rest breaks that lasted at least 10 minutes during each four-hour period you worked?

   ☐ Always ⟶ Go to Question 3.
   ☐ Sometimes
   ☒ Never

2. What percentage of the days you worked did you miss taking rest breaks lasting at least 10 minutes during each four-hour period you worked because managers either failed to make them available to you or discouraged you or discouraged you from taking them?

   _95_ %

Go to next page

## Loss Prevention Inspection ("Bag Check") Questions

3. Were you required to undergo a Bag Check after clocking out at the end of your workdays?

   ☒ Always ⟶ Go to Question 5.
   ☐ Sometimes
   ☐ Never ⟶ Go to the next page and write your name, sign, date, and return your questionnaire.

4. How often were you required to undergo a Bag Check after clocking out at the end of your workdays? Enter your response as a percentage of the days you worked.

   _100_ %

5. After you clocked out at the end of your workdays, and were ready to leave the store, how much time on average did waiting for and undergoing a Bag Check delay your departure?

   _10-15 Minutes_

6. Did you ever complain to any manager about the time you spent waiting for or undergoing a Bag Check?

   ☐ Yes
   ☒ No

Go to next page