WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com;
hamiltonc@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp.; and Fashions Outlet of America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual; JANIS KEEFE, an individual; CORINNE PHIPPS, an individual; and JUSTIN KISER, an individual; and on behalf of all other similarly situated,<br>Plaintiff(s),<br>v.<br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; POLO RETAIL, LLC, a Delaware Corporation; POLO RALPH LAUREN CORPORATION, a Delaware Corporation, doing business in California as POLO RETAIL CORP; FASHIONS OUTLET OF AMERICA, INC., a Delaware Corporation and DOES 1-500, inclusive,<br>Defendant(s). | Case No. C07-02780 SI<br><br>**DECLARATION OF WILLIAM J. GOINES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO CONTACT CLASS MEMBERS**<br><br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>Trial Date: March 8, 2010 |

I, William J. Goines, declare:

1.      I am an attorney at law duly licensed to practice in the State of California and before this Court, and am a shareholder of Greenberg Traurig, LLP, attorneys of record for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corp.; and Fashions Outlet of America, Inc. (hereafter "Polo" or "Defendants").  I have primary responsibility for the representation of Polo in this matter.

2.      I have personal knowledge of the matters set forth below except as to those which are stated on information and belief and, as to those, I am informed and believe that they are true.  If called as a witness, I could and would competently testify to the following facts in a court of law.

3.      In February, 2010, Polo issued subpoenas to Katy Cantwell, Tim Homan and Robert Lo Monaco to appear at trial.  Ms. Cantwell and Messers. Homan and Lo Monaco previously provided Polo with Declaration as part of Polo's Opposition to Class Certification, while employed by Polo, however, have since left Polo's employ.

4.      Not all of the subpoenas have yet been served, but at least one class member has already left messages for Polo's counsel indicating his confusion at having received a subpoena and requesting a return phone call explaining what he needs to do.

5.      The individual called again at a later time and spoke to a member of Polo's counsel's support staff, who instructed him that Polo's counsel was not ethically permitted to speak with him at that time, but that we may have someone from Polo respond to their questions.  We have since decided to file this motion rather than have any further contact.

6.      I spoke with Patrick Kitchin, counsel for Plaintiffs on February 12, 2010 and requested that he stipulate to permit our office to contact the class members named above to discuss the purpose of the subpoenas, their testimony, and coordinate their appearance.  Mr. Kitchin refused to stipulate to this limited communication, requiring this administrative motion for leave to contact these three former employees

//

//

//

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th
2   day of February, 2010.

                                      /s/ *William J. Goines*
                                      William J. Goines