Patrick R. Kitchin (SBN 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-677-9058
Facsimile: 415-627-9076

Attorneys for Plaintiffs Janis Keefe, Corinne Phipps,
Renee Davis and the Certified Plaintiff Class

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, et al.<br><br>　　　Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>　　　Defendants. | Case No. C07-02780 SI<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTACT CLASS MEMBERS**<br><br>Place: Courtroom 10 (19th Floor)<br>450 Golden Gate Avenue, San Francisco, CA<br>Judge: Hon. Susan Illston |

　　　Upon consideration of Defendants' Administrative Motion to contact class members, and Plaintiffs' opposition, the Court denies Defendants' motion.

Dated: __2/17/10_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE SUSAN ILLSTON