WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com
         rosenthalk@gtlaw.com
         hamiltonc@gtlaw.com

JEREMY A. MEIER (SBN 139849)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:   meierj@gtlaw.com

Attorneys for Defendants Polo Ralph Lauren
Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation,
doing business in California as Polo Retail Corporation; and
Fashions Outlet of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, an individual and on behalf of all others similarly situated; JANIS KEEFE, an individual; CORINNE PHIPPS, and individual; JUSTIN KISER, an individual; and RENEE DAVIS,<br><br>     Plaintiff,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION; POLO RETAIL, LLC; POLO RALPH LAUREN CORPORATION, DOING BUSINESS IN CALIFORNIA AS POLO RETAIL CORPORATION; AND FASHIONS OUTLET OF AMERICA, INC.,<br><br>     Defendants. | Case No.   C07-02780 SI<br><br>**POLO RALPH LAUREN CORPORATION'S [PROPOSED]** *VOIR DIRE* **QUESTIONS**<br><br>Dept.:    Courtroom 10, 19th Floor<br>Judge:    Hon. Susan Illston<br><br>Trial Date: March 8, 2010 |

Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc. ("Polo") hereby submit the following proposed *voir dire* questions for prospective jurors to be provided in addition to the standard *voir dire* and screening questions (occupation, prior jury and litigation experience, familiarity with parties, witnesses and attorneys, role of jury).

### Class Actions

1. Have you, or any of your close friends or relatives, been a party to a class action, either as a class representative or a member of the class?

    (a) If so, describe the class, your role, how it was resolved and your view of the process.

### Employment Issues

2. Have you, or a family member, or any of your close friends, worked in retail?

    (a) If so, describe the position, experience, retail company, and how you were compensated.

    (b) If so, describe the background or training.

3. Have you, or a family member, or any of your close friends, worked in the retail clothing industry in a sales or any other position?

    (a) If so, describe the position and experience.

4. Have you, or a family member, or any of your close friends, worked in a position where your compensation was commission based?

    (a) If so, describe the type of work and how the commission was calculated.

5. Have you, or a family member, or any of your close friends, worked in a position where you were required to undergo a loss prevention inspection prior to departing at the end of your work day?

    (a) If so, describe the position and experience.

    (b) Were you paid for the time?

6. Have you, or a family member, or any of your close friends had a dispute with your employer?

        (a) If so, describe the nature of the dispute; how you addressed it, the outcome and if you were satisfied with the outcome

7. Do you, or a family member, or any of your close friends, have any human resources, human relations, legal background or training?

8. Where do you currently shop for your apparel?

9. In a dispute between an employer and an employee, would you tend to side with one or the other, and if so, which? Why?

10. Have you ever felt taken advantage of as an employee? If so, describe the circumstances and how you resolved the issue.

11. Would you be able to separate out any potentially natural feelings or sympathy for the Plaintiff Class merely because it has made a claim, and decide the case on the law and evidence?

## **Corporate Attitude**

12. Have you or any of your close friends or family member been an officer or a board member of a corporation?

13. Have you, or any of your close friends or relatives, ever shopped at a Polo Ralph Lauren store, or a Polo outlet store?

        (a) If so, describe the location and experience.

14. The fact that Polo Ralph Lauren is a corporation should not affect your deliberations or your verdict. You may not discriminate between a company and individuals. Both are persons in the eyes of the law and both are entitled to have a fair and impartial trial based on the same legal standards.

15. Would you have a tendency to find against Polo Ralph Lauren Corporation just because it is a corporation?

16. Do you have any feelings one way or the other regarding Polo Ralph Lauren Corporation that would prevent you from being a completely fair and impartial juror in this case?

17. Do you have a problem or objection with the law that treats corporations in the same manner as natural individuals?

18. Do you think you can judge the conduct of Polo differently than you would judge the conduct of an individual?

19. Do you think persons who testify during this trial on behalf of Polo have reason to be more or less truthful than an individual testifying on his or her own behalf.

20. Do any of you have any belief or feeling for or against corporations that might prevent you from being a completely fair and impartial juror in this case?

### **Training/Experience**

21. Have you taken any courses or had any training or work experience in the following:

 (a) Accounting/finance;

 (b) Law;

 (c) Human Resources or Human Relations;

 (d) Statistics or Implementation of Surveys;

 (e) If so, please explain the training or experience.

22. Have you or a member of your family ever owned or run a business?

 (a) If so, please identify who, describe the business, its size, whether you had any dispute with your employees over wage and hour issues.

23. Have you or anyone in your family ever sued or been sued by anyone? If so, please explain.

### **Punitive Damages**

24. Do you have any familiarity with the term "punitive damages?"

25. Do you have strong feelings one way or another about awarding punitive damages in a civil case?

26. Will you have difficulties following the Court's instructions in relation to awarding punitive damages under the law?

27. Do you believe that punitive damage awards are routinely awarded by sympathetic juries in civil cases?

Dated: February 26, 2010          GREENBERG TRAURIG, LLP

By:    */s/ William J. Goines*
      William J. Goines
      Jeremy A. Meier
      Karen Rosenthal
      Cindy Hamilton

Attorneys for Defendants Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc.