# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

## JURY REQUEST SHEET

This form is to be completed and submitted to Jury no later than

**MONDAY**, one week prior to the jury trial's date.

This trial is to begin before **JUDGE SUSAN ILLSTON.**

on _Monday, March  8, 2010_ at 9:00 a.m. (Testimony to begin 3/15/10)

**CRIMINAL** Jury Trial
Case #    USA v.

Charge

**CIVIL** Jury Trial
Case # C-07-2780 SI OTSUKA  v. RALPH LAUREN

Type of case Class Action

**Number of Jurors:**              **Criminal - 45**         **Civil  - 25** to 30 prescreened

       If **CIVIL**, how many jurors will be selected? 8

       Trial is estimated to last_ 12 to 16 _working days.

       Will there be extra challenges?

       If YES, how many?

Is this a re-trial? N/a  Date of original trial n/a

Is this a related case? _n/a_Related case #
Related case's trial date

Date:   _March 3, 2010 (3:49pm)_              by: Tracy Forakis
                                                     (Courtroom Deputy)

                              Extension: _____