# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI        Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):**<br>L. Zinn / A. Yeomans | **CLERK:**<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 | | | March 8, 2010  (3.10)  housekeeping | |
| | | 9:15- | | | Jury Seated and Sworn | |
| | | 9:30 | | | Judge Present - Voir dire begins | |
| | | 11:20 | | | Jury on Break | |
| 11:34 - | | | | | on records. | |
| 11:37 - | | | | | π provided Voir dire | |
| | | 11:55 | | | Δ provided Voir dire<br>8-member Jury Panel Selected<br>(No trial 3/5) | |
| | | 12:15 | | | adjourns until 3/16 | |
| | | | | | March 16, 2010 | |
| | | 8:43 | | | House Keeping / (Juror excused-med.in) | |
| | | 8:57 | | | Jury Present<br>Preliminary inst.<br>π provided opening statement | |
| | | 10:10 | | | recess - 15 min | |
| | | 10:36 | | | Δ provided opening statement | |
| | | 11:19 | | | Direct exam of Donovan J. Britt  By π | |

Page ___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI     Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| TRIAL DATE: | REPORTER(S):<br>L. Zinn | CLERK:<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 25 | DD | Joint | ✓ | ✓ | | |
| | | 12:00 | | | recess | |
| | | 12:38 | | | Cont. Cross exam by △ | |
| | | 12:48 | | | excused — Nobriga, Justin Direct exam by π | |
| | | 1:03 | | | Cross by Deft | |
| | | 1:04 | | | Re-Direct by π | |
| | | 1:05 | | | Re-Cross by △ | |
| | | 1:06 | | | Direct exam of Amberly Ahring | |
| | | 1:18 | | | Cross by Deft | |
| | | 1:26 | | | Corinne Phipps Direct by π | |
| 107 | | | | | | |
| | | 2:00 | | | recess | |
| | | 2:21 | | | Cross exam by △ | |
| 1 | | | ✓ | ✓ | | |
| 17 | | | ✓ | ✓ | | |
| | 213 | | ✓ | ✓ | | |

Page _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| TRIAL DATE: | REPORTER(S): L. Zinn | CLERK: Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 14 | | | ✓ | ✓ | | |
| 23 | | | ✓ | | | |
| 208 | | | ✓ | ✓ | | |
| 210 | | | ✓ | ✓ | | |
| | | 3:30 | | | Jury excused - | |
| | | 3:35 | | | adjourns for day | |
| | | 8:40 | | | March 17, 2001 (5:16) Re: Direct of Phipps | |
| | | 8:50 | | | Michelle Philpot, direct exam by π | |
| | | 9:07 | | | Cross by Δ | |
| | | 9:10 | | | Re-Direct by π | |
| | | 9:11 | | | Re-Cross | |
| | | 9:11 | | | Direct exam of Corina Chavez | |
| | | 9:21 | | | | |
| | | 9:21 | | | Cross by Deft. | |
| | | 9:23 | | | Re-Direct by π | |
| | | 9:25 | | | Direct exam of Mandy Shane - by π | |
| | | 9:37 | | | Cross by Deft. | |

Page _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI     Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | REPORTER(S):<br>L. Zinn | CLERK:<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 25# |  | ✓ | ✓ |  |  |
|  |  | 9:44 |  |  | excused |  |
|  |  |  |  |  | ~~dissed~~ |  |
|  |  | 9:46 |  |  | recess |  |
|  |  | 10:11 |  |  | Direct exam of Katherine A. ~~Cn~~ Cantwell |  |
|  |  | 10:29 |  |  | - Cross by △ |  |
|  |  | 10:37 |  |  | Re-Direct |  |
|  |  | 10:38 |  |  | Re-Cross |  |
|  |  |  |  |  | excused |  |
|  |  |  |  |  | ~~Direct exam of~~ - Kim Babka |  |
|  |  |  |  |  | Depo read by π |  |
|  |  | 11:56 |  |  | recess - |  |
|  |  | 12:46 |  |  | on record house keeping |  |
|  |  | 12:51 |  |  |  |  |
|  |  | 12:51 |  |  | Cont. reading |  |
|  |  | 1:21 |  |  | Jordan → Kittel |  |
|  |  |  |  |  | Direct |  |
|  |  | 1:35 |  |  | Cross by △ |  |
|  |  | 1:40 |  |  |  |  |

Page _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI      Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

**EXHIBIT and WITNESS LIST**

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| SUSAN ILLSTON | P. Kitchin, N. Hudgins, | Wm. Goines, C. Hamilton |
| **TRIAL DATE:** | **REPORTER(S):** L. Zinn | **CLERK:** Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 1:43 |  |  | Direct exam of Gary Boyd by π |  |
|  |  | 1:52 |  |  | Cross by Δ |  |
|  |  | 1:54 |  |  | Re Direct |  |
|  |  | 2:00 |  |  | to 2:15 |  |
|  |  | 2:21 |  |  | Renee Davis Direct exam by π |  |
|  |  | 2:37 |  |  | Cross by Deft. |  |
| 3 |  |  | ✓ | ✓ |  |  |
| 205 |  |  |  |  | Bates 1748 |  |
|  |  | 3:09 |  |  | excused - Depo read Sharonda Weatherspoon - |  |
|  |  | 3:35 |  |  | Court adjourns housekeeping matters Re: witness - |  |
|  |  |  |  |  | 3/18/10 (5") |  |
|  |  | 8:45 |  |  | in Session Cont. reading of Sharonda Weatherspoon |  |
|  |  | 9:09 |  |  | Completed |  |

Page ____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):**<br>L. Zinn | **CLERK:**<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:11 | | | Direct exam of ~~David~~ John Loper by π | |
| | | 9:55 | | | Recess jury only | |
| | | 10:15 | | | recess | |
| | | 10:20 | | | Resume | |
| | | 10:44 | | | Cross by Deft. | |
| 21 | | | ✓ | | | |
| | | 10:54 | | | Re-Direct by π | |
| | | | | | excu | |
| | | 11:04 | | | Dana J. Olkkonen Direct by π | |
| | | 11:19 | | | Cross by Deft. | |
| | | 11:25 | | | Re-Direct | |
| | | 11:25 | | | Direct Sara M. Raybould. By π | |
| | | 11:49 | | | Cross by Deft. | |
| | | 12:00 | 1 | | lunch | |
| | | 12:40 | | | Direct exam of Heather Barker - off - excused | |

Page _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI     Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| TRIAL DATE: | REPORTER(S): L. Zinn | CLERK: Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Carmina Barker | |
| | | | | | Direct Exam by Π | |
| | | 1:20 | | | Cross by Deft | |
| | | | | | | |
| | | | | | Direct Exam of - Ryan M. | |
| | | | | | Alves by Π | |
| | | 1:36 | | | Cross by Deft. | |
| | | 1:39 | | | Direct Exam Janice B. | |
| | | | | | Keefe | |
| 4 | | | ✓ | ✓ | (20 min recess @ 2) | |
| | | 2:57 | | | Cross by Deft | |
| | 2 | | ✓ | ✓ | | |
| | | 3:19 | | | Re-Direct | |
| | | 3:20 | | | Re-Cross | |
| | | 3:21 | | | adjourns for day | |
| | | | | | | |
| | | 8:51 | | | March 22, 2010 | |
| | | | | | House Keeping | |
| | | | | | Re: Survey - By expert | |
| | | 8:58 | | | ~~Direct~~ Tiffany A Carter | |
| | | | | | Direct Exam by Π | |

Page _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):** L. Zinn | **CLERK:** Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:11 | | | Cross by D | |
| | | 9:14 | | | Re-Direct by π | |
| | | | | | Direct exam of Alison De George | |
| | | 9:29 | | | Cross by Deft. | |
| | | 9:33 | | | Re-Direct by π | |
| | | 9:40 | | | Recess @ 9:55 | |
| | | 9:59 | On | | Dr. Dwight Stewart direct by π | |
| 103 | | | | | | |
| 104 | B | | ✓ | ✓ | | |
| 104 | A | | ✓ | ✓ | | |
| 104 | D | | ✓ | ✓ | | |
| | 9 | | | ✓ | | |
| 104C | | | ✓ | ✓ | | |
| | | 11:25 | | | Cross by Deft- | |
| | | 12:00 | | | Recess | |
| | | 12:42 | | | Resume - housekeeping | |

Page _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI   Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):** L. Zinn | **CLERK:** Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:44 | | | Voir dire witness - Re: Survey - on record | |
| | | 12:52 | | | Cross by Deft | |
| | | ~~3:30~~ 1:43 | | | re-Direct by $\pi$ | |
| | | 1:54 | | | - excused - House | |
| 103 | | ~~380~~ 0 | ✓✓ | ✓✓ | | |
| | | ~~2:00~~ 2:00 - recess | | | recess to 2:20 | |
| | | 2:32 | | | Depo of Diana Copeland Read in lieu of live testimony — By $\pi$ | |
| | | 2:57 | | | Depo of Beth Flynn - in lieu of Depo Read of | |
| | | 3:19 | | | Depo of Joanne Canovas - in lieu | |
| | | 3:33 ~~3:38~~ | | | — Concluded - adjourn | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA V. POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):**<br>~~L. Zinn~~ J. YEOMANS | **CLERK:**<br>Tracy Forakis |

MARCH 23, 2010 - TUESDAY   (6:45)

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:45 AM | | | COURT CONVENE FOR HOUSEKEEPING MATTERS; | |
| | | 8:52 AM | | | JURY BROUGHT IN; PLN'S CALL JOHANNA BRAVO TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 9:02 AM | | | CROSS EXAM BY C. HAMILTON | |
| | | 9:06 AM | | | BRAVO EXCUSED; Π'S CALL MARTIN GIL TO THE STAND & SWORN IN; DIRECT BY N. HUDGINS | |
| | | 9:19 AM | | | CROSS EXAM BY C. HAMILTON | |
| | | 9:21 AM | | | REDIRECT BY N. HUDGINS; GILL EXCUSED; Π'S CALL HARVEY RESNICK TO THE STAND & SWORN IN; DIRECT EXAM BY P. KITCHIN | |
| | | 9:58 AM | | | COURT IN RECESS | |
| | | 10:21 AM | | | COURT RECONVENE W/ DIRECT | |
| | | 10:49 AM | | | CROSS EXAM BY W. GOINES | |
| | | 11:16 AM | | | RE DIRECT BY P. KITCHIN | |
| | | 11:18 AM | | | RESNICK IS EXCUSED; Π'S CALL MICHELLE ARGUELLO TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 11:34 AM | | | CROSS EXAM BY W. GOINES | |
| | | 11:38 AM | | | REDIRECT BY N. HUDGINS | |
| | | 11:42 AM | | | ARGUELLO IS EXCUSED; Π'S CALL ARLENE ARGUELLO TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 11:55 AM | | | CROSS EXAM BY W. GOINES | |

Page _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA V. POLO RALPH LAUREN**

EXHIBIT and WITNESS LIST

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| TRIAL DATE: | REPORTER(S):<br>L. Zinn, J. YEOMANS | CLERK:<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:57 AM | | | REDIRECT BY N. HUDGINS | |
| | | 12:00 PM | | | COURT IN RECESS | |
| | | 12:55 PM | | | COURT RECONVENE; π's CALL ELIZABETH CASAS TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 1:09 PM | | | CROSS EXAM BY C. HAMILTON | |
| | | 1:11 PM | | | CASAS IS EXCUSED; π's CALL KATE MOSS TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 1:32 PM | | | CROSS EXAM BY W. GOINES | |
| | | 1:43 PM | | | REDIRECT BY N. HUDGINS | |
| | | 1:44 PM | | | RECROSS BY W. GOINES | |
| | | 1:48 PM | | | MOSS IS EXCUSED; π's CALL KATRINA MANUBAY TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 2:05 PM | | | CROSS EXAM BY C. HAMILTON | |
| | | 2:08 PM | | | MANUBAY IS EXCUSED; COURT IN RECESS | |
| | | 2:26 PM | | | COURT RECONVENE; π's CALL SHELLEY MOON TO THE STAND & SWORN IN; DIRECT EXAM BY N. HUDGINS | |
| | | 2:43 PM | | | CROSS EXAM BY W. GOINES | |
| | | 2:48 PM | | | REDIRECT BY N. HUDGINS | |
| | | 2:49 PM | | | RECROSS BY W. GOINES | |
| | | 2:50 PM | ✓ | ✓ | MOON EXCUSED; DEPOSITION TESTIMONY OF EVAN COHEN READ INTO THE RECORD; JOINT EXH #5 ADMITTED | |
| | | 3:24 PM | | | COURT ADJOURNED FOR THE DAY; READING OF COHEN TO BE CONTINUED | |

Page ____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI        Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):**<br>L. Zinn | **CLERK:**<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | March 24, 2010 | |
| | | 8:43 | | | housekeeping | |
| | | 8:50 | | | Direct exam of Wright, Ashley M | |
| | | 9:04 | | | Cross by ∆ | |
| | | 9:07 | | | re-direct | |
| | | 9:08 | | | Direct by ∆  Kristi A. Mogel | |
| | | | | | π | |
| 13 | | | ✓ | | | |
| 15 | | | ✓ | | | |
| 102 | | | ✓ | ✓ | | |
| 100 | | | ✓ | | | |
| 101 | | | ✓ | ✓ | | |
| | | 10:05 | | | recess | |
| | | 10:32 | | | resume | |
| | 13 | | ✓ | ✓ | | |
| | 15 | | ✓ | ✓ | | |
| | 16 | | ✓ | ✓ | | |
| | | 10:33 | | | Cross by ∆ | |
| | | 10:51 | | | witness interrupted | |
| | | 10:53 | | | Direct exam. Amir Filsoof by π | |
| | | 11:05 | | | Cross by ∆ | |
| | | 11:11 | | | excused | |

16

Page ____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| SUSAN ILLSTON | P. Kitchin, N. Hudgins, | Wm. Goines, C. Hamilton |
| **TRIAL DATE:** | **REPORTER(S):** L. Zinn | **CLERK:** Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:11 | | | Direct exam of Ryan P Mull | |
| | | 11:24 | | | Direct exam of Sarah Wenzel by π | |
| | | 11:36 | | | Cross by ∆ | |
| | | 11:37 | | | Re-Direct by π | |
| | | 11:38 | | | Direct exam of Avideh Zaminivia | |
| | | 12:55 | | | recess | |
| | | 12:40 | | | Depo read of Evan Cohen - (cont) | |
| | 8 | | | | | |
| ~~200~~ ~~206~~ 215 | | | ✓ | ✓ | | |
| 5 | | | ✓ | ✓ | | |
| 6 | | | ✓ | ✓ | | |
| 8 | | | ✓ | ✓ | | |
| 10 | | | ✓ | ✓ | | |
| ~~215~~ | | | # | | | |
| | | | | | Depo Concluded - Beatrice Nonet-Hori | |
| | | 1:26 pm | | | Direct exam by π | |
| | | ? | | | Cross by Deft | |
| | | 2:03 | | | Re-Direct by π | |

Page ___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI  Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| TRIAL DATE: | REPORTER(S): L. Zinn | CLERK: Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:10 | | | 5 min recess | |
| | | 2:19 | | | Kristie Mogel – Cont X by ∆ | |
| | | 2:43 | | | Re-Direct | |
| | | 2:53 | | | Re-Cross | |
| | | 3:00 | | | adjourn | |
| | | 8:49 | | | March 25, 2010 ~~Parties~~ Partially rests Direct exam of Andrea Rocca by Def. | |
| | | 9:05 | | | Cross by π | |
| | | 9:17 | | | Re-Direct by ∆ | |
| | | 9:19 | | | Direct exam of Andrea Williams by ∆ | |
| | | 9:48 | | | Cross by π | |
| | | 10:25 | | | Re-Direct | |
| | | 10:27 | | | Re-Cross | |
| | | 10:35 | | | recess to 10:55 | |
| | | 10:56 | | | Direct exam of Tomiko ~~Hatta~~ Lawless – By Def | |
| | | 11:10 | | | Cross by π | |
| | | 11:16 | | | Re-direct | |
| | | 11:17 | | | Direct exam of Bridget Milliron | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA V. POLO RALPH LAUREN**

### EXHIBIT and WITNESS LIST

| JUDGE SUSAN ILLSTON | PLAINTIFF ATTORNEY: P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY: Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):** L. Zinn | **CLERK:** Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:27 | | | Cross by π | |
| | | 11:32 | | | Re-Direct | |
| | | 11:33 | | | Excused | |
| | | | | | Steve Campo, direct exam by Deft. | |
| | | 12:00 ? | | | Recess | |
| | | 12:44 | | | Josephine Sahyoun Direct by - Deft. | |
| | | 12:55 | | | Cross by π | |
| | | 12:59 | | | Excused | |
| | | | | | Direct Exam of ~~Cath~~ ~~Cathy Post.~~ by Δ Catherine Post | |
| | | 1:49 | | | Cross by Pltf. | |
| | | 1:55 | | | Re-Direct by Δ | |
| | | 2:00 | | | Recess | |
| 100 | | | ✓ | ✓ | | |
| | | 2:19 | | | Kristie Mogel Direct by Δ | |
| 22 | | | ✓ | ✓ | | |
| 21 | | | ✓ | | | |
| 20 | | | | | | |

Page _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-07-2780 SI    Case Name: **OTSUKA** V. **POLO RALPH LAUREN**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>SUSAN ILLSTON | PLAINTIFF ATTORNEY:<br>P. Kitchin, N. Hudgins, | DEFENSE ATTORNEY:<br>Wm. Goines, C. Hamilton |
|---|---|---|
| **TRIAL DATE:** | **REPORTER(S):**<br>L. Zinn | **CLERK:**<br>Tracy Forakis |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 108 | | | | | | |
| | | 3:23 | | | excused | |
| | | 3:23 | | | Court adjourns | |
| | | ~~2:47~~ | | | | |
| | | | | | | |
| | | 2:47 | | | March 29, 2010<br>Settlement on record<br>Motions —<br>terms of settlement<br>read into record.<br>file settlement by 4/16 | |
| | | 3:20 | | | The court will notify jury | |

Page _____



John P. Belzer, M.D.
Frederic W. Bost, M.D.
Peter W. Callander, M.D.
Christopher V. Cox, M.D.
Jon A. Dickinson, M.D.
Keith C. Donatto, M.D.
Robert J. Gilbert, M.D.
William L. Green, M.D.
Rowan V. Paul, M.D.
Adrian J. Rawlinson, M.D.
Taylor K. Smith, M.D.

| 3838 California St., Suite #715 | 2100 Webster St., Suite 109 | 1240 South Eliseo, Suite 101 |
| San Francisco, CA 94118 | San Francisco, CA 94115 | Greenbrae, CA 94904 |
| (415) 668-8010 | (415) 923-3920 | (415) 461-1600 |
| FAX: (415) 752-2560 | FAX (415) 923-3921 | FAX: (415) 461-1840 |

**PATIENT:** CONAN MCHUGH
**DOS:** Mar 15 2010                    **DOB:** Apr 29, 1976

**Orders**
JURY DUTY EXEMPTION FORM

Date: 03/15/2010

RE:  CONAN MCHUGH
DOB:

SAN FRANCISCO, CA 94114

To Whom It May Concern:

Please excuse CONAN MCHUGH from jury duty, as he/she has an Medical Problem  Mr. Mc Hugh has injury his rt elbow  and has upcoming surgery, and will be unable to serve at this time.  If you have any questions, don't hesitate to contact our office.

Electronically signed by : WILLIAM GREEN M.D.

*Excused with counsel counsel*  3/16/10