Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

**Proposed Joint Trial Exhibit List**

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| 1 | POLO00025 | 06/23/2004 | Receipt for Employee Handbook: Corinne Mullen [last name now Phipps] | 3/16/10 | Admissible |
| 2 | POLO00130 | 060/1/2004 | Receipt for Employee Handbook: Janis Howay [last name now Keefe] | 3/18/10 | Admissible |
| 3 | POLO01795 | 11/21/2002 | Receipt for Employee Handbook: Renee Davis | 3/17/10 | Admissible |
| 4 | POLO00430-00431 | Undated | Special FY05 Addendum [re Polo's arrears program] | 3/18/10 | Admissible |
| 5 | POLO00437 | Undated | Compensation Plans Comparison [re Polo's arrears program] | 3/23/10 | Admissible |
| 6 | POLO00438-00439 | Undated | Email from Lara Moldawsky to managers regarding arrears program rollout. | 3/24/10 | Admissible |
| 7 | POLO00432-00433 | Undated | FY2006 Comp Plan B Addendum [re Polo arrears program] | | Admissible |
| 8 | POLO00434-00435 | Undated | Fiscal 2007 Compensation Update [re Polo's arrears program] | 3/24/10 | Admissible |
| 9 | POLO02512-A-POLO02530-A | Undated | Arrears records, including amounts debited from class members | 3/22/10 | Admissible |
| 10 | POLO00435 | Undated | Fiscal 2007 Compensation Update [re Polo's base plus commission program] | 3/24/10 | Admissible |
| 11 | POLO00444-00447 | Undated | PRC Sales Associate Performance Improvement Coaching | | Admissible |
| 12 | POLO00448-00449 | 04/00/2002 | PRC Sales Associate Compensation Re-Structure April 2002 | | Admissible |
| 13 | POLO00716-00727 | 04/00/2002 | Polo Retail Corporation Sales Associate Compensation Handbook (April 2002) | 3/24 | Admissible |
| 14 | POLO00450-00461 | 04/00/2004 | Polo Retail Corporation Sales Associate Compensation Handbook (April 2004) | 3/16/10 | Admissible |
| 15 | POLO00739-00751 | 07/00/2005 | Polo Retail Corporation Sales Associate Compensation Handbook (July 2005) | 3/24 | Admissible |
| 16 | POLO00864-00876 | 09/00/2006 | Polo Retail Corporation Sales Associate Compensation Handbook (September 2006) | 3/24 | Admissible |

FILED
MAR 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SV 346,483,776 v3

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| 17 | POLO000752-00802 | 00/00/2002 | Polo Ralph Lauren Retail Employee Handbook 2002 | 3/16/10 | Admissible |
| 18 | POLO000507-00556 | 00/00/2002 | Polo Ralph Lauren Retail Employee Handbook 2002-Volume 2 | 3/16/10 | Admissible |
| 19 | POLO000462-00506 | 00/00/2002 | Polo Ralph Lauren Retail Employee Handbook 2002-Volume II | | Admissible |
| 20 | POLO 001502-01577 | 04/00/2007 | Polo Ralph Lauren Retail Employee Handbook April 2007 | | Admissible |
| 21 | POLO000902-00916 | Undated | Polo Ralph Lauren Loss Prevention Overview | 3/18/10 | Admissible |
| 22 | POLO000882-00886 | Undated | Polo Assimilation Training Guide | 3/25/10 | Admissible |
| 23 | POLO000996 | Undated | Time Clock Correction Form (Blank) | 3/16/10 | Admissible |
| 24 | POLO001351 | Undated | Sales Associate job description | | Admissible |
| 25 | | | Polo Store Floor Plans<br>• Beverly Hills store 831<br>• Costa Mesa store 873<br>• La Jolla store 817<br>• Malibu RRL store 844<br>• Malibu Women's store 847<br>• Palm Desert Women's store 835<br>• Palo Alto store 810<br>• Pismo Beach store 159<br>• Alpine store 130<br>• Barstow store 025→25 H ~ 3/17/10<br>• Cabazon store 165<br>• Cabazon store 65<br>• Camarillo store 034<br>• Carlsbad store 093<br>• Gilroy store 102<br>• Gilroy Children store 189<br>• Mammoth Lakes store 030<br>• Ontario Mills store 156 | | Admissible |

SV 346,483,776 v3

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| | | 3/16/10 ← | • Tulare store 064<br>• Vacaville store 141<br>• RRL Los Angeles store 851<br>• Burlingame store 836<br>• Malibu Men's store 801<br>• Shasta store 037<br>• San Ysidro store 143<br>• Atascadero store CLOSED 052<br>• Gilroy FOJ store CLOSED 334<br>• Cabazon FOJ store CLOSED 336<br>• San Ysidro FOJ store CLOSED 341<br>• Milpitas store CLOSED 331 DD<br>• San Francisco store 802 | | |