Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

## Defendants' Trial Exhibit List[1]

(Excluding Charts and also Excluding Exhibits Solely for Impeachment or Rebuttal Stipulation)

FILED
MAR 29 2010
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Exhibit No. | Bates No. | Date | Description | Supporting Witness |
|---|---|---|---|---|
| 200 | N/A | Undated | Map and List of Polo Ralph Lauren Store Locations | Kristi Mogel, Sharonda Weatherspoon; Diana Copeland |
| 201 | POLO00133-00134 | 04/28/2004 | Janis Howay Application for employment | Janis Howay, Kristi Mogel |
| 202 | POLO00144 | 05/24/2004 | Janis Howay Signed Policy and Procedure Acknowledgement form | Janis Howay, Kristi Mogel |
| 203 | POLO00130 | 06/01/2004 | Janis Howay Signed Receipt for Employee Handbook form | Janis Howay, Kristi Mogel |
| 204 | POLO00128 | 11/26/2004 | Janis Howay Performance discussion recap form | Janis Howay, Kristi Mogel |
| 205 | POLO01766-01767; POLO01757-01761; POLO01748 | Various Dates | • Renee Davis Performance discussion recap form (POLO001766-001767) 08/10/2003<br>• Renee Davis Performance discussion recap form (POLO01757) 02/07/2004<br>• Renee Davis List of absences from work (POLO01758-01759)<br>• Letter to Renee Davis from April Hicks discussing attendance | Renee Davis, Sharonda Weatherspoon |

Bates # 1748 in 3/17/10 ⟵

---

[1] Defendants reserve the right to supplement trial exhibit list as trial preparation progresses.

SV 346,481,904 v6

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| | | | (POLO01760-01761)<br>• Davis letter of resignation (POLO01748) 02/28/2004 | | |
| 206 | POLO001026 | Undated | "Speak Up" flyer to report unethical activity | Renee Davis, Sharonda Weatherspoon | |
| 207 | POLO01785 | 11/21/2002 | Renee Davis Loss Prevention Signature Form | Renee Davis, Sharonda Weatherspoon | |
| 208<br>3/16/10 | POLO00151; POLO00146-00148 | 06/07/2004 | • Corinne Mullen Application for employment<br>• Corinne Mullen resume (POLO00146-00148) | Corinne Mullen, Kristi Mogel | |
| 209 | POLO00145 | 06/28/2004 | • Corinne Mullen Signed Personnel Authorization Form | Corinne Mullen, Kristi Mogel | |
| 210<br>3/16/10 | POLO00156-00158 | Various Dates | • Corinne Mullen Signed Acknowledgement of Temporary Assignment form (POLO00156) 06/29/2004<br>• Corinne Mullen Signed Associate Discount Policy (POLO00157) 06/29/2004<br>• Corinne Mullen Safety Training Acknowledgement (POLO00158) | Corinne Mullen, Kristi Mogel | |
| 211 | POLO00159 | 06/23/2004 | Corinne Mullen Signed Receipt for Employee Handbook form | Corinne Mullen, Kristi Mogel | |

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit | Bates-No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| 212 | POLO00164 | 10/25/2004 | Corinne Mullen Employee Personnel Action Form | Corinne Mullen, Kristi Mogel | |
| 213 3/16/10 | PHIPPS CONFIDENTIAL 2-8 | Undated | Pay Stubs for periods ending 08/28/04, 07/31/04, 07/17/04, 09/11/04, 10/09/04, 08/14/04 | Corinne Mullen, Joanne Canovas, Beth Flynn | |
| 214 | POLO03634-03635 | 00/00/2001 | LP Awareness Training Module: Senior Management Loss Prevention Policies | Alyson Gunder | |
| 215 3/24/10 | POLO02058-02122; POLO09774-09777; POLO060134-060173 | 00/00/2003-00/00/2009 | 2003-2009 Reconciliations | Evan Cohen | |
| 216 | POLO03608-03633 | 09/00/2007 | Memo re: 2003-2006 Overtime Re-Conciliation | Evan Cohen | |
| 217 | N/A | 10/05/2009 | Hossein Borhani Expert Report and all supporting documentation | Dr. Hossein Borhani | |
| 218 | N/A | Undated | Sample Wage and Hour Class Action Questionnaire prepared by Dr. Dwight Steward | Dr. Dwight Steward | |
| 219 | N/A | Undated | Compilation of data from questionnaires sent by Dr. Dwight Steward | Dr. Dwight Steward | |
| 220 | N/A | 06/20/2008 | Declaration of Polo Sales Associates, Stock Supervisors, Senior Sellers, Key Holders, Supervisors, Lead Cashiers, In Support of Defendants' Opposition to Motion for Class Certification<br><br>Michiko Takada<br>Adam Bourque<br>Alina Avakyan | Judicial Notice | |

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| | | | Lawrence Barbosa<br>Josephine Sahyoun<br>Kathryn Cantwell<br>Morgan Simmons<br>Holly Beaty<br>Robert Lo Monaco<br>Desiree Dillon<br>Laura Hanes<br>Aaron King<br>Dorsie May Stevens<br>Kimell Ellington<br>Brandi Ellsworth<br>Bao Yang<br>Abdel-Rahim Shalabi<br>Sergio Silva-Canseco<br>Andrea Rocca<br>Lindsey Flores<br>Bianca Benavente<br>Roberto Limones<br>Ruben Escalente<br>Oscar Segura<br>Natalie Vicino | | |
| 221 | | | Declarations of Polo Store General Managers, Co-General Managers, Assistant General Managers, District Managers, In Support of Defendants' Opposition to Motion for Class Certification<br><br>Nina Holowka<br>Nilly Foster<br>Ann Powell<br>Jenna Baker<br>John Messersmith | | |

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| | | | Catherine L. Post<br>Everett Ferreira<br>Diane Wilson<br>Tanya Taylor<br>Andrea Williams<br>Lianne Ishikawa<br>Hillary Tucker<br>Nancy Hong<br>Sandra Brodie<br>Timothy Homan<br>Carin Pennisi<br>Carey Hernandez<br>David Botello<br>Arriana Burkleo | | |
| 222 | POLO00256-00264 | 05/01/2004-08/30/2005 | Payroll Hours by Employee Report | | |
| 223 | POLO00268-00270 | 08/00/2004-08/00/2005 | Payroll Time Cards | | |
| 224 | POLO00271-00274 | 05/00/2004-07/00/2005 | Payroll Manual Adjustments Report | | |
| 225 | N/A | Undated | CD - Polo Employee Bag Inspections Video Clips | Alyson Gunder | |
| 226 | POLO03652-03655 | Undated | CD - Polo Training Videos | Alyson Gunder | |
| 227 | N/A | Undated | CD - Polo Background Documents (Dwight Steward) | Dr. Dwight Steward (Beth Flynn, Joanne Canovas) | Admissible |
| 228 | N/A | Undated | CD - Polo Supporting Documents (Dwight Steward) | Dr. Dwight Steward, Beth Flynn, Joanne Canovas | Admissible |
| 229 | N/A | 11/19/2009 | CD - Hossein Borhani Deposition Backup Documents | Dr. Hossein Borhani, Beth Flynn, Joanne | Admissible |

SV 346,481,904 v6

Otsuka et al. v. Polo Ralph Lauren et al.
United States District Court Northern District of California
Case No. C07-02780 SI

| Exhibit No. | Bates No. | Date | Description | Supporting Witness | Stipulation |
|---|---|---|---|---|---|
| 330 | Notice to Class 4/2/69 | 3/22/10 | (Hossein Borhani) | Canovas | |