Patrick R. Kitchin (SBN 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone:     (415) 677-9058
Facsimile:      (415) 627-9076

Nancy E. Hudgins, Esq. (SBN. 85222)
Matthew M. Grigg, Esq. (SBN 195951)
**LAW OFFICES OF NANCY E. HUDGINS**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-979-0100
Facsimile: 415-979-0747
**Attorneys for Plaintiffs**
**Janis Keefe, Corinne Phipps, Renee Davis and**
**The Certified Plaintiffs' Class**

William J. Goines (SBN 061290)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
**Attorneys for Defendants Polo Ralph Lauren**
**Corporation; Polo Retail, LLC; Polo Ralph Lauren**
**Corporation, doing business in California as Polo**
**Retail Corporation; and Fashions Outlet of America,**
**Inc.**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, et al.<br><br>        Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants. | Case No.  C07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE NOTICE TO CLASS OF COURT'S CONTINUANCE OF HEARING DATE FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT FROM AUGUST 20, 2010 TO AUGUST 27, 2010**<br><br>Place:  Courtroom 10 (19th Floor)<br>450 Golden Gate Avenue, San Francisco, CA<br><br>Judge:  Hon. Susan Illston |

1

2   Pursuant to the Court's May 21, 2010 Order granting preliminary approval of the class action settlement between the parties, Plaintiffs' motion for final approval of the settlement between was scheduled for hearing on August 20, 2010 at 9:00 a.m. (Docket number 287.) This date and time is no longer available for the Court. On May 28, 2010 the Court continued the final settlement approval hearing to August 27, 2010, at 9:00 a.m.

On May 28, 2010, in compliance with the Court's Order granting preliminary approval of the settlement, Rosenthal & Company mailed notice of the settlement and settlement claim forms to the Class (6,720 Class Members). The notice and claim forms inform the Class that the final approval hearing is set for August 20, 2010. In addition, on May 27, 2010, the settlement informational website, www.PoloClassAction.com, went online showing August 20, 2010 as the date scheduled for the final settlement approval hearing.

The parties propose to notify the Class of the continuance of the final settlement approval hearing as follows:

1)  Rosenthal & Company is scheduled to mail reminder postcard notices and duplicate claim forms to the entire class on or about June 12, 2010. The reminder postcards have not yet been printed. The reminder postcards will be modified to show the new date set for the final settlement approval hearing and will indicate that the hearing date has been continued by the Court's order to August 27, 2010 at 9:00 a.m.

2)  The settlement informational website will be modified to show the new date set for the final settlement approval hearing and will indicate that the hearing date has been continued by the Court's order to August 27, 2010 at 9:00 a.m.

///
///
///
///
///

3)   A copy of this stipulation and order will be made accessible as a PDF file on the settlement informational website.

**IT IS SO STIPULATED,**

DATED: June 2, 2010            THE LAW OFFICE OF PATRICK R. KITCHIN

                                        By:   /s/ Patrick R. Kitchin
                                               PATRICK R. KITCHIN
                                               Attorneys for Janis Keefe, Corinne Phipps
                                               and Renee Davis and the Certified Class

DATED: June 2, 2010            GREENBERG TAURIG, LLP

                                        By:   /s/ William J. Goines
                                             WILLIAM J. GOINES
                                             CINDY HAMILTON
                                             Attorneys for Attorneys for Defendants
                                             Polo Ralph Lauren Corporation; Polo
                                             Retail, LLC; Polo Ralph Lauren
                                             Corporation, doing business in California
                                             as Polo Retail Corporation; and Fashions
                                             Outlet of America, Inc.

**IT IS SO ORDERED,**

DATED: _____

                                             _____
                                             Honorable Susan Illston
                                             Judge, United States District Court