Patrick R. Kitchin (SBN 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone:    (415) 677-9058
Facsimile:    (415) 627-9076

Nancy E. Hudgins, Esq. (SBN. 85222)
Matthew M. Grigg, Esq. (SBN 195951)
**LAW OFFICES OF NANCY E. HUDGINS**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone:  415-979-0100
Facsimile:  415-979-0747
**Attorneys for Plaintiffs**
**Janis Keefe, Corinne Phipps, Renee Davis and**
**The Certified Plaintiffs' Class**

William J. Goines (SBN 061290)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
**Attorneys for Defendants Polo Ralph Lauren**
**Corporation; Polo Retail, LLC; Polo Ralph Lauren**
**Corporation, doing business in California as Polo**
**Retail Corporation; and Fashions Outlet of America,**
**Inc.**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN OTSUKA, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware Corporation; et al.,<br><br>　　　　Defendants. | Case No.  C07-02780 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE MINOR DEFICIENCIES IN SUBMITTED CLAIMS**<br><br>Place:  Courtroom 10 (19th Floor)<br>450 Golden Gate Avenue, San Francisco, CA<br><br>Judge:  Hon. Susan Illston |

The settlement agreement in this case provides that Class Members must include certain information on their timely-filed claim forms to be considered valid.  The agreement states that Settlement Class Members must sign and date the claim form and provide, *inter alia*, their current telephone number.

The Court-approved Claims Administrator, Rosenthal & Company, notified the parties that it has received 14 claim forms that are signed, but undated, and/or that do not include a current telephone number.  Rosenthal & Company estimates that it likely will receive around 120 such deficient claim forms before the claim submittal period closes on July 12, 2010.

### Request for Relief

The parties seek an order excusing the Claims Administrator from sending deficiency notices to those Settlement Class Members who submit timely claims, but who:  (1) sign, but do not date, their claim forms; and/or (2) do not provide a telephone number.  Under the terms of this stipulation and proposed order, such Settlement Class Members will be treated as having complied with the claims submission process and will be entitled to their share of the settlement proceeds.

This relief is necessary and reasonable because:

1. If deficiency notices were mailed to those Settlement Class Members who signed but did not date their claim forms, and/or did not include their telephone number, Class Counsel and Rosenthal & Company anticipate that some number of them either will not receive or review the deficiency notice, and/or will fail to return a new claim form in a timely manner.  In such cases, the Settlement Class Members would not be eligible to receive their share of the settlement.  The parties agree such a result would be unfair.

///
///
///
///
///
///

2. These minor claim form deficiencies do not impact the Claims Administrator's ability to evaluate and process valid claims. The Claims Administrator can determine from the postmarks on claim forms, or from the date the claim forms are received by Rosenthal & Company, whether the claims are timely submitted. The signature date on the forms does not have an impact on the evaluation process, nor does the absence of a telephone number.

**IT IS SO STIPULATED,**

DATED: June 22, 2010           THE LAW OFFICE OF PATRICK R. KITCHIN

                               By:  /s/ Patrick R. Kitchin
                                    PATRICK R. KITCHIN
                                    Attorneys for Janis Keefe, Corinne Phipps
                                    and Renee Davis and the Certified Class


DATED: June 22, 2010           GREENBERG TRAURIG, LLP

                               By:  /s/ William J. Goines
                                    WILLIAM J. GOINES
                                    CINDY HAMILTON
                                    Attorneys for Attorneys for Defendants
                                    Polo Ralph Lauren Corporation; Polo
                                    Retail, LLC; Polo Ralph Lauren
                                    Corporation, doing business in California
                                    as Polo Retail Corporation; and Fashions
                                    Outlet of America, Inc.


**IT IS SO ORDERED,**

DATED: _____

                               _____
                               Honorable Susan Illston
                               Judge, United States District Court